AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| Peter DelVecchia, individually and as next friend of A.D., a minor <br><br> *Plaintiff(s)* <br> v. <br><br> Frontier Airlines, Inc., and John Does 1 through 5, inclusive <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  2:19-cv-01322-KJD-NJK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   FRONTIER AIRLINES, INC.
4545 AIRPORT WAY
DENVER, CO 80239

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

TIMOTHY R. TITOLO, TITOLO LAW OFFICE
9950 W. CHEYENNE AVENUE
LAS VEGAS, NV 89129
702-869-5100

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*[signature]*

(By) DEPUTY CLERK

August 5, 2019
DATE