# AFFIDAVIT OF SERVICE

Job # 5907

**Case Info:**

**Plaintiff:**
PETER DELVECCHIA, INDIVIDUALLY AND AS NEXT FRIEND OF A.D., A MINOR
-versus-
**Defendant:**
FRONTIER AIRLINES, INC.

UNITED STATE DISTRICT COURT FOR THE DISTRICT OF NEVADA

Court Date: ___/___/_____ Time: _____ ( am / pm )
County of Clark, Nevada
Court Case # 2:19-cv-01322-KJD-NJK

**Service Info:**

**Date Received:** 8/6/2019 at 05:29 PM
**Service:** I Served **FRONTIER AIRLINES, INC.**
With: **SUMMONS AND COMPLAINT**
by leaving with **Kris, AUTHORIZED TO ACCEPT**

At Business 112 NORTH CURRY STREET CARSON CITY, NV 89703

Latitude: 39.163212
Longitude: -119.767057

On **8/7/2019** at **11:50 AM**
**Manner of Service: CORPORATE**
Corporate Service was performed by delivering a true copy to designated person to accept.

I **Jon Salisbury**, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Signature of Server: _____
Jon Salisbury
Jon Salisbury, Lic # 2100C
LV Process and Investigations, LLC
License #2039
7121 Eyebright St
Las Vegas, NV 89131
Our Job # **5907**

SUBSCRIBED AND SWORN to before me this 1st day of August 2019 by Jon Salisbury,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC for the state of Nevada



Sandra Guidry
Notary Public
State of Nevada
Comm. # 15-3221-2
My Comm. Exp. 10/08/2019

