| | |
|---|---|
| 1 | Timothy R. Titolo, Esq. |
| 2 | Nevada Bar No. 003617<br>TITOLO LAW OFFICE |
| 3 | 9950 West Cheyenne Ave.<br>Las Vegas, Nevada 89129 |
| 4 | (702) 869-5100<br>tim@titololaw.com |
| 5 | **Attorney for Plaintiff(s)** |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor | ) ) ) | CASE NO. : 2:19-cv-01322-KJD-NJK |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | |
| FRONTIER AIRLINES, INC. and JOHN DOES 1 through 5, inclusive | ) ) ) | |
| Defendant(s). | ) ) ) | |

# PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, the undersigned, counsel of record for Plaintiff(s) PETER DELVECCHIA and A.D (a minor), certifies that the following have an interest in the outcome of this case:

1. Peter DelVecchia, Plaintiff;

2. A.D (a minor), Plaintiff;

3. Timothy R. Titolo, Esq., Attorney for Plaintiff(s)

4. Titolo Law Office, Firm for Plaintiff(s)

5. John D. McKay, Attorney for Plaintiff(s)

6. Park Avenue Law LLC, Firm for Plaintiff(s)

1
2      These representations are made to enable the judges of the Court to
3  evaluate possible disqualifications or recusal.
4      DATED this 28th day of August, 2019.
5
6
7                                        TITOLO LAW OFFICE
8                                        /s/ Timothy R. Titolo
9                                      Timothy R. Titolo, Esq.
                                    Nevada Bar No. 003617
10                                     9950 West Cheyenne Ave.
                                    Las Vegas, Nevada 89129
11                                     tim@titololaw.com
12                                     ***ATTORNEY FOR PLAINTIFF(S)***
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28