CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone (702) 383-3400
Fax (702) 384-1460
Email: cmichalek@rmcmlaw.com
Attorneys for Defendant
FRONTIER AIRLINES, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC. and JOHN DOES 1 through 5, inclusive,<br><br>　　　　Defendants. | Case No.:　2:19-cv-01322-KJD-NJK |

**DEFENDANT FRONTIER AIRLINES, INC.'S
CERTIFICATE OF INTERESTED PARTIES**

　　　Defendant FRONTIER AIRLINES, INC. ("Frontier"), by its undersigned counsel, and for its Certificate of Interested Parties states:

　　　1.　Frontier Airlines Holdings, Inc. is the parent corporation of Frontier Airlines, Inc.

　　　2.　No publicly held corporation owns 10% or more of Frontier Airlines, Inc.'s stock.

DATED this 28th day of August, 2019.

　　　　　　　　　　　　　　　　　　ROGERS, MASTRANGELO, CARVALHO & MITCHELL

　　　　　　　　　　　　　　　　　　/s/ *Charles A. Michalek*
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　CHARLES A. MICHALEK, ESQ.
　　　　　　　　　　　　　　　　　　Nevada Bar No. 5721
　　　　　　　　　　　　　　　　　　700 South Third Street
　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89101
　　　　　　　　　　　　　　　　　　Attorneys for Defendant Frontier Airlines, Inc.

# CERTIFICATE OF SERVICE

Pursuant to LR IC 4-1, I hereby certify that I am an employee of Rogers, Mastrangelo, Carvalho & Mitchell, and on the 28th day of August, 2019, a true and correct copy of the foregoing **DEFENDANT FRONTIER AIRLINES, INC.'S CERTIFICATE OF INTERESTED PARTIES** was electronically filed with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system. The foregoing document was served upon the following counsel of record as indicated below:

Timothy R. Titolo, Esq.
Titolo Law Office
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 869-5100
Facsimile: (702) 869-5111
Email: tim@titololaw.com
*Attorneys for Plaintiff*

/s/ *Carolyn Mangundayao*
_____
An Employee of
Rogers, Mastrangelo, Carvalho & Mitchell

Certificate of Interested Parties.wpd