**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PETER DELVECCHIA, et al.,

    Plaintiff(s),

vs.

FRONTIER AIRLINES, et al.,

    Defendant(s).

Case #2:19-CV-01322-KJD-NJK

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____John D. McKay_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Park Avenue Law LLC_____
(firm name)

with offices at _____127 W. Fairbanks Ave. #519_____,
(street address)

_____Winter Park_____, _____Florida_____, _____32789_____,
(city) (state) (zip code)

_____800-391-3654_____, _____johndmckayatty@gmail.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Peter Delvecchia_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since September 17, 1999 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Florida (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California | June 13, 2002 | 220202 |
| Colorado | July 2, 1997 | 28267 |
| Maine | October 1, 1985 | 003109 |
| New York | March 19, 2002 | 4035432 |
| Vermont | March 18, 2014 | 5181 |
| Virginia | April 28, 1988 | 28387 |
| West Virginia | July 2, 1985 | 2476 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| | | NONE | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Utah_____ )
                          )
COUNTY OF ___Salt Lake___ )

_____John D. McKay_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__6th__ day of __September__, __2019__.

DANA BRITTEN SEELY
Notary Public - State of Utah
Commission # 694136
My Commission Expires
April 1, 2021

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Timothy R. Titolo___, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

____Titolo Law Office, 9950 West Cheyenne Avenue____,
(street address)

___Las Vegas___, ___Nevada___, ___89129___,
(city)            (state)         (zip code)

___702-869-5100___, ___tim@titololaw.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) **Timothy R. Titolo** as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

_/s/ Peter Delvecchia_
(party's signature)

Peter Delvecchia, Individually
(type or print party name, title)

_/s/ Peter Delvecchia_
(party's signature)

Peter Delvecchia, as Legal Guardian of A.D., a minor
(type or print party name, title)

### CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_/s/ Timothy R. Titolo_
Designated Resident Nevada Counsel's signature

| 003617 | tim@titololaw.com |
|---|---|
| Bar number | Email address |

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**Joshua E. Doyle**
**Executive Director**

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon     )

In Re:  0174378
John Douglas McKay
Park Avenue Law LLC
127 W Fairbanks Ave # 519
Winter Park, FL 32789-4326

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 17, 1999**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 6th day of **August, 2019**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-52223



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## John Douglas McKay

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **19th day of March, 2002**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **7th day of August, 2019**.

*Robert D Mayberger*
Clerk

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT JOHN DOUGLAS MCKAY IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. MR. MCKAY WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **APRIL 28, 1988**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

Issued August 19, 2019

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER



# STATE OF MAINE
## SUPREME JUDICIAL COURT

## Certificate of Good Standing

I, Matthew E. Pollack, Executive Clerk of the Supreme Judicial Court, hereby certify that John D. McKay, Esq. (Bar #3109) of North Port, FL, was duly admitted as an Attorney and Counselor at Law in the State of Maine on October 1, 1985, and is presently registered and in good standing as an Active Non-Resident member of the bar.

Given under my hand and the Seal of said Court on August 7, 2019.

Matthew E. Pollack
Executive Clerk

Not valid without raised seal.



# SUPREME COURT
## State of Colorado,

STATE OF COLORADO, ss:

I, __Cheryl Stevens__ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

__JOHN D MCKAY__

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the __2nd__ day of __July__ A.D. __1997__ and that at the date hereof the said __JOHN D MCKAY__

is in good standing at this Bar.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this __13th__ day of __August__ A.D. __2019__

*Cheryl Stevens*
Clerk

By _____
Deputy Clerk

# THE WEST VIRGINIA STATE BAR

## Certificate of Good Standing

John D. McKay - WVSB ID# 2476

This is to certify that, according to the records of the West Virginia State Bar, John D. McKay, of Winter Park, FL, was admitted to practice law by the West Virginia Supreme Court of Appeals on July 2, 1985, and was registered as a member of The West Virginia State Bar in July, 1985.

It is further certified that the said John D. McKay, according to our membership records, is currently an Active member in good standing with The West Virginia State Bar.

Given over my hand and seal of The West Virginia State Bar this day, August 7, 2019.

Anita R. Casey, Esquire
Executive Director
The West Virginia State Bar



## VERMONT SUPREME COURT

## CERTIFICATE OF ADMISSION AND GOOD STANDING

This is to **CERTIFY** that **John D. McKay #5181** was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of the State by the Vermont Supreme Court on the 18th day of March, 2014.

This is to **FURTHER CERTIFY** that the said **John D. McKay, Esq.** is on active status and is in good standing according to the records of this Court.

Dated at Montpelier, Vermont, this 9th day of August 2019.

Emily Wetherell
Deputy Clerk



**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

**OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES**

888-800-3400        AttorneyRegulation@calbar.ca.gov

August 8, 2019

John McKay
Park Avenue Law LLC
127 W. Fairbanks Ave
No. 519
Winter Park, FL 32789

Re: State Bar Number 220202 – John Douglas McKay

To Whom it May Concern:

In response to your recent request, enclosed please find the certificate(s) of standing for the above-referenced individual.

Should you need further information, please do not hesitate to contact 1-888-800-3400 or AttorneyRegulation@calbar.ca.gov.

Sincerely,

Alex Calderon
Attorney Regulation & Consumer Resources
The State Bar of California

Enclosure(s):

2    Standard

Delivery Method: Regular Mail
PH: 4345319569

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

888-800-3400     AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

August 8, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN DOUGLAS MCKAY, #220202 was admitted to the practice of law in this state by the Supreme Court of California on June 13, 2002; that from the date of admission to June 10, 2003, he was an ACTIVE licensee of the State Bar of California; that on June 10, 2003, he transferred at his request to the INACTIVE status as of January 1, 2003; that from that date to October 4, 2012, he was an INACTIVE licensee of the State Bar of California; that on October 4, 2012, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records

**The State Bar of California**

180 Howard Street, San Francisco, CA 94105

OFFICE OF ATTORNEY REGULATION & CONSUMER RESOURCES

888-800-3400    AttorneyRegulation@calbar.ca.gov

# CERTIFICATE OF STANDING

August 8, 2019

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN DOUGLAS MCKAY, #220202 was admitted to the practice of law in this state by the Supreme Court of California on June 13, 2002; that from the date of admission to June 10, 2003, he was an ACTIVE licensee of the State Bar of California; that on June 10, 2003, he transferred at his request to the INACTIVE status as of January 1, 2003; that from that date to October 4, 2012, he was an INACTIVE licensee of the State Bar of California; that on October 4, 2012, he transferred at his request to the ACTIVE status; that he has been since that date, and is at date hereof, an ACTIVE licensee of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner*

Louise Turner
Custodian of Records