AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| PETER DELVECCHIA, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:19-cv-01322-KJD-NJK |
| FRONTIER AIRLINES, INC. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FRONTIER AIRLINES, INC.                            .

Date:    10/04/2019                                    /s/ Brian T. Maye
                                                    *Attorney's signature*

                                        Brian T. Maye (Admitted Pro Hac Vice - IL 6288778)
                                                *Printed name and bar number*

                                            ADLER MURPHY & McQUILLEN LLP
                                            20 South Clark Street, Suite 2500
                                                Chicago, Illinois 60603
                                                    *Address*

                                                bmaye@amm-law.com
                                                    *E-mail address*

                                                    (312) 422-5713
                                                    *Telephone number*

                                                    (312) 345-9860
                                                    *FAX number*