# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER DELVECCHIA,

    Plaintiff(s),

v.

FRONTIER AIRLINES, INC.,

    Defendant(s).

Case No.: 2:19-cv-01322-KJD-NJK

**SCHEDULING ORDER**

(Docket No. 30)

Pending before the Court is the parties' discovery plan.  Docket No. 30.  The discovery plan is **GRANTED** in part and deadlines are **SET** as follows:

- Amend pleadings/add parties:  November 26, 2019
- Initial experts:  December 26, 2019
- Interim status report:  December 26, 2019
- Rebuttal experts:  January 27, 2020
- Discovery cutoff:  February 24, 2020
- Dispositive motions:  March 25, 2020
- Joint Proposed Pretrial Order:  April 24, 2020[1]

Any request to extend the above deadlines must be filed at least 21 days before expiration of the subject deadline(s) for which extension is sought.  *See* Local Rule 26-4.

IT IS SO ORDERED.

Dated: October 8, 2019

                                                            Nancy J. Koppe
                                                            United States Magistrate Judge

---

[1] If dispositive motions are filed, this date will be suspended until 30 days after the dispositive motions are decided or further Court order.