TIMOTHY R. TITOLO, ESQ.
Nevada Bar No. 3617
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com
*Attorney for Plaintiffs* PETER DELVECCHIA & A.D., A MINOR

CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com
*Attorney for Defendant* FRONTIER AIRLINES, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor, | Case No.: 2:19-cv-01322-KJD-NJK |
| *Plaintiffs*, | **JOINT MOTION FOR ENTRY OF PARTIES' AGREED PROTECTIVE ORDER** |
| v. | |
| FRONTIER AIRLINES, INC. and JOHN DOES 1 through 5, inclusive, | |
| *Defendants*. | |

### JOINT MOTION FOR ENTRY OF PARTIES' AGREED PROTECTIVE ORDER

Plaintiffs PETER DELVECCHIA, individually and as next friend of A.D., a Minor (collectively "Plaintiffs") and Defendant FRONTIER AIRLINES, INC. ("Frontier"), each by their undersigned counsel, pursuant to Fed. R. Civ. P. 26 and LR 7-1, submit the following Joint Motion for Entry of Parties' Agreed Protective Order and state:

1. This civil action arises from an incident that occurred on March 28, 2019 onboard Frontier Flight 2067 from Raleigh, North Carolina to Las Vegas, Nevada. (ECF No. 1.) On August 1, 2019, Plaintiffs filed their six-count Complaint against Frontier and John Does 1 through 5, seeking compensatory

and punitive damages for an alleged violation of 42 U.S.C. § 1981 (Count I), intentional infliction of emotional distress (Count II), negligent infliction of emotional distress (Count III), false imprisonment / unlawful detention (Count IV), battery (Count V), and defamation and false light invasion of privacy (Count VI). *Id.*

2. In the course of discovery, both parties anticipate that they will produce certain materials which they, in good faith, believe contain sensitive security information, personal health information, trade secrets, proprietary information, research, technical, commercial, or financial information, and other confidential material (including without limitation, the identity of Plaintiff A.D., a Minor).

3. In order to allow the parties to exchange materials which contain confidential information, the parties have agreed to the terms of an Agreed Protective Order, which will allow them to designate materials, as necessary, as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" pursuant to the terms and conditions set forth in the Agreed Protective Order. (Parties' Agreed Protective Order attached as Exhibit A.)

4. Nothing in the Parties' Agreed Protective Order creates any presumption about the actual confidentiality of any material or alters the normal burden of proof necessary for obtaining a protective order from the Court. *Id.*

5. Additionally, nothing in the Parties' Agreed Protective Order will prevent a party from using information or documents produced by another party pursuant to such Order during mediation, arbitration, deposition, trial, or any other proceeding in this litigation. *Id.*

6. Further, all materials filed with the Court that contain or make reference to designated confidential information shall be filed under seal in accordance with the requirements and procedures set forth in the Court's Local Rules. *Id.*

WHEREFORE, Plaintiffs PETER DELVECCHIA, individually and as next friend of A.D., a Minor and Defendant FRONTIER AIRLINES, INC. respectfully request that this honorable court grant their Joint Motion for Entry of Agreed Protective Order, enter the attached Parties' Agreed Protective Order, and order any further relief this Court deems necessary and proper.

DATED this 9th day of October, 2019                   Respectfully submitted,

**PETER DELVECCHIA and A.D., a Minor**          **FRONTIER AIRLINES, INC.**


/s/     John D. McKay                                             /s/     Tara Shelke

John D. McKay (admitted *pro hac vice*)           Brian T. Maye (admitted *pro hac vice*)
PARK AVENUE LAW LLC                                   Tara Shelke (admitted *pro hac vice*)
127 West Fairbanks Avenue, Suite 519           ADLER MURPHY & McQUILLEN LLP
Winter Park, Florida 32789                              20 South Clark Street, Suite 2500
Phone: (800) 391-3654                                    Chicago, Illinois 60603
Email: johndmckayatty@gmail.com                Email: bmaye@amm-law.com
                                                                              tshelke@amm-law.com

Timothy R. Titolo (Nevada Bar No. 3617)       Charles A. Michalek (Nevada Bar No. 5721)
TITOLO LAW OFFICE                                       ROGERS, MASTRANGELO, CARVALHO &
9950 West Cheyenne Avenue                          MITCHELL
Las Vegas, Nevada                                           700 South Third Street
Phone: (702) 869-51                                        Las Vegas, Nevada 89101
Email: tim@titololaw.com                                Phone: (702) 383-3400
                                                                              Email: cmichalek@rmcmlaw.com

*Attorneys for Plaintiffs*                                   *Attorneys for Defendant FRONTIER AIRLINES, INC.*
*PETER DELVECCHIA & A.D., A MINOR*

**CERTIFICATE OF SERVICE**

Pursuant to LR IC 4-1, I hereby certify that I on the 9th day of October, 2019, the foregoing **JOINT MOTION FOR ENTRY OF PARTIES' AGREED PROTECTIVE ORDER** was filed with the United States District Court for the District of Nevada using the CM/ECF System.

*/s/ Tara Shelke*

Brian T. Maye *(admitted pro hac vice)*
Tara Shelke (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
         tshelke@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com