1  Timothy R. Titolo, Esq.
   Nevada Bar No. 003617
2  TITOLO LAW OFFICE
   9950 West Cheyenne Ave.
3  Las Vegas, Nevada 89129
   (702) 869-5100
4  tim@titololaw.com
5  *Attorney for Plaintiffs*

6  CHARLES A. MICHALEK, ESQ.
   Nevada Bar No. 5721
7  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
   700 South Third Street
8  Las Vegas, Nevada 89101
   Phone: (702) 383-3400
9  Email: cmichalek@rmcmlaw.com
10 *Attorney for Defendant FRONTIER AIRLINES, INC.*

11

12           **UNITED STATES DISTRICT COURT**
              **FOR THE DISTRICT OF NEVADA**
13

14
   PETER DELVECCHIA, et al.,           )      **Case No: 2:19-CV-01322-KJD-NJK**
15                                      )
                  Plaintiffs,           )
16                                      )
                                        )
17 vs.                                  )
                                        )
18                                      )
                                        )      **STIPULATED MOTION TO**
19 FRONTIER AIRLINES, INC., et al.,     )      **REFER CASE TO MAGISTRATE**
                  Defendants.           )      **JUDGE FOR SETTLEMENT**
20 _____  )      **CONFERENCE**

21

22        Plaintiffs, Peter DelVecchia individually and as next friend of A. D., a minor, and Defendant

23 Frontier Airlines, Inc. ("Frontier"), the only Defendant that has been named in the Complaint (ECF

24 No. 1) and has appeared in this civil action,[1] hereby file this Stipulated Motion to Refer Case to

25 Magistrate Judge for Settlement Conference.

26

27 _____

28 [1] Plaintiffs have filed a Motion for Leave to Amend the Complaint (ECF No. 39) to, *inter alia*, name the additional
   Defendants currently identified as John Does 1 through 5.

                    STIPULATED MOTION TO REFER CASE
              TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE
                              Page 1 of 4

1   In support of this Stipulated Motion, the parties state that they previously informed the Court

2   in their Stipulated Discovery Plan and Proposed Scheduling Order (ECF No. 30), of their agreement

3   to "seek referral to a magistrate judge for a settlement conference to occur approximately 30 days

4   before the deadline for Fed. R. Civ. P. 26(a)(2) expert disclosures, *i.e.,* on or about December 2,

5   2019." (ECF No. 30 at 4-5.) Due to unforeseen delays in scheduling depositions, the parties have

6   jointly asked the Court to extend several of the remaining pretrial deadlines, including the dates for

7   the expert disclosures, by 90 days, *see* Stipulated Motion to Extend, ECF No. 40. Nevertheless, the

8   parties continue to believe that this case would benefit from early submission to the Magistrate Judge

9   to conduct a settlement conference before the parties incur substantial expenses retaining expert

10  witnesses. Therefore, the parties request that this case be referred to Magistrate Judge Nancy J.

11  Koppe, with a request that she schedule a settlement conference involving the parties  during the

12  month of January, 2020 if a January date is available on which all required participants are able to

13  attend.

14          Courts in the Ninth Circuit generally favor the submission of cases to settlement conferences:

15          The purpose of a settlement conference is to facilitate a settlement or to narrow the
disparity between the parties by the candid input of a neutral, disinterested judicial
officer. Settling cases prior to the filing and resolution of dispositive motions benefits
the court and the parties by reaching a just, speedy and inexpensive determination of
an action consistent with Rule 1[.] If a settlement is possible, it is imperative that both
plaintiff and defendant arrive at a settlement conference with an open mind and a
genuine willingness to meaningfully discuss the strengths and weaknesses of each
party's case.

*Pitman v. Brinker Int'l, Inc.,* 216 F.R.D. 481, 485 (D. Ariz. 2003) (cited in *Schroeder v. Smith's Food*

*& Drug Ctrs., Inc.,* Case No. 2:12-cv-02024-APG-NJK (D. Nev., July 10, 2014) at *2); *see also,*

*United States v. U.S. Dist. Court for the N. Mariana Islands,* 694 F.3d 1051, 1057 (9th Cir. 2012).

The instant case is one that is likely to benefit from an early settlement conference because the parties

anticipate the necessity of retaining several expert witnesses to testify at trial, at considerable expense

1  to both sides, and further anticipate the necessity of conducting additional expensive discovery in

2  order to prepare the case for trial. To the extent the parties can reach a settlement before incurring

3  such expenses, the settlement would obviate these expenses and would further avoid the need to

4  engage the Court's time on discovery disputes and other pretrial matters.

5

6      For the reasons set forth above, the parties jointly request referral to Magistrate Judge Koppe

7  for a January settlement conference.

8

9

10

11                                              IT IS SO ORDERED:

12                                              _____

13                                              UNITED STATES DISTRICT JUDGE

14                                              DATED: _____

15

16

17

18  DATED this 27th day of November, 2019.

19                                                  ____/s/ John D. McKay_____

20                                              John D. McKay (admitted *pro hac vice*)
                                                PARK AVENUE LAW LLC

21                                              127 W. Fairbanks Ave., No. 519
                                                Winter Park, FL 32789

22                                              johndmckayatty@gmail.com

23                                              (800) 391-3654

24                                              Timothy R. Titolo (Nev. Bar. No. 3617)
                                                TITOLO LAW OFFICE

25                                              9950 West Cheyenne Avenue
                                                Las Vegas, Nevada 89129

26                                              (702) 869-5100
                                                tim@titololaw.com

27                                              ***Attorneys for Plaintiffs Peter DelVecchia***
                                                ***And A.D., a Minor***

28

STIPULATED MOTION TO REFER CASE
TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE
Page 3 of 4

1

2          __/s/ Tara Shelke_____
           Brian T. Maye, Esq. (admitted *pro hac vice*)
3          Tara Shelke, Esq. (admitted *pro hac vice*)
           ADLER MURPHY & McQUILLEN LLP
4          20 South Clark Street, Suite 2500
           Chicago, Illinois 60603
5          Email:  bmaye@amm-law.com
                      tshelke@amm-law.com
6
7          Charles A. Michalek, Esq.
           ROGERS,  MASTRANGELO,  CARVALHO  &
8          MITCHELL
9          700 South Third Street
           Las Vegas, Nevada 89101
10         Email: cmichalek@rmcmlaw.com

11         ***Attorneys for Defendant Frontier Airlines, Inc.***

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28