Timothy R. Titolo, Esq.
Nevada Bar No. 003617
TITOLO LAW OFFICE
9950 West Cheyenne Ave.
Las Vegas, Nevada 89129
(702) 869-5100
tim@titololaw.com
*Attorneys for Plaintiffs*

CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com
*Attorney for Defendant FRONTIER AIRLINES, INC.*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, et al., | **Case No: 2:19-CV-01322-KJD-NJK** |
| Plaintiffs, | |
| vs. | |
| FRONTIER AIRLINES, INC., et al., | **STIPULATED MOTION TO EXTEND DEADLINES** |
| Defendants. | |

  Plaintiffs, Peter DelVecchia individually and as next friend of A. D., a minor, and Defendant Frontier Airlines, Inc. ("Frontier"), the only Defendant that has been named in the Complaint (ECF No. 1) and has appeared in this civil action,[1] hereby file this Stipulated Motion to Extend Deadlines, seeking to extend the deadlines to disclose initial and rebuttal experts, the discovery cutoff deadline,

---

[1] Plaintiffs have filed a Motion for Leave to Amend the Complaint (ECF No. 39) to, *inter alia*, name the additional Defendants.

and the deadline to file the interim status report, dispositive motions, and the joint proposed pretrial order stated in the Court's Scheduling Order (ECF No. 30), by 90 days each. Thus, the parties seek to extend these deadlines as follows:

- Extend the deadline to disclose initial experts from December 26, 2019 to **March 25, 2020**;
- Extend the deadline to file interim status report from December 26, 2019 to **March 25, 2020**;
- Extend the deadline to disclose rebuttal experts from January 27, 2020 to **April 27, 2020**;
- Extend the discovery cutoff date from February 24, 2020 to **May 25, 2020**;
- Extend the deadline for dispositive motions from March 25, 2020 to **June 23, 2020**; and
- Extend the deadline to file the joint proposed pretrial order from April 24, 2020 to **July 23, 2020**.

The primary reason for this motion is that, despite the best efforts of counsel on both sides, depositions of the flight crew members could not be scheduled until the weeks of December 2-6 and 9-13, 2019. Frontier has stated that this was because the flight crew members were already committed to work schedules requiring them to crew daily flights throughout the month of November. Plaintiffs intend to call experts who will need to review the flight crew deposition testimony prior to drafting opinions. The current deadline of December 26, 2019 for initial expert opinions would not provide sufficient time to complete the depositions and obtain the transcripts so that they can be reviewed by the experts. In addition, Plaintiffs had to cancel the deposition of Plaintiff A.D., which was scheduled to occur on November 20, 2019. It is unknown when he will be able to have his deposition taken, as he will need to be seen by a specialist prior to doing so. Further, some of the documents Plaintiffs have requested in written discovery have been marked as Sensitive Security Information (SSI) by the Transportation Security Administration (TSA). Thus, Frontier must request written permission from the administrator of the TSA authorizing release of these materials, before they can be produced to

Plaintiffs. Finally, Fed. R. Civ. P. 35 examinations of Plaintiffs, to the extent agreed to by Plaintiffs or ordered by the Court, can only take place after the depositions of Plaintiffs have been completed, and Plaintiff A.D. has not yet been presented for deposition. The additional time sought by this motion will allow the parties to complete these tasks.

The parties have been diligently working to complete fact discovery. Written discovery is ongoing, and the depositions of Plaintiff Peter DelVecchia and three fact witnesses have been completed. Additionally, the parties have scheduled another eight depositions for the first two weeks of December. A Rule 30(b)(6) deposition of Frontier will be scheduled for January. Despite the parties' best efforts, additional time is needed to complete fact and expert discovery. The parties note that the first deposition took place in Greenville, North Carolina, the next three depositions took place in Raleigh, North Carolina, and the next nine depositions will proceed in at least three additional cities (Salt Lake City, Las Vegas and Denver). The parties and their counsel are working expeditiously to conduct discovery and to otherwise comply with the Court's Scheduling Order. This is the first motion to a continuance filed in this case

DATED this 27th day of November, 2019.

    /s/ John D. McKay
John D. McKay (admitted *pro hac vice*)
PARK AVENUE LAW LLC
127 W. Fairbanks Ave., No. 519
Winter Park, FL 32789
johndmckayatty@gmail.com
(800) 391-3654

Timothy R. Titolo (Nev. Bar. No. 3617)
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 869-5100
tim@titololaw.com

***Attorneys for Plaintiffs Peter DelVecchia And A.D., a Minor***

          /s/ Tara Shelke
Brian T. Maye, Esq. (admitted *pro hac vice*)
Tara Shelke, Esq. (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Email: bmaye@amm-law.com
       tshelke@amm-law.com

Charles A. Michalek, Esq.
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Email: cmichalek@rmcmlaw.com

***Attorneys for Defendant Frontier Airlines, Inc.***


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE


DATED:  December 2, 2019