UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>FRONTIER AIRLINES, INC., et al.,<br><br>    Defendant(s). | Case No.: 2:19-cv-01322-KJD-NJK<br><br>**ORDER**<br><br>(Docket No. 45) |

      Pending before the Court is Plaintiffs' motion to compel. Docket No. 45. In the thirteen pages of argument for the discovery that Plaintiffs seek, which covers fourteen forms of discovery, Plaintiffs submit only four citations to authority. *Id.* at 4–16. All citations exist in a single section leaving the vast majority of Plaintiffs' requests unsupported by authority. *Id.*

      Local Rule 7-2 provides that a "motion must be supported by . . . points and authorities." Courts do not address arguments that are presented without sufficiently developed argument. *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 582 n.3 (D. Nev. 2013). Discovery motions are not exempt from this requirement. *See, e.g.*, *On Demand Direct Response, LLC v. McCart-Pollak*, 2018 WL 2014067, at *1 n.2 (D. Nev. Apr. 30, 2018).

      Accordingly, the Court **DENIES** Plaintiffs' motion without prejudice. Docket No. 45.

      IT IS SO ORDERED.

      Dated: December 3, 2019

                                                               Nancy J. Koppe<br>                                                               United States Magistrate Judge