## INDEX TO EXHIBITS

**EXHIBIT A:** Email chain dated November 6, 2019 between Tara Shelke, Esq. and John McKay, Esq.

**EXHIBIT B:** Seating chart for Frontier Airbus A320 from seatguru.com

**EXHIBIT C:** Order of Final Judgment (unpub.), *In re American Airlines, Inc. Privacy Litigation,* Case No. 3:04-MD-1627-D (N.D. Tex. Dec. 7, 2005)

**EXHIBIT D:** Frontier Privacy Policy