**EXHIBIT B:**      **Seating chart**

STRETCH
EXIT
EXIT
ECONOMY
EXIT
EXIT