CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

BRIAN T. MAYE (admitted *pro hac vice*)
TARA SHELKE (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
          tshelke@amm-law.com

***Attorneys for Defendant* FRONTIER AIRLINES, INC.**

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor, | Case No.: 2:19-cv-01322-KJD-NJK |
| *Plaintiffs*, | **FRONTIER AIRLINES, INC.'S UNOPPOSED MOTION SEEKING EXCEPTION TO PERSONAL ATTENDANCE REQUIREMENT** |
| v. | |
| FRONTIER AIRLINES, INC. and JOHN DOES 1 through 5, inclusive, | |
| *Defendants*. | |

**DEFENDANT FRONTIER AIRLINES, INC.'S UNOPPOSED MOTION SEEKING AN EXCEPTION TO PERSONAL ATTENDANCE REQUIREMENT REGARDING SETTLEMENT CONFERENCE**

Defendant, FRONTIER AIRLINES, INC. ("Frontier"), by its undersigned counsel, and for its Unopposed Request for an Exception to Personal Attendance Requirement regarding the upcoming Settlement Conference, states:

On December 3, 2019, this Court issued an Order ("Order") regarding the upcoming settlement conference in this matter, which is scheduled for January 27, 2020 at 9:30 a.m. (ECF No. 48). The order

- 1 -

states that all counsel of record are required to be present in person for the duration of the settlement conference. At the time the Order was entered, Frontier was represented by Charles A. Michalek, Brian T. Maye, and Tara Shelke, the latter two of whom are admitted *pro hac vice* in this matter. Within the last week, Ms. Shelke gave birth to her first child and started her maternity leave, the period of which includes the date set for the settlement conference. Frontier just filed a motion for *pro hac vice* admission for Matthew D. Martin, so his admission is pending and he was not counsel of record at the time the Order was entered. (ECF No. 52).

Ms. Shelke and Mr. Martin are associate attorneys with the law firm of Adler Murphy & McQuillen LLP. Mr. Maye, a partner at Adler Murphy & McQuillen, will be representing Frontier at the settlement conference, along with Mr. Michalek and a representative of Frontier's insurance carrier. Accordingly, Frontier requests that this Court excuse the personal attendance for the settlement conference of Ms. Shelke, who just began her maternity leave, and Mr. Martin, who was not a counsel of record at the time the Order was entered.

On December 20, 2019, counsel for Frontier conferred with counsel for Plaintiffs regarding this motion. Counsel for Plaintiffs has represented that he does not oppose the subject motion for relief.

WHEREFORE, Defendant, Frontier Airlines, Inc. requests that this Court grant it an exception excusing the personal attendance requirement of Tara Shelke and Matthew Martin for the settlement conference, and for such other relief this Court deems just and proper.

DATED this 23rd day of December, 2019         Respectfully submitted,

**FRONTIER AIRLINES, INC.**

/s/ Brian T. Maye

Brian T. Maye *(admitted pro hac vice)*
Tara Shelke (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP

20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
tshelke@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

IT IS SO ORDERED.

Dated: December 26, 2019

_____
Nancy J. Koppe
United States Magistrate Judge