Gmail  John McKay <johndmckayatty@gmail.com>

# Re: DelVecchia v. Frontier Airlines, Inc. - written discovery responses
1 message

**John McKay** <johndmckayatty@gmail.com>  Wed, Nov 6, 2019 at 3:16 PM
To: Tara Shelke <tshelke@amm-law.com>
Cc: "Brian T. Maye" <bmaye@amm-law.com>, Charles Michalek <cmichalek@rmcmlaw.com>, Timothy Titolo <tim@titololaw.com>

Hi Tara,

I've been in depos again and meant to get our responses out yesterday but couldn't. May I give them to you at the Campbell depo? (We have nothing relevant to Mr. Campbell). I'm fine with 11/15 for yours, with the exception that if you have anything relevant to Mr. Campbell, can you produce that prior to his deposition?

Thanks,
John

On Wed, Nov 6, 2019 at 4:10 PM Tara Shelke <tshelke@amm-law.com> wrote:

> Hi John,
>
> Frontier's responses to Plaintiff's written discovery requests are due today, November 6. We require additional time to prepare our responses, and would like an extension until Friday, Nov. 15, 2019. We note that we have not yet received Plaintiffs' written discovery responses, which were due yesterday. It thus appears that Plaintiffs require some additional time as well. Please let us know when we can expect to receive Plaintiffs' written discovery responses, and please confirm your agreement to our request for an extension of time until Nov. 15.
>
> Thank you,
>
> Tara
>
> Tara Shelke
>
> ADLER MURPHY & McQUILLEN LLP
>
> 20 S Clark, Suite 2500
>
> Chicago, Illinois 60603
>
> Main: (312) 345-0700
>
> Direct: (312) 422-5792
>
> Facsimile: (312) 345-9860

--
John D. McKay
Attorney at Law (CA, CO, FL, ME, NY, VT, VA, WV)
Barrister and Solicitor (Ontario)
Solicitor (England and Wales)
**Park Avenue Law LLC**
Winter Park, FL/NYC/San Francisco/Toronto, ONT

**Mailing and Delivery Address:**
127 W. Fairbanks Ave. #519
Winter Park, FL 32789

Tel. (800) 391-3654

