```
 1               UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF NEVADA

 3                          -oOo-

 4

 5  PETER DELVECCHIA, et al.,    )
                                 )   Civil No.:
 6        Plaintiff,             )   2:19-CV-01322-KJD-NJK
                                 )
 7  v.                           )
                                 )
 8  FRONTIER AIRLINES, INC.,     )
    et al.,                      )
 9                               )
          Defendants.            )
10  _____)

11

12

13

14      VIDEOTAPED DEPOSITION OF CHELSIE SAKURADA

15           Taken on December 3, 2109

16                  at 9:54 a.m.

17

18

19          ADVANCED REPORTING SOLUTIONS
                 159 West Broadway
20          Broadway Lofts, Suite 100
            Salt Lake City, Utah 84101
21

22

23

24  REPORTED BY:  Michelle Mallonee, RPR, CSR

25
```



| | | |
|---|---|---|
| 1 | you hadn't seen before, right? | 11:11:09 |
| 2 |    A.   Yeah. | 11:11:12 |
| 3 |    Q.   And then for the rest of the flight, you're | 11:11:12 |
| 4 | going to do surveillance on that lady? | 11:11:14 |
| 5 |    A.   No, because her pink hat didn't -- didn't -- she | 11:11:17 |
| 6 | didn't -- it had nothing to do with anybody else.  I -- I | 11:11:22 |
| 7 | guess the -- the concept that we were looking -- we are | 11:11:26 |
| 8 | always trying to look for trafficking, I guess.  And | 11:11:29 |
| 9 | that's something that we always look for. | 11:11:32 |
| 10 |    Q.   Well, now we've gone from there wasn't a risk to | 11:11:37 |
| 11 | safety, it wasn't all that concerning, to trafficking. | 11:11:43 |
| 12 | So let's talk about that. | 11:11:48 |
| 13 |        Why -- first of all, does the company instruct | 11:11:49 |
| 14 | you to look for trafficking? | 11:11:57 |
| 15 |    A.   We have topics about it.  I mean, there's -- | 11:11:59 |
| 16 | sometimes there's newsletters that are sent out, or just | 11:12:03 |
| 17 | topics that are sent out in email about the subject.  And | 11:12:08 |
| 18 | we're all aware of it as flight attendants. | 11:12:12 |
| 19 |    Q.   All right.  When you say "are sent out," you | 11:12:17 |
| 20 | mean sent out by Frontier to its employees? | 11:12:19 |
| 21 |    A.   Yes. | 11:12:23 |
| 22 |    Q.   And how often have you received these things? | 11:12:23 |
| 23 |    A.   Only a handful of times, maybe two, three. | 11:12:27 |
| 24 |    Q.   Two times you received emails and/or newsletters | 11:12:31 |
| 25 | about trafficking? | 11:12:35 |



| | | |
|---|---|---|
| 1 | A. Yes. | 11:12:37 |
| 2 | Q. And when you say "trafficking," what | 11:12:37 |
| 3 | specifically do you mean? | 11:12:39 |
| 4 | A. It's mostly newsletters about other instances | 11:12:41 |
| 5 | that have happened, like, on different flights and what | 11:12:45 |
| 6 | to look out for. And one of the things to look out for | 11:12:47 |
| 7 | is a kid that doesn't answer for himself. | 11:12:51 |
| 8 | Q. And does that specifically include a child | 11:12:57 |
| 9 | traveling with his parent -- | 11:13:00 |
| 10 | A. Umm-hmm, yes. | 11:13:02 |
| 11 | Q. -- who doesn't answer for himself? | 11:13:03 |
| 12 | A. Correct. | 11:13:05 |
| 13 | Q. And this is because of what Frontier has told | 11:13:06 |
| 14 | you? | 11:13:09 |
| 15 | A. Yes. | 11:13:09 |
| 16 | Q. Okay. So you felt that by labeling Peter and | 11:13:09 |
| 17 | A.D. as a situation to keep an eye on that you were | 11:13:17 |
| 18 | following Frontier's policies? | 11:13:23 |
| 19 | A. Absolutely. | 11:13:25 |
| 20 | Q. Okay. Now, again, these couple of items that | 11:13:26 |
| 21 | you've received from your employer about trafficking, | 11:13:34 |
| 22 | what did you understand "trafficking" to mean? | 11:13:36 |
| 23 | A. To me, it is some child that is with an adult | 11:13:40 |
| 24 | that they're not -- that they're not supposed to be with. | 11:13:46 |
| 25 | They're not their parents. They're not their person | 11:13:48 |



| | | |
|---|---|---|
| 1 | that's over them, the guardian.  That they are kept | 11:13:56 |
| 2 | silent from this person that is taking them from one | 11:14:01 |
| 3 | place to another, and -- and they're not supposed to be. | 11:14:04 |
| 4 |     Q.   And you believe, based on what Anna Bond told | 11:14:07 |
| 5 | you, that Peter was keeping A.D. silent? | 11:14:13 |
| 6 |     A.   Yes. | 11:14:18 |
| 7 |     Q.   And you believe that Peter took the middle seat | 11:14:18 |
| 8 | specifically so that A.D. couldn't interact with someone | 11:14:23 |
| 9 | seated beside him? | 11:14:26 |
| 10 |     A.   Yes.  It was something to continue looking out | 11:14:27 |
| 11 | for, yes. | 11:14:30 |
| 12 |     Q.   Now, when they were in the exit row, where were | 11:14:31 |
| 13 | Peter and A.D. seated? | 11:14:36 |
| 14 |     A.   Peter was in the middle, A.D. was seated in | 11:14:39 |
| 15 | the -- the D seat, which is in the aisle.  So there was | 11:14:41 |
| 16 | someone across the aisle from him, yes. | 11:14:45 |
| 17 |     Q.   There was someone next to him? | 11:14:47 |
| 18 |     A.   The father was next to him, and there was an | 11:14:49 |
| 19 | aisle, and then there was another person on the other | 11:14:51 |
| 20 | side. | 11:14:53 |
| 21 |     Q.   All right.  All right.  So presumably, A.D. | 11:14:54 |
| 22 | could have spoken with that person across the aisle, | 11:14:56 |
| 23 | right? | 11:14:58 |
| 24 |     A.   Correct. | 11:14:59 |
| 25 |     Q.   It's not that far? | 11:14:59 |



```
 1    A.   No, it's not.                                       11:15:00
 2    Q.   Okay.  So, but -- but in this case, you, I          11:15:02
 3  believe, said you should be on the look out for someone    11:15:07
 4  who shouldn't -- a child who shouldn't be with the         11:15:10
 5  guardian.                                                  11:15:13
 6    A.   Yeah.                                               11:15:15
 7    Q.   Okay.  And in this case, you had a child that       11:15:16
 8  was a different race from the guardian, right?             11:15:19
 9    A.   Umm-hmm.                                            11:15:23
10    Q.   And that was unusual to you?                        11:15:24
11    A.   No.                                                 11:15:25
12    Q.   It was not unusual to you?                          11:15:26
13    A.   Not to me, no.                                      11:15:28
14    Q.   Did not raise or heighten your concerns about       11:15:29
15  whether or not this child should be with this adult?       11:15:32
16    A.   No.                                                 11:15:35
17    Q.   So the only thing that heightened your concerns     11:15:35
18  were that Anna Bond said that the father answered for the  11:15:38
19  child?                                                     11:15:43
20    A.   Anna -- Anna Bond was uncomfortable, and it made    11:15:43
21  us all just, yeah, keep an eye out, absolutely.            11:15:47
22    Q.   Uncomfortable is kind of a general concept,         11:15:50
23  isn't it?                                                  11:15:53
24    A.   Yeah, it's very general.  That's why we kept an    11:15:53
25  eye out.                                                   11:15:57
```



| | | |
|---|---|---|
| 1 | Q.   Didn't you feel an obligation to question Anna | 11:15:58 |
| 2 | Bond more about why she was uncomfortable? | 11:16:00 |
| 3 | A.   No, because there are situations that arise all | 11:16:04 |
| 4 | the time that could make us feel uncomfortable for just a | 11:16:07 |
| 5 | moment, and then, you know, nothing happens.  But we | 11:16:11 |
| 6 | still keep an eye out, especially when it's a kid's | 11:16:13 |
| 7 | safety. | 11:16:18 |
| 8 | Q.   And you felt that A.D. was in an unsafe | 11:16:19 |
| 9 | position? | 11:16:21 |
| 10 | A.   I would say that he wasn't -- I -- I didn't feel | 11:16:22 |
| 11 | that he was unsafe at that time, no. | 11:16:27 |
| 12 | Q.   Okay.  Now, let's get back to the concept of | 11:16:29 |
| 13 | trafficking because it appears your employer is intent on | 11:16:34 |
| 14 | educating all of you flight attendants on this concept of | 11:16:38 |
| 15 | trafficking.  So I want to be clear about what you | 11:16:43 |
| 16 | understand trafficking to be. | 11:16:45 |
| 17 |      Trafficking connotes taking somebody from one | 11:16:48 |
| 18 | place on another; does it not? | 11:16:52 |
| 19 | A.   Yes. | 11:16:53 |
| 20 | Q.   And for what reason? | 11:16:54 |
| 21 | A.   I don't know.  I mean, I've heard of people | 11:17:03 |
| 22 | selling off children or -- just illegal activity, but not | 11:17:05 |
| 23 | anything specifically. | 11:17:11 |
| 24 | Q.   Did you feel in this instance, based on what | 11:17:13 |
| 25 | Anna Bond had told you and what you had seen Peter doing | 11:17:15 |



| | | |
|---|---|---|
| 1 | with A.D.'s face, that Peter was going to sell A.D. in | 11:17:22 |
| 2 | Las Vegas? | 11:17:26 |
| 3 |     A.    I have no idea. | 11:17:27 |
| 4 |     Q.    You have no idea? | 11:17:27 |
| 5 |     A.    No. | 11:17:28 |
| 6 |     Q.    Okay. | 11:17:29 |
| 7 |     A.    My -- my -- my job is to -- to just protect | 11:17:29 |
| 8 | everyone on the plane.  I don't know what happens on the | 11:17:35 |
| 9 | ground. | 11:17:37 |
| 10 |     Q.    Okay.  Your job is to make sure that they are | 11:17:38 |
| 11 | safe from risks that are inherent in the operation of | 11:17:41 |
| 12 | airplanes? | 11:17:45 |
| 13 |     A.    Correct, yeah. | 11:17:48 |
| 14 |     Q.    And suspicions of trafficking really doesn't | 11:17:48 |
| 15 | involve anything about the operation of airplanes, does | 11:17:54 |
| 16 | it? | 11:17:58 |
| 17 |     A.    Well, that -- that's up to the captain.  The | 11:17:58 |
| 18 | captain flies the plane.  I am solely for those | 11:18:00 |
| 19 | passengers 100 percent.  Even in an emergency, I'm the | 11:18:04 |
| 20 | one who gets those passengers off. | 11:18:08 |
| 21 |     Q.    Right.  You're the one that makes sure that they | 11:18:09 |
| 22 | get to the exits and they get safely out the exits, that | 11:18:12 |
| 23 | they are wearing their life vests, and that they don't | 11:18:15 |
| 24 | inflate them inside because they'll stick to the ceiling. | 11:18:18 |
| 25 | And it's something they never tell you, by the way. | 11:18:21 |



```
 1      A.   They don't until it's an emergency.  They really      11:18:25
 2  don't.  I don't think they --                                  11:18:27
 3      Q.   It's not very funny because there's several           11:18:30
 4  people that died because of that.                              11:18:35
 5           And you are responsible for making sure that           11:18:36
 6  carts don't run into people's feet and legs and elbows --      11:18:38
 7      A.   Yes.                                                   11:18:43
 8      Q.   -- right?                                              11:18:43
 9           But I'm curious where in your duties all of a          11:18:44
10  sudden you became in charge of making sure that people         11:18:47
11  aren't quote, unquote, trafficked?                             11:18:50
12      A.   I mean, if -- the safety of the child.  The           11:18:56
13  safety of the passenger.  I mean, we also make sure that       11:19:00
14  this drunk person isn't going to sit on this other drunk       11:19:03
15  person, or -- we are -- yeah.  We're there for them in         11:19:07
16  all ways.  I mean, verbally, physically, in every way.  I      11:19:13
17  mean, if two people were starting to yell at each other,       11:19:20
18  I would get involved in that, too, and separate them,          11:19:22
19  too.                                                            11:19:25
20      Q.   If you thought a child was being trafficked and       11:19:26
21  the child was 12 years old, wouldn't you find a way to         11:19:29
22  ask the child if he was safe?                                   11:19:34
23      A.   By separation, yes.                                    11:19:38
24      Q.   All right.                                             11:19:40
25      A.   You have to get them separated by passing them a      11:19:41
```



| | | |
|---|---|---|
| 1 | note and having them come to the bathroom, or signaling | 11:19:44 |
| 2 | for them to go to the restroom and then ask them there, | 11:19:48 |
| 3 | yes. | 11:19:51 |
| 4 |     Q.   Did you do either of those things with respect | 11:19:51 |
| 5 | to A.D.? | 11:19:54 |
| 6 |     A.   No, because until -- no -- no, I didn't. | 11:19:55 |
| 7 |     Q.   All right.  What was the next thing that you | 11:20:01 |
| 8 | recall occurring?  And I -- I'll remind you that we're up | 11:20:03 |
| 9 | to the point where you have seen Peter touching A.D.'s | 11:20:07 |
| 10 | face. | 11:20:14 |
| 11 |     A.   I went up to the front, and then all of us | 11:20:15 |
| 12 | congregated to the front to talk about this situation. | 11:20:20 |
| 13 | And we all equally felt that it was just something we | 11:20:22 |
| 14 | needed to bring up to the captain's attention. | 11:20:25 |
| 15 |     Q.   So, and when you say "we all," you mean A, B, C, | 11:20:27 |
| 16 | and D? | 11:20:30 |
| 17 |     A.   Correct. | 11:20:31 |
| 18 |     Q.   Okay. | 11:20:33 |
| 19 |     A.   We -- yes.  We don't usually go up to the | 11:20:33 |
| 20 | captain unless we are all on the same page. | 11:20:36 |
| 21 |     Q.   All right.  So that is yourself and Anna Bond? | 11:20:39 |
| 22 |     A.   (No audible response.) | 11:20:42 |
| 23 |     Q.   You have to say "yes." | 11:20:43 |
| 24 |     A.   Oh, yes. | 11:20:44 |
| 25 |     Q.   Yes?  Okay. | 11:20:45 |



```
 1      A.   Yes.                                              11:20:46
 2      Q.   And Amanda Nichol?                                11:20:46
 3      A.   Yes.                                              11:20:49
 4      Q.   And Scott Warren?                                 11:20:50
 5      A.   Correct.                                          11:20:51
 6      Q.   And you're all meeting where, in the -- in the   11:20:51
 7  aft gal --                                                 11:20:52
 8      A.   No, forward.                                      11:20:52
 9      Q.   -- or, I'm sorry, the -- the fore gal?            11:20:52
10      A.   Forward gal, yes.                                 11:20:54
11      Q.   Okay.  And what specifically was said in that    11:20:57
12  meeting?                                                   11:20:59
13      A.   I came back up to the front and said I, as well, 11:21:03
14  saw the -- the man touching the little boy's face.  I     11:21:07
15  don't think we ever -- you can't assume a relationship    11:21:12
16  like that.  I don't -- I don't know if I ever assumed     11:21:17
17  that it was the father.  I -- I don't remember.  But I -- 11:21:20
18  I probably said that the man was touching the young       11:21:22
19  man's face -- the boy's face.  And -- and I said, "I      11:21:27
20  don't know.  I just don't have a good feeling about it."  11:21:30
21  And everyone else was, like, "Me, either."  And so --     11:21:33
22      Q.   Well, when you say "everybody," everybody at     11:21:37
23  this point, all four flight attendants, are up at the     11:21:39
24  front, right?                                              11:21:41
25      A.   Umm-hmm.  Umm-hmm.                                11:21:41
```

