```
 1              UNITED STATES DISTRICT COURT

 2               FOR THE DISTRICT OF NEVADA

 3

 4   PETER DELVECCHIA, et al.,

 5         Plaintiffs,

 6       vs.                          CASE NO.
                                      2:19-CV-01322-KJD-NJK
 7   FRONTIER AIRLINES, INC.,
     et al.,
 8
           Defendants.
 9   _____

10

11

12

13            VIDEOTAPED DEPOSITION OF

14               AMANDA LEE NICKEL

15

16         Wednesday, December 11, 2019

17                  9:01 a.m.

18

19          9950 West Cheyenne Avenue

20                Las Vegas, Nevada

21

22      Judith Payne Kelly, RMR, CCR-539

23

24

25
```



1      A.   No.
2      Q.   Did you observe him placing his hand near
3  A.D.'s crotch?
4      A.   Scott or the -- or the plaintiff?
5      Q.   Scott.
6      A.   No, he did not.  He was not near the -- or
7  the victim.
8      Q.   The victim.  You mean A.D.?
9      A.   Correct.
10     Q.   Okay.  Why did you call him a victim?
11     A.   Because we -- that's what I believe he was.
12     Q.   Okay.  When did you form that belief?
13     A.   After we had all of our observations on
14  what -- on the situation at hand.
15     Q.   Okay.  So it was based on other people's
16  observations?
17     A.   And my own.
18     Q.   Okay.  What was your own observation?
19     A.   From the beginning of the flight, when he was
20  being moved, Anna came back and spoke to us and let us
21  know why he was being moved.  We believed -- I believed
22  it was a language issue, because he did not look under
23  15.
24     Q.   Let me stop you for a second, because you
25  said "when he was being moved"; and, of course we know



```
 1       A.   There was no reason for me at that point to
 2  go over and question them.
 3       Q.   Fair enough.  So Anna, who is a flight
 4  attendant just like you --
 5       A.   Uh-huh.
 6       Q.   You have to say yes or no.
 7       A.   Yes.
 8       Q.   -- had made a determination that flight
 9  attendants are allowed to make.  Right?
10       A.   I'm sorry.  Can you repeat the question or
11  statement?
12       Q.   Anna, who is a flight attendant like you, had
13  made a determination that flight attendants like you
14  are allowed to make.  Right?
15            MR. MAYE:  Object to form.
16       A.   Make what?
17       Q.   (By Mr. McKay)  Well, she had determined that
18  the child was 12 years old and had therefore, according
19  to procedures and regulations -- had moved the child
20  from row 13 to row 17, correct?
21       A.   Yes, after questioning the parent and the
22  child.
23       Q.   Good.  Okay.  So she had questioned the
24  parent and the child to her satisfaction and had
25  determined that the child was not of sufficient age to
```



1  sit in the exit row?
2      A.   Yes.
3      Q.   My question to you is, upon obtaining that
4  information, what makes you uneasy?
5      A.   Between Anna stating that the child would not
6  answer the question about his age until getting
7  permission from his father and the observation that I
8  made that he looked older than 12.
9      Q.   Did she say to you that the father gave him
10 permission to answer the question?
11     A.   She said that the child looked up to his
12 father before he would answer the question.  That's the
13 observation she made.
14     Q.   Right before he did answer the question,
15 right?
16     A.   Correct.  Yes.
17     Q.   Okay.  You teach children.
18     A.   Yes.
19     Q.   You have children.
20     A.   Yes.
21     Q.   Have you ever seen a child who is asked a
22 question by a stranger, adult, look to their parent
23 before answering the question?
24     A.   Not at that age, no.
25     Q.   Not in your life?  You've never seen such a



```
 1  thing?
 2          MR. MAYE:  Object to form.
 3      A.  I don't recall, but --
 4      Q.  (By Mr. McKay)  It could have happened?
 5          MR. MAYE:  Object to form.
 6      A.  I don't interact many with children and
 7  parents as a substitute teacher, but my own child would
 8  answer the question without looking to me.
 9      Q.  (By Mr. McKay)  So once again, this
10  particular African-American child is not acting like
11  your Caucasian child?  Right?
12          MR. MAYE:  Object to form.
13      A.  I don't see why the color of their skin has
14  to do with answering a question.
15      Q.  (By Mr. McKay)  Well, in this instance, an
16  African-American child looked to his Caucasian father
17  before answering Anna's question, according to Anna.
18      A.  Yes.
19      Q.  Right?  Okay.  And that's not something that
20  your Caucasian child would have done, right?
21          MR. MAYE:  Object to form.
22      A.  My 12-year-old child.
23      Q.  (By Mr. McKay)  Yes.
24      A.  Yes.
25      Q.  And I presume he's Caucasian?
```



```
 1              MR. MAYE:  Object to form.
 2        A.    Yes.
 3        Q.    (By Mr. McKay)  Okay.  So you're uneasy
 4   because the African-American child looked to his father
 5   before answering Anna's question and because he was
 6   somewhat taller than your 12-year-old?
 7              MR. MAYE:  Object to form.
 8        A.    Because he looked older than 12.
 9        Q.    (By Mr. McKay)  Okay.  And so you told the
10   police that you were uneasy about Peter and A.D.  It
11   was both of them, right?
12        A.    A father and son, yes.
13        Q.    Okay.  Now, if you had to put your uneasiness
14   into some subject category, what would it have been?
15              MR. MAYE:  Object to form.
16        A.    I'm not sure I understand the question.
17        Q.    (By Mr. McKay)  Well, you were acting in a
18   professional capacity at the time that you felt uneasy,
19   right?
20        A.    Yes.
21        Q.    Okay.  Was your uneasiness tied to your
22   professional duties on the flight?
23        A.    Yes.
24        Q.    Okay.  So what of your professional duties
25   was this set of circumstances making you uneasy about?
```



1  A.  In my circumstances, we're supposed to make
2  observations; and if we feel off about something, or
3  uneasy, to continue observing them.
4  Q.  In your training, then, you've been told
5  this?
6  A.  Yes.
7  Q.  Okay.  So in your training, did anyone
8  indicate to you what might be a reason for keeping an
9  eye on somebody?
10  A.  No.  We're just supposed to be vigilant and
11  look out for anything that we feel is off or makes us
12  uneasy.
13  Q.  Well, in your own mind, why do you keep an
14  eye on passengers that make you uneasy?
15  A.  Because it's our job to ensure the safety of
16  the aircraft and the other passengers.
17  Q.  Okay.  And so did you feel that these
18  observations that you made of A.D. were potentially
19  leading to a safety-of-the-aircraft issue?
20  A.  I did not know at the time if those two alone
21  had to do with safety; but it was something that I kept
22  an eye out, like we're taught.
23  Q.  Did you think maybe that they could be
24  highjackers?
25       MR. MAYE:  Object to form.



```
 1        A.    I'm not going to assume any specific threat.
 2        Q.    (By Mr. McKay)  I'm not asking you about
 3  anything you might do in the future.  I'm asking you
 4  about what you did on the Flight 2067 on March 28th.
 5        A.    I have no experience with highjackers, so I
 6  don't know the behavior of a highjacker.
 7        Q.    Okay.  So they potentially could have been
 8  highjackers?
 9              MR. MAYE:  Object to form.
10        A.    They could have been anything.
11        Q.    (By Mr. McKay)  They could have been
12  anything?  They could have been bombers?
13        A.    I don't have experience with bombers.
14        Q.    Terrorists?
15        A.    I don't have experience with terrorists
16  personally on an airplane.
17        Q.    So, again, your uneasiness, then, is just not
18  connected to any particular belief that these people
19  might be engaged in some criminal activity?
20        A.    Not from those observations, no.
21        Q.    Okay. Did you at any time later feel that
22  they were?
23              MR. MAYE:  Object to form.
24        A.    Those two alone, no.
25        Q.    (By Mr. McKay)  Those two in conjunction with
```

