```
 1                UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF NEVADA

 3                          -o0o-

 4

 5  PETER DELVECCHIA, et al.,    )
                                 )  Civil No.:
 6         Plaintiff,            )  2:19-CV-01322-KJD-NJK
                                 )
 7  v.                           )
                                 )
 8  FRONTIER AIRLINES, INC.,     )
    et al.,                      )
 9                               )
           Defendants.           )
10  _____)

11

12

13

14      VIDEOTAPED DEPOSITION OF CAPTAIN REX SHUPE

15            Taken on December 4, 2109

16                  at 8:29 a.m.

17

18

19         ADVANCED REPORTING SOLUTIONS
                159 West Broadway
20         Broadway Lofts, Suite 100
            Salt Lake City, Utah 84101
21

22

23

24  REPORTED BY:  Michelle Mallonee, RPR, CSR

25
```



| | | |
|---|---|---|
| 1 | A. | Yeah, I mean, she knew what was going on, yes. | 08:52:03 |
| 2 | Q. | So she described a situation to you? | 08:52:06 |
| 3 | A. | She described a situation. | 08:52:08 |
| 4 | Q. | And what did she say about the situation? | 08:52:09 |
| 5 | A. | Well, she says that, I haven't observed | 08:52:11 |
| 6 | anything.  I didn't see it, I didn't -- you know, I'm not | 08:52:13 |
| 7 | privy to -- to what -- to the -- the situation. | 08:52:16 |
| 8 | Q. | But it sounds from your other statement that she | 08:52:20 |
| 9 | concurred with the decision to separate the two? | 08:52:24 |
| 10 | A. | Yes. | 08:52:29 |
| 11 | Q. | Okay.  But without any factual basis? | 08:52:30 |
| 12 | A. | Well, you know, when -- when we talked to them, | 08:52:33 |
| 13 | I didn't ask them if they should be separated or not. | 08:52:37 |
| 14 | Q. | Right.  You're the captain. | 08:52:40 |
| 15 | A. | Right. | 08:52:42 |
| 16 | Q. | You make the decision. | 08:52:42 |
| 17 | A. | Right. | 08:52:44 |
| 18 | Q. | Right.  So -- but you were obtaining facts from | 08:52:44 |
| 19 | them to help you with your decision? | 08:52:47 |
| 20 | A. | Well, the situation was -- you know, was serious | 08:52:50 |
| 21 | enough to where I wanted, you know, input from all four. | 08:52:54 |
| 22 | Q. | Okay.  Now, at this point, you have received a | 08:52:58 |
| 23 | notification of something that might be inappropriate, | 08:53:06 |
| 24 | but it didn't come from the affected individual, correct? | 08:53:10 |
| 25 | A. | You mean Delvecchia? | 08:53:14 |



```
 1      Q.    Yeah.                                                     08:53:16
 2      A.    No.                                                       08:53:17
 3      Q.    Well, and it didn't come from the child, right?           08:53:18
 4      A.    To me, no.                                                08:53:21
 5      Q.    No.                                                       08:53:22
 6      A.    Directly, no.                                             08:53:23
 7      Q.    And -- and let me ask you:  Do you, as -- as the          08:53:24
 8   captain, do you know the names of the passengers in the            08:53:26
 9   seats?                                                             08:53:29
10      A.    No.                                                       08:53:29
11      Q.    Okay.  And I understand from Ms. Bright's                 08:53:30
12   testimony that in 2017, the -- Frontier stopped providing          08:53:34
13   a -- a manifest with names?                                        08:53:39
14      A.    I can't remember when they stopped or if they             08:53:42
15   stopped why they stopped, but we usually don't get names           08:53:45
16   in the cockpit.  Every once in a while they'll slip us             08:53:49
17   one if they -- and I don't know why.  Maybe they have an           08:53:53
18   extra copy or what it is.  But it's not -- it's not usual          08:53:55
19   that we have the name of the passengers in the cockpit.            08:53:57
20      Q.    Okay.  So you didn't know that the adult and the          08:54:00
21   child had the same surname?                                        08:54:02
22      A.    No.                                                       08:54:04
23      Q.    Okay.  Now, again, there -- there hadn't been             08:54:04
24   any contact from the passenger, the young passenger or             08:54:12
25   even the adult passenger at this point, correct?                   08:54:19
```



```
 1      A.   Contact?                                           08:54:22
 2      Q.   I mean, they hadn't rung their bell, they hadn't   08:54:23
 3  said something to a flight attendant, anything along        08:54:27
 4  those lines?                                                08:54:29
 5      A.   I don't know.                                      08:54:31
 6      Q.   Okay.                                              08:54:32
 7      A.   I wouldn't know who -- when the passengers ring    08:54:32
 8  the bell.  We don't --                                      08:54:34
 9      Q.   All right.                                         08:54:36
10      A.   -- we don't know.                                  08:54:36
11      Q.   But you, presumably, knew that the -- the child    08:54:37
12  had not complained to anyone about any inappropriate        08:54:43
13  touching?                                                   08:54:47
14      A.   I don't know if the child complained or not.       08:54:49
15  With all the information I'd received from the flight       08:54:52
16  attendants, I'd -- I -- it wasn't told me that the child    08:54:54
17  had complained.                                             08:54:58
18      Q.   Okay.  Now, after concluding the telephone or      08:54:59
19  intercom discussions with Bond and Nichol, what did you     08:55:03
20  do next?                                                    08:55:08
21      A.   Well, that's when we decided yes, let's separate   08:55:08
22  the two.                                                    08:55:11
23      Q.   And you say "we" decided.  How -- how did          08:55:12
24  that -- I mean, you're the captain.                         08:55:14
25      A.   Well, sure.                                        08:55:16
```



```
 1      Q.    So it's your decision.                              08:55:16
 2      A.    The buck stops with me, right?                      08:55:18
 3      Q.    Right.                                              08:55:19
 4      A.    Yeah.                                               08:55:19
 5      Q.    Right.  But you -- you discussed it with all        08:55:20
 6   four present?                                                08:55:22
 7      A.    Correct.                                            08:55:23
 8      Q.    Okay.  And -- and I gather everybody agreed that    08:55:23
 9   the right thing to do is -- is to separate the child from    08:55:29
10   the father?                                                  08:55:32
11      A.    Correct.                                            08:55:33
12      Q.    All right.  And again, you didn't know that it      08:55:34
13   was the father at this time?                                 08:55:36
14      A.    I did not know.                                     08:55:38
15      Q.    Okay.  Now, I have had produced to me a page        08:55:39
16   from the flight attendant manual.                            08:55:49
17            Do you -- do you receive the flight attendant       08:55:55
18   manual?                                                      08:55:58
19      A.    No.                                                 08:55:59
20      Q.    Okay.  So what procedures, SOPs, or whatever        08:55:59
21   guides your decision making in a situation such as this,     08:56:08
22   especially one that you've never encountered before?         08:56:12
23      A.    Well, I mean, we don't have a lot of guidance       08:56:15
24   when it comes to the -- the sexual -- this -- sexual in     08:56:18
25   nature or inappropriate touching in the back.                08:56:24
```



| | | |
|---|---|---|
| 1 | We do have what we call "threat levels" in the | 08:56:26 |
| 2 | back between the passengers.  There's Threat Level 1, | 08:56:28 |
| 3 | which is, you know -- and it escalates up to Threat Level | 08:56:32 |
| 4 | 4. | 08:56:38 |
| 5 |    Q.   Okay.  Well, let's go through those, since you | 08:56:38 |
| 6 | brought them up. | 08:56:41 |
| 7 |        What is -- what defines Threat Level 1? | 08:56:43 |
| 8 |    A.   I believe Threat Level 1 is verbal | 08:56:45 |
| 9 | noncompliance. | 08:56:47 |
| 10 |    Q.   So a passenger who verbally, meaning with words, | 08:56:49 |
| 11 | is refusing to comply with -- | 08:56:57 |
| 12 |    A.   Comply with -- | 08:57:00 |
| 13 |    Q.   -- instructions from -- | 08:57:00 |
| 14 |    A.   -- instructions from the flight attendants, | 08:57:02 |
| 15 | correct. | 08:57:04 |
| 16 |    Q.   Okay.  We both have to talk -- | 08:57:04 |
| 17 |    A.   Sorry.  Yes. | 08:57:06 |
| 18 |    Q.   -- at different times? | 08:57:06 |
| 19 |    A.   Yes.  I'm sorry. | 08:57:07 |
| 20 |    Q.   Okay.  So let's go through that again just so | 08:57:07 |
| 21 | it's clear. | 08:57:09 |
| 22 |        Threat Level 1, then, is a passenger who, using | 08:57:10 |
| 23 | words, refuses to comply with an instruction from a crew | 08:57:13 |
| 24 | member, correct? | 08:57:18 |
| 25 |    A.   Correct. | 08:57:19 |



```
 1    Q.   Okay.  What is Threat Level 2?                          08:57:19
 2    A.   Threat Level 2, I mean, I need to pull out my --        08:57:21
 3  my FOM, my Flight Operations Manual, to get all the            08:57:24
 4  details.  But that's when the escalation involves              08:57:30
 5  physical type -- pushing, hitting.                             08:57:34
 6    Q.   Okay.  All right.  And is the FOM something that        08:57:37
 7  you have with you in the cockpit to refer to if this           08:57:42
 8  comes up?                                                      08:57:45
 9    A.   Yes.                                                    08:57:46
10    Q.   Okay.  Now, so Threat Level 2, then, is                 08:57:46
11  physical.                                                      08:57:49
12         What's Threat Level 3?                                  08:57:50
13    A.   Threat Level 3 is -- like I said, I have to take        08:57:53
14  a look at it to see exactly, but that's where it's             08:57:57
15  escalating to threats, physical harm --                        08:57:59
16    Q.   Okay.                                                   08:58:05
17    A.   -- physical injury.                                     08:58:07
18    Q.   Threats of physical harm or physical injury?            08:58:09
19    A.   Yeah.                                                   08:58:13
20    Q.   Okay.  And what is Threat Level 4?                      08:58:13
21    A.   That's attempted breach of the cockpit.                 08:58:15
22  Hijacking.                                                     08:58:18
23    Q.   Sure.                                                   08:58:20
24    A.   And like I said, there's a -- there's a list in         08:58:24
25  there to -- to get all of the articulations that we would      08:58:27
```



| | | |
|---|---|---|
| 1 | refer to. | 08:58:32 |
| 2 | Q.   Okay.  And when this information about Peter and | 08:58:32 |
| 3 | A.D. was brought to your attention, did you consult the | 08:58:38 |
| 4 | FOM? | 08:58:42 |
| 5 | A.   I took a look at it, yeah. | 08:58:43 |
| 6 | Q.   Okay.  Did you go through the Threat Level 1, 2, | 08:58:45 |
| 7 | 3, and 4 designations? | 08:58:48 |
| 8 | A.   When you say go -- | 08:58:50 |
| 9 | Q.   Did you look at them? | 08:58:51 |
| 10 | A.   Well, after the -- after the flight attendants | 08:58:52 |
| 11 | departed the airplane -- I mean not the airplane, the | 08:58:55 |
| 12 | cockpit, I took a look at the -- at the threat levels, | 08:58:57 |
| 13 | yeah. | 08:59:00 |
| 14 | Q.   Okay.  Now, at that point you'd already made the | 08:59:00 |
| 15 | decision to separate them? | 08:59:02 |
| 16 | A.   Yes. | 08:59:04 |
| 17 | Q.   Okay.  But you then felt -- | 08:59:04 |
| 18 | A.   Wanted to back that up just to make sure that -- | 08:59:07 |
| 19 | Q.   Okay. | 08:59:10 |
| 20 | A.   -- you know -- | 08:59:10 |
| 21 | Q.   Okay. | 08:59:10 |
| 22 | A.   -- we were where we should be. | 08:59:10 |
| 23 | Q.   Now, you -- you started us down this road when | 08:59:13 |
| 24 | you said we don't have a lot of guidance, and then you | 08:59:17 |
| 25 | mentioned the threat levels. | 08:59:20 |



| | | |
|---|---|---|
| 1 | Is there any other guidance that you consulted | 08:59:22 |
| 2 | in the FOM concerning this situation? | 08:59:24 |
| 3 |     A.   No. | 08:59:26 |
| 4 |     Q.   Okay.  So let's just go through the threat | 08:59:27 |
| 5 | levels. | 08:59:32 |
| 6 | You did not have any information that Peter or | 08:59:32 |
| 7 | A.D. had verbally refused to comply with an instruction | 08:59:39 |
| 8 | of a crew member? | 08:59:43 |
| 9 |     A.   Correct. | 08:59:44 |
| 10 |     Q.   You did not have any information that Peter or | 08:59:45 |
| 11 | A.D. had caused any sort of physical altercation with a | 08:59:51 |
| 12 | crew member? | 08:59:56 |
| 13 |     A.   Correct. | 08:59:58 |
| 14 |     Q.   You did not have any information that Peter or | 08:59:58 |
| 15 | A.D. had threatened physical injury to a crew member? | 09:00:02 |
| 16 |     A.   Correct. | 09:00:06 |
| 17 |     Q.   And you did not have any information that Peter | 09:00:07 |
| 18 | or A.D. had attempted a breach of the cockpit? | 09:00:09 |
| 19 |     A.   Correct. | 09:00:13 |
| 20 |     Q.   Okay.  So nothing that was brought to your | 09:00:13 |
| 21 | attention fit any of the threat levels? | 09:00:16 |
| 22 |     A.   Well, on Threat Level 2 is -- there is a | 09:00:19 |
| 23 | section -- there is an articulation of inappropriate | 09:00:22 |
| 24 | touching. | 09:00:26 |
| 25 |     Q.   Okay.  So Threat Level 2, which I don't have | 09:00:26 |



```
 1  available to me, and apparently you don't either at the         09:00:31
 2  moment, Threat Level 2, you say, has something in it            09:00:37
 3  about inappropriate touching?                                   09:00:43
 4       A.   Correct.                                              09:00:46
 5       Q.   All right.  Now, can you tell me whether that is      09:00:46
 6  inappropriate touching of another passenger or                  09:00:48
 7  inappropriate touching of a crew member?                        09:00:51
 8       A.   No, it doesn't -- I'd have to go read that to         09:00:56
 9  see the articulation again.                                     09:01:01
10       Q.   All right.  Well, for our purposes today, did         09:01:04
11  you determine that the information provided to you met          09:01:08
12  Threat Level 2?                                                 09:01:13
13       A.   Yes -- restate that question one more time.           09:01:17
14       Q.   Did you determine when you looked at the FOM and      09:01:22
15  the threat levels that the information that the flight          09:01:26
16  attendants had provided to you met the criteria of a            09:01:29
17  Threat Level 2?                                                 09:01:35
18       A.   Yes.                                                  09:01:37
19       Q.   Okay.  And what is the required action of the         09:01:38
20  captain upon determining that a Threat Level 2 exists?          09:01:46
21       A.   There is an articulation in there that has us to      09:01:51
22  restrain or subdue a passenger, contact dispatch, law           09:01:54
23  enforcement requested.                                          09:02:02
24       Q.   Okay.  So if -- if I understand you correctly,        09:02:08
25  the required action of a captain upon determining that a        09:02:15
```



| | | |
|---|---|---|
| 1 | passenger meets Threat Level 2 is, first, to restrain the | 09:02:20 |
| 2 | passenger; second, to contact dispatch and request law | 09:02:25 |
| 3 | enforcement officers meet the plane? | 09:02:30 |
| 4 |     A.    Correct. | 09:02:33 |
| 5 |     Q.    Okay.  And you had determined that a Threat | 09:02:34 |
| 6 | Level 2 existed with respect to Peter Delvecchia? | 09:02:36 |
| 7 |     A.    Correct. | 09:02:42 |
| 8 |     Q.    And you had determined this based on a statement | 09:02:42 |
| 9 | by Scott Warren that he had seen Peter Delvecchia's hand | 09:02:47 |
| 10 | near the groin of the child next to him? | 09:02:54 |
| 11 |     A.    Correct. | 09:02:59 |
| 12 |     Q.    Okay.  Now, you did not restrain Peter | 09:02:59 |
| 13 | Delvecchia, did you? | 09:03:03 |
| 14 |     A.    No.  Not -- not physically restrain as far as | 09:03:06 |
| 15 | with -- with the ties.  What do we have, the -- anything | 09:03:09 |
| 16 | like that.  The restraint came -- to restrain was the | 09:03:15 |
| 17 | separation. | 09:03:18 |
| 18 |     Q.    Well, under Threat Level 2 in the FOM, it says | 09:03:19 |
| 19 | to restrain, correct? | 09:03:24 |
| 20 |     A.    Correct. | 09:03:26 |
| 21 |     Q.    And you have equipment on board the aircraft to | 09:03:27 |
| 22 | restrain someone, correct? | 09:03:30 |
| 23 |     A.    Correct. | 09:03:32 |
| 24 |     Q.    But you did not restrain Peter Delvecchia with | 09:03:32 |
| 25 | that equipment? | 09:03:36 |



| | | |
|---|---|---|
| 1 | A.   Not with the -- the equipment. | 09:03:36 |
| 2 | Q.   I see. | 09:03:38 |
| 3 | A.   No. | 09:03:39 |
| 4 | Q.   Okay. And, in fact, you left him seated next to | 09:03:40 |
| 5 | another passenger? | 09:03:45 |
| 6 | A.   Able-bodied passenger, I assume. That's -- | 09:03:47 |
| 7 | Q.   How did you assume that? | 09:03:50 |
| 8 | MS. SHELKE:  I will object that I'm not sure | 09:03:52 |
| 9 | that Captain Shupe knows the names of the two plaintiffs. | 09:03:55 |
| 10 | If you'll refer to them as "the adult" and "the child." | 09:03:59 |
| 11 | MR. MCKAY:  I'm sorry. Okay. That's -- that's | 09:04:03 |
| 12 | well-taken. All right. | 09:04:04 |
| 13 | Q.   (BY MR. MCKAY:)  So you -- you left the adult | 09:04:07 |
| 14 | seated next to another person, another passenger? | 09:04:10 |
| 15 | A.   Well, the flight attendants set it up to where | 09:04:15 |
| 16 | I'm -- I'm not quite sure if there was a -- where the | 09:04:17 |
| 17 | able-bodied passenger was. | 09:04:21 |
| 18 | Q.   Well, if -- if I represent to you that the | 09:04:23 |
| 19 | person seated next to the adult was the same person that | 09:04:25 |
| 20 | had been seated to [sic] him for the past two hours, that | 09:04:29 |
| 21 | would not be the same as finding an able-bodied passenger | 09:04:34 |
| 22 | to sit next to a restrained passenger, would it? | 09:04:39 |
| 23 | A.   Restate that again. | 09:04:44 |
| 24 | Q.   Did the flight attendants tell you anything at | 09:04:46 |
| 25 | all about the passenger seated next to Peter | 09:04:54 |



| | | |
|---|---|---|
| 1 | Delvecchia -- I mean the passenger that he did not board | 09:04:56 |
| 2 | with? | 09:04:59 |
| 3 |     A.   No. | 09:04:59 |
| 4 |     Q.   No. Nothing. You knew nothing. You didn't | 09:05:00 |
| 5 | know whether it was a -- a -- an 80-year-old woman or a | 09:05:03 |
| 6 | 12-year-old girl, or a 350-pound man. You didn't know | 09:05:08 |
| 7 | anything, right? | 09:05:15 |
| 8 |     A.   Correct. | 09:05:16 |
| 9 |     Q.   Okay. So at this point, you have made a | 09:05:16 |
| 10 | determination of Threat Level 2. You have looked at the | 09:05:21 |
| 11 | FOM. It requires you to restrain the adult, correct? | 09:05:25 |
| 12 |     A.   Correct. | 09:05:31 |
| 13 |     Q.   And you did not. | 09:05:32 |
| 14 |     A.   Well, the restraint was the separation. | 09:05:34 |
| 15 |     Q.   Okay. If I get a copy of the FOM, is it going | 09:05:36 |
| 16 | to tell me that a separation is equivalent to restraining | 09:05:40 |
| 17 | a passenger? | 09:05:47 |
| 18 |     A.   In those words, no. | 09:05:49 |
| 19 |     Q.   No. So this is -- this is just something that | 09:05:51 |
| 20 | you've concluded that is not in the FOM? | 09:05:53 |
| 21 |     A.   Correct. | 09:05:58 |
| 22 |     Q.   All right. Sort of an equivalency determination | 09:05:59 |
| 23 | that you've made? | 09:06:04 |
| 24 |     A.   Correct. | 09:06:05 |
| 25 |     Q.   Okay. Now, if there's an emergency situation on | 09:06:05 |



```
 1  the plane, you have checklists for that, correct?           09:06:08
 2      A.   Correct.                                           09:06:11
 3      Q.   Okay.  And you would agree with me that standard   09:06:12
 4  operating procedures require you to follow the checklist?   09:06:15
 5      A.   Correct.                                           09:06:19
 6      Q.   You don't get an opportunity to make equivalency   09:06:20
 7  determinations on the checklist, do you?                    09:06:25
 8      A.   Correct.                                           09:06:28
 9      Q.   Okay.  But in this case, you -- you decided to,    09:06:28
10  even though this was something you'd never done before?     09:06:31
11      A.   Correct.                                           09:06:36
12      Q.   Okay.  I'm assuming you determined that there      09:06:37
13  was no need to restrain the adult.  Would that be a fair    09:06:40
14  statement?                                                  09:06:47
15      A.   Correct.                                           09:06:49
16      Q.   Okay.  But you did order that the child be         09:06:51
17  restrained in a sense?                                      09:06:58
18      A.   Separated.                                         09:07:01
19      Q.   Separated, which you just said was equivalent in   09:07:02
20  your mind to restraining?                                   09:07:05
21      A.   Correct.                                           09:07:11
22      Q.   Okay.  So a 12-year-old boy is restrained on       09:07:12
23  your order because a flight attendant thought he saw        09:07:20
24  somebody touch the boy inappropriately?                     09:07:26
25      A.   Correct.                                           09:07:29
```

