| | |
|---|---|
| **From:** | John McKay |
| **To:** | Matthew D. Martin |
| **Cc:** | Brian T. Maye; Charles Michalek; Tara Shelke; Timothy Titolo |
| **Subject:** | Re: DelVecchia v. Frontier: Unresolved Agreements |
| **Date:** | Friday, December 27, 2019 3:58:16 PM |

Thank you, Matt. I hope you had a good holiday as well.

What are we doing about the Rule 30(b)(6) deposition? January 7 will be here very soon.

John

John D. McKay
Attorney at Law (CA, CO, FL, ME, NY, VT, VA, WV)
Barrister and Solicitor (Ontario)
Solicitor (England and Wales)
**Park Avenue Law LLC**
Winter Park, FL/NYC/San Francisco/Toronto, ONT

**Mailing and Delivery Address:**
127 W. Fairbanks Ave. #519
Winter Park, FL 32789

Tel. (800) 391-3654



On Thu, Dec 26, 2019 at 4:03 PM Matthew D. Martin <mmartin@amm-law.com> wrote:

> Hi John,
>
> Please find attached Frontier's First Amended Privilege Log, which addresses the outstanding issue related to Interrogatory No. 16.  Hope you had a nice holiday.
>
> Matt
>
> Matthew D. Martin
>
> ADLER MURPHY & McQUILLEN LLP
>
> 20 S. Clark Street, Suite 2500

EXHIBIT 5

Chicago, Illinois 60603

Main: (312) 345-0700

Direct: (312) 422-5798

Facsimile: (312) 345-9860

---

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message

**From:** John McKay [mailto:johndmckayatty@gmail.com]
**Sent:** Wednesday, December 18, 2019 12:13 PM
**To:** Matthew D. Martin
**Cc:** Brian T. Maye; Charles Michalek; Tara Shelke; Timothy Titolo
**Subject:** DelVecchia v. Frontier: Unresolved Agreements

Matt,

I am attaching the summary of the agreements we reached on November 26 during the call with you and Tara, and which I included in my email to both of you on the same date.

You have not complied with the highlighted portions.

November 26 was over three weeks ago.

These were agreements to avoid including the items in the currently pending motion to compel. If you do not comply by the end of this week, I will be adding them to the next motion to compel and including a summary of the history of our 11/26 call and your failure to abide by your agreements.

Kind regards,

EXHIBIT 5

John

John D. McKay

Attorney at Law (CA, CO, FL, ME, NY, VT, VA, WV)

Barrister and Solicitor (Ontario)

Solicitor (England and Wales)

**Park Avenue Law LLC**

Winter Park, FL/NYC/San Francisco/Toronto, ONT

**Mailing and Delivery Address:**

127 W. Fairbanks Ave. #519

Winter Park, FL 32789

Tel. (800) 391-3654

EXHIBIT 5