| CONFIRMATION For Process Serving | ONE LEGAL LLC |  |
|---|---|---|

**This is not an Invoice**

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 14686420 | DATE: | 05/12/2020 |
|---|---|---|---|

| | |
|---|---|
| **Customer:** Park Avenue Law LLC | **Attorney:** John McKay |
| **Customer No.:** 0097729 | **Attorney e-mail:** johndmckayatty@gmail.com |
| **Address:** Winter Park, FL 32789 | **Contact:** John McKay |
| | **Contact e-mail:** johndmckayatty@gmail.com |
| | **Contact Phone:** (434)531-9569 |
| | **Contact Fax:** (407)264-6551 |
| | **Law Firm File No.:** |

**CASE INFORMATION:**

| | |
|---|---|
| **Case Number:** | 2:19-CV-01322-KJD-DJA |
| **County:** | |
| **Court:** | United States District Court, District of Nevada |
| **Case Short Title:** | Peter DelVecchia, Individually et al. vs. FRONTIER AIRLINES, INC., et al. |

| DOCUMENTS RECEIVED: | No. Docs: 2 | No. Pgs: 16 |
|---|---|---|

Amended Complaint, Summons

| Party to Serve: Rex T. Shupe | Service Address: 862 Shannon Road, Kaysville, UT 84037 |
|---|---|

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status:  Service Complete | Process Serving Area Surcharge<br>Mailing Declaration<br>Process Serving - Three Day<br>Process Serving Copy Charge | 120.00<br>20.00<br>80.00<br>4.00 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 224.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.
Customer Support I Ph:  1-800-938-8815

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| John McKay, 220202<br>Park Avenue Law LLC<br>127 W. Fairbanks Ave, No. 519<br>Winter Park, FL 32789<br>ATTORNEY FOR (Name): Plaintiff | (434)531-9569<br><br>Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:
United States District Court, District of Nevada

Washington, NV NA

PLAINTIFF:
Peter DelVecchia, Individually et al.

DEFENDANT:
FRONTIER AIRLINES, INC., et al.

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>2:19-CV-01322-KJD-DJA |
|---|---|---|---|---|

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
   Amended Complaint, Summons

2. Party Served:   Rex T. Shupe

3. Person Served:   - Person Authorized to Accept Service of Process

   a. Left with:   Lynette Shupe, Wife - Co-Occupant

4. Date & Time of Delivery:   05/07/2020   2:39PM

5. Address, City and State:   862 Shannon Road
   Kaysville, UT 84037

6. Manner of Service:   By leaving the copies with or in the presence of Lynette Shupe, Wife , a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the person served. I informed him/her of the general nature of the papers. I caused the copies to be mailed (if applicable). A declaration of mailing is attached.

Fee for Service: $ 224.00

Not a registered California process server.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Brenda Benoit
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954
415-491-0606

Signature:   _Brenda Benoit_

Brenda Benoit

OL# 14686420