| CONFIRMATION For Process Serving | ONE LEGAL LLC |  |
|---|---|---|

**This is not an Invoice**

| ONE LEGAL CONFIRMATION FOR ORDER NO.: | 14686396 | DATE: | 05/14/2020 |
|---|---|---|---|

| | |
|---|---|
| **Customer:** Park Avenue Law LLC | **Attorney:** John McKay |
| **Customer No.:** 0097729 | **Attorney e-mail:** johndmckayatty@gmail.com |
| **Address:** Winter Park, FL 32789 | **Contact:** John McKay |
| | **Contact e-mail:** johndmckayatty@gmail.com |
| | **Contact Phone:** (434)531-9569 |
| | **Contact Fax:** (407)264-6551 |
| | **Law Firm File No.:** |

**CASE INFORMATION:**

| | |
|---|---|
| **Case Number:** | 2:19-CV-01322-KJD-DJA |
| **County:** | |
| **Court:** | United States District Court, District of Nevada |
| **Case Short Title:** | Peter DelVecchia Individually, et al. vs. FRONTIER AIRLINES, INC. |

| **DOCUMENTS RECEIVED:** | **No. Docs:** 2 | **No. Pgs:** 16 |
|---|---|---|

Amended Complaint, Summons

| **Party to Serve:** Scott Alexander Warren | **Service Address:** 4965 South Nellis Boulevard, Apt 236 Las Vegas, NV 89120 |
|---|---|

**Confirmation Report. DO NOT PAY. An Invoice will be sent later.**

| Notes: | Services: | Summary of Charges: |
|---|---|---|
| Service Status: Service Complete | Process Serving Area Surcharge<br>Process Serving - Three Day | 120.00<br>80.00 |
| **Services will be invoiced later.** | **DO NOT PAY NOW.** | **Total:** 200.00 |

UPON RECEIPT, PLEASE REVIEW AND CONFIRM THAT THE ATTACHED DOCUMENTS ARE TRUE AND CORRECT. IF THERE IS AN ERROR OR OMISSION PLEASE CONTACT CUSTOMER SUPPORT IMMEDIATELY.
Customer Support I Ph: 1-800-938-8815

## UNITED STATES DISTRICT COURT

**Peter DelVecchia, et al,**
     Plaintiff(s),

VS.

**Frontier Airlines, Inc., et al.,**
     Defendant(s),

CASE NO:   **2:19-CV-01322-KJD-DJA**

### DECLARATION OF SERVICE

ss.:

**CHRISTOPHER MICHAEL SARTIN**, being duly sworn says: That at all times herein Affiant was and is a citizen of the United States, over 18 years of age, and not a party to nor interested in the proceedings in which this Affidavit is made.

That Affiant received copy(ies) of the **Summons, Amended Complaint** On 5/6/2020 and served the same on 5/8/2020 at 5:27 PM by delivery and leaving a copy with:

1. Delivering and leaving a copy with **Scott Alexander Warren** at   **4965 S Nellis Blvd Unit 236 Las Vegas, NV 89120-1733**

A description of Scott Warren is as follows

| Gender | Color of Skin/Race | Hair | Age | Height | Weight |
|---|---|---|---|---|---|
| Male | African American | Black | 36 - 40 | 5'7 - 6'0 | 161-180 Lbs |

Other Features: Beard, glasses

Pursuant to NRS 239B.030 this document does not contain the social security number of any person.

Affiant does hereby affirm under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

STATE OF NEVADA
COUNTY OF Clark

Executed on: 5/11/2020
by CHRISTOPHER MICHAEL SARTIN
Registration: R-096440

No notary is required per NRS 53.045

X _____
CHRISTOPHER MICHAEL SARTIN
Registration#: R-096440
ONE LEGAL, LLC 034
1400 N McDowell Blvd Ste 300
Petaluma, CA 949546553
(213) 617-1212 x 3142


