TIMOTHY R. TITOLO, ESQ.
Nevada Bar No. 3617
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

*Attorney for Plaintiffs*

CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor, | Case No.: 2:19-cv-01322-KJD-DJA |
| *Plaintiffs*, | **THIRD STIPULATED MOTION TO EXTEND DEADLINES** |
| v. | |
| FRONTIER AIRLINES, INC., SCOTT WARREN, CHELSIE BRIGHT SAKURADA, ANNA BOND, AMANDA NICKEL, REX SHUPE, and SHAWN MULLIN, | |
| *Defendants*. | |

Plaintiffs Peter DelVecchia, individually and as next friend of A.D., a Minor, (collectively "Plaintiffs") and Defendant Frontier Airlines, Inc. ("Frontier"), each by their undersigned counsel[1], hereby file their **THIRD STIPULATED MOTION TO EXTEND DEADLINES,** seeking to extend the

---

[1] Counsel for Frontier will also be representing the individual Defendants, but none have appeared in the case as of this filing.

- 1 -

deadlines to disclose initial and rebuttal experts, the discovery cutoff deadline, and the deadline to file the interim status report, dispositive motions, and the joint proposed pretrial order stated in this Court's March 20, 2020 Order (ECF No. 66) by approximately 120 days each. The parties seek to extend these deadlines as follows:

- Extend the deadline to disclose initial experts from May 26, 2020 to **September 23, 2020**;
- ~~Extend the deadline to file interim status report from May 26, 2020 to **September 23, 2020**~~;
- Extend the deadline to disclose rebuttal experts from June 26, 2020 to **October 26, 2020**;
- Extend the discovery cutoff date from July 24, 2020 to **November 23, 2020**;
- Extend the deadline for dispositive motions from August 28, 2020 to **December 23, 2020**; and
- Extend the deadline to file the joint proposed pretrial order from September 25, 2020 to **January 25, 2021**.

The primary reason for this stipulated motion requesting a third extension is that despite the parties' best efforts, circumstances beyond their control have adversely affected their ability to conduct the discovery needed to comply with the deadlines in the March 20, 2020 Order (ECF No. 66). These circumstances include the current COVID-19 pandemic that is making assembly and travel inadvisable and, in some instances, forbidden by federal and state decrees. Although it remains unknown when the pandemic-related restrictions will be lifted, the parties believe that a four-month extension of deadlines is advisable until further information becomes available.

Further, some of the documents Plaintiffs have requested in written discovery have been determined to be Sensitive Security Information (SSI) by the Transportation Security Administration (TSA). On April 1, 2020, this Court ruled that the circumstances of this case warrant designating Plaintiff

Peter DelVecchia and his attorney John McKay as "covered persons" under 49 CFR Part 1520.7 and required them to submit to any security background check or other procedures or requirements for safeguarding SSI required by TSA. (ECF No. 76.) In accordance with this Order, Messrs. DelVecchia and McKay are in the process of submitting to a background check by TSA. It is unknown when this process will be completed by TSA, although Messrs. DelVecchia and McKay believe that they have submitted all information that TSA has requested of them. TSA has also requested that the parties stipulate to an additional protective order specifically regarding SSI. Plaintiffs have objected to the entry of that additional protective order because it would impose procedures and terms that Plaintiffs believe are in conflict with this Court's April 1 Order (ECF No. 76). The parties are communicating with TSA in an effort to resolve this issue prior to involving the Court.

Additionally, Plaintiffs have requested certain Fed. R. Civ. P. 30(b)(6) depositions from Frontier. The parties currently anticipate taking these depositions in-person in Denver, Colorado once the pandemic-related travel advisories and assembly restrictions are lifted. TSA must release the documents marked SSI discussed above to Messrs. DelVecchia and McKay before Plaintiffs depose Frontier's Fed. R. Civ. P. 30(b)(6) witnesses. These depositions are in addition to several fact witness depositions that still need to be completed, including certain passengers on the subject flight and Plaintiffs' medical providers. Further, the Court's recent Order (ECF No. 83) on Plaintiff's Motion to Compel imposed restrictions on certain document requests and topics Plaintiffs intend to cover in the Fed. R. Civ. P. 30(b)(6) depositions; Plaintiffs will be filing objections pursuant to Fed. R. Civ. P. 72(a) to have those restrictions reviewed by the District Judge prior to the depositions being scheduled.

Finally, Frontier seeks to have both Plaintiffs examined pursuant to Fed. R. Civ. P. 35. The parties are in the process of attempting to agree on terms and protocols for these examinations to avoid the need for a Fed. R. Civ. P. 35 motion. If agreed to or ordered by this Court, these examinations must be

- 3 -

conducted in person after the pandemic-related travel advisories and assembly restrictions are lifted, and medical facilities are no longer restricted to functions essential to combating the pandemic.

The additional time sought by this stipulated motion may allow the parties to complete these tasks, although it remains to be seen how long the pandemic-related restrictions on normal activities will remain in effect. The parties have been working diligently to complete fact discovery. Written discovery is ongoing, and 14 party and fact witness depositions have been completed. Despite the parties' best efforts, additional time is needed to complete fact and expert discovery and to provide necessary information to the parties' experts so that reports can completed before the disclosure deadlines. The parties are working expeditiously and cooperatively to conduct discovery and to otherwise comply with the Court's Scheduling Order as previously extended. This is the third motion for a continuance of pretrial deadlines filed in this case.

DATED this 20th day of May, 2020              Respectfully submitted,

*/s/ John D. McKay*
John D. McKay (admitted *pro hac vice*)
PARK AVENUE LAW LLC
127 West Fairbanks Avenue, No. 519
Winter Park, Florida 32789
Phone: (800) 391-3654
Email: johndmckayatty@gmail.com

Timothy R. Titolo (Nevada Bar. No. 3617)
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

***Attorneys for Plaintiffs Peter DelVecchia & A.D., a Minor***

                                                                  /s/ Tara Shelke
                                                                  Brian T. Maye *(admitted pro hac vice)*
Tara Shelke (admitted *pro hac vice*)
Matthew D. Martin (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
       tshelke@amm-law.com
       mmartin@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

## CERTIFICATE OF SERVICE

Pursuant to LR IC 4-1, I hereby certify that on the 20th day of May, 2020, the foregoing **THIRD STIPULATED MOTION TO EXTEND DEADLINES** was served upon the following counsel of record **by email only**:

John D. McKay
PARK AVENUE LAW LLC
127 West Fairbanks Avenue, Suite 519
Winter Park, Florida 32789
Phone: (800) 391-3654
Email: johndmckayatty@gmail.com

Timothy R. Titolo
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

*Attorneys for Plaintiffs*

/s/ Tara Shelke
Brian T. Maye (admitted *pro hac vice*)
Tara Shelke (admitted *pro hac vice*)
Matthew D. Martin (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
       tshelke@amm-law.com
       mmartin@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 21, 2020

**NOTE - The Local Rules as amended on 4/17/2020 eliminated former Local Rule 26-3's requirement for Interim Status Reports. Therefore, the parties are not required to submit an Interim Status Report.  The parties are directed to review the revised local rules for further changes.**