## INDEX TO EXHIBITS

**Exhibit A:**   Excerpts from deposition of Defendant Rex T. Shupe (Captain)

**Exhibit B:**   Excerpts from deposition of Defendant Rex T. Shupe (Captain)(Sealed Portions)

**Exhibit C:**   Excerpts from deposition of Defendant Shawn E. Mullin (First Officer)

**Exhibit D:**   Excerpts from deposition of Defendant Shawn E. Mullin (First Officer)(Sealed Portions)

**Exhibit E:**   Excerpts from deposition of Defendant Scott Warren (Flight Attendant)

**Exhibit F:**   Excerpts from deposition of Defendant Anna Bond (Flight Attendant)

**Exhibit G:**   Excerpts from deposition of Plaintiff Peter DelVecchia

**Exhibit H:**   Excerpts from deposition of Plaintiff A. D.