## EXHIBIT F

**Excerpts from deposition of Defendant Anna Bond (Flight Attendant)**

```
 1              UNITED STATES DISTRICT COURT

 2                   DISTRICT OF NEVADA

 3

 4   PETER DELVECCHIA, et al,       )
                                    )
 5         Plaintiff,               )
                                    )
 6          vs.                     ) CASE NO.  2:19-CV-01322-KJD-NJK
                                    )
 7   FRONTIER AIRLINES, INC., et al,)
                                    )
 8         Defendants.              )
     _____)
 9

10

11

12

13

14

15

16

17

18

19              DEPOSITION OF ANNA BOND

20       Taken on Tuesday, December 10, 2019

21               At  1:37 p.m.

22            At Titolo Law Office

23          9950 West Cheyenne Avenue

24              Las Vegas, Nevada

25   REPORTED BY:  SHIFRA MOSCOVITZ, CCR NO. 938
```



```
 1       Q.    You don't recall or it wasn't mentioned?
 2       A.    Wasn't mentioned outside the flight deck
 3   to me.
 4       Q.    Was there a time when you were on the
 5   flight deck later?
 6       A.    No.
 7       Q.    So you were never on the flight deck?
 8       A.    No.
 9       Q.    Was anyone other than Chelsea ever on the
10   flight deck?
11       A.    Yes.
12       Q.    Okay.  And who was that?
13       A.    Scott had gone into the flight deck after
14   he had done his walk through.
15       Q.    Okay.  So Scott does one walk through,
16   right?
17       A.    Yes.
18       Q.    Okay.  And this is generated from the
19   discussion with the pilot at the front?
20       A.    Yes.
21       Q.    Okay.  And then Scott has an idea, he
22   says?
23       A.    Yes.
24       Q.    He declared, I have an idea?
25       A.    I believe it was Scott's idea, it could
```



```
 1   have been.
 2       Q.   Well, I mean did he say hey, I have an
 3   idea, and then do it?
 4       A.   I don't think he said those exact words,
 5   but I think it was his plan, saying let me go check
 6   it out, let me do a walk through.
 7       Q.   And you understand that to be Scott having
 8   an idea that would help the situation?
 9       A.   Yes.
10       Q.   Okay.  And so Scott then goes down the
11   aisle and then comes back up?
12       A.   Yes.
13       Q.   Okay.  And he says what?
14       A.   He says he sees the man with his hand in
15   his genital area.
16       Q.   Who's genital area?
17       A.   The little boy's.
18       Q.   Okay.  And this was new information to you
19   at this point?
20       A.   Yes.
21       Q.   And did Scott say whether or not either
22   the man or the boy was asleep?
23       A.   I don't recall.
24       Q.   Okay.  You don't remember him saying
25   anything, oh, but by the way they are asleep?
```

