# EXHIBIT G

**Excerpts from deposition of Plaintiff Peter DelVecchia**

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
 2
                CASE NO. 2:19-CV-01322-KJD-NJK
 3

 4   PETER DELVECCHIA, individually and
     as next friend of A.D., a minor,
 5
             Plaintiffs,
 6
     vs.
 7
     FRONTIER AIRLINES INC. and JOHN DOES
 8   1 through 5, inclusive,

 9           Defendants.
     _____/
10

11

12

13              Videotaped Deposition of

14                  PETER DELVECCHIA

15

16              (Taken by Plaintiffs)

17            Raleigh, North Carolina

18          Tuesday, November 19, 2019

19

20

21

22

23            Reported in Stenotype By:
                   Denise Y. Meek
24         Court Reporter and Notary Public
```

U.S. Legal Support, Inc.
(312) 236-8352

Page 42

1  Frontier is renowned for it.  Their seats are
2  very hard and thin and unpadded, because
3  they're maximizing the room, so...
4      Q.  Was there anything that caused your
5  butt to hurt, apart from the condition of the
6  seat?
7      A.  No.  The plane was very cold.  I
8  mentioned that.
9          We were both concerned with getting
10 enough sleep.  It was an overnight flight.  As
11 I said, we were planning on being active.  We
12 talked about hiking and music a bit, and then
13 the plane began to taxi.  So my notes do say
14 that.  The plane did begin to taxi.
15         And I remember my son was cold.  He
16 pulled a gray jacket out of his bag, over his
17 body.  He tucked it in around his thighs to the
18 end of the seat.  I told him I was going to
19 sleep.  I kissed him.  I put my head back.
20         The seat was very hard, and I woke up.
21 I checked my son.  He was sleeping restlessly,
22 I felt.  Across the aisle there were people
23 having a good time.  They were laughing.  They
24 were enjoying themselves.

Page 43

1      Q.  If I could interrupt you there.
2          When you say these people across the
3  row from -- across the aisle from you, are you
4  referring to the left side of the aircraft?
5      A.  If I'm facing forward, the left side of
6  the aircraft, yes.
7      Q.  Okay.  And was it in your row?  The row
8  in front of you?  The row behind you?
9      A.  I couldn't see the row in front of me,
10 but it was definitely my row, and it was
11 definitely the row behind, and then it sounded
12 like they were further back.  So it was like
13 they knew each other, and they were having a
14 good time.
15     Q.  Okay.  Did anything lead you to believe
16 that they were laughing at your expense?
17     A.  Oh, no, no, they were just -- they were
18 going on vacation together and having a nice
19 time.
20     Q.  Okay.
21     A.  Nice people.
22         Go forward?
23     Q.  Yes, one more question.
24     A.  Yeah.

Page 44

1      Q.  When you woke up at this time and
2  looked across the aisle and saw the other
3  passengers having a good time, do you know if
4  beverage service had already been conducted?
5      A.  I don't.
6      Q.  Okay.  Do you know if any of the
7  passengers who you saw cross the aisle had
8  beverages with them?
9      A.  I don't remember.
10     Q.  Okay.  Go ahead.
11     A.  All right.  At this point, my bottom
12 side was hurting a lot, and I moved forward,
13 and I put my head against the back of the seat
14 in front of me, and I put my elbows on my
15 knees, because I was trying to relieve some of
16 the pressure by leaning forward.  And that's
17 pretty much what I remember.  And then I
18 started to really sleep, and it was a much
19 sounder sleep when I did that.
20         I have no idea how long we were in
21 flight.  I've tried to remember that.  I cannot
22 remember how long we were there, because I
23 was -- I was actually sleeping.
24     Q.  Do you recall at any point being

Page 45

1  offered a beverage on this flight?
2      A.  No, I don't, no.
3      Q.  Okay.
4      A.  Ready?
5      Q.  Yeah.
6      A.  All right.  So I as I mentioned, the
7  sleep was poor for several nights before.  And
8  as I was sleeping there -- and I want to
9  reiterate, my head was against the seat ahead
10 of me -- there were several hard hits to the
11 back and my head and neck.
12     Q.  Okay.  If I could stop you there.
13     A.  Yes.
14     Q.  Was your tray table up, or was it
15 folded down?
16     A.  It was up.
17     Q.  Okay.  And how many hits to the back of
18 your head and neck would you say you received?
19     A.  I cannot tell you that.  I know there
20 were two that I felt, but I can't say.  I don't
21 know.  There may have been more.  I'm just
22 saying that when I woke up, I felt my head
23 smashed down twice against the seat.  And I
24 remember that it hurt here (indicating),

Page 46

1  because they were smashing it, and it was
2  hitting the seat.  But it could have been more.
3  I don't know.  I mean, I was really asleep.
4      Q.  Do you know where the point of contact
5  was made on the back of your head and neck?
6      A.  I can guess that by where the pain was
7  and where definitely the last blow I felt.  And
8  it was -- do you want me to show you or just
9  answer it?
10     Q.  You can show me, and then we'll put
11 that into words as well for the court reporter.
12     A.  It was right here (indicating).
13     Q.  So it was at the base of your neck, the
14 bottom three or four inches of your hair?
15     A.  Yes, it was in this area (indicating).
16 But there were -- when I got back to the hotel,
17 there were significant red marks all around my
18 neck.
19         MR. McKAY:  Just to clarify your
20     description, I don't think it was the base
21     of his neck as much as the base of his
22     skull.
23         THE WITNESS:  Right.
24         MS. SHELKE:  Correct.

Page 47

1  BY MS. SHELKE:
2      Q.  So the last blow that you felt was
3  three or four inches of the back of your head
4  where your hair covers you?
5      A.  Well, my hair is different now than it
6  was then, so let me clarify that.  But I can
7  tell you that, very specifically, it's where
8  the curve is right here (indicating) before we
9  start moving into the neck.
10     Q.  Okay.  And then when you got to the
11 hotel later, you also observed red marks on the
12 base of your neck?
13     A.  When I got in the hotel later on, it
14 was actually, you know, hours and hours later.
15 And I tried to see what had happened, because I
16 didn't know if it was cut, and I didn't know
17 what to think.  And I could look in the mirror
18 and see to the side that it was all red right
19 here (indicating).  But that's about all I
20 could see in the mirror from that point.  It
21 was just very, very red.
22     Q.  Did you ever ask A.D. to look at --
23     A.  No.
24     Q.  -- your back -- I'm sorry.

Page 48

1      Q.  Did you ever ask A.D. to look at the
2  back of your head, neck, or shoulders, and
3  describe what he saw, the day after this
4  incident?
5      A.  No, I did not.
6      Q.  You also mentioned that the front of
7  your forehead or face hit the seat-back in
8  front of you.  Would that be correct?
9      A.  Yes.
10     Q.  What portion of the front of your face
11 hit the seat-back in front of you?
12     A.  (Indicating.)
13     Q.  Your forehead?
14     A.  Yes, right here (indicating).
15     Q.  Okay.  So the upper part of your
16 forehead?
17     A.  Right.
18     Q.  Did you sustain any cuts or bruises as
19 a result of hitting your head on the seat-back
20 in front of you?
21     A.  I did not check.
22     Q.  Were you bleeding, to your knowledge,
23 at any time after you hit the seat-back in
24 front of you?

Page 49

1      A.  Not to my knowledge.  I did not check.
2      Q.  Did you ever develop a bruise on the
3  front of your head that you believe was related
4  to hitting the seat-back in front of you?
5      A.  I did not check.
6      Q.  When you say you did not check, to the
7  best of your recollection, looking in the
8  mirror for the two to five days after this
9  incident, you did not see any bruises on your
10 forehead or upper part of your head, correct?
11     A.  I will clarify that.  We did not have a
12 mirror.  We were in a camper van.
13     Q.  Okay.
14     A.  There were no mirrors available
15 anywhere.
16         And at the hotel, I didn't check,
17 simply because I was -- I was really worried
18 about the back of my head.
19     Q.  You mentioned that your hair was
20 different at the time of this incident.  How
21 was it different then?
22     A.  It was probably a lot shorter.
23     Q.  Apart from being shorter in length, was
24 there anything different about your hair than

Page 50

1  today?
2      A.  I may have a few more gray hairs, but
3  that's about it.
4      Q.  I believe we're on point 17.  If you'll
5  continue.
6      A.  Okay.  I felt several hard hits to the
7  back of my neck and my head.  I know I yelled
8  something out.  And the first thing I did was
9  grab A.D.'s leg, because it was just reflexive.
10 I wanted to make sure he was all right.
11         I saw somebody hanging over me with a
12 white shirt.  And I can't say I saw his face,
13 but I definitely saw the white shirt out of the
14 corner of my eye.  It was the same person who
15 later identified himself as Kevin.
16         And I want to add something here that's
17 not there.  As I grabbed A.D.'s leg --
18         THE WITNESS:  And, John, I'm sorry, I
19     do remember this now, so I can put this in
20     here.
21     A.  He definitely was the person hitting me
22 in the head, because as I got up, his face
23 was -- he was the only black flight attendant,
24 and it was a black man standing over me and

Page 51

1  leaning into the row.  So I have no doubt who
2  hit me.  Okay?  So let's be really clear about
3  that.  The person later identified himself as
4  Kevin, and was yelling, "Get out, just get
5  out," to my son, and then yelled at me to move.
6      Q.  If you'll stop there.
7      A.  Uh-huh.
8      Q.  When you were sleeping with your head
9  resting on the seat-back in front of you, do
10 you know the position of the passenger on your
11 left?  Meaning was he seated leaning back
12 against his seat?
13     A.  Next to me meaning in the seat right
14 next to me?
15     Q.  On your left side in the aisle seat.
16     A.  In my row?
17     Q.  Correct.
18     A.  Okay.  I just want to be specific.  His
19 head was down into the computer, like this
20 (indicating), from what I remember.  And I
21 can't be specific, because, again, I didn't
22 look at him when I got hit.  But that was the
23 position he was in every single time I looked
24 over his way.  And when -- give me -- I'm just

Page 52

1  trying to -- I'm just trying to put the pieces
2  together for a minute.
3          Can you -- can you ask me the question
4  again, please?
5      Q.  Sure.  I was wondering about the
6  position of the passenger who was seated to
7  your left in the aisle seat in your row.
8          You mentioned that he was hunched over;
9  is that correct?
10     A.  Every time I saw him, he was hunched
11 over his computer, yes.
12     Q.  And did he have his tray table down?
13     A.  I believe he did, yes.
14     Q.  Okay.  And then when the flight
15 attendant was hanging over you, as you say in
16 17c of Deposition Exhibit Number 2, I'm
17 wondering, was he hanging down in front of you
18 towards your back, or in front of the other
19 passenger?
20     A.  I didn't check.
21     Q.  What is your recollection with respect
22 to how the flight attendant was hanging over
23 you, given the position of the passenger next
24 to you hunched over his computer?

Page 53

1      A.  He was recoiling off the row.
2      Q.  When you say he was "recoiling off the
3  row" --
4      A.  He was coming back up.
5      Q.  The passenger next to you was coming --
6      A.  No, Kevin -- or Scott -- was coming
7  back up.
8      Q.  Describe that for me.  When you say
9  "coming back up," what do you mean?
10     A.  His body was partially in the row and
11 he was moving back up like this (indicating),
12 and yelling at the same time.  I can't tell
13 you -- I know where you're going.  You're
14 looking for specifics about where he was.  I
15 can't tell you that.  All I can tell you is,
16 his body was leaning into the row a little bit,
17 and he was in the process of moving out of the
18 row.
19     Q.  Did he lean into the row behind the
20 passenger to your left and you?
21     A.  I can only tell you what happened with
22 me.  I can't tell you what happened with the
23 person next to me.
24     Q.  Okay.  And then 17d says:  "Yelled at

Page 54
1  me to move," which is yelled at you to move.
2      A.  Yes.
3      Q.  If you'll continue from there.
4      A.  My son looked very confused.  He kept
5  saying "Okay."  I thought he did something
6  wrong.  The first thing I started thinking
7  about was that he did something wrong.  I
8  mean -- or he had to use the bathroom, and I
9  didn't wake up, and I thought Scott was trying
10 to help him get to the bathroom.  I had no idea
11 what was going on.
12         And then I remember searing pain.  The
13 pain was horrible in my eyes.  It was all down
14 my neck and back.  And I will add that I
15 remember being very foggy.  I just -- I
16 couldn't get focused.  It was like I was in
17 like a cloud.
18         I don't remember if I stepped out of
19 the row or if the person next to me did.  I
20 can't answer that.  I remember Kevin leading my
21 son to the rear of the plane.
22     Q.  Okay.  If you'll stop there.  Did you
23 hit your eyes, to the best of your
24 recollection?

Page 55
1      A.  No, I definitely did not hit my eyes.
2  I'm sorry.
3          MR. McKAY:  It's okay.
4      Q.  That's all right.  That's all right.
5          Just to clarify for the record:  Did
6  you hit your eyes on the seat-back in front
7  of you?
8      A.  No.
9      Q.  Okay.  And you described being "foggy."
10 Is that a fogginess that you would relate in
11 any way to the sleeping pill that you took?
12     A.  No.
13     Q.  And how is it that you can distinguish
14 the fogginess as not being related to the
15 sleeping pill?
16     A.  Because it was a quarter dose.  I hate
17 medication, so I don't take anything that
18 affects me -- my clarity.  I never do.  And
19 I've taken them before, and it's never affected
20 it.  There is usually no residual effect.  I
21 only take enough of it to stop my brain from
22 going a hundred miles an hour.
23     Q.  So in the past, to clarify:  You have
24 taken the same dosage of the same or a similar

Page 56
1  sleeping pill, been woken up in the middle of
2  the night, and not experience such fogginess?
3      A.  Yeah, I mean, I've taken it and not
4  gone to bed for two hours afterwards.
5      Q.  Okay.  If you'll continue with point
6  number 18 and 19.
7      A.  Okay.  As I said, I can't remember if I
8  stepped out of the row or the person next to me
9  did, and that relates to letting A.D. out.
10         I remember Scott leading my son to the
11 rear of the plane.  I sat back in the row, but
12 I don't remember if he moved.  I remember
13 sitting back down.  I was really dizzy, and
14 there was pain in my head, neck, and upper
15 back.  My head was foggy.  I can't tell you how
16 much time passed before 21 and 22.  It might
17 have been a while.
18         But I asked the person next to me what
19 happened, and he wouldn't pick his head up.  I
20 remember he was back in the computer, and I saw
21 he had headphones on, so I asked him quite loud
22 what happened, and he never picked his head up.
23     Q.  Do you know if he was actively ignoring
24 you or if he did not hear you?

Page 57
1      A.  I felt like he didn't -- I'm saying I
2  felt like he didn't want to get involved.  I
3  don't know anything.
4      Q.  Do you have any understanding as to
5  whether you passed out or otherwise became
6  unconscious after A.D. left your row?
7      A.  I don't know.  It is possible.  I don't
8  know.
9      Q.  Okay.
10     A.  Do you want me to continue?
11     Q.  Yes, please.
12     A.  All right.  At this point I started to
13 panic, and I started asking people everywhere
14 around me, specifically the people across the
15 aisle in the same row, what had happened,
16 because I thought maybe they had seen.  And I
17 remember there was no more chatter.  People
18 were really quiet.  And they were looking at me
19 like I was a -- they were -- looked scared.  So
20 I said to them, "Do you have any idea what
21 happened?"  And all I remember is shrugs.  And
22 then there was a person in the middle seat of
23 the row across the aisle that said, "We have no
24 idea."

```
                                                        Page 58
 1     Q.  Okay.  Just to stop you there.
 2         So when you say the row across the
 3  aisle, it is your row, just on the other side
 4  of the aisle?
 5     A.  Yes.  So you said I was in 17.
 6     Q.  Yes.
 7     A.  So it would be 17, I guess, A --
 8     Q.  A, B, and C row?
 9     A.  -- B, and C row, yes.
10     Q.  Okay.  Do you happen to recall if
11  the -- whether the passengers in the row --
12  strike that.
13         Do you happen to recall if they were
14  male or female passengers on the other side of
15  the aisle in your row?
16     A.  I remember a female.  I don't -- I just
17  remember the lady that shrugged.
18     Q.  And to the best of your recollection,
19  the lady that shrugged was in the middle seat,
20  which would be 17B?
21     A.  I can't swear to it, but I think so,
22  yes.
23     Q.  Okay.  And you asked her what had
24  happened --
```

```
                                                        Page 59
 1     A.  I asked --
 2     Q.  -- or something to that effect?
 3     A.  Sorry.  I asked a collective what had
 4  happened.
 5     Q.  Okay.  And you asked the collective
 6  group, which would be when you said the row
 7  across the other side of the aisle of you, and
 8  the female shrugged in response; is that
 9  correct?
10     A.  Yes, and I think she also said,
11  "No idea," but somebody said, "No idea."
12     Q.  Okay.  Point number 23 says:  "No idea,
13  looked scared."  Who looked scared?
14     A.  Every face that I could see looked
15  scared and uncomfortable.  And as I mentioned,
16  the chatter was gone.
17     Q.  Continue.
18     A.  All right.  I don't know how long
19  between 23 and 24, but I was sitting there, and
20  I was trying to get up and walk without
21  falling.  I was waiting for the fog to clear up
22  a little bit.  And I stood up, and I was trying
23  to find my son, and I saw him in the rear row,
24  way, way in the back.
```

```
                                                        Page 60
 1     Q.  So to clarify, point number 24, when it
 2  says, "read" row, it's actually "rear"?
 3     A.  "Rear" row.  I'm sorry.
 4     Q.  I'm just -- I'm just being clear here.
 5     A.  Yeah, I'm sorry about that.
 6     Q.  And when you say "rear," you're
 7  referring to the last row of the aircraft,
 8  correct?
 9     A.  It was the last row.
10     Q.  Okay.  Do you know if he was seated on
11  the right or left side of the last row of the
12  aircraft as you're looking forward?
13     A.  It looked -- I could not tell, because
14  my guess is he was pushing like this
15  (indicating).  He was probably moving the seat.
16  So at that time I could not see which seat he
17  was in.
18         MR. McKAY:  She was asking a different
19     question.
20         THE WITNESS:  Oh, I'm sorry.
21         MR. McKAY:  Was it -- was it aircraft
22     right or aircraft left?
23         THE WITNESS:  Oh, I'm so sorry.
24     A.  It was the same -- so if you're facing
```

```
                                                        Page 61
 1  forward, it's the rear -- the right side, same
 2  as me.
 3     Q.  Okay.  In the win- --
 4     A.  I misunderstood you.
 5     Q.  That's okay.
 6     A.  No, I can't say the window.  I don't
 7  know.
 8     Q.  Okay.  But it was the last row of the
 9  aircraft facing -- on the right-hand side,
10  facing forward?
11     A.  Yes.
12     Q.  Thank you.
13     A.  And at that time I didn't know what to
14  think.
15     Q.  Okay.  We'll continue with Deposition
16  Exhibit 2.
17     A.  Okay.  So I started to walk back, and
18  Kevin came -- I'm sorry -- Scott came from the
19  galley, you know, that little galley in the
20  back, to confront me.  And there was a very
21  large white man with a white shirt sitting in
22  the aisle seat in (redacted) -- I'm sorry, I
23  did it again -- in my son's row.
24     Q.  When you say Kevin -- or Scott -- came
```

Page 62
1  from the back galley to confront you, what do
2  you mean by that?
3      A.  It was like he saw me coming up, and he
4  stepped out, and he stood in front of the row
5  where my son was, I would even say in a
6  threatening manner.
7      Q.  And in your perception, he did that in
8  a threatening manner to you and to block you
9  from entering the aisle?
10     A.  Yes.
11     Q.  The white man who was sitting in the
12 aisle seat in your son's row in the back of the
13 aircraft, do you have any understanding of who
14 he was?
15     A.  He had a white shirt on, and I'm not a
16 hundred percent sure, but it looked like there
17 was a Frontier symbol right around here
18 (indicating) on his -- on his shirt.
19     Q.  Okay.  So roughly where a patch pocket
20 would be, you think there was a Frontier --
21     A.  Not -- go ahead.  I'm sorry.
22     Q.  -- a Frontier logo?
23     A.  Not to the pocket.  Just like right
24 over here (indicating) to the side where a

Page 63
1  pocket would be.
2      Q.  Okay.
3      A.  I don't know if that's because his
4  shirt was twisted, but that's where it
5  appeared.
6      Q.  Okay.  Is there anything else you
7  remember about this person?
8      A.  He was a very -- yes, I do.
9      Q.  What do you remember?
10     A.  He was large.  His hair was a light
11 brown or a dark blond, if you will.  I remember
12 him looking at me, and looking at my son, as I
13 went back there, and I have a rough idea of his
14 face.  He had a very square face, and I don't
15 remember him wearing glasses, and that's the
16 best I got.
17     Q.  Did you ever come to learn this
18 person's name?
19     A.  No.
20     Q.  Had you ever seen this person prior to
21 the time you saw him sitting in the same row as
22 your son in the back of the aircraft?
23     A.  Yes.
24     Q.  When did you see him before the time

Page 64
1  you saw him sitting in the same row as your son
2  in the back of the aircraft?
3      A.  My recollection is that he accompanied
4  Scott on his assault, if you will.  He was --
5  and I can't give you specifics, but when -- I
6  remember looking at my son, coming out of the
7  aisle.  I recall this person being about six or
8  so feet behind Scott, in the aisle.
9      Q.  So to the best of your recollection --
10     A.  Can I --
11     Q.  Go ahead.
12     A.  -- just clarify one thing?  Would that
13 be all right?
14     Q.  Sure.
15     A.  I was trying to think.  I'm a little
16 cloudy on that.  I'm not going to say I
17 specifically remember it, because -- but I
18 think he was standing there, yes.
19     Q.  And just to clarify as to where you
20 think this person was standing, you said six or
21 seven feet behind Scott.  So that would be
22 further back in the aircraft?
23     A.  Toward the rear.
24     Q.  Toward the rear?

Page 65
1      A.  Yes.
2      Q.  Okay.  When Scott hit you, as you
3  allege, did this person do anything?
4      A.  He was staring at me.  And that's the
5  reason I remember.  He -- it sounds goofy, but
6  he was almost compassionate.
7      Q.  So your recollection is that, as you
8  were sleeping with your head resting on the
9  seat-back in front of you, Scott hit you on the
10 back of your head and neck, but you were able
11 to see this passenger six to seven feet towards
12 the back of the aircraft staring at you in a
13 compassionate manner?
14         MR. McKAY:  Objection to the form of
15      the question.
16     A.  Yeah, your question is leading me to a
17 conclusion, so I'm going to rephrase my answer.
18 It's not necessarily going to answer it the way
19 you asked it.
20         My -- this had nothing to do with the
21 time that my head was hit.  It had nothing to
22 do with, you know, the actual time of the
23 assault, but it had to do with at some point
24 that A.D. was exiting that row, he was there,

Page 66
1  where I was looking up and aware of people
2  there.
3     Q.  Okay.  Then to clarify:  The first time
4  that you saw this passenger who we've been
5  talking about, the large white man in the white
6  shirt, who was sitting in the same row as your
7  son, in the back of the aircraft, was when A.D.
8  was taken from his seat next to you to go to
9  the back of the aircraft?
10    A.  Yes.
11    Q.  Okay.  Go ahead.  So you were at the
12 back of the aircraft at this point.
13    A.  Where would you like me to pick up
14 from?
15    Q.  I think we talked about point number
16 25, unless you have anything more to add there?
17    A.  No, I'll continue to 26, then, if
18 that's okay.
19       So, again, this person was looking up
20 at me, and he had a very compassionate face.  I
21 remember that very clearly, because I was
22 hoping he would at least help me out.  And as I
23 said, I remember he was with -- I put Kevin at
24 the time.  Now I know his name is Scott.  He

Page 67
1  was with Scott when he took my son.
2        My son was at the window seat with a
3  seat between him and the person on the aisle
4  seat.  I asked Scott why he took my son and if
5  my son did something wrong.  I was very clear
6  about the word "son."  And the conversation was
7  something like this.
8        I'm not -- there's no quotes.  I can't
9  tell you specific words.  But, again, I asked
10 him why he took my son.  And he said, "You know
11 what you did."  And I said to him, "No, I
12 don't."
13       And he said, "You touched his
14 genitals."  And I said, "How could I do that?
15 I was asleep."
16       And he said, "Doesn't matter.  You
17 touched him."  I said, "Again, I was asleep.
18 Didn't my son tell you that?"  And he said,
19 "No, he didn't, but we all saw you touching
20 him."
21       And I said, "Who saw that?"  And he
22 said, "All of us."  And I should mention that
23 this is where he first identified himself as
24 Kevin.  And I -- and I -- before this little

Page 68
1  blurb on the table, I said, "Can I have your
2  last name?"  And he said, "Just Kevin.  That's
3  all you need."  All right?  So I very clearly
4  remember him identifying himself that way.
5        He said -- I asked him, "Who saw that?"
6  And he said, "All of us.  The police have been
7  called.  You will have to tell them.  They will
8  be waiting at the gate."
9        So I said, "Okay, I guess we will sort
10 it out then.  What is your last name, Kevin?"
11 And he said, "It doesn't matter.  Deal with the
12 police," and he smiled at me in a very
13 malicious, nasty way.
14       I asked A.D. if he was okay.  I told
15 him I loved him.  That man in the aisle watched
16 the whole thing looked upset and unkind.  And I
17 remember I also told A.D. to relax, that we'd
18 take care of it.
19    MR. McKAY:  I'm sorry.  It sounded like
20    you said he looked "upset and unkind," and
21    your notes are different.
22    THE WITNESS:  Are we talking about --
23    MR. McKAY:  The white man.
24    THE WITNESS:  "Not unkind."

Page 69
1     MR. McKAY:  "Not unkind."
2     THE WITNESS:  "Not unkind."
3     MR. McKAY:  Okay.  I just wasn't sure
4     if I heard that right.
5  BY MS. SHELKE:
6     Q.  If I could interrupt you there:  Did
7  that passenger who was seated on the aisle seat
8  in A.D.'s row say anything during your exchange
9  with the flight attendant?
10    A.  No, he did not, that I saw.  I can't
11 say he didn't, but he didn't when I was there.
12 And I was -- that's why I remember him so
13 clearly, because he was looking at me like in a
14 supportive way, and I kept hoping he would say
15 something.
16    Q.  Did you speak with this gentleman?
17    A.  No.
18    Q.  When the flight attendant told you that
19 the police had been called, and they would sort
20 it out once the flight landed, did you accept
21 that it was a matter that the police should
22 sort out?
23    A.  I was very relieved the police had been
24 called.

Page 70

1    Q.  Why were you relieved?
2    A.  Because I expected fairness.  I mean,
3  this man was an animal.  I didn't want him near
4  my son.  I wanted the police there.  I wanted
5  somebody to help me out.  I knew I was going to
6  get nowhere with this person, and I was
7  extremely relieved that the police had been
8  called.
9    Q.  If you'll continue on with -- is there
10 anything more about the conversation with the
11 flight attendant that you remember?
12   A.  Yes, he was hostile.
13   Q.  When you say "hostile," can you
14 describe that further?
15   A.  Every motion of his body, the way he
16 spoke, he was hostile, angry.  Just his body
17 language was angry and hostile.  There did not
18 appear to be any way at that point of making
19 him understand that he made a mistake.
20   Q.  Did this flight attendant swear at you?
21   A.  He did not swear at me, not at that
22 time.
23   Q.  You said "not at that time."  So you
24 recall another instance where he swore at you?

Page 71

1    A.  Yes, we'll get into that.
2    Q.  Okay.  But up until this point where
3  you had the exchange with the flight attendant
4  in the back of the aircraft, the flight
5  attendant had not sworn at you, correct?
6    A.  No.
7    Q.  Did he yell at you?
8    A.  He was loud.
9    Q.  You say loud but not yelling.  Would
10 that be fair?
11   A.  I think yelling is subjective.  I would
12 say it was above a normal conversational tone.
13   Q.  Okay.  Anything more about the
14 conversation that you remember?
15   A.  No.
16   Q.  Go ahead with point number 29.
17   A.  I went back to my seat, and I looked
18 around, and a lot of people were staring.  A
19 lot of people, especially across the row,
20 looked very scared and upset.  They didn't say
21 anything to me, though.  And that's when I
22 started getting very nauseous.  I started to
23 feel like I was going to throw up.  And I
24 remember being very dizzy at that point, and

Page 72

1  that my back and my neck were just, in the
2  back, right around in here (indicating), it was
3  horrible, and my head was hurting a lot.
4        And people kept glancing over at me
5  across the aisle, and it started to get really
6  uncomfortable, and I started to get really
7  upset.  I mean, my son was taken away, and I
8  started to think to myself that -- you know,
9  what kind of pain he was in.
10       A.D. is not one that deals with
11 separation well.  He's had a lot of hardship.
12 And he does not like being away from either
13 myself or Gayle, and then to some extent,
14 Amanda.  And it was really difficult, and all I
15 kept thinking about is what kind of pain he was
16 going through.
17       And I started trying to calm myself,
18 because I was thinking:  If I start yelling or
19 going to the back again, that the other
20 passengers were going to get upset.  And you
21 read about these stories of people who make a
22 fuss on the airlines, and then people start to
23 panic, and that's just not fair to them.
24       So I took a magazine out, and I was

Page 73

1  looking at some pictures.  It was some nature
2  magazine.  As I mentioned before, my son and I
3  spend a lot of time outdoors, and it brings us
4  both a great deal of happiness.  And I tried to
5  look at the pictures and calm myself down.  And
6  I tried to put the magazine up, because it was
7  really embarrassing.  And I tried to act as
8  nonchalant as I could, because I didn't want
9  the other passengers getting upset.
10       I had prior experiences like this,
11 which I know you know about, and the FBI and
12 the police were always extremely fair about it.
13 This is not new.  And I kept trying to tell
14 myself over and over again that, "This will be
15 quick," and it's always gone very fair.  And
16 not "always" like it's been a hundred times.  I
17 think there's been three -- or two.  Two other
18 times.  This was the third time.  So I kept
19 trying to calm myself down, because I knew if
20 they were truly waiting outside the plane, then
21 in my mind:  In five minutes we're done.
22       I kept trying to look at A.D.  I
23 couldn't get his attention.  He looked
24 terrified.  I had a lot of guilt over it, I can

Page 74
1  tell you that.
2  **Q. I'll stop you there.**
3       MR. McKAY: Is this a good time for a
4  break? We've been going about an hour.
5       MS. SHELKE: Sure.
6       MR. McKAY: Okay. And I think we're
7  halfway through the notes.
8       MS. SHELKE: Okay.
9       MR. McKAY: And I need coffee.
10      MS. SHELKE: Sounds good.
11      THE VIDEOGRAPHER: Off the record at
12 11:07.
13      (Recess from 11:07 to 11:29 a.m.)
14      THE VIDEOGRAPHER: Back on the record
15 at 11:29.
16 BY MS. SHELKE:
17 **Q. Mr. DelVecchia, before we took a break,**
18 **we were talking about point number 29 on**
19 **Deposition Exhibit Number 2, and I have some**
20 **follow-up questions about that one.**
21      **You said that A.D. does not deal with**
22 **separation well.**
23      A. No.
24 **Q. No, you did not say that?**

Page 75
1  A. No, he does not. I was answering the
2  question.
3  **Q. Oh, sorry, yes. Okay.**
4  A. I'm sorry.
5  **Q. Can you tell me a little more about**
6  **that?**
7  A. He is -- he's just a very attached kid.
8  He's just -- he's got a lot of friends. But I
9  think by virtue of being adopted and changing
10 countries and losing his family -- because he
11 was three when he was detached from his family
12 in Africa and brought here. And then his mom
13 passed away a couple years later. So I think
14 that, you know, it shook him up a little bit.
15      And, plus, you know, he is -- he's -- I
16 don't know if I can say this, but he's just --
17 please stop me if saying anything wrong, but
18 he's a very unusual kid. He's very sensitive,
19 and he's very compassionate. And as much as I
20 worry about him, he's also worried about me and
21 his sisters. He's just -- he's just -- he's
22 not a 12-year-old kid that just ignores and
23 moves on with his life. Things impact him.
24 And he has a very deep understanding of things.

Page 76
1       THE WITNESS: Is it okay if I go on a
2  little bit?
3       MR. McKAY: Yes, yes, absolutely.
4  A. Just something so simple as, you
5  know -- I can give you an example. My leg
6  surgery, he'll make sure, you know, to fill my
7  water glass and help me with dinner. I mean,
8  he's just a very loving, thoughtful child. And
9  pulling him away, it immediately creates an
10 insecurity for him. And it's not like he
11 gets -- he acts out. He just doesn't like it.
12      And he's extremely close with my
13 daughter, Gayle, and the two of them are pretty
14 inseparable. He is with all of us. He just --
15 he doesn't like to be messed around with, with
16 his family structure. And I would say we're
17 all like that, pretty much, every one of us.
18 And maybe that's nature or nurture. I don't
19 know.
20      Does that help?
21 **Q. Yes.**
22 A. Okay.
23 **Q. You talked about returning to your seat**
24 **after speaking with the flight attendant in the**

Page 77
1  **back of the aircraft, and you said that you had**
2  **some pain in the back of your neck -- in the**
3  **base -- you said you had some pain. You**
4  **pointed or gestured to the base of your neck.**
5       **Is that a correct representation of**
6  **where you felt pain?**
7  A. No.
8  **Q. Where did you feel pain when you**
9  **returned back to your seat after speaking with**
10 **the flight attendant in the back of the**
11 **aircraft?**
12 A. Well, I want to define "after." Okay?
13 Because I don't know that it was immediately
14 after. So I want to be careful there.
15      But when I returned to my seat, there
16 was a pain that started like right here
17 (indicating), in the sides of my head, and it
18 felt like my head was being crushed. And it
19 just -- I don't know how to put it to you, but
20 it was like just, literally, like somebody was
21 stepping on my head. It was nothing I had ever
22 felt in my life. It was really painful. And
23 my neck felt tight, I guess the way it would
24 feel when you get hit, and I started to get

Page 78
1  nauseous and dizzy.
2       And I remember it very clearly,
3  because, you know, I was sitting behind a
4  magazine, just praying that I wouldn't throw up
5  all over the place, because it was -- it was
6  unbelievable.  And I didn't know what was
7  happening to me.  I thought it was stress.  I
8  mean, I know better now, but it was an
9  unbelievably different feeling than I've ever
10 felt.
11      Q.  Did you actually ever throw up?
12      A.  No, I did pull the bag out and I -- a
13 couple times I thought I was going to, but it
14 pulled back.  That flight, I did not throw up
15 on the flight.
16      Q.  And you said you "thought it was
17 stress, but you know better now."
18      A.  Yes.
19      Q.  What do you believe to be different
20 now?
21      A.  I think it was a concussion.
22      Q.  Has any medical professional told you
23 that you suffered a concussion as a result of
24 this incident on Flight 2067?

Page 79
1       A.  Because I did not see somebody right
2  away, they would not be definitive, but they
3  said it was highly likely it was a concussion.
4       Q.  Do you recall the doctor's name that
5  told you it was highly likely you suffered a
6  concussion?
7       A.  Yes, it's in your exhibit.  Do you mind
8  if I go to it?
9       Q.  Which exhibit are you referring to, for
10 the record?
11          MR. McKAY:  It's the interrogatories.
12          THE WITNESS:  Yeah.
13      A.  It's on page 5.  His name is
14 Kenneth Carnes, and his name is identified in
15 there.
16      Q.  Okay.  Thank you.
17          And you said that you felt people
18 staring at you as you sat in your seat; is that
19 correct?
20      A.  Yes.
21      Q.  The people who you felt staring at you,
22 were these the passengers seated across the
23 aisle from you?
24      A.  Yes.

Page 80
1       Q.  Was anybody else staring at you, such
2  as the passengers in the row in front of you?
3       A.  I couldn't tell that.
4       Q.  Okay.  Did you ever start to cry as you
5  sat in your seat?
6       A.  No.
7       Q.  You mentioned that you pulled out a
8  magazine.  Was that a magazine that you had
9  brought with you?
10      A.  Yes.  Well, yes, because it had nature
11 pictures in it, and I always read magazines
12 with hiking.  Sorry.  Yes.
13      Q.  And you mentioned two other times where
14 the FBI was involved in an incident.
15      A.  I didn't say that.  What I said is
16 where -- where we had police involved, is what
17 I meant.  If I wasn't clear, my apologies on
18 that.
19      Q.  Okay.  So you've experienced two other
20 instances where the police were involved in a
21 situation pertaining to you and A.D., correct?
22      A.  Yes.
23      Q.  And this instance on Flight Number 2067
24 would be the third time?

Page 81
1       A.  Yes.
2       Q.  Okay.  And what was the first of those
3  two times that you're referring to?
4       A.  The first time was on -- what A.D.
5  says, it was a Delta flight.  I don't remember.
6  A.D. has a much better memory than me.  And it
7  was a Delta flight.  And he was tired.  He...
8           I probably should say right now, A.D.
9  is an incredibly affectionate person, and he
10 was probably ten at the time, and he put his
11 head on my shoulder, and he fell asleep, and I
12 fell asleep as well.  And I was informed, when
13 I got off the plane, by the FBI, that a
14 passenger reported it to an airline attendant,
15 who then asked the police to question us once
16 we landed.
17      Q.  Do you recall where this incident
18 occurred?  Where the flight landed?
19      A.  I do not.  I can only tell you what
20 A.D. says.
21      Q.  Okay.  And where was the second
22 incident?
23      A.  The second incident was in a movie
24 theater in Wilmington.  We have a small, little