# EXHIBIT H

**Excerpts from deposition of Plaintiff A. D.**

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PETER DELVECCHIA, individually )
and as next friend of A.D., a ) Case No.
Minor,                         ) 2:29-cv-01322-KJD-NJK
                               )
            Plaintiffs,        )
                               )
    vs.                        )
                               )
FRONTIER AIRLINES, INC., and   )
JOHN DOES 1 through 5,         )
inclusive,                     )
                               )
            Defendants.        )
_____)

VIDEOTAPED DEPOSITION OF A.D.

Taken on Tuesday, January 28, 2020

At 10:02 o'clock a.m.

At 9950 West Cheyenne Avenue

Las Vegas, Nevada

Reported by:   Helen M. Zamba, CCR #439



1

```
                                                  Page 78                                                      Page 80
 1      A.  Yes.  So I'm -- he was sitting right next to        1   because -- and number one, he never will.  But I had my
 2   the aisle.                                                 2   jacket over me.
 3      Q.  And what did Scott say to you?                      3        And it was tucked under me, so no, he never
 4      A.  Um, well, number one, I kept asking can I --        4   did.
 5   can I go back to my seat.  And the first few times, he     5      Q.  Well, I'm just asking do you recall --
 6   was doing something else, and he was ignoring me.          6      A.  No.  He never did.
 7        And then -- and then I kept saying that man           7      Q.  Okay.  You don't recall that.
 8   is my father.  And I kept saying that.  And then I         8        MR. McKAY:  Objection to the form of the
 9   don't know what he was doing, but he was doing             9   question.
10   something else.                                           10        THE WITNESS:  What you do you mean by I don't
11        And then he came back to me, and I kept              11   recall?
12   saying that man is my father.  And I really wasn't        12      Q.  (BY MR. MAYE)  Well, you're -- you're --
13   listening on what he was saying to me.                    13   you're -- from you -- from your knowledge, you have no
14        But he was saying something to me, but I             14   memory or recollection that this happened.
15   caught that Scott Warren told me that that man was        15        MR. McKAY:  Objection to the form.  Now
16   putting his hand over your crotch.                        16   you're trying --
17        And he was showing me by putting his hand            17        MR. MAYE:  Or --
18   over my crotch.  And that's when I was really freaked     18        MR. McKAY:  -- to trick him.
19   out.                                                      19        MR. MAYE:  No, no, I'm definitely not.
20        And I was really freaked out, so I wasn't            20        MR. McKAY:  You definitely are.
21   really listening on what he was saying.  But all I        21        MR. MAYE:  I'm not.
22   remember was he was just saying that that man is trying   22        MR. McKAY:  Stop it.
23   to hurt me or something else.                             23        MR. MAYE:  I am not trying to trick him.
24      Q.  Okay.  So -- so Scott explained that he moved      24        MR. McKAY:  He has testified that it never --
25   you because he was concerned for your safety?             25        MR. MAYE:  John --

                                                  Page 79                                                      Page 81
 1        MR. McKAY:  Objection to the form.                    1        MR. McKAY:  -- happened.
 2        THE WITNESS:  No.                                     2        MR. MAYE:  Okay.  I'm not --
 3      Q.  (BY MR. MAYE)  He moved you because that man        3        MR. McKAY:  That's his --
 4   was trying to hurt you?  Is that -- that's what you        4        MR. MAYE:  -- trying to --
 5   just testified to.                                         5        MR. McKAY:  -- testimony --
 6        MR. McKAY:  Objection to the form.                    6        MR. MAYE:  -- trick him.
 7        THE WITNESS:  No.  He moved me because --             7        MR. McKAY:  -- it's on the record, it's --
 8   well, yes.  He moved me because he thought my dad, he      8        MR. MAYE:  Okay.
 9   wasn't -- he didn't say he was my dad.                     9        MR. McKAY:  -- under oath.
10        He just said that person was trying to molest       10        MR. MAYE:  Okay.  Okay.  Okay.
11   me, hurt me, something like that.  I don't know.         11        MR. DELVECCHIA:  John --
12      Q.  (BY MR. MAYE)  He had his hand on your            12        MR. McKAY:  No --
13   crotch?                                                  13        MR. DELVECCHIA:  -- can we --
14      A.  He didn't have it on --                           14        MR. McKAY:  -- you can't.  We'll talk in a
15      Q.  No, no, no.  I'm saying -- I'm saying             15   minute.
16   Scott said he moved you because he saw your father's     16      Q.  (BY MR. MAYE)  During your interactions with
17   hand on his -- on your crotch.                           17   Scott, did he treat you well?
18      A.  Yes, on my crotch --                              18      A.  No.
19      Q.  Okay.  That's --                                  19      Q.  And when you say no, what you -- what is that
20      A.  -- he said --                                     20   based on?
21      Q.  -- what he told you.  Okay.                       21      A.  Well, when a person tells you that he's my
22      A.  I believe, yes.                                   22   father, and he's crying and saying that, it's kind of
23      Q.  And do you recall your father having his hand     23   obvious that oh, I should probably take him back to his
24   on your crotch?                                          24   seat.
25      A.  He never did.  And it was never possible,         25        And then not put his hand over a kid's crotch
```



Page 82

1  and say this is what that bad man was doing.
2      Q.  Okay.  So after -- after Scott told you why
3  you were moved, did you talk to Scott again?
4      A.  No.  No.  I don't remember.  I don't remember
5  talking to him, because I was freaked out about what
6  happened and under stress.
7          And all I remember is just looking out the
8  window.
9      Q.  And you said that at some point, you saw
10 Scott talking with your father.
11     A.  Yes.
12     Q.  Was that after Scott spoke with you?
13     A.  Can you hold that for a second?  Um, so
14 before Scott talked to me, I did see him talk to my
15 father.
16         That's when my father tried to come down to
17 talk to me.
18     Q.  I'm sorry.  So you -- so Scott was talking to
19 you?
20     A.  No.  That's not what --
21     Q.  Okay.
22     A.  -- I said.
23     Q.  Let me --
24     A.  I said before Scott talked to me --
25     Q.  Uh-huh.

Page 83

1      A.  -- before he did anything --
2      Q.  Uh-huh.
3      A.  -- with his hands or anything --
4      Q.  Uh-huh.
5      A.  -- like that, my father tried to come down to
6  talk --
7      Q.  Okay.
8      A.  -- to me.  But somebody got up -- he was --
9  like the man that -- it was a different man --
10     Q.  Uh-huh.
11     A.  -- I don't know who --
12     Q.  Uh-huh.
13     A.  -- I don't really know what he looked like,
14 but a man got up to block my dad.  And Scott Warren was
15 talking to him behind the man.  That's what I remember.
16     Q.  Okay.  And do you recall what was being
17 said?
18     A.  Well, my dad was pointing at me.  And, um,
19 all I kind of remember was that he was saying to them,
20 that kid is my son.
21         And Scott Warren saying -- trying to just
22 screw things up and saying no, no.  That's all I
23 remember.
24     Q.  Okay.  So your -- your father said to Scott,
25 hey, this is my son --

Page 84

1      A.  Yes.  My dad said that.
2      Q.  And then -- and then you said something about
3  Scott screwing something up or something?
4      A.  Screwing -- no.  No, Scott just saying no,
5  no, he's not.  Just the -- just saying that.  I don't
6  remember what else they were saying.  All I remember
7  was that exactly that.
8      Q.  Okay.  Okay.
9      A.  What I -- what I mean by screwing things up
10 was just saying -- having reasons that -- that my dad
11 was wrong, that's all.
12     Q.  Okay.  Okay.  And then -- then you spoke with
13 Scott?
14     A.  Yes.  My dad left and --
15     Q.  Uh-huh.
16     A.  -- went back to his seat.  Um, then he spoke
17 to me.  But it was -- it wasn't right away.  It was a
18 few minutes later.
19     Q.  And what did you say to Scott, in response to
20 whatever he said to -- to you?
21     A.  So you're asking what did I tell him when he
22 asked me a question?
23     Q.  Right.  After -- after he said to you hey,
24 this is why you were moved, what did you tell Scott?
25     A.  I told Scott that man is my dad.  And can I

Page 85

1  go back to my seat.  And all I remember was just saying
2  that.
3      Q.  Okay.  And you don't recall speaking with
4  Scott again --
5      A.  No.
6      Q.  -- after that.  Did you speak with any other
7  flight attendants?
8      A.  No.
9      Q.  And you said that when your father was
10 interacting with Scott after you were separated, it
11 clicked that it was due to your being black and his
12 being white; correct?
13     A.  Yes.
14     Q.  And -- and -- and was -- was there something
15 about the -- the conversation or interaction with Scott
16 and your father --
17     A.  No.
18     Q.  -- that led --
19     A.  I'm sorry.  Sorry.
20     Q.  That's --
21     A.  -- keep going.
22     Q.  -- that led you to believe that you were
23 moved because you were black and he was white?
24     A.  So you're asking -- can you ask the question.
25 That's really confusing in my head.  Can you ask it

