Timothy R. Titolo, Esq.
Nevada Bar No. 003617
TITOLO LAW OFFICE
9950 West Cheyenne Ave.
Las Vegas, Nevada 89129
(702) 869-5100
tim@titololaw.com

John D. McKay, Esq.
*Admitted pro hac vice*
PARK AVENUE LAW LLC
127 W. Fairbanks Ave. No. 519
Winter Park, Florida 32789
(800) 391-3654
johndmckayatty@gmail.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, | Case No: 2:19-CV-01322-KJD-DJA |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' CERTIFICATE OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |
| FRONTIER AIRLINES, INC., *et al.*, | LR IA 10-5(d) |
| Defendants. | |

Pursuant to the requirements of LR IA 10-5(d), I hereby certify that, on this date, I served copies of the entire Exhibits B and D to Plaintiffs' Objections to Magistrate Albregts' Order dated May 8, 2020, which have been filed this day under seal with the Court, on the following counsel of record, who have previously agreed in writing to receive electronic service of papers by email rather than by first class postage:

Brian T. Maye, Esq.
Matthew Martin, Esq.
Tara Shelke, Esq.
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Email: bmaye@amm-law.com
          mmartin@amm-law.com
          tshelke@amm-law.com

Charles A. Michalek, Esq.
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Email: cmichalek@rmcmlaw.com

DATED this 22nd day of May, 2020.

    /s/ John D. McKay
John D. McKay (admitted *pro hac vice*)