AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| PETER DELVECCHIA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:19-cv-01322-KJD-DJA |
| FRONTIER AIRLINES, INC., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants SCOTT WARREN and REX SHUPE.

Date: 05/28/2020

/s/ Brian T. Maye
*Attorney's signature*

Brian T. Maye (Admitted Pro Hac Vice - IL 6303991)
*Printed name and bar number*

ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
*Address*

bmaye@amm-law.com
*E-mail address*

(312) 422-5713
*Telephone number*

(312) 345-9860
*FAX number*