Timothy R. Titolo, Esq.
Nevada Bar No. 003617
TITOLO LAW OFFICE
9950 West Cheyenne Ave.
Las Vegas, Nevada 89129
(702) 869-5100
tim@titololaw.com

John D. McKay, Esq.
*Admitted pro hac vice*
PARK AVENUE LAW LLC
127 W. Fairbanks Ave. No. 519
Winter Park, Florida 32789
(800) 391-3654
johndmckayatty@gmail.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, | Case No: 2:19-CV-01322-KJD-DJA |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL OF DEFENDANT ANNA BOND** |
| FRONTIER AIRLINES, INC., *et al.*, | |
| Defendants. | |

Pursuant to the authority of Fed. R. Civ. P. 41(a)(1)(A)(i) and the Ninth Circuit's holding in *Pedrina v. Han Kuk Chun,* 987 F.2d 608 (9th Cir. 1993), Plaintiffs, Peter DelVecchia individually and as next friend of A. D., a minor, by counsel, hereby give notice of their dismissal of their claims against **Defendant Anna Bond, in her individual capacity, <u>without prejudice</u>**. Per the holding in *Pedrina*, this Notice of Dismissal applies solely to Defendant Anna Bond and does not dismiss the action as a whole, or Plaintiffs' claims against any other Defendant. Moreover, this Notice of

Dismissal does not affect any liability of Defendant Frontier Airlines, Inc. under the doctrine of *respondeat superior* for the negligence and/or intentional acts of its employee Anna Bond.

DATED this 28th day of May, 2020.

    /s/ John D. McKay
John D. McKay (admitted *pro hac vice*)
PARK AVENUE LAW LLC
127 W. Fairbanks Ave., No. 519
Winter Park, FL 32789
johndmckayatty@gmail.com
(800) 391-3654

Timothy R. Titolo (Nev. Bar. No. 3617)
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 869-5100
tim@titololaw.com

**Attorneys for Plaintiffs Peter DelVecchia And A.D., a Minor**