# INDEX TO EXHIBITS

**EXHIBIT A:**     Excerpts from Deposition of Anna Bond

**EXHIBIT B:**     Excerpts from Deposition of Chelsie Bright

**EXHIBIT C:**     Excerpts from Deposition of Amanda Nickel

**EXHIBIT D:**     Excerpts from Deposition of Rex Shupe

**EXHIBIT E:**     Excerpts from Deposition of Shawn Mullin

**EXHIBIT F:**     Excerpts from Deposition of Scott Warren

**EXHIBIT G:**     Frontier Amended 30B6 NOD

**EXHIBIT H:**     Peter DelVecchia Answers to Interrogatories

**EXHIBIT I:**     Excerpts from Deposition of Peter DelVecchia