# EXHIBIT F

**Excerpts from Deposition of Scott Warren**

SCOTT ALEXANDER WARREN  
DELVECCHIA vs FRONTIER AIRLINES  
December 13, 2019  
1–4

### Page 1

```
 1            UNITED STATES DISTRICT COURT
 2              FOR THE DISTRICT OF NEVADA
 3
   PETER DELVECCHIA, et al.,
 4
              Plaintiffs,
 5
       vs.          CASE NO. 2:19-CV-01322-KJD-NJK
 6
   FRONTIER AIRLINES, INC., et al.,
 7
              Defendants.
 8  ----------------------------------------
 9
10                    DEPOSITION OF
11                SCOTT ALEXANDER WARREN
12
13                 December 13, 2019
14                    10:09 a.m.
15
16              9950 West Cheyenne Avenue
                   Las Vegas, Nevada
17
18
19
20          Gary F. Decoster, CCR No. 790
21
22
23
24
25
```

### Page 2

```
 1              APPEARANCES OF COUNSEL
 2
 3  For the Plaintiffs:
 4          PARK AVENUE LAW LLC
            JOHN D. McKAY, ESQ.
 5          127 West Fairbanks Avenue
            Suite 519
 6          Winter Park, Florida  32789
            800.391.3654
 7          johndmckayatty@gmail.com
 8
 9  For the Defendants:
10          ADLER MURPHY & McQUILLEN LLP
            BRIAN T. MAYE, ESQ.
11          20 South Clark Street
            Suite 2500
12          Chicago, Illinois  60603
            312.345.0700
13          312.345.9860  Fax
            bmaye@amm-law.com
14
15
    Also Present:    PETER DELVECCHIA
16                   MONICA HAYWORTH, VIDEOGRAPHER
17
18
19
20
21
22
23
24
25
```

### Page 3

```
 1              INDEX OF EXAMINATION
 2
 3  WITNESS:  SCOTT ALEXANDER WARREN
 4
 5  EXAMINATION                              PAGE
 6  By Mr. McKay                              5
 7  By Mr. Maye                              --
 8
 9
10
11
12
13
14
15              INDEX TO EXHIBITS
16                                          Initial
    Plaintiffs'        Description         Reference
17
18  Exhibit 1  Plaintiffs' Notice of Deposition  9
               of Scott Warren
19
       Exhibit 2  Employee performance record     90
20
       Exhibit 3  Employee training record        98
21
       Exhibit 4  LVMPD Voluntary Statement       99
22
       Exhibit 5  E-mail to Jason B. Grimes from  120
23                Scott Warren dated April 17, 2019
24
25
```

### Page 4

```
 1    Video Deposition of Scott Alexander Warren
 2              December 13, 2019
 3          (Exhibits 1 through 5 marked.)
 4                 *   *   *
 5      THE VIDEOGRAPHER:  This is Media No. 1 to the
 6  video recorded deposition of Scott Warren in the
 7  matter of Peter Delvecchia, et al., versus Frontier
 8  Airlines, Incorporated, et al., being heard before the
 9  United States District Court for the District of
10  Nevada, Case No. 2:19-CV-01322-KJD-NJK.
11      This deposition is being held at Titolo Law
12  Office, 9950 West Cheyenne Avenue, Las Vegas, Nevada,
13  starting at 10:09 a.m.
14      My name is Monica Hayworth, and I'm the
15  videographer.  The court reporter is Gary Decoster
16  with Esquire Deposition Solutions.
17      Counsel, will you please introduce
18  yourselves, and affiliations, and the witness will
19  then be sworn.
20      MR. MCKAY:  My name is John McKay.  I am the
21  counsel for the plaintiffs, Peter Delvecchia and A.D.
22      MR. MAYE:  Brian Maye for Frontier Airlines.
23      THE VIDEOGRAPHER:  Thank you.
24      THE COURT REPORTER:  Sir, would you raise
25  your right hand?
```



800.211.DEPO (3376)  
EsquireSolutions.com

EXHIBIT F

Page 57

1  Q. Yes.
2  A. So they would have came and got their carts
3  and took it back up front, the A and C, they came back
4  and got the cart, and then they do rows in front of
5  Row 12, do those ones, that was their half.
6  Q. Yes.
7  A. And then me and the D did our half of the
8  plane.
9  Q. Okay. And that happens at a particular
10 point, does it, after takeoff?
11 A. Shortly after takeoff, after -- usually about
12 20 minutes, 25 minutes after takeoff.
13 Q. Okay. Is that typically after the flight
14 levels out at its cruise altitude?
15 A. It's before that. It's usually -- yes, it's
16 before we reach our cruising altitude.
17 Q. Okay. And if I understand correctly from the
18 other flight attendants, everything that's on the cart
19 other than water is for sale; is that right?
20 A. Yes.
21 Q. Okay. So they came and they got their carts
22 and you and the D got your carts, and so I presume
23 then service started?
24 A. Yes.
25 Q. And there's alcoholic beverages being sold,

Page 58

1  right?
2  A. Yes.
3  Q. Okay. And a flight out to Las Vegas, is
4  there typically a good bit of purchasing of alcoholic
5  beverages?
6  A. Not necessarily.
7  Q. How about on this flight?
8  A. The average amount.
9  Q. Okay, and what's that?
10 A. A few people were drinking, maybe about ten
11 people I saw with drinks, just an estimation.
12 Q. Okay. And did you happen to make any
13 observations then about Peter and his son during the
14 service?
15 A. No.
16 Q. Okay. When was the next time that you heard
17 or saw anything concerning Peter and his son?
18 A. After service and we took the carts to the
19 back and they took their cart all the way up front, I
20 remember going to the front of the -- the front
21 galley -- excuse me -- excuse me.
22 Q. We've actually been going about an hour. Do
23 you want to take a break?
24 A. Nope.
25 Q. No, okay.

Page 59

1  A. And I don't recall exactly what happened
2  next, but I remember the ladies up front saying they
3  saw Mr. Delvecchia here rubbing his son's face, they
4  said, in a weird manner. I didn't see that. And by
5  then I believe the captain had already been alerted,
6  so I went into the flight deck to speak with him and
7  he asked, Scott, could you go take a look at it.
8  Q. Okay. So let me just back up a bit and slow
9  that down a little bit. After the service, how did
10 the other flight attendants convey to you the -- what
11 they had said about touching the face? Was that done
12 on the intercom or in person?
13 A. In person.
14 Q. Okay. And was it done back in your area at
15 the aft galley or was it done up in the front of the
16 plane?
17 A. In the forward galley.
18 Q. Okay. So why were you up there?
19 A. I don't know the reason why I went up there,
20 I may have been going to do trash, but I'm not stuck
21 in the back. I can move around the plane.
22 Q. Okay. All right, so while you were up front
23 for whatever reason, they said that something had
24 occurred -- again, I'm sorry, what had occurred with
25 respect to the face?

Page 60

1  A. They said Mr. Delvecchia was rubbing the
2  child's face, his son's face, in a weird,
3  inappropriate manner.
4  Q. Okay. When you say they, which people were
5  that?
6  A. It was either the A or the C. I don't
7  recall.
8  Q. So just one person said that?
9  A. Two of them agreed on it. It may have been
10 the D as well because she would have been the one that
11 serviced that row. I don't remember exactly who said
12 it.
13 Q. Okay.
14 A. But two of them -- at least two of them
15 noticed it.
16 Q. Okay. And did they use any words different
17 than what you've used?
18 A. Those were the words I remember hearing.
19 Q. Okay, rubbing and inappropriate?
20 A. Yeah.
21 Q. Okay. All right, and I think you said by the
22 time you heard it, it had already been conveyed to the
23 captain?
24 A. I remember going into the flight deck, so
25 yes, the captain would have known by then.



SCOTT ALEXANDER WARREN
DELVECCHIA vs FRONTIER AIRLINES

December 13, 2019
61–64

### Page 61

1  Q. And who was on the flight deck when you went
2  there?
3  A. That would have been Captain Rex and the
4  first officer.
5  Q. And just the three of you in the cockpit
6  then?
7  A. I'm not sure if one of the other ladies came
8  in or not. I don't recall.
9  Q. Okay. So is it your recollection that
10 somebody summoned you to go speak with them on the
11 flight deck?
12 A. Somebody did, yeah. I'm not sure who.
13 Q. Okay. So you went there because a request
14 had been made that you go talk to them?
15 A. Yes.
16 Q. Okay. And who was it that did the talking
17 once you got there?
18 A. It was the captain.
19 Q. Okay. Do you recall which of the two were
20 actually designated to fly the plane, pilot flying?
21 A. I don't know.
22 Q. Okay. So did the captain turn around in his
23 seat and speak with you or --
24 A. He turned sideways, yes.
25 Q. Okay. And what did the captain say to you?

### Page 62

1  A. I don't remember word for word what he said,
2  but he wanted me to go have a look.
3  Q. Okay. Did he mention anything about the
4  flight operations manual that they had been looking
5  at?
6  A. No.
7  Q. Okay. Are you sure he hadn't said anything
8  about that?
9  A. I don't recall if he did.
10 Q. Okay. All right, and so he asked you to go
11 take a look, and what did you do then?
12 A. That's when I went -- I was in the front of
13 the plane and I walked to the back of the plane
14 looking at Mr. Delvecchia and his son as I walked by
15 Row 17 and that's when I noted that his hand was on
16 the child's crotch and they appeared to be sleeping.
17 Q. Okay, so just so I understand, both the
18 father and the son appeared to be sleeping?
19 A. Yes.
20 Q. And the son was in the window seat?
21 A. Yes.
22 Q. And the father was in the middle seat?
23 A. Yes.
24 Q. And what did you observe about the person in
25 the aisle seat?

### Page 63

1  A. I don't remember what the guy on the aisle
2  seat was doing at the time.
3  Q. Okay, you said the guy?
4  A. It was a man, yes.
5  Q. Okay.
6  A. A guy, yeah.
7  Q. All right. And was there -- was this --
8  everything was standard otherwise as far as this
9  particular point in the flight, I mean, the lighting
10 and all that sort of thing?
11 A. Yes.
12 Q. Okay. And so were you carrying a trash bag?
13 A. I don't remember.
14 Q. Okay. But you remember that you were walking
15 from the front to the back when you made this
16 observation?
17 A. Yes.
18 Q. Okay. And you could tell that Peter was
19 asleep?
20 A. He appeared to be asleep.
21 Q. And you could tell that A.D. was asleep?
22 A. Appeared to be asleep, yes.
23 Q. Okay. And describe for me what you saw with
24 respect to Peter's hand.
25 A. His right hand was on the boy's crotch -- the

### Page 64

1  child, sorry -- like down on the front, to show you,
2  he can't write it, but --
3  Q. Yeah, you can observe -- I mean, you can
4  demonstrate for the TV, if you could.
5  A. Yeah, I mean, his right hand was like here on
6  the child.
7  Q. Actually grabbing like that?
8  A. Yes, the fingers were down in there and
9  everything.
10 Q. Yeah.
11 A. Um-hum.
12 Q. Okay. And you say it was the right hand.
13 Now, which side of the plane were they on?
14 A. If you're facing forward towards the cockpit,
15 they would have been on the right-hand side, D-E-F.
16 Q. Okay, they were on the right-hand side, so
17 that means that Peter's hand, his right hand, would
18 have crossed in front of his own body to get there?
19 A. No, he's in E, the child is in F, so his
20 right hand would have been here.
21 Q. Okay. All right. And what was the child
22 wearing?
23 A. He had on a T-shirt and jeans -- T-shirt and
24 jeans on, from what I recall.
25 Q. Okay. Jeans as in long pants?



Page 65

1  A. Yeah.
2  Q. Okay. Blue jeans?
3  A. I don't remember the color of them.
4  Q. Okay. Why do you think they were jeans?
5  A. They may not have been jeans. He had pants
6  and a T-shirt on.
7  Q. Pants and a T-shirt?
8  A. Yes.
9  Q. Nothing else?
10 A. That's all I saw.
11 Q. Okay. So you could actually see the hand in
12 between the two legs?
13 A. Yes.
14 Q. And as you said, you saw the thumb across one
15 of the legs and the fingers down inside the space
16 between the two legs?
17 A. Yes.
18 Q. Okay. And what was Peter wearing?
19 A. I don't recall.
20 Q. Nothing at all that you recall?
21 A. No.
22 Q. Okay. All right. You don't remember the
23 color of A.D.'s pants. Do you remember the color of
24 the shirt he was wearing?
25 A. I don't remember the color of his shirt.

Page 66

1  Q. Okay. Now, Peter's arm that you observed,
2  was Peter wearing a long-sleeve shirt or a
3  short-sleeve shirt?
4  A. I don't remember.
5  Q. Well, did you see the skin of his arm up to
6  his elbow?
7  A. I don't remember.
8  Q. Don't remember, okay. All right. And how
9  long did you observe the hand as you were walking by?
10 A. It couldn't have been more than five seconds
11 as I walked by.
12 Q. Okay. You were -- did you stop walking at
13 any point or were you walking continuously?
14 A. I was walking continuously.
15 Q. Okay. Was the, was the shade down on the
16 window adjacent to A.D.?
17 A. I don't remember if the shade was up or down.
18 Q. Okay. And so you walked to the aft galley
19 and then what did you do?
20 A. I stood there for a few seconds, then I
21 walked back up to the front again to make sure that I
22 saw what I saw, and when I walked by again, his hand
23 was in the same place.
24 Q. Okay. And as you walked back up then, you
25 would be facing the nose of the aircraft?

Page 67

1  A. Yes.
2  Q. And you would be looking to your left?
3  A. No.
4  Q. You're looking to your right?
5  A. Yes.
6  Q. Because they were, what seats again, 17 --
7  A. E and F.
8  Q. E and F?
9  A. Yes.
10 Q. Okay. So you were looking to your right and
11 Peter was in the middle seat, correct?
12 A. Yes, yes.
13 Q. And A.D. was in the window seat?
14 A. Yes.
15 Q. F. And Peter's right hand was still between
16 the child's legs?
17 A. Yes.
18 Q. Okay. In the area of his crotch?
19 A. Yes.
20 Q. Okay. And they still appeared to be asleep?
21 A. Yes.
22 Q. Okay. All right. And what did you do after
23 making that observation?
24 A. I continued on to the front and went in the
25 cockpit and told the captain what I saw.

Page 68

1  Q. Okay. How did you -- I mean, was the door to
2  the cockpit open at that point or did you have to call
3  to ask to be allowed onto the cockpit?
4  A. I knocked to get in.
5  Q. You knocked?
6  A. Yeah.
7  Q. Okay. At this point had the barrier been
8  removed from the aisle?
9  A. The barrier?
10 Q. Well, let me back up.
11    At the time that you went to the cockpit the
12 first time, was -- had the flight attendants set up
13 for the pilots to take a lavatory break?
14 A. Yes, whenever we open the cockpit door, we
15 put the cart in front of the aisle.
16 Q. Okay. My question is, was it already
17 established there when you went down to the front to
18 go into the cockpit the first time or did they set it
19 up so that you could go into the cockpit?
20 A. I do not remember.
21 Q. Okay. And now you've walked to the back and
22 then to the front again. At this point is the cart
23 set up across the aisle or is it gone?
24 A. I don't remember if they left it set up or
25 not.



800.211.DEPO (3376)  
EsquireSolutions.com