# EXHIBIT I

**Excerpts from Deposition of Peter DelVecchia**

```
                                                                      Page 1
 1                  UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
 2
                 CASE NO. 2:19-CV-01322-KJD-NJK
 3

 4    PETER DELVECCHIA, individually and
      as next friend of A.D., a minor,
 5
                 Plaintiffs,
 6
      vs.
 7
      FRONTIER AIRLINES INC. and JOHN DOES
 8    1 through 5, inclusive,

 9               Defendants.
      _____/
10

11

12

13               Videotaped Deposition of

14                   PETER DELVECCHIA

15

16                 (Taken by Plaintiffs)

17               Raleigh, North Carolina

18             Tuesday, November 19, 2019

19

20

21

22

23              Reported in Stenotype By:
                      Denise Y. Meek
24           Court Reporter and Notary Public
```

```
                                             Page 178
 1        MS. SHELKE:  Okay.
 2   BY MS. SHELKE:
 3        Q.   Peter, if you will go to page 51, which
 4   is page 2 of Deposition Exhibit Number 3 --
 5        A.   Page fifty what?
 6        Q.   The little page number.
 7        MR. McKAY:  The little, tiny Bates
 8   stamp numbers.
 9        THE WITNESS:  Oh, sorry.
10   BY MS. SHELKE:
11        Q.   And this is a long text message that
12   appears to be from you to Amanda.
13        A.   Uh-huh.
14        Q.   The second sentence -- or third
15   sentence of it says:  "At the end of the day,
16   it was a black steward who was pissed off and
17   filed the claim."
18             Why do you think the flight attendant
19   was "pissed off"?
20        A.   By this time A.D. and I had talked
21   about the racist piece of it, and I concurred
22   completely that this was a racist incident.
23        Q.   How does being pissed off translate to
24   racism?  If you'll explain that to me.
```

```
                                             Page 179
 1        A.   Oh, it's -- okay, yeah, I see where
 2   you're going.  Well, it's -- I can't answer
 3   that with certainty, I can only tell you what I
 4   feel, if that's acceptable to you.
 5        Q.   Yes.
 6        A.   I think that -- okay.  So if you can
 7   give me some leeway to just -- as a basis for
 8   my opinion here.
 9             I have been approached by many, many
10   black people who told me that I own a slave.
11   And I've been approached by black people who
12   have thrown garbage at me from cars that were
13   moving.  One actually threw a full bottle of
14   Pepsi at me and A.D. when we were riding our
15   bikes.  I have had people approach me in Costco
16   and tell me what a piece of -- pardon my
17   language -- what a piece of shit I am for
18   taking a black child out of his element.  And
19   it's just occurred to me over time that there's
20   probably some resentment.  A.D. would tell you
21   he has a whole different outlook on this, which
22   you should ask him, if you want, but I just
23   think that there's some resentment about taking
24   him out of a black home or possible black home.
```

```
                                             Page 180
 1             And I've tried to engage with people,
 2   particularly when it happens at Costco or
 3   Food Lion, which is a grocery store, if you
 4   don't know, and I try to explain to them that
 5   he was a starving kid in Africa, and this
 6   likely saved his life.
 7             But I will also tell you, there's just
 8   as many people, if not more -- black people --
 9   that come over and hug me in public and tell me
10   that I've done a wonderful thing.
11             So it's something of a balance.  And,
12   you know, the reaction it generates is -- it
13   seems to be one extreme or the other.  I'm
14   either getting hugged and kissed or I'm getting
15   garbage thrown at me.
16        Q.   And in your mind, the flight attendant
17   was pissed off about the fact that you as a
18   white gentleman had adopted a black child?
19        A.   Yes.  And, clearly, he knew he was my
20   son, because A.D. and I had both told him that
21   he was my son.
22             And you just reminded me of something.
23        THE WITNESS:  And, John, I don't know
24   if you want me to run it past you or I can
```

```
                                             Page 181
 1   just say what I want to say.
 2        MR. McKAY:  Well, wait for a question.
 3        THE WITNESS:  It's something that just
 4   triggered a memory, that's all.
 5   BY MS. SHELKE:
 6        Q.   Sticking with page 2 of Deposition
 7   Exhibit Number 3.
 8        A.   Page 2.
 9        Q.   The page you're on right now.
10             There's a sentence that reads:  "And
11   the best you had a coach stretch over the whole
12   front of him."
13             Can you tell me what you intended to
14   mean there?
15        A.   If you take your phone and say A.D.,
16   how it comes up is -- I mean, it's voice
17   texting.  And I'm terrible with the phone, so I
18   talk into it.  And then because I'm lazy, I
19   don't read it over.
20             So this was supposed to say:  "And A.D.
21   had a coat stretched over the whole front of
22   him, but a trumped up charge that I was playing
23   with his crotch."
24        Q.   Similarly, if you'll turn to the next
```