## EXHIBIT A

**Emails between John McKay, counsel for Plaintiffs, and
Tara Shelke, counsel for Defendants, between May 15, 2020
And May 20, 2020, with May 19 redline of Third Stipulation**



**John McKay <johndmckayatty@gmail.com>**

## DelVecchia v. Frontier
1 message

**John McKay** <johndmckayatty@gmail.com>  Fri, May 15, 2020 at 3:06 PM
To: Tara Shelke <tshelke@amm-law.com>

Hi Tara,

I spoke with my client and he is fine with the 120-day extension of all deadlines. Can you draw up a stipulation? I would like to extend also the amendment deadline since Judge Dawson's recent order dismissed the NIED count "with leave to amend."

Thanks,
John

John D. McKay
Attorney at Law (CA, CO, FL, ME, NY, VT, WV)
Barrister and Solicitor (Ontario)
Solicitor (England and Wales)
**Park Avenue Law LLC**
San Francisco/Toronto, ONT

**NEW** **Mailing and Delivery Address:**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel. (800) 391-3654




## RE: DelVecchia v. Frontier
1 message

**Tara Shelke** <tshelke@amm-law.com>                                         Tue, May 19, 2020 at 11:37 AM
To: John McKay <johndmckayatty@gmail.com>
Cc: Timothy Titolo <tim@titololaw.com>, "Brian T. Maye" <bmaye@amm-law.com>, "Matthew D. Martin" <mmartin@amm-law.com>, Charles Michalek <cmichalek@rmcmlaw.com>

Hi John,

We attach our draft of the Third Stipulated Motion to Extend Deadlines. Please redline any edits.

Additionally, we are fine with a stipulation of dismissal as to Mullin, Bond, Nickel, and Sakurada under Fed. R. Civ. P. 41(a)(1)(A)(ii) but note that you can also file a notice of dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i).

Thank you,

Tara

---

**From:** Tara Shelke
**Sent:** Monday, May 18, 2020 11:53 AM
**To:** 'John McKay' <johndmckayatty@gmail.com>
**Subject:** RE: DelVecchia v. Frontier

Hi John,


## Re: DelVecchia v. Frontier
1 message

**John McKay** <johndmckayatty@gmail.com>  Tue, May 19, 2020 at 1:52 PM
To: Tara Shelke <tshelke@amm-law.com>
Cc: Timothy Titolo <tim@titololaw.com>, "Brian T. Maye" <bmaye@amm-law.com>, "Matthew D. Martin" <mmartin@amm-law.com>, Charles Michalek <cmichalek@rmcmlaw.com>

Thanks, Tara.

I have attached my redlined changes, which I think are self-explanatory, but let me know if you have any questions.

I will just plan on filing notices of dismissal for the four individual Defendants on the strength of the *Pedrina* case you found.

John

John D. McKay
Attorney at Law (CA, CO, FL, ME, NY, VT, WV)
Barrister and Solicitor (Ontario)
Solicitor (England and Wales)
**Park Avenue Law LLC**
San Francisco/Toronto, ONT

**NEW** Mailing and Delivery Address:
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel. (800) 391-3654



3

On Tue, May 19, 2020 at 11:37 AM Tara Shelke <tshelke@amm-law.com> wrote:

> Hi John,

TIMOTHY R. TITOLO, ESQ.
Nevada Bar No. 3617
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

*Attorney for Plaintiffs*

CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor, | Case No.: 2:19-cv-01322-KJD-DJA |
| Plaintiffs, | **THIRD STIPULATED MOTION TO EXTEND DEADLINES** |
| v. | |
| FRONTIER AIRLINES, INC., SCOTT WARREN, CHELSIE BRIGHT SAKURADA, ANNA BOND, AMANDA NICKEL, REX SHUPE, and SHAWN MULLIN, | |
| Defendants. | |

Plaintiffs Peter DelVecchia, individually and as next friend of A.D., a Minor, (collectively "Plaintiffs") and Defendant Frontier Airlines, Inc. ("Frontier")[1], each by their undersigned counsel, hereby file their **THIRD STIPULATED MOTION TO EXTEND DEADLINES,** seeking to extend the deadlines to disclose initial and rebuttal experts, the discovery cutoff deadline, the deadline for

---

[1] Counsel for Frontier will also be representing the individual Defendants, but none have appeared in the case as of this filing.

- 1 -

amendments to the pleadings, and the deadline to file the interim status report, dispositive motions, and the joint proposed pretrial order stated in this Court's March 20, 2020 Order (ECF No. 66) by approximately 120 days each. The parties seek to extend these deadlines as follows:

- Extend the deadline to disclose initial experts from May 26, 2020 to **September 23, 2020**;
- Extend the deadline to file interim status report from May 26, 2020 to **September 23, 2020**;
- Extend the deadline to disclose rebuttal experts from June 26, 2020 to **October 26, 2020**;
- Extend the discovery cutoff date from July 24, 2020 to **November 23, 2020**;
- Extend the deadline for dispositive motions from August 28, 2020 to **December 23, 2020**;
- Extend the deadline to file the joint proposed pretrial order from September 25, 2020 to **January 25, 2021**; and
- Extend the deadline for motions seeking further amendments to the pleadings to **June 30, 2020**.[2]

The primary reason for this stipulated motion requesting a third extension is that despite the parties' best efforts, circumstances beyond their control have adversely affected their ability to conduct the discovery needed to comply with the deadlines in the March 20, 2020 Order (ECF No. 66). These circumstances include the current COVID-19 pandemic that is making assembly and travel inadvisable and, in some instances, forbidden by federal and state decrees. Although it remains unknown when the pandemic-related restrictions will be lifted, the parties believe that a four-month extension of deadlines is advisable until further information becomes available.

---

[2] Although this deadline had already expired by the date of the Court's March 20, 2020 Order, the Court subsequently issued its Order (ECF No. 67) granting Frontier's Motion (ECF No. 10) to Dismiss Count III of the Complaint, the claim for negligent infliction of emotional distress. The Court ruled that the Count is "dismissed with leave to amend." (ECF No. 67 at 5). Plaintiffs intend to file a motion seeking leave to amend to reinstate Count III with additional supporting allegations of negligence.



John McKay <johndmckayatty@gmail.com>

## RE: DelVecchia v. Frontier
1 message

**Tara Shelke** <tshelke@amm-law.com>                                                                 Wed, May 20, 2020 at 7:02 AM
To: John McKay <johndmckayatty@gmail.com>
Cc: Timothy Titolo <tim@titololaw.com>, "Brian T. Maye" <bmaye@amm-law.com>, "Matthew D. Martin" <mmartin@amm-law.com>, Charles Michalek <cmichalek@rmcmlaw.com>

Hi John,

We attach a revised Third Stipulation. As you will see, we accepted most of your changes (I edited a couple of sentences for style/format to remain consistent with the rest of the Stipulation). We rejected your addition regarding the pleading amendment. The Court has already granted Plaintiffs leave to amend the NIED claim, so you do not have to file a motion for leave to amend.

If you agree, please sign the revised draft and we will file it with the Court.

Thank you,

Tara

**From:** John McKay <johndmckayatty@gmail.com>
**Sent:** Tuesday, May 19, 2020 2:52 PM
**To:** Tara Shelke <tshelke@AMM-LAW.com>
**Cc:** Timothy Titolo <tim@titololaw.com>; Brian T. Maye <bmaye@AMM-LAW.com>; Matthew D. Martin <mmartin@AMM-LAW.com>; Charles Michalek <cmichalek@rmcmlaw.com>
**Subject:** Re: DelVecchia v. Frontier

6