TIMOTHY R. TITOLO, ESQ.
Nevada Bar No. 3617
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

*Attorney for Plaintiffs*

CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor, | Case No.: 2:19-cv-01322-KJD-DJA |
| Plaintiffs, | **FOURTH STIPULATED MOTION TO EXTEND DEADLINES** |
| v. | |
| FRONTIER AIRLINES, INC., SCOTT WARREN, and REX SHUPE, | |
| Defendants. | |

Plaintiffs Peter DelVecchia, individually and as next friend of A.D., a minor (collectively "Plaintiffs"), and Defendants Frontier Airlines, Inc. ("Frontier"), Scott Warren, and Rex Shupe (collectively "Defendants"), each by their undersigned counsel, hereby file their **FOURTH STIPULATED MOTION TO EXTEND DEADLINES,** seeking to extend the deadlines to disclose initial and rebuttal experts, the discovery cutoff deadline, dispositive motions, and the joint proposed

pretrial order set forth in this Court's May 26, 2020 Order (ECF No. 87) by approximately 180 days each. The parties seek to extend these deadlines as follows:

- Extend the deadline to disclose initial experts from September 23, 2020 to **March 19, 2021**;
- Extend the deadline to disclose rebuttal experts from October 26, 2020 to **April 30, 2021**;
- Extend the discovery cutoff date from November 23, 2020 to **May 21, 2021**;
- Extend the deadline for dispositive motions from December 23, 2020 to **June 25, 2021**; and
- Extend the deadline to file the joint proposed pretrial order from January 25, 2020 to **July 23, 2021**.

The first reason for this stipulated motion requesting an additional extension, and the prerequisite to most additional necessary discovery, is that some of the documents Plaintiffs have requested in written discovery have been determined to be Sensitive Security Information (SSI) by the Transportation Security Administration (TSA). On April 1, 2020, this Court ruled that the circumstances of this case warrant designating Plaintiff Peter DelVecchia and his attorney John McKay as "covered persons" under 49 CFR Part 1520.7 and required them to submit to any security background check or other procedures or requirements for safeguarding SSI required by TSA. (ECF No. 76.) In accordance with this Order, Messrs. DelVecchia and McKay are in the process of submitting to a background check by TSA. It is unknown when this process will be completed by TSA, although Messrs. DelVecchia and McKay believe they have submitted all information that TSA has requested of them. TSA has also required that the parties stipulate to an additional protective order specifically regarding SSI. Plaintiffs have presented objections to certain language in the proposed SSI protective order, and the TSA is in the process of responding to those objections. The parties are still communicating with TSA in an effort to resolve this issue prior to involving the Court. An extension of deadlines is needed to account for the process involved in resolving SSI issues in this case.

Additionally, Plaintiffs have requested deposition testimony from Frontier pursuant to Fed. R. Civ. P. 30(b)(6) as to 33 deposition topics. The parties currently anticipate taking these depositions by Zoom, thus limiting the need for the parties to travel during the global pandemic. However, TSA must release the SSI documents discussed above to Messrs. DelVecchia and McKay before Plaintiffs are able to depose Frontier's Fed. R. Civ. P. 30(b)(6) witnesses.

The aforementioned Rule 30(b)(6) depositions will be in addition to three to five fact witness depositions that still need to be completed, including certain passengers on the subject flight and Plaintiffs' medical providers. Further, the Court's Order (ECF No. 83) on Plaintiff's Motion to Compel imposed restrictions on certain document requests and topics Plaintiffs wished to cover in the Fed. R. Civ. P. 30(b)(6) depositions. Plaintiffs filed objections pursuant to Fed. R. Civ. P. 72(a) to have those restrictions reviewed by the District Judge prior to the depositions being scheduled (ECF No. 88). On June 5, 2020, Frontier filed its Response to Plaintiffs Objections (ECF No. 104). On that same date, Plaintiffs filed a request for leave to file a Reply to Defendants' Response pursuant to Local Rule IB 3-1(a) (ECF No. 105). The parties await the Court's rulings on that request and on Plaintiffs' objections. Concurrently with all of the aforementioned events, the parties have engaged in discussions regarding resolution of this matter.

Finally, Frontier seeks to have both Plaintiffs examined pursuant to Fed. R. Civ. P. 35. The parties are in the process of attempting to agree on terms and protocols for these examinations to avoid the need for a Fed. R. Civ. P. 35 motion. If agreed to or ordered by this Court, these examinations must be conducted in person after the pandemic-related travel advisories and assembly restrictions are lifted, and medical facilities are no longer restricted to functions essential to combating the pandemic. Although it remains unknown when the pandemic-related restrictions will be lifted, the parties believe that a six-month extension of deadlines is necessary to resolve the various obstacles to completing the necessary discovery.

The parties have been working diligently to complete fact discovery. Written discovery is ongoing, and 14 party and fact witness depositions have been completed. Despite the parties' best efforts, in light of the unprecedented global coronavirus developments and the requirement to work with the TSA regarding sensitive security information, additional time is needed to complete fact and expert discovery. Although the parties are working cooperatively and as expeditiously as possible to conduct discovery and to otherwise comply with the Court's Scheduling Order as previously extended, under the unusual circumstances at hand, more time is required. This is the fourth motion for a continuance of pretrial deadlines filed in this case.

DATED this 21st day of August, 2020                    Respectfully submitted,

/s/John D. McKay
John D. McKay (admitted *pro hac vice*)
PARK AVENUE LAW LLC
127 West Fairbanks Avenue, No. 519
Winter Park, Florida 32789
Phone: (800) 391-3654
Email: johndmckayatty@gmail.com

Timothy R. Titolo (Nevada Bar. No. 3617)
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

**Attorneys for Plaintiffs Peter DelVecchia & A.D., a Minor**

/s/Matthew D. Martin
Brian T. Maye *(*admitted *pro hac vice*)
Tara Shelke (admitted *pro hac vice*)
Matthew D. Martin (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500

Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
tshelke@amm-law.com
mmartin@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

***Attorneys for Defendants Frontier Airlines, Inc., Scott Warren & Rex Shupe***

**CERTIFICATE OF SERVICE**

Pursuant to LR IC 4-1, I hereby certify that on the 21st day of August, 2020, the foregoing **FOURTH STIPULATED MOTION TO EXTEND DEADLINES** was served upon the following counsel of record *by email only*:

John D. McKay
PARK AVENUE LAW LLC
127 West Fairbanks Avenue, Suite 519
Winter Park, Florida 32789
Phone: (800) 391-3654
Email: johndmckayatty@gmail.com

Timothy R. Titolo
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

***Attorneys for Plaintiffs***

/s/Matthew D. Martin
Brian T. Maye *(admitted pro hac vice)*

- 5 -

|   |   |
|---|---|
| 1 | Tara Shelke (admitted *pro hac vice*) |
| 2 | Matthew D. Martin (admitted *pro hac vice*) |
|   | ADLER MURPHY & McQUILLEN LLP |
| 3 | 20 South Clark Street, Suite 2500 |
|   | Chicago, Illinois 60603 |
| 4 | Phone: (312) 345-0700 |
|   | Email: bmaye@amm-law.com |
| 5 |        tshelke@amm-law.com |
| 6 |        mmartin@amm-law.com |

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com


IT IS SO ORDERED:


_____
UNITED STATES DISTRICT JUDGE


DATED: _____