1  TIMOTHY R. TITOLO, ESQ.
Nevada Bar No. 3617
2  TITOLO LAW OFFICE
9950 West Cheyenne Avenue
3  Las Vegas, Nevada 89129
Phone: (702) 869-5100
4  Email: tim@titololaw.com

5  *Attorney for Plaintiffs*

6

7  CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
8  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
9  Las Vegas, Nevada 89101
Phone: (702) 383-3400
10  Email: cmichalek@rmcmlaw.com

11  *Attorney for Defendants*

12

13  **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

14  PETER DELVECCHIA, individually and as        )        Case No.: 2:19-cv-01322-KJD-DJA
next friend of A.D., a Minor,                  )
15                                             )
            *Plaintiffs*,              )        **JOINT REQUEST FOR PRETRIAL**
16                                             )        **CONFERENCE**
                                       )
17  v.                                         )        **LR 16-2**
                                       )
18  FRONTIER AIRLINES, INC.,                   )
SCOTT WARREN, and REX SHUPE,               )
19                                             )
            *Defendants*.              )
20  ————————————————————————         )

21       Plaintiffs Peter DelVecchia, individually and as next friend of A.D., a minor (collectively

22  "Plaintiffs"), and Defendants Frontier Airlines, Inc. ("Frontier"), Scott Warren, and Rex Shupe

23  (collectively "Defendants"), each by their undersigned counsel, hereby file this request for a Pretrial

24  Conference pursuant to Local Rule LR 16-2. The parties would prefer that the conference be held via Zoom

25  conference, in light of the ongoing pandemic and the locations of lead counsel outside of the District. In

26

27  support of this joint request, the parties state that there has been considerable delay in the progress of this

28

case, mostly due to travel restrictions necessitated by the pandemic, but also due to some unresolved matters relating to pleadings and discovery. The parties believe that a pretrial conference would assist the parties and the Court in creating a timeline for the resolution of those outstanding matters and in defining any necessary proceedings for their resolution, such as a hearing with a representative of the Transportation Security Administration (TSA) to determine whether TSA's demands for a specialized Protective Order incorporating certain procedural elements relative to Sensitive Security Information (SSI) comport with the Court's previous Order concerning access to SSI by Plaintiff Peter DelVecchia and Attorney John McKay. For the Court's reference, the matters unresolved at this time are as follows:

- Whether specific language and procedures demanded by TSA for the release of SSI to DelVecchia and McKay comport with the Court's April 1, 2020 Order (ECF No. 76) pursuant to Section 525(d) of the Department of Homeland Security Appropriations Act of 2007, Pub. L. No. 109-295, 120 Stat. 1355, 1382 (October 4, 2006)(this matter has not yet been briefed, as TSA is not a party to this case);

- Defendants' Partial Motion to Dismiss Counts III and VII of the Second Amended Complaint (ECF No. 108), which has been fully briefed since July 14, 2020;

- Defendants' Motion to Strike the Second Amended Complaint (ECF No. 107), which has been fully briefed since July 13, 2020;

- Plaintiffs' Request (ECF No. 105) pursuant to LR IB 3-1(a) for leave to file a reply to Defendants' Response (ECF No. 104) to Plaintiffs' Rule 72(a) Objections (ECF No. 88) to certain parts of Magistrate Judge Albregts' May 8, 2020 Order on Plaintiffs' Second Amended Motion to Compel Discovery (ECF No. 83), which Request was filed on June 5, 2020; and

- Plaintiffs' Rule 72(a) Objections (ECF No. 88) to certain parts of Magistrate Judge Albregts' May 8, 2020 Order on Plaintiffs' Second Amended Motion to Compel Discovery (ECF No. 83), which, except for the aforementioned outstanding Request for leave to file a reply, have been fully briefed since June 5, 2020.

The parties respectfully request that a Pretrial Conference be held in this case, preferably via Zoom conference, at the earliest opportunity that is convenient for the Court.

DATED this 15th day of March, 2021                    Respectfully submitted,


                                                      /s/John D. McKay
                                                      John D. McKay (admitted *pro hac vice*)
                                                      PARK AVENUE LAW LLC
                                                      127 West Fairbanks Avenue, No. 519
                                                      Winter Park, Florida 32789
                                                      Phone: (800) 391-3654
                                                      Email: johndmckayatty@gmail.com

                                                      Timothy R. Titolo (Nevada Bar. No. 3617)
                                                      TITOLO LAW OFFICE
                                                      9950 West Cheyenne Avenue
                                                      Las Vegas, Nevada 89129
                                                      Phone: (702) 869-5100
                                                      Email: tim@titololaw.com

                                                      ***Attorneys for Plaintiffs Peter DelVecchia &***
                                                      ***A.D., a Minor***


                                                      /s/Matthew D. Martin
                                                      Brian T. Maye *(admitted pro hac vice*)
                                                      Tara Shelke (admitted *pro hac vice*)
                                                      Matthew D. Martin (admitted *pro hac vice*)
                                                      ADLER MURPHY & McQUILLEN LLP
                                                      20 South Clark Street, Suite 2500

- 3 -

Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
        tshelke@amm-law.com
        mmartin@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

*Attorneys for Defendants Frontier Airlines, Inc., Scott Warren & Rex Shupe*

### CERTIFICATE OF SERVICE

Pursuant to LR IC 4-1, I hereby certify that on the 15th day of March, 2021, the foregoing **JOINT REQUEST FOR PRETRIAL CONFERENCE** was served upon the following counsel of record *by email only*:

Brian T. Maye
Tara Shelke
Matthew D. Martin
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
        tshelke@amm-law.com
        mmartin@amm-law.com

Charles A. Michalek
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Email: cmichalek@rmcmlaw.com

*Attorneys for Defendants Frontier Airlines, Inc., Scott Warren & Rex Shupe*

/s/John D. McKay