TIMOTHY R. TITOLO, ESQ.
Nevada Bar No. 3617
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

*Attorney for Plaintiffs*

CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor, | Case No.: 2:19-cv-01322-KJD-DJA |
| *Plaintiffs*, | **FIFTH STIPULATED MOTION TO EXTEND DEADLINES** |
| v. | |
| FRONTIER AIRLINES, INC., SCOTT WARREN, and REX SHUPE, | |
| *Defendants*. | |

Plaintiffs Peter DelVecchia, individually and as next friend of A.D., a minor (collectively "Plaintiffs"), and Defendants Frontier Airlines, Inc. ("Frontier"), Scott Warren, and Rex Shupe (collectively "Defendants"), each by their undersigned counsel, hereby file their **FIFTH STIPULATED MOTION TO EXTEND DEADLINES,** seeking to extend the deadlines to disclose initial and rebuttal experts, the discovery cutoff deadline, dispositive motions, and the joint proposed pretrial order set forth in this Court's August 25, 2020 Order (ECF No. 114) by approximately 180 days each. The parties seek to extend these deadlines as follows:

- Extend the deadline to disclose initial experts from March 19, 2021 to **September 24, 2021**;

- Extend the deadline to disclose rebuttal experts from April 30, 2021 to **October 29, 2021**;

- Extend the discovery cutoff date from May 21, 2021 to **November 26, 2021**;

- Extend the deadline for dispositive motions from June 25, 2021 to **December 31, 2021**; and

- Extend the deadline to file the joint proposed pretrial order from July 23, 2021 to **January 28, 2022**.

In addition to the pandemic, there are several pending issues that have limited the parties' advancement of discovery in this matter. The first of those issues is that some of the documents Plaintiffs have requested in written discovery and listed as subjects for inquiry at Frontier's corporate deposition have been determined to be Sensitive Security Information (SSI) by the Transportation Security Administration (TSA). On April 1, 2020, this Court ruled that the circumstances of this case warrant designating Plaintiff Peter DelVecchia and his attorney John McKay as "covered persons" under 49 CFR Part 1520.7 and required them to submit to any security background check or other procedures or requirements for safeguarding SSI required by TSA. (ECF No. 76.) In accordance with this Order, Messrs. DelVecchia and McKay have both submitted to background checks by TSA. TSA has also demanded that the parties stipulate to an additional protective order specifically regarding SSI incorporating language drafted by TSA. Plaintiffs have presented objections to certain language in the proposed SSI protective order which they believe re-establishes the same procedures and non-disclosure authority at the TSA level that Magistrate Judge Albregts' Order was intended to remove, and TSA has refused to alter its language in response to those objections. The parties believe that it will be necessary to the resolution of this critical issue to have a hearing before the Court with TSA in attendance. An extension of deadlines is needed to account for the process involved in resolving SSI issues in this case.

This outstanding matter with TSA has precluded the depositions of Frontier representatives pursuant to Fed. R. Civ. P. 30(b)(6) since TSA must release the SSI documents discussed above to Messrs. DelVecchia and McKay before Plaintiffs are able to proceed with the depositions of those witnesses. Those depositions have also been delayed due to the pending objections Plaintiffs filed pursuant to Fed. R. Civ. P. 72(a) to the Court's Order (ECF No. 83) on Plaintiff's Motion to Compel relating to certain document requests and topics Plaintiffs wished to cover in the Fed. R. Civ. P. 30(b)(6) depositions and their request to have that Order reviewed by the District Judge prior to the depositions being scheduled (ECF No. 88).

The parties have been working diligently to complete fact discovery. Written discovery is ongoing, subpoenas for records have issued, and 14 party and fact witness depositions have been completed to date. The parties are currently working to obtain outstanding records from medical providers and other institutions with damages-related information, and to schedule remaining fact witness depositions and treating physician depositions, as necessary. Additionally, as more people are able to be vaccinated and pandemic-related travel advisories and assembly restrictions are lifted, the parties are coordinating to finalize the terms and protocols for both Plaintiffs to be examined in person pursuant to Fed. R. Civ. P. 35.

Despite the parties' best efforts, in light of the impact of the pandemic and the delayed process working with the TSA regarding sensitive security information, as well as the issues pending ruling by the District Judge, additional time is needed to complete fact and expert discovery. Although the parties are working cooperatively and as expeditiously as possible to conduct discovery and to otherwise comply with the Court's Scheduling Order as previously extended, under the unusual circumstances at hand, more time is required. This is the fifth motion for a continuance of pretrial deadlines filed in this case.

| | | |
|---|---|---|
| 1 | DATED this 15th day of March, 2021 | Respectfully submitted, |

*/s/John D. McKay*
John D. McKay (admitted *pro hac vice*)
PARK AVENUE LAW LLC
127 West Fairbanks Avenue, No. 519
Winter Park, Florida 32789
Phone: (800) 391-3654
Email: johndmckayatty@gmail.com

Timothy R. Titolo (Nevada Bar. No. 3617)
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

***Attorneys for Plaintiffs Peter DelVecchia & A.D., a Minor***

*/s/Matthew D. Martin*
Brian T. Maye *(*admitted *pro hac vice*)
Tara Shelke (admitted *pro hac vice*)
Matthew D. Martin (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
         tshelke@amm-law.com
         mmartin@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

***Attorneys for Defendants Frontier Airlines, Inc., Scott Warren & Rex Shupe***

# CERTIFICATE OF SERVICE

Pursuant to LR IC 4-1, I hereby certify that on the 15th day of March, 2021, the foregoing **FIFTH STIPULATED MOTION TO EXTEND DEADLINES** was served upon the following counsel of record *by email only*:

John D. McKay
PARK AVENUE LAW LLC
127 West Fairbanks Avenue, Suite 519
Winter Park, Florida 32789
Phone: (800) 391-3654
Email: johndmckayatty@gmail.com

Timothy R. Titolo
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

***Attorneys for Plaintiffs***

/s/Matthew D. Martin
Brian T. Maye *(admitted pro hac vice)*
Tara Shelke (admitted *pro hac vice*)
Matthew D. Martin (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
   tshelke@amm-law.com
   mmartin@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

## ORDER

**IT IS SO ORDERED.** The following dates shall govern discovery:

- Discovery cutoff: November 26, 2021
- Expert disclosures: September 24, 2021
- Rebuttal expert disclosures: October 29, 2021
- Dispositive motions: December 31, 2021
- Joint pretrial order: January 28, 2022

DATED: March 16, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE