TIMOTHY R. TITOLO, ESQ.
Nevada Bar No. 3617
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com
*Attorney for Plaintiffs* PETER DELVECCHIA & A.D., *A MINOR*

CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com
*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor, <br><br> *Plaintiffs*, <br><br> v. <br><br> FRONTIER AIRLINES, INC. and JOHN DOES 1 through 5, inclusive, <br><br> *Defendants*. | Case No.: 2:19-cv-01322-KJD-DJA <br><br> **JOINT MOTION FOR ENTRY OF PARTIES' AGREED PROTECTIVE ORDER REGARDING SENSITIVE SECURITY INFORMATION** |

**JOINT MOTION FOR ENTRY OF PARTIES' AGREED PROTECTIVE ORDER REGARDING SENSITIVE SECURITY INFORMATION**

Plaintiffs PETER DELVECCHIA, individually and as next friend of A.D., a Minor (collectively "Plaintiffs") and Defendants FRONTIER AIRLINES, INC. ("Frontier"), REX SHUPE, and SCOTT WARREN, each by their undersigned counsel, pursuant to Fed. R. Civ. P. 26 and LR 7-1, submit the following Joint Motion for Entry of Parties' Agreed Protective Order Regarding Sensitive Security Information and state:

1. This civil action arises from an incident that occurred on March 28, 2019, onboard Frontier Flight 2067 from Raleigh, North Carolina to Las Vegas, Nevada. (ECF No. 1.)

2. During the course of discovery, Plaintiffs have sought from Frontier certain documents that have been identified as containing sensitive security information ("SSI"). Under 49 CFR §1520.5 and 49 CFR §1520.9, Frontier is prohibited from producing such documents to Plaintiffs, unless authorized by the Transportation Security Administration ("TSA").

3. On April 1, 2020, this Court granted Plaintiff Peter DelVecchia's motion (ECF No. 60) filed pursuant to 49 C.F.R. §1520.7 and §525(d) of the Department of Homeland Security Appropriations Act of 2007, Pub. L. No. 109-295, 120 Stat. 1355, 1382 (October 4, 2006), to designate Peter and his attorney John McKay as "covered persons" able to receive and view SSI related to this case and for which Peter has substantial need to conduct depositions and otherwise prepare his case. The Court's Order (ECF No. 76) specifically found it warranted for "the requested information to be disclosed in accordance with the confidential designation under the parties' protective order." *Id.* at 3. The Court added: "However, the Court will require that Plaintiff and his counsel comply with any security background check or other procedures and requirements for safeguarding SSI that are satisfactory to TSA." *Id.*

4. The TSA recently authorized the disclosure of SSI to Plaintiffs under 49 CFR §1520.11 and 49 CFR §1520.15, upon satisfactory completion of a security background check or other procedures and requirements for safeguarding SSI that are satisfactory to the TSA. *Ibrahim v. Dep't of Homeland Sec.*, 669 F.3d 983, 999 (9th Cir. 2012); *Office of the People's Counsel v. PSC of the D.C.*, 21 A.3d 985, 994 n.17 (D.C. 2011). Both Peter DelVecchia and Attorney McKay have completed the background checks with results satisfactory to the TSA. However, the TSA also required that its own protective order be entered in the case before it would permit disclosure of the SSI. Disagreements over the language of that proposed additional protective order, especially in light of the Court's April 1, 2020, Order, led to

protracted negotiations and eventually to a status conference before Magistrate Judge Albregts on March 23, 2021, and to Plaintiffs filing a Motion for Order to Show Cause on May 6, 2021 (ECF No. 122).

5. The TSA subsequently agreed to certain amendments requested by Plaintiffs. In order for the SSI to be produced to Plaintiffs in this matter, and to resolve the Motion for Order to Show Cause, the parties have agreed to the terms of an Agreed Protective Order Regarding SSI, which will allow Frontier to designate SSI materials, as necessary, as "CONFIDENTIAL – SUBJECT TO SSI PROTECTIVE ORDER" pursuant to the terms and conditions set forth in the Agreed Protective Order Regarding SSI. (Parties' Agreed Protective Order Regarding SSI attached as Exhibit A.)

6. Nothing in the Parties' Agreed Protective Order Regarding SSI will prevent a party from using SSI information or documents produced pursuant to such Order during mediation, arbitration, deposition, trial, or any other proceeding in this litigation. *Id.*

7. Further, all materials filed with the Court that contain or refer to SSI information shall be filed under seal in accordance with the requirements and procedures set forth in the Court's Local Rules. *Id.*

WHEREFORE, Plaintiffs PETER DELVECCHIA, individually and as next friend of A.D., a Minor, and Defendants FRONTIER AIRLINES, INC., REX SHUPE, and SCOTT WARREN respectfully request that this honorable court grant their Joint Motion for Entry of Agreed Protective Order Regarding SSI, enter the attached Parties' Agreed Protective Order Regarding SSI, and order any further relief this Court deems necessary and proper.

DATED this 15TH day of June, 2021                Respectfully submitted,

**PETER DELVECCHIA and A.D., a Minor**           **FRONTIER AIRLINES, INC., REX SHUPE and SCOTT WARREN**

*/s/     John D. McKay*                          */s/  Brian T. Maye*

John D. McKay (admitted *pro hac vice*)          Brian T. Maye (admitted *pro hac vice*)
PARK AVENUE LAW LLC                              Matthew D. Martin (admitted *pro hac vice*)

| | |
|---|---|
| 127 West Fairbanks Avenue, Suite 519<br>Winter Park, Florida 32789<br>Phone: (434) 531-9569<br>Email: johndmckayatty@gmail.com | ADLER MURPHY & McQUILLEN LLP<br>20 South Clark Street, Suite 2500<br>Chicago, Illinois 60603<br>Email: bmaye@amm-law.com<br>           mmartin@amm-law.com |
| Timothy R. Titolo (Nevada Bar No. 3617)<br>TITOLO LAW OFFICE<br>9950 West Cheyenne Avenue<br>Las Vegas, Nevada<br>Phone: (702) 869-51<br>Email: tim@titololaw.com | Charles A. Michalek (Nevada Bar No. 5721)<br>ROGERS, MASTRANGELO, CARVALHO & MITCHELL<br>700 South Third Street<br>Las Vegas, Nevada 89101<br>Phone: (702) 383-3400<br>Email: cmichalek@rmcmlaw.com |
| ***Attorneys for Plaintiffs*** | ***Attorneys for Defendants*** |

**CERTIFICATE OF SERVICE**

Pursuant to LR IC 4-1, I hereby certify that I on the 15TH day of June, 2021, the foregoing **JOINT MOTION FOR ENTRY OF PARTIES' AGREED PROTECTIVE ORDER REGARDING SSI** was filed with the United States District Court for the District of Nevada using the CM/ECF System.

*/s/ Brian T. Maye*