UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, ) | Case No: 2:19-CV-01322-KJD-DJA |
| ) | |
| Plaintiffs, ) | |
| ) | **PLAINTIFFS' MOTION FOR** |
| ) | **SANCTIONS AGAINST** |
| vs. ) | **DEFENDANT FRONTIER** |
| ) | **AIRLINES, INC.** |
| ) | |
| FRONTIER AIRLINES, INC., *et al.*, ) | **INDEX OF EXHIBITS** |
| **)** | |
| Defendants. ) | |
| ) | |

Exhibit A: ……………… Redacted Incident Reports and Passenger Complaints Produced by Frontier, Bates Stamped FRONTIER 0710-0718, 0736-0853, 0896 (**Filed under seal**)

Exhibit B: ………………. Department of Transportation January 13, 2017 Press Release and Guidance Document for Airline Employees on Anti-discrimination Statutes