UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>FRONTIER AIRLINES, INC., *et al.*,<br><br>　　　　　Defendants. | Case No: 2:19-CV-01322-KJD-DJA<br><br>**PLAINTIFFS' SUPPLEMENTAL MOTION FOR SANCTIONS AGAINST DEFENDANT FRONTIER AIRLINES, INC.**<br><br>**INDEX OF EXHIBITS** |

Exhibit A: ……………… Redacted Incident Reports and Passenger Complaints Produced by Frontier, Bates Stamped FRONTIER 1135-1427, 1442-1589 (**Filed under seal**)

Exhibit B: ………………… Defendant Frontier's Third Amended Privilege Log Served on October 29, 2021