# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, | Case No: 2:19-CV-01322-KJD-DJA |
| Plaintiffs, | |
| | **PLAINTIFFS' SUPPLEMENTAL MOTION FOR SANCTIONS AGAINST DEFENDANT FRONTIER AIRLINES, INC.** |
| vs. | |
| FRONTIER AIRLINES, INC., *et al.*, | **EXHIBIT B** |
| Defendants. | |

**Defendant Frontier's Third Amended Privilege Log Served on October 29, 2021**

# EXHIBIT A

**Privilege Log of Frontier Airlines in the Matter of *Delvecchia, et al. v. Frontier Airlines, Inc., et al.***

| Bates No. | Document Type | Date | Author | Recipient | Subject Matter | Privilege |
|---|---|---|---|---|---|---|
| N/A | Memo | 8/8/19 | Frontier's counsel | N/A | Impressions of Frontier's counsel's telephone conversation with passengers Brianna Hayes and Rashaad Wormack (seats 17B/17C) on August 8, 2019. | Attorney Work Product |
| N/A | Memo | 4/1/21 | Frontier's counsel | N/A | Impressions of Frontier's counsel's telephone conference with passenger Christopher Higgins on April 1, 2021. | Attorney Work Product |
| N/A | Memo | 5/7/21 | Frontier's counsel | N/A | Impressions of Frontier's counsel's telephone conference with passenger Christopher Higgins on May 7, 2021. | Attorney Work Product |
| Frontier 2110-2112 | Frontier RNT Record | 1/7/20, 11/19/19, 11/2/19, 10/4/19, 10/3/19 | Frontier's counsel | Joy Jenkins, Sr. Manager, Disabilities and Escalations at Frontier Airlines | Communications related to preparing responses and compiling documents in response to Plaintiffs' Discovery Requests. | Attorney-Client Privilege and Attorney Work Product. |
| Frontier 2091-2109 | Frontier RNT Record | 7/27/21, 6/25/21, 6/22/21, 6/10/20, 1/7/20, 11/19/19, 10/4/19, 10/3/19, 4/18/19 | Frontier's counsel | Joy Jenkins, Sr. Manager, Disabilities and Escalations at Frontier Airlines | Communications related to preparing responses and compiling documents in response to Plaintiffs' Discovery Requests. | Attorney-Client Privilege and Attorney Work Product. |