Timothy R. Titolo, Esq.
Nevada Bar No. 003617
TITOLO LAW OFFICE
9950 West Cheyenne Ave.
Las Vegas, Nevada 89129
(702) 869-5100
tim@titololaw.com

John D. McKay, Esq.
*Admitted pro hac vice*
PARK AVENUE LAW LLC
127 W. Fairbanks Ave. No. 519
Winter Park, Florida 32789
(434) 531-9569
johndmckayatty@gmail.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, | Case No: 2:19-CV-01322-KJD-DJA |
| Plaintiffs, | |
| vs. | **DECLARATION OF GOOD CAUSE PURSUANT TO LR IA 10-5(c)(ii)** |
| FRONTIER AIRLINES, INC., *et al.*, | |
| Defendants. | |

I, John McKay, make the following Declaration pursuant to 28 U.S.C. §1746:

1. I am co-counsel for Plaintiffs in this action. On Thursday, September 30, 2021, I conferred by telephone with counsel for Defendants, Brian Maye and Matthew Martin, about the requirement of LR IA 10-5(c)(ii) to serve documents filed under seal only in accordance with LR IC 4-1(c), which mandates paper service.

2. Messrs. Maye, Martin and I agreed to waive service of the documents filed under seal in this particular instance, in light of the fact that Defendants originally produced the documents and therefore already possess copies of them. This also avoids the personal contact inherent in mailing articles during the Covid-19 pandemic.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 2, 2021.

       /s/ John D. McKay
John D. McKay (admitted *pro hac vice*)
PARK AVENUE LAW LLC
127 W. Fairbanks Ave., No. 519
Winter Park, FL 32789
johndmckayatty@gmail.com
(434) 531-9569

Timothy R. Titolo (Nev. Bar. No. 3617)
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 869-5100
tim@titololaw.com

***Attorneys for Plaintiffs Peter DelVecchia And A.D., a Minor***