CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

Brian T. Maye *(*admitted *pro hac vice)*
Matthew D. Martin (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
       mmartin@amm-law.com

*Attorneys for Defendants Frontier Airlines, Inc.,
Scott Warren, and Rex Shupe*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor, | ) ) ) | Case No.: 2:19-cv-01322-KJD-DJA |
| *Plaintiffs*, | ) ) ) ) | **FRONTIER'S RESPONSE TO PLAINTIFFS' THIRD MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL** |
| v. | ) ) | |
| FRONTIER AIRLINES, INC., SCOTT WARREN, and REX SHUPE, | ) ) ) | |
| *Defendants*. | ) ) | |

**DEFENDANT FRONTIER AIRLINES, INC.'s
RESPONSE TO PLAINTIFFS' THIRD MOTION FOR
LEAVE TO FILE EXHIBIT UNDER SEAL**

Defendant Frontier Airlines, Inc., ("Frontier"), by its undersigned counsel, submits this Response to Plaintiffs' Third Motion for Leave to File Exhibit Under Seal (ECF #142).

/ / /

/ / /

- 1 -

On November 2, 2021, Plaintiffs filed a Supplemental Motion for Sanctions Against Frontier Airlines, Inc. (ECF #141). Concurrently, Plaintiffs filed a Third Motion for Leave to File Exhibit to the Supplemental Motion for Sanctions Under Seal (ECF #142), pursuant to Local Rule IA 10-5. Exhibit A contains documents previously produced by Frontier during discovery and which were designated as Confidential by Frontier pursuant to the Parties' Agreed Protective Order (ECF #37).

Frontier will be filing its Opposition to Plaintiffs' Supplemental Motion for Sanctions; however, Frontier has no objection to Plaintiffs' request to file Exhibit A to their Motion under seal. Given Plaintiffs' challenge to Frontier's designation of these documents as confidential, Frontier will move separately for an order establishing the applicability of the Confidential designation to these particular documents, in accordance with the Agreed Protective Order (ECF #37).

DATED this 16th day of November, 2021              Respectfully submitted,

*/s/ Brian T. Maye*
Brian T. Maye *(admitted pro hac vice)*
Matthew D. Martin (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
       mmartin@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

***Attorneys for Defendants Frontier Airlines, Inc., Scott Warren & Rex Shupe***

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, I caused the foregoing to be electronically filed with the United States District Court for the District of Nevada using the CM/ECF system.

By: */s/ Brian T. Maye*