AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | | |
|---|---|---|
| PETER DELVECCHIA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:19-cv-01322-KJD-DJA |
| FRONTIER AIRLINES, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, FRONTIER AIRLINES, INC., SCOTT WARREN, and REX SHUPE

Date: 02/11/2022

/s/ Lawrence S. Gosewisch
*Attorney's signature*

Lawrence S. Gosewisch (IL 6185535)
*Printed name and bar number*

ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603

*Address*

lgosewisch@amm-law.com
*E-mail address*

(312) 345-0700
*Telephone number*

(312) 345-9860
*FAX number*