## EXHIBIT A

**Affidavit of Service for 2019 Subpoena**

# AFFIDAVIT OF SERVICE

Job # 7537

### Case Info:

**PLAINTIFF:**
PETER DELVECCHIA, et al.,
 -versus-
**DEFENDANT:**
FRONTIER AIRLINES, INC., et al.,

United States District Court

County of Clark, Nevada
Court Case # **2:19-CV-01322-KJD-NJK**

### Service Info:

**Date Received:** 12/2/2019 at 03:59 PM
**Service:** I Served **SERGEANT FRANCOIS OBASI, LVMPD**
With: **Notice; Subpoena**
by leaving with **SERGEANT FRANCOIS OBASI, LVMPD, PERSONALLY**

At Business **400 S. MARTIN L. KING BOULEVARD LAS VEGAS, NV 89106**

Latitude: **36.086548**
Longitude: **-115.135172**

On **12/4/2019** at **02:57 PM**
**Manner of Service: PERSONAL**
Individual Service was performed by delivering to the within named person a true copy of this process, with the date and hour of service endorsed by me. At the same time, I delivered the within named person a copy of the complaint, petition, or other initial pleading or paper.

### Served Description: (Approx)

Age: **50**, Sex: **Male**, Race: **Black-African American**, Height: **6' 0"**, Weight: **230**, Hair: **Bald** Glasses: **No**

I **Andraya V. Rojas**, acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:
**Andraya V. Rojas**
Andraya V. Rojas, Lic # **R-080614**
**LV Process and Investigations, LLC**
License #2039
10829 Whipple Crest Ave.
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job # **7537**

SUBSCRIBED AND SWORN to before me this 5 day of DECEMBER 20 19
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NOTARY PUBLIC for the state of Nevada

JACQUELINE KOHLER
NOTARY PUBLIC
STATE OF NEVADA
My Commission Expires: 03-28-21
Certificate No: 17-2397-1




1 of 1