**EXHIBIT E**

**Affidavit of Service for 2022 Subpoena**

## AFFIDAVIT OF SERVICE

Job # 16904

**Client Info:**
TITOLO LAW OFFICE
9950 W CHEYENNE AVE.
Las Vegas, NV 89129

**Case Info:**

**PLAINTIFF:**
PETER DELVECCHIA, et al.,
-versus-
**DEFENDANT:**
FRONTIER AIRLINES, INC., et al.,

United States District Court
County of Clark, Nevada

Issuance Date: 3/4/2022 Court Case #
**2:19-CV-01322-KJD-DJA**

**Service Info:**

**Date Received: 3/4/2022** at **03:53 PM**
**Service:** I Served **FRANCOIS OBASI**
With: **CIVIL SUBPOENA (DEPOSITION); PLAINTIFFS' AMENDED NOTICE OF DEPOSITION OF SERGEANT FRANCOIS OBASI, LVMPD**
by leaving with **FRANCOIS OBASI, PERSONALLY**

**At Residence 10651 SOLAR HAWK AVE. LAS VEGAS, NV 89129**
Latitude: **36.227828**, Longitude: **-115.330952**

On **3/4/2022** at **07:16 PM**
**Manner of Service: PERSONAL**
Individual Service was performed by delivering to the within named person a true copy of this process, with the date and hour of service endorsed by me. At the same time, I delivered the within named person a copy of the complaint, petition, or other initial pleading or paper.

**Served Description: (Approx)**

Age: **50**, Sex: **Male**, Race: **Black-African American**, Height: **6' 4"**, Weight: **200**, Hair: **Black** Glasses: **No**

I **Jacqueline T. Kohler**, acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above , action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:_____
**Jacqueline T. Kohler**
Lic # **R-097043**
**LV Process and Investigations, LLC**
License #2039
10829 Whipple Crest Ave.
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job # **16904**

SUBSCRIBED AND SWORN to before me this **7** day of **March**, **2022** by **Jacqueline Kohler**,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.



NOTARY PUBLIC for the state of Nevada

 

1 of 1