**EXHIBIT G**

**Court Reporter's Certificate of Non-appearance March 16, 2022**

```
 1              UNITED STATES DISTRICT COURT

 2                FOR THE DISTRICT OF NEVADA

 3                         -o0o-

 4

 5  PETER DELVECCHIA, et al.,      )
                                   )  Civil No.
 6       Plaintiffs,               )  2:19-cv-01322-KJD-DJA
                                   )
 7  v.                             )
                                   )
 8  FRONTIER AIRLINES, INC., et    )
    al.,                           )
 9                                 )
         Defendants.               )
10  _____)

11

12

13

14    CERTIFICATE OF NONAPPEARANCE OF FRANCOIS OBASI, LVMPD

15     TAKEN THROUGH ESQUIRE DEPOSITION SOLUTIONS VIA ZOOM

16                      March 16, 2022

17

18

19

20

21

22  Reported by:  Michelle Mallonee, RPR, CCR

23

24

25
```



```
 1                         APPEARANCES

 2


 3   For Plaintiffs:

 4           JOHN D. MCKAY, ESQ.
             PARK AVENUE LAW LLC
 5           201 Spear Street, Suite 1100
             San Francisco, California 94105
 6           (434) 531-9569
             johndmckayatty@gmail.com
 7
             TIMOTHY R. TITOLO, ESQ.
 8           TITOLO LAW OFFICE
             9950 West Cheyenne Avenue
 9           Las Vegas, Nevada 89129
             (702) 869-5100
10           tim@titololaw.com

11

12   For Defendants:

13           BRIAN T. MAYE, ESQ.
             ADLER MURPHY & McQUILLEN LLP
14           20 South Clark Street, Suite 2500
             Chicago, Illinois 60603
15           (312) 345-0700
             bmaye@amm-law.com
16

17

18   ALSO PRESENT:

19   Peter Delvecchia

20                              * * *

21

22

23

24

25
```



```
 1                UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF NEVADA

 3              Case No.: 2:10-CV-01322-KJD-DJA

 4  _____

 5  PETER DELVECCHIA, et al.,

 6                              Plaintiffs,

 7          v.

 8  FRONTIER AIRLINES, INC., et al.,

 9                              Defendant.
    _____
10

11              CERTIFICATE OF NONAPPEARANCE

12       In Re: Deposition of FRANCOIS OBASI, LVMPD

13
    STATE OF UTAH            )
14                      SS.
    COUNTY OF SALT LAKE      )
15
             I, MICHELLE MALLONEE, do hereby certify that I
16  was present on the Zoom conference scheduled for March 16,
    2022, at 10:00 PDT, for the purpose of reporting the
17  deposition of FRANCOIS OBASI, LVMPD, scheduled to begin at
    10:00 PDT; who did not appear by 10:15 PDT.  It is also
18  certified that opposing counsel, John D. McKay, appeared for
    this scheduled deposition.
19
             Under Penalties of Perjury, I declare that I
20  have read the foregoing certificate and that the facts
    stated in it are true.
21
             DATED this 16th day of March, 2022.
22

23
                           
24                         _____
                              Michelle Mallonee, RPR, CRR
25
```