UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, ) | Case No: 2:19-CV-01322-KJD-DJA |
| ) | |
| Plaintiffs, ) | |
| ) | **PLAINTIFFS' FIFTH MOTION** |
| ) | **TO COMPEL AGAINST** |
| vs. ) | **DEFENDANT FRONTIER** |
| ) | **AIRLINES, INC.** |
| ) | |
| FRONTIER AIRLINES, INC., *et al.*, ) | **INDEX OF EXHIBITS** |
| **)** | |
| Defendants. ) | |
| ) | |

Exhibit A: ……………… Ratio of Frontier's Objections to Requests Served Through March 24, 2022

Exhibit B: ………………Text of Exhibit A to Fourth Requests for Admissions

Exhibit C(1): ………………Copies of 2 Public Record Documents Listed on Exhibit B

Exhibit C(2): ………………Copies of All Other Documents Listed on Exhibit B (**filed under seal**)

Exhibit D: ………………Definitions for Peter DelVecchia's Seventh Requests for Production to Frontier

Exhibit E: ………………Defendant Shupe's "All Training Report" Produced by Frontier on 11/18/2019 in Advance of Shupe's Deposition Taken on 12/04/2019

Exhibit F: ………………Excerpts from Deposition of Matthew Anderson, Former Frontier Employee and Former Member of the "Denver Team" of Customer Relations