## **EXHIBIT A**

**Ratio of Frontier's Objections to Requests Served
Through March 24, 2022**

| Type of Requests served on Frontier | Date Served | No. of Requests | No. Objected To | No. Including "vague" "ambiguous" "overly broad" or "unduly burdensome" objections | No. Including Relevance or Proportionality Objections, or "outside the scope of Fed.R.Civ.P. 26(b)(1)" objections |
|---|---|---|---|---|---|
| Interrogatories to Frontier (Joint 1st) | 10/7/2019 | 16 | 15 | 15 | 14 |
| Req. for Prod. To Frontier (Joint 1st) | 10/7/2019 | 48 | 26 | 22 | 23 |
| Req. for Prod. To Frontier (Joint 2nd) | 11/15/2019 | 7 | 7 | 0 | 7 |
| Req. for Admissions to Frontier (Joint 1st) | 4/1/2020 | 28 | 24 | 0 | 24 |
| Interrogatories to Frontier (P.D. 2nd) | 4/21/2020 | 2 | 1 | 0 | 1 |
| Req. for Prod. To Frontier (P.D. 3rd) | 4/21/2020 | 3 | 3 | 0 | 0 |
| Req. for Admissions to Frontier (Joint 2nd) | 4/21/2020 | 4 | 0 | - | - |
| Req. for Prod. to Frontier (P.D. 4th) | 4/22/2020 | 3 | 3 | 2 | 3 |
| Interrogatories to Frontier (A.D. 2nd) | 4/6/2021 | 4 | 3 | 1 | 1 |
| Interrogatories to Frontier (P.D. 3rd) | 5/21/2021 | 5 | 1 | 0 | 1 |
| Req. for Prod. to Frontier (P.D. 5th) | 5/21/2021 | 13 | 13 | 8 | 13 |

| Interrogatories to Frontier (A.D. 3rd) | 8/19/2021 | 2 | 2 | 0 | 2 |
|---|---|---|---|---|---|
| Req. for Prod. to Frontier (P.D. 6th) | 8/19/2021 | 10 | 2 | 2 | 2 |
| Req. for Admissions to Frontier (Joint 3rd) | 10/28/2021 | 5 | 0 | - | - |
| Req. for Prod. to Frontier (P.D. 7th) | 2/22/2022 | 34 | 34 | 32 | 32 |
| Req. for Admissions to Frontier (Joint 4th) | 2/22/2022 | 16 | 16 | 16 | 16 |
| Interrogatories (P.D. 4th) | 2/23/2022 | 1 | 1 | 1 | 1 |
| **TOTALS** | | **201** | **151 (75%)** | **99 (66%)** | **140 (93%)** |