## **EXHIBIT B**

**Text of Exhibit A to Fourth Requests for Admission**
**Served February 22, 2022**

**EXHIBIT A**

**TO**

**PLAINTIFFS' FOURTH REQUESTS FOR ADMISSIONS TO FRONTIER**

List of produced documents by Bates stamps:

FRONTIER 1590-1600
FRONTIER 1601-2112
FRONTIER 2113
FRONTIER 2114
FRONTIER 2115-2117
FRONTIER 2118
FRONTIER 2119-2639
FRONTIER 2640
FRONTIER 2641-3951
FRONTIER 3952
FRONTIER 3953
FRONTIER 3954-3956
FRONTIER 3957-3960
FRONTIER 690-701