**<u>EXHIBIT C(2)</u>**

**Copies of All Other Documents Listed on Exhibit B**
**(filed under seal)**