**<u>EXHIBIT E</u>**

**Defendant Shupe's "All Training Report"
Produced by Frontier on 11/18/2019
In Advance of Shupe's Deposition
Taken on 12/04/2019**

```
        FFT             PRINTED: 04OCT19 1018
                        Summary  - All Training Report - by Date/Eqpt/Pos

ID #  423812      SHUPE  REX  TYLER
Qual1: LAS -319       -CA
Qual2:                -
Qual3:                -
Qual4:                -
Certificate# ATP: 3232474      Certificate # COM:        Certificate # FE :
Date of Medical:    23APR19
```

| A/C | POS | CODE | DESCRIPTION | S/U | TrgDate | BaseMonth | Instructor# | Hrs/min. | Lndgs | Cls | FAA |
|-----|-----|------|-------------|-----|---------|-----------|-------------|----------|-------|-----|-----|
|     |     | IEETF | Initial Upset/Loss Trng Flight |  | 16MAY19 |  | 404385 | 3: 0 | 00 | 03 |  |
|     |     | RCRM | Recurrent Crew Resource Management |  | 15MAY19 | APR | 425180 | 3: 0 | 00 | 00 |  |
|     |     | RSEC | Recurrent Security Training |  | 14MAY19 | APR | 425180 | 2: 0 | 00 | 00 |  |
|     |     | IEETG | Initial Upset/Loss Trng Ground |  | 14MAY19 |  | 425180 | 2: 0 | 00 | 00 |  |
|     |     | NRHAZ | Reset Base Month Hazardous Material |  | 25FEB19 | FEB | CBT | : |  |  |  |
|     |     | RCRM | Recurrent Crew Resource Management |  | 11MAY18 | APR | 413061 | 3: | 00 | 00 |  |
|     |     | RSEC | Recurrent Security Training |  | 10MAY18 | APR | 426502 | 1: | 00 | 00 |  |
|     |     | NRHAZ | Reset Base Month Hazardous Material |  | 09MAR18 | FEB |  | CBT: |  |  |  |
|     |     | NRHAZ | Reset Base Month Hazardous Material |  | 18JUN17 | JUN | CBT | : |  |  |  |
|     |     | RCRM | Recurrent Crew Resource Management |  | 10MAY17 | APR | 413061 | : | 00 | 00 |  |
|     |     | RSEC | Recurrent Security Training |  | 09MAY17 | APR | 408518 | : | 00 | 00 |  |
|     |     | NRHAZ | Reset Base Month Hazardous Material |  | 21FEB17 | FEB | CBT | : |  |  |  |
|     |     | DIFFNEO | Differences Training for NEO Engines |  | 15SEP16 |  | CBT | : |  |  |  |
|     |     | UCRM | Upgrade Crew Resource Management |  | 25APR16 | APR | 413061 | : | 00 | 00 |  |
|     |     | USEC | Upgrade Security Training |  | 21APR16 | APR | 425180 | : | 00 | 00 |  |
|     |     | UHAZ | Upgrade Hazardous Material |  | 21APR16 | APR | 425180 | : | 00 | 00 |  |
|     |     | IDF321CA | Initial CA Differences for the 321 |  | 21APR16 |  | 425180 | : | 00 | 00 |  |
|     |     | NRHAZ | Reset Base Month Hazardous Material |  | 19FEB16 | FEB |  | : | 00 | 00 |  |
|     |     | RCRM | Recurrent Crew Resource Management |  | 10FEB16 | FEB | 423814 | : | 00 | 00 |  |
|     |     | RSEC | Recurrent Security Training |  | 09FEB16 | FEB | 423814 | : | 00 | 00 |  |
|     |     | IDF321FO | Initial FO Differences for the 321 |  | 16OCT15 |  |  | :00 | 00 | 00 |  |
|     |     | RCRM | Recurrent Crew Resource Management |  | 13MAR15 | FEB | 413061 | : | 00 | 00 |  |
|     |     | RSEC | Recurrent Security Training |  | 12MAR15 | FEB | 408518 | : | 00 | 00 |  |
|     |     | NRHAZ | Reset Base Month Hazardous Material |  | 23FEB15 | FEB |  | : | 00 | 00 |  |
|     |     | IDRUG | Initial Drug Test |  | 14APR14 | APR |  | : | 00 | 00 |  |
|     |     | IBACK | Initial Background Check |  | 14APR14 |  |  | : | 00 | 00 |  |
|     |     | ISEC | Initial Security Training |  | 11FEB14 | FEB | 412180 | : | 00 | 00 |  |
|     |     | IHAZ | Initial Hazardous Material |  | 10FEB14 | FEB | 412180 | : | 00 | 00 |  |
|     |     | ICRM | Initial Crew Resource Management |  | 10FEB14 | FEB | 410706 | : | 00 | 00 |  |
|     |     | IBI | Initial Basic Indoctrination |  | 07FEB14 |  | 412180 | 40:00 | 00 | 00 |  |
| 319 | CA | RLC | Recurrent Line Check |  | 11JUL19 | JUN | 405607 | 2:13 | 00 | 00 |  |
| 319 |  | NHS2 | Reset Base Month Home Study 2 |  | 15JUN19 | JUN | CBT | : |  |  |  |
| 319 | CA | RPC | Recurrent Proficiency Check |  | 17MAY19 | MAY | 403230 | 04:00 | 03 | 03 |  |
| 319 | CA | RGS | Recurrent Ground School |  | 15MAY19 | APR | 425180 | 5: 0 | 00 | 00 |  |
| 319 |  | NHS1 | Reset Base Month Home Study 1 |  | 25FEB19 | FEB | CBT | : |  |  |  |
| 321 | CA | AUTOLAND | Initiate Autoland |  | 04NOV18 | NOV | 402858 | 04:00 | 00 | 03 |  |

19AZF0229 DELVECCHIA FRONTIER 0141

```
320  CA   AUTOLAND   Initiate Autoland                    04NOV18   NOV   402858      04:00    00   03
319  CA   RPT        Recurrent Proficiency Training       04NOV18   NOV   402858      04:00    03   03
319  CA   AUTOLAND   Initiate Autoland                    04NOV18   NOV   402858      04:00    00   03
319       NHS3       Reset Base Month Home Study 3        31OCT18   OCT           CBT:
319       NHS2       Reset Base Month Home Study 2        30JUN18   JUN   CBT          :
319  CA   RLC        Recurrent Line Check                 20MAY18   JUN   402901      02:47    00   01
319  CA   RPC        Recurrent Proficiency Check          12MAY18   MAY   405414      03:50    04   04
319  CA   RGS        Recurrent Ground School              11MAY18   APR   426502      5:       00   00
319       NREM       Reset Base Months Emergency Drills   11MAY18   MAY   426502      2:       00   00
319       NHS1       Reset Base Month Home Study 1        09MAR18   FEB           CBT:
321  CA   AUTOLAND   Initiate Autoland                    19NOV17   NOV   404408      04:00    00   04
320  CA   AUTOLAND   Initiate Autoland                    19NOV17   NOV   404408      04:00    00   04
319  CA   RPT        Recurrent Proficiency Training       19NOV17   NOV   404408      04:00    04   04
319  CA   AUTOLAND   Initiate Autoland                    19NOV17   NOV   404408      04:00    00   04
319       NHS3       Reset Base Month Home Study 3        10OCT17   OCT   CBT          :
319  CA   RLC        Recurrent Line Check                 28JUL17   JUN   401541      2:21     00   01
319       NHS2       Reset Base Month Home Study 2        18JUN17   JUN   CBT          :
321  CA   AUTOLAND   Initiate Autoland                    11MAY17   MAY   404408      4: 0     00   04
320  CA   AUTOLAND   Initiate Autoland                    11MAY17   MAY   404408      4: 0     00   04
319  CA   RPC        Recurrent Proficiency Check          11MAY17   MAY   404408      4: 0     04   04
319  CA   AUTOLAND   Initiate Autoland                    11MAY17   MAY   404408      4: 0     00   04
319  CA   RGS        Recurrent Ground School              10MAY17   APR   408578       :       00   00
319       NHS1       Reset Base Month Home Study 1        21FEB17   FEB   CBT          :
319       RHS3       Recurrent Home Study 3               03NOV16   OCT   CBT          :
321  CA   AUTOLAND   Initiate Autoland                    14OCT16   OCT   414675      04:00    00   04
320  CA   AUTOLAND   Initiate Autoland                    14OCT16   OCT   414675      04:00    00   04
319  CA   RPT        Recurrent Proficiency Training       14OCT16   NOV   414675      04:00    04   04
319  CA   AUTOLAND   Initiate Autoland                    14OCT16   OCT   414675      04:00    00   04
319       RHS2       Recurrent Home Study 2               22JUN16   JUN                :       00   00
319  CA   UOE        Upgrade Operating Experience         11JUN16         400869      26:28    10   10
319  CA   ULC        Upgrade Line Check                   11JUN16   JUN   400869      2:33     00   01
319  CA   UFAAOBS    Upgrade FAA Observation              10JUN16         400261      04:30    00   01   SALA/F9D
321  CA   AUTOLAND   Initiate Autoland                    20MAY16   MAY   405476      04:00    00   02
320  CA   AUTOLAND   Initiate Autoland                    20MAY16   MAY   405476      04:00    00   02
319  CA   ULOFT      Upgrade Loft                         20MAY16         405476      04:00    02   02
319  CA   CATIII     CAT 3 Landing Qualification          20MAY16         405476      04:00    02   02
319  CA   AUTOLAND   Initiate Autoland                    20MAY16   MAY   405476      04:00    00   02
319       RNAV       Radar Navigation Approach            20MAY16         405476      04:00    00   02
319  CA   UPC        Upgrade Proficiency Check            18MAY16   MAY   405414      02:00    04   04
319  CA   UFTS       Upgrade Flight Training Simulator    17MAY16                      :       00   04
319  CA   UGS        Upgrade Ground School                26APR16   APR   425180       :       00   00
319       UEM        Upgrade Emergency Drills Training    22APR16   APR   425180       :       00   00
319  CA   ILOBS      Initial International Line Observation 07APR16                   02:00    02   02
319       NHS1       Reset Base Month Home Study 1        17FEB16   FEB                :       00   00
321  FO   AUTOLAND   Initiate Autoland                    11FEB16   FEB   414675      04:00    00   03
320  FO   AUTOLAND   Initiate Autoland                    11FEB16   FEB   414675      04:00    00   03
319  FO   RPT        Recurrent Proficiency Training       11FEB16   MAR   414675      04:00    03   03
319  FO   AUTOLAND   Initiate Autoland                    11FEB16   FEB   414675      04:00    00   03
319  FO   RGS        Recurrent Ground School              10FEB16   FEB   423814       :       00   00
319       NREM       Reset Base Months Emergency Drills   09FEB16   FEB   423814       :       00   00
319       RHS3       Recurrent Home Study 3               22OCT15   OCT                :00     00   00
```

19AZF0229 DELVECCHIA FRONTIER 0142

```
319       RHS2      Recurrent Home Study 2            24JUN15   JUN               :00   00   00
320   FO  AUTOLAND  Initiate Autoland                14MAR15   MAR   401873   03:10   00   04
319   FO  RPC       Recurrent Proficiency Check      14MAR15   MAR   401873   03:10   04   04
319   FO  AUTOLAND  Initiate Autoland                14MAR15   MAR   401873   03:10   00   04
319   FO  RGS       Recurrent Ground School          13MAR15   FEB   413061     :     00   00
319       NREM      Reset Base Months Emergency Drills 12MAR15  MAR   408518     :     00   00
319       NHS1      Reset Base Month Home Study 1    23FEB15   FEB               :     00   00
319       NHS3      Reset Base Month Home Study 3    19OCT14   OCT   CBT         :     00   00
319       CKS       Qualified On CKS                 28JUN14                     :
319       NHS2      Reset Base Month Home Study 2    25JUN14   JUN               :     00   00
319   FO  IOE       Initial Operating Experience     05MAY14         405414   39:09   10   10
319   FO  ILC       Initial Line Check               05MAY14   MAY   405414   04:00   00   02
319       RNAV      Radar Navigation Approach        22APR14                     :     00   00
319   FO  ILOFT     Initial Loft                     02APR14         401873   04:00   04   04
319   FO  CATIII    CAT 3 Landing Qualification      02APR14         401873   04:00   04   04
319   FO  AUTOLAND  Initiate Autoland                02APR14   APR   401873   04:00   00   04
319   FO  IPC       Initial Proficiency Check        25MAR14   MAR   400614   02:50   03   03
319   FO  IFTS      Initial Flight Training Simulator 24MAR14        410770     :     00   00
319   FO  IGS       Initial Ground School            26FEB14   FEB   407806     :     00   00
319       IHS3      Initial Home Study 3             26FEB14   FEB   412180     :     00   00
319       IHS2      Initial Home Study 2             26FEB14   FEB   412180     :     00   00
319       IHS1      Initial Home Study 1             26FEB14   FEB   412180     :     00   00
319       IEM       Initial Emergency Drills Training 11FEB14   FEB   412180     :     00   00
END OF REPORT
```

19AZF0229 DELVECCHIA FRONTIER 0143