Timothy R. Titolo, Esq.
Nevada Bar No. 003617
TITOLO LAW OFFICE
9812 Guiding Light Ave.
Las Vegas, Nevada 89149
(702) 869-5100
tim@titololaw.com

John D. McKay, Esq.
*Admitted pro hac vice*
PARK AVENUE LAW LLC
127 W. Fairbanks Ave. No. 519
Winter Park, Florida 32789
(434) 531-9569
johndmckayatty@gmail.com
***Attorneys for Plaintiffs***

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | | |
|---|---|---|
| PETER DELVECCHIA, *et al.*, | ) | Case No: 2:19-CV-01322-KJD-DJA |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **PLAINTIFFS' <u>UNOPPOSED</u>** |
| | ) | **MOTION TO SEAL EXHIBIT C(2)** |
| vs. | ) | **TO FIFTH MOTION TO** |
| | ) | **COMPEL AGAINST DEFENDANT** |
| | ) | **FRONTIER AIRLINES, INC.** |
| FRONTIER AIRLINES, INC., *et al.*, | ) | |
| Defendants. | ) | **LR IA 10-5** |
| | ) | |

Plaintiffs, Peter DelVecchia individually and as next friend of A. D., a minor, by counsel, hereby file this unopposed motion pursuant to Local Rule IA 10-5(a) for an Order sealing the documents contained in Exhibit C(2) to their Fifth Motion to Compel filed on this date, on the grounds that it contains many of the same types of documents that the Court has previously found necessary to be sealed from public view, *see* Order, ECF No. 150, at 7-9. Rather than set off another

"flurry of motions," *see id.* at 1, by adhering to the Court's Local Rules and the mandatory motion procedure drafted by Frontier's counsel in the general Protective Order, ECF No. 37, Plaintiffs agree that there is no basis for these documents to have any different treatment than the similar documents already ordered to be filed under seal. Counsel for Defendants have indicated that they do not oppose this Motion.

DATED this 5th day of May, 2022.

                                      /s/ John D. McKay
                                ***Counsel for Plaintiffs Peter DelVecchia***
                                ***And A.D., a Minor***