Timothy R. Titolo, Esq.
Nevada Bar No. 003617
TITOLO LAW OFFICE
9950 West Cheyenne Ave.
Las Vegas, Nevada 89129
(702) 869-5100
tim@titololaw.com

John D. McKay, Esq.
*Admitted pro hac vice*
PARK AVENUE LAW LLC
127 W. Fairbanks Ave. No. 519
Winter Park, Florida 32789
(434) 531-9569
johndmckayatty@gmail.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, | Case No: 2:19-CV-01322-KJD-DJA |
| Plaintiffs, | |
| vs. | **DECLARATION OF GOOD CAUSE PURSUANT TO LR IA 10-5(c)(ii)** |
| FRONTIER AIRLINES, INC., *et al.*, | |
| Defendants. | |

I, John McKay, make the following Declaration pursuant to 28 U.S.C. §1746:

1. I am lead counsel for Plaintiffs in this action. On Wednesday, May 4, 2022, and Thursday, May 5, 2022, I conferred by email with counsel for Defendants, Bryan Maye, about the requirement of LR IA 10-5(c)(ii) to serve documents filed under seal only in accordance with LR IC 4-1(c), which mandates paper service.

2. Mr. Maye agreed to waive service of the documents filed under seal, because Defendants originally produced the documents and therefore already possess copies of them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2022.

                                               /s/ John D. McKay
John D. McKay (admitted *pro hac vice*)
PARK AVENUE LAW LLC
127 W. Fairbanks Ave., No. 519
Winter Park, FL 32789
johndmckayatty@gmail.com
(434) 531-9569

***Attorneys for Plaintiffs Peter DelVecchia And A.D., a Minor***