Timothy R. Titolo, Esq.
Nevada Bar No. 003617
TITOLO LAW OFFICE
9812 Guiding Light Ave.
Las Vegas, Nevada 89149
(702) 869-5100
tim@titololaw.com

John D. McKay, Esq.
*Admitted pro hac vice*
PARK AVENUE LAW LLC
127 W. Fairbanks Ave. No. 519
Winter Park, Florida 32789
(434) 531-9569
johndmckayatty@gmail.com
***Attorneys for Plaintiffs***

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, | Case No: 2:19-CV-01322-KJD-DJA |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' NOTICE OF MANUAL FILING** |
| FRONTIER AIRLINES, INC., *et al.*, | |
| Defendants. | |

Plaintiffs, Peter DelVecchia individually and as next friend of A. D., a minor, by counsel, hereby give notice of the manual filing with the Clerk's Office, per LR IC 1-1(d) of the following item on this date:

1. One USB drive containing the following electronic files:
   - **19AZF0229 DELVECCHIA FRONTIER 2113 copy.mp4**
   - **19AZF0229 DELVECCHIA FRONTIER 2640 copy.mov**
   - **19AZF0229 DELVECCHIA FRONTIER 3952 copy.mp4**
   - **19AZF0229 DELVECCHIA FRONTIER 3953 copy.wma (audio)**

- **Embedded Video from 19AZF0229 DELVECCHIA FRONTIER 2090 copy.mp4[1]**

All of the above-referenced electronic files are portions of Exhibit C(2) to Plaintiffs' Fifth Motion to Compel (ECF No. 170), which exhibit was filed under seal (ECF No. 172) with an accompanying Unopposed Motion to Seal (ECF No. 171).

DATED this 6th day of May 2022.

      /s/ Timothy Titolo
**Counsel for Plaintiffs Peter DelVecchia
And A.D., a Minor**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 6, 2022, pursuant to prior agreement of counsel permitting electronic service by email, I served the foregoing Notice of Manual Filing on counsel for Defendants by email addressed to the following persons:

    Brian T. Maye, Esq.
    Matthew Martin, Esq.
    Lawrence S. Gosewisch, Esq.
    ADLER MURPHY & McQUILLEN LLP
    20 South Clark Street, Suite 2500
    Chicago, Illinois 60603
    Email: bmaye@amm-law.com
           mmartin@amm-law.com
           lgosewisch@amm-law.com

    Charles A. Michalek, Esq.
    ROGERS, MASTRANGELO, CARVALHO & MITCHELL
    700 South Third Street
    Las Vegas, Nevada 89101
    Email: cmichalek@rmcmlaw.com

      /s/ Timothy Titolo

---

[1] Frontier produced this electronic file without a separate Bates number. At the time of its receipt, the next Bates number would have been 2114, and Plaintiffs designated the file as such, and referred to it in Plaintiffs' Fourth Requests for Admissions as such. However, Frontier subsequently produced a different pdf document stamped "19AZF0229 DELVECCHIA FRONTIER 2114."