## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC., et al.,<br><br>Defendants. | Case No.: 2:19-cv-01322-KJD-DJA<br><br>**Defendant's Response to Plaintiffs' Fifth Motion to Compel**<br><br>**INDEX OF EXHIBITS** |

| | |
|---|---|
| **EXHIBIT A & A-1:** | Excerpts from Deposition of Elizabeth Zimmerman & passenger complaints referenced therein |
| **EXHIBIT B:** | New York Times article |
| **EXHIBIT C:** | Department of Transportation Air Travel Consumer Report |
| **EXHIBIT D:** | GAO-19-654 Report |