# EXHIBIT A and EXHIBIT A-1

**Excerpts from Deposition of Elizabeth Zimmerman**

**Passenger complaints referenced in Exhibit A**

# (filed under seal)