# EXHIBIT B

## New York Times article

# N.A.A.C.P. Advisory on American Airlines Warns Black Travelers to Steer Clear

By Jonah Engel Bromwich

Oct. 25, 2017

The N.A.A.C.P. on Tuesday warned African-Americans to exercise caution when traveling on American Airlines, citing a pattern of "disrespectful" and "discriminatory" behavior from the company.

The organization's warning came in the form of a travel advisory that described four recent times when black passengers were said to have been discriminated against. The N.A.A.C.P. said the similarity of the episodes suggested "a corporate culture of racial insensitivity and possible racial bias."

Derrick Johnson, the N.A.A.C.P.'s new president, said that he expected to meet with airline leaders "to air these grievances and to spur corrective action."

"All travelers must be guaranteed the right to travel without fear of threat, violence or harm," he said in a statement. "The growing list of incidents suggesting racial bias reflects an unacceptable corporate culture and involves behavior that cannot be dismissed as normal or random."

The organization declined to name the passengers involved but described each episode in detail. They were the subject of news reports published between April 2016 and October 2017.

> • The Rev. William Barber, who at the time was the president of the organization's North Carolina chapter, was removed from a flight after exchanging words with two white passengers.
>
> • Rane Baldwin, who had first class tickets, was moved to the back of a plane while her white friend was permitted to stay up front.
>
> • Tamika Mallory, an activist and co-president of the Women's March, was removed from a plane after questioning why her seat assignment had been changed.
>
> • Briana Williams, a student at Harvard Law School, was ordered off a flight, along with her infant child, by the pilot after an argument over a stroller.

Ms. Baldwin, Ms. Mallory and Ms. Williams confirmed that the advisory referred to their experiences. Dr. Barber did not immediately respond to a request for comment.

A spokeswoman for American Airlines said that the company was "disappointed" to learn of the advisory.

"Our team members — a diverse community of gate agents, pilots, and flight attendants — are proud to serve customers of all backgrounds," the spokeswoman, Shannon Gilson, said in a statement. "Every day American is committed to providing a positive, safe travel experience for everyone who flies with us."

Ms. Gilson said that N.A.A.C.P. representatives would be invited to American Airlines headquarters in Fort Worth to discuss the issue.

"We are committed to having a meaningful dialogue about our airline, and are ready to both listen and engage," she said.

Ms. Williams said that she believed the pilot's actions were racially motivated based on the language he used with her, particularly since he referred to her as "belligerent" and "a threat" even as she was holding her infant daughter.

She called for the airline to grant pilots less discretion, saying that it would make it harder for their biases to affect passengers.

"Because they're allowed to do whatever they want to, then if a pilot does have racist or misogynist or homophobic characteristics, then they're able to utilize them to further oppress members of disenfranchised groups," she said.

On Wednesday, the airline sent a message to employees signed by its chief executive, Doug Parker, emphasizing that the company's mission was in line with that of the N.A.A.C.P. and that it would not "tolerate discrimination of any kind."

This is the second high-profile travel advisory the N.A.A.C.P. has issued in the last several months. In August, it urged African-Americans to avoid the state of Missouri, citing discriminatory laws and practices. It was the first statewide travel advisory ever issued by the organization.