# Dr. Stephanie Holland, Ltd.

*Licensed Psychologist, NV #PY0348*
3067 E. Warm Springs Rd., Ste. 100 Las Vegas, NV 89120
(ph.) 702-650-6508  (f.) 702-920-8865
drholland@desertpsychnv.com

---

## PROFESSIONAL LICENSES

| | |
|---|---|
| May 1997-Present | **Licensed Psychologist, State of Nevada** |
| | *License Number: PY0348* |
| August 2018 | **Licensed Psychologist, State of Colorado** |
| | *License Number: PSY0004844* |

## CLINICAL EXPERIENCE

Jan. 1999 -Present   **Psychology Private Practice**
*Las Vegas, NV*
Conducts comprehensive forensic evaluations on issues pertaining to child custody and sexual abuse, parental competency, bonding, attachment, and placement, juvenile delinquency and competency, and post-traumatic stress, among others.

Additional professional experience includes:
- Acting as a Parent Coordinator for high conflict families, as ordered by the courts or stipulated by the parties.
- Providing expert opinion regarding psychological issues in civil and family matters
- Serving as a Certified expert witness in multiple states. Hired by both defense and prosecution. Expert testimony provided in State Criminal Courts, Federal Courts, Juvenile Courts, Family Courts and State Civil Courts.

Membership in 2016 in The Association of Psychology Postdoctoral and Internship Centers (APPIC), which is committed to enhancing internship and postdoctoral training in professional psychology, has allowed us to attract the top eligible Pre and Post Doctoral candidates from APA accredited colleges.

Services include, but are not limited to:
- Assessments and treatment of children, adolescents and their families.
- Individual Medical Evaluations (IMEs) for students in the Clark County and Nye County Public School Systems
- Immigration and Hardship evaluations including Waiver for Citizenship Test
- Vocational Rehabilitation Evaluations
- Police and Public Safety Evaluations: pre-employment psychological evaluations for the Henderson, Nevada, Police Department
- Post Deployment Diagnostic Assessments for the Veterans Affairs
- Risk Assessments and Competency Evaluations for Juvenile Justice Services for the State of Nevada.

**EXHIBIT A**

**Jan. 2011-Present**   **Therapeutic Service Provider**
*Caliente Youth Center, Caliente, NV*
Caliente Youth Center services youth ages 12 to 18.  Clinical duties include, but are not limited to:
- Individual and group therapies
- Treatment planning upon release of youth from Caliente Youth Center
- Development of a transitional pilot program for released youth to include therapeutic services with youth and families.

### OTHER PROFESSIONAL EXPERIENCE

**2018 - 2022**   **Board Member**
*State of Nevada Board of Psychological Examiners*
Appointed by the Governor, The State of Nevada Board of Psychological Examiners protects consumers of psychological services by regulating the practice of psychology.  The Board is empowered to establish licensing requirements, to set standards for professional behavior and to review the professional conduct of licensed psychologists to promote competent practice and public welfare.

**2013-2018**   **Exam Commissioner**
*State of Nevada Board of Psychological Examiners*
The Board of Psychological Examiners contracts with a Nevada licensed psychologist to serve as Examination Commissioner for the state examination for licensure of psychologists in the State.  The Examination Commissioner's responsibilities include:
1.) Overseeing the preparation of the psychology state examination, presently administered three times a year in February, June, and October;  2.) Overseeing examination development-related focus groups, presently scheduled once a year for a two day period; and 3.) Engaging in other exam related matters (i.e., testimony at the Nevada State Legislature, etc.).

**2013-2014**   **Member of the National Program Development Committee for St. Jude's**
*St. Jude's Ranch for Children, Boulder City, NV*
Subject Matter Expert for the Performance Evaluation Committee of the National Board of Trustees.

**2010-Present**   **Adjunct Professor, University of Nevada Las Vegas**
*Psychology Department - Field Placement*

**2009-2010**   **Oral Examiner**
*State of Nevada Board of Psychological Examiners, Las Vegas, NV*

**2008-2015**   **Unified Psychological Psycho-Educational Evaluation (UPPA) Coordinator**
*Department of Family Services, Las Vegas, NV*
Developed standardized comprehensive evaluations for all youth entering the child welfare system. Partnered with the Clark County (NV) Department of Family Services since 2008, providing psychological evaluations for youth in care, and in conjunction with the University of Nevada, Las Vegas, served as the hub for research and data collection regarding issues related to trauma.  The following articles were published as a result of this partnership:
- Wechsler-Zimring, Kearney, Kaur, & Day (2012)
<u>Posttraumatic Stress Disorder and Removal from Home as a Primary, Secondary or</u>

<u>Disclaimed Trauma in Maltreated Adolescents</u>
*Journal of Family Violence, 27*, 813-818
- Wechsler-Zimring & Kearney (2011)

<u>Posttraumatic Stress and Related Symptoms Among Neglected and Physically and Sexually Maltreated Adolescents.</u>
*Journal of Traumatic Stress, 24*, 601-604
- Kearney, Wechsler, Kaur, & Lemos-Miller (2010)

<u>Posttraumatic Stress Disorder in Maltreated Youth: A Review of Contemporary Research and Thought</u>
*Clinical Child and Family Psychology Review, 13*, 46-76

**1999-Present**    **<u>Co-Founder Child Focus - now part of St. Jude's Ranch for Children</u>**
*Non-Profit Organization: Child Focus, Las Vegas, NV*
Dedicated to bettering the lives of children living in foster care.

**2007-2009**    **Task Force Parent Coordinator/Special Master**
*Clark County Family Court Division, Las Vegas, NV*
Appointed by the Honorable Jennifer Elliott of the Eighth Judicial District Court, Clark County, NV., Family Court Division. Directed to develop a standardized order for parent coordination for use in all subsequent cases.

**2012-2013**    **Task Force Parent Coordinator/Special Master**
*Clark County Family Court Division, Las Vegas, NV*
Appointed by the Eighth Judicial District Court, State of Nevada. Developed guidelines for parenting coordination.

## EDUCATION

**May 1996**    **<u>Doctorate in Psychology</u>**
**California School of Professional Psychology,** *Los Angeles, CA*
Individual and Family Clinical Proficiency
*CSPP Scholarship Recipient (1994-1996)*
*Awarded Outstanding Doctoral Project*

**May 1994**    **<u>Master of Arts in Psychology</u>**
**California School of Professional Psychology,** *Los Angeles, CA*
Individual and Family Clinical Proficiency
*CSPP Scholarship Recipient (1993-1994)*

**June 1992**    **<u>Bachelor of Arts, Psychology *with Distinction*</u>**
**The University of Nevada Las Vegas,** *Las Vegas, NV*

## PROFESSIONAL MEMBERSHIP AND AFFILIATIONS

| | |
|---|---|
| March, 2018 | National Register of Health Service Psychologists |
| Nov. 2017 - Present | Contracted Rater at Nevada Senior Services through Recruitment Partners LLC |
| 2012-2017 | Member, Supervised Visitation Network |
| 2011-Present | Member, Child Welfare Network |
| 2011-Present | Member, Providers Network Department of Family Services |
| 2000-Present | AFCC Member, The Association of Family and Conciliation Courts |
| 1997-Present | NPA Member, The Nevada Psychological Association |