# PROTOCOL FOR RULE 35 EXAMINATION OF PLAINTIFF A.D.

Location

Desert Psychological
3067 E. Warm Springs Rd., Suite 100
Las Vegas, NV 89120

Pre-Examination

Conduct one-hour clinical interview with Plaintiff Peter DelVecchia via a HIPAA-compliant video platform such as Telehealth. Interview to be conducted at a mutually agreeable time.

Day 1

Initial 10–30-minute session with both Peter and A.D. to transition into one-on-one session with A.D. Dr. Holland will then conduct a clinical interview of approximately 2 hours with A.D.

2-hour clinical interview of A.D. by Dr. Holland. Session shall include psychological testing, including, but not limited to: WISC, BASC, BDI II, CAPS-5, LEC-5, and PAI-A. Plaintiffs are entitled to results of tests, including raw data. Additional tests may be necessary based on results of tests listed. Tests may be performed on either Day 1 or Day 2.

Day 2

1.5-3-hour session between A.D. and Dr. Holland. Session may include some of the psychological testing listed above. Scope of testing may change slightly after interview.

Post-Examination

Collateral telephone calls to be conducted after Rule 35 examination:

- Amanda DelVecchia
- Gayle DelVecchia
- Susan Snider
- Lori Merritt
- Leah Sampson
- Dr. Wall

EXHIBIT C