| | |
|---|---|
| **From:** | John McKay |
| **To:** | Brian T. Maye |
| **Cc:** | Timothy Titolo; Christine Niemczyk; Matthew D. Martin; Charles Michalek |
| **Subject:** | Re: Delvecchia v. Frontier |
| **Date:** | Friday, June 18, 2021 11:37:34 AM |
| **Attachments:** | image001.gif |

Hi Brian,

Sorry we did not have an opportunity to discuss this. We cannot agree to this for a number of reasons:

1. First, as I mentioned, we believe that an IME would be traumatic for this child, who is in treatment for his PTSD with a provider in North Carolina.

2. Second, we question whether an IME is the appropriate discovery vehicle under these circumstances, as opposed to depositions of his treating provider and/or expert witness (once disclosed).

3. Third, if the Court does have a hearing on whether an IME is appropriate, we would be submitting declarations supporting the above concerns and, at the very least, requesting that measures be implemented to protect the child to the furthest extent possible.

4. Fourth, we absolutely cannot, under any circumstances, agree to an IME by the psychologist you have proposed. You or Matt previously proposed this particular psychologist, and we informed your office at that time that we would never agree to her after conducting research on her. There are numerous complaints about her demeanor, biases, lack of objectivity, *etc.* that make her a particularly unsuitable choice, in my opinion, for an IME with any child.

Sorry we cannot reach agreement on this, but I hope you can appreciate our concerns. Since Rule 35 explicitly requires an Order, we will be treating the Notice of Rule 35 Examination as a nullity.

Have a good weekend.

Best regards,
John

John D. McKay
Attorney at Law (CA, CO, FL, ME, NY, VT, WV)
Barrister and Solicitor (Ontario)
Solicitor (England and Wales)
**Park Avenue Law LLC and Aerolex Park Avenue**
San Francisco, CA/Winter Park, FL/Toronto, ONT

**Mail and Delivery Address (EAST COAST):**
127 West Fairbanks Ave. #519
Winter Park, FL 32789
Tel. (434) 531-9569

**Mail and Delivery Address (WEST COAST):**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Tel. (434) 531-9569



EXHIBIT D

On Fri, Jun 4, 2021 at 1:58 PM Brian T. Maye <bmaye@amm-law.com> wrote:

> John and Tim,
>
> Please see attached our Rule 35 Request for Examination and an accompanying notice. I'll be around next week to discuss.
>
> Have a nice weekend.
>
> Brian
>
> Brian T. Maye
>
> **ADLER MURPHY & McQUILLEN LLP**
>
> 20 S. Clark Street, Suite 2500
>
> Chicago, Illinois 60603
>
> Main: (312) 345-0700
>
> Direct: (312) 422-5713
>
> Mobile: (312) 286-5117
>
> Facsimile: (312) 345-9860
>
> www.amm-law.com
>
> The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney

client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.