Timothy R. Titolo, Esq.
Nevada Bar No. 003617
TITOLO LAW OFFICE
9812 Guiding Light Ave.
Las Vegas, Nevada 89149
(702) 869-5100
tim@titololaw.com

John D. McKay, Esq.
*Admitted pro hac vice*
PARK AVENUE LAW LLC
201 Spear Street, Suite 1100
San Francisco, CA 94105
(434) 531-9569
johndmckayatty@gmail.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, ) | **Case No: 2:19-CV-01322-KJD-DJA** |
| ) | |
| Plaintiffs, ) | **PLAINTIFFS' COUNSELS'** |
| ) | **NOTICE OF CHANGE OF ADDRESSES** |
| vs. ) | **AND TELEPHONE NUMBER** |
| ) | |
| FRONTIER AIRLINES, INC., *et al.*, ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiffs' counsel hereby notify the Court and opposing counsel of the following changes to their respective contact information for this case:

1. **John D. McKay:** The mailing address and telephone number for John D. McKay to be used in this action shall henceforth be (the email address is unchanged):

> John D. McKay, Esq.
> PARK AVENUE LAW LLC
> 201 Spear Street, Suite 1100
> San Francisco, CA 94105
> Telephone: (434) 531-9569
> Email: johndmckayatty@gmail.com

2. **Timothy R. Titolo:** The mailing address for Timothy R. Titolo to be used in this action shall henceforth be (the telephone number and email address are unchanged):

Timothy R. Titolo, Esq.<br>
TITOLO LAW OFFICE<br>
9812 Guiding Light Ave.<br>
Las Vegas, Nevada 89149<br>
Telephone: (702) 869-5100<br>
Email: tim@titololaw.com

DATED this 10th day of June, 2022.

          /s/ John D. McKay
*Attorney for Plaintiffs Peter DelVecchia*
*And A.D., a Minor*