CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

Lawrence S. Gosewisch *(admitted pro hac vice)*
Brian T. Maye *(admitted pro hac vice)*
Matthew D. Martin (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: lgosewisch@amm-law.com
bmaye@amm-law.com
mmartin@amm-law.com

***Attorneys for Defendants Frontier Airlines, Inc.,
Scott Warren, and Rex Shupe***

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor, | ) ) ) | Case No.: 2:19-cv-01322-KJD-DJA |
| *Plaintiffs,* | ) ) | |
| v. | ) ) | **FRONTIER'S MOTION TO COMPEL** |
| FRONTIER AIRLINES, INC., SCOTT WARREN, and REX SHUPE, | ) ) ) ) | **INDEX OF EXHIBITS** |
| *Defendants.* | ) ) | |

Exhibit A:     Frontier's First Set of Requests for Admission to Plaintiff Peter Delvecchia
Exhibit B:     Frontier's Second Set of Interrogatories to Plaintiff Peter Delvecchia
Exhibit C:     Frontier's Second Set of Requests for Production of Documents to Plaintiffs
Exhibit D:     Plaintiff Peter Delvecchia's Responses to Frontier's First Set of Requests for Admission
Exhibit E:     Plaintiff Peter Delvecchia's Objections to Frontier's Second Set of Interrogatories
Exhibit F:     Plaintiff Peter Delvecchia's Responses to Frontier's Second Set of Requests for Production of Documents