

*Please respond to the California office*

---

**California Office:**
201 Spear Street, Suite 1100
San Francisco, CA 94105

Email: parkavelaw@gmail.com

**Canada Office:**
18 King Street East, Suite 1400
Toronto, Ontario M5C 1C4

Telephone: +1.434.531.9569
Fax: +1.407.264.6551

---

August 2, 2022

**By ECF**
The Honorable Kent J. Dawson
Senior United States District Judge
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV 89101

**By ECF**
The Honorable Daniel J. Albregts
United States Magistrate Judge
Lloyd D. George United States Courthouse
333 Las Vegas Blvd. South
Las Vegas, NV 89101

      Re:    *Peter DelVecchia, et al. v. Frontier Airlines, Inc., et al.*
              Case No. 2:19-cv-01322-KJD-DJA

Dear Judge Dawson and Judge Albregts:

      I am lead counsel for Plaintiffs, Peter DelVecchia and his minor son, A.D., in the above-referenced civil action. With the utmost respect, I write pursuant to LR IA 7-1(a) to bring to Your Honors' attention two motions filed by Plaintiffs for which there are no written decisions despite their briefing periods having ended more than 90 days ago.

      The first is ECF No. 165, Plaintiffs' Motion for an Order to Show Cause Why Francois Obasi Should Not be Held in Contempt of Court, filed on April 12, 2022. Mr. Obasi, a former Sergeant in the LVMPD, has failed to appear for two noticed depositions in the case despite having been served with subpoenas for both. When he was still on active duty, he told one of the Plaintiffs that he possessed certain information from his investigation that is relevant to one of Plaintiffs' claims. Plaintiffs need to obtain that information, and they have been unable to obtain it through less formal methods. The discovery period is scheduled to end on November 18, 2022. While Plaintiffs are not eager to see any punitive measures imposed on Mr. Obasi, it appears that some action from the Court will be necessary to encourage him to sit for his deposition. Mr. Obasi did not respond to Plaintiffs' Motion. If he had, the briefing would have been completed as of May 3, 2022, and 90 days from that date expired yesterday.

---

LICENSED IN CALIFORNIA, COLORADO, FLORIDA, MAINE, NEW YORK, VERMONT AND WEST VIRGINIA
BARRISTER & SOLICITOR IN ONTARIO; SOLICITOR IN ENGLAND AND WALES

Hon. Judges Dawson and Albregts
August 2, 2022
Page 2 of 2

      The second is ECF No. 166, Plaintiffs' Fourth Motion to Compel, filed April 1, 2022. The final step in the briefing of that Motion, Plaintiffs' Reply (ECF No. 169), was filed on April 21, 2022. Ninety days from that date expired on July 20, 2022.

      On behalf of Plaintiffs and their counsel, I thank you for your attention to these matters.

Respectfully yours,

John D. McKay
Admitted *pro hac vice*

JDMcK/hap

cc:    All counsel of record (via ECF)
       Mr. Peter DelVecchia (via email)