Timothy R. Titolo, Esq.
Nevada Bar No. 003617
TITOLO LAW OFFICE
9812 Guiding Light Ave.
Las Vegas, Nevada 89149
(702) 869-5100
tim@titololaw.com

John D. McKay, Esq.
*Admitted pro hac vice*
PARK AVENUE LAW LLC
201 Spear Street, Suite 1100
San Francisco, CA 94105
(434) 531-9569
johndmckayatty@gmail.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br><br> FRONTIER AIRLINES, INC., *et al.*, <br> Defendants. | **Case No: 2:19-CV-01322-KJD-DJA** <br><br> **DECLARATION OF JOHN D. MCKAY REGARDING SERVICE OF COPY OF ORDER ON FORMER SGT. OBASI** |

I, John McKay, make the following Declaration pursuant to 28 U.S.C. §1746:

1. I am lead counsel for Plaintiffs in the above-captioned action.

2. Pursuant to the Court's Order dated August 5, 2022 (ECF No. 194), I placed a copy of that Order in the U.S. Mail, postage prepaid, on August 5, 2022, addressed to former Sgt. Francois Obasi at the residence address at which he was previously served with a subpoena by hand, which is 10651 Solar Hawk Avenue, Las Vegas, NV 89129.

DECLARATION OF JOHN D. MCKAY
Page 1 of 2

3. Also pursuant to that Order, I caused a copy of the Order to be hand-delivered to former Sgt. Obasi at that same residence address on August 6, 2022, at 2:32 p.m. local time. A copy of the process server's Affidavit of Service for that hand delivery is attached hereto as **Exhibit A**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 9, 2022.

                                                                                          _____
                                                                                            John D. McKay

**Exhibit A**

## AFFIDAVIT OF SERVICE

Job # 18831

**Client Info:**

Park Avenue Law LLC
John McKay
201 Spear Street
Suite 1100
San Francisco, CA  94105

**Case Info:**

**Plaintiff:**
Peter DelVecchia, individually and as next friend of A.D., a minor,
 -versus-
**Defendant:**
Frontier Airlines, Inc., et al.

U.S. District Court for the District of Nevada
Court Date: 9/2/2022  Time: _____( am / pm )
County of Clark, Nevada

Issuance Date: 8/5/2022 Court Case #
**2:19-cv-01322-KJD-DJA**

**Service Info:**

**Date Received: 8/5/2022** at **01:28 PM**
**Service:** I Served **Francois Obasi**
With: **Court Order to Show Cause**
by leaving with **Francois Obasi, PERSONALLY**

**At Residence 10651 SOLAR HAWK AVENUE LAS VEGAS, NV 89129**
Latitude: **36.227875**,   Longitude: **-115.331019**

On **8/6/2022** at **02:32 PM**
**Manner of Service: PERSONAL**
Individual Service was performed by delivering to the within named person a true copy of this process, with the date and hour of service endorsed by me. At the same time, I delivered the within named person a copy of the complaint, petition, or other initial pleading or paper.

**Served Description:  (Approx)**

Age: **45**, Sex: **Male**, Race: **Black-African American**, Height: **6' 3"**, Weight: **250**, Hair: **Bald** Glasses: **No**

I **Alyssa Douberley** , acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above , action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Signature of Server:_____
**Alyssa Douberley**
Lic # **R-2021-09365**
**LV Process and Investigations, LLC**
License #2039
7181 N. Hualapai Way Suite 130-9
Las Vegas, NV 89166
Phone: (702) 592-3283

Our Job # **18831**   Client Ref # **Delv.**

SUBSCRIBED AND SWORN to before me this __8__ day of __August__ , 2022 by Alyssa Douberley ,
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

CHRISTINA WELTY
Notary Public, State of Nevada
Appointment No. 20-1845-01
My Appt. Expires Sep 25, 2024

_____
NOTARY PUBLIC for the state of Nevada

 

1 of 1