Timothy R. Titolo, Esq.
Nevada Bar No. 003617
TITOLO LAW OFFICE
9812 Guiding Light Ave.
Las Vegas, Nevada 89149
(702) 869-5100
tim@titololaw.com
*Attorney for Plaintiffs*

CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com
*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, et al., ) | **Case No: 2:19-CV-01322-KJD-DJA** |
| Plaintiffs, ) | |
| ) | **STIPULATED MOTION TO** |
| vs. ) | **RESCHEDULE HEARING** |
| ) | |
| FRONTIER AIRLINES, INC., et al., ) | |
| Defendants. ) | |

  Plaintiffs, Peter DelVecchia individually and as next friend of A. D., a minor, and Defendants Frontier Airlines, Inc. ("Frontier"), Rex Shupe and Scott Warren, hereby file this Stipulated Motion to Reschedule the hearing on Frontier's Motion to Compel (ECF No. 190), currently scheduled for September 19, 2022 at 10:00 a.m. (*see,* Minute Order, ECF No. 196).

STIPULATED MOTION TO RESCHEDULE HEARING

Page 1 of 3

In support of this Stipulated Motion, the parties state that lead counsel for the Plaintiffs will be out of the country on September 19, 2022 and unable to attend the hearing on that date. Pursuant to instructions received from Judge Albregts' Courtroom Deputy, the parties have conferred about three alternative dates and represent that attorneys for the parties can be available to attend the hearing in Las Vegas on September 29 or 30, or October 4, 2022. The parties therefore stipulate that the hearing may be rescheduled to one of those dates, or, if the Court is not available on those dates, that they will submit an additional set of available dates upon request.

IT IS SO ORDERED.  The hearing on the motion to compel is CONTINUED and RESET for **October 4, 2022 at 1:00 p.m.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 16, 2022

DATED this 15th day of August, 2022.

        */s/ John D. McKay*
John D. McKay (admitted *pro hac vice*)
PARK AVENUE LAW LLC
201 Spear Street, Suite 1100
San Francisco, CA 94105
johndmckayatty@gmail.com
(434) 531-9569

Timothy R. Titolo (Nev. Bar. No. 3617)
TITOLO LAW OFFICE
9812 Guiding Light Ave.
Las Vegas, Nevada 89149
(702) 869-5100

STIPULATED MOTION TO RESCHEDULE HEARING

tim@titololaw.com

**Attorneys for Plaintiffs Peter DelVecchia
And A.D., a Minor**


  /s/ Brian T. Maye
Brian T. Maye, Esq. (admitted *pro hac vice*)
Lawrence S. Gosewisch, Esq. (admitted *pro hac vice*)
Matthew Martin, Esq. (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Email: bmaye@amm-law.com
           lgosewisch@amm-law.com
           mmartin@amm-law.com

Charles A. Michalek, Esq.
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Email: cmichalek@rmcmlaw.com

**Attorneys for Defendants Frontier Airlines, Inc.,
Rex Shupe and Scott Warren**

STIPULATED MOTION TO RESCHEDULE HEARING