Timothy R. Titolo, Esq.
Nevada Bar No. 003617
TITOLO LAW OFFICE
9812 Guiding Light Ave.
Las Vegas, Nevada 89149
(702) 869-5100
tim@titololaw.com
**Attorney for Plaintiffs**

CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com
**Attorney for Defendants**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| PETER DELVECCHIA, et al., | ) | **Case No: 2:19-CV-01322-KJD-~~DJA~~** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **SECOND STIPULATED MOTION TO** |
| | ) | **RESCHEDULE HEARING** |
| vs. | ) | |
| | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., et al., | ) | |
| Defendants. | ) | |
| | ) | |

        Plaintiffs, Peter DelVecchia individually and as next friend of A. D., a minor, and Defendants

Frontier Airlines, Inc. ("Frontier"), Rex Shupe and Scott Warren, hereby file this Second Stipulated

Motion to Reschedule the hearing on Frontier's Motion to Compel (ECF No. 190), currently

scheduled for October 4, 2022 at 1:00 p.m.

STIPULATED MOTION TO RESCHEDULE HEARING

Pursuant to the instructions received from Judge Albregts' Chambers, the attorneys for the parties have conferred and can be available to attend the hearing in Las Vegas on October 31, November 4, or November 15, 2022. In light of the fact that both lead counsel will be flying to Las Vegas for the hearing, an early afternoon hearing time is requested.

**IT IS SO ORDERED**. The hearing currently scheduled for October 4, 2022 is VACATED and RESET for **Friday, November 4, 2022** at **1:30 p.m.**

DATED this 3rd day of October, 2022.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED this 3rd day of October, 2022.

_____*/s/ John D. McKay*_____
John D. McKay (admitted *pro hac vice*)
PARK AVENUE LAW LLC
201 Spear Street, Suite 1100
San Francisco, CA 94105
johndmckayatty@gmail.com
(434) 531-9569

Timothy R. Titolo (Nev. Bar. No. 3617)
TITOLO LAW OFFICE
9812 Guiding Light Ave.
Las Vegas, Nevada 89149
(702) 869-5100
tim@titololaw.com

***Attorneys for Plaintiffs Peter DelVecchia
And A.D., a Minor***

_____*/s/ Brian T. Maye*_____

STIPULATED MOTION TO RESCHEDULE HEARING

Brian T. Maye, Esq. (admitted *pro hac vice*)
Lawrence S. Gosewisch, Esq. (admitted *pro hac vice*)
Matthew Martin, Esq. (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Email: bmaye@amm-law.com
          lgosewisch@amm-law.com
          mmartin@amm-law.com

Charles A. Michalek, Esq.
ROGERS, MASTRANGELO, CARVALHO &
MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Email: cmichalek@rmcmlaw.com

***Attorneys for Defendants Frontier Airlines, Inc.,
Rex Shupe and Scott Warren***

STIPULATED MOTION TO RESCHEDULE HEARING