1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

8

PETER DELVECCHIA, individually and as
next friend of A.D., a minor

Plaintiff(s),

vs.

FRONTIER AIRLINES, INC. REX
SHUPE and SCOTT WARREN,

Defendant(s).

Case # 2:19-cv-01322-KJD-DJA

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**
**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**
**AND DESIGNATION OF**
**LOCAL COUNSEL**

FILING FEE IS $250.00

16

_____Richard C. Harris_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

17

18      1.      That Petitioner is an attorney at law and a member of the law firm of

19                          Adler Murphy & McQuillen LLP
                                    (firm name)

20      with offices at _____20 S. Clark Street, Suite 2500_____,
                                              (street address)

21      _____Chicago_____, _____Illinois_____, ____60603____,
                        (city)                              (state)                    (zip code)

23      ____312-345-0700____, ____rharris@amm-law.com____.
        (area code + telephone number)          (Email address)

24

25      2.      That Petitioner has been retained personally or as a member of the law firm by

26      _____Defendants_____ to provide legal representation in connection with
                      [client(s)]

27      the above-entitled case now pending before this Court.

28
                                                                        Rev. 5/16

3.    That since _____10/31/2013_____, Petitioner has been and presently is a
                              (date)

member in good standing of the bar of the highest Court of the State of _____Illinois_____
                                                                                    (state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Supreme Court of Illinois | October 31, 2013 | 6313005 |
| US District Eastern District of Wisconsin | September 25, 2019 | |
| US District Court - N.D. IL | October 1, 2019 | |
| US District Court of Central IL | September 23, 2020 | |
| USDC Eastern District of Michigan | August 30, 2022 | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

> (State if Petitioner is not a member of other Bar Associations.)
> 1. Chicago Bar Association - member in good standing
> 2. Illinois Appellate Lawyers Association - member in good standing

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | None | None | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.      Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.      Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                              Petitioner's signature

5    STATE OF _____Illinois_____  )
                                        )
6    COUNTY OF _____Cook_____     )

7    _____Richard C. Harris_____, Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                              Petitioner's signature

10   Subscribed and sworn to before me this

11

12   _27th_ day of _September_, _2022_.

13   _Mary Domagalski_____
                Notary Public or Clerk of Court

14

15

16              **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                 **THE BAR OF THIS COURT AND CONSENT THERETO.**
17
     Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
18
     believes it to be in the best interests of the client(s) to designate _____Charles A. Michalek_____,
19                                                                              (name of local counsel)
     Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
     above-entitled Court as associate resident counsel in this action.  The address and email address of
21
     said designated Nevada counsel is:
22

23   _ROGERS, MASTRANGELO, CARVALHO & MITCHELL, 700 South Third Street_,
                                (street address)
24
     _____Las Vegas_____, _____Nevada_____, ____89101____,
25              (city)                    (state)             (zip code)

26   ____(702) 383-3400____, ____cmichalek@rmcmlaw.com____.
        (area code + telephone number)        (Email address)
27

28                                        4                                    Rev. 5/16

OFFICIAL SEAL
MARY DOMAGALSKI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 09/17/2026

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Charles A. Michalek_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_/s/ Howard Diamond_
(party's signature)

Howard Diamond, General Counsel for Frontier Airlines, Inc.
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_/s/ Charles Michalek_
Designated Resident Nevada Counsel's signature

#5721                          cmichalek@rmcmlaw.com
Bar number                     Email address

APPROVED:

Dated this _5th_ day of _October_, 20_22_ .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

Richard Cameron Harris

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 10/31/2013 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 9th day of September, 2022.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois