CHARLES A. MICHALEK
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

LAWRENCE S. GOSEWISCH (admitted *pro hac vice*)
BRIAN T. MAYE (admitted *pro hac vice*)
MATTHEW D. MARTIN (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: lgosewisch@amm-law.com
          bmaye@amm-law.com
          mmartin@amm-law.com

***Attorneys for Defendants FRONTIER AIRLINES, INC.,
SCOTT WARREN, and REX SHUPE***

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor,<br><br>　　　　*Plaintiffs*,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br>SCOTT WARREN, and REX SHUPE<br><br>　　　　*Defendants*. | Case No.: 2:19-cv-01322-KJD-DJA<br><br>**FRONTIER AIRLINES, INC.'S ANSWERS TO PLAINTIFF A.D.'S FOURTH INTERROGATORIES** |

**DEFENDANT FRONTIER AIRLINES, INC.'S
ANSWERS TO PLAINTIFF A.D.'S FOURTH INTERROGATORIES**

Defendant FRONTIER AIRLINES, INC. ("Frontier"), by its undersigned attorneys, provides the following Answers to Plaintiff A.D.'s Fourth Interrogatories.

/ / /

/ / /

- 1 -

EXHIBIT 2

1. Please state whether any of the four flight attendants assigned to work on Flight 2067 (i.e., Anna Bond, Chelsie Bright Sakurada, Amanda Nickel, Scott Warren) worked on any other flight operated by Frontier between October 28, 2016, and the date of your answer to this Interrogatory that was the subject of a passenger complaint of discrimination based on race or ethnicity, and for each such passenger complaint, please state the date of the flight, the origin and destination airports for the flight, the names and duty assignments (i.e., FA-A, FA-B, FA-C, FA-D) of all flight attendants assigned to that flight, the details of the passenger complaint, and the Bates numbers of any documents previously produced concerning that passenger complaint.

**ANSWER:** Frontier objects to Interrogatory No. 1 on the grounds that it is overbroad because it seeks information outside the scope of the Court's Orders dated March 29, 2021 (ECF 120) and August 5, 2022 (ECF 192). In the Order dated March 29, 2021, the Court ordered production of complaints that were filed by passengers during the five-year period prior to the date of the incident, or between March 28, 2014 – March 28, 2019. In the Order dated August 5, 2021, the Court granted Plaintiffs leave to serve a single interrogatory that was to be "limited to asking whether any of the Frontier employees on Plaintiffs' flight were identified in any of the complaints Frontier previously produced." Subject to and without waiving the objections stated above, Anna Bond, Chelsie Bright Sakurada, Amanda Nickel, and Scott Warren were not identified in any of the complaints Frontier previously produced.

2. For each passenger complaint identified in your answer to Interrogatory 1 above, please identify any flight attendant who received discipline from **Frontier** in connection with that passenger complaint, and provide the details of the discipline imposed.

**ANSWER:** Not applicable.

DATED this 7th day of September, 2022         Respectfully submitted,

                                              **FRONTIER AIRLINES, INC.**

                                              */s/Brian T. Maye*
                                              Lawrence S. Gosewisch (admitted *pro hac vice*)
                                              Brian T. Maye (admitted *pro hac vice*)
                                              Matthew D. Martin (admitted *pro hac vice*)
                                              ADLER MURPHY & McQUILLEN LLP
                                              20 South Clark Street, Suite 2500
                                              Chicago, Illinois 60603
                                              Phone: (312) 345-0700

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Email: lgosewisch@amm-law.com
bmaye@amm-law.com
mmartin@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

## CERTIFICATE OF SERVICE

Pursuant to LR IC 4-1, I hereby certify that on the 7th day of September, 2022, the foregoing **DEFENDANT FRONTIER AIRLINES, INC.'S ANSWERS TO PLAINTIFF A.D.'s FOURTH INTERROGATORIES** was served upon the following counsel of record *by email only*:

John D. McKay
PARK AVENUE LAW LLC
127 West Fairbanks Avenue, Suite 519
Winter Park, Florida 32789
Phone: (800) 391-3654
Email: johndmckayatty@gmail.com

Timothy R. Titolo
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

***Attorneys for Plaintiffs***

/s/Brian T. Maye