**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC., et al.,<br><br>Defendants. | Case No.: 2:19-cv-01322-KJD-DJA<br><br>**NOTICE OF WITHDRAWAL** |

**NOTICE OF WITHDRAWAL**

NOW COMES Matthew D. Martin and hereby withdraws as counsel of record for Defendants FRONTIER AIRLINES, INC., REX SHUPE, and SCOTT WARREN ("Defendants"). Defendants will continue to be represented by Lawrence S. Gosewisch, Brian T. Maye, and Richard C. Harris of Adler Murphy & McQuillen LLP and Charles A. Michalek of Rogers, Mastrangelo, Carvalho and Mitchell.

DATED this 26th day of January, 2023         Respectfully submitted,

/s/ *Matthew D. Martin*
Matthew D. Martin
(admitted *pro hac vice*)

- 1 -

**CERTIFICATE OF SERVICE**

Pursuant to LR IC 4-1, I hereby certify that I on the 26th day of January, 2023, the foregoing **NOTICE OF WITHDAWAL** was filed with the United States District Court for the District of Nevada using the CM/ECF System that will send copies to all counsel of record.

/s/Matthew D. Martin

Matthew D. Martin (admitted *pro hac vice*)

- 1 -