# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC., et al.,<br><br>Defendants. | Case No.: 2:19-cv-01322-KJD-DJA<br><br>**MOTION TO WITHDRAW** |

## MOTION TO WITHDRAW

NOW COMES Matthew D. Martin and hereby moves this Court to grant his Motion to Withdraw as counsel of record for Defendants FRONTIER AIRLINES, INC., REX SHUPE, and SCOTT WARREN ("Defendants"). Mr. Martin is leaving Adler Murphy & McQuillen LLP as of January 26, 2023. Defendants will continue to be represented by Lawrence S. Gosewisch, Brian T. Maye, and Richard C. Harris of Adler Murphy & McQuillen LLP and Charles A. Michalek of Rogers, Mastrangelo, Carvalho and Mitchell. Copies of this Motion have been served on the affected clients and opposing counsel pursuant to Local Rule IA 11-6(b).

DATED this 26th day of January, 2023         Respectfully submitted,

/s/ *Matthew D. Martin*
Matthew D. Martin
(admitted *pro hac vice*)

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: _____

- 1 -

**CERTIFICATE OF SERVICE**

Pursuant to LR IC 4-1, I hereby certify that I on the 26th day of January, 2023, the foregoing **MOTION TO WITHDRAW AS COUNSEL** was filed with the United States District Court for the District of Nevada using the CM/ECF System that will send copies to all counsel of record. A copy of this **MOTION TO WITHDRAW AS COUNSEL** was also served upon the corporation and individuals listed below by U.S. Mail to the last known address pursuant to Federal Rule of Civil Procedure 5(b)(2)(C) and LR IC 4-1(c)(6):

Frontier Airlines, Inc.
c/o Howard Diamond
4545 Airport Way
Denver, CO
Howard.diamond@flyfrontier.com

Rex Shupe
862 Shannon Road
Kaysville, UT 84037

Scott Warren
4965 South Nellis Boulevard, Unit 236
Las Vegas, Nevada 89120

/s/Matthew D. Martin
Matthew D. Martin (admitted *pro hac vice*)

- 1 -