TIMOTHY R. TITOLO, ESQ.
Nevada Bar No. 3617
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

*Attorney for Plaintiffs*

CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

*Attorney for Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor, <br><br> *Plaintiffs*, <br><br> v. <br><br> FRONTIER AIRLINES, INC., SCOTT WARREN, and REX SHUPE, <br><br> *Defendants*. | Case No.: 2:19-cv-01322-KJD-DJA <br><br> **STIPULATED MOTION TO RESCHEDULE HEARING** |

Plaintiffs Peter DelVecchia, individually and as next friend of A.D., a minor (collectively "Plaintiffs"), and Defendants Frontier Airlines, Inc. ("Frontier"), Scott Warren, and Rex Shupe (collectively "Defendants"), each by their undersigned counsel, hereby file this Stipulated Motion to Reschedule the hearing on Frontier's Motion for a Protective Order (ECF No. 215), currently scheduled for March 15, 2023, at 1:30 p.m. (see Minute Order, ECF No. 233).

In support of this Stipulated Motion, the parties state that lead counsel for Defendants, Brian Maye, is unable to attend the March 15, 2023, hearing due to illness. Pursuant to instructions received from Judge

- 1 -

Albregts' Clerk, the parties have conferred about alternative dates and represent that attorneys for the parties are available to attend an in-person hearing in Las Vegas on April 12 or 13. The parties therefore stipulate that the hearing may be rescheduled to one of those dates, or, if the Court is not available on those dates, that they will submit an additional set of available dates upon request.

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED this 14th day of March, 2023.

Respectfully submitted,

*/s/ Brian T. Maye*
Brian T. Maye *(admitted pro hac vice)*
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

***Attorneys for Defendants Frontier Airlines, Inc., Scott Warren & Rex Shupe***

*/s/ John D. McKay*
John D. McKay (admitted *pro hac vice*)
PARK AVENUE LAW LLC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

201 Spear Street, Suite 1100
San Francisco, California 94105
Phone: (434) 531-9569
Email: johndmckayatty@gmail.com

Timothy R. Titolo (Nevada Bar. No. 3617)
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

*Attorneys for Plaintiffs Peter DelVecchia & A.D., a Minor*