MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW GROUP, PLLC**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com

JOHN D. MCKAY (*pro hac vice*)
**PARK AVENUE LAW LLC**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (434) 531-9569 / Fax: (407) 264-6551
Email: johndmckayatty@gmail.com
*Counsel for Plaintiffs Peter DelVecchia and A.D., a Minor*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, | Case No.: 2:19-cv-01322-KJD-DJA |
| Plaintiffs, | **STIPULATION AND ORDER REGARDING SUBSTITUTION OF ATTORNEY** |
| vs. | |
| FRONTIER AIRLINES, INC., *et al.*, | |
| Defendants. | |

In accordance with Local Rule IA 11-6(c), Plaintiffs, PETER DELVECCHIA, individually and as next friend of A.D., a Minor (collectively, "Plaintiffs"), hereby give notice that they substitute MARGARET A. MCLETCHIE of the law firm MCLETCHIE LAW, as their attorney in the above-entitled action in place and stead of TIMOTHY R. TITOLO, to represent Plaintiffs as Designated Resident Nevada Counsel. This substitution will not cause delay of any discovery, trial or hearing in this case. Attorney JOHN D. McKAY of the law firm PARK AVENUE LAW LLC will continue to represent Plaintiffs as lead counsel in this action.

///
///
///
///

1

All further notices and service upon Plaintiffs shall be completed at the address for MARGARET A. MCLETCHIE at MCLETCHIE LAW identified below, as well as the address identified below for JOHN D. McKAY at PARK AVENUE LAW.

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: _____

DATED this 31 day of March, 2023.

DocuSigned by:
*Peter DelVecchia*
01B1241F4BE44BD...
By: Peter DelVecchia, Individually and as Next Friend of A.D., a Minor

I HEREBY CONSENT to the substitution of MARGARET A. MCLETCHIE of the law firm MCLETCHIE LAW, as attorney for Plaintiffs PETER DELVECCHIA, Individually and as Next Friend of A.D., a Minor, and as Designated Resident Nevada Counsel in the above-entitled action in place and stead of TIMOTHY R. TITOLO.

DATED this 4th day of APRIL, 2023.

_____
Timothy R. Titolo, Nevada Bar No. 3617
**Titolo Law**
9812 Guiding Light Avenue
Las Vegas, NV 89149

2

I HEREBY AGREE to be substituted in place and stead of TIMOTHY R. TITOLO, ESQ. in the above-entitled action as attorney for Plaintiffs, PETER DELVECCHIA, Individually and as Next Friend of A.D., a Minor, and as Designated Resident Nevada Counsel in this action.

DATED this __11th__ day of April, 2023.

/s/ *Margaret A. McLetchie*

MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW GROUP, PLLC**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com

JOHN D. MCKAY (*admitted pro hac vice*)
**PARK AVENUE LAW LLC**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (434) 531-9569 / Fax: (407) 264-6551
Email: johndmckayatty@gmail.com