CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

BRIAN T. MAYE, ESQ.
HINSHAW & CULBERTSON LLP
151 North Franklin Street
Suite 2500
Chicago, Illinois 60606
Phone: (312) 422-5713
Email: bmaye@hinshawlaw.com

*Attorneys for Defendants*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, | Case No: 2:19-CV-01322-KJD-DJA |
| Plaintiffs, | |
| vs. | **NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |
| FRONTIER AIRLINES, INC., *et al.*, | |
| Defendants. | |

PLEASE TAKE NOTICE, effective immediately, that Adler Murphy & McQuillen LLP merged with Hinshaw & Culbertson LLP, changing its name to Hinshaw & Culbertson LLP. All future reference to the firm representing Defendants in this matter should be to Hinshaw & Culbertson LLP. Undersigned counsel's address is now 151 N. Franklin Street, Suite 2500, Chicago, Illinois 60606, and his email address is bmaye@hinshawlaw.com. Undersigned counsel's telephone number remains the same: 312-422-5713.

83545\313254896.v1

| | | |
|---|---|---|
| 1 | DATED this 12th day of April 2023. | Respectfully submitted, |

*/s/ Brian T. Maye*
Brian T. Maye, Esq. (admitted *pro hac vice*)
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
bmaye@hinshawlaw.com

83545\313254896.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2023, I caused the foregoing to be electronically filed with the United States District Court for the District of Nevada using the CM/ECF system.

By: */s/ Brian T. Maye*