CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

BRIAN T. MAYE, ESQ.
HINSHAW & CULBERTSON LLP
151 North Franklin Street,
Suite 2500
Chicago, IL 60606
Phone: (312) 422-5713
Email: bmaye@hinshawlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.,* | Case No: 2:19-CV-01322-KJD-DJA |
| Plaintiffs, | |
| vs. | **MOTION TO EXTEND DEADLINE** |
| FRONTIER AIRLINES, INC., *et al.,* | |
| Defendants. | |

    Defendant Frontier Airlines, Inc. ("Frontier") hereby seeks an extension to provide the Court with four proposed dates for a hearing on Frontier's Motion for Protective Order.

    1.    On March 14, 2023, the Court granted the parties' stipulation to continue the hearing on Frontier's motion for a protective order and directed the parties to meet and confer and submit four additional available dates for such hearing. (ECF No. 237)

2. On April 5, 2023, the Court ordered the parties to submit four available dates by April 12, 2023. (ECF No. 238)

3. On April 12, 2023, counsel for Frontier contacted Magistrate Judge Albregts' Clerk and provided four proposed dates agreed by the parties for the motion hearing. However, the Court's Clerk notified undersigned counsel that Magistrate Judge Albregts was not available on the four dates being proposed by the parties. Immediately thereafter, undersigned counsel attempted to contact counsel for Plaintiffs regarding submitting four additional proposed dates for the hearing, but he was not successful in reaching him.

4. Frontier requests an additional seven (7) days, or until April 19, 2023, for the parties to submit to the Court four additional proposed dates for the hearing on Frontier's motion for protective order.

DATED this 12th day of April 2023.

/s/ Brian T. Maye
Brian T. Maye, Esq. (admitted *pro hac vice*)
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
bmaye@hinshawlaw.com

Charles A. Michalek, Esq.
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
cmichalek@rmcmlaw.com

**Attorneys for Defendants**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: _____