DocuSign Envelope ID: B841D8A7-4697-43E9-B095-9F57839E5FA1

1 MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW GROUP, PLLC**
2 602 South 10th Street
Las Vegas, NV 89101
3 Telephone: (702) 728-5300 / Fax: (702) 425-8220
4 Email: efile@nvlitigation.com

5 JOHN D. MCKAY (*pro hac vice*)
**PARK AVENUE LAW LLC**
6 201 Spear Street, Suite 1100
7 San Francisco, CA 94105
Telephone: (434) 531-9569 / Fax: (407) 264-6551
8 Email: johndmckayatty@gmail.com
9 *Counsel for Plaintiffs Peter DelVecchia and A.D., a Minor*

10 **UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
11

12 PETER DELVECCHIA, *et al.*, | Case No.: 2:19-cv-01322-KJD-DJA

13           Plaintiffs, | **STIPULATION AND ORDER**
14 vs. | **REGARDING**
**SUBSTITUTION OF ATTORNEY**
15 FRONTIER AIRLINES, INC., *et al.*,

16           Defendants.

17       In accordance with Local Rule IA 11-6(c), Plaintiffs, PETER DELVECCHIA,

18 individually and as next friend of A.D., a Minor (collectively, "Plaintiffs"), hereby give

19 notice that they substitute MARGARET A. MCLETCHIE of the law firm MCLETCHIE

20 LAW, as their attorney in the above-entitled action in place and stead of TIMOTHY R.

21 TITOLO, to represent Plaintiffs as Designated Resident Nevada Counsel. This substitution

22 will not cause delay of any discovery, trial or hearing in this case. Attorney JOHN D.

23 McKAY of the law firm PARK AVENUE LAW LLC will continue to represent Plaintiffs as

24 lead counsel in this action.

25 ///

26 ///

27 ///

28 ///

1

1    All further notices and service upon Plaintiffs shall be completed at the address for

2    MARGARET A. MCLETCHIE at MCLETCHIE LAW identified below, as well as the

3    address identified below for JOHN D. McKAY at PARK AVENUE LAW.

4

5    **IT IS SO ORDERED:**

6

7    _____

8    UNITED STATES MAGISTRATE JUDGE

     DATED: ___4/13/2023_____

9

10

11   DATED this ³¹ day of March , 2023.

12

13                          DocuSigned by:

14                          _Peter DelVecchia_
                            _____
                            01B1241F4BE44BD...
15                          By: Peter DelVecchia, Individually and as
                            Next Friend of A.D., a Minor
16

17

18   I HEREBY CONSENT to the substitution of MARGARET A. MCLETCHIE of

19   the law firm MCLETCHIE LAW, as attorney for Plaintiffs PETER DELVECCHIA,

20   Individually and as Next Friend of A.D., a Minor, and as Designated Resident Nevada

21   Counsel in the above-entitled action in place and stead of TIMOTHY R. TITOLO.

22   DATED this 4th day of APRIL, 2023.

23

24   _____

25   Timothy R. Titolo, Nevada Bar No. 3617
     **Titolo Law**
26   9812 Guiding Light Avenue
     Las Vegas, NV 89149
27

28

MCLETCHIE LAW
ATTORNEYS AT LAW
602 SOUTH TENTH STREET
LAS VEGAS, NV 89101
(702)728-5300 (T) / (702)425-8220 (F)
WWW.NVLITIGATION.COM

1    I HEREBY AGREE to be substituted in place and stead of TIMOTHY R. TITOLO,

2   ESQ. in the above-entitled action as attorney for Plaintiffs, PETER DELVECCHIA,

3   Individually and as Next Friend of A.D., a Minor, and as Designated Resident Nevada

4   Counsel in this action.

5        DATED this ___11th___ day of April, 2023.

6

7                         /s/ *Margaret A. McLetchie*

8                         MARGARET A. MCLETCHIE, Nevada Bar No. 10931
                          **MCLETCHIE LAW GROUP, PLLC**
9                         602 South 10th Street
10                        Las Vegas, NV 89101
                          Telephone: (702) 728-5300 / Fax: (702) 425-8220
11                        Email: efile@nvlitigation.com

12
                          JOHN D. MCKAY (*admitted pro hac vice*)
13                        **PARK AVENUE LAW LLC**
                          201 Spear Street, Suite 1100
14                        San Francisco, CA 94105
                          Telephone: (434) 531-9569 / Fax: (407) 264-6551
15                        Email: johndmckayatty@gmail.com

16

17

18

19

20

21

22

23

24

25

26

27

28