MARGARET A. McLETCHIE
Nevada Bar No. 10931
McLETCHIE LAW GROUP, PLLC
602 South 10th Street
Las Vegas, Nevada 89101
Phone: (702) 728-5300
Email: efile@nvlitigation.com

*Attorney for Plaintiffs*

CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

*Attorney for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor, <br><br> *Plaintiffs*, <br><br> v. <br><br> FRONTIER AIRLINES, INC., SCOTT WARREN, and REX SHUPE, <br><br> *Defendants*. | Case No.: 2:19-cv-01322-KJD-DJA <br><br> **STIPULATION REGARDING PROPOSED DATES FOR HEARING ON MOTION FOR PROTECTIVE ORDER** |

     Plaintiffs Peter DelVecchia, individually and as next friend of A.D., a minor (collectively "Plaintiffs"), and Defendants Frontier Airlines, Inc. ("Frontier"), Scott Warren, and Rex Shupe (collectively "Defendants"), each by their undersigned counsel, hereby file this Stipulation Regarding Proposed Dates for the Hearing on Frontier's Motion For Protective Order (ECF No. 215).

     1.     On March 14, 2023, the Court granted the Parties' stipulation to continue the hearing on Frontier's Motion for a Protective Order. (ECF No. 237)

2. On April 13, 2023, the Court granted Frontier's Motion to Extend the Deadline to submit the Parties' availability for a hearing on Frontier's Motion for Protective Order. The Court ordered the Parties to submit proposed dates for the hearing by April 19, 2023 (ECF No. 242)

3. Accordingly, the Parties stipulate and propose to the Court the following dates for the hearing on Frontier's Motion for Protective Order:

- **May 25, 2023**
- **June 6, 2023**
- **June 7, 2023**
- **June 8, 2023**

DATED this 19th day of April, 2023                Respectfully submitted,

*/s/ Brian T. Maye*
Brian T. Maye *(admitted pro hac vice)*
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
Phone: (312) 422-5713
Email: bmaye@hinshawlaw.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

***Attorneys for Defendants Frontier Airlines, Inc., Scott Warren & Rex Shupe***

*/s/ John D. McKay*
John D. McKay (admitted *pro hac vice*)
PARK AVENUE LAW LLC
201 Spear Street, Suite 1100
San Francisco, California 94105
Phone: (434) 531-9569
Email: johndmckayatty@gmail.com

MARGARET A. MCLETCHIE
Nevada Bar No. 10931
MCLETCHIE LAW GROUP, PLLC
602 South 10th Street

Las Vegas, Nevada 89101
Phone: (702) 728-5300
Email: efile@nvlitigation.com

***Attorneys for Plaintiffs Peter DelVecchia & A.D., a Minor***

**IT IS THEREFORE ORDERED** that the stipulation regarding proposed dates (ECF No. 244) is **GRANTED**. The hearing on the motion for protective order (ECF No. 215) is **CONTINUED** and **RESET** for **June 7, 2023 at 10:00 a.m.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: April 20, 2023

- 3 -

83545\313320732.v1