MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com

JOHN D. MCKAY (*pro hac vice*)
**PARK AVENUE LAW LLC**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Email: johndmckayatty@gmail.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>FRONTIER AIRLINES, INC., *et al.*,<br><br>Defendants. | **Case No.:** 2:19-cv-01322-KJD-DJA<br><br>**APPENDIX OF EXHIBITS SUPPLEMENT TO PLAINTIFFS' OPPOSITION (ECF NO. 217) TO FRONTIER'S MOTION FOR PROTECTIVE ORDER (ECF NO. 215)** |

In accordance with Local Rule IA 10-3, Plaintiffs Peter Delvecchia, individually and as next friend of A.D., a minor, hereby file this Appendix of Exhibits, and related Table of Contents, in support of Plaintiffs' Opposition (ECF No. 217) to Frontier's Motion for Protective Order (ECF No. 215).

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

**INDEX OF EXHIBITS IN SUPPORT OF PLAINTIFFS' OPPOSITION (ECF No. 217) TO FRONTIER'S MOTION FOR PROTECTIVE ORDER (ECF No. 215)**

| Exhibit | Description |
| --- | --- |
| A | Deposition Transcript of Aricia Binder |
| B | Deposition Transcript and Exhibits to Deposition of Mr. Obasi |

DATED this the 6th day of June, 2023.

/s/ Margaret A. McLetchie
MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com

JOHN D. MCKAY (*pro hac vice*)
**PARK AVENUE LAW LLC**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Email: johndmckayatty@gmail.com
*Counsel for Plaintiffs*