# EXHIBIT A –

*Deposition Transcript of Aricia Binder*

Aricia Binder

Peter DelVecchia et al., v. Frontier Airlines, Inc., et al.
2:19-CV-01322-KJD-DJA

November 17, 2022

 ORIGINAL



QUEEN CITY
COURT REPORTING

P.O. Box 33364
Charlotte, NC 28233
(704) 300-9770

office@queencitycourtreporting.com
www.queencitycourtreporting.com

EXHIBIT A

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

PETER DELVECCHIA, et al.,          )
                                   )
            Plaintiffs,            )
                                   )Case No: 2:19:CV-01322-KJD-DJA
            vs.                    )
                                   )
FRONTIER AIRLINES, INC.,           )
et al.,                            )
                                   )
            Defendants.            )

                        3:19 p.m.
                        November 17, 2022
                        Charlotte, North Carolina

                    DEPOSITION

                        OF

                    ARICIA BINDER

EXHIBIT A

APPEARANCES:

For the Plaintiffs:    John D. McKay, Esq.
                       PARK AVENUE LAW LLC
                       201 Spear Street, Suite 1100
                       San Francisco, California 94105
                       johndmckayatty@gmail.com
                       434-531-9569

For the Defendants:    Matthew Martin, Esq.
                       ADLER MURPHY & McQUILLEN LLP
                       20 South Clark Street, Suite 2500
                       Chicago, Illinois 60603
                       mmartin@amm-law.com
                       312-345-0700

Also Present:          Mr. Chuck Habrack, videographer
                       *   *   *   *   *   *   *   *

EXHIBIT A

```
 1                            I N D E X

 2   EXAMINATION OF                                    PAGE

 3   ARICIA BINDER
        By Mr. McKay                                     5
 4      By Mr. Martin                                   36
        By Mr. McKay                                    58
 5
                              * * * * *
 6
                              EXHIBITS
 7
                 (There were no exhibits marked.)
 8

 9

10                 *    *    *    *    *    *    *    *

11        This is the deposition of ARICIA BINDER, taken pursuant to

12   Notice of the parties and in accordance with the Federal Rules

13   of Civil Procedure before Shannon J. Colangelo, Notary Public,

14   in the offices Regus, 525 North Tryon Street, Suite 1600,

15   Charlotte, North Carolina, on November 17, 2022, beginning at

16   3:19 p.m.

17        IT IS STIPULATED AND AGREED by and between counsel for the

18   parties that all objections except as to form shall be reserved

19   until which time they can be heard by the Court.

20        IT IS STIPULATED AND AGREED by and between counsel for the

21   parties that the reading and signing of this transcript by the

22   witness is reserved.

23

24

25
```

EXHIBIT A

| | |
|---|---|
| 1 | VIDEOGRAPHER:   Today is November 17th, |
| 2 | 2022.   The time is approximately |
| 3 | 3:19 p.m.   We are now on the record. |
| 4 | This is the beginning of media one in |
| 5 | the deposition of Aricia Binder in the |
| 6 | matter of Peter DelVecchia, et al., |
| 7 | versus Frontier Airlines, Inc., et al. |
| 8 | The case is in the United States |
| 9 | District Court for District of Nevada, |
| 10 | case number 2:19-CV-01322.   Today's |
| 11 | location is 525 North Tryon Street, |
| 12 | Suite 1600, Charlotte, North Carolina |
| 13 | 28202.   My name is Chuck Habrack, I'm |
| 14 | the videographer.   The court reporter |
| 15 | is Shannon Colangelo.   We are |
| 16 | representing Queen City Court |
| 17 | Reporting.   For the record, will |
| 18 | counsel please introduce yourselves and |
| 19 | whom you're representing, then the |
| 20 | court reporter will swear in the |
| 21 | witness. |
| 22 | MR. McKAY:   I'm John McKay, I represent |
| 23 | Peter and Abezu DelVecchia. |
| 24 | MR. MARTIN:   Matthew Martin from Adler |
| 25 | Murphy & McQuillen, representing the |

EXHIBIT A

| 1 | | defendants. |
|---|---|---|
| 2 | | ARICIA BINDER, called as a witness, having been duly |
| 3 | | sworn, was examined and testified as follows: |
| 4 | | E X A M I N A T I O N (By Mr. McKay): |
| 5 | Q. | Ms. Binder, my name is John McKay.  We met off the |
| 6 | | record.  I'm going to be asking you some questions |
| 7 | | about a flight in 2019, but, first of all, just for |
| 8 | | the record, would you state and spell your name |
| 9 | | please? |
| 10 | A. | Aricia Binder, A-R-I-C-I-A, B-I-N-D-E-R. |
| 11 | Q. | All right.  Thank you.  And where do you live? |
| 12 | A. | 4475 S-A-L-U-D-A Road, Saluda Road, Rock Hill, two |
| 13 | | words, R-O-C-K, H-I-L-L, South Carolina 29730. |
| 14 | Q. | Perfect.  Thank you.  And I understand that you are a |
| 15 | | registered nurse; is that right? |
| 16 | A. | Correct. |
| 17 | Q. | Okay.  And so you do travel nursing? |
| 18 | A. | Correct. |
| 19 | Q. | And you're currently up in Winchester, Virginia, at a |
| 20 | | hospital? |
| 21 | A. | I am and that temporary address is 126 Braddock Road, |
| 22 | | or avenue, sorry, in Winchester, Virginia. |
| 23 | Q. | Okay.  Now, as far as you know, in the next year or |
| 24 | | so when this case goes to trial, will you likely be |
| 25 | | outside of the state of Nevada? |

EXHIBIT A

| 1 | A. | Yes. |
| 2 | Q. | Okay.  This is a deposition and, I don't know, have |
| 3 | | you ever had a deposition before? |
| 4 | A. | No. |
| 5 | Q. | Okay.  It is an adjunct proceeding to the Court |
| 6 | | proceeding that is pending in Las Vegas, Nevada.  It |
| 7 | | is obviously taking place outside of the courtroom. |
| 8 | | There's no jury here, there's no judge here, but the |
| 9 | | law treats everything that goes on here exactly as if |
| 10 | | we were in a courtroom.  So your testimony will be |
| 11 | | treated exactly as if you had walked into a courtroom |
| 12 | | in front of a judge and a jury, raised your hand, |
| 13 | | sworn to tell the truth, and given testimony.  And, |
| 14 | | in fact, as I mentioned off the record, there's a |
| 15 | | very good likelihood that a tape of your testimony |
| 16 | | today will be shown to the judge and jury.  So one of |
| 17 | | the things that we have to bear in mind is that the |
| 18 | | court reporter here to your right is taking down |
| 19 | | everything that we say and doing so on a record that |
| 20 | | will be typed up and will become an official |
| 21 | | transcript of your testimony.  It is very important |
| 22 | | that we keep in mind her function, that she is taking |
| 23 | | every word down, because if we both talk at the same |
| 24 | | time, there's no way that she can accurately write |
| 25 | | down what's being said. |

EXHIBIT A

| 1  |    |        Also, if we use nonverbal responses, like uh-huh |
|----|----|----------------------------------------------------------|
| 2  |    | or uh-uh, that presents a problem for accuracy on the    |
| 3  |    | record.  So if that happens, I'll remind you, but if     |
| 4  |    | you can just try to keep in mind that you need to say    |
| 5  |    | yes and no or any other response with words, rather      |
| 6  |    | than a nod of the head or one of those nonverbal         |
| 7  |    | responses.                                               |
| 8  | A. | I voice understanding.                                   |
| 9  | Q. | Okay.  And also make sure that I am finished asking      |
| 10 |    | my question before you begin to answer yours.  Okay?     |
| 11 | A. | Okay.                                                    |
| 12 | Q. | If you do answer a question, we will all have to         |
| 13 |    | assume that you understood it.  So if you don't          |
| 14 |    | understand what I'm asking you, by all means, say so     |
| 15 |    | before you answer and I will do my best to rephrase      |
| 16 |    | it or break it down or whatever needs to be done to      |
| 17 |    | make it clear what I'm asking you so that we're both     |
| 18 |    | on the same page.  Please only testify about what you    |
| 19 |    | saw, heard, or otherwise witnessed.  Please don't        |
| 20 |    | testify about anything you don't know, so don't          |
| 21 |    | guess, don't say, well, that might have happened, or,    |
| 22 |    | you know, I didn't see it, but, sure, that could have    |
| 23 |    | happened.  You know?  That's not the kind of             |
| 24 |    | testimony we want.  We just want what you saw and        |
| 25 |    | what you heard and leave it at that.  Does that sound    |

| 1 | | good? |
|---|---|---|
| 2 | A. | I voice understanding. |
| 3 | Q. | Okay.  So what is your highest level of education? |
| 4 | A. | A master's degree. |
| 5 | Q. | And that was in what? |
| 6 | A. | Nursing. |
| 7 | Q. | Okay.  Where did you receive that? |
| 8 | A. | Walden University. |
| 9 | Q. | And are you employed by a particular company now? |
| 10 | A. | Yes. |
| 11 | Q. | Okay.  Who is that? |
| 12 | A. | Meeleo Melee. |
| 13 | Q. | Can you spell that? |
| 14 | A. | M-E-E-L-E-O Staffing Solutions. |
| 15 | Q. | Okay.  And they make the arrangements for the |
| 16 | | visiting nurse arrangements? |
| 17 | A. | They make the arrangements for the travel nursing. |
| 18 | Q. | Okay.  Thank you.  Are you married? |
| 19 | A. | No. |
| 20 | Q. | Have you been married? |
| 21 | A. | No. |
| 22 | Q. | Okay.  Do you have any children? |
| 23 | A. | No. |
| 24 | Q. | Okay.  So I'm asking about a flight that was |
| 25 | | designated as Frontier flight 2067.  It occurred on |

EXHIBIT A

| 1  |    | the evening of March 28, 2019, and it was a flight    |
|----|----|-------------------------------------------------------|
| 2  |    | that departed Raleigh-Durham International Airport    |
| 3  |    | and landed at Las Vegas International Airport later   |
| 4  |    | that evening.  Do you remember that flight?           |
| 5  | A. | Yes.                                                  |
| 6  | Q. | Okay.  I'm going to show you what has previously been |
| 7  |    | marked as Christopher Campbell Deposition Exhibit 1   |
| 8  |    | and I'll represent to you that these are my clients,  |
| 9  |    | Peter and Abezu DelVecchia.  Do you recognize them?   |
| 10 | A. | Yes.                                                  |
| 11 | Q. | Okay.  And did you see them on that flight?           |
| 12 | A. | Yes.                                                  |
| 13 | Q. | When did you first see them?                          |
| 14 | A. | After we -- after we sat down.                        |
| 15 | Q. | In the plane?                                         |
| 16 | A. | Yes.                                                  |
| 17 | Q. | Okay.  And what did you notice about them when you    |
| 18 |    | first saw them?                                       |
| 19 | A. | There was a young African-American male who was       |
| 20 |    | younger than the Caucasian male.                      |
| 21 | Q. | Okay.  And what did you think when you saw them,      |
| 22 |    | anything?                                             |
| 23 | A. | They were travelling together.                        |
| 24 | Q. | Okay.  Did you make any assumptions as to whether     |
| 25 |    | they were related or not?                             |

EXHIBIT A

| | | |
|---|---|---|
| 1 | A. | I felt like maybe that was his dad. |
| 2 | Q. | Okay.  And it was.  Did you make any observations |
| 3 | | that led you to believe that they were doing anything |
| 4 | | wrong or inappropriate? |
| 5 | A. | Not at first. |
| 6 | Q. | Not at first, okay.  When did you make any |
| 7 | | observation that caused you to think they were doing |
| 8 | | something inappropriate? |
| 9 | A. | When the young boy dropped his phone. |
| 10 | Q. | Okay.  And when did that happen in the flight? |
| 11 | A. | While we were in the sky somewhere. |
| 12 | Q. | Okay.  Why did his dropping the phone make you think |
| 13 | | that? |
| 14 | A. | Because I had to bend down and reach it to him, but I |
| 15 | | could not reach it so the person in the middle seat |
| 16 | | bent down and reached it to him and she alerted to me |
| 17 | | that he didn't have on shoes. |
| 18 | Q. | Okay.  Did you look at his feet? |
| 19 | A. | I did. |
| 20 | Q. | And what did you see? |
| 21 | A. | I didn't see shoes. |
| 22 | Q. | Did he have socks on? |
| 23 | A. | He didn't. |
| 24 | Q. | Did or did not? |
| 25 | A. | He did not have socks. |

EXHIBIT A

| 1 | Q. | Okay. So what did that make you think? |
| 2 | A. | He could have had on flip-flops and broke them or |
| 3 | | someone took his shoes. |
| 4 | Q. | Okay. Was that the only thing that you thought was |
| 5 | | unusual about him? |
| 6 | A. | He rang for assistance or either assistance came to |
| 7 | | him. I don't know whether he initiated the |
| 8 | | assistance or not, but somehow assistance came to |
| 9 | | him. |
| 10 | Q. | Okay. Let me back up and just establish where |
| 11 | | everybody is sitting at this point when that |
| 12 | | happened. Where were my clients seated in relation |
| 13 | | to where you were seated at that time? |
| 14 | A. | The younger client, the male African-American, was |
| 15 | | directly in front of me. |
| 16 | Q. | Okay. And so where were you seated? Were you in a |
| 17 | | window asset? |
| 18 | A. | I was. |
| 19 | Q. | Okay. And was that the row directly behind him? |
| 20 | A. | That was the row directly behind him. |
| 21 | Q. | Okay. And I understand you were also traveling with |
| 22 | | your mother? |
| 23 | A. | I was. |
| 24 | Q. | Doris Wright? |
| 25 | A. | Yes. |

EXHIBIT A

| | | |
|---|---|---|
| 1 | Q. | And a friend? |
| 2 | A. | Correct. |
| 3 | Q. | And what was the friend's name? |
| 4 | A. | I prefer not to mention it. |
| 5 | Q. | Oh, well, we have everybody's names. |
| 6 | A. | Okay. |
| 7 | Q. | So we just need to know. |
| 8 | A. | I know that she told me that she wasn't -- didn't |
| 9 | | want to be involved so I don't want to mention her |
| 10 | | name. |
| 11 | Q. | I see.  Okay.  Well, did she say that she remembered |
| 12 | | anything from the flight? |
| 13 | A. | She did say that she did not remember anything from |
| 14 | | the flight. |
| 15 | Q. | Okay.  Well, let me just ask you this.  Was she |
| 16 | | seated next to you and your mother? |
| 17 | A. | She was. |
| 18 | Q. | Was she in the aisle seat? |
| 19 | A. | She was not. |
| 20 | Q. | Was she in the middle seat? |
| 21 | A. | She was. |
| 22 | Q. | Okay.  So you were in the aisle seat, right? |
| 23 | A. | I was in the window seat. |
| 24 | Q. | You were in the window seat, I'm sorry, yes.  Okay. |
| 25 | | Who's on first?  Who was in the aisle seat? |

EXHIBIT A

| 1 | A. | My mother. |
|---|----|-----------|
| 2 | Q. | Your mother, okay. Perfect. So do you remember |
| 3 | | where the father was seated? |
| 4 | A. | In the middle seat in front of my friend. |
| 5 | Q. | Okay. And do you remember who was in the aisle seat |
| 6 | | in front of your mother? |
| 7 | A. | A random person who didn't participate in our |
| 8 | | travels. |
| 9 | Q. | Okay. All right. So at some point, you said that a |
| 10 | | -- was it a flight attendant that came to the row |
| 11 | | ahead of you? |
| 12 | A. | I do remember a flight attendant coming to the row |
| 13 | | ahead of me. |
| 14 | Q. | Was that a male flight attendant or female? |
| 15 | A. | I can't remember. |
| 16 | Q. | Do you remember what race? |
| 17 | A. | Caucasian. |
| 18 | Q. | Okay. And what did you observe that Caucasian flight |
| 19 | | attendant doing? |
| 20 | A. | Leaning forward. |
| 21 | Q. | Forward toward the front of the plane or forward |
| 22 | | toward the occupants of the row? |
| 23 | A. | Leaning toward the occupants of the row. I |
| 24 | | apologize. |
| 25 | Q. | Okay. And did you hear anything that that person |

EXHIBIT A

```
1              said?
2     A.   I heard, "Come with me."
3     Q.   Okay.  And who was that said to?
4     A.   The younger African-American son, but there was some
5          other words before that.  But, I heard come with me
6          and a hand gesture, as I know hand gestures aren't
7          allowed in here.  But, I can show the hand gesture.
8     Q.   Sure, it's allowed.
9     A.   It was like this (indicating).
10    Q.   Okay.  And was that -- did you see the hand --
11    A.   More I saw the extension and then the motion of the
12         hand -- not the fingers, I'm sorry, the motion of the
13         arm.
14    Q.   Okay.  All right.  Do you know what the father was
15         doing at that point?
16    A.   Negating if the son should go with the flight
17         attendant.
18    Q.   Okay.  Were they still seated at that point?
19    A.   Yes.
20    Q.   Okay.  Had you noticed what they were doing before
21         the flight attendant came?
22    A.   No.  They were sitting in their seats though.
23    Q.   Okay.  And were you able to see between the seats?
24    A.   At one point in time, yes, because that's where my
25         friend gave him his phone back.
```

EXHIBIT A

| | | |
|---|---|---|
| 1 | Q. | Okay. |
| 2 | A. | In between the seats. |
| 3 | Q. | Oh, I see.  Okay.  So the phone dropped into your |
| 4 | | area? |
| 5 | A. | On the floor -- |
| 6 | Q. | Okay? |
| 7 | A. | -- of the plane. |
| 8 | Q. | Okay.  All right.  And your friend helped to fish it |
| 9 | | out from -- |
| 10 | A. | On the floor of the plane, but reached it in the |
| 11 | | middle of the seats, so, yes, there was a view in the |
| 12 | | middle of the seat. |
| 13 | Q. | Okay.  Prior to that point, had you looked up between |
| 14 | | the seats to see them? |
| 15 | A. | When they came on, but not in between the seats.  I |
| 16 | | could see them when they came on because we were |
| 17 | | already seated.  I saw them more above the seat. |
| 18 | Q. | Okay.  Did you see them get reseated out of the |
| 19 | | emergency aisle? |
| 20 | A. | I didn't. |
| 21 | Q. | Okay.  Did you ever notice either of them doing |
| 22 | | anything that you would consider inappropriate? |
| 23 | A. | I think he -- I think the young boy might have gotten |
| 24 | | up to use the bathroom and that's not inappropriate |
| 25 | | so that would be the only thing I remember him |

EXHIBIT A

| 1 | | getting up to do. |
| 2 | Q. | Okay. |
| 3 | A. | And I don't know whether he went to the bathroom or |
| 4 | | not. He got up from his seat. |
| 5 | Q. | Okay. Did you hear anything more after the flight |
| 6 | | attendant said come with me? Did you hear anything |
| 7 | | more that the flight attendant said? |
| 8 | A. | Did I hear what the flight attendant said? |
| 9 | Q. | Yeah. We'll do that first and then I'll ask you |
| 10 | | anything else you heard. |
| 11 | A. | Not really. I couldn't say I heard what the flight |
| 12 | | attendant said. |
| 13 | Q. | Did you know what the flight attendant was |
| 14 | | communicating? |
| 15 | A. | It was more so saying that he has to come with him |
| 16 | | and we'll sort this out when we get to Las Vegas, but |
| 17 | | I didn't hear the words that he used. |
| 18 | Q. | Okay. And did you hear what either the father or the |
| 19 | | son were saying? |
| 20 | A. | It sounded like the father was stating, "This is my |
| 21 | | son. No, no. This is my son", like negating that |
| 22 | | his son was going to go with him alone, which, for |
| 23 | | safety reasons, it made sense. |
| 24 | Q. | That he -- |
| 25 | A. | Did not. |

EXHIBIT A

| 1 | Q. | -- the father wouldn't want him to go with him? |
| 2 | A. | Right. |
| 3 | Q. | Right. And did the flight attendant prevent the |
| 4 | | father from going with him? |
| 5 | A. | The father had to stay in his seat. |
| 6 | Q. | The flight attendant said that? |
| 7 | A. | No. But, he didn't go and he did want to go. |
| 8 | Q. | Okay. |
| 9 | A. | So words were said and he did not go versus him |
| 10 | | wanting to go. |
| 11 | Q. | Okay. |
| 12 | A. | So I would say a prevention was verbalized. |
| 13 | Q. | Okay. Were there any other people in the vicinity, |
| 14 | | in the aisle I want to say, other than the flight |
| 15 | | attendant and the father and the son? |
| 16 | A. | Passengers. |
| 17 | Q. | Standing? |
| 18 | A. | Are you asking passengers? |
| 19 | Q. | Well, it could either be passengers or other crew |
| 20 | | members of the flight. |
| 21 | A. | I remember other crew members of the flight. |
| 22 | Q. | Okay. Do you remember how many? |
| 23 | A. | I don't remember how many. |
| 24 | Q. | Okay. Male or female? |
| 25 | A. | Some females. |

EXHIBIT A

| | | |
|---|---|---|
| 1 | Q. | Okay. Any males? |
| 2 | A. | Yes. |
| 3 | Q. | Okay. Do you remember anyone's races? |
| 4 | A. | I don't remember it being a particular race, you |
| 5 | | know, I just remember, you know, flight attendants |
| 6 | | coming to help. |
| 7 | Q. | Okay. |
| 8 | A. | After the one that was there initially was a |
| 9 | | Caucasian male. |
| 10 | Q. | Okay. |
| 11 | A. | There was additional attendants, but I don't remember |
| 12 | | their race. |
| 13 | Q. | Okay. And so we established that the father wanted |
| 14 | | to go to the back, but couldn't. |
| 15 | A. | I think it was the front he wanted to go to. |
| 16 | Q. | Oh, well, which way, front or back, did they take the |
| 17 | | child? |
| 18 | A. | To the front. |
| 19 | Q. | They took the child to the front? |
| 20 | A. | Uh-huh. |
| 21 | Q. | Oh, okay. And did you ever see the child again after |
| 22 | | that? |
| 23 | A. | I remember seeing him when we got off the plane. |
| 24 | Q. | Okay. What did he -- how did he appear to you at |
| 25 | | that point? |

EXHIBIT A

| | | |
|---|---|---|
| 1 | A. | Dishevelled, still without shoes, like he wanted to |
| 2 | | say something, but didn't know what to say. |
| 3 | Q. | Okay.  Did he look confused or upset? |
| 4 | A. | He did look confused. |
| 5 | Q. | Okay.  Did he look like he had been crying? |
| 6 | A. | He definitely looked upset.  I can't say whether he |
| 7 | | had been crying or not, but definitely like a sense |
| 8 | | of confusion or upset because he had been separated |
| 9 | | from the person who he came on the plane with or some |
| 10 | | type of separation.  You could tell there was some |
| 11 | | sense of either fear or just confusion of I don't |
| 12 | | know what to do. |
| 13 | Q. | Was he seated at that time? |
| 14 | A. | He was standing. |
| 15 | Q. | Okay.  And was that up near the front of the plane? |
| 16 | A. | Yes. |
| 17 | Q. | Was there someone else with him? |
| 18 | A. | Security. |
| 19 | Q. | Oh.  And how did you know they were security? |
| 20 | A. | From what they had on. |
| 21 | Q. | Uniforms? |
| 22 | A. | Yeah. |
| 23 | Q. | Okay.  And were those people who had come onto the |
| 24 | | plane after it landed? |
| 25 | A. | Uh-huh.  They were on the outskirt of the plane.  I |

EXHIBIT A

| | | |
|---|---|---|
| 1 | | wouldn't say they were on the plane.  But, they were |
| 2 | | -- when you get off the plane in the loading or |
| 3 | | docking area. |
| 4 | Q. | Sure.  How many did you observe? |
| 5 | A. | One or two. |
| 6 | Q. | Okay.  When you saw the father and son being |
| 7 | | separated on the flight, what did you think was |
| 8 | | happening? |
| 9 | A. | Well, the first thing I thought was something is not |
| 10 | | right, with the shoes not being there.  And me being |
| 11 | | a nurse, I always think of safety first.  I wanted to |
| 12 | | think about was he okay, was the boy okay.  And I |
| 13 | | remember asking, "Are you okay?"  And he didn't say |
| 14 | | anything. |
| 15 | Q. | Okay. |
| 16 | A. | I don't know whether he even spoke English or not. |
| 17 | Q. | And why would you think he? |
| 18 | A. | Because he didn't respond when I asked him was he |
| 19 | | okay. |
| 20 | Q. | Okay.  But, was there anything about -- |
| 21 | | | COURT REPORTER:  Because he didn't |
| 22 | | | respond when I asked him was he okay. |
| 23 | | | MR. McKAY:  Okay. |
| 24 | Q. | I'm just curious about the English language issue. |
| 25 | | Was there something about his appearance that made |

EXHIBIT A

```
 1           you think that he was foreign?
 2    A.     Well, I went to school with a lot of different
 3           nationalities, so I could tell that he was wasn't of
 4           the African-American descent.
 5    Q.     Okay.  So he looked more African than
 6           African-American?
 7    A.     Correct.
 8    Q.     Okay.  Did you reach any thoughts as to whether any
 9           sort of crying was occurring?
10    A.     That crossed my mind.
11    Q.     It did?  Okay.  So did you think that the father and
12           the son were participants in some sort of criminal
13           activity?
14    A.     It crossed my mind and I felt like the flight
15           attendants were possibly acting on a safety
16           precaution more than anything and maybe wanting to
17           get to the bottom of the different things such as,
18           you know, no shoes, a phone dropping, and is that a
19           sign or alert for some other sign, the
20           noncommunication barrier, that being a big issue, the
21           different races.  I saw maybe something that people
22           who looked didn't have, you know, not a lot of
23           cultural competency about and made different
24           stereotypical ideas in their mind about and maybe
25           that could have shooed a different attendant on the
```

EXHIBIT A

```
 1            flight to go a different route than someone else
 2            would have went or acted in a different manner
 3            following a different protocol.
 4       Q.   Okay.  Do you think that flight attendants should be
 5            trained in antidiscrimination?
 6                     MR. MARTIN:  Object to the form.
 7       A.   Absolutely.
 8       Q.   And do you think that allowing people to act on
 9            stereotypes is a bad idea on airplanes?
10                     MR. MARTIN:  Object to form.
11       A.   Absolutely.
12       Q.   And did you think that that was what was happening
13            here?
14                     MR. MARTIN:  Same objection.
15       A.   It's actually happened to me before on a Frontier
16            plane so it could have happened to them.
17       Q.   Okay.  What happened to you on a Frontier plane?
18       A.   On my recent flight to Las Vegas, I had seat two,
19            which is, you know, pretty close to the front.  I had
20            priority seating, I had a selection seating, and I
21            had even handicap assistance seating because I had
22            just had a procedure, and I was told to move my -- to
23            not put my bag in a certain area which was marked for
24            that cabin area for my bag.  I was told to -- I
25            couldn't put -- I said, "Well, can I have another
```

EXHIBIT A

```
 1        option of putting it under my seat?  This is my

 2        personal item, my purse?"  I wasn't given that

 3        option.  I was told I was being confrontational when

 4        I asked for another option besides putting my bag

 5        further.  Then I got assistance to get on the plane

 6        and I noticed that other people who sat around me of

 7        the same race as the flight attendant, they got

 8        assistance with their bags, literally she went and

 9        picked up their bags and took them to the area that

10        she went to take my bag -- that she asked me to take

11        my bag to.  And, yes, she did ask me to take my bag

12        there.  It was just the fact of putting it over my

13        head.  I'm not supposed to lift 20 pounds, but she

14        did know that.  She just -- but, she did know that I

15        had a handicap assisted seat, I had priority seating,

16        priority boarding, and those are things that you pay

17        for.  So if you're going to pay for those things, why

18        can't I get the same assistance as everybody else in

19        that same area.  And I noticed it and she told her

20        other flight attendant, "I'm going to get her put

21        off", went and told the captain something, I don't

22        know, because when the person from Frontier came on

23        the plane, they told me that the pilot wants me off

24        the plane.  I said, "I've never spoken to the pilot."

25        They said, "Well, she called and said that the pilot
```

EXHIBIT A

| 1 | | said they want you off." I said, "oh, so they all |
| 2 | | combined together". And when I say they, it was |
| 3 | | three Caucasian people. And I noticed everyone else |
| 4 | | in rows one, two, three where I was at on both sides, |
| 5 | | left and right, were all Caucasian and she told me |
| 6 | | she just didn't want to ride -- she just didn't want |
| 7 | | me to ride on her plane. She made it -- I made a |
| 8 | | complaint and everything because I cried because of |
| 9 | | the abuse and objections that she gave me, either |
| 10 | | hand gestures in my face, coming above the seat, |
| 11 | | telling me, "You're being confrontational, I'm going |
| 12 | | to get you removed." |
| 13 | | So I have witnessed that before with Frontier |
| 14 | | after this, because that happened in 2019 and this |
| 15 | | happened literally in 2022, October. |
| 16 | Q. | Okay. And you were actually put off the plane? |
| 17 | A. | I was asked to get off the plane. |
| 18 | Q. | How did you get to your designation? |
| 19 | A. | I had to book another flight. |
| 20 | Q. | You said you made a complaint to Frontier? |
| 21 | A. | I did. |
| 22 | Q. | What happened with the complaint? |
| 23 | A. | Nothing. |
| 24 | Q. | Did they respond to you? |
| 25 | A. | They did, only because I called multiple times on my |

EXHIBIT A

```
 1              vacation, as a matter of fact, because I couldn't --
 2         I wasn't at peace with how I felt and how I had to
 3         delay my vacation time for arrival.  And they told me
 4         that they would follow-up with me via e-mail within
 5         so many days and let me know what they could do.  And
 6         I said, "I don't want to ride back on that same plane
 7         with that person."  And I noticed that, all of a
 8         sudden, my priority seating was not available
 9         anymore.  When I got back on the plane, I -- no
10         longer was I in rows one, three, five.  They weren't
11         even -- I was all the way back in 17 and 22.  There
12         was no options for me to move up.  I definitely
13         noticed a difference.
14    Q.    When was -- when was this other flight?
15    A.    I left October 25th.  Departure was October -- I
16         arrived in Vegas October 22, 2022, and departed
17         October 25th -- October 25, 2022.
18    Q.    Okay.  So where was the flight that you were put off
19         of?
20    A.    I was in -- what city was I in?
21    Q.    Yes.
22    A.    I was in D.C.
23    Q.    And where were you going to?
24    A.    Las Vegas.
25    Q.    Okay.
```

EXHIBIT A

```
 1    A.    But, I had a layover, so -- the layover was in -- and
 2          that was the thing.  I had just had a layover for
 3          such a long time, I said, man, I've been waiting for
 4          over 12 hours for layover and you're going to put me
 5          off this plane.  And she was like, "yeah, you're not
 6          flying with us."  But, I forgot why I had the
 7          layover.
 8    Q.    So you had a layover in D.C.?
 9    A.    No, I flew out of D.C.
10    Q.    Okay.
11    A.    And had the layover in -- crap.  Because that was my
12          first time ever flying out of D.C., because, like I
13          said, I had just moved to this area for work.
14    Q.    Okay.
15    A.    So, I flew out of D.C. and I had a layover in -- I
16          think it was New York.  I have it on my phone.
17    Q.    So being put off the plane occurred in New York?
18    A.    Uh-huh, where I had the layover and had to get on the
19          plane again to go to straight to Las Vegas, the Las
20          Vegas flight.
21    Q.    Okay.
22    A.    Yeah.
23    Q.    But, when you got on a plane again, that was a
24          different flight?
25    A.    Yes.
```

EXHIBIT A

| 1 | Q. | Okay. |
|---|---|---|
| 2 | A. | Yes, I had to wait for a different plane. |
| 3 | Q. | Yeah, because you were not allowed to fly on the |
| 4 | | first plane you said? |
| 5 | A. | That's correct. |
| 6 | Q. | Okay.  And did they get back to you by e-mail? |
| 7 | A. | They did.  They told me they were sorry about what |
| 8 | | encountered and I could use a ten percent off of a |
| 9 | | next flight. |
| 10 | Q. | Did they tell you that they did not think it was |
| 11 | | discrimination? |
| 12 | | MR. MARTIN:  Object to form. |
| 13 | A. | Nope.  No, and I asked them to do an investigation |
| 14 | | definitely because even the lady that sat in front of |
| 15 | | me, she asked me, "Are you okay?  Are you okay?", |
| 16 | | before I got off the plane. |
| 17 | Q. | The Caucasian passenger? |
| 18 | A. | Well, she asked me if I was okay, yeah. |
| 19 | Q. | That was a passenger? |
| 20 | A. | Uh-huh. |
| 21 | Q. | Okay.  So I just want to make sure that your answer |
| 22 | | was clear or that I understood it.  When they sent |
| 23 | | you an e-mail, did they say whether or not they |
| 24 | | thought it was discrimination? |
| 25 | A. | No.  They just told me that they apologized for the |

EXHIBIT A

| | | |
|---|---|---|
| 1 | | inconvenience. |
| 2 | Q. | Okay.  All right.  Did they -- did they address the |
| 3 | | discrimination aspect of it at all? |
| 4 | A. | Not at all. |
| 5 | Q. | Okay. |
| 6 | A. | Not at all. |
| 7 | Q. | When you asked for an investigation, what happened? |
| 8 | A. | I asked for it, but that didn't happen and I was -- I |
| 9 | | literally did a complaint on the phone with two |
| 10 | | different people over 30 minutes a piece.  I mean, I |
| 11 | | was in tears when I was talking to her and she kept |
| 12 | | telling me how apologetic she was and I said, "I |
| 13 | | thank you for being apologetic, but that's not what |
| 14 | | I'm looking for at this point.  If this is happening |
| 15 | | to me, I wonder how many other nonverbal people this |
| 16 | | is happening to." |
| 17 | Q. | And have you heard of other people it's happened to? |
| 18 | A. | I haven't.  I'm just an advocate naturally. |
| 19 | Q. | Okay.  Yeah.  Do you think that Frontier acted |
| 20 | | appropriately with respect to you? |
| 21 | A. | I don't, not on that plane.  Even when the other lady |
| 22 | | came on the plane, she asked the attendants what |
| 23 | | happened.  And I sat on the plane as she told a story |
| 24 | | and said, "She's being disruptive".  And I waited to |
| 25 | | see if she was going to ask me if anything, you know, |

EXHIBIT A

1      "What is your side?" Or, "ma'am, what is your take
2      on it?" That way the other lady who was beside me
3      could crime in. And she didn't. She -- I said, "Is
4      this the way it works? If she wants me off the
5      plane, I just get off of the plane? Is this her
6      plane?" She said -- and that's when she notified me
7      that she didn't ask you to get off the plane. I
8      said, "Well, who did?" And she said, "Well, it was
9      the pilot". She called it that the pilot asked you
10     to get off the plane." So that was when I noticed,
11     oh, that must be when they all were talking about me
12     up front and saying things like, "Oh, she's being
13     disruptive or I'm going to get her off or she's not
14     flying, she's not going." Like, she was basically
15     telling her other flight attendant to be onboard with
16     her. She was a younger Caucasian lady. You could
17     tell she was the senior. And then she also went in
18     the cockpit, told the pilot something, obviously to
19     get his permission to make the call to the desk to
20     tell the person at the desk who checked me in to come
21     and remove me off the plane.

22     I said, "What do you mean, remove me off the
23     plane?" She said, "You have to get off." She said,
24     "They want you off." I said, "Who is they?" And
25     that's when she told me the pilot, the pilot called,

EXHIBIT A

```
 1      she called because the pilot requested you to get
 2      off.  I said, "What?  I didn't speak to the pilot."
 3      So I knew at that time they had all confided together
 4      to get me off the plane.  There was nothing I could
 5      do.  I said, "Does my side of the story even count?
 6      Can I verbalize that?"  She said, "I mean, you can,
 7      but it's not going to do anything.  They still want
 8      you off."  And she did her shoulders like that.  Like
 9      either way, you go.  If you sit here and talk to me,
10      you can be as polite as you want, it's not going to
11      change their mind and you're going to basically make
12      everyone around you look at you ugly, which now
13      they're looking at me like -- we were ready to go at
14      think point because I'm like, I'm not -- I wasn't
15      going anywhere because I felt like she can't make me
16      get off the flight, I didn't do anything, I put my
17      bag up under the seat where it can go.  I just didn't
18      put it in the back because I can't lift it over my
19      head and you didn't offer that.  And that was when
20      she said, "You're being confrontational", leaning
21      over the seat with her hand in my face.  So that -- I
22      just sat back, closed my eyes and said a prayer and
23      by that time everybody got on.  That's when I
24      observed and heard her asking other people, "Can I
25      put your bag here?  You know, our first two bins are
```

EXHIBIT A

| 1 | | full". Because her personal items were in the first |
|---|---|---|
| 2 | | two bins, of course, and she didn't want her personal |
| 3 | | items to be within her line of sight. Of course, she |
| 4 | | could have used her little small bin, but that would |
| 5 | | have been too small for her so she used one and two. |
| 6 | | And that's fine if you use one and two, but I had |
| 7 | | seat three, so why can't I use three? Well, you know |
| 8 | | why I couldn't use three? She said because three is |
| 9 | | reserved for seats one and two. I said, "One and two |
| 10 | | should be reserved for one and two. I'm in three, I |
| 11 | | should use three." She said, "You're causing |
| 12 | | problems, aren't you?" Yeah. More like I was the |
| 13 | | problem when I was just stating the facts. This is |
| 14 | | where -- it's an empty bin, there's nobody's stuff |
| 15 | | here. I got on first, I'm the priority boarder, I |
| 16 | | paid for this service, my stuff should go here. But |
| 17 | | she did not want my stuff there. |
| 18 | Q. | Do you feel that anything that you said could |
| 19 | | objectively be viewed as confrontational? |
| 20 | | MR. MARTIN: Object to form. |
| 21 | A. | When I was on the plane? |
| 22 | Q. | Yes. |
| 23 | A. | Definitely because I told her she was -- I told her |
| 24 | | -- I said, "Is it the color of my skin?" I actually |
| 25 | | said that to her because I felt it. I mean, it was |

EXHIBIT A

| | |
|---|---|
| 1 | everybody coming for me.  It was her, it was her |
| 2 | flight attendant, and I saw her gearing her up to |
| 3 | say, like, yep, she is being confrontational, I hear |
| 4 | her not wanting to put her bag in the bin number |
| 5 | five.  I hear her saying why didn't you offer her an |
| 6 | under the seat option when that is truly an option |
| 7 | that she can put her stuff under the seats, just |
| 8 | stating the facts because I'm an experienced |
| 9 | traveller.  So those things can come off as objective |
| 10 | to someone who didn't offer those things to you and |
| 11 | they're telling you other things versus giving you an |
| 12 | option.  I've always been told you give a person one |
| 13 | or two options and that way they'll feel like, you |
| 14 | know, they have some say so, versus you telling them |
| 15 | what to do.  So she was trying to be a very |
| 16 | democratic leader on that plane. |
| 17 | Q.  So did you think she was being confrontational with |
| 18 | you because of the color of your skin? |
| 19 | A.  Absolutely.  She didn't want my skin color to be |
| 20 | within her peripheral eyesight while she was put -- |
| 21 | while she was sitting in the area.  I could tell. |
| 22 | And there was no other people in that area who were |
| 23 | African-American.  That flight was not full because |
| 24 | it was a 4:30 flight and the flight after that was |
| 25 | completely full.  And of course she knew that.  And |

EXHIBIT A

| | | |
|---|---|---|
| 1 | | the flight after that was completely full, causing me |
| 2 | | to have to fly another day after.  And, of course |
| 3 | | they know their routes, so I do feel that it was |
| 4 | | planned. |
| 5 | Q. | And did it seem to you that Frontier, as a company, |
| 6 | | was standing behind her? |
| 7 | | MR. MARTIN:  Object to form. |
| 8 | A. | I don't feel the outcome of 10 percent off, when my |
| 9 | | flight gave me 10 percent off just for paying in |
| 10 | | advance versus not breaking down the payment was a |
| 11 | | fair deal.  I mean, to be honest, I gave you your |
| 12 | | money up front.  What are you doing in this case. |
| 13 | Q. | Did you ever get the names of the flight attendants |
| 14 | | or pilots? |
| 15 | A. | I did get the flight attendant's name and I did write |
| 16 | | it down and I did say it on a voice recording. |
| 17 | Q. | Do you know what it was? |
| 18 | A. | I don't remember it off the top of my head.  I'd be |
| 19 | | lying if I -- |
| 20 | Q. | Do you have it on your phone? |
| 21 | A. | In the e-mail. |
| 22 | Q. | Yeah.  Can you look for that? |
| 23 | A. | Yeah. |
| 24 | Q. | Okay. |
| 25 | A. | And it's a $25 voucher, for the record.  I apologize. |

EXHIBIT A

```
 1            It wasn't 10 percent.
 2    Q.    Okay.  Thank you.  And only usable if you flew
 3          Frontier again?
 4    A.    Of course.  We issued you a $25 voucher to use
 5          towards your future travels.  Destiny.
 6    Q.    Destiny was her name?
 7    A.    Yes.
 8    Q.    Okay.  Let's get back to the DelVecchias.  Did you --
 9          did you see the male flight attendant when he was
10          leaning toward the young man?  Did you see anything
11          about what he might have done with the father?
12                  MR. MARTIN:  Object to form;
13                  mischaracterizes testimony.  Didn't say
14                  male flight attendant.
15    A.    What did he do with the father?
16    Q.    Yes.  What -- did you see the flight -- male flight
17          attendant come into contact, bodily contact, at all,
18          with the father?
19                  MR. MARTIN:  Object to the form;
20                  mischaracterizes testimony.
21    A.    I did not.  I did not see the male flight attendant
22          come into contact with the father.
23    Q.    Okay.  And I do apologize.  Now I understand
24          Mr. Martin's objections.  You had testified it was a
25          female flight attendant who leaned in; is that right?
```

EXHIBIT A

| | | |
|---|---|---|
| 1 | A. | (The witness gave a nonverbal answer.) |
| 2 | Q. | Okay. How about the female flight attendant, did you |
| 3 | | see her come into contact with the father? |
| 4 | A. | I didn't see either female flight attendant come into |
| 5 | | contact with the father. |
| 6 | Q. | Was -- at that point in time, was the back of his |
| 7 | | seat between you and your being able to see what was |
| 8 | | going on up there? Let me -- strike that. |
| 9 | | At the time that you were seated, was your view of |
| 10 | | the DelVecchias blocked by the backs of the seats? |
| 11 | A. | Yes. |
| 12 | Q. | Okay. Did you -- have you testified about every |
| 13 | | observation that you made of the DelVecchias on the |
| 14 | | flight? |
| 15 | A. | Yes. |
| 16 | Q. | Okay. And have you testified about everything that |
| 17 | | you heard or saw the flight attendants doing with |
| 18 | | respect to the DelVecchias? |
| 19 | A. | Yes. |
| 20 | Q. | Okay. That's all the questions that I have. |
| 21 | | Mr. Martin, I'm sure, will have some. |
| 22 | | MR. MARTIN: I'm going to have a few. |
| 23 | | Are you okay? Do you want to take a |
| 24 | | break or anything before I -- |
| 25 | | THE WITNESS: I think I had a cup of |

EXHIBIT A

```
 1                      water I can go tet.

 2               MR. MARTIN:  We can go off the record.

 3               VIDEOGRAPHER:  The time is 3:58 p.m.  We

 4                  are off the record.

 5               (WHEREUPON, a recess was taken.)

 6               VIDEOGRAPHER:  The time is 4:01 p.m.  We

 7                  are back on the record.

 8       CROSS-EXAMINATION (By Mr. Martin):

 9   Q.   Okay, ma'am.  I have a few followup questions and

10        it's going to be kind of maybe skipping around a

11        little bit.  I just want to make sure I cover

12        everything to make sure I understand the testimony

13        that you gave to Mr. McKay earlier.  Do you happen to

14        recall the row number you were seated in, by chance,

15        on Flight 2067?

16   A.   I'm sorry.  I don't recall the row number.

17   Q.   And that's okay.  If you're -- say you're on the

18        plane and you're looking towards the front.  Do you

19        recall if you were on the left side of the aisle or

20        the right side of the aisle?

21   A.   If I'm on the plane, I'm looking towards the front, I

22        would be on the right side.

23   Q.   Okay.  And that's for the flight that we're here for

24        the lawsuit, correct?

25   A.   Yes, sir.
```

EXHIBIT A

| 1 | Q. | Because I know we talked about another one. |
| 2 | A. | You are correct. |
| 3 | Q. | So you were on the right side of the plane, correct? |
| 4 | A. | Yes, sir. |
| 5 | Q. | And you were in the window seat, correct? |
| 6 | A. | Yes, sir. |
| 7 | Q. | And you had the companion of your party to your left? |
| 8 | A. | Yes, sir. |
| 9 | Q. | And your mother was two to your left, correct? |
| 10 | A. | Yes, sir. |
| 11 | Q. | And you recall that the plaintiffs, who you saw a |
| 12 | | picture of, were in the row immediately in front of |
| 13 | | you, correct? |
| 14 | A. | Yes, sir. |
| 15 | Q. | And the young boy was in the seat directly in front |
| 16 | | of you, correct? |
| 17 | A. | Yes. |
| 18 | Q. | And then the white male was in the seat directly in |
| 19 | | front of your travelling companion, correct? |
| 20 | A. | Yes. |
| 21 | Q. | And I think -- and, again, we've been over a lot. |
| 22 | | Forgive me if I -- if you said it before, but do you |
| 23 | | recall anything about the person who would have been |
| 24 | | seated to the left of the white male? |
| 25 | A. | I know there was someone there. |

EXHIBIT A

| 1 | Q. | You just don't recall anything about that? |
| 2 | A. | I don't.  I'm sorry. |
| 3 | Q. | It's been three-and-a-half years.  It's okay.  So at |
| 4 | | a certain point of your testimony, you said that your |
| 5 | | traveling companion had alerted you that the person |
| 6 | | who was sitting in front of you didn't have their |
| 7 | | shoes or socks on, correct? |
| 8 | A. | Yes. |
| 9 | Q. | Was there -- I mean, was it just that fact occurring |
| 10 | | or was there some more significance that made that |
| 11 | | stand out to you? |
| 12 | A. | I've never seen anyone travel without socks or shoes |
| 13 | | who didn't have a risk for flight or wasn't in a |
| 14 | | flight risk.  So I guess what I think about, as I |
| 15 | | said, for safety, that's a fall risk.  So, number |
| 16 | | one, if you don't have on socks, you can slide.  If |
| 17 | | you don't have on shoes, I might can understand that, |
| 18 | | your feet hurt, but socks or shoes -- are the socks |
| 19 | | and shoes missing?  I'm thinking are the socks and |
| 20 | | shoes wet?  Where are his socks and shoes.  That's |
| 21 | | all you think about.  So that's probably what made |
| 22 | | her say, Aricia, he doesn't have on any socks and |
| 23 | | shoes.  That's when my mind started to think -- I |
| 24 | | don't know what her mind was thinking, but those are |
| 25 | | the things that my mind were thinking. |

EXHIBIT A

| 1 | Q. | Okay. Do you recall ever seeing the plaintiffs |
| 2 | | before you got on the aircraft? |
| 3 | A. | Before I got on the aircraft, no. |
| 4 | Q. | And can you just tell me again when you recall first |
| 5 | | seeing them when they got on the aircraft? |
| 6 | A. | I'm remember having priority boarding with my mom, to |
| 7 | | help her to her seat, so I was already in my seat |
| 8 | | because I was in the inner seat and she was already |
| 9 | | in her seat, so I just wanted to make sure everybody |
| 10 | | had everything situated. So I remember them walking |
| 11 | | towards us as we were seated in our seat. |
| 12 | Q. | With your mother being a priority boarder, were you |
| 13 | | and your mother and your companion some of the first |
| 14 | | to board the aircraft? |
| 15 | A. | Yes, sir. |
| 16 | Q. | As the plaintiffs approached you and sat in their |
| 17 | | row, did you hear any conversations that they were |
| 18 | | having? |
| 19 | A. | No, sir. |
| 20 | Q. | During the flight, did you hear any conversations |
| 21 | | they were having? |
| 22 | A. | No, sir. |
| 23 | Q. | Could you -- I mean besides the shoes, did you ever |
| 24 | | -- were ever able to see between the seats or see |
| 25 | | anything that they were doing during the flight? |

EXHIBIT A

| 1 | A. | No, sir. |
|---|---|---|
| 2 | Q. | And then you talked about at a certain point in the |
| 3 | | flight when the flight attendant came to that row in |
| 4 | | front of you, correct? |
| 5 | A. | Yes, sir. |
| 6 | Q. | Do you recall at all approximately when in the flight |
| 7 | | that was? |
| 8 | A. | It was after the cellphone had dropped and we were, |
| 9 | | you know -- take off and our seatbelts on, but I |
| 10 | | don't know how far we were throughout the flight |
| 11 | | because it's a long flight. |
| 12 | Q. | Do you recall if you were awake for the whole flight? |
| 13 | A. | I do -- I do know I went to sleep. |
| 14 | Q. | You did go to sleep? |
| 15 | A. | I went to sleep. |
| 16 | Q. | Do you recall for approximately how long you slept? |
| 17 | A. | I like dozed off and on because I wasn't comfortable, |
| 18 | | so I -- but I can say I dozed off and on.  I did go |
| 19 | | to sleep sometimes.  I didn't have anything to |
| 20 | | support, but my head on the window, but I did go to |
| 21 | | sleep. |
| 22 | Q. | The flight attendant that came from Frontier, I think |
| 23 | | you said you recall her being Caucasian; is that |
| 24 | | correct? |
| 25 | A. | Yes, sir.  I'm sorry. |

EXHIBIT A

| 1  | Q. | That's okay. |
|----|----|----|
| 2  | A. | I apologize. |
| 3  | Q. | Do you remember any of her -- any physical |
| 4  |    | characteristics that would describe her? |
| 5  | A. | Her hair was really pretty.  I remember curls.  The |
| 6  |    | only reason is because I love hair. |
| 7  | Q. | Do you recall her hair color? |
| 8  | A. | Brown. |
| 9  | Q. | Do you recall if she was -- |
| 10 | A. | Like tall or short? |
| 11 | Q. | Or -- yeah.  Start with that. |
| 12 | A. | Just a normal -- well, I can't say what normal is. |
| 13 |    | So five -- I don't know.  I don't know. |
| 14 | Q. | That's okay.  And we don't need to you speculate. |
| 15 | A. | I don't know.  Right. |
| 16 | Q. | Do you remember if she was older or younger? |
| 17 | A. | She was younger. |
| 18 | Q. | Like younger in her 20s, younger in her 30s? |
| 19 | A. | I would say 30s. |
| 20 | Q. | Besides that particular flight attendant, do you |
| 21 |    | recall how many other flight attendants there were on |
| 22 |    | that flight? |
| 23 | A. | How many other flight attendants were on the flight |
| 24 |    | completely?  I don't recall, but you-- standard is |
| 25 |    | about four. |

EXHIBIT A

| | | |
|---|---|---|
| 1 | Q. | Do you recall anything about physical characteristics |
| 2 | | of any of the other flight attendants, however many |
| 3 | | there were? |
| 4 | A. | No, sir. |
| 5 | Q. | Do you recall interacting yourself with any of the |
| 6 | | flight attendants? |
| 7 | A. | Yes, for drinks. |
| 8 | Q. | Okay.  And do you recall which ones or one you |
| 9 | | interacted with? |
| 10 | A. | No, I don't remember who I interacted with, just I |
| 11 | | remember the person came by and offered a water.  I |
| 12 | | got a water.  I didn't purchase anything.  I just got |
| 13 | | the complimentary water.  So it was two people. |
| 14 | Q. | Were they pushing a cart? |
| 15 | A. | Yes, sir. |
| 16 | Q. | Do you recall the -- what the -- let's just say from |
| 17 | | a few minutes after takeoff and until before landing, |
| 18 | | so like during the middle part of the flight, do you |
| 19 | | remember what the lighting was like in the aircraft? |
| 20 | A. | I remember laying down and going to -- like laying my |
| 21 | | head against the window and going to sleep, so I do |
| 22 | | think it was a little dark.  I want to say they did |
| 23 | | darken the lights because I was able to take a nap. |
| 24 | | But, I can't recall.  I could have just closed my |
| 25 | | eyes. |

EXHIBIT A

| | | |
|---|---|---|
| 1 | Q. | Going back just a second to the cellphone dropping, |
| 2 | | you said -- was it your friend that picked up the |
| 3 | | cellphone? |
| 4 | A. | Yes.  I could not reach the cellphone. |
| 5 | Q. | Did she hand it back to someone in the row in front |
| 6 | | of her? |
| 7 | A. | She put it -- she reached it between the seats, so I |
| 8 | | don't know whether -- I think the boy got it.  I |
| 9 | | think he's the one that got the phone back. |
| 10 | Q. | Do you recall if he said anything to her when he did? |
| 11 | A. | He didn't because she was asleep when the phone |
| 12 | | dropped and that's what woke her up and it woke -- I |
| 13 | | wasn't asleep, but I couldn't reach the phone, but I |
| 14 | | kind of like gave her a nudge to say can you reach |
| 15 | | that because I heard someone's phone drop. |
| 16 | Q. | Was there anyone else with the female Caucasian |
| 17 | | flight attendant that came to the row in front of |
| 18 | | you? |
| 19 | A. | Yes, there was -- I mean, there was multiple flight |
| 20 | | attendants at that row. |
| 21 | Q. | How did you know they were flight attendants? |
| 22 | A. | Well, I guess there were multiple people standing up |
| 23 | | at that row. |
| 24 | Q. | Do you recall anything else about -- anyone besides |
| 25 | | that Caucasian flight attendant? |

EXHIBIT A

| 1  | A. | A male.  There was a male. |
|----|----|----|
| 2  | Q. | Do you recall anything about the male? |
| 3  | A. | Not particularly. |
| 4  | Q. | And I think you said -- and if I'm wrong, obviously, |
| 5  |    | please correct me, but you saw a hand gesture which |
| 6  |    | you demonstrated for us and then you heard someone |
| 7  |    | say, "Come with me."  Is that accurate? |
| 8  | A. | Yes. |
| 9  | Q. | Was there anything else about the interaction that |
| 10 |    | you witnessed? |
| 11 | A. | No other forms of interaction I witnessed. |
| 12 | Q. | And you said it was just the younger male that was |
| 13 |    | taken behind you; is that correct? |
| 14 | A. | He was in front of me.  I know that both of you guys |
| 15 |    | keep saying behind me, but he was in front of me. |
| 16 | Q. | Well, right.  So he had been seated in front of you |
| 17 |    | and then when the flight attendant came to the row |
| 18 |    | and said come with me, where did the person who went |
| 19 |    | with her go? |
| 20 | A. | Well, I saw them at the front of the flight when I |
| 21 |    | got off the flight, so that's where I observed them |
| 22 |    | at together. |
| 23 | Q. | So when she took the younger male out of the row -- |
| 24 | A. | I just -- yeah, I didn't like pay attention to where |
| 25 |    | they went.  I just remember them being up at the |

EXHIBIT A

| 1 | | front by the time I got off the flight. |
| 2 | Q. | I see.  Just to kind of complete that right now, did |
| 3 | | you -- were you one of the last to leave because of |
| 4 | | the priority boarding status or for another reason, |
| 5 | | if you recall? |
| 6 | A. | I wasn't the last to leave.  I was -- I got off after |
| 7 | | that row.  I -- just airplane etiquette because they |
| 8 | | were seated in front.  But, I didn't wait for the |
| 9 | | people behind me to go. |
| 10 | Q. | So after the young male -- so the young male is taken |
| 11 | | away, but you don't know where to; is that fair? |
| 12 | A. | I saw him at the front of the plane before I left the |
| 13 | | plane. |
| 14 | Q. | Okay.  So at some point between when he was taken out |
| 15 | | of the row in front of you and when you left the |
| 16 | | plane, he ended up in the front of the plane? |
| 17 | A. | Uh-huh. |
| 18 | Q. | Between that time, you don't know where he went? |
| 19 | A. | I know he didn't -- the father kept looking for him |
| 20 | | and he couldn't find him because that's when I |
| 21 | | noticed him doing this gesture a lot (indicating). |
| 22 | | My phone just dropped. |
| 23 | Q. | That's okay.  So fair to paraphrase you were |
| 24 | | demonstrating him looking over his shoulder? |
| 25 | A. | He was looking for his son. |

EXHIBIT A

| | | |
|---|---|---|
| 1 | Q. | So the -- while you were on the aircraft, did you |
| 2 | | ever hear anything to the effect of that they were |
| 3 | | father and son? |
| 4 | A. | I heard him say, "That's my son." |
| 5 | Q. | Was that around the time that the son was taken out |
| 6 | | of that row? |
| 7 | A. | When they were trying to -- before they took him. |
| 8 | Q. | Okay. So then after the young male was taken out of |
| 9 | | the row in front of you, the older male stayed in |
| 10 | | that row, correct? |
| 11 | A. | He did say stay in that row, seated. He didn't get |
| 12 | | up. |
| 13 | Q. | So you never saw him get up after the young male was |
| 14 | | taken out of that row? |
| 15 | A. | He -- he didn't get up at that time. They made him |
| 16 | | sit down and they removed the son first. Like he |
| 17 | | wanted to go with him, but they didn't go together is |
| 18 | | what I'm stating. They removed one passenger at a |
| 19 | | time and then if he got up later, I didn't see him |
| 20 | | get up. I just saw him doing that gesture looking |
| 21 | | for him because I noticed his son didn't come back to |
| 22 | | his seat. |
| 23 | Q. | Did you recall anything else the older male said at |
| 24 | | all during the rest of the flight? |
| 25 | A. | He just looked like he was looking for his son. I |

EXHIBIT A

| | | |
|---|---|---|
| 1 | | didn't recall the words.  I could just see it on his |
| 2 | | face that he was worried. |
| 3 | Q. | After that separation happened, did you ever go to |
| 4 | | the back of the aircraft just to go to the bathroom? |
| 5 | A. | Uh-uh. |
| 6 | Q. | No? |
| 7 | A. | I did not go to the restroom at the back of the |
| 8 | | aircraft after that happened. |
| 9 | Q. | When you were speaking with Mr. McKay, I just have |
| 10 | | written at some point you said crime crossed your |
| 11 | | mind; do you recall that exchange with him? |
| 12 | A. | Uh-huh.  Yes. |
| 13 | Q. | Can you just kind of maybe expand a bit on what you |
| 14 | | meant by that? |
| 15 | A. | The flight risk comment?  I guess in the hospital, we |
| 16 | | use the term flight risk for runners, for people who |
| 17 | | are -- who can leave if you leave a door open, like |
| 18 | | wanderers and things like that, so they are a risk |
| 19 | | for leaving, flight risk.  So I think about the |
| 20 | | things that you would do if you were trying to |
| 21 | | prevent a person to leave, you would remove certain |
| 22 | | things from them.  So I was wondering if his shoes |
| 23 | | were removed from him, like for a flight risk reason. |
| 24 | | Is he a risk for flight for leaving?  Because some |
| 25 | | people, if he was a new -- maybe -- now, this is my |

EXHIBIT A

| 1 | | mind. Say if he was a new adopted son, you know, |
| 2 | | because I heard him say my son. So say this was a |
| 3 | | new adoption and he has went and legally adopted his |
| 4 | | son, but he was an older young guy, maybe he didn't |
| 5 | | feel as though he wanted to go. Would he be scared |
| 6 | | that he could run away? I mean, there are a lot of |
| 7 | | different things. I think about the movie Losing |
| 8 | | Isaiah with Halle Berry, you know, that situation? |
| 9 | | Like there's a lot of different situations that can |
| 10 | | go on legally and you see African-Americans with |
| 11 | | Caucasians all the time and that's legal because of a |
| 12 | | legal adoption. And the child might have not wanted |
| 13 | | to be there so maybe he was scared that he would -- I |
| 14 | | don't know. He was scared that he would leave, so |
| 15 | | he's a flight risk. That's what I meant when I said |
| 16 | | that. |
| 17 | Q. | Okay. So when you said flight risk, you were |
| 18 | | referring to the younger male? |
| 19 | A. | Uh-huh. |
| 20 | Q. | The one that could potentially? |
| 21 | A. | Being like ready to go back to where he came from, if |
| 22 | | he just picked him up or met him or something like |
| 23 | | that, like if this was a brand new adoption. |
| 24 | Q. | And when you said that crime crossed your mind, who |
| 25 | | did you think was committing the crime? |

EXHIBIT A

| | | |
|---|---|---|
| 1 | A. | Well, that would have been if a crime was -- I think |
| 2 | | we're mixing up different things here. |
| 3 | Q. | I'm just trying to understand? |
| 4 | A. | So give me the content of when I said crime in the |
| 5 | | sentence or however we were talking about it so I can |
| 6 | | make sure I'm speaking on it correctly. |
| 7 | Q. | Sure.  So it was at the time when -- I think -- and, |
| 8 | | again, these are just my rough notes.  I don't have |
| 9 | | the transcript.  But, that you thought that the child |
| 10 | | looked more African than African-American, the flight |
| 11 | | attendant seemed to be acting on a safety precaution |
| 12 | | more than anything and that crime had crossed your |
| 13 | | mind. |
| 14 | | MR. McKAY:  Objection to the form. |
| 15 | A. | Okay.  So in that sense, the flight attendants could |
| 16 | | be saying, okay, well, we want to make sure that this |
| 17 | | is a legit situation.  When I say legit meaning that |
| 18 | | this young boy and of a different race is supposed to |
| 19 | | be with this older -- because he was an older |
| 20 | | Caucasian man.  So making sure that that was a legit |
| 21 | | situation.  Why?  Because usually you don't have |
| 22 | | children at that age and they're that young and, two, |
| 23 | | if you want to adopt, there are some stipulations and |
| 24 | | you didn't -- I didn't see a -- I mean, it didn't |
| 25 | | seem like that was his wife, but they were together. |

EXHIBIT A

1     Those two were together.  It didn't seem like there

2     were a family of people together.  It could have been

3     the wife on the end and them all together, but there

4     was no wife that was getting up saying things like,

5     "where is my son", or "I just want to talk to someone

6     about my son", it was the dad, so that let me know

7     that it was two people together, dad and son.  And

8     those two things could cause a flight risk -- I mean

9     a site of a crime to look like in the flight

10    attendant's eyes.  I think they were wanting to make

11    sure this isn't something that's going on like --

12    what is it called -- an abduction.  This can be them

13    wanting to make sure that they want to protect all of

14    the people on the flight, so I always can -- you can

15    always look at things from both perspectives.

16  Q.  Okay.  That's helpful.  Thank you.  From what you

17      saw, did it seem like the flight attendants conducted

18      themselves in a professional manner on that flight?

19  A.  Yes.

20  Q.  Did you ever see anything that -- any actions from

21      the flight -- any of the flight attendants that you

22      would classify as aggressive?

23  A.  I didn't see anything that was aggressive.

24  Q.  When the flight attendant came to the row, did you

25      ever see either of those two, either the plaintiffs,

EXHIBIT A

| 1 | | being struck by any of the flight attendants? |
|---|---|---|
| 2 | A. | I didn't see anybody being struck by any of the |
| 3 | | flight attendants. |
| 4 | Q. | Did you ever hear anyone state that they had been |
| 5 | | struck by a flight attendant? |
| 6 | A. | I didn't hear anyone say they had been struck by a |
| 7 | | flight attendant. |
| 8 | Q. | And you said the next time you saw -- after he was |
| 9 | | taken from the row, the next time you saw the younger |
| 10 | | male was at the front of the plane as you were |
| 11 | | exiting; is that correct? |
| 12 | A. | Yes. |
| 13 | Q. | When the separation happened, would you classify the |
| 14 | | tones being used as shouting or anyone's voice being |
| 15 | | raised? |
| 16 | A. | There was escalation of both voices being raised, the |
| 17 | | flight attendant as well as the father. |
| 18 | Q. | Okay.  And can you tell me more about that? |
| 19 | A. | It sounded like he didn't want his son to be |
| 20 | | separated for him -- from him, so he was advocating |
| 21 | | for his son to stay with him, stating things like, |
| 22 | | "This is my son". |
| 23 | Q. | I have a few more.  Let me just -- did you have the |
| 24 | | perception that the flight crew seemed concerned with |
| 25 | | the safety of the child? |

EXHIBIT A

| 1 | A. | I did, most certainly. |
| 2 | Q. | I want to ask a few questions about this -- the most |
| 3 | | recent flight that you took, or I shouldn't say most |
| 4 | | recent, but at least the one you testified to in |
| 5 | | October of 2022. So that was about three or four |
| 6 | | weeks ago; is that correct? |
| 7 | A. | You are correct. |
| 8 | Q. | And you said you were leaving from Washington D.C., |
| 9 | | correct? |
| 10 | A. | I flew out of D.C., yes, and then I had a connecting |
| 11 | | flight from D.C. to Las Vegas. |
| 12 | Q. | Do you recall which airport in Washington D.C.? |
| 13 | A. | Reagan. Let me look at my phone. It's WBU. I think |
| 14 | | that's what they call it. |
| 15 | | MR. McKAY: DCA is Reagan. |
| 16 | A. | DCA is where I flew out of. Those are the initials. |
| 17 | Q. | Okay. |
| 18 | A. | Thank you. |
| 19 | Q. | And then your layover was New York; is that correct? |
| 20 | A. | I think so. I can look on my phone to verify it, but |
| 21 | | I do know I had a layover in between time and I sat |
| 22 | | there overnight. But, it was okay. That part wasn't |
| 23 | | bad. |
| 24 | Q. | Did you stay in the airport overnight? |
| 25 | A. | I did. I did, because I had an early flight for like |

EXHIBIT A

```
 1           4:30 and I didn't want·to risk going to a hotel,

 2           having to Uber, get back, 1:00 and miss it and

 3           getting checked back in.

 4    Q.     Did you have to pay for that hotel?

 5    A.     I didn't stay at a hotel.

 6    Q.     Oh, I'm sorry.  You're right.  I apologize.

 7    A.     You're confused.

 8    Q.     That's my fault.  Do you recall which New York

 9           airport it was?

10    A.     Just the NYC airport.  I just remember -- this was my

11           first time ever going to any of those -- any of that

12           side because I usually do Charlotte and Atlanta.

13           But, just the regular New York airport.

14    Q.     So I think you had mentioned that you had an

15           interaction with one of the flight attendants on that

16           flight, correct?

17    A.     On the flight going to Las Vegas.

18    Q.     So the flight from D.C. to New York or New York to

19           Vegas?

20    A.     New York to Vegas.

21    Q.     Okay.  And then I believe you had said after that you

22           saw the flight attendant speaking with other members

23           of the flight crew; is that correct?

24    A.     That is correct.

25    Q.     Could you hear anything?
```

EXHIBIT A

| | | |
|---|---|---|
| 1 | A. | I heard everything. I was in row three so I could |
| 2 | | hear everything. |
| 3 | Q. | Everything of what they were saying -- |
| 4 | A. | Except for when she went behind to talk to the pilot. |
| 5 | Q. | When you say behind, you mean -- |
| 6 | A. | The cockpit, behind the sliding door. |
| 7 | Q. | So you could hear what was said amongst the flight |
| 8 | | attendants? |
| 9 | A. | Oh, yeah. |
| 10 | Q. | But, you couldn't hear anything that anyone would |
| 11 | | have said to any member of the flight crew in the |
| 12 | | cockpit? |
| 13 | A. | That is correct. |
| 14 | Q. | Okay. Then after -- was it after you got to Las |
| 15 | | Vegas that you sent an e-mail to Frontier? |
| 16 | A. | No, I did every -- I called right then and there, but |
| 17 | | they were closed because it was Vegas -- I mean it |
| 18 | | was 5:30 in the morning and they didn't open up until |
| 19 | | eight. I spoke with a customer representative |
| 20 | | outside of the -- at the station, right then and |
| 21 | | there. I made a complaint then. But, at that time, |
| 22 | | I was told it had to be a form of e-mail or phone, so |
| 23 | | I did an e-mail at that time. And then I waited |
| 24 | | until 8:00, which I waited until about nine, after -- |
| 25 | | to give them some time, and then I did the follow-up |

EXHIBIT A

| | | |
|---|---|---|
| 1 | | call complaint, so I did different forms. |
| 2 | Q. | And if I made this note incorrectly, please correct |
| 3 | | me, but I have that you testified that you know that |
| 4 | | an investigation did not occur? |
| 5 | A. | Not according to the e-mail and I just reviewed it |
| 6 | | again. |
| 7 | Q. | So what was it about the e-mail that led you to |
| 8 | | believe that an investigation did not occur? |
| 9 | A. | They stated we're -- let me just read it. |
| 10 | | MR. McKAY: Yeah, please. |
| 11 | A. | "It is never our intent to be insensitive when it |
| 12 | | comes to our customers' concerns. After working with |
| 13 | | our special service teams, we have concluded to offer |
| 14 | | you a $25 voucher, due to the experience you had. I |
| 15 | | am sorry to inform you that we are unable to offer |
| 16 | | any additional compensation. Please be assured that |
| 17 | | we have forwarded your complaints for review to |
| 18 | | insure this experience does not happen again." |
| 19 | | And nothing has happened since 11-5 and that was |
| 20 | | after I followed back up to ask was that all you guys |
| 21 | | were going to do, a $25 voucher? That's response I |
| 22 | | got back after I stated that. |
| 23 | Q. | So beyond the e-mail that you got and the conferences |
| 24 | | you had on the phone, do you know anything about what |
| 25 | | Frontier did to investigate the incident? |

EXHIBIT A

|    |    |                                                        |
|----|----|--------------------------------------------------------|
| 1  | A. | They didn't say.  They only -- they only wrote one     |
| 2  |    | time.                                                  |
| 3  | Q. | So the only knowledge you have is what is contained    |
| 4  |    | in that e-mail; is that fair?                          |
| 5  | A. | Let me go back and just see if I got something else.   |
| 6  |    | This is a thread from 10-24.  "We are deeply sorry     |
| 7  |    | for the experience that you had.  Row one does not     |
| 8  |    | have an under seat space to place items under so our   |
| 9  |    | flight attendant asked row two through four to move    |
| 10 |    | items back for safety issues."  They just said they    |
| 11 |    | -- they asked them to move items back for safety       |
| 12 |    | issues.  But, whatever happened to going up under the  |
| 13 |    | seat?  They didn't address that.  And what ever        |
| 14 |    | happened to me having assistance and me not being      |
| 15 |    | offered assistance and everybody else?  They didn't    |
| 16 |    | address that.                                          |
| 17 |    | "This information given by our flight attendant at     |
| 18 |    | this time should not be unpleasant and we are sorry    |
| 19 |    | if this was the case."  Well, it was very unpleasant   |
| 20 |    | because you didn't address the things that I told you  |
| 21 |    | she did in a very long e-mail and call.  It was very   |
| 22 |    | explanational (sic) so those things wasn't addressed.  |
| 23 |    | Then, again, "In an effort to make things right, we    |
| 24 |    | issued you a $25 voucher to use towards your future    |
| 25 |    | travel, for Frontier, and this voucher applies to the  |

EXHIBIT A

1        base fair only, it does not cover additional fees,

2        taxes, etcetera.  This voucher expires January 23,

3        2023, which I won't be able to use.  As a nurse, I

4        don't have those type of days off.  And you do not --

5        "And you do not have to fly before that time, but you

6        must book your travel".  And, being a travel nurse, I

7        move very quickly, so, of course, they don't -- I

8        told her all of this.  There's no compassion of any

9        of this because I told them my lifestyle, I told her

10       -- I was actually going out here for a celebration of

11       death for my father and I don't see anything in here

12       about any of that.  And, to me, I feel like this is

13       all about you trying to offer me something that I

14       probably won't even be able to use.

15            "And we apologize again for the experience and

16       hope your services and travels are under better

17       experiences and circumstance in the future."  So that

18       was the feedback that I received.  And the feedback

19       was that the information given by a flight attendant

20       at this time should not be unpleasant.  So it seems

21       like they did ask the flight attendant why she asked

22       me to move my bags to five, but they didn't address

23       why she asked me to get off the plane, why I couldn't

24       put my stuff up under my seat, which I was in row

25       three and that's appropriate, and why if you wanted

EXHIBIT A

| 1  |    | me to move my items, you asked -- you removed |
|---|---|---|
| 2  |    | everybody else's items, but didn't help me with mine. |
| 3  |    | You told me to move mine and you didn't give me an |
| 4  |    | option of you can place it under your seat or I can |
| 5  |    | move your stuff to five -- I mean to right here above |
| 6  |    | the head.  These cabinets are full.  That's all she |
| 7  |    | had to say.  Or if the cabinets weren't full, say |
| 8  |    | what this person just said, that she could have said |
| 9  |    | this a nice answer, we reserve -- "row one does not |
| 10 |    | have any under-seating space to place personal items, |
| 11 |    | so our flight attendant asked row two through four to |
| 12 |    | move items further back."  Now, we know that that's |
| 13 |    | the beautiful thing to do, but at the same time, |
| 14 |    | there was nothing in the row that I came in.  So this |
| 15 |    | is a blanket answer. |
| 16 | Q. | To the extent of your personal knowledge regarding |
| 17 |    | whatever investigation was done is limited to that |
| 18 |    | e-mail response? |
| 19 |    | MR. McKAY:  Objection to form. |
| 20 | A. | Yes.  I only have two e-mails from Frontier, 10-24 |
| 21 |    | and 11-5 and I've read both of them. |
| 22 |    | MR. MARTIN:  I have no further |
| 23 |    | questions. |
| 24 |    | MR. McKAY:  Just a few followups. |
| 25 | REDIRECT EXAMINATION (By Mr. McKay): | |

EXHIBIT A

| 1 | Q. | First of all, you've testified about multiple trips |
| 2 | | to Las Vegas. Do you have a business connection in |
| 3 | | Las Vegas or a reason to go there for business? |
| 4 | A. | I went to Las Vegas to see the Usher concert because |
| 5 | | I wanted to do something fun to mourn the celebration |
| 6 | | of my father's death. |
| 7 | Q. | Oh, I'm sorry, that was -- okay. Thank you. So do |
| 8 | | you have plans to go to Vegas in the future? |
| 9 | A. | I love to go to Vegas so I will probably go again |
| 10 | | with my mom again, take her whenever she gets better. |
| 11 | | She just had another surgery, wait for her to get |
| 12 | | better. She's my travelling buddy. |
| 13 | Q. | Okay. Great. As a frequent traveller and a nurse, |
| 14 | | do you think if flight attendants have suspicions |
| 15 | | about certain passengers that they ought to ask those |
| 16 | | passengers some questions about those -- |
| 17 | A. | There should definitely be a protocol. There should |
| 18 | | definitely be some cultural competency, education, |
| 19 | | that should be provided so that you know how to talk |
| 20 | | to people in a way of not making them feel offended |
| 21 | | if they have a child or their parent are from a |
| 22 | | different race because I -- that could cause |
| 23 | | deflection or maybe just a sense of apprehensive |
| 24 | | tension before you even find out the basis of |
| 25 | | everything. So the separation, I think, could have |

EXHIBIT A

| 1  |    | happened in a different way so that it wouldn't cause |
|----|----|------------------------------------------------------|
| 2  |    | the father to have been in such an uproar, being up  |
| 3  |    | out of his seat really -- literally out of his seat  |
| 4  |    | looking, when he was supposed to be seated with his  |
| 5  |    | seatbelt on. And I saw out of his seat and did that  |
| 6  |    | demonstration because I didn't see him get out of his |
| 7  |    | row and get out of his seat, just raise out of his   |
| 8  |    | seat looking for his son.                            |
| 9  | Q. | Okay. Now, you don't know anything about when the    |
| 10 |    | child was adopted; is that right?                    |
| 11 | A. | I don't know anything about any of that. I'm just    |
| 12 |    | noticing that he stated that's my son so that lets me |
| 13 |    | know that that's his son. They don't look alike so   |
| 14 |    | that lets me know that something of an adoption had   |
| 15 |    | to happen for this to be of my son.                  |
| 16 | Q. | Right. And just if the child had been adopted as an  |
| 17 |    | infant and the adoptive mother had died two years    |
| 18 |    | later unexpectedly, then she wouldn't have been      |
| 19 |    | around to be on the flight to say, "that's my son"?  |
| 20 | A. | That's true. That's right.                           |
| 21 | Q. | And is it possible that the boy could have taken his  |
| 22 |    | shoes and socks off just for comfort?                |
| 23 | A. | It is. I take mine off all the time for comfort. I   |
| 24 |    | don't wear boots and stuff like that either, but I   |
| 25 |    | just noticed that no socks made it seem like it was  |

EXHIBIT A

| | | |
|---|---|---|
| 1 | | just nasty. People walk all the time on the thing |
| 2 | | that you put your feet on and they don't have on |
| 3 | | socks all the time. That's my -- like I said, me, |
| 4 | | being a nurse, these are the things that I think |
| 5 | | about. I'm the person that has my socks in my pocket |
| 6 | | if I wear flip-flops because I want to put my socks |
| 7 | | on. |
| 8 | Q. | Might that also differ between cultures? |
| 9 | A. | That's true, as well. You're absolutely correct. |
| 10 | Q. | Did you notice that his socks and shoes were off when |
| 11 | | the flight attendant moved him? |
| 12 | A. | I didn't look at his feet, but I'm assuming they |
| 13 | | were. |
| 14 | Q. | Off? |
| 15 | A. | Still off. And I say assuming, because I didn't see |
| 16 | | him do any motions of putting shoes and socks on, but |
| 17 | | I can't verify it. |
| 18 | Q. | I am going to show you here a document that Frontier |
| 19 | | has produced. Just for identification, it's Frontier |
| 20 | | Document 0126, pictures of the flight attendants from |
| 21 | | their employee files. Do you recognize any of those |
| 22 | | people as being the flight attendants that you saw? |
| 23 | | MR. MARTIN: Just one quick question? |
| 24 | | MR. McKAY: Yeah. |
| 25 | | MR. MARTIN: Were those marked as |

EXHIBIT A

```
 1                    confidential or not?  I can't remember.
 2              MR. McKAY:  Good question, but why would
 3              they be confidential?  They were not.
 4              MR. MARTIN:  Just want to be clear.
 5    Q.   So do you recognize -- and I'll represent these are
 6         their pictures from their employee files so they
 7         might have been taken on their first day of work and
 8         at the time you saw them, they might have looked
 9         different.
10    A.   I'm shaking my head because the faces do look
11         familiar.
12    Q.   Okay.  Do any of them look like the flight attendant
13         that you saw come to the row and say come with me?
14    A.   You know, it looks like it could be Chelsea.
15    Q.   All right.  Chelsea Bright?
16    A.   Chelsea Bright.
17    Q.   And I'm going to show you another picture which is a
18         still from her deposition several months after in
19         December of 2019, so several months after the flight,
20         just to point out that she had somewhat different
21         looking hair in that picture.
22    A.   Oh, okay.
23    Q.   I don't know what her hair looked like on the day of
24         the flight, however.
25    A.   Okay.
```

EXHIBIT A

| | | |
|---|---|---|
| 1 | Q. | Okay?  So based on that, you think that Chelsea might |
| 2 | | have been -- let me get back to that. |
| 3 | A. | Well, if her hair color changed like that, because I |
| 4 | | remember it being a dark hair color person on the |
| 5 | | flight.  I don't remember a light hair color person, |
| 6 | | but that's years after, right? |
| 7 | Q. | Right. |
| 8 | A. | Then it might have been Anna then.  But, I don't |
| 9 | | remember a younger person with darker hair, so |
| 10 | | Chelsea looks older, but she's just got darker hair |
| 11 | | so... |
| 12 | Q. | Yeah, Chelsea is a bit older than Anna, but those two |
| 13 | | are closest in age. |
| 14 | A. | Dark hair. |
| 15 | Q. | Right.  And, now you mentioned a Caucasian male |
| 16 | | flight attendant and I'll represent to you the only |
| 17 | | male flight attendant is black? |
| 18 | A. | I see. |
| 19 | Q. | So could it have been Scott Warren that you saw? |
| 20 | A. | I guess, yes. |
| 21 | Q. | Okay. |
| 22 | A. | I do remember now.  But, I mean -- if I hadn't seen a |
| 23 | | picture, I -- for some reason, I thought he was |
| 24 | | Caucasian. |
| 25 | Q. | That's all right.  Now, do any of them look like the |

EXHIBIT A

| | | |
|---|---|---|
| 1 | | flight attendant that you saw with the child as you |
| 2 | | were leaving? |
| 3 | A. | Up front, that would be Amanda. |
| 4 | Q. | Amanda Nickel? |
| 5 | A. | Uh-huh. |
| 6 | Q. | And you're sure about that? |
| 7 | A. | I can be sure about because she looked like -- I'm |
| 8 | | sorry, but she looks like she was the manager. |
| 9 | Q. | Okay. She does have a managerial look, doesn't she? |
| 10 | A. | Uh-huh. |
| 11 | | MR. McKAY: That's all the questions I |
| 12 | | have. |
| 13 | | MR. MARTIN: Nothing more. |
| 14 | | MR. McKAY: So one little housekeeping |
| 15 | | item is that the court reporter here is |
| 16 | | going to type up everything that was |
| 17 | | said based on her notes that she's been |
| 18 | | taking here. And it is your testimony |
| 19 | | and, as your testimony, you have the |
| 20 | | right to look over the transcript to |
| 21 | | make sure it is entirely accurate. You |
| 22 | | can tell her today that you would like |
| 23 | | to do that, in which case she will get |
| 24 | | your information and make arrangements |
| 25 | | with you to go through that process or |

EXHIBIT A

```
 1              you can tell her today that you waive
 2              that and then she knows that she
 3              doesn't have to follow up with you.
 4              What would you like to do?
 5         THE WITNESS:  You can follow up with me.
 6         COURT REPORTER:  Your e-mail address?
 7         THE WITNESS:  ariciabindeR@yahoo.com.
 8         MR. McKAY:  And I do have to mention to
 9              you -- I know you're a very busy person
10              -- Federal rules say 30 days is all you
11              get from the day she gives it to you
12              and if you don't get it back to her
13              with changes after the 30 days, then it
14              is presumed that you are okay with it
15              the way it is.
16         THE WITNESS:  I voice understanding.
17         MR. McKAY:  Okay.  Thank you.
18         THE WITNESS:  Thank you, everybody.
19         MR. McKAY:  He'll just say that we're
20              off the record here.
21         VIDEOGRAPHER:  This concludes the
22              deposition of Aricia Binder, media
23              number one.  The time is 4:38 p.m.
24              We're off the record.
25         (WHEREUPON the deposition was concluded
```

EXHIBIT A



```
 1                    at 4:38 p.m.)
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

EXHIBIT A

1    STATE OF NORTH CAROLINA      )
                                  )    C E R T I F I C A T E
2    COUNTY OF CABARRUS           )

3

4            I, Shannon J. Colangelo, Notary Public, do hereby

5    certify that ARICIA BINDER was duly sworn by me prior to the

6    taking of her deposition; that said deposition was taken and

7    transcribed by me; and that the foregoing pages are a true and

8    accurate transcript of the testimony of said witness.   I

9    further certify that the persons were present as stated.

10           I further certify I am not of counsel for or in the

11   employment of any of the parties to this action, nor am I

12   interested in the result of said action.

13           IN WITNESS WHEREOF, I have hereunto subscribed my name,

14   this 5th day of January, 2023.

15

16

17

18

19

20

21

22                          _Shannon J. Colangelo_

23                          Shannon J. Colangelo
                            Notary #200734500005
24                          My Commission Expires:   12/10/27

25

EXHIBIT A

1                    VERIFICATION OF DEPONENT

2

3

4          I, ARICIA BINDER, have read the foregoing testimony,

5    which was reported by Shannon J. Colangelo, Notary Public in

6    and for the State of North Carolina, on November 17, 2022.

7          I find the transcript of my testimony to be true and

8    accurate according to my testimony on that date, with the

9    exception of _____ corrections as listed on the attached

10   errata page, which was completed by me.

11

12

13                                        _____

14                                        ARICIA BINDER

15

16

17   Sworn to and Subscribed before me

18   this _____ day of _____, 2023.

19

20

21   _____
              Notary Public
22
     My Commission Expires _____
23

24

25

EXHIBIT A

1              E R R A T A   S H E E T

2     Page #  Line #      Change/Correction (& Explanation)

3     _____  _____    _____

4     _____  _____    _____

5     _____  _____    _____

6     _____  _____    _____

7     _____  _____    _____

8     _____  _____    _____

9     _____  _____    _____

10    _____  _____    _____

11    _____  _____    _____

12    _____  _____    _____

13    _____  _____    _____

14    _____  _____    _____

15    _____  _____    _____

16    _____  _____    _____

17    _____  _____    _____

18    _____  _____    _____

19    _____  _____    _____

20    _____  _____    _____

21          The above changes were noted by me on this errata page
22    before signing the attached verification of deponent.  I have
      retained a copy of this errata page for my records, and the
23    court reporter is to attach this page and my verification to
      the original transcript.
24
      Dated:  _____  _____
25                                    ARICIA BINDER