MARGARET A. MCLETCHIE (Nevada Bar No. 10931)
MCLETCHIE LAW GROUP, PLLC
602 South 10th Street
Las Vegas, NV 89101
Phone: (702) 728-5300
Email: efile@nvlitigation.com

*Attorney for Plaintiffs*

CHARLES A. MICHALEK, ESQ. (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor, <br><br> *Plaintiffs*, <br><br> v. <br><br> FRONTIER AIRLINES, INC., SCOTT WARREN, and REX SHUPE, <br><br> *Defendants*. | Case No.: 2:19-cv-01322-KJD-DJA <br><br> **STIPULATION REGARDING RULE 35 EXAM AND RELATED DISCOVERY** |

Pursuant to Magistrate Judge Albregts' Order dated March 6, 2023 (ECF No. 235), Plaintiffs Peter DelVecchia, individually and as next friend of A.D., a minor (collectively "Plaintiffs"), and Defendants Frontier Airlines, Inc. ("Frontier"), Scott Warren, and Rex Shupe (collectively "Defendants"), each by their undersigned counsel, hereby file this Stipulated Motion to set discovery deadlines related to the completion of the Rule 35 examination of A.D., which has been scheduled for June 29, 2023, in Raleigh, North Carolina. The parties respectfully request that the Court enter an order setting the following deadlines:

- **Dr. Holland's expert report to be disclosed by July 31, 2023;**

- **Plaintiffs to disclose any rebuttal expert report by August 30, 2023;**

- **Plaintiffs to depose Dr. Holland by September 29, 2023.**

In the March 6, 2023, Order, Magistrate Judge Albregts also directed the parties to address whether they will seek an extension of the remaining dispositive motion and joint pretrial order deadlines. At this time, the parties do not anticipate seeking an extension of dispositive motion and joint pretrial order deadlines given that such deadlines are tied to the completion of the depositions of Frontier's Rule 30(b)(6) corporate representatives. Pursuant to Magistrate Judge Albregts' Order dated December 8, 2022, the deadline to file dispositive motions is 30 days after the completion of the Rule 30(b)(6) deposition of Frontier, and the deadline to file the joint proposed pretrial order is 30 days after the deadline to file dispositive motions. (See ECF No. 224)

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED this 6th day of June, 2023.

Respectfully submitted,

*/s/ Brian T. Maye*

Brian T. Maye *(admitted pro hac vice)*
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
Phone: (312) 422-5713
Email: bmaye@hinshawlaw.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

**Attorneys for Defendants Frontier Airlines, Inc., Scott Warren & Rex Shupe**

*/s/ John D. McKay (with consent)*
John D. McKay (admitted *pro hac vice*)

|   |   |
|---|---|
| 1 | |
| 2 | PARK AVENUE LAW LLC |
|   | 201 Spear Street, Suite 1100 |
| 3 | San Francisco, California 94105 |
|   | Phone: (434) 531-9569 |
| 4 | Email: johndmckayatty@gmail.com |

PARK AVENUE LAW LLC
201 Spear Street, Suite 1100
San Francisco, California 94105
Phone: (434) 531-9569
Email: johndmckayatty@gmail.com

MARGARET A. MCLETCHIE
Nevada Bar No. 10931
MCLETCHIE LAW GROUP, PLLC
602 South 10th Street
Las Vegas, NV 89101
Phone: (702) 728-5300
Email: efile@nvlitigation.com

***Attorneys for Plaintiffs Peter DelVecchia & A.D., a Minor***