CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

BRIAN T. MAYE, ESQ.
HINSHAW & CULBERTSON LLP
151 North Franklin Street
Suite 2500
Chicago, Illinois 60606
Phone: (312) 422-5713
Email: bmaye@hinshawlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PETER DELVECCHIA, *et al.,* | **Case No: 2:19-CV-01322-KJD-DJA** |
| Plaintiffs, | |
| v. | **NOTICE REGARDING** |
| FRONTIER AIRLINES, INC., *et al.,* | **RULE 35 EXAMINATION** |
| Defendants. | |

NOW COME the Defendants, FRONTIER AIRLINES, INC., REX SHUPE, and SCOTT WARREN ("Defendants"), to advise the Court of a violation of a condition placed on the Rule 35 Examination of Plaintiff A.D., a minor:

1) The Defendants retained Dr. Stephanie Holland in the above-captioned case to perform a Rule 35 Examination of the minor Plaintiff A.D.

2) On August 5, 2022, Magistrate Judge Daniel Albregts entered a written Order granting Frontier's motion to conduct the Rule 35 Exam. The Order placed several conditions on the Exam, one of which was a prohibition against the use of recording devices. ECF No. 195, p. 8.

3) On February 13, 2023, United States District Judge Kent J. Dawson entered a written Order denying Plaintiffs' Rule 72(a) Objection to Magistrate Judge Albregts' ruling. ECF No. 231.

4) Defendants' counsel sent several materials to Dr. Holland to aid in her preparation for the Rule 35 Examination, including copies of the aforementioned Orders. Defendants' counsel also discussed with Dr. Holland the conditions imposed by Magistrate Judge Albregts, and understood that Dr. Holland was aware of the prohibition against recording devices.

5) Dr. Holland was originally scheduled to examine A.D. on June 28, 2023, but her flight from Las Vegas, Nevada to Raliegh-Durham, North Carolina was cancelled, and the exam was rescheduled for July 25, 2023.

6) Shortly after A.D.'s Rule 35 Exam on July 25, 2023, Plaintiffs' counsel advised Counsel for Defendants that Dr. Holland had recorded portions of the Exam, in violation of Judge Albregts' original ruling.

7) Dr. Holland's Affidavit is attached hereto as **Exhibit A**.

8) The affidavit of Brian T. Maye, counsel for the Defendants, is attached as **Exhibit B**.

9) It appears that Dr. Holland was having a difficult time hearing A.D. during the exam, so she recorded parts of A.D.'s Rule 35 Exam using her cell phone.

10) Consistent with the statements in the Affidavits of Dr. Holland and Mr. Maye, upon learning of the recordings of A.D.'s Rule 35 Examination, Mr. Maye immediately contacted Dr. Holland and asked her to preserve the recordings.

11) Counsel for Defendants understands that Dr. Holland has neither listened to the recordings herself nor allowed anyone else to listen to the recordings, including counsel for Defendants.

12) Defendants file this Notice out of an abundance of caution to alert the Court to a violation of a Court Order, and state that they will make the aforementioned recordings available for *in camera* review should the Court deem necessary for any reason.

DATED this 5TH day of September 2023.    Respectfully submitted,

*/s/ Richard C. Harris*_____
Richard C. Harris, Esq. (admitted *pro hac vice*)
HINSHAW & CULBERTSON LLP
151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
bmaye@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2023, I caused the foregoing to be electronically filed with the United States District Court for the District of Nevada using the CM/ECF system.

By: */s/ Richard C. Harris*