MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW GROUP, PLLC**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com

JOHN D. MCKAY, California Bar No. 220202 (*admitted pro hac vice*)
**PARK AVENUE LAW LLC**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (434) 531-9569 / Fax: (407) 264-6551
Email: johndmckayatty@gmail.com

*Counsel for Plaintiffs Peter DelVecchia and A.D., a Minor*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, | Case No: 2:19-CV-01322-KJD-DJA |
| Plaintiffs, | |
| vs. | **PLAINTIFFS' MOTION TO EXCLUDE DEFENSE EXPERT STEPHANIE HOLLAND OR, IN THE ALTERNATIVE, FOR PRODUCTION OF IMPROPERLY OBTAINED RECORDING AND EXTENSION OF DEPOSITION DEADLINE** |
| FRONTIER AIRLINES, INC., *et al.*, | |
| Defendants. | **INDEX OF EXHIBITS** |

Exhibit A: ………………Declaration of John D. McKay

Exhibit B: ………………Declaration of A.D. (**filed under seal**)