**EXHIBIT B**

**Declaration of A.D.**
**(Filed under Seal)**