# EXHIBIT E

| | |
|---|---|
| From: | Maye, Brian T. |
| To: | John McKay |
| Cc: | Harris, Richard C. |
| Subject: | DelVecchia v. Frontier Airlines, Inc. |
| Date: | Wednesday, July 5, 2023 12:35:57 PM |
| Attachments: | image001.jpg |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |
| | image005.jpg |
| | image006.png |
| | image007.png |

John – July 25th at 9am works for the IME.

Brian

**Brian T. Maye**
Partner
**Hinshaw & Culbertson LLP**

*Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
*Note my new address and email:*

151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O**: 312-422-5713  **Cell**: 312-286-5117 | **F**: 312-704-3001
bmaye@hinshawlaw.com
My Bio | hinshawlaw.com

Follow us on   

Hinshaw & Culbertson LLP

Link to Hinshaw website


**From:** John McKay <johndmckayatty@gmail.com>
**Sent:** Wednesday, June 28, 2023 3:42 PM
**To:** Maye, Brian T. <bmaye@hinshawlaw.com>
**Subject:** DelVecchia v. Frontier Airlines, Inc.

*** External email ***

**CAUTION: Verify the sender and use caution before opening any attachments, clicking on

**links or responding to a request for information.**\*\*

Brian,

We need to be cognizant of the facts that ▮▮▮▮ starts school on August 25 and hockey, and that they have a planned vacation coming up. Peter informs me that they can be available for the IME on July 25, 26 or 27, or on August 16, 17 or 23.

Kind regards,
John

--

**John D. McKay**
Attorney at Law (CA, CO, FL, ME, NY, VT, WV)
Barrister and Solicitor (Ontario)
Solicitor (England and Wales)
**Park Avenue Law LLC and Aerolex Park Avenue**
San Francisco, CA/Winter Park, FL/Toronto, ONT
Tel. (434) 531-9569

Delivery Address:

201 Spear Street, Suite 1100
San Francisco, CA 94105


