UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

PETER DELVECCHIA, individually
and as next friend of A.D., a Minor,

Plaintiffs,

v.

FRONTIER AIRLINES, INC., et al.,

Defendants.

Case No.: 2:19-cv-01322-KJD-DJA

**Defendants' Unopposed Motion to Remove E-Filed Document ECF No. 256-5**

**DEFENDANTS' UNOPPOSED MOTION TO REMOVE E-FILED
DOCUMENT ECF NO. 256-5 FROM THE DOCKET**

Defendants FRONTIER AIRLINES, INC. ("Frontier"), REX SHUPE AND SCOTT WARREN (collectively "Defendants"), by their undersigned counsel, request that their fifth exhibit (or Exhibit E) to their response to Plaintiffs' Motion for Sanctions (See ECF. No. 256-5) be removed from the docket. Plaintiffs do not oppose this motion.

In their fifth exhibit (Exhibit E) attached to their response to Plaintiffs' Motion for Sanctions, Defendants inadvertently failed to redact a reference to minor plaintiff A.D.'s first name that was contained in an email from Plaintiffs' counsel. (See ECF. No. 256-5) Defendants ask that the fifth exhibit (Exhibit E) be removed from the docket. On October 2, 2023, Defendants filed a corrected exhibit that has a redaction to the reference to A.D.'s first name. (See ECF No. 257)

Date: October 2, 2023

Respectfully submitted,

**FRONTIER AIRLINES, INC.,
REX SHUPE AND SCOTT WARREN**

*/s/ Brian T. Maye*
Brian T. Maye *(*admitted *pro hac vice*)
Richard C. Harris (admitted pro hac vice)
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Phone: (312) 422-5713

83545\314892308.v1

| | |
|---|---|
| 1 | Email: bmaye@hinshawlaw.com |
| 2 | rharris@hinshawlaw.com |
| 3 | Charles A. Michalek (Nevada Bar No. 5721) |
| | ROGERS, MASTRANGELO, CARVALHO |
| 4 | 700 South Third Street |
| | Las Vegas, Nevada 89101 |
| 5 | Email: cmichalek@rmcmlaw.com |

2

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2023, I caused the foregoing to be electronically filed with the United States District Court for the District of Nevada using the CM/ECF system.

By: */s/ Brian T. Maye*

3

83545\314892308.v1