# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER DELVECCHIA, individually
and as next friend of A.D., a Minor,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC., et al.,

    Defendants.

Case No.: 2:19-cv-01322-KJD-DJA

**Defendants' Unopposed Motion to Remove E-Filed Documents ECF Nos. 261 and 262**

## DEFENDANTS' UNOPPOSED MOTION TO REMOVE E-FILED DOCUMENTS ECF NOS. 261 and 262 FROM THE DOCKET

Defendants FRONTIER AIRLINES, INC. ("Frontier"), REX SHUPE AND SCOTT WARREN (collectively "Defendants"), by their undersigned counsel, request that their Response to Plaintiffs' Motion for Sanctions (See ECF. No. 261 and 262) be removed from the docket. Plaintiffs do not oppose this motion.

In their second and fifth exhibits (Exhibits B and E) attached to their Response to Plaintiffs' Motion for Sanctions, Defendants inadvertently failed to redact a reference to minor plaintiff A.D.'s first name that was contained in an emails between counsel. Defendants ask that Documents ECF Nos. 261 and 262 be removed from the docket. Defendants will filed corrected documents by October 6, 2023, as directed by the Court. (See ECF No. 259)

Date: October 5, 2023

Respectfully submitted,

**FRONTIER AIRLINES, INC.,
REX SHUPE AND SCOTT WARREN**

*/s/ Brian T. Maye*
Brian T. Maye *(*admitted *pro hac vice*)
Richard C. Harris (admitted pro hac vice)
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Phone: (312) 422-5713

83545\314927938.v1

```
 1                                           Email: bmaye@hinshawlaw.com
                                                    rharris@hinshawlaw.com
 2
                                             Charles A. Michalek (Nevada Bar No. 5721)
 3                                           ROGERS, MASTRANGELO, CARVALHO
                                             700 South Third Street
 4                                           Las Vegas, Nevada 89101
                                             Email: cmichalek@rmcmlaw.com
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

83545\314927938.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2023, I caused the foregoing to be electronically filed with the United States District Court for the District of Nevada using the CM/ECF system.

By: */s/ Brian T. Maye*

83545\314927938.v1