

20 South Clark Street, Suite 2500, Chicago, Illinois 60603-1804  
Telephone: 312.345.0700  Facsimile: 312.345.9860  
www.amm-law.com

Brian T. Maye  
312.422.5713  
bmaye@amm-law.com

June 4, 2021

**VIA EMAIL PDF FORMAT**

John D. McKay  
PARK AVENUE LAW LLC  
johndmckayatty@gmail.com

Timothy R. Titolo  
TITOLO LAW OFFICE  
tim@titololaw.com

   Re: *Peter DelVecchia, et al. v. Frontier Airlines, Inc., et al.*

Dear John and Tim,

  Pursuant to Rule 35 of the Federal Rules of Civil Procedure, we seek a mental examination of Plaintiff A.D. on July 7 & 8 at 10:00 a.m. at the following address:

     **Desert Psychological**  
     **3067 E. Warm Springs Rd.**  
     **Ste. 100**  
     **Las Vegas, NV 89120**

Our retained expert, Dr. Stephanie Holland, will be conducting the examination. We have attached a proposed protocol regarding the examination. We have also attached Dr. Holland's curriculum vitae. Please let us know as soon as possible if you will agree to the examination as proposed.

       Very truly yours,

       ADLER MURPHY & McQUILLEN LLP

       */s/ Brian T. Maye*

       Brian T. Maye

BTM:rs  
cc: Matthew D. Martin  
  Charles A. Michalek

EXHIBIT B

1  CHARLES A. MICHALEK, ESQ.
   Nevada Bar No. 5721
2  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
   700 South Third Street
3  Las Vegas, Nevada 89101
   Phone: (702) 383-3400
4  Email: cmichalek@rmcmlaw.com

5  BRIAN T. MAYE (admitted *pro hac vice*)
   MATTHEW D. MARTIN (admitted *pro hac vice*)
6  ADLER MURPHY & McQUILLEN LLP
7  20 South Clark Street, Suite 2500
   Chicago, Illinois 60603
8  Phone: (312) 345-0700
   Email: bmaye@amm-law.com
9         mmartin@amm-law.com

10 *Attorneys for Defendant FRONTIER AIRLINES, INC.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor, | Case No.: 2:19-cv-01322-KJD-DJA |
| *Plaintiffs*, | |
| v. | |
| FRONTIER AIRLINES, INC., *et al.*, | |
| *Defendants*. | |

**DEFENDANT FRONTIER AIRLINES, INC.'S**
**NOTICE OF RULE 35 MENTAL EXAMINATION OF PLAINTIFF A.D.**

TO:   John D. McKay                    Timothy R. Titolo
      PARK AVENUE LAW LLC              TITOLO LAW OFFICE
      127 West Fairbanks Avenue, Suite 519   9950 West Cheyenne Avenue
      Winter Park, Florida 32789       Las Vegas, Nevada 89129
      johndmckayatty@gmail.com         tim@titololaw.com

Pursuant to Rule 35 of the Federal Rules of Civil Procedure, you are hereby notified that Plaintiff A.D. has been scheduled for a mental examination with Dr. Stephanie Holland on Wednesday, July 7,

- 1 -

2021, at 10:00 a.m. and Thursday, July 8, 2021, at 10:00 a.m. The examination will be conducted at the following location:

>Desert Psychological
>3067 E. Warm Springs Rd.
>Ste. 100
>Las Vegas, NV 89120

We have attached the proposed protocol for the examination, as well as Dr. Holland's *curriculum vitae* and court cases *vitae*.

DATED June 4, 2021                              Respectfully submitted,

**FRONTIER AIRLINES, INC.**

/s/ Brian T. Maye
_____
Brian T. Maye *(admitted pro hac vice)*
Matthew D. Martin (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
           mmartin@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

**CERTIFICATE OF SERVICE**

Pursuant to LR IC 4-1, I hereby certify that on the 4th day of June 2021, the foregoing **Rule 35 Notice of Examination** was served upon the following counsel of record *by email only*:

John D. McKay
PARK AVENUE LAW LLC
127 West Fairbanks Avenue, Suite 519
Winter Park, Florida 32789
Phone: (800) 391-3654
Email: johndmckayatty@gmail.com

Timothy R. Titolo
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

*Attorneys for Plaintiffs*

/s/ Brian T. Maye

- 3 -