# EXHIBIT B

| | |
|---|---|
| **From:** | John McKay |
| **To:** | Maye, Brian T. |
| **Cc:** | Maggie; Cunningham III, Eric A.; Harris, Richard C. |
| **Subject:** | Re: elVecchia v. Frontier Airlines, Inc. |
| **Date:** | Tuesday, May 16, 2023 1:29:52 PM |
| **Attachments:** | image001.jpg |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |
| | image005.jpg |
| | image006.png |
| | image007.png |

## *** External email ***

**\*\*CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.\*\***

Thanks Brian. I have checked with them and June 29th works. Let's plan on that for the date of the IME.

Kind regards,
John



**John D. McKay**
Attorney at Law (CA, CO, FL, ME, NY, VT, WV)
Barrister and Solicitor (Ontario)
Solicitor (England and Wales)
**Park Avenue Law LLC and Aerolex Park Avenue**
San Francisco, CA/Winter Park, FL/Toronto, ONT
Tel. (434) 531-9569

Delivery Address:
201 Spear Street, Suite 1100
San Francisco, CA 94105

          



On Mon, May 15, 2023 at 11:26 AM Maye, Brian T. <bmaye@hinshawlaw.com> wrote:

> John,
>
>
> Unfortunately, Dr. Holland is not available on June 22 or 23. However, she is available on the following dates:

Wednesday June 7th

Thursday June 29th

Tuesday July 18th

Wednesday July 19th


Do any of these work for ███ and Peter?


Thanks.


Brian



**Brian T. Maye**
Partner
**Hinshaw & Culbertson LLP**

*Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
*Note my new address and email:*

151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-422-5713 **Cell:** 312-286-5117 | **F:** 312-704-3001
bmaye@hinshawlaw.com
My Bio | hinshawlaw.com

**Follow us on**

Hinshaw & Culbertson LLP

Link to Hinshaw website

**From:** John McKay <johndmckayatty@gmail.com>
**Sent:** Monday, April 24, 2023 4:17 PM
**To:** Maye, Brian T. <bmaye@hinshawlaw.com>
**Cc:** Maggie <Maggie@nvlitigation.com>; Cunningham III, Eric A.
<ecunningham@hinshawlaw.com>; Harris, Richard C. <rharris@hinshawlaw.com>
**Subject:** Re: DelVecchia v. Frontier Airlines, Inc.


# *** External email ***

**\*\*CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.\*\***

Hi Brian,


June 22 or 23 would work.


Thanks,
John




**John D. McKay**

Attorney at Law (CA, CO, FL, ME, NY, VT, WV)

Barrister and Solicitor (Ontario)

Solicitor (England and Wales)

**Park Avenue Law LLC and Aerolex Park Avenue**

San Francisco, CA/Winter Park, FL/Toronto, ONT

Tel. (434) 531-9569


Delivery Address:

201 Spear Street, Suite 1100

San Francisco, CA 94105



On Mon, Apr 24, 2023 at 3:04 PM Maye, Brian T. <bmaye@hinshawlaw.com> wrote:

John,

Dr. Holland is not available on May 5th. Can you provide a few more dates in May/June? Thanks.

Brian

**Brian T. Maye**
Partner
**Hinshaw & Culbertson LLP**

*Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
*Note my new address and email:*

151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-422-5713 | **F:** 312-704-3001
bmaye@hinshawlaw.com
My Bio | hinshawlaw.com

Follow us on 

Hinshaw & Culbertson LLP

Link to Hinshaw website

---

**From:** John McKay <johndmckayatty@gmail.com>
**Sent:** Wednesday, April 19, 2023 11:27 AM
**To:** Maye, Brian T. <bmaye@hinshawlaw.com>
**Cc:** Maggie <Maggie@nvlitigation.com>
**Subject:** Re: DelVecchia v. Frontier Airlines, Inc.

# *** External email ***

**CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.**

I have one date from them: May 5. Can we make that work?

On Wed, Apr 19, 2023 at 9:28 AM Maye, Brian T. <bmaye@hinshawlaw.com> wrote:

> Thanks, John. Yes – I will prepare the stip today. Also, we need to schedule the IME. Dr. Holland has gotten her temporary license, and we can now proceed.  Can we get dates in May during the week?
>
>
>
> **Brian T. Maye**
> Partner
> **Hinshaw & Culbertson LLP**
>
> *Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
> *Note my new address and email:*
>
> 151 North Franklin Street, Suite 2500, Chicago, IL 60606
>
> **O:** 312-422-5713 | **F:** 312-704-3001

bmaye@hinshawlaw.com
My Bio | hinshawlaw.com

**Follow us on**  [?] [?] [?]

Hinshaw & Culbertson LLP
[?]

Link to Hinshaw website
[?]

---

**From:** John McKay <johndmckayatty@gmail.com>
**Sent:** Tuesday, April 18, 2023 1:25 PM
**To:** Maye, Brian T. <bmaye@hinshawlaw.com>
**Cc:** Maggie <Maggie@nvlitigation.com>
**Subject:** DelVecchia v. Frontier Airlines, Inc.

# *** External email ***

**\*\*CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.\*\***

Hi Brian,

Of the dates I recently gave you, May 22 is no longer available. Are you preparing a stipulation containing the rest of them?

Thanks,

John

John D. McKay

Attorney at Law (CA, CO, FL, ME, NY, VT, WV)

Barrister and Solicitor (Ontario)

Solicitor (England and Wales)

**Park Avenue Law LLC and Aerolex Park Avenue**

San Francisco, CA/Winter Park, FL/Toronto, ONT

Tel. (434) 531-9569

Delivery Address:

201 Spear Street, Suite 1100

San Francisco, CA 94105

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any attachments.