# EXHIBIT C

## DECLARATION OF DR. STEPHANIE HOLLAND

I, Dr. Stephanie Holland, declare and state the following:

1. I am a licensed psychologist in the States of Nevada and Colorado. I hold a Bachelor of Arts in Psychology from the University of Nevada, Las Vegas, a Master of Arts in Psychology from the California School of Professional Psychology, and a Doctorate in Psychology, obtained in 1996, from the California School of Professional Psychology.

2. I held the position of Exam Commissioner for the State Board of Psychological Examiners for 5 years, overseeing the preparation and development of the psychological state examination for new licensees. In 2018, I was appointed by Nevada Governor Brian Sandoval as a Board Member for the State of Nevada Board of Psychological Examiners, which is responsible for the regulation and professional conduct of individuals in the psychological field. My appointment was reconfirmed approximately one year ago. Prior to my initial appointment and reappointment, my personal and professional backgrounds were closely vetted by the Governor's Office.

3. I am in good standing with both the Nevada and Colorado Boards, and I have never been reprimanded for misconduct. I have interviewed and evaluated thousands of children and young adults over the years, mostly court ordered (involuntary) and never once have been described or accused of being "adversarial."

4. On June 28, 2023, while I was at the Denver International Airport prepared to travel for the scheduled examination of A.D. on June 29, 2023, my flight from Denver, Colorado to Raleigh/Durham, North Carolina (UA 2269) was canceled due to weather. (See Cancellation Email from United Airlines, attached as Ex. 1) I was unable to book a replacement flight that would have gotten me to Raleigh, North Carolina in time for the scheduled examination the following day.

5. I have reviewed Plaintiffs' Motion for Sanctions related to the examination of A.D. on July 25, 2023, in Raleigh, North Carolina.

6. I am not sure what "facial" expressions Plaintiffs are referring to in their motion. My recollection of the interview is that A.D. and I established very good rapport with A.D. and had a very comfortable discussion.

7. At one point during the interview, A.D. and I were discussing the "affection his father reportedly shows him on a regular basis – and I did ask him if he thought this was typical of teen boys and their fathers. When I asked this question, I was not adversarial or even challenging. In fact, at that point of the interview, we had established rapport and he had exhibited the ability proven he was able to tell me if he felt uncomfortable with a particular question. A.D. never

expressed discomfort with this question. Also, when A.D. thought information was inaccurate, he would correct me. He also sought clarification if he did not understand what I was asking.

8. At no time did A.D. appear overtly uncomfortable during the interview. He appeared to be quite at was at ease the majority of time. The only time he potentially appeared "uncomfortable" was noted in my report, "Of note, he politely declined to elaborate on certain topics he deemed not related to the current case (e.g., did not want to discuss how his mother passed away, his father's personal life, or his religion) and described himself as a private person." unless I was trying to understand details about how he was feeling about something.

9.

10. Raw data is never included in reports – this would violate test security and jeopardize the merits of psychological testing. I, of course, would make available the testing data should I be asked to produce it. However, it would only be appropriate to produce the data to another professional who can interpret such data.

11. My application for a temporary license to practice in North Carolina had to be timed carefully because the temporary license can only be issued once per year, and it is valid only for a period of five days. limited period of time.

12. I regularly audio record interviews to facilitate the process and preserve what is said in the event I later need to confirm the information. AD's speech and volume were actually good during the interview. I record out of routine practice, which is customary, especially for forensic assessments, in order to obtain accurate information from the client. I did not intentionally violate the court's order. This was an honest mistake. This recording only lasts approximately 30 minutes.

13. I did <u>not</u> ask A.D. for his consent to record. I informed him what I was doing and why, which is my customary practice.

14. I am not sure how to address the claim that I misrepresented A.D.'s responses to my questions. I have no reason to "misrepresent" what he told me or how AD answered questions. In any event, the answers A.D. provided to me were consistent with his therapy records.

15. A.D. showed no overt signs of being uncomfortable during the interview. To the contrary, I felt we established rapport under the circumstances quite nicely – had I sensed something otherwise I would have noted it in my report.

16. My previous statement that I chose to record "segments" is inaccurate. I began recording at the beginning of the interview, but the recording turned off after approximately 30 minutes.

17.     Most of the interview of A.D. was not recorded.

18.     With respect to Abid v. Abid, in that case a parent improperly recorded their child. It had nothing to do with any recording I made.

**I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.**

Dated: September 29, 2023

*[signature]*

Dr. Stephanie Holland

From: **United Airlines** <notifications@united.com>
Date: Wed, Jun 28, 2023 at 12:32 PM
Subject: **We've canceled your flight to Raleigh/Durham (RDU)**
To: <DRHOLLAND@desertpsychnv.com>

# We've canceled your flight to Raleigh/Durham (RDU)

We're sorry to let you know we've canceled flight UA2269 from Denver to Raleigh/Durham because of forecasted or severe weather conditions.

**You can get travel help without standing in line. You can talk, text, or video chat with a United airport expert, or you can view other flight options and rebook your flight by visiting the United app or United.com.**

You can also change your flight to a different day, departure time, or connect through a different city.

Learn more about our cancellation and refund policies

Confirmation number: JNNE4K

Reservations     Deals & offers     MileagePlus®     My United

This email was sent to DRHOLLAND@DESERTPSYCHNV.COM by United Airlines.
Please do not reply to this email. We cannot accept electronic replies to this email address.

© 2023 United Airlines. All rights reserved. United Airlines, Inc. 233 S. Wacker Drive Chicago, IL 60606

Contact us   |   Email preferences   |   Privacy policy

**EXHIBIT 1**

83545\314869923.v1