# EXHIBIT D

| | |
|---|---|
| **From:** | Maye, Brian T. |
| **To:** | John McKay |
| **Cc:** | Harris, Richard C. |
| **Subject:** | Delvecchia v. Frontier Airlines, Inc. |
| **Date:** | Wednesday, June 28, 2023 3:00:03 PM |
| **Attachments:** | image001.jpg |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |
| | image005.jpg |
| | image006.png |
| | image007.png |

John,

Dr. Holland was unable to book another flight, so we'll have to reschedule the IME. We'll get some proposed dates and pass them along shortly.

Brian

**Brian T. Maye**
Partner
**Hinshaw & Culbertson LLP**

*Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
*Note my new address and email:*

151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-422-5713 **Cell**: 312-286-5117 | **F:** 312-704-3001
bmaye@hinshawlaw.com
My Bio | hinshawlaw.com

Follow us on



Hinshaw & Culbertson LLP

Link to Hinshaw website

**From:** Maye, Brian T.
**Sent:** Monday, June 26, 2023 9:04 AM
**To:** 'John McKay' <johndmckayatty@gmail.com>
**Subject:** RE: Delvecchia v. Frontier Airlines, Inc.

John – we'll have it to you shortly.

Brian

**Brian T. Maye**
Partner
**Hinshaw & Culbertson LLP**

*Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
*Note my new address and email:*

151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-422-5713 **Cell**: 312-286-5117 | **F:** 312-704-3001
bmaye@hinshawlaw.com
My Bio | hinshawlaw.com

**Follow us on**

Hinshaw & Culbertson LLP

Link to Hinshaw website

---

**From:** John McKay <johndmckayatty@gmail.com>
**Sent:** Monday, June 26, 2023 12:36 AM
**To:** Maye, Brian T. <bmaye@hinshawlaw.com>
**Subject:** Delvecchia v. Frontier Airlines, Inc.

### *** External email ***

**CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.**

Hi Brian,

We need an address and start time for Dr. Holland's IME, please.

Thanks,
John

**John D. McKay**

Attorney at Law (CA, CO, FL, ME, NY, VT, WV)
Barrister and Solicitor (Ontario)
Solicitor (England and Wales)
**Park Avenue Law LLC and Aerolex Park Avenue**
San Francisco, CA/Winter Park, FL/Toronto, ONT
Tel. (434) 531-9569

Delivery Address:

201 Spear Street, Suite 1100
San Francisco, CA 94105



