# EXHIBIT F

| | |
|---|---|
| **From:** | Brian T. Maye |
| **To:** | John McKay |
| **Cc:** | Eric A. Cunningham III; Richard C. Harris |
| **Subject:** | RE: Delvecchia |
| **Date:** | Tuesday, March 28, 2023 3:54:00 PM |

Ok. I'll propose four more dates shortly.

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.

**From:** John McKay <johndmckayatty@gmail.com>
**Sent:** Monday, March 27, 2023 9:13 PM
**To:** Brian T. Maye <bmaye@AMM-LAW.com>
**Cc:** Eric A. Cunningham III <ecunningham@AMM-LAW.com>; Richard C. Harris <rharris@AMM-LAW.com>
**Subject:** Re: Delvecchia

Hi Brian,

None of the 4 dates works for me. I have a jury trial in the Northern District of California starting May 1 for the entire week, and jury selection is on April 28. Traveling there April 27.

John



**John D. McKay**
Attorney at Law (CA, CO, FL, ME, NY, VT, WV)
Barrister and Solicitor (Ontario)
Solicitor (England and Wales)
**Park Avenue Law LLC and Aerolex Park Avenue**
San Francisco, CA/Winter Park, FL/Toronto, ONT
Tel. (434) 531-9569

Delivery Address:
201 Spear Street, Suite 1100
San Francisco, CA 94105




On Mon, Mar 27, 2023 at 6:47 PM Brian T. Maye <bmaye@amm-law.com> wrote:

John,

Regarding proposed dates for the hearing, how does April 27 and 28 and May 4 and 5 work for you? As for the IME, we are supposed to hear from Dr. Holland this Wednesday about whether April 29th works for her. She is on vacation and returns this Wednesday, but it is our understanding that she submitted her request to practice temporarily in NC before she left for her vacation. It takes approximately 30 days for the request to get approved. If she submitted the request and April 29th works for her, we can then prepare the stipulation.

Let me know about the four dates for the hearing. Thanks.

Brian

Brian T. Maye
**ADLER MURPHY & McQUILLEN LLP**
20 S. Clark Street, Suite 2500
Chicago, Illinois 60603
Main: (312) 345-0700
Direct: (312) 422-5713
Mobile: (312) 286-5117
Facsimile: (312) 345-9860
www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us and delete the original message.

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.