# EXHIBIT G

| | |
|---|---|
| From: | Maye, Brian T. |
| To: | John McKay |
| Cc: | Maggie; Harris, Richard C. |
| Subject: | RE: DelVecchia v. Frontier Airlines, Inc. |
| Date: | Wednesday, April 19, 2023 10:28:05 AM |
| Attachments: | image001.jpg<br>image002.jpg<br>image003.jpg<br>image004.jpg<br>image005.jpg<br>image006.png<br>image007.png |

Thanks, John. Yes – I will prepare the stip today. Also, we need to schedule the IME. Dr. Holland has gotten her temporary license, and we can now proceed.  Can we get dates in May during the week?

**Brian T. Maye**
Partner
**Hinshaw & Culbertson LLP**

*Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
*Note my new address and email:*

151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-422-5713 | **F:** 312-704-3001
bmaye@hinshawlaw.com
My Bio | hinshawlaw.com

Follow us on  

Hinshaw & Culbertson LLP

Link to Hinshaw website


**From:** John McKay <johndmckayatty@gmail.com>
**Sent:** Tuesday, April 18, 2023 1:25 PM
**To:** Maye, Brian T. <bmaye@hinshawlaw.com>
**Cc:** Maggie <Maggie@nvlitigation.com>
**Subject:** DelVecchia v. Frontier Airlines, Inc.

### *** External email ***

**\*\*CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.\*\***

Hi Brian,

Of the dates I recently gave you, May 22 is no longer available. Are you preparing a stipulation containing the rest of them?

Thanks,
John

**John D. McKay**
Attorney at Law (CA, CO, FL, ME, NY, VT, WV)
Barrister and Solicitor (Ontario)
Solicitor (England and Wales)
**Park Avenue Law LLC and Aerolex Park Avenue**
San Francisco, CA/Winter Park, FL/Toronto, ONT
Tel. (434) 531-9569

Delivery Address:

201 Spear Street, Suite 1100
San Francisco, CA 94105


