# EXHIBIT H

| | |
|---|---|
| **From:** | John McKay |
| **To:** | Maye, Brian T. |
| **Cc:** | Harris, Richard C.; Maggie |
| **Subject:** | Re: Delvecchia |
| **Date:** | Wednesday, July 5, 2023 4:37:53 PM |
| **Attachments:** | image001.jpg |
| | image002.jpg |
| | image003.jpg |
| | image004.jpg |
| | image005.jpg |

## *** External email ***

**\*\*CAUTION: Verify the sender and use caution before opening any attachments, clicking on links or responding to a request for information.\*\***

Brian,

I am not in a position to do that.

Where are the September dates you promised for the Rule 30(b)(6) deposition?

Kind regards,
John


**John D. McKay**
Attorney at Law (CA, CO, FL, ME, NY, VT, WV)
Barrister and Solicitor (Ontario)
Solicitor (England and Wales)
**Park Avenue Law LLC and Aerolex Park Avenue**
San Francisco, CA/Winter Park, FL/Toronto, ONT
Tel. (434) 531-9569

Delivery Address:
201 Spear Street, Suite 1100
San Francisco, CA 94105

   



On Wed, Jul 5, 2023 at 8:39 PM Maye, Brian T. <bmaye@hinshawlaw.com> wrote:

> John,
>
> Can you provide us with the raw data from Dr. Ohler's evaluation and Dr. Halley's

evaluations?

Thanks.

Brian

**Brian T. Maye**
Partner
**Hinshaw & Culbertson LLP**

*Carrying on the Adler Murphy & McQuillen tradition at Hinshaw!*
*Note my new address and email:*

151 North Franklin Street, Suite 2500, Chicago, IL 60606

**O:** 312-422-5713 **Cell**: 312-286-5117 | **F:** 312-704-3001
bmaye@hinshawlaw.com
My Bio | hinshawlaw.com

**Follow us on**

Hinshaw & Culbertson LLP

Link to Hinshaw website

Hinshaw & Culbertson LLP is an Illinois registered limited liability partnership that has elected to be governed by the Illinois Uniform Partnership Act (1997).

The contents of this e-mail message and any attachments are intended solely for the addressee(s) named in this message. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments. Do not deliver, distribute or copy this message and/or any attachments and if you are not the intended recipient, do not disclose the contents or take any action in reliance upon the information contained in this communication or any

attachments.