Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PETER DELVECCHIA, individually )
and as next friend of A.D., a ) Case No.
Minor,                         ) 2:29-cv-01322-KJD-NJK
                               )
           Plaintiffs,         )
                               )
     vs.                       )
                               )
FRONTIER AIRLINES, INC., and   )
JOHN DOES 1 through 5,         )
inclusive,                     )
                               )
           Defendants.         )
_____)

VIDEOTAPED DEPOSITION OF A.D.

Taken on Tuesday, January 28, 2020

At 10:02 o'clock a.m.

At 9950 West Cheyenne Avenue

Las Vegas, Nevada

Reported by:   Helen M. Zamba, CCR #439



```
                                                        Page 2
 1   APPEARANCES:
 2   For the Plaintiffs:     JOHN D. McKAY, ESQ.
                             Park Avenue Law
 3                           127 West Fairbanks Avenue
                             Suite 519
 4                           Winter Park, Florida  32789
                             (800) 391-3654
 5                           johndmckayatty@gmail.com
 6   For the Defendants:     BRIAN T. MAYE, ESQ.
                             Adler Murphy & McQuillen
 7                           20 South Clark Street
                             Suite 2500
 8                           Chicago, Illinois  60603
                             bmaye@amm-law.com
 9
     The Videographer:       DAWN BECK
10
     Also Present:           PETER DELVECCHIA
11
```

```
                                                        Page 3
 1                  I N D E X
 2   Witness        Direct   Cross   Red.    Rec.
 3   A.D.
 4   (By Mr. Maye)     5             115
 5   (By Mr. McKay)            107

13                  EXHIBITS
14   Number         Description              Page
15                  (None)
```

```
                                                        Page 4
 1        THE VIDEOGRAPHER:  Good morning.  We are now
 2   on the record.
 3        This begins videotape number 1 in the
 4   deposition of A.D., a minor in the matter of Peter
 5   Delvecchia, et al. versus Frontier Airlines, Inc. in
 6   United States District Court, State of Nevada, Case
 7   Number 2:19-CV-01322-KJD-NJK.
 8        Today's date is January 28th, 2020.  The time
 9   is 10:02 a.m.
10        This deposition is being taken at
11   9950 West Cheyenne Avenue in Las Vegas, Nevada, at the
12   request of Adler Murphy McQuillen, LLP.
13        The videographer is Dawn Beck of Magna Legal
14   Services, and the court reporter is Helen Zamba of
15   Magna Legal Services.
16        Will counsel and all parties present state
17   their appearances and whom they represent.
18        MR. McKAY:  I'm John McKay of Park Avenue
19   Law, and I represent the plaintiffs.
20        MR. MAYE:  Brian Maye for Frontier Airlines.
21        THE VIDEOGRAPHER:  Will the court reporter
22   please swear in the witness.
23   Thereupon--
24             A.D.
25   was called as a witness by the Defendants, and having
```

```
                                                        Page 5
 1   been first duly sworn, testified as follows:
 2        (Counsel stipulated to waive the
 3         requirements under
 4         Rule 30(b)(4).)
 5            DIRECT EXAMINATION
 6   BY MR. MAYE:
 7      Q.  Yes, A.D., so I'm going to just go over some
 8   basic ground rules to help us with the deposition
 9   today.
10        One is what your counsel mentioned.  Please
11   try to speak up when answering.  Okay?
12      A.  (Witness nodding head.)
13      Q.  And the second piece of advice for you is
14   when answering, you need to say -- you need to
15   verbalize your answers.
16        Yes, no, I understand, instead of nodding or
17   going like this or saying uh-huh.
18      A.  Yes, sir.
19      Q.  Okay.  There -- perfect.  So I think
20   you'll -- you're going to be fine today.
21        And if you have any questions, certainly you
22   can stop me and say I don't understand, can you repeat
23   the question.  That's fine.
24        And if I'm asking a question, try to wait for
25   me to finish -- if I'm asking a question, try to wait
```



Page 66

1  Q.  Okay.  And then -- and then she ultimately
2  did move you to new seats?
3  A.  Yes.  She moved us to new seats.
4  Q.  After you were moved and before you were
5  separated, did any flight attendant ask you if you
6  wanted food or a drink?
7  A.  No.  I don't remember.  I don't -- okay.  I
8  don't remember.
9  Q.  Yeah.
10  A.  I don't know.
11  Q.  That's totally fine.  You don't remember.
12     Before being separated from your father, do
13  you recall your father ever rubbing your face?
14  A.  Can you make the question a little easier?
15  Q.  Sure.  At some point on the flight, you were
16  separated from your father.
17     Do you recall that?
18  A.  Yes, we were separated.
19  Q.  Okay.
20  A.  Got it.
21  Q.  Before that happened --
22  A.  Before it happened, yeah.
23  Q.  -- do you recall your father ever rubbing
24  your face?
25  A.  Yes.

Page 67

1  Q.  Okay.  And do you recall why he was rubbing
2  your face?
3  A.  Just being a loving, regular father.
4  Q.  Okay.  And do you recall how many times he
5  did that?
6  A.  Two times.  I don't really remember, just
7  because it's what any other father does.  So I don't
8  need to count how many times.
9  Q.  Okay.  And do you recall how long he was
10  rubbing your face for?
11  A.  No, I don't really need to.  He was just
12  being loving, so why -- why do I need to say one, two,
13  three, four, five?
14  Q.  I'm just -- just asking if you recall.
15  That's all.
16  A.  Okay.
17  Q.  So you don't -- you don't recall?
18  A.  No.
19  Q.  Okay.  Is -- does your father rub your --
20  your face frequently at home?
21  A.  Yeah.
22  Q.  And how about when you're out in public?
23  A.  Yes.
24  Q.  Prior to being separated on the plane, do you
25  recall your father rubbing your back?

Page 68

1  A.  Yeah.
2  Q.  Is that something he does frequently at home?
3  A.  Uh-huh.
4  Q.  Yes?
5  A.  Yes.
6  Q.  And is that something he does out in public?
7  A.  Yeah.
8  Q.  Yes?
9  A.  Wait, so you're -- yes.
10  Q.  Do you have a question?
11  A.  Um, are you trying to say that before the
12  incident happened, he was being affectionate?  Is that
13  what you're saying?
14     Like rubbing my face, is that what you're
15  saying, before it happened?
16  Q.  Before or after.
17  A.  So you're adding before and after.
18  Q.  Yes.  Well -- well, let me -- let me --
19  A.  Not as much after, because --
20  Q.  Okay.
21  A.  -- of the incident.  But before the incident
22  happened, yes, he did.
23  Q.  Okay.  Let's stick with just before.
24  A.  Okay.
25  Q.  Before the incident and now, does your

Page 69

1  father -- or before the incident, did your father rub
2  your back at home?
3  A.  Yes.  Before the incident happened, yes, he
4  did --
5  Q.  Okay.
6  A.  -- do it.
7  Q.  And how about after the incident, at home?
8  A.  Less.
9  Q.  At home --
10  A.  Yes.
11  Q.  -- less.  Okay.  And -- and how about in
12  public?
13  A.  A lot less.
14  Q.  How about -- oh, after the incident at home,
15  less.
16  A.  Yes.
17  Q.  And after the incident in public, less.
18  A.  Yes.
19  Q.  Prior to being separated on the plane, did
20  you have any -- do you follow that?
21  A.  So when -- what do you mean by prior, when
22  the incident --
23  Q.  Before.
24  A.  -- happened?  Before.
25  Q.  Yeah, so before.  So --

