## 20190328 - 2067 RDULAS

### Generated Jun 11 2019 18:34

1.
   - Time: 03/29 0436z
   - SMI: ARR
   - Description: In Event
   - Flight: F92067
   - Tail: N230FR
   - Dep: KRDU
   - Arr: KLAS
   - DSP ID: DDL
   - Freetext: - 0

2.
   - Time: 03/29 0427z
   - SMI: ARR
   - Description: On Event
   - Flight: F92067
   - Tail: N230FR
   - Dep: KRDU
   - Arr: KLAS
   - DSP ID: DDL
   - Freetext: - 82,

3.
   - Time: 03/29 0343z
   - SMI: CMD
   - Description: Uplink - FROM KLAS OPS
   - Flight: F92067
   - Tail: N230FR
   - Dep: KRDU
   - Arr: KLAS
   - DSP ID: No Value
   - Freetext:
     ```
     FROM KLAS OPS

     ETA 2150
     WHEELCHAIRS 5
     ELEC CART
     ICE BAGS
     UMS
     GATE  D22
     GATE AVAIL AT ARRIVAL  Y
     GND PWR  Y
     AIR START N
     AIR COND  Y
     NEXT FLIGHT  2000
     NEXT DEST  ATL
     -COPY THEY WILL MEET THE FLT IF THERE IS ANYMORE WITNESSES PLEASE DEPLANE THEM LAST AS WELL SO THEY CAN GIVE STATEMENTS....
     ```

4.
| | |
|---|---|
| Time | 03/29 0337z |
| SMI | M14 |
| Description | Special Request |
| Flight | F92067 |
| Tail | N230FR |
| Dep | No Value |
| Arr | KLAS |
| DSP ID | DDL |
| Freetext | 6393,JUST CONFIRM WE WILL,HAVE LEOS STANDING BY,AT THE GATE.,WE WILL DEPLANE THE,ADULT AND CHILD LAST |

5.
| | |
|---|---|
| Time | 03/29 0314z |
| SMI | CMD |
| Description | Uplink - LEOS WILL MEET T |
| Flight | F92067 |
| Tail | N230FR |
| Dep | KRDU |
| Arr | KLAS |
| DSP ID | No Value |
| Freetext | LEOS WILL MEET THE FLIGHT.<br>NO NEW INFO ON ADULT. |

6.
| | |
|---|---|
| Time | 03/29 0311z |
| SMI | A81 |
| Description | Aircrew Message |
| Flight | F92067 |
| Tail | N230FR |
| Dep | No Value |
| Arr | No Value |
| DSP ID | DDL |
| Freetext | CONFIRM THAT WE ARE SETFOR OUR ARR WITH LEO.ALSO IS THERE FURTHER INFO ON THIS ADULT..THEY ARE STILL SEPARATED |

7.
| | |
|---|---|
| Time | 03/29 0155z |
| SMI | A81 |
| Description | Aircrew Message |
| Flight | F92067 |
| Tail | N230FR |
| Dep | No Value |
| Arr | No Value |
| DSP ID | DDL |
| Freetext | THE FAS WHITNESSED IT. THEY ARE SEPERATED NOW |

8.
| | |
|---|---|
| Time | 03/29 0153z |
| SMI | CMD |
| Description | Uplink - did the FAs witn |
| Flight | F92067 |
| Tail | N230FR |

| | |
|---|---|
| Dep | KRDU |
| Arr | KLAS |
| DSP ID | No Value |
| Freetext | did the FAs witness the inappropriate touching or was it reported by another passenger or the younger male |

### 9.

| | |
|---|---|
| Time | 03/29 0147z |
| SMI | A81 |
| Description | Aircrew Message |
| Flight | F92067 |
| Tail | N230FR |
| Dep | No Value |
| Arr | No Value |
| DSP ID | DDL |
| Freetext | WE NEED SOME INPUT FROMYOU..AND SOC |

### 10.

| | |
|---|---|
| Time | 03/29 0147z |
| SMI | A81 |
| Description | Aircrew Message |
| Flight | F92067 |
| Tail | N230FR |
| Dep | No Value |
| Arr | No Value |
| DSP ID | DDL |
| Freetext | THERE SEEMS TO BE SOME IINAPPROIATE TOUCHINGBETWEEN AN OLDER MALEND A YOUNGER MALE..12YOORIGINAL SEATS 13D 13EFLT ATTS R UNCOMFORTABL |

### 11.

| | |
|---|---|
| Time | 03/29 0137z |
| SMI | CMD |
| Description | Uplink - FROM KLAS OPS |
| Flight | F92067 |
| Tail | N230FR |
| Dep | KRDU |
| Arr | KLAS |
| DSP ID | No Value |
| Freetext | FROM KLAS OPS<br><br>ETA 2051<br>WHEELCHAIRS<br>ELEC CART<br>ICE BAGS 5<br>UMS<br>GATE   D22<br>GATE AVAIL AT ARRIVAL   Y<br>GND PWR   Y<br>AIR START N<br>AIR COND   Y<br>NEXT FLIGHT   2000 |

NEXT DEST  ATL

HELLO - GATE D22, GATE CODE 022. TURNING FLT 2000 TO ATL IS DEPARTING @ 0005. SEE U GUYS IN LAS - THNX

---

12.
- Time: 03/29 0132z
- SMI: M14
- Description: Special Request
- Flight: F92067
- Tail: N230FR
- Dep: No Value
- Arr: KLAS
- DSP ID: DDL
- Freetext: 6393,,,,,

---

13.
- Time: 03/29 0002z
- SMI: DEP
- Description: Off Event
- Flight: F92067
- Tail: N230FR
- Dep: KRDU
- Arr: KLAS
- DSP ID: DDL
- Freetext: -   354,044224

---

14.
- Time: 03/28 2351z
- SMI: DEP
- Description: Out Event
- Flight: F92067
- Tail: N230FR
- Dep: KRDU
- Arr: KLAS
- DSP ID: DDL
- Freetext: -   ,,