# LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## VOLUNTARY STATEMENT

Page 1 of 2

Event # 190300 137169

### THIS PORTION TO BE COMPLETED BY OFFICER

**Specific Crime:**
**Date Occurred:** 3/28/19
**Time Occurred:** 1900
**Location of Occurrence:** FRONTIER FLIGHT 2067
**Sector/Beat:**
☐ City ☐ County

**Your Name (Last / First / Middle):** [redacted] — b6, b7C
**Date of Birth:** [redacted]
**Social Security #:** [redacted]
**Race / Sex / Height / Weight / Hair / Eyes:** [redacted]
**Work Schdl. (Hours):** Varies
**(Days Off):**
**Business / School:** Frontier Airlines
**Residence Address:** McCarren Airport NV.
**Res. Phone:**
**Bus. Phone:**
**Bus. (Local) Address:**
**Occupation:** FA
**Depart Date (if visitor):**
**Best place to contact you during the day:** Cell phone.
**Best time to contact you during the day:** Anytime
**Can You Identify the Suspect?** ☒ Yes ☐ No

**DETAILS:** Briefing pax noticed a younger person sitting in the exit row asked him how old he was and he said [redacted] I asked him if he was traveling with someone else and he pointed at [redacted] [redacted] I moved them to a different seat a few rows back and walked to the back to tell the crew what was going on. ~~that~~ they were sitting at 13 DE originally and moved to 17EF the crew in the back, [redacted] asked me if I had moved the two people out of the exit row because of language and I had told them it was because of age. They then thought something was off so we kept an eye out during the flight. & after take off - during service, [redacted] had asked [redacted] if he ~~would~~ wanted anything and [redacted] had shook his head no. While [redacted] was sleeping. Later on, [redacted] had walked through the cabin, collecting trash and had noticed that [redacted]

I HAVE READ THIS STATEMENT AND I AFFIRM TO THE TRUTH AND ACCURACY OF THE FACTS CONTAINED HEREIN. THIS STATEMENT WAS COMPLETED AT (LOCATION) McCarren Airport NV - 6757 Wayne Newton Blvd. ON THE 29 DAY OF MARCH AT 2200 (AM / PM) 2019

Witness/Officer: [redacted] — b6, b7C
Witness/Officer: [redacted]
LVMPD 85 (REV. 6-08)

19AZF0229 DELVECCHIA FRONTIER 0115

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
**CONTINUATION**

Event #: 190300137169

one, we had noticed that the [redacted] we kept a closer eye on them. Next [redacted] had ashe. through the cabin collecting trash and noticed that [redacted] we had been talking to the captain throughout the incident and the captain had suggested to seperate the two. We put [redacted] in the very last row and had an Able body passanger sit next to [redacted] on the aisle seat to make sure nothing was going to happen [redacted] had most of the interaction with [redacted]

b6
b7C

Page 2

Page 1 of 1

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**VOLUNTARY STATEMENT**

Event # 190300 137169

### THIS PORTION TO BE COMPLETED BY OFFICER

Specific Crime:

Date Occurred: 3/28/19
Time Occurred: 1900

Location of Occurrence: FRONTIER FLIGHT 2067

Sector/Beat: ☐ City ☐ County

Your Name (Last / First / Middle): [redacted]
Date of Birth: [redacted]
Social Security #:

Race / Sex / Height / Weight / Hair / Eyes: [redacted]
Work Schdl. (Hours): / (Days Off):
Business / School: Frontier

Residence Address: (Number & Street) / Bldg./Apt.# / City / State / Zip Code
Res. Phone:
Bus. Phone:

Bus. (Local) Address: Maccaren Airport, Las Vegas, NV
Occupation: Flight Attendant
Depart Date (if visitor):

Best place to contact you during the day: Cell phone
Best time to contact you during the day: Anytime I leave a message
Can You Identify the Suspect? ☑ Yes ☐ No

**DETAILS** Within about 20 minutes of flight, the flight attendents in the back informed me about the situation of the [redacted]. They told me that they felt uncomfortable, and that we should keep our eyes open and watch out. When I made my trash run, to keep my eyes open, I saw [redacted]. I personally went up to the cockpit and told the captain because the situation made all of us feel uncomfortable. In the meantime, while I was up there, [redacted] noticed [redacted] and came up to the cockpit and told the captain. The captain asked [redacted] to seperate [redacted]. After that, I stayed in the front of the cabin and did not see or talk to them.

I HAVE READ THIS STATEMENT AND I AFFIRM TO THE TRUTH AND ACCURACY OF THE FACTS CONTAINED HEREIN. THIS STATEMENT WAS COMPLETED AT (LOCATION) 5757 Wayne Newton Blvd LV, NV 89119 Gate D-18
ON THE 29 DAY OF MARCH AT 7:00 (AM / PM), 2019.

Witness/Officer: [redacted]
Witness/Officer: [redacted]

LVMPD 85 (REV. 6-08)

19AZF0229 DELVECCHIA FRONTIER 0117

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**VOLUNTARY STATEMENT**

Page 1 of 2

Event # 190300137169

### THIS PORTION TO BE COMPLETED BY OFFICER

Specific Crime:
Date Occurred: 3/28/19
Time Occurred: 1900

Location of Occurrence: FLIGHT 2067 - FRONTIER
Sector/Beat:
☐ City ☐ County

Your Name (Last / First / Middle): [redacted]
Social Security #: [redacted]

Race / Sex / Height / Weight / Hair / Eyes: [redacted]
Work Schdl. (Hours): VARIES
(Days Off):
Business / School: FRONTIER — b6, b7C

Residence Address: [redacted]
Res. Phone:
Bus. Phone:

Bus. (Local) Address: 5757 WAYNE NEWTON BLVD
City: LAS VEGAS
State: NV
Zip Code: 89119
Occupation: FLIGHT ATT.
Depart Date (if visitor):

Best place to contact you during the day: [redacted]
Best time to contact you during the day: ANYTIME (LEAVE MESSAGE)
Can You Identify the Suspect? ☒ Yes ☐ No

**DETAILS:** DURING OUR BEVERAGE AND TRASH SERVICE, ABOUT 30 MIN INTO THE FLIGHT, THE A AND D FLIGHT ATTENDENTS NOTICED [redacted] [redacted] NOT IN A NORMAL WAY. I WALKED BY THE TWO PEOPLE AND NOTICED THE [redacted] [redacted] I TOLD THE CAPTAIN AND HE SUGGESTED WE SEPARATE THEM. AFTER MOVING [redacted] TO 30F (AND PLACING AN ABP IN 30D) [redacted] I TALKED TO [redacted] HE SAID HE WAS [redacted] AND [redacted] HE SAID HE WAS SAFE. SAYS HE WAS [redacted] ALSO SAID THAT THEY HAD BEEN SEPARATED BEFORE ON A FLIGHT. HE SAID HE HAD NO IDEA THAT [redacted] HE ALSO ASKED IF HE COULD GO SIT NEXT TO [redacted] IN 17E AND 17F. I SAID NO. ABOUT 10 MIN LATER, [redacted] CAME TO THE BACK ROW AND ASKED WHY [redacted] WHO HE SAYS [redacted] HAD BEEN MOVED —

I HAVE READ THIS STATEMENT AND I AFFIRM TO THE TRUTH AND ACCURACY OF THE FACTS CONTAINED HEREIN. THIS STATEMENT WAS COMPLETED AT (LOCATION) MCCARRAN AIRPORT 5757 WAYNE NEWTON BLVD LV, NV 89119
ON THE 28TH DAY OF MARCH AT 10:10 (AM/PM) 2019.

Witness/Officer: [redacted]
Witness/Officer:
Signature of Person Giving Statement: [redacted]

LVMPD 85 (REV. 6-08)

19AZF0229 DELVECCHIA FRONTIER 0118

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## CONTINUATION

Event #: 190300137169

I TOLD HIM BECAUSE WE SAW YOU [redacted] HE SAYS HE WAS SLEEP AND DID NOT KNOW. I TOLD HIM WE WILL SORT IT OUT ON THE GROUND AND HE RETURNED TO HIS SEAT. HE NEVER CHECKED ON [redacted] FOR THE REST OF THE FLIGHT. HE ALSO ASKED IF [redacted] TOLD US THAT [redacted]. I TOLD HIM NO, WE SAW YOU.

b6
b7C

Page 2

19AZF0229 DELVECCHIA FRONTIER 0119

**LAS VEGAS METROPOLITAN POLICE DEPARTMENT**
**VOLUNTARY STATEMENT**

Page 1 of 2
Event # 190300 137169

### THIS PORTION TO BE COMPLETED BY OFFICER

Specific Crime:
Location of Occurrence: Frontier Flight - 2067
Date Occurred: 3/28/19
Time Occurred: 1900
Sector/Beat:
☐ City  ☐ County

Your Name (Last / First / Middle):
Date of Birth:
Social Security #:
Race | Sex | Height | Weight | Hair | Eyes
Work Schdl. (Hours): Varies
(Days Off): Varies
Business / School: Frontier
Residence Address: (Number & Street) | Bldg./Apt.# City | State Zip Code
Res. Phone:
Bus. Phone:
Bus. (Local) Address: (Number & Street) McCarran 5757 Wayne Newton Blvd, Las Vegas 89119
Occupation: Flight Attendant
Depart Date (if visitor):
Best place to contact you during the day: cell phone
Best time to contact you during the day: daytime
Can You Identify the Suspect? ☒ Yes ☐ No

**DETAILS** I was working flight #2067 RDU-LAS 3/28/19, when I noticed two passengers being moved from the exit row to another row due to one passenger being a minor. They were originally seated in 13D & 13E and moved to 17E & F. I assumed by the look of the younger passenger that he had been moved due to a language barrier, but FA [redacted] said it was due to age, passenger stated he was only [redacted]. The passenger did not look [redacted] and the two passengers together gave me uneasy feeling so I kept an eye on them. Shortly after takeoff, during service, the [redacted] was sleeping so I asked [redacted] if he wanted anything to eat or drink and he very anxiously shook his head no, without speaking. I voiced my concerns to the other FA's, at which point we decided to speak

I HAVE READ THIS STATEMENT AND I AFFIRM TO THE TRUTH AND ACCURACY OF THE FACTS CONTAINED HEREIN. THIS STATEMENT WAS COMPLETED AT (LOCATION) 5757 Wayne Newton Blvd
ON THE 28th DAY OF March AT 10:10 (AM/PM) 2012.

Witness/Officer:
Witness/Officer:
LVMPD 85 (REV. 6-08)

LAS VEGAS METROPOLITAN POLICE DEPARTMENT
## CONTINUATION

Event #: 190300137169

to the Captain and First officer about it. He advised us to do frequent walk-by's [redacted] FA [redacted] then noticed [redacted] At that point it was decided to separate the passengers. We removed [redacted] and placed him in the last row with another passenger not involved guarding him. I escorted [redacted] off the plane to police. I did give [redacted] a beverage which was untouched during the flight and he was acting very nervous.

b6
b7C

Page 2

19AZF0229 DELVECCHIA FRONTIER 0121