FD-302 (Rev. 5-8-10)



# FEDERAL BUREAU OF INVESTIGATION

Date of entry    04/05/2019

### CHILD VICTIM AND CHILD WITNESS IDENTITY INFORMATION
This document contains information regarding a child victim's or child witness's identity, which may only be disclosed to individuals who have a need-to-know such information by reason of their participation in the associated proceeding, or if disclosure is necessary to protect the welfare and well-being of the child.

On 03/28/2019 at approximately 8:30PM, Federal Bureau of Investigation (FBI) Special Agent (SA) [redacted] was notified by Las Vegas Metropolitan Police Department (LVMPD) of inbound Frontier Airlines Flight, #2067, and a report from flight crew of observed [redacted] SAs [redacted] and LVMPD Task Force Officer (TFO) [redacted] responded to McCarren International Airport to obtain additional information and to speak with witnesses, as well as the [redacted] from Frontier Flight #2067.    b6 b7C

[redacted] North Carolina [redacted] date of birth (DOB) [redacted] cellular telephone number [redacted] email address [redacted] was identified as the [redacted] (JUVENILE - PROTECT IDENTITY, further referenced as [redacted] DOB [redacted]) The two were traveling to Las Vegas for the purpose of taking a [redacted] RV and hiking trip in Death Valley for the child's spring break. They are scheduled to travel back to North Carolina on 04/03/2019. [redacted] and his wife (deceased), [redacted] In addition to [redacted] wife passed away around 2014, after a lengthy illness. [redacted] has not remarried however he does date and currently has a girlfriend [redacted] was advised of the reported observations while traveling on Frontier Flight #2067 and agreed to voluntarily provide the following information:    b6 b7C

There have been numerous incidents where individuals misperceive the relationship of [redacted] Law enforcement has been called on several different occasions, to various locations, after    b6 b7C

Investigation on   03/28/2019   at   Las Vegas, Nevada, United States (In Person)

File #   164-LV-C2093486      Date drafted   04/02/2019

by   [redacted]     b6 b7C

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

164-LV-C2093486

Continuation of FD-302 of (U) To document contact with ▮▮▮▮▮▮ ▮▮▮▮▮▮ on 03/28/2019 at McCarren Int'l Airport , On 03/28/2019 , Page 2 of 3

concerned citizens' call to report possible inappropriate behavior between ▮▮▮▮▮▮ The two have also experienced harsh treatment from different unknown individuals while in public, to include having been spit on, to being accused of human trafficking and being told as a white male he should not be ▮▮▮▮▮▮ He was asleep shortly into the flight when a male flight attendant angrily poked him in the back to wake him and took ▮▮▮▮ from his seat. He had no idea why the flight attendant he identified as ▮▮▮▮ with Frontier Airlines" would move ▮▮▮▮▮▮ away from him. He thought maybe ▮▮▮▮ was causing a disturbance but it was all unclear to him. ▮▮▮▮ said ▮▮▮▮▮▮▮▮▮▮▮▮ and the police would meet the flight once they landed in Las Vegas. ▮▮▮▮▮▮ felt it was better to remain calm and not create a scene versus getting everyone on the flight upset. Given he had experienced issues like this before, he stayed in his seat.

Responding law enforcement officers also spoke with ▮▮▮▮ who said he felt very safe ▮▮▮▮▮▮▮▮ would tell ▮▮▮▮▮▮ if anyone attempted to hurt him and was very close ▮▮▮▮▮▮▮▮ believed the negative treatment they received on the flight was because of racism. He said they were separated on a flight before. On this particular flight, ▮▮▮▮ told the flight attendants he was traveling with ▮▮▮▮▮▮ and ultimately asked to return to his seat, next to ▮▮▮▮▮▮ The flight crew declined his request.

▮▮▮▮▮▮ was asked to provide voluntary consent to search his electronic devices (two Nikon cameras, an Apple iPhone and a laptop computer) to which he agreed and signed an FD-26 FBI Consent to Search. SAs ▮▮▮▮ ▮▮▮▮ and TFO ▮▮▮▮▮▮ reviewed the images on each device and found nothing of concern. There were family photos which showed ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ in traditional family settings. Upon talking with both ▮▮▮▮▮▮▮▮▮▮ it appeared the ▮▮▮▮▮▮ have a very close relationship and nothing appeared to be concerning or deemed inappropriate. TFO ▮▮▮▮▮▮ contacted Sgt. ▮▮▮▮▮▮▮▮ with Town of ▮▮▮▮▮▮▮▮ Police Department to query any calls for service involving ▮▮▮▮▮▮▮▮▮▮ No calls for service were recorded and an inquiry with Child Protective Services yielded negative findings.

Ultimately, ▮▮▮▮▮▮▮▮▮▮▮▮ were accompanied by an LVMPD officer to retrieve their checked luggage. No further action will be taken regarding this issue.

LVMPD voluntary witness statements were completed by the following Frontier Airline Employees:

Case 2:19-cv-01322-KJD-DJA   Document 266-91   Filed 10/26/23   Page 3 of 5

FD-302a (Rev. 05-08-10)

164-LV-C2093486

Continuation of FD-302 of  (U) To document contact with [redacted] on 03/28/2019 at McCarren Int'l Airport ,On 03/28/2019 ,Page 3 of 3

b6
b7C

[redacted]

Original LVMPD voluntary statements and the FD-26 will be placed in a 1A and maintained with the case file.
19AZF0229 DELVECCHIA FRONTIER 0112

FD-26 (Rev. 7-20-94)

# DEPARTMENT OF JUSTICE

## FEDERAL BUREAU OF INVESTIGATION

**CONSENT TO SEARCH**

1. I have been asked by Special Agents of the Federal Bureau of Investigation to permit a complete search of:

   (Describe the person(s), place(s), or thing(s) to be searched.)

   - CAMERAS
   - LAPTOP
   - CELL PHONE
   - ELECTRONICS.

2. I have been advised of my right to refuse consent.

3. I give this permission voluntarily.

4. I authorize these agents to take any items which they determine may be related to their investigation.

3/29/19
Date

Witness

SA

b6
b7C

This is to certify that on ___3/29/19___ at ___McCarren Int'l Airport___
Special Agents of the Federal Bureau of Investigation, U. S. Department of Justice, conducted a
search of ___two cameras, one cell phone, one laptop___.
I certify that nothing was removed from my custody by Special Agents of the Federal Bureau of
Investigation, U. S. Department of Justice.

(Signed)

**Witnessed:**

Special Agent
Federal Bureau of Investigation
U. S. Department of Justice

b6
b7C

Special Agent
Federal Bureau of Investigation
U. S. Department of Justice