**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PETER DELVECCHIA, individually and as next friend of A.D., a Minor,<br><br>Plaintiffs,<br><br>v.<br><br>FRONTIER AIRLINES, INC., et al.,<br><br>Defendants. | Case No.: 2:19-cv-01322-KJD-DJA<br><br>**Defendants' Response to Plaintiffs' Motion to Extend Time to file their Response to Defendants' Motion for Summary Judgment (ECF No. 269)** |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO EXTEND TIME TO FILE THEIR RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Defendants FRONTIER AIRLINES, INC., SCOTT WARREN, and REX SHUPE (collectively "Defendants"), by their undersigned counsel, submit this Response to Plaintiffs' Motion to Extend Time to File a Response to Defendants' Motion for Summary Judgment (ECF No. 269).

Date: November 27, 2023

Respectfully submitted,

**FRONTIER AIRLINES, INC.**

*/s/ Richard C. Harris*
Brian T. Maye *(admitted pro hac vice)*
Richard C. Harris (admitted pro hac vice)
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Phone: (312) 422-5713
Email: bmaye@hinshawlaw.com
           rharris@hinshawlaw.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

83545\315406925.v1

## **RESPONSE**

Plaintiffs' Response to Defendants' Motion for Summary Judgment was due on November 16, 2023. That day, Plaintiffs' counsel emailed Defendants' counsel requesting a stipulation to a two-week filing extension. However, Defendants' lead counsel, attorney Brian Maye, was out of the country and not in a position to respond. As such, associate attorney Richard Harris responded that Defense counsel lacked authority to enter the stipulation due to the last-minute nature of the request. Plaintiffs then filed the instant Motion seeking a 14-day extension to file their Response. ECF No. 269. In turn, this Court ordered Frontier to file an expedited Response to Plaintiffs' Motion by November 27, 2023.

Considering the circumstances, Defendants do not oppose a 14-day extension for Plaintiffs so long as Defendants are afforded the same time extension to file their Reply in Support of their Motion for Summary Judgment (until December 28, 2023).

## **CONCLUSION**

For the foregoing reasons, if the Court grants Plaintiffs an extension of time to file their Response, to offset the resulting prejudice to Defendants, Defendants respectfully request that they be granted the same extension to file their Reply in Support of their Motion for Summary Judgment.

Date: November 27, 2023                              Respectfully submitted,

**FRONTIER AIRLINES, INC.**

*/s/  Richard C. Harris*
Brian T. Maye *(*admitted *pro hac vice*)
Richard C. Harris (admitted pro hac vice)
151 North Franklin Street, Suite 2500
Chicago, Illinois 60606
Phone: (312) 422-5713
Email: bmaye@hinshawlaw.com
            rharris@hinshawlaw.com

2

83545\315406925.v1

| | |
|---|---|
| 1 | |
| 2 | Charles A. Michalek (Nevada Bar No. 5721)<br>ROGERS, MASTRANGELO, CARVALHO<br>700 South Third Street<br>Las Vegas, Nevada 89101<br>Phone: (702) 383-3400<br>Email: cmichalek@rmcmlaw.com |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

83545\315406925.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2023, I caused the foregoing to be electronically filed with the United States District Court for the District of Nevada using the CM/ECF system.

By: */s/ Richard C. Harris*