MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com

JOHN D. MCKAY, California Bar No. 220202 (*admitted pro hac vice*)
**PARK AVENUE LAW LLC**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (434) 531-9569 / Fax: (407) 264-6551
Email: johndmckayatty@gmail.com
*Counsel for Plaintiffs Peter DelVecchia and A.D., a Minor*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PETER DELVECCHIA, *et al.*,<br><br>   Plaintiffs,<br><br>Vs.<br><br>FRONTIER AIRLINES, INC., *et al.*,<br><br>   Defendants. | Case No: 2:19-CV-01322-KJD-DJA<br><br>**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT** |

   Plaintiffs, Peter DelVecchia individually and as next friend of A.D., a Minor, by counsel, respectfully submit this Reply in support of their Corrected Motion to Extend Time to Respond to Defendants' Motion for Summary Judgment (ECF No. 270).

   As Defendants condition their assent but do not oppose the Motion, Plaintiffs respectively request that the Court grant their Motion to allow them to file their Response to Defendants' Motion

for Summary Judgment on November 30, 2023.[1] Of course, in the event Defendants find that they need additional time to file their Reply in support of their Motion for Summary Judgment, Plaintiffs would not oppose such a request if it sought an extension of two weeks or less (and would likely enter into a Stipulation requesting the extension, to save the Court's time, as Plaintiffs' counsel attempted to do on November 16).

DATED this 28th day of November, 2023.

    /s/ *John D. McKay*
John D. McKay

**Attorney for Plaintiffs Peter DelVecchia and A.D., a Minor**

---

[1] Plaintiffs' motion to exceed the page count (ECF No. 273) is pending; Plaintiffs also respectfully request the Court grant that motion to allow Plaintiffs sufficient space to address all the necessary factual and legal issues in this complex case.