MARGARET A. MCLETCHIE, Nevada Bar No. 10931
**MCLETCHIE LAW GROUP, PLLC**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com

JOHN D. MCKAY, California Bar No. 220202 (*admitted pro hac vice*)
**PARK AVENUE LAW LLC**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (434) 531-9569 / Fax: (407) 264-6551
Email: johndmckayatty@gmail.com
*Counsel for Plaintiffs Peter DelVecchia and A.D., a Minor*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, <br><br> Plaintiffs, <br><br> Vs. <br><br> FRONTIER AIRLINES, INC., *et al.*, <br><br> Defendants. | Case No: 2:19-CV-01322-KJD-DJA <br><br> **PLAINTIFFS' NOTICE OF MANUAL FILING** |

Please take notice that Plaintiffs, Peter DelVecchia individually and Peter DelVecchia as next friend of A. D., a minor ("A.D."), by counsel, have manually filed a flash containing Exhibit **14** in support of Plaintiffs' Response in Opposition to Defendants' Motion for Summary Judgment (ECF No. 266).

Exhibit **14** is the video deposition of Chelsie (Bright) Sakurada. It consists of two video files entitled "4732976 SAKURADA.CHELSEY 01.mpg" and "4732976 SAKURADA.CHELSEY 02.mpg" which are approximately 507.4 mb and 623.1 mb in size.

Exhibit **14** shall be served by U.S. mail on Defendants' counsel, Charles A. Michalek, Esq., of ROGERS, MASTRANGELO, CARVALHO & MITCHELL, located at 700 South Third Street, Las Vegas, Nevada 89101; and, Brian T. Maye and Richard C. Harris of HINSHAW & CULBERTSON located at 151 North Franklin Street, Suite 2500, Chicago, Illinois 60606.

DATED this 30th day of November, 2023.

/s/ Leo S. Wolpert
MARGARET A. MCLETCHIE
Nevada Bar No. 10931
LEO S. WOLPERT,
Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, Nevada 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: efile@nvlitigation.com

JOHN D. MCKAY,
California Bar No. 220202 (admitted pro hac vice)
**PARK AVENUE LAW LLC**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (434) 531-9569
Fax: (407) 264-6551
Email: johndmckayatty@gmail.com
*Attorneys for Plaintiffs*