(FILED UNDER SEAL)

# EXHIBIT 1

**Plaintiffs' Navitaire Passenger Name Record (PNR)**

**(Authenticated as business record as Exh. 13 to Frontier Rule 30(b)(6) deposition, transcript pp. 236-37)**

**Designated "Confidential" by Frontier per Protective Order (ECF No. 37)**

**(Redacted pursuant to Fed.R.Civ.P. 5.2(a) EXCEPT FOR highlighted entries that are relevant to defamation Count)**