# EXHIBIT 4

**Deposition of passenger witness Christopher Campbell**

Page 1

```
 1              UNITED STATES DISTRICT COURT
                    DISTRICT OF NEVADA
 2
               Case No.: 2:19-cv-01322-KJD-NJK
 3   _____

 4                                              )
     PETER DELVECCHIA, individually and as      )
 5   next friend of A.D., a Minor,              )
                                                )
 6                        Plaintiffs,           )
                                                )
 7   V.                                         )
                                                )
 8   FRONTIER AIRLINES, INC. and                )
     JOHN DOES 1 through 5, inclusive,          )
 9                                              )
                          Defendants,           )
10                                              )
     _____
11

12       Videotaped Deposition of CHRISTOPHER CAMPBELL

13   _____

14
                    Held at the Offices of
15
              Overby Court Reporting Service
16
                 Greenville, North Carolina
17
     _____
18

19              Monday, November 11, 2019

20                      10:01 A.M.

21   _____

22
                         Volume 1
23
                    Pages 1 through 28
24

25
```

```
                                                  Page 2
 1            A P P E A R A N C E S
 2    For the Plaintiff DelVecchia:
 3    John D. McKay, Esquire
      Park Avenue Law LLC
 4    127 West Fairbanks Avenue, Suite 519
      Winter Park, Florida  32789
 5    (800) 391-3654
      johndmckayatty@gmail.com
 6
 7
      For the Defendant Frontier Airlines, Inc.:
 8
      Tara Shelke, Esquire
 9    Adler Murphy & McQuillen, LLP
      20 South Clark Street, Suite 2500
10    Chicago, Illinois  60603
      (312) 345-0700
11    tshelke@amm-law.com
12
13    Also present:
14    Trae Howerton, Videographer
15
```

```
                                                  Page 3
 1            T A B L E  O F  C O N T E N T S
 2    Witness              Direct  Cross  Redirect  Recross
 3    Christopher Campbell
 4      by Ms. Shelke:      4-25
 5      by Mr. McKay:               25-27
 6
 7
 8
 9
10
11              E X H I B I T S
12    Number           Description              Marked
13    Exhibit 1        Photograph                 10
```

```
                                                  Page 4
 1            P R O C E E D I N G S     10:01 A.M.
 2        Videographer:  Going on the record at 10:01
 3    A.M., today's date is November 11th, 2019.  This begins
 4    the video deposition of Christopher Campbell in the
 5    matter of Peter DelVecchia, et al, versus Frontier
 6    Airlines, Incorporated, et al.  This is filed in the
 7    United States District Court in the District of Nevada;
 8    if counsel will please identify yourselves for the
 9    record and then our court reporter will swear in our
10    witness.
11        Mr. McKay:     John McKay for the plaintiffs.
12        Ms. Shelke:    Tara Shelke on behalf of
13    defendant, Frontier Airlines.
14        (Whereupon,
15            Christopher Campbell
16    was called as a witness, duly sworn, and testified as
17    follows:)
18        D I R E C T  E X A M I N A T I O N   10:02 A.M.
19        By Ms. Shelke:
20    Q    Would you state your full name, please?
21    A    Christopher James Campbell.
22    Q    Let the record reflect that this is the
23    deposition of Christopher James Campbell taken pursuant
24    to subpoena and set for today's date by agreement of
25    the parties.  This deposition shall be conducted in
```

```
                                                  Page 5
 1    accordance with the Federal Rules of Civil Procedure
 2    and all applicable rules of the United States District
 3    Court for the District of Nevada.  Mr. Campbell, my
 4    name is Tara Shelke.  I represent defendant Frontier
 5    Airlines in a lawsuit filed by Peter DelVecchia and his
 6    son, who's referred to as A.D. in this litigation.  I'm
 7    going to be asking you some questions today about
 8    Frontier Flight 2067 from Raleigh to Las Vegas on March
 9    28th of 2019.  You were a passenger on that flight,
10    correct?
11    A    I was.
12    Q    And have you ever given a deposition before?
13    A    I have not.
14    Q    Okay, well, a few things to keep in mind
15    today, the first is that we do have a court reporter
16    with us today and she's recording everything that's
17    being said.  For sake of clarity, if you will wait for
18    me to finish my question before you answer and then
19    I'll do the same for you, we'll get a clean transcript,
20    okay?
21    A    I understand.
22    Q    Second of all, if your answers, as you're
23    doing right now must be verbal, yes, no, I don't know
24    is okay as well, but if you only nod or shrug, the
25    court reporter can't take that down.
```

Page 6
1   A   Got it.
2   Q   If you -- if I ask you a question and you do
3   not understand it, please let me know and I can ask it
4   differently or rephrase it, but if I ask you a question
5   and you answer the question, I'm going to assume that
6   you understood the question, fair?
7   A   That is.
8   Q   And then finally, if you need to take a break
9   at any time, just let us know.  I only ask that if
10  there is a question pending, you answer the question
11  before we take a break.
12  A   Sure.
13  Q   Mr. John McKay here represents the plaintiffs
14  in this lawsuit.  Have you ever spoken with Mr. McKay?
15  A   No.
16  Q   Have you ever spoken to anybody who's told
17  you they're from Mr. McKay's office?
18  A   No.
19  Q   What is your date of birth?
20  A   ▓▓▓▓▓ 1983.
21  Q   Are you married?
22  A   No.
23  Q   Divorced?
24  A   No.
25  Q   Do you have any children?

Page 7
1   A   No.
2   Q   What is your current address?
3   A   212 Fairview Lane, Chocowinity, North
4   Carolina 27817.
5   Q   And who lives at that address with you?
6   A   My mother and stepfather.
7   Q   Did you graduate from high school?
8   A   Yes.
9   Q   Where did you attend high school?
10  A   Robinson High School, which is in Fairfax,
11  Virginia.
12  Q   And what year did you graduate high school?
13  A   2001.
14  Q   Did you go on to college after that?
15  A   Yes.
16  Q   What is your highest level of education?
17  A   Some college.
18  Q   Where did you attend college?
19  A   Northern Virginia Community College.
20  Q   And that would have been the years 2001,
21  2002?
22  A   More like 2002 to 2004; I was working as
23  well, so.
24  Q   Okay, any other education?
25  A   No.

Page 8
1   Q   Are you currently employed?
2   A   No.
3   Q   Are you currently in school?
4   A   No.
5   Q   Are you currently in the military?
6   A   No.
7   Q   Have you ever worked in the airline industry?
8   A   I have not.
9   Q   Do you have any medical training?
10  A   No.
11  Q   Do you recall why you were traveling to Las
12  Vegas on March 28, 2019?
13  A   Yes.
14  Q   What were you going to do?
15  A   Partially, I -- I play poker, so that's what
16  I was going to do.
17  Q   Were you going to play for a particular
18  tournament or just generally to play?
19  A   I had been up there back and forth quite a
20  bit over the past year or so and before that as well,
21  so I was not unfamiliar to, you know, the Las Vegas
22  area.
23  Q   Okay, on March 28th of 2019, were you
24  traveling alone?
25  A   Yes.

Page 9
1   Q   Do you recall that you were seated in an
2   aisle seat?
3   A   Yes, that's my -- what I usually pay to do.
4   Q   Okay, you were awake for the entire flight,
5   is that correct?
6   A   I was awake, yes.
7   Q   Now when all the passengers were seated and
8   the plane was ready for take off, do you recall that
9   there were two passengers next to you, one in the
10  middle seat and one in the aisle --
11      Mr. McKay:    Object to the form.
12      Ms. Shelke:   One in -- sorry; if I could
13  finish my question.
14      Mr. McKay:    Sorry.
15      By Ms. Shelke:
16  Q   When passengers were seated and the plane was
17  ready for take off, do you recall that there were two
18  passengers seated next to you, one on the middle seat
19  and one in the window seat?
20      Mr. McKay:    Objection to form.
21      The Witness:  I do.
22      By Ms. Shelke:
23  Q   Mr. Peter DelVecchia is here today.  Do you
24  recognize him as one of the passengers who was seated
25  next to you on Flight 2067?

Page 10

1   A   I don't recognize him specifically as that
2   guy, but I can say I remember sitting next to a older
3   white male that looks like him and a younger black male
4   and I believe the original configuration was me in the
5   aisle, the older gentleman in the middle and the
6   younger boy in the window seat.  I believe that was the
7   configuration when we took off.
8       Q   Okay, I'm going to show you what we'll mark
9   as deposition Exhibit Number 1.
10          (Exhibit Number 1 marked for identification.)
11          Mr. McKay:    Has this been produced?
12          Ms. Shelke:   I'm not sure.  If it hasn't,
13  we'll supplement with this one.
14          Mr. McKay:    What's it from?
15          Ms. Shelke:   It's from the internet.
16          By Ms. Shelke:
17      Q   I'm showing you what we've marked as
18  deposition Exhibit Number 1.  It's a photograph of two
19  individuals.  Do you recognize either of these
20  individuals as the person sitting on flight 2067, next
21  to you?
22      A   As I said, that matches the description that
23  I gave you, so I don't recognize them like, you know,
24  it was awhile ago and, you know, so I don't want to say
25  yes because it's not accurate but, you know, and I know

Page 11

1   because of what it takes to fly on a plane in the
2   United States that -- sorry, I --
3       Q   No, that's a fair answer; thank you.
4           Mr. McKay:    Motion to strike as
5   nonresponsive.
6           By Ms. Shelke:
7       Q   If I refer to the passenger who was seated in
8   the window seat as either the minor or A.D., will you
9   understand him to be the young African-American child
10  that you described earlier?
11      A   Yes.
12          Mr. McKay:    Objection to form.
13          By Ms. Shelke:
14      Q   I'm going to break the flight up into
15  segments just so we can get some clarity.  From the
16  time that you first boarded the aircraft until the
17  plane took off, did you speak with either passenger
18  seated next to you in your row?
19      A   Not to my recollection; I tend to wear ear
20  buds when I'm flying, since I've flown quite a bit over
21  the past couple years.  The announcements are usually
22  the same as well, so.
23      Q   Are they noise cancelling headphones or are
24  you listening to music or something?
25      A   No, just music or, you know, other media but

Page 12

1   they're not noise cancelling.
2       Q   From the time that you boarded the aircraft
3   until the plane took off, did you understand that the
4   two passengers seated next to you were traveling
5   together?
6       A   Yes; am I allowed to elaborate on that?
7       Q   Yes.
8       A   I do remember at some point in the beginning,
9   when, you know, I wasn't listening to something
10  already, I do recall overhearing a phone call between
11  -- would be Mr. DelVecchia and another party saying
12  something along the lines of, we're on the plane; we're
13  going or, you know, something like -- that's what it
14  sounded like, just as a general sense.
15      Q   Okay, and from that you inferred, when he
16  said we, that the passenger next to him was traveling
17  with him?
18      A   Correct.
19          Mr. McKay:    Objection to the form.
20          By Ms. Shelke:
21      Q   In that initial phase of the flight, from
22  when you boarded until when the plane took off, did you
23  ever learn the relationship between Peter and A.D.?
24      A   After -- later on, you know, A.D. was then
25  referred to as my son after -- after whatever happened

Page 13

1   happened so, you know, that became apparent.
2       Q   Okay, so later on in the course of the
3   flight, you learned that A.D. was Peter's son?
4           Mr. McKay:    Objection to the form.
5           The Witness:   To confirm it, sure; I mean
6   that's what I appeared to be in the --
7           Ms. Shelke:    Okay.
8           The Witness:   -- from the onset.
9           By Ms. Shelke:
10      Q   Did you -- from the time that the -- you
11  boarded the aircraft until the plane took off, did you
12  overhear any conversations between Peter and A.D.?
13      A   Not that I remember.
14      Q   From the time that you boarded the aircraft
15  until the plane took off, did you see Peter and A.D.
16  interact in any way?
17      A   Not -- not that I remember; I'd say A.D. had
18  a tablet, I believe.  That's about all I remember.
19      Q   Okay, now after the flight took off until
20  beverage service, did either passenger seated next to
21  you fall asleep?
22      A   That I can't answer.  I will say I watched a
23  movie for pretty much the entire flight.
24      Q   I'm sorry.  You were watching a movie,
25  correct?

Page 14

```
 1      A    I was watching a movie, so my attention was
 2   pretty, you know, in front of me and, you know, I
 3   wasn't hearing anything either, so.
 4      Q    Okay, from the time that you boarded the
 5   aircraft until drinks were served, did you ever see
 6   Peter touch A.D.'s face?
 7      A    No.
 8           Mr. McKay:    Objection to the form.
 9           By Ms. Shelke:
10      Q    From the time that you boarded the aircraft
11   until drinks were served, did you ever see Peter touch
12   A.D.'s leg or thigh?
13           Mr. McKay:    Objection to the form.
14           The Witness:  No.
15           By Ms. Shelke:
16      Q    At any time during this flight, did you see a
17   flight attendant hit Peter?
18           Mr. McKay:    Objection to the form.
19           The Witness:  I did not witness that, but a
20   flight attendant did kind of bump into me rather
21   aggressively, and like I said, I was watching a movie.
22   I really was not paying attention and I really wondered
23   what -- what -- why that was necessary and I kind of
24   just chalked it up to Frontier being Frontier.
25           By Ms. Shelke:
```

Page 15

```
 1      Q    Did -- was the flight attendant going from
 2   the back of the aircraft to the front or from the front
 3   of the aircraft to the back when he bumped into you
 4   aggressively?
 5      A    No, he was leaning over me in the -- in the
 6   aisle seat.
 7      Q    Okay, and when the flight attendant bumped
 8   into, as he was leaning over you standing in the --
 9   when he was standing over you, did he still have the
10   beverage cart with him?
11      A    I don't think so.  I believe when that
12   happened, he was on a specific mission to come to our
13   seats to move A.D., because I believe that's what
14   happened after -- after that.
15      Q    Okay, so if you'll tell me what happened from
16   when the flight attendant bumps into you?
17      A    All I remember is being kind of ticked off
18   about that and then suddenly, you know, I had to let
19   them out so A.D. moved to the back of the plane, I
20   guess, with the flight attendant and then Mr. Velchi --
21   DelVecchia was there in the window seat afterwards kind
22   of wondering what -- what the heck was going on as was
23   -- as was I, because like I said, I didn't hear
24   anything or see anything lead -- leading up to this, so
25   it seemed rather unprompted.
```

Page 16

```
 1      Q    So -- so if I understand correctly, you had
 2   your headphones and you're watching a movie.  A flight
 3   attendant bumps into you aggressively.  What is he
 4   trying to do, at this point, the flight attendant, if
 5   you know?
 6      A    That's kind of a good question.  I don't
 7   know.  There's not a good -- that rare reason to -- to
 8   reach over in that manner towards, you know, it's not
 9   like he was retrieving an empty drink or something like
10   that.  So I -- I don't know --
11      Q    Okay.
12      A    -- but -- but I definitely took note that it
13   was not quite in the normal.  That's not normally what
14   happens on -- on planes with a flight attendant.
15      Q    Did the flight attendant reach in front of
16   you or did he reach behind you, if you recall?
17      A    I think I was kind of -- and you see I'm
18   looking down like this and then he kind of came over
19   and kind of like -- I remember kind of being like
20   pushed to the back sort of like and then I was kind of
21   like, you know, what's going on after that so.
22      Q    Okay, so he came sort of from the back and
23   pushed you forward?
24      A    Yeah, because I was already kind of leaning
25   over, so yeah; it wasn't like in my lap or anything
```

Page 17

```
 1   like that, no.
 2      Q    Okay.
 3      A    It was more --
 4      Q    Did you see where the flight attendant's
 5   hands or arms landed after he pushed passed you?
 6      A    That I did not, no.
 7      Q    Okay, did you see anything during this flight
 8   that you would describe as a flight attendant punching
 9   Peter?
10           Mr. McKay:    Objection to the form.
11           The Witness:  That -- that I -- I would say
12   no.
13           By Ms. Shelke:
14      Q    Okay, so you talked about A.D. being moved to
15   the back of the aircraft.  What did the flight
16   attendant say to get A.D. to go with him?
17      A    I don't think I overheard that because I was
18   -- I don't think I paused what I was listening to or
19   anything like that.  So I would say I don't know.
20      Q    Did you have to get out of your seat to allow
21   A.D. to come out into the aisle?
22      A    Yes.
23      Q    Did Peter also have to exit his seat and come
24   into the aisle to allow A.D. to go out?
25      A    I think so.
```

Page 18

1  Q   After A.D. was taken from his seat, did Peter
2  follow A.D. out?
3  A   That I can't say. I don't think so, because
4  I can say afterwards, I remember him remarking out
5  loud, where'd my son go basically and --
6  Q   You talked about Peter in the window seat.
7  Was that immediately after A.D. left his seat and the
8  window seat was available or was it later in the
9  flight?
10 A   As best --
11     Mr. McKay:   Object to the form; sorry.
12     The Witness:   As best as I remember.
13     By Ms. Shelke:
14 Q   It was immediately?
15 A   Yeah, yeah, we -- strangers don't normally
16 sit next to each other when there's an empty seat
17 available, so.
18 Q   Okay, after this incident with the flight
19 attendant occurred where he bumped into you, did Peter
20 appear injured to you?
21 A   Nothing that I remember particularly.
22 Q   So to the best of your recollection, he did
23 not appear to have any scratches, bruises, bleeding,
24 other marks on his face or head?
25     Mr. McKay:   Objection to the form.

Page 19

1      The Witness:   I can say I don't remember any
2  first aid being rendered afterwards.
3      By Ms. Shelke:
4  Q   When A.D. was taken from his window seat, do
5  you know where he was taken?
6  A   I mean it's a plane, so there's not that many
7  places, but I didn't know. I -- you know, it's not
8  something I was involved with, so.
9  Q   After A.D. was taken from his window seat,
10 did you ever go to the lavatory in the back of the
11 aircraft?
12 A   I don't remember. I mean -- like I said, I
13 fly pretty often, so I try to not do that, but I may
14 have gone. I -- I really don't remember. That's all I
15 can say.
16 Q   Okay, so fair to say that even if you had
17 gone to the back of the aircraft to use the lavatory,
18 you have no memory of seeing A.D. seated back there,
19 correct?
20 A   Correct.
21 Q   Did any of the flight attendants speak with
22 you about either Peter or A.D. during that flight?
23 A   Not at all.
24 Q   After A.D. was taken from his window seat,
25 did Peter ask to go out of his seat into the aisle?

Page 20

1      Mr. McKay:   Objection to the form.
2      The Witness:   I don't remember, so I don't
3  know. It's possible.
4      By Ms. Shelke:
5  Q   After A.D. was taken out of his window seat,
6  did Peter remain seated in the window seat for the
7  duration of the flight, to the best of your knowledge?
8      Mr. McKay:   Objection to the form.
9      The Witness:   As I said, I don't know. I
10 wasn't -- you know, I was sitting in the aisle seat.
11 If somebody needs to get out, I let them out. I don't
12 really think twice about it, so.
13     By Ms. Shelke:
14 Q   Okay, after A.D. was taken from his window
15 seat, do you know if Peter fell asleep?
16 A   I don't know.
17 Q   After A.D. was taken from his window seat, do
18 you have any recollection as to how Peter seemed in
19 terms of behavior or demeanor?
20     Mr. McKay:   Objection to the form.
21     The Witness:   As I stated before, the one
22 thing I do remember is him, you know, kind of remarking
23 out loud to everyone around like, do you know where my
24 son is? What happened, basically?
25     By Ms. Shelke:

Page 21

1  Q   Did anybody answer him?
2  A   As best as I remember, everyone else was kind
3  of like flight -- something -- the flight attendant,
4  you know; ask the flight attendant, basically.
5  Q   After A.D. was taken from his window seat,
6  did any of the flight attendants come to your row to
7  speak with Peter?
8  A   Not that I remember.
9  Q   When the aircraft landed in Las Vegas, were
10 any announcements made asking passengers to remain
11 seated even after the aircraft arrived at the gate?
12 A   Not that I remember; I would say the only
13 unusual thing I noticed upon arrival was law
14 enforcement waiting on the ramp, you know, outside the
15 doors to the aircraft.
16 Q   When you say law enforcement, do you happen
17 to know if they were FBI or Las Vegas Police?
18 A   I remember at least -- I mean there was
19 definitely more than a couple and some of them had tan
20 -- the tan Las Vegas, you know, Metro uniform or the
21 Sheriff uniforms on, so.
22 Q   When you were exiting the aircraft, do you
23 know if you would have exited before or after Peter?
24 A   Before.
25 Q   Do you know if Peter would have exited

Page 22

1  directly behind you?
2      A    That I can't say because, you know, looking
3  forward, I really wouldn't be looking behind me.  I was
4  just looking to exit the aircraft.
5      Q    You mentioned that you saw law enforcement on
6  the jet bridge as you exited the aircraft.  Did law
7  enforcement ask to speak with you?
8      A    No.
9      Q    Did any of the flight attendants identify you
10  to the law enforcement personnel who were waiting on
11  the jet bridge?
12      A    Not to the best of my knowledge; I mean no,
13  no, you know, none of them gave me a second look.
14  Nobody said anything to me.  I only saw news articles
15  about this later on and I was like, oh, wait; I was
16  sitting next to this.
17      Q    And you said that you don't know if Peter was
18  directly behind you, so you would not have overheard
19  any conversations between the flight crew and Peter as
20  he was exiting the aircraft, correct?
21      A    That's correct.
22      Q    While you stayed in Las Vegas for this trip,
23  were you ever contacted by either Las Vegas Metro
24  Police or the FBI?
25      A    No.

Page 23

1      Q    Since this incident, at any time, have you
2  been contacted by either Las Vegas Metro Police or the
3  FBI?
4      A    No.
5      Q    Since March 28, 2019, which was the date of
6  this flight, have you spoken with either Peter or A.D.?
7      A    No.
8      Q    You mentioned some news articles that you saw
9  about this incident.  Do you recall what media they
10  were in?
11      A    It was -- it was just part of Google News,
12  like I have Las Vegas' or my news on there.  I don't
13  remember which outlet specifically it came up on, but I
14  think maybe I've seen it two separate times.
15      Q    And that would be two separate articles, was
16  that correct?
17      A    That's correct.
18      Q    Do you know if the articles would have been
19  on the same day or different days?
20      A    Different days.
21      Q    Okay, and there was enough information in
22  those articles for you to recall that it pertained to
23  this flight 2067 from Las Vegas to -- or sorry, Raleigh
24  to Las Vegas on March 28, 2019?
25      A    Yes.

Page 24

1      Q    Was there anything in those articles that
2  surprised you?
3      A    Well, yeah, the first article I saw kind of
4  alleged some rather criminal behavior.  I was kind of
5  like ahh, that doesn't -- and then the second time kind
6  of was more like Frontier being the -- the bad guy, so
7  that seemed more in line with -- with a -- and then I
8  know, you know, once I was contacted by the law forums,
9  then I kind of understood what was going on.
10      Q    And then for the record, you never saw any of
11  the criminal behavior that was alleged in the news
12  paper articles that you read, correct?
13      A    No, nothing -- nothing like that.
14      Q    Do you know if more than one flight attendant
15  was involved in any of these incidents with Peter or
16  his son?
17      A    No; I can just give you the description of
18  the one flight attendant.  I do remember having that
19  interaction that I previously mentioned, kind of a
20  middle aged, younger, middle aged black male, you know,
21  probably, I don't know, 5'10", regular build.  I think
22  he had a -- like a goatee but that might not be
23  accurate.
24      Q    Do you happen to recall this flight
25  attendant's name?

Page 25

1      A    No.
2      Q    Was there anything about the interaction
3  between this flight attendant and Mr. DelVecchia or
4  A.D. that you believed was motivated by race?
5           Mr. McKay:      Objection to the form.
6           The Witness:    No.
7           Ms. Shelke:     That's all the questions I
8  have, but Mr. McKay may have some questions.
9           The Witness:    Sure.
10           Mr. McKay:      I'm going to ask to take a
11  short break to determine whether we have any.
12           Ms. Shelke:     Okay.
13           Videographer:   Going off the record, the time
14  is 10:29 A.M.
15           (A short break was taken at 10:29 A.M.)
16           (The proceedings resumed at 10:32 A.M.)
17           Videographer:   Going back on the record, the
18  time is 10:32 A.M.
19           C R O S S - E X A M I N A T I O N   10:32 A.M.
20           By Mr. McKay:
21      Q    Mr. Campbell, good morning; we met off the
22  record, but again, I'm John McKay and I represent Peter
23  DelVecchia and his son, --
24      A    Yes.
25      Q    -- who we refer to here as A.D.  I just have

Page 26

1  a couple of questions for you.  You did mention that
2  you did not see any first aid applied to Peter, is that
3  correct?
4      A    That's correct.
5      Q    Okay, were you particularly paying attention
6  to his condition after the incident?
7      A    No, I just -- I don't remember like seeing
8  like an ice pack or bandages or, you know, anything,
9  you know.  I don't remember like another flight
10 attendant coming with like a first aid kit or anything
11 like that.
12     Q    All right; all right, sir, so are you trained
13 as an EMT by any chance?
14     A    I'm not.  I'm not.  I wasn't implying that he
15 couldn't have not -- couldn't have been injured without
16 me -- you know, without me knowing about it.
17     Q    All right, do you know what a concussion is?
18     A    I do.
19     Q    Okay, well, do you think you would have been
20 able to diagnose a concussion from where you were
21 seated?
22     A    I don't.
23     Q    Okay, you also mentioned, I think, that you
24 were surprised by allegations of criminal conduct, is
25 that right?

Page 27

1      A    Yes.
2      Q    Is that because you didn't see anything that
3  would rise to the level of criminal conduct?
4      A    That and as I mentioned, I did overhear a
5  phone call that didn't sound like, you know -- you
6  know, hey, I've got the kid or, you know, something
7  like that.
8      Q    Nothing suspicious?
9      A    No.
10     Q    Okay, it just seemed very normal to you?
11     A    Right.
12     Q    Father and son on a trip?
13     A    Correct.
14          Mr. McKay:    Okay, all right, that's all I
15 have; thank you.
16          Ms. Shelke:    No further questions.
17          Videographer:    This concludes the video
18 deposition.  The time going off the record is 10:33
19 A.M.
20          (The proceedings were concluded at 10:35
21 A.M.)
22
23
24
25

Page 28

1  NORTH CAROLINA
2  WAKE COUNTY
3                    C E R T I F I C A T E
4          I, David L. Overby, Notary/Reporter, do
5  hereby certify that Christopher Campbell was duly sworn
6  by Carolyn E. High, Notary/Reporter, prior to the
7  taking of the foregoing deposition; and that this
8  deposition was taken by Carolyn E. High and transcribed
9  under my direction and that the twenty-eight pages
10 which constitute this deposition are a true and
11 accurate transcript of the witness's testimony.
12         I certify that I am not counsel for, or
13 employed by either party in this action, nor am I
14 interested in the outcome of this action.
15         IN WITNESS THEREOF, I have hereunto set my
16 hand this 30th day of November, 2019.
17
18         _____
19         David L. Overby
           Notary Public
20         Certificate No.: 19930120037
21
22
23
24
25

**Exhibits**

**EX 0001 C. Campbell 111**
119 3:13 10:9,10,18

**1**

1 6:20 10:9,10,18
10:01 4:1,2
10:02 4:18
10:29 25:14,15
10:32 25:16,18,19
10:33 27:18
10:35 27:20
11th 4:3
1983 6:20

**2**

2001 7:13,20
2002 7:21,22
2004 7:22
2019 4:3 5:9 8:12,23 23:5,24
2067 5:8 9:25 10:20 23:23
212 7:3
27817 7:4
28 8:12 23:5,24
28th 5:9 8:23

**5**

5'10" 24:21

**A**

A.D. 5:6 11:8 12:23,24 13:3,12,15,17 15:13,19 17:14,16,21,24 18:1,2,7 19:4,9,18,22,24 20:5,14,17 21:5 23:6 25:4,25
A.d.'s 14:6,12
A.M. 4:1,3,18 25:14,15,16,18,19 27:19,21
accordance 5:1
accurate 10:25 24:23
address 7:2,5
African-american 11:9
aged 24:20
aggressively 14:21 15:4 16:3
agreement 4:24
ahh 24:5
aid 19:2 26:2,10
aircraft 11:16 12:2 13:11,14 14:5,10 15:2,3 17:15 19:11,17 21:9,11,15,22 22:4,6,20
airline 8:7
Airlines 4:6,13 5:5
aisle 9:2,10 10:5 15:6 17:21,24 19:25 20:10
allegations 26:24
alleged 24:4,11
allowed 12:6
announcements 11:21 21:10

answers 5:22
apparent 13:1
appeared 13:6
applicable 5:2
applied 26:2
April 6:20
area 8:22
arms 17:5
arrival 21:13
arrived 21:11
article 24:3
articles 22:14 23:8,15,18,22 24:1,12
asleep 13:21 20:15
assume 6:5
attend 7:9,18
attendant 14:17,20 15:1,7,16,20 16:3,4,14,15 17:8,16 18:19 21:3,4 24:14,18 25:3 26:10
attendants 19:21 21:6 22:9
attendant's 17:4 24:25
attention 14:1,22 26:5
awake 9:4,6
awhile 10:24

**B**

back 8:19 15:2,3,19 16:20,22 17:15 19:10,17,18 25:17
bad 24:6
bandages 26:8
basically 18:5 20:24 21:4

beginning 12:8
begins 4:3
behalf 4:12
behavior 20:19 24:4,11
believed 25:4
beverage 13:20 15:10
birth 6:19
bit 8:20 11:20
black 10:3 24:20
bleeding 18:23
boarded 11:16 12:2,22 13:11,14 14:4,10
boy 10:6
break 6:8,11 11:14 25:11,15
bridge 22:6,11
bruises 18:23
buds 11:20
build 24:21
bump 14:20
bumped 15:3,7 18:19
bumps 15:16 16:3

**C**

call 12:10 27:5
called 4:16
Campbell 4:4,15,21,23 5:3 25:21
cancelling 11:23 12:1
can't 5:25 13:22 18:3 22:2
Carolina 7:4
cart 15:10

chalked 14:24
chance 26:13
child 11:9
children 6:25
Chocowinity 7:3
Christopher 4:4,15,21,23
Civil 5:1
clarity 5:17 11:15
clean 5:19
college 7:14,17,18,19
Community 7:19
concluded 27:20
concludes 27:17
concussion 26:17,20
condition 26:6
conduct 26:24 27:3
conducted 4:25
configuration 10:4,7
confirm 13:5
contacted 22:23 23:2 24:8
conversations 13:12 22:19
correct 5:10 9:5 12:18 13:25 19:19,20 22:20,21 23:16,17 24:12 26:3,4 27:13
correctly 16:1
couldn't 26:15
counsel 4:8
couple 11:21 21:19 26:1

CHRISTOPHER CAMPBELL Volume 1                                    November 11, 2019
                                                             Index: court..knowledge

**court** 4:7,9 5:3,15,25
**crew** 22:19
**criminal** 24:4,11 26:24 27:3
**current** 7:2

**D**

**date** 4:3,24 6:19 23:5
**day** 23:19
**days** 23:19,20
**defendant** 4:13 5:4
**Delvecchia** 4:5 5:5 9:23 12:11 15:21 25:3,23
**demeanor** 20:19
**deposition** 4:4, 23,25 5:12 10:9,18 27:18
**describe** 17:8
**description** 10:22 24:17
**determine** 25:11
**diagnose** 26:20
**didn't** 15:23 19:7 27:2,5
**differently** 6:4
**directly** 22:1,18
**District** 4:7 5:2,3
**Divorced** 6:23
**doesn't** 24:5
**don't** 5:23 10:1, 23,24 15:11 16:6,10 17:17,18,19 18:3,15 19:1,12,14 20:2,9, 11,16 22:17 23:12 24:21 26:7,9,22
**doors** 21:15

**drink** 16:9
**drinks** 14:5,11
**duly** 4:16
**duration** 20:7

**E**

**ear** 11:19
**earlier** 11:10
**education** 7:16, 24
**elaborate** 12:6
**employed** 8:1
**empty** 16:9 18:16
**EMT** 26:13
**enforcement** 21:14,16 22:5,7,10
**entire** 9:4 13:23
**et al** 4:5,6
**exhibit** 10:9,10, 18
**exit** 17:23 22:4
**exited** 21:23,25 22:6
**exiting** 21:22 22:20

**F**

**face** 14:6 18:24
**fair** 6:6 11:3 19:16
**Fairfax** 7:10
**Fairview** 7:3
**fall** 13:21
**Father** 27:12
**FBI** 21:17 22:24 23:3
**Federal** 5:1
**fell** 20:15

**filed** 4:6 5:5
**finally** 6:8
**finish** 5:18 9:13
**flight** 5:8,9 9:4,25 10:20 11:14 12:21 13:3,19,23 14:16, 17,20 15:1,7,16,20 16:2,4,14,15 17:4,7, 8,15 18:9,18 19:21, 22 20:7 21:3,4,6 22:9,19 23:6,23 24:14,18,24 25:3 26:9
**flown** 11:20
**fly** 11:1 19:13
**flying** 11:20
**follow** 18:2
**form** 9:11,20 11:12 12:19 13:4 14:8,13,18 17:10 18:11,25 20:1,8,20 25:5
**forums** 24:8
**forward** 16:23 22:3
**front** 14:2 15:2 16:15
**Frontier** 4:5,13 5:4,8 14:24 24:6
**full** 4:20

**G**

**gate** 21:11
**gave** 10:23 22:13
**general** 12:14
**generally** 8:18
**gentleman** 10:5
**give** 24:17
**goatee** 24:22
**good** 16:6,7 25:21
**Google** 23:11

**graduate** 7:7,12
**guess** 15:20
**guy** 10:2 24:6

**H**

**hands** 17:5
**happen** 21:16 24:24
**happened** 12:25 13:1 15:12,14,15 20:24
**hasn't** 10:12
**head** 18:24
**headphones** 11:23 16:2
**hear** 15:23
**hearing** 14:3
**heck** 15:22
**hey** 27:6
**high** 7:7,9,10,12
**highest** 7:16
**hit** 14:17

**I**

**ice** 26:8
**identification** 10:10
**identify** 4:8 22:9
**immediately** 18:7,14
**implying** 26:14
**incident** 18:18 23:1,9 26:6
**incidents** 24:15
**Incorporated** 4:6
**individuals** 10:19,20

**industry** 8:7
**inferred** 12:15
**information** 23:21
**initial** 12:21
**injured** 18:20 26:15
**interact** 13:16
**interaction** 24:19 25:2
**internet** 10:15
**involved** 19:8 24:15
**it's** 10:15,18,25 16:8 19:6,7 20:3
**I'd** 13:17
**I'll** 5:19
**I'm** 5:6 6:5 10:8, 12,17 11:14,20 13:24 16:17 25:10, 22 26:14
**I've** 11:20 23:14 27:6

**J**

**James** 4:21,23
**jet** 22:6,11
**John** 4:11 6:13 25:22

**K**

**kid** 27:6
**kind** 14:20,23 15:17,21 16:6,17, 18,19,20,24 20:22 21:2 24:3,4,5,9,19
**kit** 26:10
**knowing** 26:16
**knowledge** 20:7 22:12

U.S. Legal Support, Inc.
(312) 236-8352

**L**

landed 17:5 21:9
Lane 7:3
lap 16:25
Las 5:8 8:11,21 21:9,17,20 22:22,23 23:2,12,23,24
lavatory 19:10,17
law 21:13,16 22:5,6,10 24:8
lawsuit 5:5 6:14
lead 15:24
leading 15:24
leaning 15:5,8 16:24
learn 12:23
learned 13:3
left 18:7
leg 14:12
level 7:16 27:3
lines 12:12
listening 11:24 12:9 17:18
litigation 5:6
lives 7:5
loud 18:5 20:23

**M**

made 21:10
male 10:3 24:20
manner 16:8
March 5:8 8:12,23 23:5,24
mark 10:8
marked 10:10,17
marks 18:24
married 6:21
matches 10:22
matter 4:5
Mckay 4:11 6:13,14 9:11,14,20 10:11,14 11:4,12 12:19 13:4 14:8,13,18 17:10 18:11,25 20:1,8,20 25:5,8,10,20,22 27:14
Mckay's 6:17
media 11:25 23:9
medical 8:9
memory 19:18
mention 26:1
mentioned 22:5 23:8 24:19 26:23 27:4
met 25:21
Metro 21:20 22:23 23:2
middle 9:10,18 10:5 24:20
military 8:5
mind 5:14
minor 11:8
mission 15:12
morning 25:21
mother 7:6
Motion 11:4
motivated 25:4
move 15:13
moved 15:19 17:14
movie 13:23,24 14:1,21 16:2
music 11:24,25

**N**

Nevada 4:7 5:3
news 22:14 23:8,11,12 24:11
nod 5:24
noise 11:23 12:1
nonresponsive 11:5
normal 16:13 27:10
North 7:3
Northern 7:19
note 16:12
noticed 21:13
November 4:3
Number 10:9,10,18

**O**

Object 9:11 18:11
Objection 9:20 11:12 12:19 13:4 14:8,13,18 17:10 18:25 20:1,8,20 25:5
occurred 18:19
office 6:17
older 10:2,5
onset 13:8
original 10:4
outlet 23:13
overhear 13:12 27:4
overheard 17:17 22:18
overhearing 12:10

**P**

pack 26:8
paper 24:12
part 23:11
Partially 8:15
parties 4:25
party 12:11
passed 17:5
passenger 5:9 11:7,17 12:16 13:20
passengers 9:7,9,16,18,24 12:4 21:10
past 8:20 11:21
paused 17:18
pay 9:3
paying 14:22 26:5
pending 6:10
person 10:20
personnel 22:10
pertained 23:22
Peter 4:5 5:5 9:23 12:23 13:12,15 14:6,11,17 17:9,23 18:1,6,19 19:22,25 20:6,15,18 21:7,23,25 22:17,19 23:6 24:15 25:22 26:2
Peter's 13:3
phase 12:21
phone 12:10 27:5
photograph 10:18
places 19:7
plaintiffs 4:11 6:13
plane 9:8,16 11:1,17 12:3,12,22 13:11,15 15:19 19:6
planes 16:14
play 8:15,17,18
point 12:8 16:4
poker 8:15
Police 21:17 22:24 23:2
pretty 13:23 14:2 19:13
previously 24:19
Procedure 5:1
proceedings 25:16 27:20
produced 10:11
punching 17:8
pursuant 4:23
pushed 16:20,23 17:5

**Q**

question 5:18 6:2,4,5,6,10 9:13 16:6
questions 5:7 25:7,8 26:1 27:16

**R**

race 25:4
Raleigh 5:8 23:23
ramp 21:14
rare 16:7
reach 16:8,15,16
read 24:12
ready 9:8,17
reason 16:7
recall 8:11 9:1,8,17 12:10 16:16

23:9,22 24:24

**recognize** 9:24 10:1,19,23

**recollection** 11:19 18:22 20:18

**record** 4:2,9,22 24:10 25:13,17,22 27:18

**recording** 5:16

**refer** 11:7 25:25

**referred** 5:6 12:25

**reflect** 4:22

**regular** 24:21

**relationship** 12:23

**remain** 20:6 21:10

**remarking** 18:4 20:22

**remember** 10:2 12:8 13:13,17,18 15:17 16:19 18:4, 12,21 19:1,12,14 20:2,22 21:2,8,12, 18 23:13 24:18 26:7,9

**rendered** 19:2

**rephrase** 6:4

**reporter** 4:9 5:15,25

**represent** 5:4 25:22

**represents** 6:13

**resumed** 25:16

**retrieving** 16:9

**rise** 27:3

**Robinson** 7:10

**row** 11:18 21:6

**rules** 5:1,2

### S

**sake** 5:17

**school** 7:7,9,10, 12 8:3

**scratches** 18:23

**seat** 9:2,10,18,19 10:6 11:8 15:6,21 17:20,23 18:1,6,7,8, 16 19:4,9,24,25 20:5,6,10,15,17 21:5

**seated** 9:1,7,16, 18,24 11:7,18 12:4 13:20 19:18 20:6 21:11 26:21

**seats** 15:13

**segments** 11:15

**sense** 12:14

**separate** 23:14, 15

**served** 14:5,11

**service** 13:20

**set** 4:24

**Shelke** 4:12,19 5:4 9:12,15,22 10:12,15,16 11:6,13 12:20 13:7,9 14:9, 15,25 17:13 18:13 19:3 20:4,13,25 25:7,12 27:16

**Sheriff** 21:21

**she's** 5:16

**short** 25:11,15

**show** 10:8

**showing** 10:17

**shrug** 5:24

**sir** 26:12

**sit** 18:16

**sitting** 10:2,20 20:10 22:16

**son** 5:6 12:25 13:3 18:5 20:24 24:16 25:23 27:12

**sort** 16:20,22

**sound** 27:5

**sounded** 12:14

**speak** 11:17 19:21 21:7 22:7

**specific** 15:12

**specifically** 10:1 23:13

**spoken** 6:14,16 23:6

**standing** 15:8,9

**state** 4:20

**stated** 20:21

**States** 4:7 5:2 11:2

**stayed** 22:22

**stepfather** 7:6

**strangers** 18:15

**strike** 11:4

**subpoena** 4:24

**suddenly** 15:18

**supplement** 10:13

**surprised** 24:2 26:24

**suspicious** 27:8

**swear** 4:9

**sworn** 4:16

### T

**tablet** 13:18

**takes** 11:1

**talked** 17:14 18:6

**tan** 21:19,20

**Tara** 4:12 5:4

**tend** 11:19

**terms** 20:19

**testified** 4:16

**that's** 5:16 8:15 9:3 11:3 12:13 13:6, 18 15:13 16:6,13 19:14 22:21 23:17 25:7 26:4 27:14

**there's** 16:7 18:16 19:6

**they're** 6:17 12:1

**thigh** 14:12

**thing** 20:22 21:13

**things** 5:14

**ticked** 15:17

**time** 6:9 11:16 12:2 13:10,14 14:4, 10,16 23:1 24:5 25:13,18 27:18

**times** 23:14

**today** 5:7,15,16 9:23

**today's** 4:3,24

**told** 6:16

**touch** 14:6,11

**tournament** 8:18

**trained** 26:12

**training** 8:9

**transcript** 5:19

**traveling** 8:11,24 12:4,16

**trip** 22:22 27:12

### U

**understand** 5:21 6:3 11:9 12:3 16:1

**understood** 6:6 24:9

**unfamiliar** 8:21

**uniform** 21:20

**uniforms** 21:21

**United** 4:7 5:2 11:2

**unprompted** 15:25

**unusual** 21:13

### V

**Vegas** 5:8 8:12,21 21:9,17,20 22:22,23 23:2,12,23,24

**Velchi** 15:20

**verbal** 5:23

**versus** 4:5

**video** 4:4 27:17

**Virginia** 7:11,19

### W

**wait** 5:17 22:15

**waiting** 21:14 22:10

**wasn't** 12:9 14:3 16:25 20:10 26:14

**watched** 13:22

**watching** 13:24 14:1,21 16:2

**wear** 11:19

**we'll** 5:19 10:8,13

**we're** 12:12

**we've** 10:17

**what's** 10:14 16:21

**where'd** 18:5

**white** 10:3

**who's** 5:6 6:16

**window** 9:19
  10:6 11:8 15:21
  18:6,8 19:4,9,24
  20:5,6,14,17 21:5

**wondered** 14:22

**wondering** 15:22

**worked** 8:7

**working** 7:22

**wouldn't** 22:3

---

### Y

**year** 7:12 8:20

**years** 7:20 11:21

**young** 11:9

**younger** 10:3,6 24:20

**you'll** 15:15

**you're** 5:22 16:2


