(FILED UNDER SEAL)

# EXHIBIT 6

**Deposition of Matthew W. Hughey, M.Ed., Ph.D. including Exhibit 1 (Expert Report) and Exhibit 2 (c.v.)**