**EXHIBIT 7**

**Full Deposition of Plaintiff A.D.**

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


PETER DELVECCHIA, individually)
and as next friend of A.D., a ) Case No.
Minor,                        ) 2:29-cv-01322-KJD-NJK
                              )
            Plaintiffs,       )
                              )
       vs.                    )
                              )
FRONTIER AIRLINES, INC., and  )
JOHN DOES 1 through 5,        )
inclusive,                    )
                              )
            Defendants.       )
_____)


VIDEOTAPED DEPOSITION OF A.D.

Taken on Tuesday, January 28, 2020

At 10:02 o'clock a.m.

At 9950 West Cheyenne Avenue

Las Vegas, Nevada


Reported by:  Helen M. Zamba, CCR #439



Page 2

```
 1   APPEARANCES:
 2   For the Plaintiffs:    JOHN D. McKAY, ESQ.
                            Park Avenue Law
 3                          127 West Fairbanks Avenue
                            Suite 519
 4                          Winter Park, Florida  32789
                            (800) 391-3654
 5                          johndmckayatty@gmail.com
 6   For the Defendants:    BRIAN T. MAYE, ESQ.
                            Adler Murphy & McQuillen
 7                          20 South Clark Street
                            Suite 2500
 8                          Chicago, Illinois  60603
                            bmaye@amm-law.com
 9
     The Videographer:     DAWN BECK
10
     Also Present:        PETER DELVECCHIA
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1                  I N D E X
 2   Witness     Direct   Cross   Red.    Rec.
 3   A.D.
 4   (By Mr. Maye)      5              115
 5   (By Mr. McKay)           107
 6
 7
 8
 9
10
11
12
13                  EXHIBITS
14   Number         Description        Page
15              (None)
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1          THE VIDEOGRAPHER:  Good morning.  We are now
 2   on the record.
 3          This begins videotape number 1 in the
 4   deposition of A.D., a minor in the matter of Peter
 5   Delvecchia, et al. versus Frontier Airlines, Inc. in
 6   United States District Court, State of Nevada, Case
 7   Number 2:19-CV-01322-KJD-NJK.
 8          Today's date is January 28th, 2020.  The time
 9   is 10:02 a.m.
10          This deposition is being taken at
11   9950 West Cheyenne Avenue in Las Vegas, Nevada, at the
12   request of Adler Murphy McQuillen, LLP.
13          The videographer is Dawn Beck of Magna Legal
14   Services, and the court reporter is Helen Zamba of
15   Magna Legal Services.
16          Will counsel and all parties present state
17   their appearances and whom they represent.
18          MR. McKAY:  I'm John McKay of Park Avenue
19   Law, and I represent the plaintiffs.
20          MR. MAYE:  Brian Maye for Frontier Airlines.
21          THE VIDEOGRAPHER:  Will the court reporter
22   please swear in the witness.
23   Thereupon--
24                  A.D.
25   was called as a witness by the Defendants, and having
```

Page 5

```
 1   been first duly sworn, testified as follows:
 2              (Counsel stipulated to waive the
 3          requirements under
 4          Rule 30(b)(4).)
 5          DIRECT EXAMINATION
 6   BY MR. MAYE:
 7      Q.  Yes, A.D., so I'm going to just go over some
 8   basic ground rules to help us with the deposition
 9   today.
10          One is what your counsel mentioned.  Please
11   try to speak up when answering.  Okay?
12      A.  (Witness nodding head.)
13      Q.  And the second piece of advice for you is
14   when answering, you need to say -- you need to
15   verbalize your answers.
16          Yes, no, I understand, instead of nodding or
17   going like this or saying uh-huh.
18      A.  Yes, sir.
19      Q.  Okay.  There -- perfect.  So I think
20   you'll -- you're going to be fine today.
21          And if you have any questions, certainly you
22   can stop me and say I don't understand, can you repeat
23   the question.  That's fine.
24          And if I'm asking a question, try to wait for
25   me to finish -- if I'm asking a question, try to wait
```



Page 6

1  for me to finish asking the question before you begin
2  to answer the question.
3      A. Yes, sir.
4      Q. Okay. Do you know why we're here today?
5      A. Yes.
6      Q. Okay. And what is your understanding of why
7  we're here today?
8      A. Um, for my deposition.
9      Q. Okay. And do you know who brought the
10  lawsuit against Frontier Airlines?
11      A. Um, I don't understand the answer.
12          MR. McKAY: I don't think that's necessarily
13  proper to be asking him who brought --
14          MR. MAYE: I'm just --
15          MR. McKAY: -- the lawsuit.
16          MR. MAYE: It's -- these are preliminary
17  cognency type foundation --
18          MR. McKAY: He --
19          MR. MAYE: -- questions --
20          MR. McKAY: He --
21          MR. MAYE: I'm not --
22          MR. McKAY: -- understands the process --
23          MR. MAYE: Okay.
24          MR. McKAY: -- today.
25      Q. (BY MR. MAYE) And do you know who the

Page 7

1  plaintiff is in this case?
2      A. Um, I don't know.
3      Q. Okay.
4          MR. McKAY: That's a legal term. I don't
5  know that it's --
6          MR. MAYE: Okay.
7          MR. McKAY: -- necessary.
8      Q. (BY MR. MAYE) Do you know who the parties
9  are in this lawsuit?
10      A. Yes.
11      Q. Okay. And who are the parties, from your
12  understanding?
13      A. Um, John and you guys. But I don't know the
14  actual terms.
15      Q. Okay. Okay. And do you know what the
16  lawsuit pertains to, what it involves?
17      A. Um, I don't know.
18      Q. Do you know what -- what incident has led to
19  the lawsuit?
20      A. Yes.
21      Q. And can you tell me what incident led to the
22  lawsuit?
23      A. Um, what happened on the plane led to this.
24      Q. Okay. And -- okay. We'll get -- we'll get
25  into that in a second.

Page 8

1      So what is your birthdate?
2      A. ▇▇▇▇▇.
3      Q. And what year?
4      A. ▇▇▇▇
5          MR. DELVECCHIA:
6          THE WITNESS: Um, ▇▇▇. Sorry.
7          MR. MAYE: Oh, that's all right.
8      Q. (BY MR. MAYE) And where do you live?
9      A. Hillsborough, North Carolina.
10      Q. And who do you live there with?
11      A. My dad. Say his name? Peter Delvecchia.
12      Q. Okay. That's fine. And where were you born?
13      A. Ethiopia.
14      Q. And it's my understanding that you were
15  adopted by your father?
16      A. Yes.
17      Q. And do you know when you were adopted, what
18  age you were when you were adopted?
19      A. Um, three. I'm pretty sure I was born --
20  adopted three --
21      Q. Okay.
22      A. -- actually.
23      Q. And do you have any siblings?
24      A. Yes. I have two sisters. They're older than
25  me.

Page 9

1      Q. And what are their names?
2      A. Gayle Delvecchia and Amanda Delvecchia.
3      Q. And how old is Gayle?
4      A. Gayle is 25.
5      Q. And how about Amanda?
6      A. Twenty-nine.
7      Q. And how often do you communicate with Gayle?
8      A. Almost every day.
9      Q. And when you communicate with her, is it
10  by -- through telephone calls, emails, texts --
11      A. Um --
12      Q. -- in person?
13      A. In person, calls, and texts.
14      Q. And how about Amanda, how often do you
15  communicate with Amanda?
16      A. Um, not as much. But mostly by phones.
17      Q. And how often do you see Gayle in person?
18      A. In person, um, pretty much every weekend.
19  Um, and like three days out of the weekday.
20      Q. And when you see Gayle, under what
21  circumstances are you seeing her? Is it -- is she
22  visiting your house? Are you going to visit her?
23      A. Um, I see her when I go exercise. And she
24  calls -- calls every day, and I talk to her then.
25      Q. When you say you see her when you exercise,



Page 10

1  exercise where?
2      A.  Sportplex.  She works there, so I get to see
3  her.
4      Q.  Okay.  And what do you do at Sportplex?
5      A.  Um, I just play hockey there, and I exercise.
6  And, um, we just stop by to see her.
7      Q.  Okay.
8      A.  See how she's doing.
9      Q.  And where do you go to school?
10     A.  C.W. Stanford.
11     Q.  And what grade are you in?
12     A.  Seventh grade.
13     Q.  And do you like school?
14     A.  Yes.
15     Q.  And what do you like about school?
16     A.  Um, getting to see my friends and learning
17 new things.
18     Q.  And what is your favorite subject in school?
19     A.  Um, social studies.
20     Q.  That was -- that was my favorite.  And what
21 sort of things do you do for fun when you're not in
22 school?
23     A.  Hockey.
24     Q.  I knew you were going to say that.  And do
25 you have any -- do you have a best friend or -- or

Page 11

1  several best friends or kids you typically hang out
2  with?
3      A.  Um, I guess the kids on my hockey team.
4      Q.  Uh-huh.  And when did you start playing on
5  your current hockey team?
6      A.  Um, well, I had to like I guess train before
7  I did, so I was five when I maybe started.
8      Q.  Uh-huh.
9      A.  So I guess then.
10         MR. McKAY:  No, he's asking you about your
11 current hockey team though.
12         THE WITNESS:  Oh.  Oh, I was probably six or
13 seven when I did.
14     Q.  (BY MR. MAYE)  So -- so you started playing
15 hockey when you were five.
16     A.  Yeah.
17     Q.  And when you said you -- you were -- you
18 started playing hockey, what --
19     A.  Well --
20     Q.  -- were you --
21     A.  -- when I was --
22     Q.  -- doing --
23     A.  -- actually, officially on a team.
24     Q.  Okay.  So the first time you were on a team
25 is when you were five.

Page 12

1      A.  Um, no.  I started playing when I was five.
2  But then I was officially on a -- officially on a team
3  when I was six or seven.
4      Q.  Okay.  I see.  And have you been on the same
5  team since you started at six or seven or different
6  team?
7      A.  I'm on a different team now.
8      Q.  Okay.  And when did you start playing on this
9  current team?
10     A.  When 12 years old.
11     Q.  Okay.  And -- and what position do you play?
12     A.  Center.
13     Q.  And I assume -- or -- or withdrawn.
14         With the exception of hockey, what are things
15 you enjoy to do outside of school?
16     A.  Um, hanging out with my dad mostly.
17     Q.  Uh-huh.
18     A.  I like taking walks with my dad.  And I like
19 playing video games with my dad when I have -- I have
20 free time.
21         And I guess the best thing is hockey in the
22 street with my dad.
23     Q.  You sound like my -- my 12-year-old.
24         Have you spoken to anyone about this lawsuit,
25 the -- the legal proceedings that are taking place

Page 13

1  right now in the court proceedings, depositions?
2      A.  No.
3      Q.  No, you haven't talked to anyone about it?
4      A.  No.
5      Q.  And you haven't talked to your father about
6  the lawsuit?
7      A.  Um, I guess how I feel about it.
8      Q.  Okay.
9      A.  But that's really all.
10     Q.  Okay.  And -- and how do you feel about the
11 lawsuit?
12     A.  Um, it's -- like it's changed our lives and
13 made it difficult.  And --
14     Q.  I just want to clarify.  I'm not talking
15 about the incident.
16     A.  Yeah.
17     Q.  I'm talking about just this -- this -- the
18 legal proceedings.  How does that -- how is the
19 legal -- how have the legal proceedings affected you,
20 if --
21     A.  Uh --
22     Q.  -- at all?
23     A.  It's changed our lives.  I have to skip
24 school --
25     Q.  Uh-huh.


MAGNA
LEGAL SERVICES

Page 14

1   A.  -- and it's not good to skip school.  It's
2   hard to keep grades up when like you have to keep
3   seeing doctors and stuff.  And all this stuff.
4      Q.  Okay.  When you mentioned seeing doctors,
5   what doctors are you referring to?
6      A.  Um, the doctors that I need for -- I forgot.
7   About the trauma thing, like those type of doctors.
8          And talking with the incident, like those
9   doctors.  I forgot what you call them, but --
10     Q.  When you say the trauma thing, what -- what
11  do you mean, the trauma --
12     A.  Like --
13     Q.  -- thing?
14     A.  -- having nightmares.
15     Q.  And what do you have nightmares about?
16     A.  Having my dad taken away.
17     Q.  And you don't recall the names of the doctors
18  you've seen?
19     A.  Um, I don't remember her name, but I think
20  what -- what they thought I had was like T something,
21  started with a T.
22     Q.  Uh-huh.
23     A.  Trauma something disorder.
24     Q.  Uh-huh.
25     A.  Yeah.

Page 15

1      Q.  Is it Ms. Snider?
2      A.  Yes.  I -- I believe it was her.
3      Q.  Okay.  And when was the last time you saw
4   Ms. Snider?
5      A.  Um, I don't know the exact time I saw her.
6   It's been a while.
7      Q.  Okay.  Approx -- is it --
8      A.  It's not like a -- a long, long time, but
9   it's just -- I just kind of forgot.
10     Q.  Okay.  A couple months?
11     A.  Yeah.
12     Q.  And do you know if you have any plans on
13  seeing her in the future?
14     A.  Um, I don't think so.
15     Q.  And when did you start seeing Ms. Snider?
16     A.  Um, when -- when the first start -- when did
17  I first start.  I think it was when this thing -- this
18  incident happened, I believe.
19     Q.  Okay.  So you -- you believe you started
20  seeing her in 2019?
21     A.  Ms. Snider?
22     Q.  Yeah.
23     A.  Uh, I think I forgot what doctor we're --
24        MR. McKAY:  Yeah.  I -- could we -- could we
25  go off the record for just a second?  I --

Page 16

1      MR. MAYE:  Sure.
2      MR. McKAY:  I think it would help your
3   question.
4      MR. MAYE:  Sure.
5      THE VIDEOGRAPHER:  We are going off record at
6   10:15 a.m.
7          (Discussion off the record.)
8      THE VIDEOGRAPHER:  We're back on the record
9   at 10:17 a.m.
10     Q.  (BY MR. MAYE)  So do you -- do you recall
11  when you first started seeing Susan?
12     A.  Um, when I first started seeing Susan, I
13  think it was when I was maybe eight.
14     Q.  And why did you first start -- started
15  seeing -- why did you first start seeing Susan?
16     A.  Um, I had a lot of trouble focusing in
17  class, and the teachers weren't really helping with
18  that.
19        So they would get angry, and then I would get
20  angry too.  So it would lead down to a bad path.
21     Q.  Okay.  And when is the last time you saw
22  Dr. Wall?
23     A.  Uh, probably last year.
24     Q.  And when did you start seeing Dr. Wall?
25     A.  When I had to -- the first time I saw

Page 17

1   Dr. Wall was when I needed -- uh, he wanted to figure
2   out about my ADHD.  I think that's when I first met
3   him.
4      Q.  Okay.  And do you have any appointments set
5   up for -- to see Dr. Wall?
6      A.  Yeah.
7      Q.  Yeah.  When do you expect to see Dr. Wall?
8      A.  I don't know the exact date, but I expect to
9   see him again in a few weeks probably.
10     Q.  And are you seeing Dr. Wall because of the
11  ADHD and the focus issues?
12     A.  Yeah.  I'm seeing him just for a checkup.
13     Q.  Okay.  I'm going to ask you a few questions
14  about the incident.
15        And so when I'm referring to the incident,
16  I'm referring to your flight from Raleigh, North
17  Carolina to Las Vegas on March 28th, 2019.
18        Do you understand the incident I'm talking
19  about?
20     A.  Yeah.
21     Q.  Okay.
22     MR. McKAY:  Keep your voice up.
23     THE WITNESS:  Okay.  Got it.
24     Q.  (BY MR. MAYE)  Who have you talked to about
25  the incident?



Page 18

1    A.  Um, my dad and -- that's pretty much all.
2    Q.  How about your sisters?
3    A.  Uh, I -- I haven't really talked to them
4  about it.
5    Q.  Okay.  And what did you talk about with your
6  father?
7    A.  Um, when it first happened, he was talking to
8  me mostly about his pain with his head and how he felt
9  like crap the whole time and I saw in him.
10       And then I started talking to him about like
11  being nervous in public.  That's when I started talking
12  more about it.
13       And like not giving like him a hug in public
14  and stuff like that.
15    Q.  When did you first talk about the incident
16  with your father?
17    A.  Probably when I saw -- when I first saw him
18  at the FBI office.
19    Q.  After you left --
20    A.  Yeah.
21    Q.  -- the office?
22    A.  When the FBI released him --
23    Q.  Okay.
24    A.  -- back when they first talked to him.
25    Q.  And where did you go after you left the FBI

Page 19

1  office?
2    A.  We went to a hotel.
3    Q.  And do you recall how you got there?
4    A.  Um, I'm pretty sure it was like a Las Vegas
5  cab.
6    Q.  And you said that you talked to your father
7  about his pain in his head?
8    A.  Yeah.
9    Q.  And -- and what did he tell you?
10    A.  He was telling me he was -- he was telling me
11  how did I get this blistering pain in my head.  And he
12  was like how is this even possible, I got this.
13       And it was just saying like I -- I -- bad as
14  I feel really nauseous, and I really don't feel that
15  good.
16       And he was just mostly saying how the heck
17  did I get this.
18    Q.  So he didn't know how it happened?
19    A.  No.  He -- he had a hard time remembering,
20  and was just like what the heck's going on.
21    Q.  And did you talk to your father -- did you
22  say anything to your father about the incident?
23    A.  Yeah.
24    Q.  And what did you tell him?
25    A.  I told him that this whole thing was because

Page 20

1  I was black and he was white and how -- and what the
2  FBI was asking me.
3       And -- and how they thought like it was a
4  real big issue.
5       But once I told them that -- once I told them
6  that it was because of that -- and it was because of
7  that, they stopped.  You know, okay.
8    Q.  Once you told them it was because he was
9  white and you were black --
10    A.  They --
11    Q.  -- they --
12    A.  -- they just stopped.
13    Q.  Okay.  And prior to today, have you spoken to
14  anyone about preparing for this deposition?
15    A.  No.
16    Q.  No.  Have you talked to your father at all
17  about the deposition?
18    A.  Yes.
19    Q.  And what did you talk to your father about?
20    A.  Um, how like -- like how nervous I am and how
21  this is not fun, and that's it.
22    Q.  Okay.  Prior to the incident, did you ever
23  have any difficulties in school?
24    A.  Uh, yes.  Um, I noticed that I was a lot more
25  quiet in school after it.

Page 21

1       MR. McKAY:  No, he's asking about before.
2       THE WITNESS:  Oh.
3       MR. MAYE:  Yeah, before.
4       MR. McKAY:  Beforehand.
5       THE WITNESS:  Beforehand.
6       MR. McKAY:  Yes.
7       THE WITNESS:  Um, I guess I was happy, more
8  happy and less quiet than I am now.  And that's pretty
9  much it.
10    Q.  (BY MR. MAYE)  So before the incident, you
11  were a happy kid and --
12    A.  Yeah --
13    Q.  -- you were --
14    A.  -- and like -- and less nervous than I am
15  now.  I was definitely less nervous.
16    Q.  Uh-huh.  And are you a good student?
17    A.  Yes.
18    Q.  And were you a good student before the
19  incident?
20    A.  Yeah.
21    Q.  And before the incident, did you ever get
22  in -- in any trouble at school?
23    A.  Um, no.
24    Q.  And now, do you ever get in trouble at
25  school?



Page 22

1    A.  No.
2    Q.  And prior to the incident, did you have any
3  difficulties getting along with other students?
4    A.  No.
5    Q.  And how about now, do you have any
6  difficulties getting along with other students?
7    A.  Huh-uh.
8    MR. McKAY:  You have to say yes or no.
9    THE WITNESS:  No.  Sorry.
10    MR. MAYE:  Okay.
11    THE WITNESS:  Sorry.
12    MR. MAYE:  You're doing great.  You're doing
13  great.
14    Q.  (BY MR. MAYE)  And prior to the incident, did
15  you have any difficulties getting along with your
16  hockey teammates?
17    A.  No.
18    Q.  And do you have any difficulties getting
19  along with your hockey teammates now?
20    A.  Huh-uh.  I -- sorry, no.
21    Q.  How about getting along with your track
22  teammates before the incident?
23    A.  No.
24    Q.  No issues, no problems?
25    A.  No issues.

Page 23

1    Q.  Okay.  And how about now?
2    A.  Um, no problems.
3    Q.  And how about prior to the incident, did you
4  have any difficulties sleeping?
5    A.  No.  So can you repeat your question?  Does
6  that mean before this happened, I slept better?  Are
7  you saying that?
8    Q.  Correct.  Prior to this happening, how did
9  you sleep?
10    A.  I slept a lot better.
11    Q.  Prior to the incident, did you have any
12  trouble sleeping?
13    A.  No.
14    Q.  And how about now?
15    A.  Yes.
16    Q.  And prior to the incident, did you have any
17  nightmares that would disrupt your sleep?
18    A.  No.
19    Q.  And how about now?
20    A.  Yes.
21    Q.  Prior to the incident, did you take anything
22  before you went to bed to help you sleep?
23    A.  Yes.
24    Q.  Okay.  And why did you take -- or what did
25  you take?

Page 24

1    A.  Melatonin.
2    Q.  And why did you take that?
3    A.  Um, I have trouble sleeping.  And ever since
4  I was young, I had like a lot of energy, and I just
5  could not get myself to sleep.  And melatonin started
6  helping.
7    Q.  Okay.  So prior to the incident, you did have
8  some difficulties sleeping?
9    A.  Um, well, I slept fine.  But I just needed to
10  take melatonin, and I still take it.
11    Q.  Okay.  And prior to the incident, were you
12  diagnosed with ADHD?
13    A.  Yes.
14    Q.  And do you know what that is?
15    A.  Yes.
16    Q.  And prior to the incident, did you take
17  medication for ADHD?
18    A.  Yes.
19    Q.  Are you still taking medication for ADHD?
20    A.  Yes.
21    Q.  Has the medication helped you?
22    A.  Yes.
23    Q.  And when is the -- the hockey season?  Like
24  when -- when are you playing hockey during the --
25  during the year?  What -- what months are you playing

Page 25

1  hockey?
2    A.  Um, I first start hockey in October.
3    Q.  Uh-huh.
4    A.  And it ends March.
5    Q.  And how about track?
6    A.  Um, track starts around March and ends in
7  like three weeks, in the beginning of March, I believe.
8  Track is really short.
9    Q.  I'm sorry.  Track started March?
10    A.  Yeah.  Um, when the vacation was over, it
11  started, which was probably March 30.  I forgot,
12  but --
13    Q.  Okay.
14    A.  -- that pretty --
15    Q.  So you've been doing track ever since March
16  of last year?
17    A.  Yes.
18    Q.  You said it was a short season.  That seems
19  like a pretty long season.  Because we're in Jan --
20  we're January now.
21    A.  No, it goes -- it's just -- I guess it's --
22  it's -- the real running starts like -- it's -- the
23  real running is only like four weeks.
24    And all the training is -- just takes up most
25  of the space.



Page 26

1    Q.  So from March until recently, you've been
2  training?
3    A.  Yeah.
4    Q.  And then -- and do you train with a team?
5    MR. McKAY:  I'm sorry.  Just a second.
6  I'm -- from March until recently, this is January of
7  2020.
8    MR. MAYE:  Right.
9    MR. McKAY:  I -- I think he's previously
10  testified that it's a short season.  It's just a -- a
11  number of weeks.  So --
12    MR. MAYE:  Right.
13    MR. McKAY:  -- it would have ended sometime
14  in April, I think.  Right?  March --
15    THE WITNESS:  Yeah.
16    MR. McKAY:  -- April or -- or May.  I mean,
17  they don't --
18    MR. MAYE:  No, he just said it just ended.
19    THE WITNESS:  No.  No, no, no.  It -- it ends
20  only a -- few weeks.  Because track is really short.
21  I don't really know how short, but it's really short.
22    Q.  (BY MR. MAYE) Okay.  So what are the months
23  that you're -- you're engaged in participating in -- in
24  track, training and -- and meets?
25    A.  I really don't know.

Page 27

1    Q.  Okay.  But it's a short season?
2    A.  Yes.
3    Q.  And do you do track through your school?
4    A.  Yeah.
5    Q.  And do you play any other sports?
6    A.  Cross country.
7    Q.  Back to track, what do you do for track?
8  What -- what I guess kind of categories you run in,
9  or do you do like 100-yard dash or --
10    A.  One mile.
11    Q.  One mile?  And cross country, can you explain
12  what cross country is?
13    A.  Cross country is just really like run and
14  may -- it's two miles, and you run, and you have to
15  cross the finish line first and run.
16    Q.  But it's not a track?
17    A.  No.  It's out in like the woods.
18    Q.  And you do -- do you do cross country through
19  your school?
20    A.  Yes.
21    Q.  And when is that season?
22    A.  That starts around when school begins.
23    Q.  So around September?
24    A.  Yes.
25    Q.  And how long does it last?

Page 28

1    A.  Um, it ends around October.  That's all I
2  know.
3    Q.  Okay.  And did you participate in cross
4  country before the incident?
5    A.  Yes.
6    Q.  And before the incident, did you get along
7  with your teammates on the cross country team?
8    A.  Can I -- can you -- can I ask -- I don't
9  really get it.
10    Q.  Okay.  Before the incident, when you were
11  participating in -- in cross country --
12    A.  Yes.
13    Q.  -- did you get along with your teammates on
14  your cross country team?
15    A.  Yes.  I got along with them.
16    Q.  Okay.  And how about now?
17    A.  I still get along with them.
18    Q.  Okay.  Has the -- the incident affected
19  your -- your participation in hockey at all?
20    A.  No.
21    Q.  How about your participation in track?
22    A.  No.
23    Q.  How about your participation in cross
24  country?
25    A.  No.

Page 29

1    Q.  Has --
2    A.  Can --
3    MR. McKAY:  Do you have a question?
4    THE WITNESS:  Um, no.
5    MR. MAYE:  Okay.
6    MR. McKAY:  Okay.
7    Q.  (BY MR. MAYE)  Has the incident affected how
8  well you do in school at all?
9    A.  No.
10    Q.  Has the incident affected how you interact at
11  all with your classmates?
12    A.  Yes.
13    Q.  In what way?
14    A.  Um, I'm a lot more quiet, for some reason.
15    Q.  You said for some reason.  Do you know why
16  you're more quiet?
17    A.  Um, because I'm nervous.
18    MR. McKAY:  His answer was because I'm
19  nervous.
20    Q.  (BY MR. MAYE)  And what are you nervous
21  about?
22    A.  Um, I just -- in school, and sorry about
23  adding this, like around life and sports.
24    I just think about the deposition or other
25  things in this sometimes.  And it -- and it just makes



Page 30

1  me nervous.
2      Q.  Okay.  Is there any -- any other reasons that
3  cause you to be nervous around your friends or at
4  school?
5      A.  No.
6      Q.  In terms of your performance in school, you
7  know, how well you do, has the incident affected that
8  at all?
9      A.  Um --
10         MR. McKAY:  Objection.  Asked and answered.
11     Q.  (BY MR. MAYE)  Like your grades.
12     A.  Has it affected my grades?  Um, I guess now
13  my grades aren't as good.
14         But I've -- I've of course wanted my grades
15  to be really high, and I always wanted to do well.  So
16  that's one thing.
17         MR. McKAY:  Objection withdrawn.
18     Q.  (BY MR. MAYE)  So you believe that your
19  grades aren't as high now --
20     A.  Yes.
21     Q.  -- after the incident.
22     A.  Yes.
23     Q.  And can you explain what about the incident
24  has affected your -- your performance at school,
25  your --

Page 31

1      A.  Um --
2      Q.  -- grades?
3      A.  Just thinking about this type of things at
4  school, and it's about a bit harder to focus.
5      Q.  Deposition?
6      A.  Yeah.
7         MR. McKAY:  Objection to the form.
8      Q.  (BY MR. MAYE)  So after this deposition is
9  over, you'll feel better and you'll be able to
10  concentrate at school?
11     A.  Yes.
12         MR. McKAY:  Objection to the form.
13     Q.  (BY MR. MAYE)  Has the incident affected your
14  relationship with your sisters at all?
15     A.  Yeah.
16     Q.  In what way?
17     A.  Um, I'm definitely -- um, I'm definitely less
18  affectionate around the house and in public.
19     Q.  How often do you see Amanda in person?
20     A.  Um, not that often.  But a lot of phone
21  calls, but not that often.
22     Q.  Like every six months, once a year?
23     A.  Oh, no.  Like every three weeks maybe.
24     Q.  And you're not as affectionate with Amanda
25  after the incident?

Page 32

1      A.  Yeah.  And Gayle.
2      Q.  And Gayle.
3      A.  And my dad.
4      Q.  Okay.  Has the incident affected at all what
5  you like to do for fun?
6      A.  (No response.)
7         MR. McKAY:  I'm going --
8         MR. MAYE:  I can repeat -- I can, you know --
9         THE WITNESS:  So --
10         MR. MAYE:  -- ask it a different way, if
11  you'd like.
12         MR. McKAY:  I was going to object to the --
13         THE WITNESS:  Okay.
14         MR. McKAY:  -- form.
15         THE WITNESS:  Um, no, the in -- no, the
16  incident has not done anything to what I like --
17     Q.  (BY MR. MAYE)  To do.
18     A.  -- to do --
19     Q.  Okay.
20     A.  -- no.
21     Q.  Okay.  And has the incident affected --
22  withdrawn.
23         Are you closer with your father now as
24  opposed to before the incident?
25     A.  Closer to my father as in --

Page 33

1      Q.  Your relationship.  Are you like --
2      A.  -- getting better?  Like our relationship
3  is --
4      Q.  Is it better now than it was before the
5  incident?
6      A.  No.
7      Q.  Is it the same?
8      A.  No.
9      Q.  So your -- your relationship with your father
10  is worse?
11     A.  Um, is as in like giving him hugs in public
12  and -- and feeling good in public, no.  As in like he's
13  my best friend, yes --
14     Q.  Okay.
15     A.  -- it's getting better.  But as in the other
16  type of things, no.
17     Q.  So the only -- withdrawn.
18         When you're -- you're at home, and it's just
19  your family, and you're not in -- in public, has the
20  incident affected that relationship --
21     A.  Yeah.
22     Q.  -- at all?
23     A.  Yes.  Um, outside pub -- out -- our -- can --
24  can you please ask the --
25     Q.  Sure.



Page 34

```
1        A.  -- question again?
2        Q.  You said before that you're not as
3    affectionate or you're less inclined or you're less
4    likely to hug your -- your siblings and your father in
5    public --
6        A.  Yes.
7        Q.  -- as a result of the incident; right?
8        A.  Yes.
9        Q.  How about at home, when it's just your
10   family?
11       A.  Yes.  I feel a lot more comfortable at home
12   than I am in public because of the incident.
13       Q.  Okay.  Has the incident affected your father
14   at all, from what you see?
15       A.  Yes, a lot.
16       Q.  In what way?
17       A.  He -- he's forgetting a lot of things that
18   don't make a lot of sense.  And he's forgetting a lot
19   of important things.
20           Um, he would forget them in like in a few --
21   five minutes sometimes in a day.  And he can't --
22   he's a lot more nervous, and he can't sleep as well.
23           And I can definitely see him in public, less
24   hugs and definitely looking out, watching his back a
25   lot more than he used to, checking out, just looking
```

Page 35

```
1    around.  And yeah.
2        Q.  What's he watching his back for?
3        A.  Um, just nervous about other people,
4    about -- he's nervous about like the people on the
5    plane.
6        Q.  He's nervous about what people on the plane?
7        A.  He's nervous like -- okay.  Sorry.
8            He's nervous about -- he's nervous about that
9    other people on the plane are just going to do the same
10   things that they did, that the other people are going
11   to have the same anger and hatred just because of us
12   and do something bad.
13       Q.  Okay.  You said your father is more
14   forgetful?
15       A.  Yeah.  And he's not forgetful towards me,
16   he's forgetting more about oh, I have to pick up
17   something at the grocery, and he'll just forget it.
18   And his memory isn't as good.
19       Q.  Is your father a good father to you?
20       A.  Yes.
21       Q.  Does he take good care of you?
22       A.  Yes.
23       Q.  Do you consider your -- consider yourself a
24   happy kid?
25       A.  Yes.
```

Page 36

```
1        Q.  And do you enjoy doing things with your
2    father?
3        A.  Yes.
4        Q.  What is your favorite thing to do with your
5    father?
6        A.  Play hockey with my dad.
7        Q.  Is he good at hockey?
8        A.  Yes.
9        Q.  Is he better than you?
10       A.  No.
11       Q.  And what other things do you and your father
12   like to do together?
13       A.  Um, we love to hike together.
14       Q.  Hike, did you say?
15       A.  Yeah, hike.  He loves hiking, and I love
16   hiking.  And we love to take walks.
17       Q.  And has the frequency, in terms of taking
18   hikes, has that changed at all between before the
19   incident and after the incident?
20       A.  So may I ask you the question?  So --
21       Q.  Sure.
22       A.  -- you're saying that because of the
23   incident, we don't take as much hikes?  Is that what
24   you're asking?
25       Q.  Right.
```

Page 37

```
1        A.  No.
2        Q.  So you're saying that's not true, you take
3    the same amount of hikes before and after.
4        A.  Yeah.
5        Q.  And how about walks?
6        A.  Yeah, we still take walks.
7        Q.  Okay.  You mentioned that you -- you don't
8    hug your sisters as much in public after the incident;
9    right?
10       A.  Yes.
11       Q.  Has your relationship with your sisters
12   changed at all, other than that fact?
13       A.  Um, no.  I still love them, and they're still
14   my sisters.  But it's just I guess the way I act in
15   public is different.
16       Q.  Okay.  Do you like to travel?
17       A.  Yeah.
18       Q.  And where have you traveled to with your
19   father and/or sisters?
20       A.  Um, I have traveled to Florida.  Uh --
21       Q.  Where do you go to Florida?
22       A.  Um, just Clearwater for hockey tournaments.
23   My sister comes with me to watch me play.  And I go up
24   north a lot -- not a lot, but I just go up north to see
25   my family.
```

MAGNA
LEGAL SERVICES

Page 38

1    Q.  Where is up north?
2    A.  New Jersey.
3    Q.  And who's there?  Who lives in New --
4    A.  Um --
5    Q.  -- Jersey?
6    A.  Like grandpa and like -- I don't know if it's
7  my aunt, but my dad's side of the family.
8    Q.  Okay.  And when you go to Clearwater, how do
9  you travel?
10    A.  Car.
11    Q.  And how about New Jersey?
12    A.  Car.
13       MR. McKAY:  Can I just ask a clarification?
14  Is Clear -- is Clearwater a frequent thing or just a
15  one-time thing?
16       THE WITNESS:  Just a one-time --
17       MR. McKAY:  Okay.
18       THE WITNESS:  -- thing.  Wait, so you're
19  asking just all the places I travel?
20       MR. McKAY:  Yeah --
21       THE WITNESS:  Okay --
22       MR. McKAY:  Yeah.
23       THE WITNESS:  -- so --
24       MR. McKAY:  Have traveled.  It's -- it's
25  getting confusing to me as to whether you're saying

Page 39

1  travel frequently or have traveled in the past, is --
2       MR. MAYE:  Have traveled.
3       MR. McKAY:  Have traveled in the past.
4       THE WITNESS:  So every -- everywhere I've
5  been in the past, okay.
6       MR. MAYE:  Right, which -- which I think
7  that's what he was --
8       MR. McKAY:  There was --
9       THE WITNESS:  That's --
10       MR. McKAY:  -- some --
11       THE WITNESS:  -- what I --
12       MR. McKAY:  -- confusion --
13       THE WITNESS:  -- was --
14       MR. McKAY:  -- because your questions and his
15  answers suggested a -- an ongoing traveling to
16  Clearwater, which didn't seem to --
17       MR. MAYE:  Uh-huh.
18       MR. McKAY:  -- me to be correct.
19       THE WITNESS:  Okay.
20    Q.  (BY MR. MAYE)  And so you said you traveled
21  to Clearwater, Florida --
22    A.  I've done that once.
23    Q.  Right.  And how often do you go to New
24  Jersey?
25    A.  Um, almost every year.

Page 40

1    Q.  And what other places have you been with --
2  let's say just you and your father, what places have
3  you traveled to, with you and your father?
4    A.  Um, Montana and the west, west coast.
5    Q.  Mon -- Montana, was that a one-time trip?
6    A.  Yes.
7    Q.  And how did you get to Montana?
8    A.  Um, plane.
9    Q.  And when was that?
10    A.  Um, I don't remember the exact date, but it
11  was I think two years ago or something, I think.  I
12  don't really know.
13    Q.  And you said you traveled out -- traveled to
14  the west coast?
15    A.  Yeah.
16    Q.  And where did you go in the west coast?
17    A.  Um, uh, San Francisco and Yosemite Park and,
18  um -- and just hiking around that area.  And then, of
19  course, the -- around the west.  Like Arizona,
20  Colorado.
21    Q.  Okay.  I'll just stop you there.  So was this
22  all one trip or multiple trips?
23    A.  Multiple trips.  Because these are all the
24  trips I've been to in the past.
25    Q.  Okay.  So when you went to San Francisco,

Page 41

1  when was that?
2    A.  Um, I don't know the exact date, yet again.
3  But I don't know -- I don't really know what year.
4       I kind of forgot about it.  But it was just a
5  while ago, for a wedding in my mom's side of the
6  family.
7    Q.  So just a while ago.  Was it after the
8  incident?
9    A.  Yes.
10    Q.  And how did you get to San Francisco?
11    A.  Wait, do you mean after the incident, before
12  the incident had even happened?  Is that what you mean
13  by that?
14       MR. McKAY:  Yes.
15       THE WITNESS:  Okay.  Yes.
16       MR. McKAY:  He means --
17       MR. MAYE:  Yeah.
18       MR. McKAY:  -- did -- did you go after the
19  incident on the airplane that we're here about today,
20  was it sometime later than that that you went to
21  the --
22       THE WITNESS:  Yes.
23       MR. McKAY:  -- wedding for your --
24       THE WITNESS:  It was --
25       MR. McKAY:  -- mother's side --



Page 42

```
1         THE WITNESS: -- later --
2         MR. McKAY: -- of the family?
3         THE WITNESS: -- before it even happened.
4         MR. McKAY: Oh. Okay. It was before the
5  incident happened.
6         THE WITNESS: Yes, before --
7         MR. McKAY: Okay.
8         THE WITNESS: -- not after.
9         MR. MAYE: Okay.
10        MR. McKAY: Okay.
11        THE WITNESS: Before.
12        Q.  (BY MR. MAYE) Okay. And you traveled there
13  by plane.
14        A.  Yes.
15        Q.  How about to Yosemite?
16        A.  Yes.
17        Q.  When did you go there?
18        A.  It was the same -- it was with the trip of
19  the wedding.
20        Q.  Okay. And how about Arizona?
21        A.  Um, I just went there to hike in the Grand
22  Canyon.
23        Q.  When was that?
24        A.  Last year. Last year, summer break.
25        Q.  Okay. So summer of 2019?
```

Page 43

```
1         A.  Yes.
2         Q.  And how did you get to --
3         MR. McKAY: Did -- are you -- you're looking
4  confused on that. Now, remember, we just changed to
5  2020, so last year wasn't that long ago.
6         The incident happened in March of last year.
7  So did this trip to Arizona, was that before the
8  incident?
9         THE WITNESS: Yes.
10        MR. McKAY: So it was the summer before March
11  of last year.
12        THE WITNESS: Yes.
13        MR. McKAY: Okay. Is that correct?
14        THE WITNESS: Uh --
15        Q.  (BY MR. MAYE) You said -- you said -- you
16  said it wasn't long ago.
17        A.  I don't really remember exactly. Can I just
18  say that? I don't --
19        MR. McKAY: You can --
20        THE WITNESS: -- know --
21        MR. McKAY: -- sure --
22        THE WITNESS: -- I don't know.
23        MR. McKAY: -- if you don't remember.
24        THE WITNESS: I don't really remember.
25        Q.  (BY MR. MAYE) Okay. And how did you get to
```

Page 44

```
1  Arizona?
2         A.  By car. It was, of course, plane, but then
3  we rented a car.
4         Q.  Okay. And did you -- last summer --
5         A.  Yes.
6         Q.  -- did you travel anywhere?
7         A.  Yeah.
8         Q.  And where did you travel?
9         A.  Um, last summer, I went to Death Valley and
10  Arizona, Colorado. That was -- it was -- that was a
11  big trip.
12        Q.  That was one trip --
13        A.  Yeah. It --
14        Q.  -- you took --
15        A.  -- all --
16        Q.  -- last --
17        A.  -- in --
18        Q.  -- summer?
19        A.  -- one trip, yeah.
20        Q.  Okay. And what did you do when you were in
21  Death Valley?
22        A.  Okay. I'm sorry. Death Valley, I -- I
23  remember it now. Death valley was when the incident
24  happened. Colorado, Arizona was my summer break.
25        Q.  Okay.
```

Page 45

```
1         MR. McKAY: Okay. And just so that we're
2  clear, is that the summer after the incident happened
3  or the summer before the incident happened?
4         THE WITNESS: The sit -- the incident
5  happened, and then I had my summer trip, so --
6         MR. McKAY: Okay.
7         THE WITNESS: -- it was -- would you call
8  that after?
9         MR. McKAY: Yes.
10        THE WITNESS: Okay. After.
11        Q.  (BY MR. MAYE) Okay. And so you said you --
12  last summer, you went to Arizona and Colorado. What
13  did you do in Arizona?
14        A.  Um, I hiked.
15        Q.  And who did you go with?
16        A.  My dad.
17        Q.  And what did -- you also traveled to Colorado
18  last summer.
19        A.  (Witness nodding head.)
20        Q.  Yes?
21        A.  Yes.
22        Q.  What did you do in Colorado?
23        A.  Hiked and saw my sister.
24        Q.  Amanda?
25        A.  Yeah.
```



Page 46

1    Q.  And do you recall how long this trip was?
2    A.  All I remember is that it was pretty much my
3 whole summer.
4    Q.  Okay.  And between -- between last summer and
5 today, have you taken any trips?
6    A.  Um, bet -- can you ask the question again,
7 so --
8    Q.  Sure.
9    A.  -- between last summer --
10   Q.  Last summer, so you --
11   A.  So between in the middle of the -- all this,
12 have I taken any vacation or --
13   Q.  That's --
14   A.  -- any --
15   Q.  -- right.  Exactly.
16   A.  Yes.
17   Q.  And where have you gone?
18   A.  Um, I went to go see my cousins in New
19 Jersey.  The same place.
20        MR. McKAY:  Brian, would we be able to take a
21 break for a few minutes?
22        MR. MAYE:  Well, we're doing pretty fine.
23        MR. McKAY:  All right.
24        MR. MAYE:  I -- I --
25        MR. McKAY:  It's been about 45 minutes.  We

Page 47

1 were kind of agreeing to take breaks at 20.
2        MR. MAYE:  Oh, okay.
3        MR. McKAY:  Okay.  Thanks.
4        MR. MAYE:  Okay.  Yes.
5        THE VIDEOGRAPHER:  We are going off record at
6 10:51 a.m.
7        (Discussion off the record.)
8        (Short recess taken.)
9        THE VIDEOGRAPHER:  We are back on the record
10 at 11:03 a.m.
11   Q.  (BY MR. MAYE)  So A.D., when we left off, you
12 mentioned that you took a trip to see your cousins in
13 New Jersey.
14   A.  Yes.
15   Q.  And do you recall when that was?
16   A.  I don't know.
17   Q.  Okay.  And do you recall how you got there?
18   A.  Car.
19   Q.  Did you take a plane?
20   A.  No.
21   Q.  And between the time of the incident, which
22 was last March --
23   A.  Incident meaning by the -- what happened on
24 the plane?
25   Q.  Correct.

Page 48

1    A.  Okay.
2    A.  Yes.
3    A.  Incident means what happened on the plane --
4    Q.  Right.
5    A.  -- got it.
6    Q.  Between the time of the incident, last March,
7 and today, have you taking -- have you taken any other
8 trips?
9    A.  (No response.)
10   Q.  You --
11   A.  I don't know.
12   Q.  You mentioned the trip to New Jersey.
13   A.  (Witness nodding head.)
14   Q.  Yes?
15   A.  Yes.
16   Q.  And you mentioned the trip to Arizona and
17 Colorado.
18        MR. McKAY:  Objection to the form.
19        THE WITNESS:  We never -- I never --
20   Q.  (BY MR. MAYE)  I'm going to let you -- your
21 counsel represented to me that you were mistaken.
22   A.  Yeah.
23   Q.  And --
24   A.  Wait, wait.  What do you mean by mistaken?
25   Q.  Maybe you got the -- the --

Page 49

1    A.  Yeah.
2    Q.  -- the timeframe --
3    A.  Yeah.
4    Q.  -- wrong.
5    A.  I had the timeframe wrong.  I don't --
6    Q.  And that's --
7    A.  -- remember --
8    Q.  -- totally --
9    A.  -- Arizona --
10   Q.  -- fine.
11   A.  -- or Colorado.  Sorry.
12   Q.  Okay.
13   A.  That --
14   Q.  So last summer, did you travel to Arizona or
15 Colorado?
16   A.  I don't really know the exact time frame, but
17 yes.
18   Q.  Okay.
19        MR. McKAY:  Do you understand what he means
20 by last summer?
21        THE WITNESS:  Um --
22   Q.  (BY MR. MAYE)  So it's --
23   A.  -- yes.
24   Q.  -- it's January right now, and then last
25 summer --



Page 50

```
1      A.  2019 summer --
2      Q.  That's --
3      A.  -- yes --
4      Q.  -- right.
5          MR. McKAY:  Which would have been after the
6  incident.
7          THE WITNESS:  When the incident happened --
8          MR. McKAY:  The --
9          THE WITNESS:  -- yeah.
10         MR. McKAY:  -- incident happened in spring of
11  2019.  So summer of 2019 would be after the incident.
12         THE WITNESS:  Yes.
13         MR. McKAY:  So after -- the incident had
14  already occurred, and you went to Death Valley.  Then
15  you went to Arizona and Colorado after that?
16         THE WITNESS:  Yes, I believe, I think.  I
17  don't really know.
18         MR. MAYE:  Okay.
19         THE WITNESS:  I really don't know.
20         MR. MAYE:  Okay.  That's fine.
21     Q.  (BY MR. MAYE)  Can you think of any other
22  places you've traveled with your father, before or
23  after?
24     A.  I don't really know.
25     Q.  Okay.  Have you gone skiing with your
```

Page 51

```
1  father?
2      A.  I don't -- no.
3      Q.  No?
4      A.  I don't believe -- or no.
5      Q.  Have you ever gone skiing?
6      A.  Yes.
7      Q.  And when did you go skiing?
8      A.  I don't really know the exact date.
9      Q.  Was it in the last several months?
10     A.  I believe it was the last two years -- last
11  two years.
12     Q.  Was it this -- this winter?
13     A.  No.
14     Q.  It was last winter.
15     A.  No.  It was two years ago, we -- we might
16  have.
17     Q.  And do you recall where you went?
18     A.  Somewhere around New York.
19     Q.  And do you recall how you got there?
20     A.  Car.
21     Q.  Did you fly?
22     A.  No.
23     Q.  Prior to coming here for this deposition,
24  what was the last trip you took?
25     A.  I don't know.
```

Page 52

```
1      Q.  You don't recall the last trip you took prior
2  to this trip to Las Vegas?
3      A.  (Witness shaking head.)  No.
4      Q.  After your trip in the springtime to Death
5  Valley -- okay, the -- so this is -- we're talking
6  about the incident.
7      A.  Yes.
8      Q.  So after that trip, you returned back to
9  North Carolina; correct?
10     A.  Yes.
11     Q.  And do you recall what your next trip was
12  after the Death Valley trip?
13     A.  I don't -- I don't remember what was our next
14  trip.
15     Q.  And do you like to go to places on a plane?
16     A.  No.
17     Q.  No?  And why not?
18     A.  Um, because prior -- what happened on the
19  plane.  Prior what happened on the plane.  Or the
20  incident that happened on the plane, not really.
21         I don't really -- I'm -- I'm trying to say
22  that what happened on the plane, I don't really like
23  getting on planes anymore.
24     Q.  And did you like getting on planes before the
25  incident?
```

Page 53

```
1      A.  Yes.
2      Q.  And why don't you like getting on planes
3  since the incident?
4      A.  Because I feel like there's going to be
5  people just like the ones that -- are on the -- there's
6  going to be people that are just like the same people
7  that happened on the incident, but just even worse.
8          Like even -- that just might do more damage.
9      Q.  And have you flown on a plane -- on a plane
10  since the incident?
11     A.  Yes, to get here.
12     Q.  Do you recall flying on a plane on any other
13  occasion since the incident?
14     A.  No.
15     Q.  And how was your trip here on the plane?
16     A.  Um, it was fine.  It was nerve-wracking, but
17  it was fine.
18     Q.  Okay.  What is the name of your father's
19  girlfriend?
20     A.  Alexis.
21     Q.  And do you get along with Alexis?
22     A.  Yeah, I guess.  Yeah.  Yeah, I do.
23     Q.  Okay.
24     A.  I get along.
25     Q.  And how often do you see Alexis?
```



Page 54

1      A.  Um -- uh, I don't really know.  Maybe
2  every -- I see her almost every Wednesday and every
3  weekend.
4      Q.  And what sort of things do you do with
5  Alexis?
6      A.  I don't really know.  I just see her.  That's
7  really all.
8      Q.  Okay.  And when you see her, is -- are you
9  seeing her because she's seeing your father?
10      A.  Yes.
11      Q.  And do you have a good relationship with
12  Alexis?
13      A.  Yes.
14      Q.  Do you get along with Alexis the same now as
15  you did before the incident?
16      A.  No.  So wait.  Can I -- can I ask you --
17      Q.  Sure.
18      A.  -- a question?
19      Q.  Yeah.
20      A.  So you're asking me do I get along better now
21  before what happened on the plane?
22      Q.  Actually, I'm saying do you get along with
23  her the same way now than what happened -- than before
24  what happened on the plane.
25      A.  So I would say no, I get along with her not

Page 55

1  as well before the incident.
2      Q.  So you're saying -- I just want to clarify.
3  You're saying that --
4      A.  Like so I'm saying that I got -- I -- like
5  I -- I would say that I --
6      Q.  Do you get along --
7      A.  -- I got -- I got along with her better
8  before the incident --
9      Q.  Okay.
10      A.  -- happened.  So that --
11      Q.  Okay.
12      A.  -- means now, I don't get along with her
13  as --
14      Q.  Right.
15      A.  -- well as the incident --
16      Q.  Yes.
17      A.  -- before the --
18      Q.  Okay.
19      A.  -- incident happened.
20      Q.  And why do you say that?
21      A.  Um, because, of course, when the incident
22  happened, I'm now more nervous.
23          And, um, I'm seeing like I'm a lot more
24  short-tempered now, a little more short-tempered now
25  because of the incident.  So yeah.

Page 56

1      Q.  So because -- and -- and and -- but why do you
2  not get along with Alexis as well?
3      A.  Because I just think about the stuff on the
4  plane and how that was messed up.  And just because
5  like she has -- of course, she has kids.
6          And that I just am short -- more
7  short-tempered of like stuff that happens.
8      Q.  Okay.
9      A.  Do you not get what I mean?
10      Q.  No, no.  No, you're fine.  Yeah, you're doing
11  fine.
12          Do you get along with Alexis now?
13      A.  (No response.)
14      Q.  When you see her, do you guys have fun,
15  you're friendly, you're comfortable, want --
16      A.  Yeah --
17      Q.  -- each other?
18      A.  -- but not -- not -- yes, but not the same as
19  before the incident.
20      Q.  Okay.  And what is the difference, in terms
21  of how you get along with her?
22      A.  I guess I can see myself not as, um -- not
23  as -- not as um, short-tempered -- well, no.  Not
24  as -- I guess just I'm a little more angry now than
25  then.

Page 57

1      Q.  Okay.  Do you get angry at Alexis?
2      A.  Um, no.  But like sometimes, if it's like
3  loud or something, I just think about the stuff that
4  happened on the plane or anything like that.
5          And -- and just, um -- I just act a little
6  more different like in -- with a big crowd than --
7      Q.  Right.
8      A.  -- I used to.
9      Q.  Okay.  Do your father and Alexis get along
10  well now?
11      A.  I don't really know.  It's kind of hard for
12  me to say.
13      Q.  Okay.  Did you suffer any physical injuries
14  as a result of the incident?
15      A.  What do you mean by physical injury?
16      Q.  Like a -- like a -- a broken arm, a broken
17  leg, a -- a hurt shoulder, something physical on your
18  body.
19      A.  So did I face any broken injury because of
20  the incident on the plane?
21      Q.  Not just broken bones, but, you know, a -- a
22  bruise, a -- a -- you know, were you hurt physically on
23  your body as a result of the incident?
24      A.  No.  I was not hurt physically.
25      Q.  Okay.  And did you suffer any physical



Page 58

1  illness as a result of the incident?
2      A.  No.  I did not -- no, I did not, um -- no.
3      Q.  Okay.  And have you -- have you been treated
4  by any doctors for physical injury or physical illness
5  as a result of the incident?
6      A.  I don't really get what you're saying.
7          MR. McKAY:  Yeah, Brian, we haven't pleaded
8  any physical injury.  We've pleaded physical contact,
9  but not physical injury.
10         And I assume, when you say physical illness,
11  you mean vomiting or nausea or something like that.
12         MR. MAYE:  Right.
13         MR. McKAY:  Okay.
14         THE WITNESS:  Oh, I thought you meant
15  physical as in broken arm.
16         MR. McKAY:  Well --
17         MR. MAYE:  Well --
18         MR. McKAY:  -- that too.
19         MR. MAYE:  -- that too.
20         THE WITNESS:  Oh, okay.  No.
21      Q.  (BY MR. MAYE)  No?
22      A.  No.
23      Q.  When the incident happened, where were you --
24  you and your father flying to?
25      A.  Las Vegas, Nevada.

Page 59

1      Q.  And from where were you flying?
2      A.  Raleigh, North Carolina, RDU.  It's an
3  airport.
4      Q.  And why were you traveling to Las Vegas?
5      A.  Uh, to go hiking in Death Valley.
6      Q.  Right.  And did you have fun on that trip?
7      A.  Not really.  No.
8      Q.  Okay.  And what did you -- so you -- you
9  traveled to Death Valley, and what sort of things did
10  you do in Death Valley?
11     A.  Hiked the whole time.
12     Q.  And you didn't enjoy the hiking?
13     A.  Uh, no.  My dad had a lot of, um, problems.
14     Q.  What sort of problems?
15     A.  Um, he was not hiking the same as he did.  He
16  was a lot more tired.
17         And the whole time, he was talking about his
18  blistering -- this blistering pain in his head and how
19  the heat was overwhelming his head.
20         And he couldn't take it, so he -- he needed
21  to sit a lot.  And -- yeah.  Oh, yeah, and he needed to
22  take a lot of Advil and stuff.
23         I definitely remember that.  He was taking a
24  lot of Advil and like doing the thing where you touch
25  your head and you just try to get the pain to stop.

Page 60

1      Q.  Uh-huh.  And did the -- did the pain ever
2  stop?
3      A.  No.  The pain went all the way until we got
4  home.
5      Q.  And then the pain stopped when he got home?
6          MR. McKAY:  Objection --
7          THE WITNESS:  I don't --
8          MR. McKAY:  -- to form.
9          THE WITNESS:  I don't know if it stopped
10  exactly when we got home.  But I just remember him --
11  his head hurting the whole time.
12      Q.  (BY MR. MAYE)  During the flight from Raleigh
13  to Las Vegas --
14      A.  So in the flight, in the flight.
15      Q.  Yes, yes.  In -- inside the -- the -- in the
16  cabin of the aircraft --
17      A.  In --
18      Q.  -- as you --
19      A.  -- the plane.
20      Q.  Yes, flying.  And prior to being separated on
21  the flight --
22      A.  Yes.
23      Q.  -- so before -- so you get on the plane --
24      A.  Okay, before we get separated.
25      Q.  That's right.

Page 61

1      A.  Got it, yes.
2      Q.  How was the flight?  Was it a good flight up
3  until that point?
4      A.  Um, no.  The people on the plane were pretty
5  annoyed, for some reason.  But we didn't know why.
6      Q.  And how do you know they were annoyed?
7      A.  Um, because the -- a lady came up to us and
8  was asking how old I am.  And she seemed very
9  frustrated and annoyed.
10      Q.  And what was it about her actions or demeanor
11  or her -- you know, her words that led you to believe
12  that she was frustrated?
13      A.  The way she came up to us and was like how
14  old are you.  She seemed very frustrated.
15      Q.  So --
16      A.  No.  I meant -- sorry.  She seemed frustrated
17  and annoyed.
18      Q.  So based on her saying to you how old are
19  you, you determined that she seemed annoyed and
20  frustrated with you.
21      A.  Yes.  Even my dad did.
22      Q.  And prior to being separated, how did the
23  flight attendants treat you?
24      A.  So you're asking when I was frustrated -- I
25  mean -- sorry.  Sorry.



Page 62

1      When I was separated with my dad, how did
2  they treat me, when --
3      Q.  No, no, before.
4      A.  So before I was frustrated, how they treat
5  us?
6      Q.  No.  So -- so you said that you -- you sat
7  down, initially.  And then a flight attendant said how
8  old are you.
9      A.  Yes.
10      Q.  Okay.
11      A.  And we had to change seats.
12      Q.  Okay.  And then you changed seats.  From that
13  point, after you changed seats, and before you were
14  separated, so during that period --
15      A.  Before we were separated, yes.
16      Q.  -- after you changed seats and before you
17  were separated, how did the flight attendants treat
18  you?
19      A.  Well, they didn't really come up to us.  And,
20  um, I don't remember -- um, I never looked at them.  Me
21  and my dad were just doing our own business, talking to
22  ourselves.
23      And yeah, so we didn't really -- we weren't
24  really like looking around.  We were just sitting there
25  and talking to ourselves --

Page 63

1      Q.  So you --
2      A.  -- before the incident happened.
3      Q.  That's right.  So you don't recall having any
4  interactions with the flight attendants that were
5  remarkable or -- or memorable?
6      MR. McKAY:  Objection to the form.
7      THE WITNESS:  I don't -- I don't really
8  get --
9      MR. MAYE:  Okay.
10      THE WITNESS:  -- your question.  You're
11  making it really confusing.
12      MR. MAYE:  Okay, sorry.
13      Q.  (BY MR. MAYE)  So after you changed seats,
14  you and your father --
15      A.  Yeah.
16      Q.  -- and before you were separated, I asked you
17  how did the flight attendants treat you.
18      And your answer was my father and I were
19  talking, and I didn't really --
20      A.  We really -- we -- we kept to ourselves.
21      Q.  Okay.
22      A.  We --
23      Q.  Okay.  Okay.  So you -- you don't recall
24  having any interactions with --
25      A.  Yeah.

Page 64

1      Q.  -- the flight attendants.
2      A.  Yes.  We didn't have any inter --
3  interactions with them when we sat down.
4      Q.  Okay.  And before the --
5      A.  Before --
6      Q.  -- incident --
7      A.  -- when the incident happened, yes.
8      Q.  Okay.
9      A.  I don't remember any interactions.  I was
10  just -- we were keeping to ourselves and in our own
11  business and stuff.
12      Q.  And what were you -- you guys doing?
13      A.  Uh, we were talking about a hike, of course,
14  and what we were going to do.  And just talking.  I
15  don't remember what we were talking about.  We were
16  just talking.
17      Q.  Okay.
18      A.  And we were of course talking about how like
19  the plane was and how bad it was.
20      Q.  How bad it was?
21      A.  I remember talking about the -- how the seats
22  were uncomfortable for my dad.
23      Q.  Okay.
24      A.  His back was killing him and his butt was
25  killing him.

Page 65

1      Q.  Okay.
2      A.  Stuff like that.
3      Q.  Okay.  You mentioned that when you -- after
4  you were initially seated, a flight attendant asked you
5  how old you were.
6      A.  Yes.
7      Q.  Yes?  Do you recall if it was a male or
8  female flight attendant?
9      A.  It was a female flight attendant.
10      Q.  And other than her asking you how old you
11  were, was she nice to you?
12      A.  No.  She seemed very frustrated with -- and
13  annoyed.  We didn't know why.
14      We were just sitting there talking, and she
15  just came up and said how old are you.  And I told her
16  I was 12.
17      Q.  Uh-huh.
18      A.  And she -- and then she said you're not old
19  enough to sit -- no, you're not old enough to help
20  anybody during an emergency.
21      So we were sitting apparently in an emergency
22  seat.
23      Q.  Uh-huh.
24      A.  So we -- so she wanted to move us, because I
25  wasn't old enough.



17  (Pages 62 to 65)

Page 66

1    Q.   Okay.  And then -- and then she ultimately
2  did move you to new seats?
3    A.   Yes.  She moved us to new seats.
4    Q.   After you were moved and before you were
5  separated, did any flight attendant ask you if you
6  wanted food or a drink?
7    A.   No.  I don't remember.  I don't -- okay.  I
8  don't remember.
9    Q.   Yeah.
10   A.   I don't know.
11   Q.   That's totally fine.  You don't remember.
12      Before being separated from your father, do
13  you recall your father ever rubbing your face?
14   A.   Can you make the question a little easier?
15   Q.   Sure.  At some point on the flight, you were
16  separated from your father.
17      Do you recall that?
18   A.   Yes, we were separated.
19   Q.   Okay.
20   A.   Got it.
21   Q.   Before that happened --
22   A.   Before it happened, yeah.
23   Q.   -- do you recall your father ever rubbing
24  your face?
25   A.   Yes.

Page 67

1    Q.   Okay.  And do you recall why he was rubbing
2  your face?
3    A.   Just being a loving, regular father.
4    Q.   Okay.  And do you recall how many times he
5  did that?
6    A.   Two times.  I don't really remember, just
7  because it's what any other father does.  So I don't
8  need to count how many times.
9    Q.   Okay.  And do you recall how long he was
10  rubbing your face for?
11   A.   No, I don't really need to.  He was just
12  being loving, so why -- why do I need to say one, two,
13  three, four, five?
14   Q.   I'm just -- just asking if you recall.
15  That's all.
16   A.   Okay.
17   Q.   So you don't -- you don't recall?
18   A.   No.
19   Q.   Okay.  Is -- does your father rub your --
20  your face frequently at home?
21   A.   Yeah.
22   Q.   And how about when you're out in public?
23   A.   Yes.
24   Q.   Prior to being separated on the plane, do you
25  recall your father rubbing your back?

Page 68

1    A.   Yeah.
2    Q.   Is that something he does frequently at home?
3    A.   Uh-huh.
4    Q.   Yes?
5    A.   Yes.
6    Q.   And is that something he does out in public?
7    A.   Yeah.
8    Q.   Yes?
9    A.   Wait, so you're -- yes.
10   Q.   Do you have a question?
11   A.   Um, are you trying to say that before the
12  incident happened, he was being affectionate?  Is that
13  what you're saying?
14      Like rubbing my face, is that what you're
15  saying, before it happened?
16   Q.   Before or after.
17   A.   So you're adding before and after.
18   Q.   Yes.  Well -- well, let me -- let me --
19   A.   Not as much after, because --
20   Q.   Okay.
21   A.   -- of the incident.  But before the incident
22  happened, yes, he did.
23   Q.   Okay.  Let's stick with just before.
24   A.   Okay.
25   Q.   Before the incident and now, does your

Page 69

1  father -- or before the incident, did your father rub
2  your back at home?
3    A.   Yes.  Before the incident happened, yes, he
4  did --
5    Q.   Okay.
6    A.   -- do it.
7    Q.   And how about after the incident, at home?
8    A.   Less.
9    Q.   At home --
10   A.   Yes.
11   Q.   -- less.  Okay.  And -- and how about in
12  public?
13   A.   A lot less.
14   Q.   How about -- oh, after the incident at home,
15  less.
16   A.   Yes.
17   Q.   And after the incident in public, less.
18   A.   Yes.
19   Q.   Prior to being separated on the plane, did
20  you have any -- do you follow that?
21   A.   So when -- what do you mean by prior, when
22  the incident --
23   Q.   Before.
24   A.   -- happened?  Before.
25   Q.   Yeah, so before.  So --



18  (Pages 66 to 69)

Page 70

1      A.  So prior means before --
2      Q.  Yes.
3      A.  -- that's what you're trying to say.
4      Q.  Yes.
5      A.  Okay.
6          MR. McKAY:  But you're on the airplane;
7  right?
8          MR. MAYE:  Yes.
9      Q.  (BY MR. MAYE)  Yeah, so you're on the
10  airplane and before you're separated.
11      A.  Yeah, before we're separated.
12      Q.  Yes.  Did you have any interactions with any
13  male flight attendants?
14      A.  No.  Oh, no.  Like can I take that back?
15      Q.  Sure.
16      A.  I don't remember.
17      Q.  Okay.
18      A.  Before the incident happened, I don't
19  remember.
20      Q.  Okay.  Do you recall when you were separated
21  from your father, do you recall that happening?
22      A.  So you're saying do I remember, yes --
23      Q.  Yes.
24      A.  -- I remember when I was separated.
25      Q.  Okay.  Can you tell us what you remember

Page 71

1  about being separated.
2      A.  Well, I remember the stewardess -- or not --
3  the -- or the flight attendant --
4      Q.  Uh-huh.
5      A.  -- blocking my dad away from me.  And my dad
6  looking like something really terrible happened.
7          Not because we were being separated, just
8  because he -- on his face, he looked like -- I didn't
9  know what was happening.
10          All I remember was on his face, he looked
11  like he wasn't himself.  He -- he was just looking at
12  me like what the heck just happened.
13      Q.  And where were you when you were looking at
14  your father's expression?
15      A.  When the steward -- I meant the flight
16  attendant was telling me to go to the back of the
17  plane.
18          So I was -- so I was up and looking at my
19  father.  But it was very dark.  But yes, I was looking
20  at my father.
21      Q.  Okay.  And then so you moved from your --
22  your seat, which was a -- was a window seat; correct?
23      A.  Yes.  I was in the window seat.
24      Q.  You moved from your seat into the aisle?
25      A.  Yes.  The -- the stewardess told me to get

Page 72

1  out.
2      Q.  Okay.  And do you recall who the flight
3  attendant was?
4      A.  Uh, yes.  It was a male and -- uh, I don't
5  really exactly know his name, but it was a male.  And I
6  know his -- do I -- wait, do I say his name or no?
7      Q.  Yeah.
8          MR. McKay:  That's fine.
9          THE WITNESS:  Scott -- I -- I remember Scott
10  saying get out and go to the back of the plane.
11      Q.  (BY MR. MAYE)  And do you recall if Scott was
12  a African American or a Caucasian?
13      A.  Um, I remember he was light skinned, black.
14  Is that what he's trying to ask me?
15      Q.  I'm asking if he was Caucasian or African
16  American.
17      A.  What do you mean by Caucasian or African
18  American?
19      Q.  White -- was he white or black?
20      A.  He was black.
21      Q.  And what do you remember about your
22  interaction with Scott when you were still in the --
23  your -- your seat and coming out of your seat and
24  getting to the -- into the -- moving to the aisle?
25      A.  Well --

Page 73

1      Q.  Do you recall what he said to you?
2      A.  I remember him definitely blocking my dad
3  out.  And my dad looking like what the heck's going
4  on.
5          But he really did not -- he looked really out
6  of it in his face.
7          And I just remember him blocking and just
8  saying go to the back of the plane, go to the back of
9  the plane.
10      Q.  And did you go to the back of the plane?
11      A.  Yes.  I followed what he said.
12      Q.  And did Scott touch you at all at that point?
13      A.  No, he didn't -- did not touch me.
14      Q.  So did you ever see your father be hit in the
15  head by anyone --
16      A.  No.
17      Q.  -- at any time?
18      A.  We were both asleep.
19      Q.  You got to wait for me to finish my --
20      A.  Oh.
21      Q.  -- question.
22      A.  I thought you were done, because you paused.
23      Q.  Okay, okay.  I'll just reask it.
24          Did you ever see anyone hit your father in
25  the head during this flight?



Page 74

1    A.  During the flight, I did not see anybody hit
2  him.  But of course, I had my back to him when Scott
3  told me to go to the back of the plane.  I had my back
4  to my dad.
5       And we were both asleep when anything could
6  have happened, so yes.
7    Q.  Okay.  And did you -- did you know at the
8  time, when you were being moved to the back, why you
9  were being moved?
10   A.  No.  I didn't know -- I didn't know really
11 quick, because I just woke up, number one.  And number
12 two, it was dark.
13      And I was trying to guess what was happening.
14 But when I sat down, and I was thinking better, I
15 was -- then I -- then I knew that we were separated
16 because I was black and he was white.
17      That -- that's when it clicked to me that
18 that was why.
19   Q.  And -- and why did it click at that point?
20   A.  Because I just woke up, and, um, I was really
21 stressed out and really nervous about what was
22 happening.  And I wasn't thinking straight.
23   Q.  So -- so you didn't know why you were being
24 moved --
25   A.  Yes.

Page 75

1    Q.  -- until you got to your seat in the back.
2    A.  Yes.
3    Q.  And then you were sitting -- were you sitting
4  in the last row?
5    A.  What do you mean by last row?  Like the last
6  row, like to the end of the plane?
7    Q.  Yes.
8    A.  Yes.  I believe --
9    Q.  And --
10   A.  -- yes.
11   Q.  And were you sitting in a window seat?
12   A.  Uh, yes.  I think I was, yes.
13   Q.  And how long after you were sitting in the
14 last row did you then realize oh, I was moved because
15 I'm black and my father was white?
16   A.  So you're asking when did it click when I got
17 to the back seat?
18   Q.  Correct.
19   A.  When I sat down and I saw -- no.  When I was
20 sitting down and I saw Scott Warren and my dad talking.
21 That's when it clicked to me.
22      Because I was really freaked -- sorry, not
23 freaked out.  I was really, um -- I was really sad and
24 angry at the same time.
25      And it's -- it's hard yet again to think

Page 76

1  what's going on when you're angry and sad at the same
2  time.  So that's when it clicked.
3    Q.  And what -- when you realized that you were
4  moved because you were black and your father was white,
5  why did you think that?
6    A.  It's obvious.  A, um -- a flight attendant
7  was -- took me to the back of the plane and fighting
8  with my dad just because of this whole thing.
9       And my dad would never, ever do anything to
10 hurt me.  And the whole plane ride, we were happy and
11 talking.
12      And yet again, just father and son.  Then
13 that happened, so yeah.
14   Q.  Okay.  Did your father say anything to you or
15 Scott as you were being moved?
16   A.  Um, when I was moved -- I need to think about
17 that.
18      Um, no, I don't remember.  I don't remember
19 anything -- my dad saying anything to me.
20      All I remember was that he was just talking
21 to Scott Warren when I went -- when I had my back
22 toward them.
23   Q.  After you were moved to the last row, did you
24 talk with anyone?
25   A.  Yes.

Page 77

1    Q.  Who did --
2    A.  Um --
3    Q.  -- you talk to?
4    A.  I talked to Scott Warren.  I talked to Scott
5  Warren, and I just -- of course, I looked at my dad.  I
6  didn't talk to my dad.  I just looked at my dad.
7    Q.  When you spoke with Scott Warren, where were
8  you?
9    A.  In the back of the plane.
10   Q.  In your seat?
11   A.  Not in my seat, but -- well, yes, I was in
12 the back of the plane in a seat.
13   Q.  Yes, in the -- in the last row.
14   A.  Yes.
15   Q.  And you -- were you in the -- the seat
16 closest to the window?
17   A.  Yes.
18   Q.  And where was Scott Warren --
19   A.  He was on the left of me.  So if I'm sitting
20 in a plane, I'm -- I'm closer to the window than him.
21      I don't know if I was exactly in the window
22 seat or not.  It -- it kind of gets confusing.  But I
23 was closest to the window.  That's all I remember.
24   Q.  Okay.  And -- and he was sitting to your
25 left?



Page 78

1    A.  Yes.  So I'm -- he was sitting right next to
2  the aisle.
3    Q.  And what did Scott say to you?
4    A.  Um, well, number one, I kept asking can I --
5  can I go back to my seat.  And the first few times, he
6  was doing something else, and he was ignoring me.
7      And then -- and then I kept saying that man
8  is my father.  And I kept saying that.  And then I
9  don't know what he was doing, but he was doing
10 something else.
11     And then he came back to me, and I kept
12 saying that man is my father.  And I really wasn't
13 listening on what he was saying to me.
14     But he was saying something to me, but I
15 caught that Scott Warren told me that that man was
16 putting his hand over your crotch.
17     And he was showing me by putting his hand
18 over my crotch.  And that's when I was really freaked
19 out.
20     And I was really freaked out, so I wasn't
21 really listening on what he was saying.  But all I
22 remember was he was just saying that that man is trying
23 to hurt me or something else.
24   Q.  Okay.  So -- so Scott explained that he moved
25 you because he was concerned for your safety?

Page 79

1    MR. McKAY:  Objection to the form.
2    THE WITNESS:  No.
3  Q.  (BY MR. MAYE)  He moved you because that man
4  was trying to hurt you?  Is that -- that's what you
5  just testified to.
6    MR. McKAY:  Objection to the form.
7    THE WITNESS:  No.  He moved me because --
8  well, yes.  He moved me because he thought my dad, he
9  wasn't -- he didn't say he was my dad.
10     He just said that person was trying to molest
11 me, hurt me, something like that.  I don't know.
12   Q.  (BY MR. MAYE)  He had his hand on your
13 crotch?
14   A.  He didn't have it on --
15   Q.  No, no, no.  I'm saying -- I'm saying
16 Scott said he moved you because he saw your father's
17 hand on his -- on your crotch.
18   A.  Yes, on my crotch --
19   Q.  Okay.  That's --
20   A.  -- he said --
21   Q.  -- what he told you.  Okay.
22   A.  I believe, yes.
23   Q.  And do you recall your father having his hand
24 on your crotch?
25   A.  He never did.  And it was never possible,

Page 80

1  because -- and number one, he never will.  But I had my
2  jacket over me.
3      And it was tucked under me, so no, he never
4  did.
5    Q.  Well, I'm just asking do you recall --
6    A.  No.  He never did.
7    Q.  Okay.  You don't recall that.
8    MR. McKAY:  Objection to the form of the
9  question.
10     THE WITNESS:  What you do you mean by I don't
11 recall?
12   Q.  (BY MR. MAYE)  Well, you're -- you're --
13 you're -- from you -- from your knowledge, you have no
14 memory or recollection that this happened.
15     MR. McKAY:  Objection to the form.  Now
16 you're trying --
17     MR. MAYE:  Or --
18     MR. McKAY:  -- to trick him.
19     MR. MAYE:  No, no, I'm definitely not.
20     MR. McKAY:  You definitely are.
21     MR. MAYE:  I'm not.
22     MR. McKAY:  Stop it.
23     MR. MAYE:  I am not trying to trick him.
24     MR. McKAY:  He has testified that it never --
25     MR. MAYE:  John --

Page 81

1    MR. McKAY:  -- happened.
2    MR. MAYE:  Okay.  I'm not --
3    MR. McKAY:  That's his --
4    MR. MAYE:  -- trying to --
5    MR. McKAY:  -- testimony --
6    MR. MAYE:  -- trick him.
7    MR. McKAY:  -- it's on the record, it's --
8    MR. MAYE:  Okay.
9    MR. McKAY:  -- under oath.
10     MR. MAYE:  Okay.  Okay.  Okay.
11     MR. DELVECCHIA:  John --
12     MR. McKAY:  No --
13     MR. DELVECCHIA:  -- can we --
14     MR. McKAY:  -- you can't.  We'll talk in a
15 minute.
16   Q.  (BY MR. MAYE)  During your interactions with
17 Scott, did he treat you well?
18   A.  No.
19   Q.  And when you say no, what you -- what is that
20 based on?
21   A.  Well, when a person tells you that he's my
22 father, and he's crying and saying that, it's kind of
23 obvious that oh, I should probably take him back to his
24 seat.
25     And then not put his hand over a kid's crotch



Page 82

```
1    and say this is what that bad man was doing.
2        Q.  Okay.  So after -- after Scott told you why
3    you were moved, did you talk to Scott again?
4        A.  No.  No.  I don't remember.  I don't remember
5    talking to him, because I was freaked out about what
6    happened and under stress.
7            And all I remember is just looking out the
8    window.
9        Q.  And you said that at some point, you saw
10   Scott talking with your father.
11       A.  Yes.
12       Q.  Was that after Scott spoke with you?
13       A.  Can you hold that for a second?  Um, so
14   before Scott talked to me, I did see him talk to my
15   father.
16           That's when my father tried to come down to
17   talk to me.
18       Q.  I'm sorry.  So you -- so Scott was talking to
19   you?
20       A.  No.  That's not what --
21       Q.  Okay.
22       A.  -- I said.
23       Q.  Let me --
24       A.  I said before Scott talked to me --
25       Q.  Uh-huh.
```

Page 83

```
1        A.  -- before he did anything --
2        Q.  Uh-huh.
3        A.  -- with his hands or anything --
4        Q.  Uh-huh.
5        A.  -- like that, my father tried to come down to
6    talk --
7        Q.  Okay.
8        A.  -- to me.  But somebody got up -- he was --
9    like the man that -- it was a different man --
10       Q.  Uh-huh.
11       A.  -- I don't know who --
12       Q.  Uh-huh.
13       A.  -- I don't really know what he looked like,
14   but a man got up to block my dad.  And Scott Warren was
15   talking to him behind the man.  That's what I remember.
16       Q.  Okay.  And do you recall what was being
17   said?
18       A.  Well, my dad was pointing at me.  And, um,
19   all I kind of remember was that he was saying to them,
20   that kid is my son.
21           And Scott Warren saying -- trying to just
22   screw things up and saying no, no.  That's all I
23   remember.
24       Q.  Okay.  So your -- your father said to Scott,
25   hey, this is my son --
```

Page 84

```
1        A.  Yes.  My dad said that.
2        Q.  And then -- and then you said something about
3    Scott screwing something up or something?
4        A.  Screwing -- no.  No, Scott just saying no,
5    no, he's not.  Just the -- just saying that.  I don't
6    remember what else they were saying.  All I remember
7    was that exactly that.
8        Q.  Okay.  Okay.
9        A.  What I -- what I mean by screwing things up
10   was just saying -- having reasons that -- that my dad
11   was wrong, that's all.
12       Q.  Okay.  Okay.  And then -- then you spoke with
13   Scott?
14       A.  Yes.  My dad left and --
15       Q.  Uh-huh.
16       A.  -- went back to his seat.  Um, then he spoke
17   to me.  But it was -- it wasn't right away.  It was a
18   few minutes later.
19       Q.  And what did you say to Scott, in response to
20   whatever he said to -- to you?
21       A.  So you're asking what did I tell him when he
22   asked me a question?
23       Q.  Right.  After -- after he said to you hey,
24   this is why you were moved, what did you tell Scott?
25       A.  I told Scott that man is my dad.  And can I
```

Page 85

```
1    go back to my seat.  And all I remember was just saying
2    that.
3        Q.  Okay.  And you don't recall speaking with
4    Scott again --
5        A.  No.
6        Q.  -- after that.  Did you speak with any other
7    flight attendants?
8        A.  No.
9        Q.  And you said that when your father was
10   interacting with Scott after you were separated, it
11   clicked that it was due to your being black and his
12   being white; correct?
13       A.  Yes.
14       Q.  And -- and -- and was -- was there something
15   about the -- the conversation or interaction with Scott
16   and your father --
17       A.  No.
18       Q.  -- that led --
19       A.  I'm sorry.  Sorry.
20       Q.  That's --
21       A.  -- keep going.
22       Q.  -- that led you to believe that you were
23   moved because you were black and he was white?
24       A.  So you're asking -- can you ask the question.
25   That's really confusing in my head.  Can you ask it
```



1  again?
2  Q.  Oh, sure.
3      MR. McKAY:  Do you need a break?
4      MR. MAYE:  That's fine.
5      MR. McKAY:  Yeah, let's take a break.
6      MR. MAYE:  That's totally fine.
7      THE VIDEOGRAPHER:  We are going off record at
8  11:46 a.m.
9      (Short recess taken.)
10     THE VIDEOGRAPHER:  We are back on record at
11 11:56 a.m.
12     MR. MAYE:  Can you read the last question
13 back.
14     (Record read.)
15     Q.  (BY MR. MAYE)  So the question is -- I'll
16 repeat it.
17     Earlier, you said that when your father and
18 Scott were talking, that's when it clicked that you
19 were moved because of racism.
20     Is that accurate?
21     A.  Yes.
22     Q.  Okay.  Was that when you were seated in your
23 window seat in the back row, and your father came to
24 the back, and there was a man standing between your
25 father and Scott?

1      Is that -- is that the conversation we're
2  talking about, where it clicked in you?
3      A.  No.  Um, Scott Warren was talking to my dad
4  all the way --
5      Q.  Got you.
6      A.  -- to the -- all the way to the seat that I
7  was in.
8      Q.  Okay.
9      A.  And when I came back, that's when it clicked
10 to me, when I was alone.  My dad and Scott Warren were
11 all the way in the --
12     Q.  Okay.  That's when it clicked.
13     A.  -- seat, I said, yeah.
14     Q.  Okay.  And what -- what -- what was it about
15 your seeing your father and -- and Scott speaking that
16 caused you, you know, to determine it was racism
17 for --
18     A.  That --
19     Q.  -- the --
20     A.  -- well, may I -- may I speak?
21     Q.  Sure.  Oh, yeah.
22     A.  The anger and hatred on Scott Warren clicked
23 in me.
24     I was just watching the way Scott Warren was
25 acting, and I knew right away it was racism, acting to

1  my dad and me.
2      MR. McKAY:  His actions.
3      Q.  (BY MR. MAYE)  Okay.  So -- so when you made
4  the determination that the move was based on racism, it
5  was based on your watching Scott interact with your
6  father.
7      A.  So you're asking when I knew it was racism,
8  that's because I was watching the hatred of Scott
9  Warren with my dad, yes.
10     Q.  Okay.  Okay.  And later, you -- you testified
11 that at some point --
12     A.  What do you mean by that, testified?
13     Q.  Well, you told us.
14     MR. McKAY:  Told.
15     THE WITNESS:  Oh.
16     MR. MAYE:  You told us.
17     THE WITNESS:  Then yeah.
18     Q.  (BY MR. MAYE)  Then you told us that at some
19 point, you were sitting in the back row, and your
20 father came back.
21     And you observed -- you watched your father
22 and Scott Warren speaking; correct?  In the back.
23     THE WITNESS:  The way you're saying it, not
24 really.  Because my dad came back.  And someone got up
25 to block my dad.

1      MR. MAYE:  Uh-huh.
2      THE WITNESS:  And then Scott Warren was
3  behind the guy talking --
4      MR. MAYE:  Sure --
5      THE WITNESS:  -- to my dad.
6      Q.  (BY MR. MAYE)  Okay.  And during this
7  conversation, did you hear anything that was said?
8      A.  I only heard a few things.  Um, all I
9  remember was just my dad saying he's my son.
10     Q.  Okay.  Okay.
11     A.  And Scott Warren fighting with him, why --
12 not -- no.
13     Q.  Saying no.
14     A.  Yes.
15     Q.  When -- when you were speaking with Scott
16 Warren, did you tell him that something like this had
17 happened before?
18     A.  No.  When I was speaking with Scott Warren,
19 did I tell him that this stuff has happened before?
20     Q.  Correct.
21     A.  Um, I don't -- I don't remember saying that.
22     Q.  Okay.  And was -- was -- was Scott Warren the
23 only flight attendant that was mote -- motivated by
24 racism in moving you?
25     MR. McKAY:  Objection to the form of the



Page 90

```
 1   question.  That's a -- that's legal conclusion.
 2        MR. MAYE:  You can -- you can go ahead.
 3        THE WITNESS:  So I'll just say I don't
 4   know --
 5        MR. MAYE:  Okay.
 6        THE WITNESS:  -- because I really don't get
 7   what you're asking.
 8     Q.  (BY MR. MAYE)  Okay.  Well, I'll ask it this
 9   way:  You said that you -- it -- it clicked in you that
10   it was racism when you saw Scott Warren interacting
11   with your father --
12     A.  Yes --
13     Q.  -- correct?
14     A.  I -- yes.
15     Q.  Did you see anything else during the flight
16   that led you to believe that this was motivated by
17   race?
18     A.  I don't know.
19     Q.  Did you hear anything that led you to believe
20   that this was motivated by race?  Did anyone say
21   anything to you --
22     A.  Scott Warren was the only flight attendant
23   that talked to -- that talked to me in the back -- um,
24   in the back.
25        I only talked to two flight attendants.
```

Page 91

```
 1     Q.  Okay.  When you were seated in the back row,
 2   how -- how were you feeling for the remainder of the
 3   flight?
 4        So -- so your father came, talked to Scott,
 5   your father went back to his seat.  And then you were
 6   sitting in the back row.
 7        How were you feeling from that point until
 8   the end of the flight?
 9     A.  Um, I was angry, sad.  Um, a lot of stress.
10   And freaked out by what Scott did.  And very nervous.
11        And, um, just thinking about what's going to
12   happen next, it's just going to get worse.
13     Q.  When you say you were thinking about what's
14   going to happen next, it was only getting -- going to
15   get worse, what do you mean?
16     A.  Um, that's when I thought -- I was thinking
17   about how my dad's just going to be taken away from me
18   by the cops or anybody.
19     Q.  And why did you think that?
20     A.  Because we got separated.  And I knew
21   that's -- I didn't -- I was just thinking.  I didn't
22   know.
23        I was just thinking that's -- that the cops
24   might come and take him away.
25     Q.  And had a similar situation happened on a
```

Page 92

```
 1   different flight before this flight?
 2        MR. McKAY:  Objection to the form of the
 3   question.
 4        THE WITNESS:  Can you ask that question
 5   again?
 6        MR. MAYE:  Sure.
 7        THE WITNESS:  Can you make it more --
 8        MR. MAYE:  Sure --
 9        THE WITNESS:  -- so I --
10        MR. MAYE:  -- sure.
11        THE WITNESS:  -- understand?
12     Q.  (BY MR. MAYE)  It -- it's -- it's my
13   understanding that on a -- on a flight before this
14   one --
15     A.  Yes.
16     Q.  -- before this one, earlier, something like
17   this happened.
18        MR. McKAY:  Objection to the form of the
19   question.  And I'm objecting because of something like
20   this, which --
21        MR. MAYE:  Or -- or --
22        MR. McKAY:  -- encompasses a lot.
23        MR. MAYE:  Yeah.  I -- I -- I don't -- I
24   don't want to, you know, lead him --
25        MR. McKAY:  Uh-huh.
```

Page 93

```
 1        MR. MAYE:  -- but I'm saying --
 2     Q.  (BY MR. MAYE)  Do you recall -- I don't even
 3   know what --
 4     A.  Do I recall any racism happening on flights
 5   before.
 6     Q.  Sure.
 7     A.  That's what you're trying to say?
 8     Q.  Okay.
 9     A.  Um, yes, I've dealt with racism on a flight
10   before.  But none of them were as bad as this one --
11     Q.  And --
12     A.  -- not close.
13     Q.  And the racism on flights before, can you
14   describe what happened?
15     A.  Um, same silly thing, my dad giving me a hug.
16   But none of them were like this one.
17        The rest were just like cops were just asking
18   me is this your dad.  And I said yes, and they're like
19   okay, have a nice trip.
20        It was just like that.  None of them were
21   like this one.
22     Q.  And he was giving you a hug on the -- on the
23   flight?
24     A.  Yes, just a fatherly hug.
25     Q.  And then you were interviewed by law
```



Page 94

1    enforcement after you got off the flight.
2          A.  Um, I -- I thought it was cops, but yes.
3          Q.  Or -- yes, cops --
4          A.  Yeah.
5          Q.  -- cops.  Okay.  So you said that you
6    were --
7          A.  Oh, wait.  Can I tell you something?
8          Q.  Sure, sure.
9          A.  Um, the last time this happened, it was by
10   racism of people on the flight.  It was never the
11   flight attendant.
12               It was just the racism of people, just
13   looking around, just --
14         Q.  Other passengers?
15         A.  Yes, passengers.  It was never the flight
16   attendant or the, um -- yes.
17         Q.  You said you were angry and sad and stressed,
18   freaked out, nervous.  And you were worried your father
19   was -- was going to be taken away.
20         A.  (Witness nodding head.)
21         Q.  Were you -- other than that -- or --
22   withdrawn.
23               How were you feeling physically?  Were you
24   like cold, hot?
25         A.  I was freezing cold, because I didn't have my

Page 95

1    jacket, and I didn't have any shoes on.
2          Q.  And where was your -- where were your shoes
3    and your jacket?
4          A.  In my seat.  When he woke me up, I didn't
5    know what was happening.  So I just got up and followed
6    his instructions, because you're supposed to, as a
7    passenger.
8          Q.  Okay.
9          A.  And I was doing what he told me to do.  But
10   then once I knew how bad the incident was, I just
11   wasn't thinking about my shoes and my jacket.
12              And he never asked do you want me to get your
13   jacket or anything like that.
14         Q.  Did you ever ask anyone to get the jacket or
15   your shoes?
16         A.  No.  I was more thinking about my dad and
17   getting taken away by cops.
18         Q.  Okay.  Your father, in a previous legal
19   proceeding, told us --
20         A.  What do you mean by that, prev --
21         Q.  Or deposition.  Like what we're doing here
22   today?
23         A.  So you're asking my father for his
24   deposition.
25         Q.  At one point, your father mentioned to us,

Page 96

1    all of us, that law enforcement or the cops were
2    called when you and your father were in a movie
3    theater.
4                Do you remember that?
5          A.  Yes.
6          Q.  And what do you remember about that
7    situation?
8          A.  Um, it was never the people working there.
9    It was just the racism of people around us.
10         Q.  And what -- what happened?
11         A.  Uh, racism of people just said why is that
12   white man hugging a black kid.  And they called the
13   cops.
14              And the cops of -- once again, just said is
15   he your dad.  Yep.  All right.  Go back to your movie.
16         Q.  And did that situation upset you?
17         A.  Yes, of course it did.
18         Q.  Does that still upset you?
19         A.  Yes.
20         Q.  How about the -- the incident on the plane
21   with -- the hugging incident?
22         A.  On the other plane --
23         Q.  Yeah.
24         A.  -- yeah.
25         Q.  That still upsets you?

Page 97

1          A.  Yes.  But it wasn't as bad.  So not as bad as
2    this one.
3          Q.  Okay.  How do students -- black students in
4    your school treat you?
5          A.  Um, they're fine.
6          Q.  Your father mentioned that you believe
7    students resent you because you're taken care of so
8    well and your father picks you up all the time.
9              MR. McKAY:  Objection to the form of the
10   question.
11         Q.  (BY MR. MAYE)  Is that true, that you see
12   students resenting you, black students?
13              MR. McKAY:  Same objection.
14              THE WITNESS:  Um, so you just want me to say
15   that black kids in school don't like me just because I
16   have a white father?
17         Q.  (BY MR. MAYE)  No, I don't want you to say
18   anything.  I'm just asking you if -- if that's what you
19   think.
20         A.  I don't know.
21         Q.  Okay.  While you were on -- you were on
22   the -- the flight, did you ever get up to use the
23   bathroom?
24         A.  Um, I don't know.
25         Q.  Does your -- did you ever ask to get out of



Page 98

```
1   your seat?
2        A.  I don't know.
3        Q.  Did you ever attempt to get out of your
4   seat?
5        A.  I don't know.
6        Q.  After you --
7        A.  Well --
8        Q.  -- got --
9        A.  Could we go back to that question?
10       Q.  Sure, sure.
11       A.  Can you ask that question again?  I wasn't
12  really thinking --
13       Q.  Sure.
14       A.  -- straight.  So do you -- so you're -- so
15  you're probably going to talk about all the times that
16  I did ask to get out of my seat.
17       So like are you asking the times I was in the
18  back of the plane, saying can I go back to my other
19  seat?
20       Q.  Yes.  So I -- I asked --
21       A.  Yes.  I did ask to go back to my other seat.
22  So yes, I did ask to get up to go back to my seat with
23  my dad.
24       Q.  Okay.  Okay.  And did you ask to get out of
25  your seat for any other reason?
```

Page 99

```
1        A.  No.  But just to go back to my dad.
2        Q.  Okay.  After you got off the plane, where did
3   you go?
4        A.  Right to the FBI's place.  I don't know
5   exactly, um, what they call it, but it was --
6        Q.  Their office.
7        A.  Yes, it was their office, FBI off -- cop
8   office.
9        Q.  And -- and how did they treat you?
10       A.  Uh, well, I was taken by a -- a -- a black
11  officer.  And he knew what was going on.  And he was
12  taking care of me pretty well.
13       Q.  And you were comfortable?
14       A.  Um, I was freaked out, because I didn't know
15  what to expect with being an officer.
16       Um, but he was telling me how this whole
17  thing was racism and he -- that he understood what was
18  happening on the plane.  And this whole thing was
19  silly.
20       And he was just telling me how my dad was
21  like a good man and how I was a great kid and that this
22  whole thing was just because of racism, and that's
23  silly.
24       Q.  And did you feel better after he said that?
25       A.  Yes.  Well, no, no.  No, I didn't feel
```

Page 100

```
1   better.
2        Because my -- I didn't feel better because I
3   saw my dad in handcuffs walking around with the cops --
4   I mean FBI agents, not cops.
5        Q.  After the police finished, you and your
6   father left the station or the -- the office and -- and
7   went to a hotel.
8        A.  Yes.
9        Q.  Were you relieved to leave?
10       A.  No.  Well, wait.  What do you mean by --
11       Q.  Were --
12       A.  -- relieved?
13       Q.  -- you happy to leave, like you were like --
14       A.  Yes, I was happy to leave.  But we were just
15  thinking about how terrible it was, happening on the
16  plane.
17       And my dad was throwing up the whole night,
18  and he was having a big headache.  And he wasn't
19  thinking straight.
20       Q.  And did you drive to Death Valley the next
21  day?
22       A.  Yes.
23       Q.  And how was the drive to Death Valley?
24       A.  Um, my dad had a lot of issues with his head
25  and had a lot of issues driving.  And just did not feel
```

Page 101

```
1   good.
2        So it was kind of a -- it was a rough ride
3   for him.
4        Q.  And then finally, when you got to Death
5   Valley, how was your father feeling?
6        A.  Still felt like crap.
7        Q.  Feels -- felt like what?
8        A.  Still felt like crap.  He did not feel good
9   still.
10       Q.  And how were you feeling?
11       A.  Um -- um, I was just thinking about what
12  happened on the plane a lot.  And I was mostly thinking
13  about my dad and his headache.
14       And I was thinking why does he have such a
15  big pain in his head.
16       With the whole time, my dad was trying to
17  make the experience good for me, even though of what
18  happened -- well, even though what they screwed up with
19  the -- our trip, leaving us at the office, the FBI
20  office for like three hours.
21       And it was, um -- and had -- and him -- and
22  my dad having no sleep and stuff like that.  He was
23  still trying to make the experience good enough, even
24  with the headache.
25       Q.  Okay.
```

MAGNA ▶
LEGAL SERVICES

| Page 102 |
|---|

1    A.  Which -- well -- well, I thought was a
2  headache, but it was still not a headache.
3    Q.  And today -- well, like currently, presently,
4  how has the incident affected you?
5    A.  Um --
6    Q.  How does it affect you --
7    A.  What happened.
8    Q.  -- if --
9    A.  -- on the --
10    Q.  -- if --
11    A.  -- plane?
12    Q.  -- at all?
13    A.  Um, it affects me a lot.  I have a lot of
14  trouble sleeping.  I have a lot of issues in public.
15  Um --
16    Q.  On the sleeping front, when you say you're
17  having trouble sleeping, can you elaborate?  Are you
18  just having trouble falling asleep or you -- trouble
19  staying asleep?
20      Or you're having nightmares or --
21    A.  I have big nightmares, like people like Scott
22  Warren grabbing -- grabbing me, taking me away from my
23  dad.
24      And just like a recap of what happened on the
25  plane.  Sometimes I dream about that.

| Page 103 |
|---|

1      About -- about FBI taking my dad away, and me
2  just -- I don't know where I was being taken away, but
3  just being grabbed by a random person like Scott Warren
4  and saying that's not -- that man's in -- that man's
5  hurting you.
6      And just being taken away like that.
7    Q.  Okay.  And you --
8    MR. McKAY:  If I may, you've -- you've
9  actually interrupted him when he was talking a whole
10  range of things --
11    MR. MAYE:  Yes, I was --
12    MR. McKAY:  -- affected him.
13    MR. MAYE:  Yeah, I wanted to -- to get --
14    MR. McKAY:  And I think it probably would be
15  better if you just let him talk and then brought your
16  question later.
17      I know what you're doing.  It's fine.
18    MR. MAYE:  It just seems --
19    MR. McKAY:  I know.
20    MR. MAYE:  Okay.
21    MR. McKAY:  But just in terms of who he is
22  and --
23    MR. MAYE:  Sure.  Okay.
24    MR. McKAY:  -- how he thinks, if you could
25  just let him answer the whole question.  And then --

| Page 104 |
|---|

1    MR. MAYE:  That's fine.
2    MR. McKAY:  -- can take sleeping as a
3  separate --
4    MR. MAYE:  That's fine.
5    MR. McKAY:  -- line of questioning --
6    MR. McKAY:  That's fine.
7    MR. McKAY:  -- and -- thank you.
8    MR. MAYE:  Sure.
9    Q.  (BY MR. MAYE)  So I did cut you off, because
10  I wanted to deal with sleeping and then the next one.
11  But so I'll let you finish.
12      So how has this -- the incident affected
13  you?
14    A.  The whole incident today?
15    Q.  Yeah.
16    A.  Um --
17    Q.  So you said trouble sleeping.
18    A.  Um --
19    Q.  Anything else?
20    A.  -- big trouble sleeping.  My dad, trouble
21  sleeping.  He talks about --
22    Q.  Well, just -- just you.  Just --
23    A.  Oh, just --
24    Q.  -- you.
25    A.  -- me?

| Page 105 |
|---|

1    Q.  Yeah.
2    A.  Um, I have trouble sleeping.  I have trouble
3  being affectionate.  Um, and I definitely, I have a big
4  trouble about being affectionate in public.
5      And I have a big thing about just acting in
6  public, just being around in public with my dad.  And
7  like scared sometimes, even if I have nothing to be
8  scared about.
9      Just like scared to -- to go on a trip down
10  south, like Florida or anywhere.  I'm just scared that
11  like people like Scott Warren are just going to be
12  around.
13    Q.  And why -- why does that scare you?
14    A.  It scares me because people like Scott Warren
15  might just grab me or hurt my dad seriously or take out
16  a gun or something like that.
17      Because like racism can be like that.
18    Q.  And you said you're -- you're scared to go to
19  Florida.  Why are you scared to go to Florida?
20    A.  Well, not exactly Florida, but I'm just
21  scared to go to places.  I'm scared to go down south.
22  I'm scared to go anywhere basically.
23    Q.  It -- it -- because you're afraid of racism?
24    A.  Yes.  Because racism is everywhere, even up
25  north.

MAGNA ▶
LEGAL SERVICES

Page 106

1      Q.  Are you afraid -- you're -- you're afraid
2  that racism is going to do what to you?
3      A.  Um, well, the racism in people like Scott
4  Warren are just going to grab me, um, hurt my dad, hurt
5  me, hurt my family.
6      Q.  And then how has this affected your father,
7  the incident?
8      A.  Um --
9      Q.  You said -- you mentioned he -- sleeping
10  difficulties.
11     A.  His sleeping has gotten a lot worse.
12     Q.  Anything else?
13     A.  Um, he definitely panics.  Um, he definitely
14  tries to watch out for me a lot more.  Like if we're
15  going to a store, he definitely wants me closer to
16  him.
17          And me too, I would rather be closer to him.
18  And, um, he's for -- he forgets stuff a lot now.
19          Not because he just forgets, it's just he
20  forgets something in like five minutes.
21          And his memory is usually good, because he
22  remembers a lot of stuff.  And he's definitely a lot
23  more sad.
24          And he definitely, um -- I definitely see him
25  a lot more sad about losing me.  He talks about that,

Page 107

1  how he's terrified of losing me.
2      Q.  Losing you how?
3      A.  People like Scott Warren and the FBI just
4  grabbing me and taking me away from him.
5      Q.  Are you worried that -- that someone's going
6  to take you away?
7      A.  Yes.
8      Q.  And -- okay.
9          MR. MAYE:  Okay.  I have no further
10  questions.
11         MR. McKAY:  Okay.  Let's --
12         MR. MAYE:  Thanks, A.D.  I appreciate it.
13  You've done -- you've done a great job.
14         MR. McKAY:  Let's take a quick break, and
15  I'll see if I have any questions.  I may ask a few
16  questions.
17         THE VIDEOGRAPHER:  We are going off record at
18  12:19 p.m.
19         (Short recess taken.)
20         THE VIDEOGRAPHER:  We are back on record at
21  12:26 p.m.
22             CROSS-EXAMINATION
23  BY MR. McKAY:
24     Q.  So I just wanted to ask you a couple of
25  questions to clarify a few things.

Page 108

1          Mr. May had asked you, pretty early in the
2  deposition, he said you were adopted by your father,
3  and you said you were.
4          Who adopted you?
5      A.  Um, I don't know.
6      Q.  Okay.  Your father adopted you --
7      A.  Yes.
8      Q.  -- correct?  That was a correct answer to
9  Mr. Maye?
10     A.  Yes.
11     Q.  All right.  Did --
12     A.  My father did --
13     Q.  Okay.  And did anybody else also adopt you?
14     A.  My mom.
15     Q.  Your mom.  Okay.  And your mom since passed
16  away; right?
17     A.  Yes.
18     Q.  Okay.  Now, you testified about the last time
19  you saw Susan.  You remember -- you know who I'm
20  talking about with --
21     A.  Susan --
22     Q.  -- Susan --
23     A.  -- Snider?
24     Q.  Susan Snider, right.
25     A.  Right.

Page 109

1      Q.  And you said something I think about it was
2  months ago.  Is that correct?  Or is that inaccurate?
3      A.  Inaccurate.  It was inaccurate.
4      Q.  Okay.  When did you last see Susan?
5      A.  It was not months.  It was like a few weeks.
6      Q.  Okay.  So weeks rather than months.
7      A.  Yes.
8      Q.  Okay.  That's good.  Now, you testified, in
9  response to Mr. Maye's questions, that the -- the
10  incident, and you know what we're talking about with
11  the incident --
12     A.  Um --
13     Q.  -- on the plane.
14     A.  Frontier plane, yes.
15     Q.  Yeah.  So that you testified the incident
16  hasn't affected your hockey, track, or cross country.
17  Has it?  Or has it not?
18     A.  Uh, it has, because like --
19     Q.  You have to put your hands down --
20     A.  Sorry.  It has --
21     Q.  -- so people --
22     A.  -- because --
23     Q.  -- watching --
24     A.  -- um, I -- I -- I can see myself, this year
25  in cross country, pulling myself away from the other



Page 110

1    kids instead of going with the other kids like last
2    year.
3         So yes, it has made a difference. Um, I
4    guess I'm less close with my hockey teammates.
5         Um, like if a game's done, we'll just say can
6    we go home instead of just like hanging out with
7    everybody in public.
8    Q.   Okay. And did you used to do that with
9    your --
10   A.   Yes.
11   Q.   -- teammates --
12   A.   We would --
13   Q.   -- before?
14   A.   Yeah, we had more -- I would stay longer. I
15   would want to stay longer, and I would -- um, I was
16   more close with them.
17   Q.   Okay. Now, there was also some questioning
18   about whether things would be better after the
19   deposition was over or something about how you were
20   nervous because of the deposition.
21        Do you remember that?
22   A.   Yeah. I didn't mean exactly my -- my
23   deposition. Um, of course, I was nervous about the
24   deposition. But I was talking about this whole thing.
25   Q.   The whole thing, being the whole incident?

Page 111

1    A.   Yeah, the whole incident. I was nervous
2    about the whole incident and the whole thing going on
3    about -- about just the whole thing.
4    Q.   Okay. All right.
5    A.   About -- about everything leading up to this
6    and everything about this.
7    Q.   So that would include what happened on the
8    airplane?
9    A.   Yes.
10   Q.   Okay. And -- and how has that affected, if
11   at all, your enjoyment of things that you do?
12   A.   I guess if I'm playing hockey, I guess I
13   don't enjoy it as much. Because if I'm outside playing
14   hockey, I'm not as happy as I was before the incident
15   happened.
16        I'm more checking my back out, if I'm playing
17   with my dad. Or if I'm by myself, I definitely check
18   my back a lot.
19   Q.   Why?
20   A.   Uh, because I just feel like someone's just
21   going to grab me or hurt me.
22   Q.   And that's new since the incident?
23   A.   Yes.
24   Q.   Okay. There was some discussion about trips
25   you've taken. And do you remember now when the trip

Page 112

1    was that you went to Arizona and Zion and Bryce?
2    A.   Yes. Um, as I remember correctly, we took
3    that big trip a few years ago -- I mean, not a few
4    years ago.
5         Last -- last year, and, um, we took a easy
6    one --
7    Q.   Okay.
8    A.   -- last year.
9    Q.   So the big trip, that's what you mean by Zion
10   and Bryce and --
11   A.   Yes.
12   Q.   -- Arizona and Colorado?
13   A.   Yeah. That --
14   Q.   Okay.
15   A.   -- was a big trip.
16   Q.   And -- and that was before the incident or
17   after the incident?
18   A.   Be -- be -- before the incident.
19   Q.   Okay.
20   A.   Yes.
21   Q.   And tell me about the hiking that you did on
22   that trip.
23   A.   Um, the big trip?
24   Q.   Yeah --
25   A.   -- Arizona?

Page 113

1    Q.   -- the big trip.
2    A.   What I went -- I remember about it, well, it
3    was before it happened. So, um, of course me and my
4    dad had like less stress in public.
5    Q.   Okay.
6    A.   We were more like ourselves, and we were just
7    out taking a lot of hikes.
8    Q.   How much hiking did you do?
9    A.   I don't know exactly. But we were just --
10   it -- I remember it was a very exhausting trip.
11   Q.   Did you do hiking that was difficult?
12   A.   Yes.
13   Q.   Okay. Did you do, would you estimate
14   hundreds of miles of hiking?
15   A.   Yes.
16   Q.   Okay.
17   A.   Definitely.
18   Q.   Now -- definitely, hundreds of miles?
19   A.   Yes.
20   Q.   All right. Now, after the incident, when
21   you've gone hiking with your dad -- let's start with
22   Death Valley.
23        Was -- what --
24   A.   All right.
25   Q.   -- the hiking like in comparison to the



Page 114

1  hiking that you did on the big trip?
2      A.  Um, well -- can you ask that question again,
3  please?
4      Q.  Sure.  In terms of difficulty, is what I'm
5  asking.
6      A.  Uh --
7      Q.  You did really difficult hikes back on the
8  big trip.
9          Now, when you went to Death Valley right
10  after the incident, what kind of hiking did you do?
11     A.  Well, we definitely did lighter hiking.  But
12  my dad had a lot of issues in Death Valley.
13     Q.  Even with the lighter hiking?
14     A.  Yes, even with the lighter hiking.  He was
15  not himself.  He was -- again, he had a lot of pain in
16  his head, and he needed to sit down in the shade.
17         And even though we were doing like -- it was
18  one of the easiest hikes there, he just needed to take
19  a lot of breaks.
20     Q.  Okay.  And then you went to the Tetons and
21  Yellowstone?
22     A.  Yes.
23     Q.  Okay.  And that was this past summer.
24     A.  Yeah.
25     Q.  Okay.  And what was the level or difficulty,

Page 115

1  I would say, of hiking that you did on that trip?
2      A.  I remember that when we went there, we took a
3  lot of easy hikes.
4      Q.  Okay.
5      A.  I remember that.  It was nice and flat.  I
6  don't know why we picked nice and flat, but --
7      Q.  Okay.  But it was nice and flat as opposed to
8  the type of hiking that you did on the big trip.
9      A.  Yes.
10     Q.  Okay.  And how about the -- the length of the
11  hikes?  Did you -- did you go on hundreds of miles of
12  hikes in the Tetons and --
13     A.  Uh --
14     Q.  -- Yellowstone?
15     A.  No.  I remember it was probably like 75.  We
16  weren't really that hund -- we weren't near hundreds.
17         MR. McKAY:  Okay.  Okay.  All right.  That's
18  all I have.  Thank you.
19         THE WITNESS:  Okay.
20         MR. MAYE:  I just have one question.
21             REDIRECT EXAMINATION
22  BY MR. MAYE:
23     Q.  You -- you said that when -- now, when you're
24  say playing hockey, you're worried someone's going to
25  grab you?

Page 116

1      A.  Yeah.
2      Q.  Who -- who do you think's going to grab you?
3      A.  People like Scott Warren.  Exact --
4      Q.  You say --
5      A.  -- people --
6      Q.  -- people --
7      A.  -- like him.
8      Q.  -- people -- when you say people like Scott
9  Warren, what kind of person are you talking about?
10     A.  Um, a person, just like Scott Warren, that
11  has the same anger and hatred and racism in his body,
12  that is just -- has a lot of anger and will do
13  something bad like that.
14         MR. MAYE:  Okay.  Okay.  Thank you.  I have
15  no further questions.
16         MR. McKAY:  Nothing further here.  Thank you.
17  We'll read and sign.
18         THE VIDEOGRAPHER:  This concludes the
19  video-recorded deposition -- sorry.  This concludes the
20  video-recorded deposition of A.D., a minor, taken on
21  January 28th, 2020.
22         We are going off record, and the time is
23  12:34 p.m.
24         (Discussion off the record.)
25         MR. McKAY:  We'll waive read and sign.

Page 117

1          (The deposition concluded at
2  12:34 p.m.)

Page 118

```
 1              CERTIFICATE OF REPORTER
 2    STATE OF NEVADA    )
                         SS:
 3    COUNTY OF CLARK    )
 4         I, Helen M. Zamba, a Certified Court Reporter
      and Notary Public for the County of Clark, State of
 5    Nevada, do hereby certify:
 6         That I reported the taking of the deposition
      of the witness, A.D., commencing on Tuesday, January
 7    28th, 2020, at 10:02 o'clock a.m.
 8         That prior to being examined, the witness was
      by me duly sworn to testify to the truth.
 9
           That the foregoing transcript is a complete,
10    true and accurate transcription of the stenographic
      notes of the testimony taken by me in the matter
11    entitled herein to the best of my knowledge, skill and
      ability.
12
           That prior to the completion of the
13    proceedings, the reading and signing of the transcript
      was not requested by the witness or a party.
14
           I further certify that I am not a relative or
15    employee of an attorney or counsel of any of the
      parties, nor a relative or employee of an attorney or
16    counsel involved in said action, nor a person
      financially interested in the action.
17
           IN WITNESS WHEREOF, I have hereunto set my
18    hand in my office in the County of Clark, State of
      Nevada, this 12th day of February, 2020.
19
20
21
      _____
22          Helen M. Zamba, CCR #439
23
24
25
```



**A**

**ability** 118:11
**able** 31:9 46:20
**accurate** 86:20
  118:10
**act** 37:14 57:5
**acting** 87:25,25
  105:5
**action** 118:16,16
**actions** 61:10
  88:2
**actual** 7:14
**adding** 29:23
  68:17
**ADHD** 17:2,11
  24:12,17,19
**Adler** 2:6 4:12
**adopt** 108:13
**adopted** 8:15,17
  8:18,20 108:2
  108:4,6
**advice** 5:13
**Advil** 59:22,24
**affect** 102:6
**affectionate**
  31:18,24 34:3
  68:12 105:3,4
**afraid** 105:23
  106:1,1
**African** 72:12
  72:15,17
**age** 8:18
**agents** 100:4
**ago** 40:11 41:5,7
  43:5,16 51:15
  109:2 112:3,4
**agreeing** 47:1
**ahead** 90:2
**aircraft** 60:16
**Airlines** 1:9 4:5
  4:20 6:10
**airplane** 41:19
  70:6,10 111:8
**airport** 59:3
**aisle** 71:24 72:24

78:2
**al** 4:5
**Alexis** 53:20,21
  53:25 54:5,12
  54:14 56:2,12
  57:1,9
**Amanda** 9:2,5
  9:14,15 31:19
  31:24 45:24
**American** 72:12
  72:16,18
**amount** 37:3
**and/or** 37:19
**anger** 35:11
  87:22 116:11
  116:12
**angry** 16:19,20
  56:24 57:1
  75:24 76:1
  91:9 94:17
**annoyed** 61:5,6
  61:9,17,19
  65:13
**answer** 6:2,11
  29:18 63:18
  103:25 108:8
**answered** 30:10
**answering** 5:11
  5:14
**answers** 5:15
  39:15
**anybody** 65:20
  74:1 91:18
  108:13
**anymore** 52:23
**apparently**
  65:21
**appearances** 2:1
  4:17
**appointments**
  17:4
**appreciate**
  107:12
**Approx** 15:7
**April** 26:14,16
**area** 40:18

**Arizona** 40:19
  42:20 43:7
  44:1,10,24
  45:12,13 48:16
  49:9,14 50:15
  112:1,12,25
**arm** 57:16 58:15
**asked** 30:10
  63:16 65:4
  84:22 95:12
  98:20 108:1
**asking** 5:24,25
  6:1,13 11:10
  20:2 21:1
  36:24 38:19
  54:20 61:8,24
  65:10 67:14
  72:15 75:16
  78:4 80:5
  84:21 85:24
  88:7 90:7
  93:17 95:23
  97:18 98:17
  114:5
**asleep** 73:18
  74:5 102:18,19
**assume** 12:13
  58:10
**attempt** 98:3
**attendant** 62:7
  65:4,8,9 66:5
  71:3,16 72:3
  76:6 89:23
  90:22 94:11,16
**attendants**
  61:23 62:17
  63:4,17 64:1
  70:13 85:7
  90:25
**attorney** 118:15
  118:15
**aunt** 38:7
**Avenue** 1:18 2:2
  2:3 4:11,18
**A.D** 1:5,15 3:3
  4:4,24 5:7

47:11 107:12
  116:20 118:6
**a.m** 1:17 4:9
  16:6,9 47:6,10
  86:8,11 118:7

**B**

**back** 16:8 18:24
  27:7 34:24
  35:2 47:9 52:8
  64:24 67:25
  69:2 70:14
  71:16 72:10
  73:8,8,10 74:2
  74:3,3,8 75:1
  75:17 76:7,21
  77:9,12 78:5
  78:11 81:23
  84:16 85:1
  86:10,13,23,24
  87:9 88:19,20
  88:22,24 90:23
  90:24 91:1,5,6
  96:15 98:9,18
  98:18,21,22
  99:1 107:20
  111:16,18
  114:7
**bad** 16:20 19:13
  35:12 64:19,20
  82:1 93:10
  95:10 97:1,1
  116:13
**based** 61:18
  81:20 88:4,5
**basic** 5:8
**basically** 105:22
**bathroom** 97:23
**Beck** 2:9 4:13
**bed** 23:22
**beginning** 25:7
**begins** 4:3 27:22
**believe** 15:2,18
  15:19 25:7
  30:18 50:16
  51:4,10 61:11

75:8 79:22
  85:22 90:16,19
  97:6
**best** 10:25 11:1
  12:21 33:13
  118:11
**bet** 46:6
**better** 23:6,10
  31:9 33:2,4,15
  36:9 54:20
  55:7 74:14
  99:24 100:1,2
  103:15 110:18
**big** 20:4 44:11
  57:6 100:18
  101:15 102:21
  104:20 105:3,5
  112:3,9,15,23
  113:1 114:1,8
  115:8
**birthdate** 8:1
**bit** 31:4
**black** 20:1,9
  72:13,19,20
  74:16 75:15
  76:4 85:11,23
  96:12 97:3,12
  97:15 99:10
**blistering** 19:11
  59:18,18
**block** 83:14
  88:25
**blocking** 71:5
  73:2,7
**bmaye@amm...**
  2:8
**body** 57:18,23
  116:11
**bones** 57:21
**born** 8:12,19
**break** 42:24
  44:24 46:21
  86:3,5 107:14
**breaks** 47:1
  114:19
**Brian** 2:6 4:20



46:20 58:7
**broken** 57:16,16
   57:19,21 58:15
**brought** 6:9,13
   103:15
**bruise** 57:22
**Bryce** 112:1,10
**business** 62:21
   64:11
**butt** 64:24

**C**

**cab** 19:5
**cabin** 60:16
**call** 14:9 45:7
   99:5
**called** 4:25 96:2
   96:12
**calls** 9:10,13,24
   9:24 31:21
**Canyon** 42:22
**car** 38:10,12
   44:2,3 47:18
   51:20
**care** 35:21 97:7
   99:12
**Carolina** 8:9
   17:17 52:9
   59:2
**case** 1:5 4:6 7:1
**categories** 27:8
**Caucasian** 72:12
   72:15,17
**caught** 78:15
**cause** 30:3
**caused** 87:16
**CCR** 1:25
   118:22
**Center** 12:12
**certainly** 5:21
**CERTIFICATE**
   118:1
**Certified** 118:4
**certify** 118:5,14
**change** 62:11
**changed** 13:12

13:23 36:18
37:12 43:4
62:12,13,16
63:13
**check** 111:17
**checking** 34:25
   111:16
**checkup** 17:12
**Cheyenne** 1:18
   4:11
**Chicago** 2:8
**circumstances**
   9:21
**clarification**
   38:13
**clarify** 13:14
   55:2 107:25
**Clark** 2:7 118:3
   118:4,18
**class** 16:17
**classmates**
   29:11
**clear** 38:14 45:2
**Clearwater**
   37:22 38:8,14
   39:16,21
**click** 74:19
   75:16
**clicked** 74:17
   75:21 76:2
   85:11 86:18
   87:2,9,12,22
   90:9
**close** 93:12
   110:4,16
**closer** 32:23,25
   77:20 106:15
   106:17
**closest** 77:16,23
**coast** 40:4,14,16
**cognency** 6:17
**cold** 94:24,25
**Colorado** 40:20
   44:10,24 45:12
   45:17,22 48:17
   49:11,15 50:15

112:12
**come** 62:19
   82:16 83:5
   91:24
**comes** 37:23
**comfortable**
   34:11 56:15
   99:13
**coming** 51:23
   72:23
**commencing**
   118:6
**communicate**
   9:7,9,15
**comparison**
   113:25
**complete** 118:9
**completion**
   118:12
**concentrate**
   31:10
**concerned** 78:25
**concluded** 117:1
**concludes**
   116:18,19
**conclusion** 90:1
**confused** 43:4
**confusing** 38:25
   63:11 77:22
   85:25
**confusion** 39:12
**consider** 35:23
   35:23
**contact** 58:8
**conversation**
   85:15 87:1
   89:7
**cop** 99:7
**cops** 91:18,23
   93:17 94:2,3,5
   95:17 96:1,13
   96:14 100:3,4
**correct** 23:8
   39:18 43:13
   47:25 52:9
   71:22 75:18

85:12 88:22
89:20 90:13
108:8,8 109:2
**correctly** 112:2
**counsel** 4:16 5:2
   5:10 48:21
   118:15,16
**count** 67:8
**country** 27:6,11
   27:12,13,18
   28:4,7,11,14
   28:24 109:16
   109:25
**County** 118:3,4
   118:18
**couple** 15:10
   107:24
**course** 30:14
   40:19 44:2
   55:21 56:5
   64:13,18 74:2
   77:5 96:17
   110:23 113:3
**court** 1:1 4:6,14
   4:21 13:1
   118:4
**cousins** 46:18
   47:12
**crap** 18:9 101:6
   101:8
**cross** 3:2 27:6,11
   27:12,13,15,18
   28:3,7,11,14
   28:23 109:16
   109:25
**CROSS-EXA...**
   107:22
**crotch** 78:16,18
   79:13,17,18,24
   81:25
**crowd** 57:6
**crying** 81:22
**current** 11:5,11
   12:9
**currently** 102:3
**cut** 104:9

**C.W** 10:10

**D**

**D** 2:2 3:1
**dad** 8:11 12:16
   12:18,19,22
   14:16 18:1
   32:3 36:6
   45:16 59:13
   61:21 62:1,21
   64:22 71:5,5
   73:2,3 74:4
   75:20 76:8,9
   76:19 77:5,6,6
   79:8,9 83:14
   83:18 84:1,10
   84:14,25 87:3
   87:10 88:1,9
   88:24,25 89:5
   89:9 93:15,18
   95:16 96:15
   98:23 99:1,20
   100:3,17,24
   101:13,16,22
   102:23 103:1
   104:20 105:6
   105:15 106:4
   111:17 113:4
   113:21 114:12
**dad's** 38:7 91:17
**damage** 53:8
**dark** 71:19
   74:12
**dash** 27:9
**date** 4:8 17:8
   40:10 41:2
   51:8
**Dawn** 2:9 4:13
**day** 9:8,24 34:21
   100:21 118:18
**days** 9:19
**deal** 104:10
**dealt** 93:9
**Death** 44:9,21
   44:22,23 50:14
   52:4,12 59:5,9



59:10 100:20
100:23 101:4
113:22 114:9
114:12
**Defendants** 1:11
2:6 4:25
**definitely** 21:15
31:17,17 34:23
34:24 59:23
73:2 80:19,20
105:3 106:13
106:13,15,22
106:24,24
111:17 113:17
113:18 114:11
**Delvecchia** 1:5
2:10 4:5 8:5,11
9:2,2 81:11,13
**demeanor** 61:10
**deposition** 1:15
4:4,10 5:8 6:8
20:14,17 29:24
31:5,8 51:23
95:21,24 108:2
110:19,20,23
110:24 116:19
116:20 117:1
118:6
**depositions** 13:1
**describe** 93:14
**Description** 3:14
**determination**
88:4
**determine** 87:16
**determined**
61:19
**diagnosed** 24:12
**difference** 56:20
110:3
**different** 12:5,7
32:10 37:15
57:6 83:9 92:1
**difficult** 13:13
113:11 114:7
**difficulties**
20:23 22:3,6

22:15,18 23:4
24:8 106:10
**difficulty** 114:4
114:25
**Direct** 3:2 5:5
**discussion** 16:7
47:7 111:24
116:24
**disorder** 14:23
**disrupt** 23:17
**District** 1:1,2
4:6
**doctor** 15:23
**doctors** 14:3,4,5
14:6,7,9,17
58:4
**doing** 10:8 11:22
22:12,12 25:15
36:1 46:22
56:10 59:24
62:21 64:12
78:6,9,9 82:1
95:9,21 103:17
114:17
**Dr** 16:22,24 17:1
17:5,7,10
**dream** 102:25
**drink** 66:6
**drive** 100:20,23
**driving** 100:25
**due** 85:11
**duly** 5:1 118:8

**E**

**E** 3:1
**earlier** 86:17
92:16
**early** 108:1
**easier** 66:14
**easiest** 114:18
**easy** 112:5 115:3
**eight** 16:13
**elaborate**
102:17
**emails** 9:10
**emergency**

65:20,21
**employee**
118:15,15
**encompasses**
92:22
**ended** 26:13,18
**ends** 25:4,6
26:19 28:1
**energy** 24:4
**enforcement**
94:1 96:1
**engaged** 26:23
**enjoy** 12:15 36:1
59:12 111:13
**enjoyment**
111:11
**entitled** 118:11
**ESQ** 2:2,6
**estimate** 113:13
**et** 4:5
**Ethiopia** 8:13
**everybody** 110:7
**exact** 15:5 17:8
40:10 41:2
49:16 51:8
116:3
**exactly** 43:17
46:15 60:10
72:5 77:21
84:7 99:5
105:20 110:22
113:9
**EXAMINATI...**
5:5 115:21
**examined** 118:8
**exception** 12:14
**exercise** 9:23,25
10:1,5
**exhausting**
113:10
**EXHIBITS** 3:13
**expect** 17:7,8
99:15
**experience**
101:17,23
**explain** 27:11

30:23
**explained** 78:24
**expression**
71:14

**F**

**face** 57:19 66:13
66:24 67:2,10
67:20 68:14
71:8,10 73:6
**fact** 37:12
**Fairbanks** 2:3
**falling** 102:18
**family** 33:19
34:10 37:25
38:7 41:6 42:2
106:5
**father** 8:15 13:5
18:6,16 19:6
19:21,22 20:16
20:19 32:23,25
33:9 34:4,13
35:13,19,19
36:2,5,11
37:19 40:2,3
50:22 51:1
54:9 57:9
58:24 63:14,18
66:12,13,16,23
67:3,7,19,25
69:1,1 70:21
71:19,20 73:14
73:24 75:15
76:4,12,14
78:8,12 79:23
81:22 82:10,15
82:16 83:5,24
85:9,16 86:17
86:23,25 87:15
88:6,20,21
90:11 91:4,5
94:18 95:18,23
95:25 96:2
97:6,8,16
100:6 101:5
106:6 108:2,6

108:12
**fatherly** 93:24
**father's** 53:18
71:14 79:16
**favorite** 10:18
10:20 36:4
**FBI** 18:18,22,25
20:2 99:7
100:4 101:19
103:1 107:3
**FBI's** 99:4
**February**
118:18
**feel** 13:7,10
19:14,14 31:9
34:11 53:4
99:24,25 100:2
100:25 101:8
111:20
**feeling** 33:12
91:2,7 94:23
101:5,10
**Feels** 101:7
**felt** 18:8 101:6,7
101:8
**female** 65:8,9
**fighting** 76:7
89:11
**figure** 17:1
**finally** 101:4
**financially**
118:16
**fine** 5:20,23 8:12
24:9 46:22
49:10 50:20
53:16,17 56:10
56:11 66:11
72:8 86:4,6
97:5 103:17
104:1,4,6
**finish** 5:25 6:1
27:15 73:19
104:11
**finished** 100:5
**first** 5:1 11:24
15:16,17 16:11



16:12,14,15,25
17:2 18:7,15
18:17,24 25:2
27:15 78:5
**five** 11:7,15,25
12:1 34:21
67:13 106:20
**flat** 115:5,6,7
**flight** 17:16
60:12,14,14,21
61:2,2,23 62:7
62:17 63:4,17
64:1 65:4,8,9
66:5,15 70:13
71:3,15 72:2
73:25 74:1
76:6 85:7
89:23 90:15,22
90:25 91:3,8
92:1,1,13 93:9
93:23 94:1,10
94:11,15 97:22
**flights** 93:4,13
**Florida** 2:4
37:20,21 39:21
105:10,19,19
105:20
**flown** 53:9
**fly** 51:21
**flying** 53:12
58:24 59:1
60:20
**focus** 17:11 31:4
**focusing** 16:16
**follow** 69:20
**followed** 73:11
95:5
**follows** 5:1
**food** 66:6
**foregoing** 118:9
**forget** 34:20
35:17
**forgetful** 35:14
35:15
**forgets** 106:18
106:19,20

**forgetting** 34:17
34:18 35:16
**forgot** 14:6,9
15:9,23 25:11
41:4
**form** 31:7,12
32:14 48:18
60:8 63:6 79:1
79:6 80:8,15
89:25 92:2,18
97:9
**foundation** 6:17
**four** 25:23 67:13
**frame** 49:16
**Francisco** 40:17
40:25 41:10
**freaked** 75:22
75:23 78:18,20
82:5 91:10
94:18 99:14
**free** 12:20
**freezing** 94:25
**frequency** 36:17
**frequent** 38:14
**frequently** 39:1
67:20 68:2
**friend** 1:5 10:25
33:13
**friendly** 56:15
**friends** 10:16
11:1 30:3
**front** 102:16
**Frontier** 1:9 4:5
4:20 6:10
109:14
**frustrated** 61:9
61:12,14,16,20
61:24 62:4
65:12
**fun** 10:21 20:21
32:5 56:14
59:6
**further** 107:9
116:15,16
118:14
**future** 15:13

**G**
**games** 12:19
**game's** 110:5
**Gayle** 9:2,3,4,7
9:17,20 32:1,2
**getting** 10:16
22:3,6,15,18
22:21 33:2,15
38:25 52:23,24
53:2 72:24
91:14 95:17
**girlfriend** 53:19
**giving** 18:13
33:11 93:15,22
**go** 5:7 9:23 10:9
15:25 18:25
37:21,23,24
38:8 39:23
40:16 41:18
42:17 45:15
46:18 51:7
52:15 59:5
71:16 72:10
73:8,8,10 74:3
78:5 85:1 90:2
96:15 98:9,18
98:21,22 99:1
99:3 105:9,18
105:19,21,21
105:22 110:6
115:11
**goes** 25:21
**going** 5:7,17,20
9:22 10:24
16:5 17:13
19:20 32:7,12
35:9,10 47:5
48:20 53:4,6
64:14 73:3
76:1 85:21
86:7 91:11,12
91:14,14,17
94:19 98:15
99:11 105:11
106:2,4,15

107:5,17 110:1
111:2,21
115:24 116:2
116:22
**good** 4:1 14:1
19:15 21:16,18
30:13 33:12
35:18,19,21
36:7 54:11
61:2 99:21
101:1,8,17,23
106:21 109:8
**gotten** 106:11
**grab** 105:15
106:4 111:21
115:25 116:2
**grabbed** 103:3
**grabbing** 102:22
102:22 107:4
**grade** 10:11,12
**grades** 14:2
30:11,12,13,14
30:19 31:2
**Grand** 42:21
**grandpa** 38:6
**great** 22:12,13
99:21 107:13
**grocery** 35:17
**ground** 5:8
**guess** 11:3,6,9
12:21 13:7
21:7 25:21
27:8 30:12
37:14 53:22
56:22,24 74:13
110:4 111:12
111:12
**gun** 105:16
**guy** 89:3
**guys** 7:13 56:14
64:12

**H**
**hand** 78:16,17
79:12,17,23
81:25 118:18

**handcuffs** 100:3
**hands** 83:3
109:19
**hang** 11:1
**hanging** 12:16
110:6
**happen** 91:12,14
**happened** 7:23
15:18 18:7
19:18 23:6
41:12 42:3,5
43:6 44:24
45:2,3,5 47:23
48:3 50:7,10
52:18,19,20,22
53:7 54:21,23
54:24 55:10,19
55:22 57:4
58:23 63:2
64:7 66:21,22
68:12,15,22
69:3,24 70:18
71:6,12 74:6
76:13 80:14
81:1 82:6
89:17,19 91:25
92:17 93:14
94:9 96:10
101:12,18
102:7,24 111:7
111:15 113:3
**happening** 23:8
70:21 71:9
74:13,22 93:4
95:5 99:18
100:15
**happens** 56:7
**happy** 21:7,8,11
35:24 76:10
100:13,14
111:14
**hard** 14:2 19:19
57:11 75:25
**harder** 31:4
**hatred** 35:11
87:22 88:8



116:11
**head** 5:12 18:8
  19:7,11 45:19
  48:13 52:3
  59:18,19,25
  60:11 73:15,25
  85:25 94:20
  100:24 101:15
  114:16
**headache**
  100:18 101:13
  101:24 102:2,2
**hear** 89:7 90:19
**heard** 89:8
**heat** 59:19
**heck** 19:16
  71:12
**heck's** 19:20
  73:3
**Helen** 1:25 4:14
  118:4,22
**help** 5:8 16:2
  23:22 65:19
**helped** 24:21
**helping** 16:17
  24:6
**hereunto** 118:17
**hey** 83:25 84:23
**he'll** 35:17
**high** 30:15,19
**hike** 36:13,14,15
  42:21 64:13
**hiked** 45:14,23
  59:11
**hikes** 36:18,23
  37:3 113:7
  114:7,18 115:3
  115:11,12
**hiking** 36:15,16
  40:18 59:5,12
  59:15 112:21
  113:8,11,14,21
  113:25 114:1
  114:10,11,13
  114:14 115:1,8
**Hillsborough**

8:9
**hit** 73:14,24 74:1
**hockey** 10:5,23
  11:3,5,11,15
  11:18 12:14,21
  22:16,19 24:23
  24:24 25:1,2
  28:19 36:6,7
  37:22 109:16
  110:4 111:12
  111:14 115:24
**hold** 82:13
**home** 33:18 34:9
  34:11 60:4,5
  60:10 67:20
  68:2 69:2,7,9
  69:14 110:6
**hot** 94:24
**hotel** 19:2 100:7
**hours** 101:20
**house** 9:22 31:18
**hug** 18:13 34:4
  37:8 93:15,22
  93:24
**hugging** 96:12
  96:21
**hugs** 33:11
  34:24
**Huh-uh** 22:7,20
**hund** 115:16
**hundreds**
  113:14,18
  115:11,16
**hurt** 57:17,22,24
  76:10 78:23
  79:4,11 105:15
  106:4,4,5
  111:21
**hurting** 60:11
  103:5

_____

**I**

**ignoring** 78:6
**Illinois** 2:8
**illness** 58:1,4,10
**important** 34:19

**inaccurate**
  109:2,3,3
**incident** 7:18,21
  13:15 14:8
  15:18 17:14,15
  17:18,25 18:15
  19:22 20:22
  21:10,19,21
  22:2,14,22
  23:3,11,16,21
  24:7,11,16
  28:4,6,10,18
  29:7,10 30:7
  30:21,23 31:13
  31:25 32:4,16
  32:21,24 33:5
  33:20 34:7,12
  34:13 36:19,19
  36:23 37:8
  41:8,11,12,19
  42:5 43:6,8
  44:23 45:2,3,4
  47:21,23 48:3
  48:6 50:6,7,10
  50:11,13 52:6
  52:20,25 53:3
  53:7,10,13
  54:15 55:1,8
  55:15,19,21,25
  56:19 57:14,20
  57:23 58:1,5
  58:23 63:2
  64:6,7 68:12
  68:21,21,25
  69:1,3,7,14,17
  69:22 70:18
  95:10 96:20,21
  102:4 104:12
  104:14 106:7
  109:10,11,15
  110:25 111:1,2
  111:14,22
  112:16,17,18
  113:20 114:10
**inclined** 34:3
**include** 111:7

**inclusive** 1:10
**individually** 1:5
**initially** 62:7
  65:4
**injuries** 57:13
**injury** 57:15,19
  58:4,8,9
**inside** 60:15
**instructions**
  95:6
**inter** 64:2
**interact** 29:10
  88:5
**interacting**
  85:10 90:10
**interaction**
  72:22 85:15
**interactions**
  63:4,24 64:3,9
  70:12 81:16
**interested**
  118:16
**interrupted**
  103:9
**interviewed**
  93:25
**involved** 118:16
**involves** 7:16
**issue** 20:4
**issues** 17:11
  22:24,25
  100:24,25
  102:14 114:12

_____

**J**

**jacket** 80:2 95:1
  95:3,11,13,14
**Jan** 25:19
**January** 1:16
  4:8 25:20 26:6
  49:24 116:21
  118:6
**Jersey** 38:2,5,11
  39:24 46:19
  47:13 48:12
**job** 107:13

**inclusive** 1:10
**John** 1:9 2:2
  4:18 7:13
  80:25 81:11
**johndmckayat...**
  2:5

_____

**K**

**keep** 14:2,2
  17:22 85:21
**keeping** 64:10
**kept** 63:20 78:4
  78:7,8,11
**kid** 21:11 35:24
  83:20 96:12
  99:21
**kids** 11:1,3 56:5
  97:15 110:1,1
**kid's** 81:25
**killing** 64:24,25
**kind** 15:9 27:8
  41:4 47:1
  57:11 77:22
  81:22 83:19
  101:2 114:10
  116:9
**knew** 10:24
  74:15 87:25
  88:7 91:20
  95:10 99:11
**know** 6:4,9,25
  7:2,5,8,13,15
  7:17,18 8:17
  15:5,12 17:8
  19:18 20:7
  24:14 26:21,25
  28:2 29:15
  30:7 32:8 38:6
  40:12 41:2,3,3
  43:20,22 47:16
  48:11 49:16
  50:17,19,24
  51:8,25 54:1,6
  57:11,21,22
  60:9 61:5,6,11
  65:13 66:10
  71:9 72:5,6



74:7,10,10,23
77:21 78:9
79:11 83:11,13
87:16 90:4,18
91:22 92:24
93:3 95:5
97:20,24 98:2
98:5 99:4,14
103:2,17,19
108:5,19
109:10 113:9
115:6
**knowledge**
80:13 118:11

—————
**L**
**lady** 61:7
**Las** 1:19 4:11
17:17 19:4
52:2 58:25
59:4 60:13
**law** 2:2 4:19
93:25 96:1
**lawsuit** 6:10,15
7:9,16,19,22
12:24 13:6,11
**lead** 16:20 92:24
**leading** 111:5
**learning** 10:16
**leave** 100:9,13
100:14
**leaving** 101:19
**led** 7:18,21,23
61:11 85:18,22
90:16,19
**left** 18:19,25
47:11 77:19,25
84:14 100:6
**leg** 57:17
**legal** 4:13,15 7:4
12:25 13:18,19
13:19 90:1
95:18
**length** 115:10
**let's** 40:2 68:23
86:5 107:11,14

113:21
**level** 114:25
**life** 29:23
**light** 72:13
**lighter** 114:11
114:13,14
**line** 27:15 104:5
**listening** 78:13
78:21
**little** 55:24 56:24
57:5 66:14
**live** 8:8,10
**lives** 13:12,23
38:3
**LLP** 4:12
**long** 15:8,8
25:19 27:25
43:5,16 46:1
67:9 75:13
**longer** 110:14,15
**looked** 62:20
71:8,10 73:5
77:5,6 83:13
**looking** 34:24,25
43:3 62:24
71:6,11,13,18
71:19 73:3
82:7 94:13
**losing** 106:25
107:1,2
**lot** 16:16 20:24
23:10 24:4
29:14 31:20
34:11,15,17,18
34:18,22,25
37:24,24 55:23
59:13,16,21,22
59:24 69:13
91:9 92:22
100:24,25
101:12 102:13
102:13,14
106:11,14,18
106:22,22,25
111:18 113:7
114:12,15,19

115:3 116:12
**loud** 57:3
**love** 36:13,15,16
37:13
**loves** 36:15
**loving** 67:3,12

—————
**M**
**M** 1:25 118:4,22
**Magna** 4:13,15
**making** 63:11
**male** 65:7 70:13
72:4,5
**man** 78:7,12,15
78:22 79:3
82:1 83:9,9,14
83:15 84:25
86:24 96:12
99:21
**man's** 103:4,4
**March** 8:2 17:17
25:4,6,7,9,11
25:15 26:1,6
26:14 43:6,10
47:22 48:6
**matter** 4:4
118:10
**Maye** 2:6 3:4
4:20,20 5:6
6:14,16,19,21
6:23,25 7:6,8
8:7,8 11:14
16:1,4,10
17:24 21:3,10
22:10,12,14
26:8,12,18,22
29:5,7,20
30:11,18 31:8
31:13 32:8,10
32:17 39:2,6
39:17,19,20
41:17 42:9,12
43:15,25 45:11
46:22,24 47:2
47:4,11 48:20
49:22 50:18,20

50:21 58:12,17
58:19,21 60:12
63:9,12,13
70:8,9 72:11
79:3,12 80:12
80:17,19,21,23
80:25 81:2,4,6
81:8,10,16
86:4,6,12,15
88:3,16,18
89:1,4,6 90:2,5
90:8 92:6,8,10
92:12,21,23
93:1,2 97:11
97:17 103:11
103:13,18,20
103:23 104:1,4
104:6,8,9
107:9,12 108:9
115:20,22
116:14
**Maye's** 109:9
**McKAY** 2:2 3:5
4:18,18 6:12
6:15,18,20,22
6:24 7:4,7
11:10 15:24
16:2 17:22
21:1,4,6 22:8
26:5,9,13,16
29:3,6,18
30:10,17 31:7
31:12 32:7,12
32:14 38:13,17
38:20,22,24
39:3,8,10,12
39:14,18 41:14
41:16,18,23,25
42:2,4,7,10
43:3,10,13,19
43:21,23 45:1
45:6,9 46:20
46:23,25 47:3
48:18 49:19
50:5,8,10,13
58:7,13,16,18

60:6,8 63:6
70:6 72:8 79:1
79:6 80:8,15
80:18,20,22,24
81:1,3,5,7,9,12
81:14 86:3,5
88:2,14 89:25
92:2,18,22,25
97:9,13 103:8
103:12,14,19
103:21,24
104:2,5,7
107:11,14,23
115:17 116:16
116:25
**McQuillen** 2:6
4:12
**mean** 14:11 23:6
26:16 41:11,12
48:24 56:9
57:15 58:11
61:25 69:21
72:17 75:5
80:10 84:9
88:12 91:15
95:20 100:4,10
110:22 112:3,9
**meaning** 47:23
**means** 41:16
48:3 49:19
55:12 70:1
**meant** 58:14
61:16 71:15
**medication**
24:17,19,21
**meets** 26:24
**melatonin** 24:1
24:5,10
**memorable** 63:5
**memory** 35:18
80:14 106:21
**mentioned** 5:10
14:4 37:7
47:12 48:12,16
65:3 95:25
97:6 106:9



messed 56:4
met 17:2
middle 46:11
mile 27:10,11
miles 27:14
  113:14,18
  115:11
minor 1:6 4:4
  116:20
minute 81:15
minutes 34:21
  46:21,25 84:18
  106:20
mistaken 48:21
  48:24
molest 79:10
mom 108:14,15
  108:15
mom's 41:5
Mon 40:5
Montana 40:4,5
  40:7
months 15:10
  24:25 26:22
  31:22 51:9
  109:2,5,6
morning 4:1
mote 89:23
mother's 41:25
motivated 89:23
  90:16,20
move 65:24 66:2
  88:4
moved 66:3,4
  71:21,24 74:8
  74:9,24 75:14
  76:4,15,16,23
  78:24 79:3,7,8
  79:16 82:3
  84:24 85:23
  86:19
movie 96:2,15
moving 72:24
  89:24
multiple 40:22
  40:23

Murphy 2:6
  4:12

_____

**N**

N 3:1
name 8:11 14:19
  53:18 72:5,6
names 9:1 14:17
nausea 58:11
nauseous 19:14
near 115:16
necessarily 6:12
necessary 7:7
need 5:14,14
  14:6 67:8,11
  67:12 76:16
  86:3
needed 17:1
  24:9 59:20,21
  114:16,18
nerve-wracking
  53:16
nervous 18:11
  20:20 21:14,15
  29:17,19,20
  30:1,3 34:22
  35:3,4,6,7,8,8
  55:22 74:21
  91:10 94:18
  110:20,23
  111:1
Nevada 1:2,19
  4:6,11 58:25
  118:2,5,18
never 48:19,19
  62:20 76:9
  79:25,25 80:1
  80:3,6,24
  94:10,15 95:12
  96:8
new 10:17 38:2
  38:3,11 39:23
  46:18 47:13
  48:12 51:18
  66:2,3 111:22
nice 65:11 93:19

115:5,6,7
night 100:17
nightmares
  14:14,15 23:17
  102:20,21
nodding 5:12,16
  45:19 48:13
  94:20
north 8:9 17:16
  37:24,24 38:1
  52:9 59:2
  105:25
Notary 118:4
notes 118:10
noticed 20:24
number 3:14 4:3
  4:7 26:11
  74:11,11 78:4
  80:1

_____

**O**

oath 81:9
object 32:12
objecting 92:19
objection 30:10
  30:17 31:7,12
  48:18 60:6
  63:6 79:1,6
  80:8,15 89:25
  92:2,18 97:9
  97:13
observed 88:21
obvious 76:6
  81:23
occasion 53:13
occurred 50:14
October 25:2
  28:1
office 18:18,21
  19:1 99:6,7,8
  100:6 101:19
  101:20 118:18
officer 99:11,15
officially 11:23
  12:2,2
oh 8:7 11:12,12

21:2 31:23
35:16 42:4
47:2 58:14,20
59:21 69:14
70:14 73:20
75:14 81:23
86:2 87:21
88:15 94:7
104:23
okay 5:11,19 6:4
  6:6,9,23 7:3,6
  7:11,15,15,24
  7:24 8:12,21
  10:4,7 11:24
  12:4,8,11 13:8
  13:10 14:4
  15:3,7,10,19
  16:21 17:4,13
  17:21,23 18:5
  18:23 20:7,13
  20:22 22:10
  23:1,24 24:7
  24:11 25:13
  26:22 27:1
  28:3,10,16,18
  29:5,6 30:2
  32:4,13,19,21
  33:14 34:13
  35:7,13 37:7
  37:16 38:8,17
  38:21 39:5,19
  40:21,25 41:15
  42:4,7,9,10,12
  42:20,25 43:13
  43:25 44:4,20
  44:22,25 45:1
  45:6,10,11
  46:4 47:2,3,4
  47:17 48:1
  49:12,18 50:18
  50:20,25 52:5
  53:18,23 54:8
  55:9,11,18
  56:8,20 57:1,9
  57:13,25 58:3
  58:13,20 59:8

60:24 62:10,12
63:9,12,21,23
63:23 64:4,8
64:17,23 65:1
65:3 66:1,7,19
67:1,4,9,16,19
68:20,23,24
69:5,11 70:5
70:17,20,25
71:21 72:2
73:23,23 74:7
76:14 77:24
78:24 79:19,21
80:7 81:2,8,10
81:10,10 82:2
82:21 83:7,16
83:24 84:8,8
84:12,12 85:3
86:22 87:8,12
87:14 88:3,10
88:10 89:6,10
89:10,22 90:5
90:8 91:1 93:8
93:19 94:5
95:8,18 97:3
97:21 98:24,24
99:2 101:25
103:7,20,23
107:8,9,11
108:6,13,15,18
109:4,6,8
110:8,17 111:4
111:10,24
112:7,14,19
113:5,13,16
114:20,23,25
115:4,7,10,17
115:17,19
116:14,14
old 9:3 12:10
  61:8,14,18
  62:8 65:5,10
  65:15,18,19,25
older 8:24
once 20:5,5,8
  31:22 39:22



95:10 96:14
**ones** 53:5
**one-time** 38:15
   38:16 40:5
**ongoing** 39:15
**opposed** 32:24
   115:7
**outside** 12:15
   33:23 111:13
**overwhelming**
   59:19
**o'clock** 1:17
   118:7

——————————
                  **P**
**Page** 3:14
**pain** 18:8 19:7
   19:11 59:18,25
   60:1,3,5
   101:15 114:15
**panics** 106:13
**Park** 2:2,4 4:18
   40:17
**participate** 28:3
**participating**
   26:23 28:11
**participation**
   28:19,21,23
**parties** 4:16 7:8
   7:11 118:15
**party** 118:13
**passed** 108:15
**passenger** 95:7
**passengers**
   94:14,15
**path** 16:20
**paused** 73:22
**people** 35:3,4,6
   35:9,10 53:5,6
   53:6 61:4
   94:10,12 96:8
   96:9,11 102:21
   105:11,14
   106:3 107:3
   109:21 116:3,5
   116:6,8,8

**perfect** 5:19
**performance**
   30:6,24
**period** 62:14
**person** 9:12,13
   9:17,18 31:19
   79:10 81:21
   103:3 116:9,10
   118:16
**pertains** 7:16
**Peter** 1:5 2:10
   4:4 8:11
**phone** 31:20
**phones** 9:16
**physical** 57:13
   57:15,17,25
   58:4,4,8,8,9,10
   58:15
**physically** 57:22
   57:24 94:23
**pick** 35:16
**picked** 115:6
**picks** 97:8
**piece** 5:13
**place** 12:25
   46:19 99:4
**places** 38:19
   40:1,2 50:22
   52:15 105:21
**plaintiff** 7:1
**plaintiffs** 1:7 2:2
   4:19
**plane** 7:23 35:5
   35:6,9 40:8
   42:13 44:2
   47:19,24 48:3
   52:15,19,19,20
   52:22 53:9,9
   53:12,15 54:21
   54:24 56:4
   57:4,20 60:19
   60:23 61:4
   64:19 67:24
   69:19 71:17
   72:10 73:8,9
   73:10 74:3

75:6 76:7,10
   77:9,12,20
   96:20,22 98:18
   99:2,18 100:16
   101:12 102:11
   102:25 109:13
   109:14
**planes** 52:23,24
   53:2
**plans** 15:12
**play** 10:5 12:11
   27:5 36:6
   37:23
**playing** 11:4,14
   11:18 12:1,8
   12:19 24:24,25
   111:12,13,16
   115:24
**pleaded** 58:7,8
**please** 4:22 5:10
   33:24 114:3
**point** 61:3 62:13
   66:15 73:12
   74:19 82:9
   88:11,19 91:7
   95:25
**pointing** 83:18
**police** 100:5
**position** 12:11
**possible** 19:12
   79:25
**preliminary**
   6:16
**preparing** 20:14
**present** 2:10
   4:16
**presently** 102:3
**pretty** 8:19 9:18
   18:1 19:4 21:8
   25:14,19 46:2
   46:22 61:4
   99:12 108:1
**prev** 95:20
**previous** 95:18
**previously** 26:9
**prior** 20:13,22

22:2,14 23:3,8
   23:11,16,21
   24:7,11,16
   51:23 52:1,18
   52:19 60:20
   61:22 67:24
   69:19,21 70:1
   118:8,12
**probably** 11:12
   16:23 17:9
   18:17 25:11
   81:23 98:15
   103:14 115:15
**problems** 22:24
   23:2 59:13,14
**proceeding**
   95:19
**proceedings**
   12:25 13:1,18
   13:19 118:13
**process** 6:22
**proper** 6:13
**pub** 33:23
**public** 18:11,13
   31:18 33:11,12
   33:19 34:5,12
   34:23 37:8,15
   67:22 68:6
   69:12,17
   102:14 105:4,6
   105:6 110:7
   113:4 118:4
**pulling** 109:25
**put** 81:25 109:19
**putting** 78:16,17
**p.m** 107:18,21
   116:23 117:2

——————————
                  **Q**
**question** 5:23,24
   5:25 6:1,2 16:3
   23:5 29:3 34:1
   36:20 46:6
   54:18 63:10
   66:14 68:10
   73:21 80:9

84:22 85:24
   86:12,15 90:1
   92:3,4,19
   97:10 98:9,11
   103:16,25
   114:2 115:20
**questioning**
   104:5 110:17
**questions** 5:21
   6:19 17:13
   39:14 107:10
   107:15,16,25
   109:9 116:15
**quick** 74:11
   107:14
**quiet** 20:25 21:8
   29:14,16

——————————
                  **R**
**race** 90:17,20
**racism** 86:19
   87:16,25 88:4
   88:7 89:24
   90:10 93:4,9
   93:13 94:10,12
   96:9,11 99:17
   99:22 105:17
   105:23,24
   106:2,3 116:11
**Raleigh** 17:16
   59:2 60:12
**random** 103:3
**range** 103:10
**RDU** 59:2
**read** 86:12,14
   116:17,25
**reading** 118:13
**real** 20:4 25:22
   25:23
**realize** 75:14
**realized** 76:3
**really** 13:9 16:17
   18:3 19:14,14
   25:8 26:20,21
   26:21,25 27:13
   28:9 30:15



40:12 41:3
43:17,24 49:16
50:17,19,24
51:8 52:20,21
52:22 54:1,6,7
57:11 58:6
59:7 62:19,23
62:24 63:7,11
63:19,20 67:6
67:11 71:6
72:5 73:5,5
74:10,20,21
75:22,23,23
78:12,18,20,21
83:13 85:25
88:24 90:6
98:12 114:7
115:16
**reask** 73:23
**reason** 29:14,15
61:5 98:25
**reasons** 30:2
84:10
**Rec** 3:2
**recall** 14:17
16:10 19:3
46:1 47:15,17
51:17,19 52:1
52:11 53:12
63:3,23 65:7
66:13,17,23
67:1,4,9,14,17
67:25 70:20,21
72:2,11 73:1
79:23 80:5,7
80:11 83:16
85:3 93:2,4
**recap** 102:24
**recess** 47:8 86:9
107:19
**recollection**
80:14
**record** 4:2 15:25
16:5,7,8 47:5,7
47:9 81:7 86:7
86:10,14

107:17,20
116:22,24
**Red** 3:2
**REDIRECT**
115:21
**referring** 14:5
17:15,16
**regular** 67:3
**relationship**
31:14 33:1,2,9
33:20 37:11
54:11
**relative** 118:14
118:15
**released** 18:22
**relieved** 100:9
100:12
**remainder** 91:2
**remarkable**
63:5
**remember** 14:19
40:10 43:4,17
43:23,24 44:23
46:2 49:7
52:13 59:23
60:10 62:20
64:9,15,21
66:7,8,11 67:6
70:16,19,22,24
70:25 71:2,10
72:9,13,21
73:2,7 76:18
76:18,20 77:23
78:22 82:4,4,7
83:15,19,23
84:6,6 85:1
89:9,21 96:4,6
108:19 110:21
111:25 112:2
113:2,10 115:2
115:5,15
**remembering**
19:19
**remembers**
106:22
**rented** 44:3

**repeat** 5:22 23:5
32:8 86:16
**reported** 1:25
118:6
**reporter** 4:14,21
118:1,4
**represent** 4:17
4:19
**represented**
48:21
**request** 4:12
**requested**
118:13
**requirements**
5:3
**resent** 97:7
**resenting** 97:12
**response** 32:6
48:9 56:13
84:19 109:9
**rest** 93:17
**result** 34:7 57:14
57:23 58:1,5
**returned** 52:8
**ride** 76:10 101:2
**right** 8:7 13:1
26:8,12,14
34:7 36:25
37:9 39:6,23
46:15,23 48:4
49:24 50:4
55:14 57:7
58:12 59:6
60:25 63:3
70:7 78:1
84:17,23 87:25
96:15 99:4
108:11,16,24
108:25 111:4
113:20,24
114:9 115:17
**rough** 101:2
**row** 75:4,5,6,14
76:23 77:13
86:23 88:19
91:1,6

**rub** 67:19 69:1
**rubbing** 66:13
66:23 67:1,10
67:25 68:14
**Rule** 5:4
**rules** 5:8
**run** 27:8,13,14
27:15
**running** 25:22
25:23

---

**S**

**sad** 75:23 76:1
91:9 94:17
106:23,25
**safety** 78:25
**San** 40:17,25
41:10
**sat** 62:6 64:3
74:14 75:19
**saw** 15:3,5 16:21
16:25 18:9,17
18:17 45:23
75:19,20 79:16
82:9 90:10
100:3 108:19
**saying** 5:17
19:13,16 23:7
36:22 37:2
38:25 54:22
55:2,3,4 58:6
61:18 68:13,15
70:22 72:10
73:8 76:19
78:7,8,12,13
78:14,21,22
79:15,15 81:22
83:19,21,22
84:4,5,6,10
85:1 88:23
89:9,13,21
93:1 98:18
103:4
**scare** 105:13
**scared** 105:7,8,9
105:10,18,19

105:21,21,22
**scares** 105:14
**school** 10:9,13
10:15,18,22
12:15 13:24
14:1 20:23,25
21:22,25 27:3
27:19,22 29:8
29:22 30:4,6
30:24 31:4,10
97:4,15
**Scott** 72:9,9,11
72:22 73:12
74:2 75:20
76:15,21 77:4
77:4,7,18 78:3
78:15,24 79:16
81:17 82:2,3
82:10,12,14,18
82:24 83:14,21
83:24 84:3,4
84:13,19,24,25
85:4,10,15
86:18,25 87:3
87:10,15,22,24
88:5,8,22 89:2
89:11,15,18,22
90:10,22 91:4
91:10 102:21
103:3 105:11
105:14 106:3
107:3 116:3,8
116:10
**screw** 83:22
**screwed** 101:18
**screwing** 84:3,4
84:9
**season** 24:23
25:18,19 26:10
27:1,21
**seat** 65:22 71:22
71:22,23,24
72:23,23 75:1
75:11,17 77:10
77:11,12,15,22
78:5 81:24



84:16 85:1
86:23 87:6,13
91:5 95:4 98:1
98:4,16,19,21
98:22,25
**seated** 65:4
86:22 91:1
**seats** 62:11,12
62:13,16 63:13
64:21 66:2,3
**second** 5:13 7:25
15:25 26:5
82:13
**see** 9:17,20,23
9:25 10:2,6,8
10:16 12:4
17:5,7,9 31:19
34:14,23 37:24
46:18 47:12
53:25 54:2,6,8
56:14,22 73:14
73:24 74:1
82:14 90:15
97:11 106:24
107:15 109:4
109:24
**seeing** 9:21 14:3
14:4 15:13,15
15:20 16:11,12
16:15,15,24
17:10,12 54:9
54:9 55:23
87:15
**seen** 14:18
**sense** 34:18
**separate** 104:3
**separated** 60:20
60:24 61:22
62:1,14,15,17
63:16 66:5,12
66:16,18 67:24
69:19 70:10,11
70:20,24 71:1
71:7 74:15
85:10 91:20
**September**

27:23
**seriously** 105:15
**Services** 4:14,15
**set** 17:4 118:17
**seven** 11:13 12:3
12:5
**Seventh** 10:12
**shade** 114:16
**shaking** 52:3
**shoes** 95:1,2,11
95:15
**short** 25:8,18
26:10,20,21,21
27:1 47:8 56:6
86:9 107:19
**short-tempered**
55:24,24 56:7
56:23
**shoulder** 57:17
**showing** 78:17
**siblings** 8:23
34:4
**side** 38:7 41:5,25
**sign** 116:17,25
**signing** 118:13
**silly** 93:15 99:19
99:23
**similar** 91:25
**sir** 5:18 6:3
**sister** 37:23
45:23
**sisters** 8:24 18:2
31:14 37:8,11
37:14,19
**sit** 45:4 59:21
65:19 114:16
**sitting** 62:24
65:14,21 75:3
75:3,11,13,20
77:19,24 78:1
88:19 91:6
**situation** 91:25
96:7,16
**six** 11:12 12:3,5
31:22
**skiing** 50:25

51:5,7
**skill** 118:11
**skinned** 72:13
**skip** 13:23 14:1
**sleep** 23:9,17,22
24:5 34:22
101:22
**sleeping** 23:4,12
24:3,8 102:14
102:16,17
104:2,10,17,20
104:21 105:2
106:9,11
**slept** 23:6,10
24:9
**Snider** 15:1,4,15
15:21 108:23
108:24
**social** 10:19
**somebody** 83:8
**someone's** 107:5
111:20 115:24
**son** 76:12 83:20
83:25 89:9
**sorry** 8:6 22:9
22:11,20 25:9
26:5 29:22
35:7 44:22
49:11 61:16,25
61:25 63:12
75:22 82:18
85:19,19
109:20 116:19
**sort** 10:21 54:4
59:9,14
**sound** 12:23
**south** 2:7 105:10
105:21
**space** 25:25
**speak** 5:11 85:6
87:20
**speaking** 85:3
87:15 88:22
89:15,18
**spoke** 77:7 82:12
84:12,16

**spoken** 12:24
20:13
**Sportplex** 10:2,4
**sports** 27:5
29:23
**spring** 50:10
**springtime** 52:4
**SS** 118:2
**standing** 86:24
**Stanford** 10:10
**start** 11:4 12:8
15:15,16,17
16:14,15,24
25:2 113:21
**started** 11:7,14
11:18 12:1,5
14:21 15:19
16:11,12,14
18:10,11 24:5
25:9,11
**starts** 25:6,22
27:22
**state** 4:6,16
118:2,4,18
**States** 1:1 4:6
**station** 100:6
**stay** 110:14,15
**staying** 102:19
**stenographic**
118:10
**steward** 71:15
**stewardess** 71:2
71:25
**stick** 68:23
**stipulated** 5:2
**stop** 5:22 10:6
40:21 59:25
60:2 80:22
**stopped** 20:7,12
60:5,9
**store** 106:15
**straight** 74:22
98:14 100:19
**street** 2:7 12:22
**stress** 82:6 91:9
113:4

**stressed** 74:21
94:17
**student** 21:16,18
**students** 22:3,6
97:3,3,7,12,12
**studies** 10:19
**stuff** 14:3,3
18:14 56:3,7
57:3 59:22
64:11 65:2
89:19 101:22
106:18,22
**subject** 10:18
**suffer** 57:13,25
**suggested** 39:15
**Suite** 2:3,7
**summer** 42:24
42:25 43:10
44:4,9,18,24
45:2,3,5,12,18
46:3,4,9,10
49:14,20,25
50:1,11 114:23
**supposed** 95:6
**sure** 8:19 16:1,4
19:4 33:25
36:21 43:21
46:8 54:17
66:15 70:15
86:2 87:21
89:4 92:6,8,10
93:6 94:8,8
98:10,10,13
103:23 104:8
114:4
**Susan** 16:11,12
16:15 108:19
108:21,22,24
109:4
**swear** 4:22
**sworn** 5:1 118:8

---

**T**

**T** 2:6 14:20,21
**take** 23:21,24,25
24:2,10,10,16



35:21 36:16,23
37:2,6 46:20
47:1,19 59:20
59:22 70:14
81:23 86:5
91:24 104:2
105:15 107:6
107:14 114:18
**taken** 1:16 4:10
14:16 46:5,12
47:8 48:7 86:9
91:17 94:19
95:17 97:7
99:10 103:2,6
107:19 111:25
116:20 118:10
**takes** 25:24
**talk** 9:24 18:5,15
19:21 20:19
76:24 77:3,6
81:14 82:3,14
82:17 83:6
98:15 103:15
**talked** 13:3,5
17:24 18:3,24
19:6 20:16
77:4,4 82:14
82:24 90:23,23
90:25 91:4
**talking** 13:14,17
14:8 17:18
18:7,10,11
52:5 59:17
62:21,25 63:19
64:13,14,15,16
64:18,21 65:14
75:20 76:11,20
82:5,10,18
83:15 86:18
87:2,3 89:3
103:9 108:20
109:10 110:24
116:9
**talks** 104:21
106:25
**teachers** 16:17

**team** 11:3,5,11
11:23,24 12:2
12:5,6,7,9 26:4
28:7,14
**teammates**
22:16,19,22
28:7,13 110:4
110:11
**telephone** 9:10
**tell** 7:21 19:9,24
70:25 84:21,24
89:16,19 94:7
112:21
**telling** 19:10,10
71:16 99:16,20
**tells** 81:21
**term** 7:4
**terms** 7:14 30:6
36:17 56:20
103:21 114:4
**terrible** 71:6
100:15
**terrified** 107:1
**testified** 5:1
26:10 79:5
80:24 88:10,12
108:18 109:8
109:15
**testify** 118:8
**testimony** 81:5
118:10
**Tetons** 114:20
115:12
**texts** 9:10,13
**thank** 104:7
115:18 116:14
116:16
**Thanks** 47:3
107:12
**theater** 96:3
**thing** 12:21 14:7
14:10,13 15:17
19:25 30:16
36:4 38:14,15
38:18 59:24
76:8 93:15

99:17,18,22
105:5 110:24
110:25 111:2,3
**things** 10:17,21
12:14 29:25
31:3 33:16
34:17,19 35:10
36:1,11 54:4
59:9 83:22
84:9 89:8
103:10 107:25
110:18 111:11
**think** 5:19 6:12
14:19 15:14,17
15:23 16:2,13
17:2 26:9,14
29:24 39:6
40:11,11 50:16
50:21 56:3
57:3 75:12,25
76:5,16 91:19
97:19 103:14
109:1
**thinking** 31:3
74:14,22 91:11
91:13,16,21,23
95:11,16 98:12
100:15,19
101:11,12,14
**thinks** 103:24
**think's** 116:2
**thought** 14:20
20:3 58:14
73:22 79:8
91:16 94:2
102:1
**three** 8:19,20
9:19 25:7
31:23 67:13
101:20
**throwing** 100:17
**time** 4:8 11:24
12:20 15:3,5,8
16:21,25 18:9
19:19 47:21
48:6 49:16

59:11,17 60:11
73:17 74:8
75:24 76:2
94:9 97:8
101:16 108:18
116:22
**timeframe** 49:2
49:5
**times** 67:4,6,8
78:5 98:15,17
**tired** 59:16
**today** 5:9,20 6:4
6:7,24 20:13
41:19 46:5
48:7 95:22
102:3 104:14
**Today's** 4:8
**told** 19:25 20:5,5
20:8 65:15
71:25 74:3
78:15 79:21
82:2 84:25
88:13,14,16,18
95:9,19
**totally** 49:8
66:11 86:6
**touch** 59:24
73:12,13
**tournaments**
37:22
**track** 22:21 25:5
25:6,8,9,15
26:20,24 27:3
27:7,7,16
28:21 109:16
**train** 11:6 26:4
**training** 25:24
26:2,24
**transcript** 118:9
118:13
**transcription**
118:10
**trauma** 14:7,10
14:11,23
**travel** 37:16
38:9,19 39:1

44:6,8 49:14
**traveled** 37:18
37:20 38:24
39:1,2,3,20
40:3,13,13
42:12 45:17
50:22 59:9
**traveling** 39:15
59:4
**treat** 61:23 62:2
62:4,17 63:17
81:17 97:4
99:9
**treated** 58:3
**trick** 80:18,23
81:6
**tried** 82:16 83:5
**tries** 106:14
**trip** 40:5,22
42:18 43:7
44:11,12,19
45:5 46:1
47:12 48:12,16
51:24 52:1,2,4
52:8,11,12,14
53:15 59:6
93:19 101:19
105:9 111:25
112:3,9,15,22
112:23 113:1
113:10 114:1,8
115:1,8
**trips** 40:22,23
40:24 46:5
48:8 111:24
**trouble** 16:16
21:22,24 23:12
24:3 102:14,17
102:18,18
104:17,20,20
105:2,2,4
**true** 37:2 97:11
118:10
**truth** 118:8
**try** 5:11,24,25
59:25



**trying** 52:21
68:11 70:3
72:14 74:13
78:22 79:4,10
80:16,23 81:4
83:21 93:7
101:16,23
**tucked** 80:3
**Tuesday** 1:16
118:6
**Twenty-nine** 9:6
**two** 8:24 27:14
40:11 51:10,11
51:15 67:6,12
74:12 90:25
**type** 6:17 14:7
31:3 33:16
115:8
**typically** 11:1

**U**

**uh** 13:21 15:23
16:23 17:1
18:3 20:24
37:20 40:17
43:14 54:1
59:5,13 64:13
72:4,4 75:12
96:11 99:10
109:18 111:20
114:6 115:13
**uh-huh** 5:17
11:4,8 12:17
13:25 14:22,24
21:16 25:3
39:17 60:1
65:17,23 68:3
71:4 82:25
83:2,4,10,12
84:15 89:1
92:25
**ultimately** 66:1
**um** 6:8,11 7:2,13
7:17,23 8:6,19
9:11,16,18,19
9:23 10:5,6,16

10:19 11:3,6
12:1,16 13:7
13:12 14:6,19
15:5,14,16
16:12,16 18:1
18:7 19:4
20:20,24 21:7
21:23 23:2
24:3,9 25:2,6
25:10 28:1
29:4,14,17,22
30:9,12 31:1
31:17,17,20
32:15 33:11,23
34:20 35:3
36:13 37:13,20
37:22 38:4
39:25 40:4,8
40:10,17,18
41:2 42:21
44:9 45:14
46:6,18 49:21
52:18 53:16
54:1 55:21,23
56:22,23 57:2
57:5 58:2
59:13,15 61:4
61:7 62:20,20
68:11 72:13
74:20 75:23
76:6,16,18
77:2 78:4
82:13 83:18
84:16 87:3
89:8,21 90:23
91:9,9,11,16
93:9,15 94:2,9
94:16 96:8
97:5,14,24
99:5,14,16
100:24 101:11
101:11,21
102:5,13,15
104:16,18
105:2,3 106:3
106:4,8,13,13

106:18,24
108:5 109:12
109:24 110:3,5
110:15,23
112:2,5,23
113:3 114:2
116:10
**uncomfortable**
64:22
**understand** 5:16
5:22 6:11
17:18 49:19
92:11
**understanding**
6:6 7:12 8:14
92:13
**understands**
6:22
**understood**
99:17
**United** 1:1 4:6
**upset** 96:16,18
**upsets** 96:25
**use** 97:22
**usually** 106:21

**V**

**vacation** 25:10
46:12
**valley** 44:9,21
44:22,23 50:14
52:5,12 59:5,9
59:10 100:20
100:23 101:5
113:22 114:9
114:12
**Vegas** 1:19 4:11
17:17 19:4
52:2 58:25
59:4 60:13
**verbalize** 5:15
**versus** 4:5
**video** 12:19
**videographer**
2:9 4:1,13,21
16:5,8 47:5,9

86:7,10 107:17
107:20 116:18
**videotape** 4:3
**VIDEOTAPED**
1:15
**video-recorded**
116:19,20
**visit** 9:22
**visiting** 9:22
**voice** 17:22
**vomiting** 58:11
**vs** 1:8

**W**

**wait** 5:24,25
38:18 41:11
48:24,24 54:16
68:9 72:6
73:19 94:7
100:10
**waive** 5:2 116:25
**walking** 100:3
**walks** 12:18
36:16 37:5,6
**Wall** 16:22,24
17:1,5,7,10
**want** 13:14 55:2
56:15 92:24
95:12 97:14,17
110:15
**wanted** 17:1
30:14,15 65:24
66:6 103:13
104:10 107:24
**wants** 106:15
**Warren** 75:20
76:21 77:4,5,7
77:18 78:15
83:14,21 87:3
87:10,22,24
88:9,22 89:2
89:11,16,18,22
90:10,22
102:22 103:3
105:11,14
106:4 107:3

116:3,9,10
**wasn't** 43:5,16
65:25 71:11
74:22 78:12,20
79:9 84:17
95:11 97:1
98:11 100:18
**watch** 37:23
106:14
**watched** 88:21
**watching** 34:24
35:2 87:24
88:5,8 109:23
**way** 29:13 31:16
32:10 34:16
37:14 54:23
60:3 61:13
87:4,6,11,24
88:23 90:9
**wedding** 41:5,23
42:19
**Wednesday** 54:2
**weekday** 9:19
**weekend** 9:18
54:3
**weeks** 17:9 25:7
25:23 26:11,20
31:23 109:5,6
**went** 19:2 23:22
40:25 41:20
42:21 44:9
45:12 46:18
50:14,15 51:17
60:3 76:21
84:16 91:5
100:7 112:1
113:2 114:9,20
115:2
**weren't** 16:17
62:23 115:16
115:16
**west** 1:18 2:3
4:11 40:4,4,14
40:16,19
**we'll** 7:24,24
81:14 110:5



MAGNA
LEGAL SERVICES

116:17,25
**we're** 6:4,7
15:23 16:8
25:19,20 41:19
45:1 46:22
52:5 70:11
87:1 95:21
106:14 109:10
**We've** 58:8
**WHEREOF**
118:17
**white** 20:1,9
72:19,19 74:16
75:15 76:4
85:12,23 96:12
97:16
**window** 71:22
71:23 75:11
77:16,20,21,23
82:8 86:23
**winter** 2:4 51:12
51:14
**withdrawn**
12:13 30:17
32:22 33:17
94:22
**witness** 3:2 4:22
4:25 5:12 8:6
11:12 17:23
21:2,5,7 22:9
22:11 26:15,19
29:4 32:9,13
32:15 38:16,18
38:21,23 39:4
39:9,11,13
41:15,22,24
42:1,3,6,8,11
43:9,12,14,20
43:22,24 45:4
45:7,10,19
48:13,19 49:21
50:7,9,12,16
50:19 52:3
58:14,20 60:7
60:9 63:7,10
72:9 79:2,7

80:10 88:15,17
88:23 89:2,5
90:3,6 92:4,7,9
92:11 94:20
97:14 115:19
118:6,8,13,17
**woke** 74:11,20
95:4
**woods** 27:17
**words** 61:11
**working** 96:8
**works** 10:2
**worried** 94:18
107:5 115:24
**worse** 33:10
53:7 91:12,15
106:11
**wrong** 49:4,5
84:11

_____

**X**

**X** 3:1

_____

**Y**

**yeah** 11:16
13:16 14:25
15:11,22,24
17:6,7,12,20
18:20 19:8,23
21:3,12,20
25:10 26:3,15
27:4 31:6,15
32:1 33:21
35:1,15 36:15
37:4,6,17
38:20,22 40:15
41:17 44:7,13
44:19 45:25
48:22 49:1,3
50:9 53:22,22
53:22 54:19
55:25 56:10,16
58:7 59:21,21
62:23 63:15,25
66:9,22 67:21
68:1,7 69:25

70:9,11 72:7
76:13 86:5
87:13,21 88:17
92:23 94:4
96:23,24
103:13 104:15
105:1 109:15
110:14,22
111:1 112:13
112:24 114:24
116:1
**year** 8:3 16:23
24:25 25:16
31:22 39:25
41:3 42:24,24
43:5,6,11
109:24 110:2
112:5,8
**years** 12:10
40:11 51:10,11
51:15 112:3,4
**Yellowstone**
114:21 115:14
**Yep** 96:15
**York** 51:18
**Yosemite** 40:17
42:15
**young** 24:4

_____

**Z**

**Zamba** 1:25
4:14 118:4,22
**Zion** 112:1,9

_____

**#**

**#439** 1:25
118:22

_____

**1**

**1** 1:9 4:3
**10:02** 1:17 4:9
118:7
**10:15** 16:6
**10:17** 16:9
**10:51** 47:6
**100-yard** 27:9

**107** 3:5
**11:03** 47:10
**11:46** 86:8
**11:56** 86:11
**115** 3:4
**12** 12:10 65:16
**12th** 118:18
**12-year-old**
12:23
**12:19** 107:18
**12:26** 107:21
**12:34** 116:23
117:2
**127** 2:3

_____

**2**

**2:19-CV-0132...**
4:7
**2:29-cv-01322...**
1:6
**20** 2:7 47:1
**2006** 8:4
**2007** 8:6
**2019** 15:20
17:17 42:25
50:1,11,11
**2020** 1:16 4:8
26:7 43:5
116:21 118:7
118:18
**25** 9:4
**2500** 2:7
**28** 1:16
**28th** 4:8 17:17
116:21 118:7

_____

**3**

**30** 25:11
**30(b)(4)** 5:4
**32789** 2:4
**391-3654** 2:4

_____

**4**

**45** 46:25

_____

**5**

**5** 1:9 3:4
**519** 2:3

_____

**6**

**60603** 2:8

_____

**7**

**7** 8:5
**75** 115:15

_____

**8**

**800** 2:4

_____

**9**

**9th** 8:2
**9950** 1:18 4:11



MAGNA
LEGAL SERVICES