(FILED UNDER SEAL)

# EXHIBIT 10

**Transcript of Frontier Airlines, Inc. Rule 30(b)(6) Deposition
With Exhibits**

**(Contains material designated "Confidential" by Frontier per Protective Order (ECF No. 37))**

**(Contains SSI Material)**