**EXHIBIT 11**

**Transcript of Deposition of Passenger Turkessa Vanrensalier-Wideman**

**In the Matter Of:**

PETER DELVECCHIA, et al.

V.

FRONTIER AIRLINES, INC., et al.

---

**TURKESSA VANRENSALIER-WIDEMAN**

*November 07, 2022*

---

LEGAL | MEDIA | EXPERTS

Case 2:19-cv-01322-KJD-DJA   Document 281-12   Filed 12/01/23   Page 3 of 56

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

```
 1            UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEVADA
 2         Case No.: 2:19-CV-01322-KJD-DJA

 3

 4
       PETER DELVECCHIA, et al.,            )
 5                                          )
                         Plaintiffs,        )
 6                                          )
       vs.                                  )
 7                                          )
       FRONTIER AIRLINES, INC.,             )
 8     et al.,                              )
                                            )
 9                       Defendants.        )
       _____)
10

11

12

13                    DEPOSITION

                          OF
14
           Turkessa Vanrensalier-Wideman
15

16

17

18

19

20

21

22   Via Video Conference              Reported by:

23   Monday, November 7, 2022 - 6:00 p.m.     Dale Ring

24

25
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

1                    A P P E A R A N C E S

2

3    FOR THE PLAINTIFFs PETER DELVECCHIA AND A.D, A

4    MINOR:

5                    John D. McKay, Esq.

6                    (Admitted pro hac vice)

7                    PARK AVENUE LAW LLC

8                    201 Spear Street, Suite 1100

9                    San Francisco, California 94105

10                   johndmckayatty@gmail.com

11                   434-531-9569

12

13   FOR THE DEFENDANT:

14                   Brian T. Maye, Esq.

15                   ADLER MURPHY & McQUILLEN LLP

16                   20 South Clark Street, Suite 2500

17                   Chicago, Illinois 60603

18                   bmaye@amm-law.com

19

20

21

22

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 3

1    T A B L E   O F   C O N T E N T S

2

3    EXAMINATION - ATTORNEY                        PAGE

4    Direct - Mr. McKay                              6

5    Cross - Mr. Maye                               33

6    Redirect - Mr. McKay                           38

7    Recross - Mr. Maye                             40

8    Further Redirect - Mr. McKay                   43

9    Further Recross - Mr. Maye                     44

10

11

12

13            (There were no exhibits introduced.)

14

15

16

17

18

19

20

21

22

23

24

25

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

1            P R O C E E D I N G S

2            THE VIDEOGRAPHER: We are going on

3    the record at approximately 6:02 p.m.

4    This is the video deposition of Turkessa

5    Vanrensalier-Wideman taken by the

6    Plaintiff in the matter of Peter

7    DelVecchia, et al., versus Frontier

8    Airlines Incorporated, et al., filed in

9    the United States District Court for the

10   District of Nevada, case number

11   219-CV-01322-KJD-DJA.

12            This is a remote deposition with

13   participants from multiple locations

14   being held on November 7, 2022.  Please

15   note that audio and video recording will

16   take place unless all parties agree to go

17   off the record.

18            Counsel and all present will now

19   state their appearance, affiliation and

20   location for the record after which the

21   court reporter will swear in the witness.

22            MR. MCKAY:  Hi.  This is John McKay.

23   I'm counsel for the Plaintiff, Peter

24   DelVecchia and A.D., his son.  I am

25   located in San Francisco.  That's my

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 5

1   office location.  I'm actually right now

2   in Fairfax, Virginia.

3       MR. MAYE: Brian Maye for Frontier

4   Airlines and the two witnesses(audio

5   failed).

6       MR. MCKAY:  Mr. Maye --

7       MR. MAYE: Yes.

8       MR. MCKAY:  -- you're cutting out.

9   You're cutting out.  I'm sorry, I missed

10  three or four of those words.

11      MR. MAYE: Okay.  Let me -- I'll

12  start over.

13      MR. McKAY:  Okay.

14      MR. MAYE:  It's now, Brian Maye for

15  Frontier Airlines and Captain Shoope and

16  Flight Attendant Scott Warren.

17      MR. MCKAY: Thank you.

18      THE COURT REPORTER:  Okay.  Ma'am,

19  I'm going to swear you in.  Would you

20  please raise --

21      THE WITNESS:  Uh-huh.

22      THE COURT REPORTER:  -- would you

23  please raise your right hand.

24      THE WITNESS:  Yes.

25      Turkessa Vanrensalier-Wideman

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 6

```
 1                    having first been duly sworn, was

 2                    examined and testified as follows:

 3                         THE COURT REPORTER:  Thank you,

 4      ma'am.

 5      DIRECT EXAMINATION

 6      BY MR. MCKAY:

 7      Q          Ms. Wideman, hi, I'm John McKay.  I

 8                 represent the Plaintiffs and we've spoken

 9                 on the phone before.  I'm glad you're

10                 feeling better and thank you very much

11                 for attending to this deposition.  I'm

12                 going to ask you, first of all, if you

13                 would state your first and last names and

14                 spell them, please.

15      A          My name is Turkessa Vanrensalier-Wideman,

16                 T-u-r-k-e-s-s-a V-a-n-r-e-n-s-a-l-i-e-r,

17                 hyphen, W-i-d-e-m-a-n.

18      Q          Thank you very much.  And do you prefer

19                 to be called Ms. Vanrensalier-Wideman,

20                 then?

21      A          Ms. Wideman is fine.

22      Q          All right.  Would you state your address,

23                 please?

24      A          1702 Marion Street, Greensboro, North

25                 Carolina, 27403.
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 7

1    Q        Now, have you ever had your deposition

2             taken before?

3    A        No.

4    Q        Okay.  So let me tell you a few things

5             about the process.  This is a court

6             proceeding or a proceeding that's

7             authorized by the rules of court and it's

8             a way for us to take your testimony from

9             the comfort of your home but it is a --

10            it is treated as a court proceeding --

11   A        Uh-huh.

12   Q        -- especially because we may be playing a

13            videotape of this at the trial for the

14            jury to see.  So even though you're not

15            in a courtroom and neither are we, and

16            even though there's no judge present,

17            your testimony today should be no

18            different than if we were in a courtroom

19            and there was a judge present.  Is that

20            okay with you?

21   A        Yes.

22   Q        Okay.  Now, there's a few things that we

23            have to do to keep the record straight.

24            And as you probably notice on the screen

25            here, we have a court reporter who is

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 8

```
 1                    taking down a transcript of everything
 2                    that you and I say.  And in order for him
 3                    to get everything accurate, which helps
 4                    both you and us, we have to make sure
 5                    that you and I do not speak at the same
 6                    time because it's sort of like people
 7                    talking on a walkie-talkie.  If they both
 8                    talk at the same thing, nothing gets
 9                    taken down.  So in this case nothing gets
10                    written down.
11                        So we have to be sure to be a little
12                    bit artificial in the way we talk in the
13                    sense that I need for you to wait until
14                    I'm completely finished speaking before
15                    you begin your answer, and I will do the
16                    same to make sure that you have stopped
17                    speaking before I begin another question.
18                    Understood?
19      A            Yes.
20      Q            We also have to be sure that, when you
21                    answer, you answer with words rather than
22                    non-verbal responses such as uh-huh
23                    because those non-verbal responses are
24                    very confusing when there's a written
25                    record of the testimony.  So if -- if you
```

Page 9

```
 1   forget that at any time, I'll -- I'll be

 2   sure to remind you, but just so you're

 3   aware of that.

 4        Now, if you answer a question, we

 5   will assume that you understood the

 6   question.  So it's very important if you

 7   don't understand what I'm asking to say

 8   so before you answer the question.  Just

 9   simply say I don't understand that or

10   could you repeat it and I will be happy

11   to do so.  And I can rephrase the

12   question, if it's phrased in a way

13   that -- that maybe you're not

14   understanding what I'm trying to ask.

15        If you are asked to, for instance,

16   estimate a distance from you, please be

17   sure that -- that you estimate rather

18   than guess.  And there's a big difference

19   between the two.  So if you are sitting

20   anywhere near a table right now, I could

21   ask you to estimate the size of the

22   tabletop and that's something you could

23   do because you can see the table.  If I

24   were to ask you to estimate the size of

25   the tabletop that's currently in front of
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

```
 1                    me, that would be a guess because you've

 2                    never seen the tabletop in front of me.

 3                    Is that understandable?

 4    A              Yes.

 5    Q              Okay.  So we don't want you to speculate.

 6                    We don't want you to guess.  We only want

 7                    you to estimate in situations where you

 8                    were able to observe what you're

 9                    estimating.

10                        Is there any reason why your

11                    deposition should not be taken today?

12    A              No.

13    Q              Okay.  Great.  Well, I'll -- I'll begin

14                    with a few background questions and then

15                    we'll get right to the heart of the

16                    matter, which is a -- an airplane --

17                    airline flight back in 2019.  But first

18                    of all, could you tell me what your

19                    highest level of education was?

20    A              Some college.

21    Q              Okay.  And was that in -- in North

22                    Carolina or South Carolina?

23    A              No, it was(audio failed).

24    Q              I'm sorry.

25    A              Baltimore.
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 11

```
 1    Q         Oh, okay.  And what did you study in

 2              college?

 3    A         Medical assisting and I'm also going for

 4              my RN degree.

 5    Q         Oh, so you're still taking some college

 6              now?

 7    A         Yes.

 8    Q         Okay.  Understood.  Now, I know you're

 9              about to start a new job from our

10              discussion the other day.

11    A         Uh-huh.

12    Q         What was the job that you were working at

13              up until now?

14    A         Medical assisting.

15    Q         And where was that?

16    A         Interactive Resource Center.

17    Q         Okay.  Is that in your town there in

18              Greensboro?

19    A         Yes, that's correct.

20    Q         And what is the job that you're going to

21              be starting out?

22    A         The same.  I'm going to be doing medical

23              assisting, just for a different company.

24    Q         Okay.  And what company is that?

25    A         Wake Forest Baptist.
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 12

```
 1   Q        All right.  What is your marital status,

 2            if -- if you don't mind?

 3   A        I'm (audio failed).

 4   Q        I'm sorry.  I missed that.

 5   A        I'm (audio failed).

 6   Q        I didn't hear that again. It's cutting

 7            out.

 8   A        Married.

 9   Q        You're married, okay.  Thank you.  And

10            what's your husband's name?

11   A        Umbreteo Wideman.

12   Q        Can you spell that first name, please?

13   A        U-m-b-r-e-t-e-o.

14   Q        Thanks.  And how long have you and --

15   A        Uh-huh.

16   Q        -- Umbreteo been married?

17   A        Since 2003.

18   Q        And do you have any children?

19   A        Yes, I do.

20   Q        Okay.  How many children do you have?

21   A        I have four.

22   Q        Okay.  And I want to ask you now about

23            the flight, which was Frontier flight

24            number 2067 that occurred on March 28 of

25            2019 and that went from Raleigh Durham
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 13

```
 1                    International Airport in North Carolina

 2                    to Las Vegas.  Do you remember that

 3                    flight?

 4    A               Yes.

 5    Q               And if I refer to it in the deposition

 6                    and in my questions as the flight, can we

 7                    agree that that's what we're talking

 8                    about?

 9    A               Yes.

10    Q               Okay.  Why were you taking that flight?

11    A               I was going to visit my son (audio

12                    faltered) birthday.

13    Q               Your son for whose birthday?

14    A               My birthday.

15    Q               Okay.  All right.  And what -- what is

16                    your birthday?

17    A               March 29.

18    Q               Okay.  And your son lives where?

19    A               Las Vegas.

20    Q               Okay.  And what does he do out there?

21    A               He's a mechanic.

22    Q               All right.  Auto mechanic?

23    A               Yes.

24    Q               Okay.  Now, do you remember boarding the

25                    flight?
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 14

```
 1   A        Yes, I do.

 2   Q        And do you remember seeing my clients.

 3            Mr. DelVecchia and his son, board the

 4            flight?

 5   A        Yes.

 6   Q        Okay.  What, if anything, did you observe

 7            about them?

 8   A        He was just boarding the plane with his

 9            son.  Initially, when we got on they were

10            ahead of me on the plane.  They were

11            actually in the emergency aisleway.  And

12            I do know from when you're booking like

13            there is a disclaimer they give you about

14            booking that row on the flight.  And I

15            would -- I -- I want to say that I

16            remember the airline stewardess

17            relocating them to a different seat

18            because of him travel -- your client

19            traveling with a child on the plane.

20   Q        Okay.  And -- and how did you know

21            that -- that -- that was the reason for

22            the reseating?

23   A        Because when you book a flight, they give

24            you a disclaimer that it's an emergency

25            aisle exit.  If you're going to be in
```

Page 15

```
 1                    that seat, that you're expected to help
 2                    people off of the plane.
 3    Q               Uh-huh.
 4    A               And I don't believe a child can help
 5                    anybody off of a plane.
 6    Q               Okay.  Is that something that you knew at
 7                    that time or that you found out later?
 8    A               Yes.
 9    Q               Well, so --
10    A               It's something (audio faltered).
11    Q               I'm sorry, say again.
12    A               That's something that I knew at that
13                    time.
14    Q               Okay.  So when -- when you saw them
15                    reseated, you -- you knew that it was
16                    something that had to do with the young
17                    child's age?
18    A               Yes, that's correct.
19    Q               Okay.  All right.  Did you -- how did you
20                    see them in terms of -- what was their
21                    reaction to being reseated?
22    A               Your client complied with the airline
23                    stewardess and he -- he moved with his
24                    child to another seat.
25    Q               Okay.  Did it look like either of them
```

Page 16

```
 1                  was upset about having to move?

 2    A            No, he did not look upset.  I think he --

 3                  he was more confused about it.  And I do

 4                  not -- I do not -- well, let me say this

 5                  again.  So the airline steward did not

 6                  explain that to them but in my mind that

 7                  is what I thought about when I was

 8                  booking my airline ticket about the

 9                  disclaimer of that row and it being an

10                  emergency exit that a child would not be

11                  able to help anybody off of a plane in

12                  case of an emergency landing.  So, you

13                  know, that's what I took from it, but

14                  nobody explained that to him on the

15                  plane.

16    Q            Now, when -- when you say that he was

17                  confused -- he looked confused, which he

18                  do you mean?

19    A            Your client, Mr. DelVecchio [sic].

20    Q            Okay.  Just to -- to be clear, they're

21                  both my clients, so you mean the adult

22                  Mr. DelVecchia?

23    A            (Inaudible.)

24    Q            Okay.  And -- and how about the son?  How

25                  did he look to you?
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 17

```
 1    A          He had on earphones and he had a tablet

 2               with him, So I think he was distracted.

 3               I -- it didn't look like he was upset

 4               about moving there at all.

 5    Q          Okay.

 6    A          Uh-huh.

 7    Q          So as -- as far as what you observed

 8               there, it was all very -- would you say

 9               it was peaceful?

10    A          Yes.

11    Q          Okay.  Now, as far as their appearances,

12               what -- what did you notice about them?

13               Let's start with Mr. DelVecchia --

14               let's -- let the -- the adult.  What --

15               what did you notice about the adult,

16               Mr. Delvecchia?

17    A          It was a older Caucasian gentleman with

18               a -- a black young child.  That's what I

19               noted.  Uh-huh.

20    Q          Okay.  And -- and so as you observed the

21               child, you could tell that it was a -- a

22               child?

23    A          Yes.

24    Q          Okay.  All right.  What happened -- well,

25               let me ask you this.  Where did they get
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 18

```
 1                        reseated to?

 2   A        They got seated across the aisle from

 3            the -- the row that I was sitting in.

 4            They got seated on the other side.  So I

 5            guess I was -- I'm not going to say I

 6            guess.  I was in the window seat on the

 7            opposite side of where they relocated

 8            Mr. DelVecchio [sic] and his son.

 9   Q        Okay.  So you and they were in the same

10            numbered row, but you were on one side of

11            the plane and they were on the other?

12   A        Yes, that's correct.

13   Q        So just so there's no confusion is it

14            okay with you if I call the side that you

15            were on the ABC seats and the side that

16            they were on the DEF seats?

17   A        That's correct.

18   Q        Okay.  So did you notice them -- after

19            they got reseated, did -- did you look

20            across and -- and see them in the DEF

21            seats?

22   A        Yes, that's correct.

23   Q        And which of those seats were they in?

24            Who was at the window seat?

25   A        It's been a long time.  I do believe the
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 19

```
 1                      child was by the window seat and the
 2                      fa -- the father was in the middle seat
 3                      next to him.
 4      Q      Okay.  And was there anybody in the aisle
 5                      seat that you remember?
 6      A      Yes.
 7      Q      Okay.  And what did you observe about the
 8                      person in the aisle seat?
 9      A      We were all asleep because it was a
10                      overnight flight.  Though it was like I
11                      remember going to sleep because I was
12                      tired.  So it was kind of a quiet flight,
13                      not a lot going --
14      Q      Okay.  Now, before we get to you
15                      sleeping, I wanted to ask if you made any
16                      observations about a person in the aisle
17                      seat of the DEF seats?
18      A      Other than a Caucasian man, no, I just
19                      think they were all -- we were all just
20                      kind of just asleep.  I don't remember.
21                      It's been a long time, but I do remember
22                      Mr. DelVecchio and his son sitting in
23                      that -- in those seats, the middle and
24                      the window seat.
25      Q      Okay.  And just so I understand what
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

```
 1                    you're saying --

 2    A       (Inaudible.)  Go ahead, I'm sorry.

 3    Q       No, okay.  So just So I understand what

 4            you were saying, they -- there was a

 5            different Caucasian man in the aisle

 6            seat; is that right?

 7    A       Yes, that's correct.

 8    Q       Okay.  So -- so after take off then you

 9            said -- did you go to sleep?

10    A       Yes.

11    Q       Okay.  And did anything happen that

12            caused you to wake up?

13    A       Yes.  Halfway into the flight, we were

14            all kind of woken up.  The entire plane

15            was woken up.  The airline stewardess

16            came down the aisle and told

17            Mr. DelVecchio, the father of the child

18            that he was with, that they needed to see

19            his son and he questioned why they were

20            taking his son.  I do remember a African-

21            American man saying, "We'll talk to you

22            more about it when the land -- plane

23            lands."  At that time, Mr. DelVecchio was

24            upset and obviously we're up thousands of

25            feet in the air and it just kind of like
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 21

```
 1                    rattled everybody on the plane.  We were
 2                    kind of all upset because we didn't
 3                    understand what was going on and, you
 4                    know, he was trying to figure out why the
 5                    staff took his son.  And he wasn't --
 6    Q              (Inaudible) --
 7    A              -- given an explanation, so.
 8    Q              Okay.  Let's break that down a little bit
 9                    into -- into steps.  What was the -- the
10                    first thing that woke you up?
11    A              The airline stewardess going to
12                    Mr. DelVecchio and asking for the child
13                    to come with them quietly.
14    Q              Okay.
15    A              (Inaudible.)
16    Q              You mentioned an African-American male.
17    A              Uh-huh.
18    Q              But you've -- you've ment -- you've said
19                    stewardess, so is it -- was it a female
20                    or a male that approached him?
21    A              The female initially that came with --
22                    came to Mr. DelVecchio and asked for the
23                    child to come with her.  And then when
24                    Mr. DelVecchio got up out of his seat to
25                    see where they were taking his son, a
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 22

```
 1                    male -- a African-American male -- I
 2                    don't know if he was staff or undercover.
 3                    I don't know what he was.  But he said,
 4                    "Well, when the plane -- the plane lands,
 5                    we'll talk to you more about what's going
 6                    on."  This was maybe a hour away from
 7                    Las Vegas.  So maybe about an hour away
 8                    from us landing is when they told him
 9                    that they would tell him more once we
10                    landed.
11   Q       Did you at any time see the African-
12                    American male leaning over the aisle seat
13                    occupant?
14   A       I -- I don't remember that, no.
15   Q       Okay.  Do you remember speaking with me
16                    on the telephone a month or so ago?
17   A       Yes, but -- yeah, I do.
18   Q       Okay.  And as far as the -- the man
19                    leaning -- the -- the African-American
20                    man leaning into the aisle, today you
21                    don't remember anything about that?
22                        MR. MAYBE:  Object to form.
23   A       Other than him telling him that they
24                    would let him know what was going on with
25                    his son when the plane landed, no.
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 23

```
 1   Q        Okay.  Do you remember at any time seeing

 2            the African-American male who you've

 3            described as coming to the row to speak

 4            with Mr. DelVecchia, do you remember ever

 5            seeing him touch Mr. DelVecchia?

 6   A        No, I don't.

 7   Q        You don't remember him with his hand on

 8            Mr. DelVecchia's chest?

 9   A

10   Q        Okay.  You never --

11   A        I didn't --

12              MR. MAYE: (Inaudible.)

13   A        Yeah, I didn't see him put his hand on

14            him at all, no.

15   Q        Never at any time during the flight?

16   A        No, if he did, it was after we un-boarded

17            the plane when the plane landed.

18   Q        Okay.  Okay.  Now, you mentioned a

19            discussion.  Was that the discussion with

20            the other people who were in the ABC

21            seats?

22   A        Yes.

23   Q        And --

24   A        So the girl that was next to me in the

25            seat, we visit -- we did see
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 24

```
 1                    Mr. DelVecchio get very upset when they
 2                    did not give him a explanation as to why
 3                    they took his son.  I remember
 4                    Mr. DelVecchio reaching for his bookbag
 5                    trying to get infor -- a phone and get
 6                    paperwork outof the bookbag to figure
 7                    out -- and I don't know who he was trying
 8                    to call in the middle of the flight, but
 9                    it looked like he was trying to get his
10                    phone to talk to someone about what was
11                    going on with his son.
12    Q               Well, you didn't -- did you see him
13                    actually speaking into the phone?
14    A               I saw him pull the phone out.  I didn't
15                    actually see him talk to anyone on the
16                    phone, but I did see him pull the phone
17                    out.  When the plane did land, I believe
18                    that he did actually try to call someone.
19                    I don't know who.  I did not hear the
20                    conversation but I do know he was trying
21                    to reach someone on his phone once the
22                    phone landed -- I mean, the plane.
23    Q               Okay.  The plane landed, understand.
24                    So --
25    A               Yes.
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 25

```
 1   Q        -- let's go back to when the plane is

 2            still in the air and he reaches in the

 3            bag for a phone.  Was this a smartphone,

 4            like an iPhone?

 5   A        I -- I can't be sure.  I didn't see

 6            exactly what kind of phone it was but I

 7            did see that he had a phone --

 8   Q        Did it look --

 9   A        -- or he had a device.

10   Q        Did it look like the kind of thing that

11            you might have stored pictures on?

12   A        I don't know.  I -- I -- I couldn't get a

13            clear picture of what he had in his hand.

14   Q        Well, I'm just going to the -- you had

15            the thought that he was trying to call

16            somebody from, you know, 30,000 feet.

17   A        Uh-huh.

18   Q        Could it have been equally possible that

19            he was wanting to bring up some

20            photographs of his family to show that --

21            that this was his son?

22                MR. MAYE:  Object to form.

23   Q        I -- I can't be sure.  I don't know what

24            he was trying to get out of his phone.  I

25            just know that he pulled out a device and
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 26

```
1              it looked like a phone.  He possibly was

2              trying to make a call.  He could have

3              looked for pictures.  I really don't

4              know.

5    Q         Okay.  When you saw his son being taken

6              away, what did you think in your mind was

7              going on?

8    A         In my mind, I thought that maybe it was

9              possible they thought that he could be

10             human trafficking the child just because

11             it was a Caucasian man with a black

12             child, a older Caucasian male with a

13             black child.  Honestly, that's what I

14             thought.  I was hoping that -- that's not

15             what it was.

16                  But I mean, the fact that they did

17             not give him any explanation as to why

18             that they took his child from him, I -- I

19             can't understand why you would take a

20             child in the middle of the flight.  I've

21             taken a lot of flights in -- in my time,

22             and I travel sometimes for work, and I've

23             never seen that happen.

24                  And it was a little alarming because

25             it's a lot going on high up in the sky
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 27

```
 1                    and no one wants -- I mean, it just gave

 2                    me a flashback of a 9/11 situation where

 3                    it's just like something going on in the

 4                    air.  And we're all stuck in this plane

 5                    together.  It was a little traumatic,

 6                    honestly.

 7     Q              Okay.  So --

 8     A              So we --

 9     Q              Human trafficking is -- is a pretty

10                    serious thing in your mind, right?

11     A              Yes, (audio faltered), yep, uh-huh.

12     Q              So -- so you thought that it was a -- a

13                    situation that was playing out in front

14                    of you that -- that a human trafficker

15                    had been caught?

16                       MR. MAYE:  Object to form.

17     A              Yeah.

18     Q              Okay.  So -- so you thought you were

19                    seeing the -- the airline taking action

20                    against a human trafficker?

21     A              Yes.

22     Q              Okay.  And how did you feel about being

23                    right across the aisle from such a

24                    person?

25                       MR. MAYE:  Object to form.
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

```
 1   A        I was -- I was upset because I didn't
 2            know what was going on.  None of us knew
 3            what was going on.  We just -- it was
 4            just a lot -- a lot of commotion in the
 5            air.
 6   Q        Were you concerned about having somebody
 7            across the aisle who -- who might be
 8            engaged in human trafficking?
 9                 MR. MAYE:  Object to form.
10   A        I was upset that some -- that a child was
11            taken from an adult that had boarded the
12            plane with him and no explanation was
13            given to him as to why they took his
14            child.
15   Q        Did you ever see Mr. DelVecchia try to go
16            to the back of the plane?
17   A        Yes.
18   Q        And what -- what did you see happen when
19            he tried that?
20   A        The staff told him to have a seat and
21            then they would talk to him when the
22            plane landed.
23   Q        And how -- how did they appear when they
24            did that?
25                 MR. MAYE:  Object to form.
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

| | | |
|---|---|---|
| 1 | A | They just told him to have a seat and |
| 2 | | that they would talk to him about what |
| 3 | | was going on when the plane landed. |
| 4 | Q | Okay.  But in terms of their demeanor, |
| 5 | | was it -- was it friendly, was it |
| 6 | | aggressive?  How did it feel? |
| 7 | | MR. MAYBE:  Same. |
| 8 | A | It was strong, not aggressive, but strong |
| 9 | | just that I think they were just trying |
| 10 | | to keep the situation calm until the |
| 11 | | plane landed. |
| 12 | Q | Okay.  Did Mr. DelVecchia ever say |
| 13 | | anything to you or anyone else in the ABC |
| 14 | | seats? |
| 15 | A | No. |
| 16 | Q | Okay.  All right.  How about the |
| 17 | | discussion that you had with the people |
| 18 | | in the -- in the B&C seats, do you |
| 19 | | remember anything that they said? |
| 20 | A | The lady that sat next to me, her and I |
| 21 | | were upset because we didn't understand |
| 22 | | what was going on.  It woke us up out our |
| 23 | | sleep.  It was kind of like hard to go |
| 24 | | back to sleep after that because of all |
| 25 | | the commotion going on on the plane. |

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 30

```
 1   Q        So what sort of commotion do you mean?

 2   A        Just the -- the dialogue and -- and the

 3            child being taken to the back and

 4            Mr. DelVecchia, the father of the child

 5            that was taken, just -- you could visibly

 6            see that he was upset.  And I mean, I

 7            would be too, if somebody took my child

 8            in the middle of a flight, so.

 9   Q        Okay.  Okay.

10   A        Yeah.

11   Q        Did you hear any of the dialogue

12            specifically -- other than what you've

13            already testified to, did you hear any

14            specific words that were used by the

15            flight attendant?

16   A        No.

17   Q        Okay.  And when you say that the staff

18            was stern in telling him to go back to

19            his seat, was that the African-American

20            gentleman?

21   A        Yes.

22   Q        Okay.

23   A        Yep.  Yes.

24   Q        Okay.  How about do you remember the

25            plane landing in Las Vegas?
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 31

```
 1    A         Yes.

 2    Q         Okay.  And what happened when the plane

 3              landed?  Was the deplaning normal in your

 4              experience or was there was anything

 5              different about it?

 6    A         No, it wasn't normal.  The staff did tell

 7              Mr. DelVecchio to stay in his seat until

 8              everybody else got off of the plane,

 9              which, he did comply.  As I came --

10              de-boarded the plane and made my way into

11              the airport to baggage claim, there were

12              so many police, state troopers.  It was

13              like a lot of law enforcement at the gate

14              when I got off the plane and I just

15              thought oh, my god, like, in my mind, I

16              thought again, this -- they must think

17              that this has something to do with maybe

18              some human trafficking because I just

19              didn't understand what all that law

20              enforcement was for and I -- I could not

21              be specific, but that was what I felt.

22              (Inaudible) --

23    Q         Okay.  Did you hear any oh, I'm sorry, go

24              ahead.

25    A         I'm done.
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 32

| 1 | Q | Okay.  Did you hear any other passengers |
| 2 |   | say anything about it? |
| 3 | A | Other than the lady next to me, no. |
| 4 | Q | Okay.  And even after you got out of the |
| 5 |   | plane and saw the law enforcement, did |
| 6 |   | you hear any comments from anybody else |
| 7 |   | about it? |
| 8 | A | No. |
| 9 | Q | Okay.  Did you see the DelVecchias do |
| 10 |   | anything on the plane that you thought |
| 11 |   | warranted the need for somebody to -- to |
| 12 |   | approach them and separate them? |
| 13 | A | No. |
| 14 | Q | Okay. |
| 15 | A | It was a quiet flight.  Everybody was |
| 16 |   | relaxed and, you know, kind of taking a |
| 17 |   | nap -- |
| 18 | Q | Okay. |
| 19 | A | -- because it's about a four and a half |
| 20 |   | hour flight.  So I think we were all -- |
| 21 |   | well, I know I was tired.  I had -- I had |
| 22 |   | worked that prior to getting on the |
| 23 |   | plane, so I was exhausted by the time I |
| 24 |   | actually got on the plane, so I was |
| 25 |   | trying to catch a nap (inaudible) -- |

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 33

```
 1   Q          Okay.  Understood.

 2   A          -- in Vegas.

 3   Q          Oh, I missed that last part.  What about

 4              Vegas?

 5   A          Well, I got into Vegas, yeah, I was

 6              trying to get a nap in until I got in

 7              Vegas.

 8   Q          No problem.  Okay.  Understood.  That's

 9              all I have.  Ms. Wideman, Mr. Maye might

10              have some questions for you.

11   A          Okay.

12   Q          Thank you.

13   A          Uh-huh.

14   CROSS-EXAMINATION

15   BY MR. MAYE:

16   Q          Hi, Ms. Wideman, how are you?

17   A          Hi, how are you?

18   Q          I'm fine.  Thanks for participating here

19              today.  I know it's -- it's a

20              inconvenience for you so we appreciate

21              your helping us out here.  I have a few

22              questions.

23   A          Sure.

24   Q          When the -- the staff and the -- the

25              flight attendants escorted the child from
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

```
 1              the seat, did they act professionally
 2              toward the child?
 3    A         Yes.
 4                  MR. MCKAY:  Objection to form.
 5    Q         And what about the interaction between
 6              Mr. DelVecchia and staff?  Was it
 7              professional on the side of the flight
 8              attendants?
 9                  MR. MCKAY:  Objection to the form.
10    A         Yes.
11    Q         Did the flight attendants act --
12              withdrawn.  When the child was escorted
13              to the back of the aircraft, the child
14              didn't appear upset, did he?
15                  MR. MCKAY:  Objection to the form.
16    A         I do not know because I did not see the
17              child once they escorted him from the
18              seat.  We were all still sitting in our
19              seats, so no, I didn't see the demeanor
20              of the child.
21    Q         Did -- did you see the demeanor of the
22              child while he was being escorted from
23              his seat to the aisle?
24    A         Yeah, yes.
25    Q         And -- and he didn't appear to be upset
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 35

```
 1                    or crying at that time, correct?

 2   A        He's he appeared --

 3                    MR. MCKAY:  Objection.

 4   A        -- confused about what was happening.

 5   Q        Okay.  And you -- you never saw any

 6            flight attendant punch Mr. DelVecchia in

 7            the head?

 8                    MR. MCKAY:  Objection to the form.

 9   A        No.

10   Q        And Mr. DelV -- DelVecchia did not appear

11            to you to have been punched in the head

12            by anyone, correct?

13   A        Not while I was on the plane, no.

14   Q        And Mr. DelVecchia didn't complain to you

15            that he was struck in the head by anyone,

16            correct?

17   A        That's correct.

18   Q        And did you see Mr. DelVecchia complain

19            to any -- anyone else that he was struck

20            in the head when on the plane?

21   A        No.

22   Q        Did Mr. DelVecchia ever appear to be

23            injured physically?

24   A        No, I can't recall.  It could have been

25            when I -- once I de-boarded, I did not
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 36

```
 1                    see a physical altercation take place

 2                    while I was on the plane.

 3      Q             While you were on the plane, you didn't

 4                    observe anything that would indicate that

 5                    Mr. DelVecchia had been struck in the

 6                    head by anyone, correct?

 7                         MR. MAYE:  Objection to the form.

 8      A             That's correct.

 9      Q             Did -- did you ever see Mr. DelVecchia

10                    rub the child's face at any point during

11                    the flight?

12      A             No.

13      Q             Did you see Mr. DelVecchia ever rub the

14                    child's back during the flight or

15                    shoulders?

16      A             Before we got on the plane, yes.  And

17                    then when they were relocated from the

18                    emergency aisle into the -- the seats

19                    across from where -- in the same aisle

20                    that I was in, yes, uh-huh, he seemed to

21                    be loving towards his son.

22      Q             All right.  You said that you saw some

23                    rubbing on the back and shoulders prior

24                    to their boarding.  Was that in the

25                    terminal?
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 37

```
 1   A          Uh-huh, yes.

 2   Q          And did -- did that strike you as

 3              unusual?

 4   A          No, it did not seem inappropriate.

 5   Q          And how about the touching on the flight,

 6              did that seem unusual or inappropriate?

 7   A          No.

 8   Q          Do you ever see the father's, or

 9              Mr. DelVecchia's, hand on the child's

10              crotch at any point during the flight?

11   A          No.

12   Q          Did you ever hear anything -- any

13              statements or comments by the flight

14              attendants that you deemed racist?

15   A          No, I did not.

16   Q          Did you ever observe -- observe -- excuse

17              me, ever observe any actions by the

18              flight attendants directed toward

19              Mr. DelVecchia's child that you deemed

20              racist?

21                  MR. MCKAY:  Objection to the form.

22   A          No.

23   Q          Okay.  You earlier testified that you

24              heard a flight attendant tell

25              Mr. DelVecchia to return to his seat.
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

```
 1                     Did you hear a flight attendant say

 2                     anything else to Mr. DelVecchia while on

 3                     the flight?

 4    A     No.

 5    Q     I have no further questions, thank you.

 6    A     Uh-huh.

 7                     MR. McKAY:  Just -- just one

 8                     follow-up, if I may.

 9    REDIRECT EXAMINATION

10    BY MR. MCKAY:

11    Q     When Mr. Maye asked you if the flight

12                     attendants seemed professional in dealing

13                     with Mr. DelVecchia, you hesitated quite

14                     a long time.  What were you thinking?

15    A     While they were professional, again, they

16                     were stern about Mr. DelVecchio remaining

17                     in his seat until the plane landed.  Once

18                     they took the child to the back of the

19                     plane, Mr. DelVecchio -- once they

20                     chaperoned the child to the back of the

21                     plane, he stood up to what I believe was

22                     to try to get out of the seat to go see

23                     what was going on and they asked him to

24                     remain in his seat.

25    Q     Okay.  And so he was halfway out of his
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

```
 1                     seat.  Is that how you're describing it?
 2    A                He was standing -- kind of standing up a
 3                     little bit like hunched over because you
 4                     can't really stand up and it -- it was
 5                     the middle seat, so he was kind of
 6                     hunched over as if he wanted to get out
 7                     of the seat and go to the back of the
 8                     plane to see what was happening with his
 9                     son.
10    Q                And who told him that he could not do
11                     that?
12    A                The staff told him to remain in his seat.
13    Q                And was that the same African-American
14                     male?
15    A                Yes.
16    Q                And did he put his hand on his shoulder
17                     or -- or anywhere on his body to push him
18                     back down into the seat?
19    A                No, I -- no, I didn't see him do that.
20    Q                You seemed to hesitate a little bit
21                     there.  Are you sure?
22    A                No -- no, I didn't see him do that.  I do
23                     remember him saying have a seat and we'll
24                     talk to you when the plane landed.  I
25                     don't remember the man putting his hands
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 40

```
 1                   on him at all.

 2    Q          Okay.  All right.  That's all I have.

 3                   MR. McKAY:  Brian?

 4    RECROSS EXAMINATION

 5    BY MR. MAYE:

 6    Q          When you saw Mr. DelVecchia and the

 7               African-American flight attendant

 8               interact at that point, did

 9               Mr. DelVecchia accuse the African-

10               American of striking him in the head?

11    A          No.

12    Q          Did Mr. DelVecchia at that point appear

13               to have been struck in the head by

14               anyone?

15                   BY MR. MCKAY:  Objection to the

16               form.

17    A          No.

18    Q          What -- what was your first recollection

19               when you woke up regarding what was

20               transpiring?

21    A          What the hell because it -- it was

22               commotion in the middle of the flight.

23               We heard the flight attendant.  It was

24               a -- a female flight attendant ask for

25               the child to come with her to where to
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 41

```
 1                    Mr. DelVecchio complied, but we were all

 2                    including Mr. DelVecchio, the father of

 3                    the child, were all confused about why

 4                    they were asking for the child to come to

 5                    the back of the plane.  So that commotion

 6                    is what I -- what woke me up and a lot of

 7                    the other people who were on the flight.

 8   Q     And was the child still in his seat at

 9                    that point?

10   A     The child was still in the seat.  And

11                    when the child got up and went to the

12                    back of the plane, we're still --

13                    Mr. DelVecchio was visibly upset about

14                    what was happening with his son and

15                    questioned the staff as to why they took

16                    his son to which the reply was, when the

17                    plane lands, we'll talk to you more about

18                    what's happening with your son.

19                    Myself and the lady next to me

20                    thought again, what the hell?  How is it

21                    that you took this man's child and nobody

22                    said anything about what's going on and,

23                    again, it's just a uneasy feeling when

24                    you're that high up in the air in a plane

25                    and someone's visibly upset and no one's
```

Page 42

```
 1                    telling you what's going on, and we're

 2                    just trying to figure out like is

 3                    everything okay.  Like, we know that he's

 4                    upset.  So at this point, nobody can go

 5                    back to sleep, so we're all kind of just

 6                    frantic wanting this plane to land is

 7                    what I thought --

 8    Q    Uh-huh.

 9    A    -- you know, is the emotion that I had

10         while the rest of the flight was taking

11         place.

12    Q    Do you recall where the African-American

13         flight attendant was located at the time

14         the child was being escorted out of his

15         seat?

16    A    He was in the back of the plane.

17    Q    And do you recall if he participated in

18         escorting the child from the seat to the

19         back of the aircraft?

20    A    Yes, it was two flight -- it was the

21         female and it was the African-American

22         male that escorted the child together to

23         the back of the plane.

24    Q    And did you ever go back and -- to use

25         the lavatory in the aircraft after the
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 43

```
1                  child was moved?

2   A              No, I did not.

3   Q              Okay.  Thank you.  I have no further

4                  questions.

5   A              Uh-huh.

6   FURTHER REDIRECT EXAMINATION

7   BY MR. MCKAY:

8   Q              Just a follow-up there, Ms. Wideman.  The

9                  female flight attendant, do you remember

10                 about how old she was?

11  A              No, I don't.

12  Q              Did you see other female flight

13                 attendants on the flight?

14  A              There probably was.  It's been a long

15                 time, so I don't remember that part of

16                 it.

17  Q              Okay.

18  A              I remember the commotion around them

19                 taking the child.  I don't even remember

20                 how many people -- how many attendants

21                 were even and on the plane at that time.

22                 I just remember what I saw (audio

23                 faltered) child.

24  Q              Okay.  Fair enough.  When the black male

25                 flight attendant was speaking to
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 44

```
 1                    Mr. DelVecchia, did you hear him refer to

 2                    the child as his son?

 3     A        Yes.

 4     Q        Okay.  All right.  That's all I have.

 5                    MR. McKAY:  Anything more, Mr. Maye?

 6     FURTHER RECROSS EXAMINATION

 7     BY MR. MAYE:

 8     Q        Yes, just one question.  So based on your

 9                    observations and from what you heard from

10                    Mr. DelVecchia, it was your understanding

11                    that this was father and child?

12     A        Yes, that's correct.

13     Q        Okay.  I have no further questions.

14                    MR. MCKAY:  Well, Ms. Wideman, thank

15                    you very much for coming this evening.

16                    Now, the -- the way that this process

17                    works is that the -- the gentleman that

18                    you see on the screen with the device in

19                    front of his mouth there is going to be

20                    typing up a transcript after this is all

21                    finished.  It'll be a printed transcript

22                    and that will be furnished to the

23                    attorneys.  But you have the right to

24                    take a look at it and go over it and make

25                    sure that everything is stated accurately
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 45

1    or you can tell the -- the gentleman here

2    today that -- that's something that

3    you're not interested in doing.  But he

4    needs to know because there's two

5    different procedures.  Either he's going

6    to send it to you for review or he's just

7    going to send it to the attorneys who --

8    who purchased the transcript.  So could

9    you -- would you be able to tell us now

10   what you would like to do?

11       THE WITNESS:  Okay.  I don't need to

12   review it.

13       MR. MCKAY:  Okay.

14       THE WITNESS:  In other words --

15       MR. McKAY: (Inaudible) --

16       THE WITNESS:  -- go ahead.  I'm

17   sorry.  I was just going to say my --

18   what I've given you guys today is what I

19   actually saw and what actually happened

20   from my point of view on the plane, so.

21       MR. MCKAY:  All right. Thank you.

22   Well, we -- we do appreciate that and as

23   far as the subpoena that you received,

24   you are released from that now.  You can

25   forget about that.

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Page 46

```
 1          THE WITNESS:  Okay.

 2          MR. MCKAY:  All right.  (Inaudible)

 3     you can sign off whenever you want.  We

 4     will probably be talking about a few

 5     administrative things, but we have to

 6     wait for the videographer to say his

 7     piece first.

 8          THE WITNESS:  Okay.

 9          THE COURT REPORTER:  All right.

10          THE WITNESS:  All right, thank you.

11          THE VIDEOGRAPHER:  This concludes

12     today's video deposition.  We are going

13     off the record at 6:48 p.m.

14

15     (THE PROCEEDINGS CONCLUDED AT 6:48 P.M.)

16

17

18

19

20

21

22

23

24

25
```

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

1                    CERTIFICATE

2    State of North Carolina

3    County of Forsyth

4              I, Dale L. Ring, a notary public in and

5    for the State of North Carolina, do hereby

6    certify that there came before me on the 7th

7    day of November, 2022, the person hereinbefore

8    named, who produced satisfactory evidence of

9    identification and was by me duly sworn to

10   testify to the truth and nothing but the truth

11   of her knowledge concerning the matters in

12   controversy in this cause; that the witness

13   was thereupon examined under oath, the

14   examination reduced to typewriting.

15             I further certify that I am not counsel

16   for, nor in the employment of any of the

17   parties to this action; that I am not related

18   by blood or marriage to any of the parties,

19   nor am I interested, either directly or

20   indirectly, in the results of this action.

21             In witness whereof, I have hereto set my

22   hand, this the 30th day of November, 2022.

23   *Dale Ring*

24   Dale L. Ring

25   Notary Public

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Index: 1702..call

**1**

**1702**  6:24

**2**

**2003**  12:17
**2019**  10:17 12:25
**2022**  4:14
**2067**  12:24
**219-CV-01322-KJD-DJA**  4:11
**27403**  6:25
**28**  12:24
**29**  13:17

**3**

**30,000**  25:16

**6**

**6:02**  4:3
**6:48**  46:13,15

**7**

**7**  4:14

**9**

**9/11**  27:2

**A**

**A.D.**  4:24
**ABC**  18:15 23:20 29:13
**accurate**  8:3
**accurately**  44:25
**accuse**  40:9
**act**  34:1,11
**action**  27:19
**actions**  37:17

**address**  6:22
**administrative**  46:5
**adult**  16:21 17:14,15 28:11
**affiliation**  4:19
**African-**  20:20 22:11 40:9
**African-american**  21:16 22:1, 19 23:2 30:19 39:13 40:7 42:12, 21
**age**  15:17
**aggressive**  29:6,8
**agree**  4:16 13:7
**ahead**  14:10 20:2 31:24 45:16
**air**  20:25 25:2 27:4 28:5 41:24
**aircraft**  34:13 42:19,25
**airline**  10:17 14:16 15:22 16:5,8 20:15 21:11 27:19
**Airlines**  4:8 5:4,15
**airplane**  10:16
**airport**  13:1 31:11
**aisle**  14:25 18:2 19:4,8,16 20:5, 16 22:12,20 27:23 28:7 34:23 36:18,19
**aisleway**  14:11
**alarming**  26:24
**altercation**  36:1
**American**  20:21 22:12 40:10
**appearance**  4:19
**appearances**  17:11
**appeared**  35:2
**approach**  32:12
**approached**  21:20
**approximately**  4:3
**artificial**  8:12
**asleep**  19:9,20
**assisting**  11:3,14,23
**assume**  9:5
**attendant**  5:16 30:15 35:6 37:24 38:1 40:7,23,24 42:13 43:9,25
**attendants**  33:25 34:8,11 37:14,

18 38:12 43:13,20
**attending**  6:11
**attorneys**  44:23 45:7
**audio**  4:15 12:3,5 13:11 15:10 27:11 43:22
**authorized**  7:7
**Auto**  13:22
**aware**  9:3

**B**

**B&c**  29:18
**back**  10:17 25:1 28:16 29:24 30:3,18 34:13 36:14,23 38:18,20 39:7,18 41:5,12 42:5,16,19,23,24
**background**  10:14
**bag**  25:3
**baggage**  31:11
**Baltimore**  10:25
**Baptist**  11:25
**based**  44:8
**begin**  8:15,17 10:13
**big**  9:18
**birthday**  13:12,13,14,16
**bit**  8:12 21:8 39:3,20
**black**  17:18 26:11,13 43:24
**board**  14:3
**boarded**  28:11
**boarding**  13:24 14:8 36:24
**body**  39:17
**book**  14:23
**bookbag**  24:4,6
**booking**  14:12,14 16:8
**break**  21:8
**Brian**  5:3,14 40:3
**bring**  25:19

**C**

**call**  18:14 24:8,18 25:15 26:2

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Index: called..explained

**called** 6:19

**calm** 29:10

**Captain** 5:15

**Carolina** 6:25 10:22 13:1

**case** 4:10 8:9 16:12

**catch** 32:25

**Caucasian** 17:17 19:18 20:5 26:11,12

**caught** 27:15

**caused** 20:12

**Center** 11:16

**chaperoned** 38:20

**chest** 23:8

**child** 14:19 15:4,24 16:10 17:18, 21,22 19:1 20:17 21:12,23 26:10, 12,13,18,20 28:10,14 30:3,4,7 33:25 34:2,12,13,17,20,22 37:19 38:18,20 40:25 41:3,4,8,10,11,21 42:14,18,22 43:1,19,23 44:2,11

**child's** 15:17 36:10,14 37:9

**children** 12:18,20

**claim** 31:11

**clear** 16:20 25:13

**client** 14:18 15:22 16:19

**clients** 14:2 16:21

**college** 10:20 11:2,5

**comfort** 7:9

**comments** 32:6 37:13

**commotion** 28:4 29:25 30:1 40:22 41:5 43:18

**company** 11:23,24

**complain** 35:14,18

**completely** 8:14

**complied** 15:22 41:1

**comply** 31:9

**concerned** 28:6

**CONCLUDED** 46:15

**concludes** 46:11

**confused** 16:3,17 35:4 41:3

**confusing** 8:24

**confusion** 18:13

**conversation** 24:20

**correct** 11:19 15:18 18:12,17,22 20:7 35:1,12,16,17 36:6,8 44:12

**counsel** 4:18,23

**court** 4:9,21 5:18,22 6:3 7:5,7,10, 25 46:9

**courtroom** 7:15,18

**CROSS-EXAMINATION** 33:14

**crotch** 37:10

**crying** 35:1

**cutting** 5:8,9 12:6

---

**D**

**day** 11:10

**de-boarded** 31:10 35:25

**dealing** 38:12

**deemed** 37:14,19

**DEF** 18:16,20 19:17

**degree** 11:4

**Delv** 35:10

**Delvecchia** 4:7,24 14:3 16:22 17:13,16 23:4,5 28:15 29:12 30:4 34:6 35:6,10,14,18,22 36:5,9,13 37:25 38:2,13 40:6,9,12 44:1,10

**Delvecchia's** 23:8 37:9,19

**Delvecchias** 32:9

**Delvecchio** 16:19 18:8 19:22 20:17,23 21:12,22,24 24:1,4 31:7 38:16,19 41:1,2,13

**demeanor** 29:4 34:19,21

**deplaning** 31:3

**deposition** 4:4,12 6:11 7:1 10:11 13:5 46:12

**describing** 39:1

**device** 25:9,25 44:18

**dialogue** 30:2,11

**difference** 9:18

**DIRECT** 6:5

**directed** 37:18

**disclaimer** 14:13,24 16:9

**discussion** 11:10 23:19 29:17

**distance** 9:16

**distracted** 17:2

**District** 4:9,10

**duly** 6:1

**Durham** 12:25

---

**E**

**earlier** 37:23

**earphones** 17:1

**education** 10:19

**emergency** 14:11,24 16:10,12 36:18

**emotion** 42:9

**enforcement** 31:13,20 32:5

**engaged** 28:8

**entire** 20:14

**equally** 25:18

**escorted** 33:25 34:12,17,22 42:14,22

**escorting** 42:18

**estimate** 9:16,17,21,24 10:7

**estimating** 10:9

**et al** 4:7,8

**evening** 44:15

**EXAMINATION** 6:5 38:9 40:4 43:6 44:6

**examined** 6:2

**excuse** 37:16

**exhausted** 32:23

**exit** 14:25 16:10

**expected** 15:1

**experience** 31:4

**explain** 16:6

**explained** 16:14

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022                    Index: explanation..iphone

**explanation**  21:7 24:2 26:17 28:12

**F**

**fa**  19:2

**face**  36:10

**fact**  26:16

**failed**  5:5 10:23 12:3,5

**Fair**  43:24

**Fairfax**  5:2

**faltered**  13:12 15:10 27:11 43:23

**family**  25:20

**father**  19:2 20:17 30:4 41:2 44:11

**father's**  37:8

**feel**  27:22 29:6

**feeling**  6:10 41:23

**feet**  20:25 25:16

**felt**  31:21

**female**  21:19,21 40:24 42:21 43:9,12

**figure**  21:4 24:6 42:2

**filed**  4:8

**fine**  6:21 33:18

**finished**  8:14 44:21

**flashback**  27:2

**flight**  5:16 10:17 12:23 13:3,6,10, 25 14:4,14,23 19:10,12 20:13 23:15 24:8 26:20 30:8,15 32:15, 20 33:25 34:7,11 35:6 36:11,14 37:5,10,13,18,24 38:1,3,11 40:7, 22,23,24 41:7 42:10,13,20 43:9, 12,13,25

**flights**  26:21

**follow-up**  38:8 43:8

**Forest**  11:25

**forget**  9:1 45:25

**form**  22:22 25:22 27:16,25 28:9, 25 34:4,9,15 35:8 36:7 37:21 40:16

**found**  15:7

**Francisco**  4:25

**frantic**  42:6

**friendly**  29:5

**front**  9:25 10:2 27:13 44:19

**Frontier**  4:7 5:3,15 12:23

**furnished**  44:22

**G**

**gate**  31:13

**gave**  27:1

**gentleman**  17:17 30:20 44:17 45:1

**girl**  23:24

**give**  14:13,23 24:2 26:17

**glad**  6:9

**god**  31:15

**Great**  10:13

**Greensboro**  6:24 11:18

**guess**  9:18 10:1,6 18:5,6

**guys**  45:18

**H**

**half**  32:19

**halfway**  20:13 38:25

**hand**  5:23 23:7,13 25:13 37:9 39:16

**hands**  39:25

**happen**  20:11 26:23 28:18

**happened**  17:24 31:2 45:19

**happening**  35:4 39:8 41:14,18

**happy**  9:10

**hard**  29:23

**head**  35:7,11,15,20 36:6 40:10,13

**hear**  12:6 24:19 30:11,13 31:23 32:1,6 37:12 38:1 44:1

**heard**  37:24 40:23 44:9

**heart**  10:15

**held**  4:14

**hell**  40:21 41:20

**helping**  33:21

**helps**  8:3

**hesitate**  39:20

**hesitated**  38:13

**high**  26:25 41:24

**highest**  10:19

**home**  7:9

**honestly**  26:13 27:6

**hoping**  26:14

**hour**  22:6,7 32:20

**human**  26:10 27:9,14,20 28:8 31:18

**hunched**  39:3,6

**husband's**  12:10

**hyphen**  6:17

**I**

**important**  9:6

**inappropriate**  37:4,6

**inaudible**  16:23 20:2 21:6,15 23:12 31:22 32:25 45:15 46:2

**including**  41:2

**inconvenience**  33:20

**Incorporated**  4:8

**infor**  24:5

**initially**  14:9 21:21

**injured**  35:23

**instance**  9:15

**interact**  40:8

**interaction**  34:5

**Interactive**  11:16

**interested**  45:3

**International**  13:1

**iphone**  25:4

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Index: job..passengers

**J**

**job**  11:9,12,20

**John**  4:22 6:7

**judge**  7:16,19

**jury**  7:14

**K**

**kind**  19:12,20 20:14,25 21:2 25:6, 10 29:23 32:16 39:2,5 42:5

**knew**  15:6,12,15 28:2

**L**

**lady**  29:20 32:3 41:19

**land**  20:22 24:17 42:6

**landed**  22:10,25 23:17 24:22,23 28:22 29:3,11 31:3 38:17 39:24

**landing**  16:12 22:8 30:25

**lands**  20:23 22:4 41:17

**Las**  13:2,19 22:7 30:25

**lavatory**  42:25

**law**  31:13,19 32:5

**leaning**  22:12,19,20

**level**  10:19

**lives**  13:18

**located**  4:25 42:13

**location**  4:20 5:1

**locations**  4:13

**long**  12:14 18:25 19:21 38:14 43:14

**looked**  16:17 24:9 26:1,3

**lot**  19:13 26:21,25 28:4 31:13 41:6

**loving**  36:21

**M**

**made**  19:15 31:10

**make**  8:4,16 26:2 44:24

**male**  21:16,20 22:1,12 23:2 26:12 39:14 42:22 43:24

**man**  19:18 20:5,21 22:18,20 26:11 39:25

**man's**  41:21

**March**  12:24 13:17

**Marion**  6:24

**marital**  12:1

**married**  12:8,9,16

**matter**  4:6 10:16

**Maye**  5:3,6,7,11,14 23:12 25:22 27:16,25 28:9,25 33:9,15 36:7 38:11 40:5 44:5,7

**Mckay**  4:22 5:6,8,13,17 6:6,7 34:4,9,15 35:3,8 37:21 38:7,10 40:3,15 43:7 44:5,14 45:13,15,21 46:2

**mechanic**  13:21,22

**medical**  11:3,14,22

**ment**  21:18

**mentioned**  21:16 23:18

**middle**  19:2,23 24:8 26:20 30:8 39:5 40:22

**mind**  12:2 16:6 26:6,8 27:10 31:15

**missed**  5:9 12:4 33:3

**month**  22:16

**mouth**  44:19

**move**  16:1

**moved**  15:23 43:1

**moving**  17:4

**multiple**  4:13

**N**

**names**  6:13

**nap**  32:17,25 33:6

**needed**  20:18

**Nevada**  4:10

**non-verbal**  8:22,23

**normal**  31:3,6

**North**  6:24 10:21 13:1

**note**  4:15

**noted**  17:19

**notice**  7:24 17:12,15 18:18

**November**  4:14

**number**  4:10 12:24

**numbered**  18:10

**O**

**Object**  22:22 25:22 27:16,25 28:9,25

**Objection**  34:4,9,15 35:3,8 36:7 37:21 40:15

**observations**  19:16 44:9

**observe**  10:8 14:6 19:7 36:4 37:16,17

**observed**  17:7,20

**occupant**  22:13

**occurred**  12:24

**office**  5:1

**older**  17:17 26:12

**one's**  41:25

**opposite**  18:7

**order**  8:2

**outof**  24:6

**overnight**  19:10

**P**

**p.m.**  4:3 46:13,15

**paperwork**  24:6

**part**  33:3 43:15

**participants**  4:13

**participated**  42:17

**participating**  33:18

**parties**  4:16

**passengers**  32:1

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022

Index: peaceful..seat

**peaceful** 17:9

**people** 8:6 15:2 23:20 29:17 41:7 43:20

**person** 19:8,16 27:24

**Peter** 4:6,23

**phone** 6:9 24:5,10,13,14,16,21, 22 25:3,6,7,24 26:1

**photographs** 25:20

**phrased** 9:12

**physical** 36:1

**physically** 35:23

**picture** 25:13

**pictures** 25:11 26:3

**piece** 46:7

**place** 4:16 36:1 42:11

**Plaintiff** 4:6,23

**Plaintiffs** 6:8

**plane** 14:8,10,19 15:2,5 16:11,15 18:11 20:14,22 21:1 22:4,25 23:17 24:17,22,23 25:1 27:4 28:12,16,22 29:3,11,25 30:25 31:2,8,10,14 32:5,10,23,24 35:13, 20 36:2,3,16 38:17,19,21 39:8,24 41:5,12,17,24 42:6,16,23 43:21 45:20

**playing** 7:12 27:13

**point** 36:10 37:10 40:8,12 41:9 42:4 45:20

**police** 31:12

**possibly** 26:1

**prefer** 6:18

**present** 4:18 7:16,19

**pretty** 27:9

**printed** 44:21

**prior** 32:22 36:23

**problem** 33:8

**procedures** 45:5

**proceeding** 7:6,10

**PROCEEDINGS** 46:15

**process** 7:5 44:16

**professional** 34:7 38:12,15

**professionally** 34:1

**pull** 24:14,16

**pulled** 25:25

**punch** 35:6

**punched** 35:11

**purchased** 45:8

**push** 39:17

**put** 23:13 39:16

**putting** 39:25

---

**Q**

**question** 8:17 9:4,6,8,12 44:8

**questioned** 20:19 41:15

**questions** 10:14 13:6 33:10,22 38:5 43:4 44:13

**quiet** 19:12 32:15

**quietly** 21:13

---

**R**

**racist** 37:14,20

**raise** 5:20,23

**Raleigh** 12:25

**rattled** 21:1

**reach** 24:21

**reaches** 25:2

**reaching** 24:4

**reaction** 15:21

**reason** 10:10 14:21

**recall** 35:24 42:12,17

**received** 45:23

**recollection** 40:18

**record** 4:3,17,20 7:23 8:25 46:13

**recording** 4:15

**RECROSS** 40:4 44:6

**REDIRECT** 38:9 43:6

**refer** 13:5 44:1

**relaxed** 32:16

**released** 45:24

**relocated** 18:7 36:17

**relocating** 14:17

**remain** 38:24 39:12

**remaining** 38:16

**remember** 13:2,24 14:2,16 19:5, 11,20,21 20:20 22:14,15,21 23:1, 4,7 24:3 29:19 30:24 39:23,25 43:9,15,18,19,22

**remind** 9:2

**remote** 4:12

**repeat** 9:10

**rephrase** 9:11

**reply** 41:16

**reporter** 4:21 5:18,22 6:3 7:25 46:9

**represent** 6:8

**reseated** 15:15,21 18:1,19

**reseating** 14:22

**Resource** 11:16

**responses** 8:22,23

**rest** 42:10

**return** 37:25

**review** 45:6,12

**RN** 11:4

**row** 14:14 16:9 18:3,10 23:3

**rub** 36:10,13

**rubbing** 36:23

**rules** 7:7

---

**S**

**San** 4:25

**sat** 29:20

**Scott** 5:16

**screen** 7:24 44:18

**seat** 14:17 15:1,24 18:6,24 19:1, 2,5,8,17,24 20:6 21:24 22:12 23:25 28:20 29:1 30:19 31:7 34:1,

Case 2:19-cv-01322-KJD-DJA   Document 281-12   Filed 12/01/23   Page 55 of 56

PETER DELVECCHIA, et al. V. FRONTIER AIRLINES, INC., et al.
VANRENSALIER-WIDEMAN, TURKESSA on 11/07/2022                Index: seated..treated

18,23 37:25 38:17,22,24 39:1,5,7,
12,18,23 41:8,10 42:15,18

**seated** 18:2,4

**seats** 18:15,16,21,23 19:17,23
23:21 29:14,18 34:19 36:18

**send** 45:6,7

**sense** 8:13

**separate** 32:12

**Shoope** 5:15

**shoulder** 39:16

**shoulders** 36:15,23

**show** 25:20

**sic** 16:19 18:8

**side** 18:4,7,10,14,15 34:7

**sign** 46:3

**simply** 9:9

**sitting** 9:19 18:3 19:22 34:18

**situation** 27:2,13 29:10

**situations** 10:7

**size** 9:21,24

**sky** 26:25

**sleep** 19:11 20:9 29:23,24 42:5

**sleeping** 19:15

**smartphone** 25:3

**someone's** 41:25

**son** 4:24 13:11,13,18 14:3,9
16:24 18:8 19:22 20:19,20 21:5,
25 22:25 24:3,11 25:21 26:5
36:21 39:9 41:14,16,18 44:2

**sort** 8:6 30:1

**South** 10:22

**speak** 8:5 23:3

**speaking** 8:14,17 22:15 24:13
43:25

**specific** 30:14 31:21

**specifically** 30:12

**speculate** 10:5

**spell** 6:14 12:12

**spoken** 6:8

**staff** 21:5 22:2 28:20 30:17 31:6
33:24 34:6 39:12 41:15

**stand** 39:4

**standing** 39:2

**start** 5:12 11:9 17:13

**starting** 11:21

**state** 4:19 6:13,22 31:12

**stated** 44:25

**statements** 37:13

**States** 4:9

**status** 12:1

**stay** 31:7

**steps** 21:9

**stern** 30:18 38:16

**steward** 16:5

**stewardess** 14:16 15:23 20:15
21:11,19

**stood** 38:21

**stopped** 8:16

**stored** 25:11

**straight** 7:23

**Street** 6:24

**strike** 37:2

**striking** 40:10

**strong** 29:8

**struck** 35:15,19 36:5 40:13

**stuck** 27:4

**study** 11:1

**subpoena** 45:23

**swear** 4:21 5:19

**sworn** 6:1

---

**T**

---

**T-U-R-K-E-S-S-A** 6:16

**table** 9:20,23

**tablet** 17:1

**tabletop** 9:22,25 10:2

**taking** 8:1 11:5 13:10 20:20
21:25 27:19 32:16 42:10 43:19

**talk** 8:8,12 20:21 22:5 24:10,15
28:21 29:2 39:24 41:17

**talking** 8:7 13:7 46:4

**telephone** 22:16

**telling** 22:23 30:18 42:1

**terminal** 36:25

**terms** 15:20 29:4

**testified** 6:2 30:13 37:23

**testimony** 7:8,17 8:25

**thing** 8:8 21:10 25:10 27:10

**things** 7:4,22 46:5

**thinking** 38:14

**thought** 16:7 25:15 26:8,9,14
27:12,18 31:15,16 32:10 41:20
42:7

**thousands** 20:24

**ticket** 16:8

**time** 8:6 9:1 15:7,13 18:25 19:21
20:23 22:11 23:1,15 26:21 32:23
35:1 38:14 42:13 43:15,21

**tired** 19:12 32:21

**today** 7:17 10:11 22:20 33:19
45:2,18

**today's** 46:12

**told** 20:16 22:8 28:20 29:1 39:10,
12

**touch** 23:5

**touching** 37:5

**town** 11:17

**trafficker** 27:14,20

**trafficking** 26:10 27:9 28:8 31:18

**transcript** 8:1 44:20,21 45:8

**transpiring** 40:20

**traumatic** 27:5

**travel** 14:18 26:22

**traveling** 14:19

**treated** 7:10

**trial** 7:13

**troopers** 31:12

**Turkessa** 4:4 5:25 6:15

**typing** 44:20

---

### U

**U-M-B-R-E-T-E-O** 12:13

**uh-huh** 5:21 7:11 8:22 11:11
12:15 15:3 17:6,19 21:17 25:17
27:11 33:13 36:20 37:1 38:6 42:8
43:5

**Umbreteo** 12:11,16

**un-boarded** 23:16

**undercover** 22:2

**understand** 9:7,9 19:25 20:3
21:3 24:23 26:19 29:21 31:19

**understandable** 10:3

**understanding** 9:14 44:10

**understood** 8:18 9:5 11:8 33:1,8

**uneasy** 41:23

**United** 4:9

**unusual** 37:3,6

**upset** 16:1,2 17:3 20:24 21:2
24:1 28:1,10 29:21 30:6 34:14,25
41:13,25 42:4

---

### V

**V-A-N-R-E-N-S-A-L-I-E-R** 6:16

**Vanrensalier-wideman** 4:5
5:25 6:15,19

**Vegas** 13:2,19 22:7 30:25 33:2,4,
5,7

**versus** 4:7

**video** 4:4,15 46:12

**videotape** 7:13

**view** 45:20

**Virginia** 5:2

**visibly** 30:5 41:13,25

**visit** 13:11 23:25

---

### W

**W-I-D-E-M-A-N** 6:17

**wait** 8:13 46:6

**wake** 11:25 20:12

**walkie-talkie** 8:7

**wanted** 19:15 39:6

**wanting** 25:19 42:6

**warranted** 32:11

**Warren** 5:16

**Wideman** 6:7,21 12:11 33:9,16
43:8 44:14

**window** 18:6,24 19:1,24

**withdrawn** 34:12

**woke** 21:10 29:22 40:19 41:6

**woken** 20:14,15

**words** 5:10 8:21 30:14 45:14

**work** 26:22

**worked** 32:22

**working** 11:12

**works** 44:17

**written** 8:10,24

---

### Y

**young** 15:16 17:18