**<u>EXHIBIT 12</u>**

**Transcript of Deposition of Passenger Brianna Hayes**

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


PETER DELVECCHIA, et al.,

     Plaintiffs,

vs.                      No.

                       2:19-cv-0132-KJD-NJK

FRONTIER AIRLINES, INC.,

et al.,


     Defendants.


_____




REMOTE VIDEOTAPED DEPOSITION OF BRIANNA HAYES

Roanoke, Virginia

Wednesday, August 31, 2022








MAGNA LEGAL SERVICES

(866) 624-6221

www.MagnaLS.com

REPORTED BY:  DEBRA-LYNN BAKER, RPR, CSR



Page 2

1                UNITED STATES DISTRICT COURT

2                     DISTRICT OF NEVADA

3

4    PETER DELVECCHIA, et al.,

5         Plaintiffs,

6    vs.                          No.
                                  2:19-cv-0132-KJD-NJK

7    FRONTIER AIRLINES, INC.,
     et al.,

8

          Defendants.

9

     _____

10

11

12

13              Remote videotaped deposition of

14   BRIANNA HAYES, taken on behalf of Defendant

15   Frontier Airlines, Inc., at Roanoke, Virginia,

16   beginning at 10:10 a.m. and ending at 11:13 a.m.

17   on Wednesday, August 31, 2022, before Debra-Lynn

18   Baker, RPR, CSR, a Notary Public for the

19   Commonwealth of Virginia at Large.

20

21

22

23

24

25



```
 1   APPEARANCES:
 2
 3   For Plaintiffs:
 4       PARK AVENUE LAW LLC
         BY:  JOHN D. McKAY
 5       Attorney at Law
         201 Spear Street, Suite 1100
 6       San Francisco, California 94105
         (434) 531-9569
 7       johndmckayatty@gmail.com
 8
     For Defendant Frontier Airlines, Inc.:
 9
         ADLER MURPHY & McQUILLEN LLP
10       BY:  BRIAN T. MAYE
         Attorney at Law
11       20 South Clark Street, Suite 2500
         Chicago, Illinois 60603
12       (312) 345-0700
         bmaye@amm-law.com
13
14   Also Present:
15       PETER DelVECCHIA
16
     VIDEOGRAPHER:
17
         TERRY HARRISON
18
19
20
21
22
23
24
25
```



Page 4

1                           INDEX

2                                               PAGE

3    BRIANNA HAYES

4         By Mr. Maye                              7

5         By Mr. McKay                            30

6

7                         EXHIBITS

8                                               PAGE

9    *1                                          11

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   *    Retained by counsel



Page 5

1     Roanoke, Virginia, Wednesday, August 31, 2022

2             10:10 a.m. - 11:13 a.m.

3

4             THE VIDEOGRAPHER:  Good morning.

5     Today is August 31st, 2022.  We're on the record.

6     The time is 10:10 a.m. Eastern.

7             Would counsel please state

8     appearances.

9             MR. MAYE:  Brian Maye --

10            MR. McKAY:  John --

11            MR. MAYE:  Go ahead, John.

12            No, go ahead.

13            MR. McKAY:  Brian McKay for the

14    plaintiffs, Peter DelVecchia, and his son, A.D.

15            MR. MAYE:  Brian Maye for the

16    defendants.

17            THE VIDEOGRAPHER:  The reporter can

18    swear the witness.

19            THE REPORTER:  All persons present

20    for this remote deposition acknowledge and agree

21    to the following:

22            The reporter is not physically

23    present with the witness, this proceeding is

24    being reported remotely, and that the witness

25    will verbally declare that their testimony is



1    being given truthfully, under penalty of perjury.

2              Counsel, please indicate your

3    agreement by stating your name, and that you

4    consent, on the record.

5              MR. McKAY:  John McKay.  I consent.

6              MR. MAYE:  Brian Maye.  I consent.

7              THE REPORTER:  Will the witness state

8    and spell their full name for the record.

9              THE WITNESS:  Brianna Hayes,

10   B-r-i-a-n-n-a H-a-y-e-s.

11             THE REPORTER:  Will the witness

12   please repeat the following for the record:  I

13   declare my testimony is being given truthfully,

14   under penalty of perjury.

15             THE WITNESS:  I declare my testimony

16   is being given truthfully, under penalty of

17   perjury.

18             THE REPORTER:  Hearing that all

19   parties have agreed on the record, please

20   proceed.

21   /

22   /

23   /

24   /

25   /



Page 7

1                    BRIANNA HAYES,

2    was examined and testified as follows:

3

4                    EXAMINATION

5    BY MR. MAYE:

6        Q    Good morning, Brianna.  Before we

7    start, I just want to go over a few ground rules

8    to make the deposition go a little more smoothly.

9             Because we have a court reporter and

10   she's typing everything we say, it's difficult

11   for her to record everything if we're talking at

12   the same time.

13            So I would ask that you wait until I

14   finish asking my question before you begin to

15   answer it.

16            Is that okay?

17       A    (No audible response.)

18       Q    Okay.  The next rule or piece of

19   guidance is you need to verbalize your answers

20   instead of nodding or shaking your head.  So if I

21   ask a question and the question calls for a yes

22   answer, you need to say yes, verbalize it,

23   instead of, you know, nodding your head.

24            Is that under- --

25       A    Okay.



Page 8

```
 1        Q      -- -stood?

 2               Okay.  And also, during the course of

 3   this deposition, the attorneys may object to a

 4   question, and that's -- that's not unusual, and

 5   just wait for the attorney to finish the

 6   objection and proceed with your answer, and the

 7   judge will figure out the objections later.

 8               Is that understood?

 9        A      Yes.

10        Q      Okay.  Great.

11               What is your date of birth?

12        A      8-21-94.

13        Q      And previously you gave your address.

14               How long have you lived there in the

15   current address?

16        A      Since 2018.

17        Q      Do you anticipate living there for

18   the next year?

19        A      No.

20        Q      Will you be moving soon?

21        A      Yes.

22        Q      Do you know where you'll be moving?

23        A      No.

24        Q      Okay.  And who do you live there

25   currently with?
```



Page 9

```
 1        A      My children, Imani, Aria, and Kwalik,
 2   and Rashaad Wormack.
 3        Q      And is -- are you married?
 4        A      No.
 5        Q      And do you have a significant other
 6   or partner?
 7        A      Yes, it's Rashaad Wormack.
 8        Q      Okay.  What is your highest level of
 9   education?
10        A      Completed?
11        Q      Yes.
12        A      High school diploma.
13        Q      And what year did you graduate?
14        A      2012.
15        Q      And what's the name of the high
16   school?
17        A      Patrick Henry High School.
18        Q      And have you received any other
19   education or training?
20        A      Certified billing and coding
21   specialist.  That's it really.  I'm in college
22   now.
23        Q      And where are you going to college?
24        A      Virginia Western Community College.
25        Q      And are you currently employed?
```



Page 10

```
 1        A     Yes.

 2        Q     Where are you employed?

 3        A     Wells Fargo.

 4        Q     And what is the nature of your work?

 5        A     An escalation specialist.

 6        Q     And what is your employer's address?

 7        A     7711 Plantation Road, Roanoke,

 8   Virginia 23019.

 9        Q     Have you ever served in the military?

10        A     No.

11        Q     For purposes of today's deposition,

12   when I refer to the flight or the subject flight

13   or that flight, I'm referring to Frontier flight

14   2067, Raleigh-Durham to Las Vegas, that departed

15   on March 28th, 2019.

16              Is that okay?

17        A     Yes.

18        Q     And is it your understanding that

19   you're here today to discuss that flight?

20        A     Yes.

21        Q     Were you a passenger on that flight?

22        A     Yeah.

23        Q     And what was the purpose of your trip

24   to Las Vegas?

25        A     Just a small vacation.
```



Page 11

```
 1          Q      And do you recall approximately what
 2   time that flight departed from Raleigh?
 3          A      No.
 4          Q      And were you traveling with anyone?
 5          A      Yes.
 6          Q      Who were you traveling with?
 7          A      Rashaad Wormack and Darryl.  I forgot
 8   his last name, but --
 9          Q      Okay.  And do you recall what seat
10   you were sitting in?
11          A      No.  I don't, like, remember the
12   number or anything.
13          Q      Okay.  I'm going to show you what has
14   been marked as Exhibit 1 just to kind of help us
15   out here with seating arrangements.
16                 (Hayes Exhibit 1 was marked for
17                 identification.)
18   BY MR. MAYE:
19          Q      This is a partial seat map for the
20   Airbus 320-200, which is the type of aircraft
21   operated with respect to the subject flight, and
22   I'll represent to you that Frontier's records
23   show that you were assigned to seat 17B.
24                 Do you see that seat depicted in the
25   seat map?
```



Page 12

```
 1        A     Yes.

 2        Q     Let me -- let's see here.

 3        A     Yep.

 4        Q     Okay.  I marked it with a green

 5   highlighter.

 6              Does that sound about right, where

 7   you were seated?

 8        A     Yeah.

 9              MR. McKAY:  Objection to the form.

10   BY MR. MAYE:

11        Q     And were you seated next to anyone in

12   that row?

13        A     Yes.  Rashaad was on, I guess, 17C,

14   and then there was a woman next to me on 17A.  I

15   don't know her.

16        Q     Okay.  And do you recall if there

17   were any passengers seated across the aisle, D,

18   E, and F?

19        A     I really don't remember.

20        Q     Okay.  You don't remember seeing any

21   passengers seated across the aisle?

22        A     Yeah.  I just don't remember if they

23   were or not.

24        Q     Oh, okay.  And at some point during

25   the flight did you notice any activity involving
```



Page 13

1    the flight attendant and other passengers across

2    the aisle or in your area?

3            MR. McKAY:  Objection to the form of

4    the question.  She said she doesn't remember

5    anybody across the aisle.

6            MR. MAYE:  Okay.  Thanks, John.  No

7    speaking objections.

8            Thank you.

9        Q    You can answer, Brianna.

10       A    Okay.  So I remember I woke up and,

11   like, I guess he was a flight attendant, and they

12   took the little boy from the man and then -- then

13   they took him to the back of the plane, but --

14       Q    And do you -- could you describe or

15   do you recall what the flight attendant looked

16   like?

17       A    I honestly don't remember.

18       Q    Do you recall if he was a male or

19   female -- I'm sorry, do you recall if the flight

20   attendant was a male or female?

21       A    Not really.  I don't remember.

22       Q    Okay.  In -- in the flight

23   attendant's interaction with the child and the --

24   and the adult, did you observe the flight

25   attendant act inappropriate in any way?



Page 14

```
 1              MR. McKAY:  Objection to the form.
 2              THE WITNESS:  What do you mean,
 3  inappropriate?
 4  BY MR. MAYE:
 5       Q    When you -- when you saw what was
 6  happening with the flight attendant escorting the
 7  child down the aisle, did the -- did you see the
 8  flight attendant do anything wrong, in your mind?
 9              MR. McKAY:  Objection to the form.
10              THE WITNESS:  I really didn't know
11  the situation, but they wasn't rough with the
12  child or anything like that.  They just moved the
13  child from where he was.
14  BY MR. MAYE:
15       Q    Okay.  Did the flight attendant use
16  any physical force to move the child to the back
17  of the aircraft?
18              MR. McKAY:  Objection to the form.
19              THE WITNESS:  What do you mean,
20  physical force?  Like pushing the child or just
21  like --
22  BY MR. MAYE:
23       Q    Yeah.
24       A    -- you know, grabbing their hand and
25  going?
```



1          Q       Yeah.   Pushing the child, being
2    aggressive with him.
3          A       No, they wasn't aggressive with the
4    child.
5          Q       Did you think the flight attendant
6    acted in a professional manner?
7                  MR. McKAY:  Objection to the form.
8                  THE WITNESS:  I don't really know
9    what the situation was, but I guess they did,
10   based on what I heard.
11   BY MR. MAYE:
12         Q       And shortly before the child exited
13   the row, did you observe the flight attendant
14   strike the gentleman that was involved?
15         A       No.
16                 MR. McKAY:  Objection to the form.
17   BY MR. MAYE:
18         Q       You didn't see anyone strike the
19   gentleman in the -- in the head?
20                 MR. McKAY:  Objection to the form.
21   BY MR. MAYE:
22         Q       You can go ahead and answer.
23         A       No.
24         Q       And were you awake during the
25   duration of the flight?



Page 16

```
 1        A      I fell asleep probably like 10

 2   minutes, 20 minutes.

 3        Q      And when the child was being moved to

 4   the back of the aircraft, were you awake and

 5   aware of what was going on, what -- aware of your

 6   surroundings?

 7        A      Yes, I was -- I was awake.  That's

 8   kind of what woke me up, the commotion that was

 9   going on.

10        Q      And prior to the child exiting the

11   row, did you hear any yells or grunts from the

12   gentleman that was seated with the child?

13              MR. McKAY:  Objection to the form.

14              THE WITNESS:  Yes.

15   BY MR. MAYE:

16        Q      And -- and what was -- what were

17   the -- so you heard the gentleman yell?

18        A      He was like, "That's my son."

19        Q      Okay.  And before that, before he

20   said that, did you hear him make any yells or

21   grunts prior to that?

22        A      No.

23        Q      So when the child was being escorted,

24   the gentleman said, "That's my son"?

25        A      Yeah.  He was like, you know, "That's
```



Page 17

1    my son.   You can't take him back there."

2         Q     And do you recall what the gentleman

3    looked like?

4         A     It was a Caucasian male.  He had some

5    glasses on, I think.

6         Q     Okay.  And there's a gentleman that's

7    on the screen.  It say, "Peter DelVecchia."

8               Does that look like the gentleman

9    that was involved?

10        A     Yeah.

11              MR. McKAY:  Brian, may I ask that if

12   you're not going to use this exhibit anymore,

13   that you take it down?

14              MR. MAYE:  Sure.

15              MR. McKAY:  Thanks.

16              MR. MAYE:  Yeah.

17        Q     Around this time did you hear the

18   gentleman involved indicate that he was punched

19   in the head?

20        A     No.

21        Q     Did you hear any noise that would

22   indicate that someone was punched in the head?

23              MR. McKAY:  Objection to the form.

24              THE WITNESS:  No.

25   BY MR. MAYE:



Page 18

```
 1        Q     Did you hear the gentleman involved
 2   or the father say to anyone that he was punched
 3   in the head?
 4             MR. McKAY:  Objection to the form.
 5             THE WITNESS:  No.  No.
 6   BY MR. MAYE:
 7        Q     Okay.  After the child was escorted
 8   to the back of the aircraft, did you observe the
 9   father at all?
10        A     Yes.
11        Q     Did he look like he was just punched
12   in the -- in the head?
13             MR. McKAY:  Objection to the form.
14             THE WITNESS:  No.
15   BY MR. MAYE:
16        Q     Did he act in a way that indicated
17   that he was just violent- -- violently struck in
18   the head?
19             MR. McKAY:  Objection to the form.
20             THE WITNESS:  No.
21   BY MR. MAYE:
22        Q     After the child was escorted to the
23   back of the aircraft, did you see the father
24   retake his seat?
25        A     Yeah, he was seated.
```



Page 19

1      Q      And did you observe his activity at

2  all or his demeanor?

3      A      Yes.

4      Q      And can you explain what you

5  observed?

6      A      In my opinion, he was acting nervous

7  or like -- he, like, got a pill and took a pill,

8  and then he, like, got a magazine and, like,

9  ripped the address off of it.  I don't know.  He

10  was just acting weird.

11      Q      Prior to the child moving to the

12  back, did you see the father ever touch or rub

13  the child's crotch area?

14      A      No.

15      Q      And prior to the child moving back to

16  the aircraft, did you see the father rub any part

17  of the child's body?

18      A      No.

19      Q      Did you see the father rub the

20  child's face at all?

21      A      No.

22      Q      Did you see the father, during the

23  course of the flight, rub the child's back at

24  all?

25      A      No.



Page 20

```
 1        Q      Do you recall speaking with an
 2   attorney from our office probably a year ago,
 3   named Tara Shelke, about this?
 4        A      Not really.
 5        Q      Okay.  Do you recall telling her that
 6   you observed the father --
 7               MR. McKAY:  Objection to the --
 8               Brian, you can't do this.
 9               MR. MAYE:  Yes, I can, John.  John --
10   John, no speaking objections, please.
11               MR. McKAY:  I understand the rule.
12               MR. MAYE:  Okay.  Okay.
13               MR. McKAY:  You can't testify, Brian.
14               MR. MAYE:  John, no speaking
15   objections.
16        Q      Do you recall telling Ms. Shelke that
17   you observed the father rubbing the child's face
18   during the flight?
19               MR. McKAY:  Objection and motion to
20   strike.
21               THE WITNESS:  No.
22   BY MR. MAYE:
23        Q      Okay.  Do you recall telling
24   Ms. Shelke that you observed the father rubbing
25   the child's back?
```



Page 21

```
 1              MR. McKAY:  Objection and motion to
 2    strike.
 3              THE WITNESS:  That may be true, like
 4    rubbing his back, like when they're sitting down,
 5    but I don't -- I don't recall him rubbing the
 6    crotch at all, but it's possible that he did rub
 7    the back like -- yes.
 8    BY MR. MAYE:
 9        Q    Okay.  And I am just asking if that
10    conversation with Ms. Shelke refreshes your
11    recollection at all.
12              MR. McKAY:  Objection.  Motion to
13    strike.
14    BY MR. MAYE:
15        Q    Does it refresh your recollection at
16    all regarding whether or not you observed the
17    father rubbing the child's back?
18              MR. McKAY:  That's not how you
19    refresh recollection, Brian.
20              MR. MAYE:  John -- John, can you just
21    stop?
22              MR. McKAY:  I -- I have to advocate
23    for my client, Brian.
24              MR. MAYE:  No.  You can stop with the
25    speaking objections.
```



Page 22

```
 1              MR. McKAY:  -- improper, we can't do
 2    that.
 3              MR. MAYE:  You can stop with the
 4    speaking objections, John.
 5              MR. McKAY:  Well, it doesn't fit
 6    within form of the question.  I'm sorry.
 7              MR. MAYE:  Okay, John.  You can
 8    say -- you can say your object- -- your objection
 9    to the form --
10              MR. McKAY:  I know how to practice
11    law.
12              MR. MAYE:  -- and that's it.
13              MR. McKAY:  Thank you.  Thank you,
14    Mr. Maye.  I do know how to practice law.
15              MR. MAYE:  Okay.
16              MR. McKAY:  I've been doing it longer
17    than you have.
18    BY MR. MAYE:
19         Q    So, Ms. Hayes, does that refresh your
20    recollection at all?
21         A    Yeah.  I kind of remember the
22    conversation.  It's -- I kind of remember saying,
23    you know, he maybe rubbed the back, but not like
24    the crotch area or anything like that.
25         Q    Understand.  Understand.  And do you
```



Page 23

1    recall seeing the father rubbing the child's face

2    at all?

3              MR. McKAY:  Objection; asked and

4    answered.

5              THE WITNESS:  No.  He may have did

6    that.  I don't remember.

7    BY MR. MAYE:

8         Q    Okay.  Did anyone talk to you at all,

9    any other passenger talk to you at all about the

10   child being escorted to the back of the aircraft?

11        A    Yes.

12        Q    And who was that?

13        A    Rashaad and then the woman next to

14   me.  I don't remember her name.

15        Q    And what did Rashaad say to you?

16        A    Just saying that, you know, they were

17   taking the son or the little boy back to the back

18   of the airline, and that was it.  He was just

19   talking about the situation.

20        Q    Did Rashaad ever say to you that he

21   saw the flight attendant strike the father in the

22   head?

23        A    No.

24              MR. McKAY:  Objection to the form.

25   BY MR. MAYE:



Page 24

```
 1        Q     And did the passenger in the window
 2   seat ever say she saw a flight attendant strike
 3   the father in the head?
 4        A     No.
 5        Q     When the child was walking to the
 6   back of the aircraft, did you observe his
 7   demeanor, his -- what he was acting like?
 8        A     I just -- I looked at him walk, and I
 9   seen him.
10        Q     Was he -- was he crying, was he upset
11   at all, or was he acting normally?
12        A     He was just quiet.  He was just
13   following direction.
14        Q     Okay.  After the child had been moved
15   to the back of the aircraft, did you ever use the
16   lavatory in the back of the aircraft?
17        A     Yeah.
18        Q     And do you recall seeing the child
19   seated in the back of the aircraft?
20        A     Yeah.
21        Q     And was the child crying at all?
22        A     No.
23        Q     Or upset at all?
24              MR. McKAY:  Objection to the form.
25              THE WITNESS:  Not in my opinion.
```



Page 25

1    BY MR. MAYE:

2         Q     Did you see any signs that he was in

3    distress?

4               MR. McKAY:  Objection to the form.

5               THE WITNESS:  No.

6    BY MR. MAYE:

7         Q     And do you recall what he was doing

8    when you saw him in the back?

9         A     I believe he was playing with a

10   tablet.

11        Q     Okay.  In observing the child, would

12   you say that he was being imprisoned or confined

13   in the seat in the back --

14               MR. McKAY:  Objection to the form.

15   BY MR. MAYE:

16        Q     -- of the aircraft?

17               MR. McKAY:  Sorry, Brian.

18               Objection to the form.

19               THE WITNESS:  No.

20   BY MR. MAYE:

21        Q     Did you ever see the child being

22   sexually assaulted by a flight attendant?

23               MR. McKAY:  Objection --

24               THE WITNESS:  No.

25               MR. McKAY:  -- to the form.



Page 26

```
 1    BY MR. MAYE:
 2         Q     At the time that the flight attendant
 3    was moving the child to the back of the aircraft,
 4    did any actions taken by the flight attendant
 5    lead you to think that the child was being moved
 6    because of racism?
 7                MR. McKAY:  Objection to the form.
 8                THE WITNESS:  No.
 9                MR. McKAY:  Motion to strike.
10    BY MR. MAYE:
11         Q     And at the time the child was being
12    moved, did you hear a flight attendant say
13    anything that would -- that would lead you to
14    believe that the child was being moved because of
15    racism?
16                MR. McKAY:  Objection to the form.
17                THE WITNESS:  No.
18                MR. McKAY:  Motion to strike.
19    BY MR. MAYE:
20         Q     Did you ever see the father go back
21    to the back of the aircraft after the child was
22    moved?
23         A     He attempted to.
24         Q     Did he ultimately get back there?
25         A     No.  They asked him to go back to his
```



1  seat, like, before he got all the way back there.

2       Q     Okay.  And when he went back to the

3  aft of the aircraft, did you hear any

4  conversation between a flight attendant and the

5  father?

6       A     No.

7       Q     When the father was in the rear of

8  the aircraft, did you hear any shouting or

9  yelling between the flight attendant and the

10 father?

11            MR. McKAY:  Objection to the form.

12            THE REPORTER:  I'm sorry, what was

13 the answer?  I couldn't hear.

14            THE WITNESS:  I don't remember.

15 BY MR. MAYE:

16       Q     When the flight landed, do you recall

17 observing the father exiting or deplaning the

18 aircraft?

19       A     Yeah.

20       Q     And did the father exit around the

21 same time that you exited?

22       A     He got off last.  If I remember

23 correctly, they made, like, everybody else get

24 off first, and then they escorted him off.

25       Q     Escorted the child or the father?



Page 28

```
 1          A      Father.
 2          Q      And when the father exited the
 3   aircraft, did you hear any flight attendant say
 4   anything to the father?
 5          A      No.
 6          Q      Did you see the child exit the
 7   aircraft?
 8          A      I don't remember.
 9          Q      Did you see law enforcement at the
10   gate area after you deplaned?
11          A      Yes.
12          Q      And did you know why they were there?
13          A      I assumed for the father.
14          Q      Why did you assume that?
15          A      Because they were waiting at the end
16   of our flight and, you know, they removed the
17   child.  I figured there was some type of
18   situation going on.
19          Q      Did you hear anything said between
20   the father and law enforcement?
21          A      No.
22          Q      At any point while you were on the
23   aircraft did you see any member of the flight
24   crew mistreat the father?
25                 MR. McKAY:  Objection to the form.
```



MAGNA
LEGAL SERVICES

Page 29

```
 1                THE WITNESS:  No.
 2  BY MR. MAYE:
 3        Q     And during any point during the
 4  flight did you ever see the flight crew mistreat
 5  the child?
 6        A     No.
 7                MR. McKAY:  Objection to the form.
 8                THE WITNESS:  No.
 9  BY MR. MAYE:
10        Q     Did you ever see any of the flight
11  attendants act with hostility or anger toward the
12  father or the child?
13        A     No.
14        Q     Did you ever see any member of the
15  flight crew do anything toward the father or the
16  child that you would characterize as outrageous?
17                MR. McKAY:  Objection to the form.
18                THE WITNESS:  No.
19  BY MR. MAYE:
20        Q     Did you ever have the impression that
21  any crew member acted improperly toward the
22  father or the child?
23                MR. McKAY:  Objection to the form.
24                THE WITNESS:  No.
25  BY MR. MAYE:
```



Page 30

```
 1        Q      Did it appear to you that the flight
 2   crew was acting out of concern for the safety of
 3   the child?
 4              MR. McKAY:  Objection to the form.
 5              THE WITNESS:  Yes.
 6   BY MR. MAYE:
 7        Q      And based on your observations of
 8   the -- of the flight crew's conduct during the
 9   flight, did it appear that the flight crew was
10   ever motivated -- in their treatment of the
11   father and child ever motivated by racism?
12              MR. McKAY:  Objection to the form.
13              THE WITNESS:  No.
14              MR. McKAY:  Motion to strike.
15   BY MR. MAYE:
16        Q      Well, thank you very much, Brianna.
17   I appreciate your -- your being here and your
18   cooperation.
19        A      No problem.
20
21                     EXAMINATION
22   BY MR. McKAY:
23        Q      Good morning, Ms. Hayes.  My name's
24   John McKay.  I represent Peter DelVecchia and his
25   son, his son being the child that you have
```



```
 1    testified about before.

 2         A     Yeah.

 3         Q     How are you this morning?

 4         A     Good.

 5               How are you?

 6         Q     I'm fine.  Thanks.

 7               How long have you lived in Roanoke?

 8         A     In Roanoke?  Since like 2008 maybe.

 9         Q     Okay.  And are you a Virginian by

10    birth or --

11         A     No.  I'm from Washington, D.C.

12         Q     Okay.  All right.  Did you move to

13    Roanoke for school?

14         A     No.  My mom moved down here to be

15    with her mom before she passed away.

16         Q     Okay.  Okay.  Well, I am sorry for

17    your loss.

18               So on this flight, I am just curious,

19    that's a long distance to go down to

20    Raleigh-Durham.

21               Why were you flying out of

22    Raleigh-Durham?

23         A     It was cheaper.

24         Q     Okay.  All right.  So on the evening

25    of the flight, did you all drive down to -- to
```



Page 32

1    Raleigh-Durham?

2          A      Yeah.

3          Q      Okay.  Who drove?

4          A      I did.

5          Q      Okay.  And was Mr. Wormack also in

6    the car?

7          A      Yes.

8          Q      And Darryl?

9          A      Yep.

10          Q      And is Darryl a friend of both of

11    yours or just of Mr. Wormack?

12          A      Well, he's both our friend now.

13          Q      Okay.  Was this the first time that

14    you had met Darryl?

15          A      No.  He's his coworker.  We hung out

16    before.

17          Q      Okay.  And -- and where does he work?

18          A      At the time, they were working at

19    Smokey Bones.

20          Q      Smokey Bones?

21          A      Yeah.  It's a restaurant.

22          Q      Okay.

23          A      Like with ribs and stuff.

24          Q      Okay.  So where does Darryl work now?

25          A      I'm not sure.  I think he works at



Page 33

1    Hotel Roanoke.

2         Q      Okay.  I've been there.  Nice place.

3         A      Yeah.

4         Q      All right.  So -- and you don't know

5    Darryl's last name?

6         A      I can't think of it right now.  I

7    know it, I just can't think of it right now.

8         Q      Do you know if he has -- does he go

9    by any other name than Darryl, does he have a

10   legal name that's different?

11        A      No.  I know his gamer tag, but I

12   don't know --

13        Q      Okay.  What's that?

14        A      Like Thots- -- Thotsmcgrober or

15   something.

16        Q      So how do you spell that?

17        A      T-h-o-t-s-m-c-g-r-o-b-e-r.  I can't

18   think of his name right now.  I don't know.

19   Rashaad would know.

20        Q      Rashaad would know?

21        A      Yeah.

22        Q      Okay.  Now, Rashaad was also

23   subpoenaed for a deposition, wasn't he?

24        A      Yeah.  He was supposed to call.  I

25   don't know if he called yet or -- did he call?



Page 34

```
 1        Q     I don't think so.  We certainly
 2   haven't had his deposition.
 3        A     I'll get him to do it.
 4        Q     Okay.  And you were set up for a
 5   deposition last week, right?
 6        A     Yeah.
 7        Q     And -- and how come you didn't show
 8   up for that?
 9        A     My daughter's school called and said
10   that she was not at school when I know that for a
11   fact that I dropped her off at school, so I had
12   to go up there and so they can find her,
13   basically.  She was in class.
14        Q     She was what?  I'm sorry.
15        A     In class.
16        Q     Okay.  Well, that -- that's
17   frightening.
18        A     Yeah.
19        Q     All right.  All right.  Now, have you
20   ever been convicted of a crime?
21        A     Yeah.
22        Q     Okay.  And -- and when was that?
23        A     2000 and, maybe, '18.  I don't know.
24   It was like driving my car with my tags from my
25   other car.
```



Page 35

1          Q      Oh.

2          A      But I didn't know that was illegal.

3   And also, I went to DMV -- it was just a mixup,

4   basically.  I went to DMV to get my title turned

5   over.  The person I bought it from put a million

6   on it, so I couldn't get it switched over.  It

7   was just a lot of stuff, but it was nothing like,

8   you know, I did anything really, you know --

9          Q      Okay.

10         A      -- violent or anything.

11         Q      But you were convicted of a crime for

12  that?

13         A      Yeah.  It was a misdemeanor.  I had

14  to pay a fine for a hundred dollars.

15         Q      Okay.  Have -- have there been any

16  other occasions when you have been convicted of a

17  crime?

18         A      No.  I don't think so.

19         Q      You don't think so.  Okay.  What is

20  your social security number?

21         A      579- --

22                MR. MAYE:  Oh, I -- John, I don't

23  know if that's appropriate.

24                THE WITNESS:  Oh.

25                MR. McKAY:  It actually is, Brian.



Page 36

```
 1        Q      Go ahead.
 2               MR. MAYE:  I'm not her attorney, so
 3   I -- I --
 4               MR. McKAY:  It -- it will be redacted
 5   if it -- if the deposition transcript or any
 6   portion of it is filed in the public record, as
 7   is required by the rule, but there is nothing
 8   inappropriate about asking the number.
 9               MR. MAYE:  I'm not her attorney, so
10   I -- I can't advise her, so --
11               THE WITNESS:  Well, I'm not
12   comfortable saying it anymore, but it ends 4944.
13   BY MR. McKAY:
14        Q      4944.  Okay.  And what are the two
15   numbers in the middle?
16        A      I'm not giving them to you.
17        Q      Okay.  Do you want to give them off
18   the record?
19        A      I don't want to do it at all now,
20   because he's saying no.  That kind of -- yeah, I
21   don't want to do it.
22        Q      All right.  Well, he's -- he's not
23   your attorney, but you're uncomfortable giving
24   your number so that we can just verify the
25   information that you have given?
```



Page 37

```
 1        A      You can -- I don't know.  I'm just

 2   uncomfortable doing it now.

 3        Q      Okay.  Because Mr. Maye raised the

 4   concern?

 5        A      I guess, yeah.

 6        Q      Okay.  And Mr. Maye also told you

 7   where you were sitting on the plane, right?

 8        A      He showed me a photo.  Yes.

 9        Q      And you didn't -- prior to that, you

10   didn't remember where you were sitting, right?

11        A      I said I don't remember the seat

12   number.  I remember that I was in the middle

13   seat, Rashaad was on the end, and a lady was in

14   the window seat.

15        Q      You remember that part?

16        A      Yeah.

17        Q      But you don't remember what row it

18   was?

19        A      No, I don't, but I can just pull up

20   my ticket if you want to confirm.

21        Q      Well, it doesn't matter to me.  I'm

22   just asking you your recollection as you sit here

23   today.

24        A      Well, yeah, I don't remember the seat

25   number.  No, I don't.
```



Page 38

```
 1        Q     Okay.  And you don't remember whether
 2   there was anybody seated across from you?
 3        A     I don't remember who was seated
 4   across from me.  No, I don't.
 5        Q     Okay.  Now, you said that you fell
 6   asleep until there was some commotion that woke
 7   you up, is that accurate?
 8        A     Correct.
 9        Q     Okay.  So what you do recall is
10   falling asleep, waking up because of a commotion,
11   the commotion involved taking a child out of his
12   seat and taking him to the back of the plane, and
13   that was done by a flight attendant, you remember
14   all that part?
15        A     Yep.
16        Q     Okay.  And when you woke up, do you
17   remember if it was -- if the plane cabin was dark
18   or light?
19        A     No.
20        Q     Do you remember how many flight
21   attendants were attending to the child or were
22   near the child at the time of the commotion?
23        A     No.
24        Q     Do you remember seeing whether
25   anybody was up front in the cabin of the airplane
```



1    at the time?

2         A     No.

3         Q     Okay.  Could there have been people

4    up there in the front galley?

5         A     I guess it's possible.

6         Q     Okay.  It's just you didn't -- you

7    didn't look?

8         A     I don't recall.

9         Q     Okay.  And in the middle seat, you

10   would have had to look over Rashaad to -- to see

11   anything in the aisle, right?

12        A     No, not really.  I just would look to

13   the right.

14        Q     I know, but to the right, Rashaad was

15   sitting to the right, correct?

16        A     Yes.  In a seat right where my level

17   is.  So if you turn, you can see right into the

18   aisle.  I don't have to lean up or lean back or

19   anything like that.

20        Q     Right.  But you couldn't see through

21   Rashaad, right?

22        A     Right.  But I can see right next to

23   me.

24        Q     I've got you.  All right.  We've --

25   we've all been in middle seats.



Page 40

```
 1              So you -- you had Rashaad sitting
 2    next to you.
 3              How big is Rashaad?
 4       A    He's skinny.  He's not big at all.
 5       Q    Okay.  All right.
 6              MR. MAYE:  Easy to -- easy to see
 7    past.
 8    BY MR. McKAY:
 9       Q    Well, he's not --
10       A    Yeah.
11       Q    He's not transparent, I assume.
12       A    He's not fat, so I wouldn't have to
13    look around him.
14       Q    Gotcha.  All right.  But, still, he's
15    seated in the seat, he's occupying the seat to
16    your right --
17       A    Right.
18       Q    -- correct?
19              Okay.
20       A    Correct.
21       Q    All right.  Now, what woke you up?
22       A    Again, I heard some commotion --
23       Q    All right.
24       A    -- people moving around.
25              Rashaad kind of nudged me to see
```



Page 41

1    what --

2         Q      He did?

3         A      Yeah.

4         Q      So Rashaad noticed something going on

5    as well?

6         A      Yeah, but -- yeah.  We all did.

7         Q      Okay.  All right.  And -- oh, you all

8    did, so the lady next to you as well?

9         A      Yeah.

10        Q      Did you talk to her at all?

11               Did you talk --

12        A      Yeah.

13        Q      -- to her at all?

14               Okay.  And -- and did you talk to her

15   about the commotion?

16        A      Yeah.

17        Q      All right.  And do you remember what

18   she was saying about the commotion?

19        A      They were moving a little boy, wonder

20   why they moved -- move a little boy, what's going

21   on, stuff like that.

22        Q      Okay.  Speaking of wonder why and

23   what's going on, do you remember the dad standing

24   up and asking people in your row what had

25   happened?



Page 42

```
 1       A      Yeah.  He was like what's going on,
 2  why did they take him.
 3       Q      Okay.  And --
 4       A      We don't know.
 5       Q      And that's what you said, was we
 6  don't know?
 7       A      Yeah.
 8       Q      Was that you who said that or
 9  somebody else?
10       A      I said, "I don't know."
11       Q      Okay.  So you didn't know why the --
12  the boy was taken?
13       A      No.
14       Q      And that was right at the time it was
15  done, you didn't know why he was taken?
16       A      Correct.
17       Q      Okay.  So you didn't know anything
18  about the circumstances?
19       A      No.
20       Q      Okay.
21       A      I didn't --
22       Q      So --
23       A      -- know then.
24       Q      So in response to Mr. Maye's
25  questions, when he asked you about things about
```



Page 43

```
 1   characterizing what was going on, you didn't have
 2   any basis on which to characterize it, did you?
 3        A     What do you mean?
 4        Q     Well, I mean, you didn't know
 5   anything about the circumstances going on, so you
 6   really couldn't characterize whether it was
 7   appropriate or outrageous or racist or anything
 8   like that, right?
 9              MR. MAYE:  Object to form.
10              THE WITNESS:  It didn't look like it
11   to me.
12   BY MR. McKAY:
13        Q     But you didn't have any background as
14   to what had been going on preceding that, do you?
15              MR. MAYE:  Object to form.
16              THE WITNESS:  No.  But, again, it
17   didn't look like racism.  I didn't think it was
18   outrageous.  They didn't slam him on the ground,
19   they didn't yank the little boy up.
20   BY MR. McKAY:
21        Q     Okay.
22        A     It was very --
23        Q     They didn't shoot him --
24        A     -- civilized.
25        Q     They didn't shoot him, right?
```



Page 44

```
 1          A      Right.

 2          Q      Right.  Okay.

 3          A      It was civilized.

 4          Q      Okay.  It was civilized?

 5          A      Yeah.  It wasn't like, "Get your butt

 6     up here" or "Excuse me, sir," or "I'm gonna

 7     arrest you," you know, something like that.

 8          Q      And you think that things like that

 9     would have to occur in order for it to be racism?

10               MR. MAYE:  Object to form.

11               THE WITNESS:  No.  For it to be

12     outrageous.

13     BY MR. McKAY:

14          Q      Oh, for it to be outrageous.  Okay.

15     All right.  If you were in a plane and somebody

16     came and smacked you in the back of the head,

17     would you consider that outrageous?

18          A      Yeah.

19               MR. MAYE:  Object to form.

20     BY MR. McKAY:

21          Q      Okay.  And if somebody separated you

22     from your traveling companion because your

23     traveling companion was of a different color of

24     skin, would that be considered racism to you?

25               MR. MAYE:  Object to form.
```



Page 45

1                    THE WITNESS:  Yes.

2                    But was that the situation?

3    BY MR. McKAY:

4         Q    Well, you don't know, do you?

5         A    Right.

6         Q    Right.  Okay.  So it's not

7    appropriate for you to make characterizations

8    about situations that you don't have the facts

9    on, right?

10                   MR. MAYE:  Object to form.

11                   THE WITNESS:  No, I observed, and I

12   made my comment, that's it, and my opinion.

13   BY MR. McKAY:

14        Q    Got you.  But you were asleep until

15   the commotion, right?

16        A    Not the whole flight.  Again, I said

17   I was asleep for about 10, 20 minutes.

18        Q    Okay.

19        A    So I -- I seen them get on the plane,

20   I was woke --

21        Q    All right.

22        A    -- you know, during most of the --

23   the flight.

24                   After that happened, I was woke

25   during the rest of the time, because I didn't



1    know what was gonna happen afterwards.

2         Q     When you saw them on the flight

3    before you went to sleep, did they just -- did

4    they look like a normal dad and kid to you?

5         A     No.

6         Q     No?

7         A     No.

8         Q     Why is that?

9         A     Because he's an African little boy

10   and a Caucasian male.  That's just something you

11   don't see every day, so I didn't think it was a

12   dad and a son.

13        Q     Because they were of different

14   colors?

15        A     Yeah.

16        Q     Okay.  Have you ever heard of people

17   of different colors adopting people of different

18   colors?

19        A     Of course.

20        Q     Of course.  So why didn't you just

21   assume that this was a dad and his adopted son?

22        A     Because like I said, that man was

23   acting weird.

24        Q     Well, you said he was acting weird

25   after the commotion.



```
 1        A      He was acting weird before.  You
 2   didn't ask me if he was acting weird before.  He
 3   was acting weird when he got on.  He just --
 4        Q      All right.
 5        A      -- acted weird.
 6        Q      In what way was he acting weird, in
 7   your opinion?
 8        A      He was nervous.  He was acting like
 9   something was wrong.  He was nervous, looking
10   around a lot, fidgeting a lot, but that could
11   have just been him.  He could have just been that
12   type of person.  He pops the pills and, you know,
13   stuff like that, so I don't know.
14        Q      Some people don't like to fly, right?
15        A      Right.
16        Q      Right.  So some people who don't like
17   to fly might look nervous on a flight, right?
18        A      Yeah, but other situ- -- other like
19   circumstances gonna lead me to think something
20   else.
21        Q      Well, other than his acting fidgety,
22   did you see anything that caused you to say that
23   he was acting weird?
24        A      Fidgety, looking around like he was
25   nervous.
```



Page 48

1          Q      That -- we've already covered that.

2    He could have been nervous because he was flying.

3                  Was there anything else?

4                  MR. MAYE:  Object to form.

5                  THE WITNESS:  I already -- I told you

6    what I thought.  I'm confused what you're asking

7    me.

8    BY MR. McKAY:

9          Q      Okay.  I'm asking you about before

10   the commotion and why were you observing these --

11   this dad and his son?

12         A      Because he was on the plane, and he

13   was walking back, and I was already seated.  So I

14   observed mostly everybody who was on the plane.

15         Q      Were you observing anybody else on

16   the plane?

17         A      Yeah.  I observed the old lady, I

18   observed the lady that was next to me, I observed

19   the people in the back that was having a good

20   time drinking.  I observed -- I'm on a plane.

21   I'm observing everyone.

22         Q      Right.  And there's like 150 people

23   on the plane, right?

24         A      Right.

25         Q      So you weren't watching everybody all



Page 49

1    the time, were you?

2         A      Right.  But he was right there.

3         Q      Okay.  And so you saw that he was

4    fidgety, and you're talking about the dad or the

5    son?

6         A      The dad.  The -- the son, he was just

7    looking at the tablet, and that was basically --

8    that's all I remember about the little boy.  He

9    was just focused on the tablet.

10        Q      So you remember the little boy for

11   the -- basically every time you saw him on the

12   flight, he was focused on his tablet that he had

13   with him?

14        A      Yeah, I guess.

15        Q      Okay.  And when you say "tablet," in

16   this day and age, we're talking about like an

17   iPad?

18        A      I don't know what kind of tablet it

19   was, but yeah, like one of those little devices.

20        Q      Like an electronic tablet?

21        A      Yeah.

22        Q      Okay.  And you're positive that you

23   saw him with his electronic tablet?

24        A      Yeah.

25        Q      Could you see what he was doing on



Page 50

```
 1    it?  Was he gaming or did he --
 2         A      No, I couldn't see what he was doing.
 3         Q      You couldn't.  Okay.  And so when you
 4    looked over during the commotion, did you see him
 5    with the tablet in his hands?
 6         A      I don't really remember.
 7         Q      Was it a white tablet or a different
 8    color?
 9         A      I don't remember.
10         Q      Big, little?
11         A      What do you mean, big or little?
12         Q      I mean was it --
13         A      Oh.
14         Q      Was it like a phone-size tablet, or
15    was it like about the size of a magazine?
16         A      I don't remember.
17         Q      You don't remember the size of the
18    tablet you saw?
19         A      No.
20                MR. MAYE:  Object to form.
21    BY MR. McKAY:
22         Q      All right.  So when you saw him in
23    the back of the plane on his tablet, do you
24    remember then how big it was?
25         A      No.  I wasn't looking at the size.  I
```



Page 51

```
 1   don't remember.

 2        Q     Okay.  And, in fact, you didn't just

 3   stand there and stare at him, did you, for --

 4        A     Right.

 5        Q     -- a length of time?

 6        A     No.

 7        Q     You were just walking past going to

 8   the restroom?

 9        A     Yeah.

10        Q     Okay.  So you just glanced for a

11   second?

12        A     Yeah.  I was being nosy.  I looked to

13   see what was happening.

14        Q     Okay.  So for that little second you

15   didn't notice him crying, right?

16        A     No.

17        Q     Okay.

18        A     He didn't cry at all.

19        Q     Well, now, if you say he didn't cry

20   at all, then we are going to wonder how long you

21   were watching him, because you just said that

22   you --

23        A     He wasn't crying when they -- he

24   asked me was he crying when they took him.  He

25   wasn't like, "Oh, no, Daddy, don't take" --
```



```
 1  "don't let them take me."  He didn't say anything
 2  like that.  He was quiet and kept going.
 3               When he was in the back, I didn't
 4  hear any boo-hoo crying back there from the
 5  plane.  I could hear the people in the back
 6  drinking, you know, and they were ha-ha laughing,
 7  so I could definitely hear if he was in tears,
 8  crying.  We didn't hear that.  I -- well, I
 9  didn't hear that.
10      Q    You think that if you were, in fact,
11  as Mr. Maye has instructed you, that you were in
12  row 17, you think you would have heard someone in
13  row 30 crying?
14      A    If he was in tears, crying, like "I
15  want my Daddy," I would be able to hear them
16  because, again, I heard the people back there
17  drinking, and they were laughing and, you know,
18  hoorahing around.  So if I can hear them all the
19  way in the back near the bathroom, I should be
20  able to hear him as well.
21      Q    You -- if you could hear people
22  shouting, you could also hear --
23      A    I didn't say that -- I didn't say
24  they were shouting; I said they were laughing.
25      Q    You --
```



Page 53

```
 1          A      Go ahead.

 2          Q      You fly a lot?

 3          A      No.

 4          Q      Okay.  But you do understand that --

 5   that the airliners have jet engines that make

 6   them go through the sky, right?

 7          A      Okay.

 8          Q      And those engines are pretty loud,

 9   right?

10          A      Okay.

11          Q      So being able to hear somebody

12   sobbing 13 or 14 or 15 rows away would be kind of

13   difficult over a jet engine, wouldn't it?

14          A      Was he silently crying?

15                 MR. MAYE:  Object to form.

16                 THE WITNESS:  Was he silently crying?

17   BY MR. McKAY:

18          Q      Yeah.  Was he silently crying, do you

19   know?

20          A      I don't know.  That's what I'm

21   asking.

22          Q      Okay.

23          A      I didn't hear him crying, I didn't

24   see him crying.  That's what I said.

25          Q      Right.  But -- okay.  So what you're
```



Page 54

```
 1   saying is you didn't hear him 13 rows away crying
 2   over the people who were partying?
 3        A     I never heard him crying.  He didn't
 4   cry when they took him away, he didn't cry when I
 5   walked past him back there.  He didn't look like
 6   his eyes were puffy, he didn't look like he had
 7   been crying, so no, I did not see the little boy
 8   crying.
 9        Q     Were the lights down when you went to
10   the restroom?
11        A     I don't recall, but I seen the little
12   boy.
13        Q     Yeah.  But are you saying that the
14   lights were up high enough for you to see whether
15   his eyes were puffy?
16        A     Yeah.
17        Q     You think they were when you --
18        A     Yeah.
19        Q     -- went to the restroom?
20        A     Yeah.
21        Q     All right.  You don't think that the
22   lights were down -- were dimmed?
23        A     No, I don't.
24        Q     The --
25        A     I don't think that they were dim
```



Page 55

1    enough where I couldn't see anything.  It wasn't

2    pitch black.  I can see.  I have 20/20 vision.

3         Q     No, I didn't -- I didn't mean to

4    suggest that you couldn't see anything, but I'm

5    talking about details.

6              Weren't the -- weren't the lights

7    kind of dim?

8         A     Yeah.  But, again, I would be able to

9    see his full face.  It's not pitch black, so I

10   could see.

11        Q     And how about the man who seated next

12   to him?

13        A     The man seated --

14              MR. MAYE:  Object to form.

15              THE WITNESS:  What about him?  He

16   wasn't crying either.

17   BY MR. McKAY:

18        Q     He wasn't crying either, and he was

19   seated right next to him?

20              MR. MAYE:  Object to form.

21              THE WITNESS:  I don't remember.

22   BY MR. McKAY:

23        Q     What about the woman -- what about

24   the woman seated next to him in the aisle, in the

25   aisle seat?



Page 56

```
 1                  MR. MAYE:  Object to form.
 2                  THE WITNESS:  I don't recall.  I
 3     wasn't paying attention to them.  I was just
 4     looking at the little boy.
 5     BY MR. McKAY:
 6          Q     Was she a white woman or a black
 7     woman?
 8                  MR. MAYE:  Object to form.
 9     BY MR. McKAY:
10          Q     I'm sorry?
11          A     I don't recall.
12          Q     Okay.  Was she talking to him?
13                  MR. MAYE:  Object to form.
14                  THE WITNESS:  I don't recall.
15     BY MR. McKAY:
16          Q     Okay.  And the man next to him, was
17     that a white man or a black man?
18          A     I don't recall.
19          Q     Okay.  Was it one of the flight
20     attendants?
21          A     I don't recall.
22          Q     Okay.  You don't recall anything
23     about that?
24          A     No.
25          Q     Okay.  Because you were just passing
```



Page 57

1    by to go to the restroom?

2          A       Correct.

3          Q       Okay.  How many times did you speak

4    with somebody from Mr. Maye's office after the

5    flight?

6          A       Like once.

7          Q       Just once?

8          A       Uh-huh.

9          Q       What about this week?

10         A       Once -- oh, no, twice, because I

11   talked to her today.

12         Q       Okay.  And when you say "her," who is

13   that?

14         A       I guess she's a paralegal or a

15   receptionist.  I don't know.

16         Q       Did she identify herself?

17         A       I don't remember her name.

18         Q       Okay.  But did she say what role she

19   plays for Mr. Maye's office?

20         A       I believe she said she was a

21   paralegal or -- but, again, I don't know.  She

22   might have just been a receptionist.

23         Q       Okay.  Previously, when you talked

24   with somebody from his office, do you know

25   whether that was the same paralegal?



Page 58

```
 1          A      I don't know.

 2          Q      You don't know?

 3          A      That was years ago.

 4          Q      Oh, I'm sorry, what?

 5          A      That was years ago, so I don't know

 6   if that's the same person.

 7          Q      Well, the flight was years ago too,

 8   wasn't it?

 9          A      Right.  That's why I don't recall a

10   lot of stuff.

11          Q      Okay.  The person that you talked to

12   years ago, did you talk to that person in person

13   or on the telephone?

14          A      On the phone.

15          Q      All right.  Now, you talked about an

16   observation of the father exiting the airplane,

17   but I think you testified that they held him back

18   until everybody else had exited, right?

19          A      Right.

20          Q      Okay.  So everybody else would

21   include yourself, wouldn't it?

22          A      Right.

23          Q      So you had already exited the plane

24   before the father did, right?

25          A      Correct.
```



Page 59

```
 1         Q      Okay.  So when you testified that he
 2    did or didn't certain things at the time he
 3    exited, you weren't there when he exited, were
 4    you?
 5         A      Like what?
 6         Q      Like your testimony.
 7         A      No, like what kind -- what kind of
 8    things did I say he did when he exited?
 9         Q      You said you didn't hear certain
10    things between the flight attendant and
11    Mr. DelVecchia when he exited the plane, but you
12    were already off the plane at that point weren't
13    you?
14         A      Yes.  I didn't hear anything.
15         Q      Okay.  So that's what you mean by you
16    didn't hear anything.
17               All right.  Hang on just a second.
18    Let me see if I have anything else.
19               So when you saw the father
20    afterwards, you said that he had taken a magazine
21    and he -- he looked weird, I guess, was your
22    word, right?
23         A      He was acting weird.  He looked
24    nervous.
25         Q      Okay.  Now, could he have been in
```



Page 60

1    pain?

2          A     No.  I didn't --

3          Q     He could not have been in pain?

4          A     It didn't look like pain.  It looked

5    like nervousness.

6          Q     Do you know what people look like

7    when they're in pain?

8          A     I never seen him do this

9    (indicating), I never seen nobody hit him in the

10   back of his head.  Again, he was like looking

11   around nervously.  I never seen nobody do that

12   when they're in pain.  He wasn't looking like in

13   pain.  He looked -- he was nervous.  He -- again,

14   he took a little pill.  I thought maybe he was

15   committing suicide.

16         Q     Are you being funny?

17         A     No.  I thought he was taking a pill

18   because he got caught doing something.  I'm being

19   serious.

20         Q     So you're of the opinion that he got

21   caught doing something, and you thought he was

22   maybe taking a cyanide pill like a -- like a --

23         A     Yeah.

24         Q     -- Nazi war criminal?

25         A     Yeah.



Page 61

```
 1        Q      Is that your thought here?
 2        A      Yeah.
 3        Q      Why have you reached that kind of
 4   thinking?
 5        A      Because he -- because, again, he was
 6   acting nervous.  He was --
 7        Q      So --
 8        A      -- acting nervous.
 9        Q      -- if you see a person acting
10   nervous, then, in your mind, that person is a
11   criminal?
12        A      No.  But it could be, you know, they
13   did something wrong.
14        Q      Are you trained in -- in criminology
15   or police actions?
16        A      Not at all.
17        Q      Okay.  So -- so you want us to
18   believe that if you see someone fidgety or
19   nervous, that they're probably a criminal?
20        A      No.  I never said that.
21        Q      Well, you said that you seriously
22   thought that he was taking a cyanide pill like a
23   Nazi war criminal to -- to commit suicide.
24               MR. MAYE:  Object to form.
25               THE WITNESS:  I didn't say like a
```



Page 62

1   Nazi war criminal.  I don't -- no, I didn't say

2   that.  I said that he was taking a pill, and I

3   thought that he was committing suicide.  That is

4   what I said on the plane, and I was like, you

5   know, freaked out.  So I had to stay up the whole

6   time, trying to monitor what he was doing,

7   because he kept moving around, fidgety, looking

8   around.

9            But now you're saying that's his son,

10   then maybe that was why, but, again, he was being

11   weird.  He ripped the address off of a magazine,

12   which is weird.  Why would you do that?  So --

13   and then, you know, yeah.  So the circumstances,

14   he's coming from North Carolina, going all the

15   way to Vegas and then they took the little boy,

16   so we're just -- a theory.  We're on the plane.

17   BY MR. McKAY:

18        Q     Are you this suspicious of everybody

19   you observe on a plane?

20        A     Yeah.

21        Q     Did you call the call button to -- I

22   mean, in your testimony, there's a -- there's a

23   man you're observing possibly committing suicide.

24              Did you call the -- the call button?

25        A     No.



Page 63

```
 1        Q      Why not?

 2        A      Why would I call a call button?  They

 3   already had him monitored.  They were already on

 4   the situation.

 5        Q      They're already monitoring him, you

 6   say?

 7        A      Yeah.  And they already talked to

 8   him.  They're -- they know where he is.  If they

 9   wanted to check on him to see if he was still

10   alive, they could have.  That's not my job.

11        Q      If he had died, would that have --

12   would have made any difference to you?

13        A      Then I would he have called someone,

14   like, "Hey, something's wrong with him."

15        Q      Well, he's dead at that point.

16        A      Yeah.

17        Q      Well, you didn't want to save his

18   life?

19        A      What do you mean?

20        Q      Well, you said you thought he was

21   committing suicide.

22               Didn't you want to save his life?

23        A      And I looked at him, and he was fine.

24   He was still alive.  He didn't die.  If he would

25   have died, of course I would have said, boom, "I
```



Page 64

1    seen him take a pill, and now he's dead."

2         Q     Well, that's not very helpful to him,

3    is it?

4         A     Well, I guess it would be.  I don't

5    know.

6         Q     Why don't you like him?

7         A     I do.  I don't know him.  I don't --

8         Q     Why do you -- why do you want him to

9    die?

10               MR. MAYE:  Oh, object to -- object to

11    form.

12               THE WITNESS:  Wow.  I never said I

13    wanted him to die.

14               MR. MAYE:  That's -- that's

15    ridiculous, John.

16    BY MR. McKAY:

17         Q     You said that you would only call for

18    help if he was --

19         A     No, no, no.  I would have called and

20    alerted them that he took a pill and now he's

21    dead.

22         Q     But you didn't alert them that he

23    took a pill.

24         A     Yeah.  Because I don't know what pill

25    he took.



Page 65

```
 1        Q      Right.  It could have been an
 2   aspirin, right?
 3        A      Exactly.  That's what I said.
 4        Q      Do people in pain take aspirin?
 5        A      Yeah.  Yeah.
 6        Q      Okay.  So maybe --
 7        A      It could have been a Xanax, because
 8   he was nervous, he needed to calm his nerves.
 9        Q      You know, you seem to keep going back
10   to that.  You seem to want him to be a criminal.
11        A      Nervous --
12               MR. MAYE:  Object to form.
13   BY MR. McKAY:
14        Q      Why do you want --
15        A      No, sir.  I never said he was a
16   criminal.  I said he was nervous.  When you're
17   nervous, that doesn't make you a criminal.
18        Q      No, I agree.
19        A      I'm nervous and I -- I have anxiety.
20   That doesn't make me a criminal.  So if you're
21   nervous, you would take something for nerves.
22        Q      If I came into your house right now
23   and took your child and left, would you be
24   nervous?
25               MR. MAYE:  Object to form.
```



Page 66

```
 1              THE WITNESS:  I would be upset.
 2   BY MR. McKAY:
 3        Q     You'd be upset?
 4        A     Yeah.  I wouldn't be nervous.  I
 5   wouldn't be fidgeting around.  I would be going
 6   to do something about it.
 7        Q     You don't think somebody observing
 8   you being upset might think that you were
 9   nervous?
10        A     No.
11        Q     Why?
12        A     Because I wouldn't act nervous.  I
13   wouldn't be like looking around and being
14   nervous.  Like I would be doing something about
15   getting my child back.
16        Q     Well, if you didn't know why your
17   child was taken or where they had been taken,
18   wouldn't you be looking around?
19        A     Yeah, not -- not the way he was
20   looking around.  He wasn't looking around like
21   where my child is.  He knew where the child was
22   at.  Everybody knew where the child was.
23              He was like nervous.  You know when
24   someone's nervous.  You know when someone's --
25        Q     It seems like you have made a
```



Page 67

1    judgment about him.

2          A     No.

3          Q     Did you know that?

4          A     No.  I didn't make a judgment about

5    him; I made an observation.

6          Q     Well, it seems like you have taken

7    your observation and decided that he had done

8    something wrong, and I am wondering why that is.

9          A     No.

10               MR. MAYE:  Object to form.

11   BY MR. McKAY:

12         Q     Do you think because the flight

13   attendant took the child, the flight attendant

14   must have been doing the right thing?

15         A     I don't know.

16         Q     You don't know, so --

17         A     No.

18         Q     -- it could have been -- it could

19   have been a mistake, couldn't it?

20         A     Correct.

21         Q     It could have been a bad decision by

22   the flight attendant, couldn't it?

23         A     I don't know.

24         Q     You don't know, so it could have

25   been, right?



Page 68

```
 1              MR. MAYE:  Object to form.
 2   BY MR. McKAY:
 3        Q     If Mr. DelVecchia had been black,
 4   would you have thought that there was anything
 5   different or unusual about him walking in with
 6   his black son?
 7              MR. MAYE:  Object to form.
 8              THE WITNESS:  I don't know.  If they
 9   didn't look alike.
10   BY MR. McKAY:
11        Q     If they didn't look alike?
12        A     Yeah.
13        Q     So you would have judged whether they
14   were unusual by whether they had the same family
15   characteristics?
16        A     Yep.
17        Q     Did you think they didn't look like a
18   family?
19        A     Nope.
20        Q     I am sorry, yes or no?
21        A     No.
22        Q     You -- well, let's be clear on that.
23              You thought they didn't look like a
24   family?
25        A     No.
```



Page 69

1      Q      Okay.  Did you think they looked like

2  a family?

3      A      I'm confused what you're asking me

4  because I said --

5      Q      And I'm confused by your answer, so

6  that's why I'm trying to clarify.

7             Did you think that Peter and the

8  child looked like a family?

9      A      No.

10     Q      Okay.  And is your observation of

11 them affected by that thought?

12     A      That they didn't look like a family?

13     Q      Yeah.

14     A      No.

15     Q      Well, did you think something was

16 going on that was improper because they didn't

17 look like a family?

18     A      No.  I thought something was going on

19 because they removed the little boy from the

20 man --

21     Q      Okay.

22     A      -- so --

23     Q      And that gets back to the conclusion

24 that if they were removing him, he must have done

25 something wrong or somebody must have done



 1    something wrong, right?

 2         A     Right.

 3         Q     So when you see videos of police

 4    drawing their guns on somebody who they've

 5    stopped in a car, do you think in those

 6    situations that the person in the car has always

 7    done something wrong?

 8              MR. McKAY:  Object to form.

 9              THE WITNESS:  Say that again.  Can

10    you say that again?

11    BY MR. McKAY:

12         Q     Well, if the police pull over a car,

13    then the driver of the car must have done

14    something wrong, is that what you think?

15              MR. MAYE:  Object to form.

16              THE WITNESS:  They're getting pulled

17    over?  Yeah.

18    BY MR. McKAY:

19         Q     Yeah, yeah.  Okay.  So then if the

20    police draw their guns on the person in the car,

21    then that must be appropriate, because the person

22    had been doing something wrong when they got

23    pulled over?

24         A     The police pull their gun out on

25    anybody.



1      Q     Do you think that's appropriate?

2      A     Not if the police.

3      Q     I'm sorry?

4      A     Not if the police.  No.  I don't

5   think that's appropriate.

6      Q     It's not appropriate for the police

7   to do that, right?

8      A     To pull out -- pull out their guns on

9   everyone, no.

10     Q     Especially if -- if everyone, what

11   you're referring to, are people of color, right?

12     A     No, on anybody.

13     Q     Anybody.  But people of color get --

14   get into trouble with the police a lot and it

15   gets on video, right?

16           MR. MAYE:  Object to form.

17   BY MR. McKAY:

18     Q     You don't think so?

19     A     I see police videos of everyone, of

20   all colors.

21     Q     Well, did you observe the events the

22   last couple of years, the -- the Black Lives

23   Matter parades and -- and demonstrations?

24           Did you observe those?

25     A     Not really.



Page 72

1        Q      So you don't know that they occurred?

2        A      The Black Lives Matter?  I know about

3    the movement, but I don't watch videos and all

4    that.

5        Q      You didn't see any news about any

6    kind of demonstrations in the street concerning

7    Black Lives Matter?

8        A      Again, I don't really follow that.

9        Q      You don't watch the news?

10        A      Not really.  It's depressing.

11        Q      Gotcha.  Okay.

12                All right.  Well, I think that is all

13    I have.

14                Thank you very much, Ms. Hayes.

15        A      Awesome.  Thank you.

16                MR. MAYE:  I have no questions.

17                THE VIDEOGRAPHER:  Off the record,

18    and the time is 10:13 (sic).

19

20                (Deposition concluded at 11:13 a.m.)

21

22

23

24

25



Page 73

```
 1                   DEPOSITION ERRATA SHEET

 2

 3    Job Number:          866903

 4    Case Caption:        PETER DELVECCHIA, et al.,

                           vs. FRONTIER AIRLINES, INC.,

 5                         et al.

 6    Deponent:            BRIANNA HAYES

 7    Deposition Date:     AUGUST 31, 2022

 8

 9         DECLARATION UNDER PENALTY OF PERJURY

10              I declare under penalty of perjury

11    that I have read the entire transcript of my

12    deposition taken in the above captioned matter or

13    the same has been read to me and the same is true

14    and accurate, save and except for changes and/or

15    corrections, if any, as indicated by me on the

16    DEPOSITION ERRATA SHEET hereof, with the

17    understanding that I offer these changes as if

18    still under oath.

19

20    Signed on the _____ day of _____,

21    20___,

22

23         _____

24                   BRIANNA HAYES

25
```



Page 74

```
 1                 DEPOSITION ERRATA SHEET

 2    PAGE   LINE   CHANGE

 3    _____

 4    _____

 5    _____

 6    _____

 7    _____

 8    _____

 9    _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23

24    SIGNATURE:_____DATE:_____

25                   BRIANNA HAYES
```



Page 75

1              DEPOSITION ERRATA SHEET

2    PAGE  LINE  CHANGE

3    _____

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19   _____

20   _____

21   _____

22   _____

23

24   SIGNATURE:_____DATE:_____

25                   BRIANNA HAYES



Page 76

1 COMMONWEALTH OF VIRGINIA,

2 CITY OF VIRGINIA BEACH, to wit:

3          I, Debra-Lynn Baker, RPR, CSR, a Notary

4 Public for the Commonwealth of Virginia at large,

5 do hereby certify that the foregoing proceedings

6 were taken before me at the time and place herein

7 set forth; that a verbatim record of the

8 proceedings was made by me using machine

9 shorthand which was thereafter transcribed under

10 my direction; further, that the foregoing is an

11 accurate transcription thereof; further, before

12 completion of the proceedings, review of the

13 transcript was requested.

14          I further certify that I am not related

15 to nor otherwise associated with any counsel or

16 party to this proceeding, nor otherwise

17 interested in the outcome thereof.

18          Given under my hand this 14th day of

19 September, 2022.

20                              _____

21                              Debra-Lynn Baker, RPR, CSR
                                Notary Public for the

22                              Commonwealth of Virginia at
                                Large

23

24 My commission expires:  March 31, 2025

25 Notary Registration No.: 303065



**A**

**able**
52:15,20 53:11 55:8
**accurate**
38:7 73:14 76:11
**acknowledge**
5:20
**act**
13:25 18:16 29:11
   66:12
**acted**
15:6 29:21 47:5
**acting**
19:6,10 24:7,11 30:2
   46:23,24 47:1,2,3,6
   47:8,21,23 59:23
   61:6,8,9
**actions**
26:4 61:15
**activity**
12:25 19:1
**address**
8:13,15 10:6 19:9
   62:11
**ADLER**
3:9
**adopted**
46:21
**adopting**
46:17
**adult**
13:24
**advise**
36:10
**advocate**
21:22
**African**
46:9
**aft**
27:3
**age**
49:16
**aggressive**
15:2,3
**ago**

20:2 58:3,5,7,12
**agree**
5:20 65:18
**agreed**
6:19
**agreement**
6:3
**ahead**
5:11,12 15:22 36:1
   53:1
**Airbus**
11:20
**aircraft**
11:20 14:17 16:4
   18:8,23 19:16 23:10
   24:6,15,16,19 25:16
   26:3,21 27:3,8,18
   28:3,7,23
**airline**
23:18
**airliners**
53:5
**Airlines**
1:7 2:7,15 3:8 73:4
**airplane**
38:25 58:16
**aisle**
12:17,21 13:2,5 14:7
   39:11,18 55:24,25
**al**
1:4,7 2:4,7 73:4,5
**alert**
64:22
**alerted**
64:20
**alike**
68:9,11
**alive**
63:10,24
**and/or**
73:14
**anger**
29:11
**answer**
7:15,22 8:6 13:9
   15:22 27:13 69:5

**answered**
23:4
**answers**
7:19
**anticipate**
8:17
**anxiety**
65:19
**anybody**
13:5 38:2,25 48:15
   70:25 71:12,13
**anymore**
17:12 36:12
**appear**
30:1,9
**appearances**
3:1 5:8
**appreciate**
30:17
**appropriate**
35:23 43:7 45:7
   70:21 71:1,5,6
**approximately**
11:1
**area**
13:2 19:13 22:24
   28:10
**Aria**
9:1
**arrangements**
11:15
**arrest**
44:7
**asked**
23:3 26:25 42:25
   51:24
**asking**
7:14 21:9 36:8 37:22
   41:24 48:6,9 53:21
   69:3
**asleep**
16:1 38:6,10 45:14
   45:17
**aspirin**
65:2,4
**assaulted**

25:22
**assigned**
11:23
**associated**
76:15
**assume**
28:14 40:11 46:21
**assumed**
28:13
**attempted**
26:23
**attendant**
13:1,11,15,20,25
   14:6,8,15 15:5,13
   23:21 24:2 25:22
   26:2,4,12 27:4,9
   28:3 38:13 59:10
   67:13,13,22
**attendants**
29:11 38:21 56:20
**attendant's**
13:23
**attending**
38:21
**attention**
56:3
**attorney**
3:5,10 8:5 20:2 36:2
   36:9,23
**attorneys**
8:3
**audible**
7:17
**August**
1:15 2:17 5:1,5 73:7
**AVENUE**
3:4
**awake**
15:24 16:4,7
**aware**
16:5,5
**Awesome**
72:15
**A.D**
5:14
**a.m**



2:16,16 5:2,2,6
72:20

**B**

**back**
13:13 14:16 16:4
17:1 18:8,23 19:12
19:15,23 20:25 21:4
21:7,17 22:23 23:10
23:17,17 24:6,15,16
24:19 25:8,13 26:3
26:20,21,24,25 27:1
27:2 38:12 39:18
44:16 48:13,19
50:23 52:3,4,5,16
52:19 54:5 58:17
60:10 65:9 66:15
69:23
**background**
43:13
**bad**
67:21
**Baker**
1:25 2:18 76:3,21
**based**
15:10 30:7
**basically**
34:13 35:4 49:7,11
**basis**
43:2
**bathroom**
52:19
**BEACH**
76:2
**beginning**
2:16
**behalf**
2:14
**believe**
25:9 26:14 57:20
61:18
**big**
40:3,4 50:10,11,24
**billing**
9:20
**birth**

8:11 31:10
**black**
55:2,9 56:6,17 68:3,6
71:22 72:2,7
**bmaye@amm-law....**
3:12
**body**
19:17
**Bones**
32:19,20
**boom**
63:25
**boo-hoo**
52:4
**bought**
35:5
**boy**
13:12 23:17 41:19,20
42:12 43:19 46:9
49:8,10 54:7,12
56:4 62:15 69:19
**Brian**
3:10 5:9,13,15 6:6
17:11 20:8,13 21:19
21:23 25:17 35:25
**Brianna**
1:13 2:14 4:3 6:9 7:1
7:6 13:9 30:16 73:6
73:24 74:25 75:25
**butt**
44:5
**button**
62:21,24 63:2
**B-r-i-a-n-n-a**
6:10

**C**

**cabin**
38:17,25
**California**
3:6
**call**
33:24,25 62:21,21,24
62:24 63:2,2 64:17
**called**
33:25 34:9 63:13

64:19
**calls**
7:21
**calm**
65:8
**Caption**
73:4
**captioned**
73:12
**car**
32:6 34:24,25 70:5,6
70:12,13,20
**Carolina**
62:14
**Case**
73:4
**Caucasian**
17:4 46:10
**caught**
60:18,21
**caused**
47:22
**certain**
59:2,9
**certainly**
34:1
**Certified**
9:20
**certify**
76:5,14
**CHANGE**
74:2 75:2
**changes**
73:14,17
**characteristics**
68:15
**characterizations**
45:7
**characterize**
29:16 43:2,6
**characterizing**
43:1
**cheaper**
31:23
**check**
63:9

**Chicago**
3:11
**child**
13:23 14:7,12,13,16
14:20 15:1,4,12
16:3,10,12,23 18:7
18:22 19:11,15
23:10 24:5,14,18,21
25:11,21 26:3,5,11
26:14,21 27:25 28:6
28:17 29:5,12,16,22
30:3,11,25 38:11,21
38:22 65:23 66:15
66:17,21,21,22
67:13 69:8
**children**
9:1
**child's**
19:13,17,20,23 20:17
20:25 21:17 23:1
**circumstances**
42:18 43:5 47:19
62:13
**CITY**
76:2
**civilized**
43:24 44:3,4
**clarify**
69:6
**Clark**
3:11
**class**
34:13,15
**clear**
68:22
**client**
21:23
**coding**
9:20
**college**
9:21,23,24
**color**
44:23 50:8 71:11,13
**colors**
46:14,17,18 71:20
**come**



comfortable
36:12
coming
62:14
comment
45:12
commission
76:24
commit
61:23
committing
60:15 62:3,23 63:21
Commonwealth
2:19 76:1,4,22
commotion
16:8 38:6,10,11,22
   40:22 41:15,18
   45:15 46:25 48:10
   50:4
Community
9:24
companion
44:22,23
Completed
9:10
completion
76:12
concern
30:2 37:4
concerning
72:6
concluded
72:20
conclusion
69:23
conduct
30:8
confined
25:12
confirm
37:20
confused
48:6 69:3,5
consent
6:4,5,6
consider

44:17
considered
44:24
conversation
21:10 22:22 27:4
convicted
34:20 35:11,16
cooperation
30:18
correct
38:8 39:15 40:18,20
   42:16 57:2 58:25
   67:20
corrections
73:15
correctly
27:23
counsel
4:25 5:7 6:2 76:15
couple
71:22
course
8:2 19:23 46:19,20
   63:25
court
1:1 2:1 7:9
covered
48:1
coworker
32:15
crew
28:24 29:4,15,21
   30:2,9
crew's
30:8
crime
34:20 35:11,17
criminal
60:24 61:11,19,23
   62:1 65:10,16,17,20
criminology
61:14
crotch
19:13 21:6 22:24
cry
51:18,19 54:4,4

crying
24:10,21 51:15,23,24
   52:4,8,13,14 53:14
   53:16,18,23,24 54:1
   54:3,7,8 55:16,18
CSR
1:25 2:18 76:3,21
curious
31:18
current
8:15
currently
8:25 9:25
cyanide
60:22 61:22

----

## D

D
3:4 12:17
dad
41:23 46:4,12,21
   48:11 49:4,6
Daddy
51:25 52:15
dark
38:17
Darryl
11:7 32:8,10,14,24
   33:9
Darryl's
33:5
date
8:11 73:7 74:24
   75:24
daughter's
34:9
day
46:11 49:16 73:20
   76:18
dead
63:15 64:1,21
Debra-Lynn
1:25 2:17 76:3,21
decided
67:7
decision

67:21
DECLARATION
73:9
declare
5:25 6:13,15 73:10
Defendant
2:14 3:8
defendants
1:8 2:8 5:16
definitely
52:7
DelVECCHIA
1:4 2:4 3:15 5:14
   17:7 30:24 59:11
   68:3 73:4
demeanor
19:2 24:7
demonstrations
71:23 72:6
departed
10:14 11:2
depicted
11:24
deplaned
28:10
deplaning
27:17
Deponent
73:6
deposition
1:13 2:13 5:20 7:8
   8:3 10:11 33:23
   34:2,5 36:5 72:20
   73:1,7,12,16 74:1
   75:1
depressing
72:10
describe
13:14
details
55:5
devices
49:19
die
63:24 64:9,13
died



63:11,25
**difference**
63:12
**different**
33:10 44:23 46:13,17
46:17 50:7 68:5
**difficult**
7:10 53:13
**dim**
54:25 55:7
**dimmed**
54:22
**diploma**
9:12
**direction**
24:13 76:10
**discuss**
10:19
**distance**
31:19
**distress**
25:3
**DISTRICT**
1:1,2 2:1,2
**DMV**
35:3,4
**doing**
22:16 25:7 37:2
49:25 50:2 60:18,21
62:6 66:14 67:14
70:22
**dollars**
35:14
**draw**
70:20
**drawing**
70:4
**drinking**
48:20 52:6,17
**drive**
31:25
**driver**
70:13
**driving**
34:24
**dropped**

34:11
**drove**
32:3
**duration**
15:25
**D.C**
31:11

---
**E**

**E**
12:18
**Eastern**
5:6
**easy**
40:6,6
**education**
9:9,19
**either**
55:16,18
**electronic**
49:20,23
**employed**
9:25 10:2
**employer's**
10:6
**ends**
36:12
**enforcement**
28:9,20
**engine**
53:13
**engines**
53:5,8
**entire**
73:11
**ERRATA**
73:1,16 74:1 75:1
**escalation**
10:5
**escorted**
16:23 18:7,22 23:10
27:24,25
**escorting**
14:6
**Especially**
71:10

**et**
1:4,7 2:4,7 73:4,5
**evening**
31:24
**events**
71:21
**everybody**
27:23 48:14,25 58:18
58:20 62:18 66:22
**Exactly**
65:3
**EXAMINATION**
7:4 30:21
**examined**
7:2
**Excuse**
44:6
**exhibit**
11:14,16 17:12
**EXHIBITS**
4:7
**exit**
27:20 28:6
**exited**
15:12 27:21 28:2
58:18,23 59:3,3,8
59:11
**exiting**
16:10 27:17 58:16
**expires**
76:24
**explain**
19:4
**eyes**
54:6,15

---
**F**

**F**
12:18
**face**
19:20 20:17 23:1
55:9
**fact**
34:11 51:2 52:10
**facts**
45:8

**falling**
38:10
**family**
68:14,18,24 69:2,8
69:12,17
**Fargo**
10:3
**fat**
40:12
**father**
18:2,9,23 19:12,16
19:19,22 20:6,17,24
21:17 23:1,21 24:3
26:20 27:5,7,10,17
27:20,25 28:1,2,4
28:13,20,24 29:12
29:15,22 30:11
58:16,24 59:19
**fell**
16:1 38:5
**female**
13:19,20
**fidgeting**
47:10 66:5
**fidgety**
47:21,24 49:4 61:18
62:7
**figure**
8:7
**figured**
28:17
**filed**
36:6
**find**
34:12
**fine**
31:6 35:14 63:23
**finish**
7:14 8:5
**first**
27:24 32:13
**fit**
22:5
**flight**
10:12,12,13,13,19,21
11:2,21 12:25 13:1



13:11,15,19,22,24
14:6,8,15 15:5,13
15:25 19:23 20:18
23:21 24:2 25:22
26:2,4,12 27:4,9,16
28:3,16,23 29:4,4
29:10,15 30:1,8,9,9
31:18,25 38:13,20
45:16,23 46:2 47:17
49:12 56:19 57:5
58:7 59:10 67:12,13
67:22
**fly**
47:14,17 53:2
**flying**
31:21 48:2
**focused**
49:9,12
**follow**
72:8
**following**
5:21 6:12 24:13
**follows**
7:2
**force**
14:16,20
**foregoing**
76:5,10
**forgot**
11:7
**form**
12:9 13:3 14:1,9,18
15:7,16,20 16:13
17:23 18:4,13,19
22:6,9 23:24 24:24
25:4,14,18,25 26:7
26:16 27:11 28:25
29:7,17,23 30:4,12
43:9,15 44:10,19,25
45:10 48:4 50:20
53:15 55:14,20 56:1
56:8,13 61:24 64:11
65:12,25 67:10 68:1
68:7 70:8,15 71:16
**forth**
76:7

**Francisco**
3:6
**freaked**
62:5
**friend**
32:10,12
**frightening**
34:17
**front**
38:25 39:4
**Frontier**
1:7 2:7,15 3:8 10:13
73:4
**Frontier's**
11:22
**full**
6:8 55:9
**funny**
60:16
**further**
76:10,11,14

_____
**G**
_____

**galley**
39:4
**gamer**
33:11
**gaming**
50:1
**gate**
28:10
**gentleman**
15:14,19 16:12,17,24
17:2,6,8,18 18:1
**getting**
66:15 70:16
**give**
36:17
**given**
6:1,13,16 36:25
76:18
**giving**
36:16,23
**glanced**
51:10
**glasses**

17:5
**go**
5:11,12 7:7,8 15:22
26:20,25 31:19 33:8
34:12 36:1 53:1,6
57:1
**going**
9:23 11:13 14:25
16:5,9 17:12 28:18
41:4,20,23 42:1
43:1,5,14 51:7,20
52:2 62:14 65:9
66:5 69:16,18
**gonna**
44:6 46:1 47:19
**good**
5:4 7:6 30:23 31:4
48:19
**Gotcha**
40:14 72:11
**grabbing**
14:24
**graduate**
9:13
**Great**
8:10
**green**
12:4
**ground**
7:7 43:18
**grunts**
16:11,21
**guess**
12:13 13:11 15:9
37:5 39:5 49:14
57:14 59:21 64:4
**guidance**
7:19
**gun**
70:24
**guns**
70:4,20 71:8

_____
**H**
_____

**hand**
14:24 76:18

**hands**
50:5
**Hang**
59:17
**happen**
46:1
**happened**
41:25 45:24
**happening**
14:6 51:13
**HARRISON**
3:17
**Hayes**
1:13 2:14 4:3 6:9 7:1
11:16 22:19 30:23
72:14 73:6,24 74:25
75:25
**ha-ha**
52:6
**head**
7:20,23 15:19 17:19
17:22 18:3,12,18
23:22 24:3 44:16
60:10
**hear**
16:11,20 17:17,21
18:1 26:12 27:3,8
27:13 28:3,19 52:4
52:5,7,8,9,15,18,20
52:21,22 53:11,23
54:1 59:9,14,16
**heard**
15:10 16:17 40:22
46:16 52:12,16 54:3
**Hearing**
6:18
**held**
58:17
**help**
11:14 64:18
**helpful**
64:2
**Henry**
9:17
**hereof**
73:16



**Hey**
63:14
**high**
9:12,15,17 54:14
**highest**
9:8
**highlighter**
12:5
**hit**
60:9
**honestly**
13:17
**hoorahing**
52:18
**hostility**
29:11
**Hotel**
33:1
**house**
65:22
**hundred**
35:14
**hung**
32:15
**H-a-y-e-s**
6:10

--- I ---

**identification**
11:17
**identify**
57:16
**illegal**
35:2
**Illinois**
3:11
**Imani**
9:1
**impression**
29:20
**imprisoned**
25:12
**improper**
22:1 69:16
**improperly**
29:21

**inappropriate**
13:25 14:3 36:8
**include**
58:21
**INDEX**
4:1
**indicate**
6:2 17:18,22
**indicated**
18:16 73:15
**indicating**
60:9
**information**
36:25
**instructed**
52:11
**interaction**
13:23
**interested**
76:17
**involved**
15:14 17:9,18 18:1
  38:11
**involving**
12:25
**iPad**
49:17

--- J ---

**jet**
53:5,13
**job**
63:10 73:3
**John**
3:4 5:10,11 6:5 13:6
  20:9,9,10,14 21:20
  21:20 22:4,7 30:24
  35:22 64:15
**johndmckayatty@...**
3:7
**judge**
8:7
**judged**
68:13
**judgment**
67:1,4

--- K ---

**keep**
65:9
**kept**
52:2 62:7
**kid**
46:4
**kind**
11:14 16:8 22:21,22
  36:20 40:25 49:18
  53:12 55:7 59:7,7
  61:3 72:6
**knew**
66:21,22
**know**
7:23 8:22 12:15
  14:10,24 15:8 16:25
  19:9 22:10,14,23
  23:16 28:12,16 33:4
  33:7,8,11,12,18,19
  33:20,25 34:10,23
  35:2,8,8,23 37:1
  39:14 42:4,6,10,11
  42:15,17,23 43:4
  44:7 45:4,22 46:1
  47:12,13 49:18 52:6
  52:17 53:19,20
  57:15,21,24 58:1,2
  58:5 60:6 61:12
  62:5,13 63:8 64:5,7
  64:24 65:9 66:16,23
  66:24 67:3,15,16,23
  67:24 68:8 72:1,2
**Kwalik**
9:1

--- L ---

**lady**
37:13 41:8 48:17,18
**landed**
27:16
**large**
2:19 76:4,22
**Las**
10:14,24

**laughing**
52:6,17,24
**lavatory**
24:16
**law**
3:4,5,10 22:11,14
  28:9,20
**lead**
26:5,13 47:19
**lean**
39:18,18
**left**
65:23
**legal**
1:23 33:10
**length**
51:5
**let's**
12:2 68:22
**level**
9:8 39:16
**life**
63:18,22
**light**
38:18
**lights**
54:9,14,22 55:6
**LINE**
74:2 75:2
**little**
7:8 13:12 23:17
  41:19,20 43:19 46:9
  49:8,10,19 50:10,11
  51:14 54:7,11 56:4
  60:14 62:15 69:19
**live**
8:24
**lived**
8:14 31:7
**Lives**
71:22 72:2,7
**living**
8:17
**LLC**
3:4
**LLP**



3:9
**long**
8:14 31:7,19 51:20
**longer**
22:16
**look**
17:8 18:11 39:7,10
39:12 40:13 43:10
43:17 46:4 47:17
54:5,6 60:4,6 68:9
68:11,17,23 69:12
69:17
**looked**
13:15 17:3 24:8 50:4
51:12 59:21,23 60:4
60:13 63:23 69:1,8
**looking**
47:9,24 49:7 50:25
56:4 60:10,12 62:7
66:13,18,20,20
**loss**
31:17
**lot**
35:7 47:10,10 53:2
58:10 71:14
**loud**
53:8

**M**

**machine**
76:8
**magazine**
19:8 50:15 59:20
62:11
**MAGNA**
1:23
**male**
13:18,20 17:4 46:10
**man**
13:12 46:22 55:11,13
56:16,17,17 62:23
69:20
**manner**
15:6
**map**
11:19,25

**March**
10:15 76:24
**marked**
11:14,16 12:4
**married**
9:3
**matter**
37:21 71:23 72:2,7
73:12
**Maye**
3:10 4:4 5:9,9,11,15
5:15 6:6,6 7:5 11:18
12:10 13:6 14:4,14
14:22 15:11,17,21
16:15 17:14,16,25
18:6,15,21 20:9,12
20:14,22 21:8,14,20
21:24 22:3,7,12,14
22:15,18 23:7,25
25:1,6,15,20 26:1
26:10,19 27:15 29:2
29:9,19,25 30:6,15
35:22 36:2,9 37:3,6
40:6 43:9,15 44:10
44:19,25 45:10 48:4
50:20 52:11 53:15
55:14,20 56:1,8,13
61:24 64:10,14
65:12,25 67:10 68:1
68:7 70:15 71:16
72:16
**Maye's**
42:24 57:4,19
**McKAY**
3:4 4:5 5:10,13,13
6:5,5 12:9 13:3 14:1
14:9,18 15:7,16,20
16:13 17:11,15,23
18:4,13,19 20:7,11
20:13,19 21:1,12,18
21:22 22:1,5,10,13
22:16 23:3,24 24:24
25:4,14,17,23,25
26:7,9,16,18 27:11
28:25 29:7,17,23
30:4,12,14,22,24

35:25 36:4,13 40:8
43:12,20 44:13,20
45:3,13 48:8 50:21
53:17 55:17,22 56:5
56:9,15 62:17 64:16
65:13 66:2 67:11
68:2,10 70:8,11,18
71:17
**McQUILLEN**
3:9
**mean**
14:2,19 43:3,4 50:11
50:12 55:3 59:15
62:22 63:19
**member**
28:23 29:14,21
**met**
32:14
**middle**
36:15 37:12 39:9,25
**military**
10:9
**million**
35:5
**mind**
14:8 61:10
**minutes**
16:2,2 45:17
**misdemeanor**
35:13
**mistake**
67:19
**mistreat**
28:24 29:4
**mixup**
35:3
**mom**
31:14,15
**monitor**
62:6
**monitored**
63:3
**monitoring**
63:5
**morning**
5:4 7:6 30:23 31:3

**motion**
20:19 21:1,12 26:9
26:18 30:14
**motivated**
30:10,11
**move**
14:16 31:12 41:20
**moved**
14:12 16:3 24:14
26:5,12,14,22 31:14
41:20
**movement**
72:3
**moving**
8:20,22 19:11,15
26:3 40:24 41:19
62:7
**MURPHY**
3:9

**N**

**name**
6:3,8 9:15 11:8 23:14
33:5,9,10,18 57:17
**named**
20:3
**name's**
30:23
**nature**
10:4
**Nazi**
60:24 61:23 62:1
**near**
38:22 52:19
**need**
7:19,22
**needed**
65:8
**nerves**
65:8,21
**nervous**
19:6 47:8,9,17,25
48:2 59:24 60:13
61:6,8,10,19 65:8
65:11,16,17,19,21
65:24 66:4,9,12,14



66:23,24
**nervously**
60:11
**nervousness**
60:5
**NEVADA**
1:2 2:2
**never**
54:3 60:8,9,11 61:20
   64:12 65:15
**news**
72:5,9
**Nice**
33:2
**nodding**
7:20,23
**noise**
17:21
**Nope**
68:19
**normal**
46:4
**normally**
24:11
**North**
62:14
**nosy**
51:12
**Notary**
2:18 76:3,21,25
**notice**
12:25 51:15
**noticed**
41:4
**nudged**
40:25
**number**
11:12 35:20 36:8,24
   37:12,25 73:3
**numbers**
36:15

───────────
**O**
───────────
**oath**
73:18
**object**

8:3 22:8 43:9,15
   44:10,19,25 45:10
   48:4 50:20 53:15
   55:14,20 56:1,8,13
   61:24 64:10,10
   65:12,25 67:10 68:1
   68:7 70:8,15 71:16
**objection**
8:6 12:9 13:3 14:1,9
   14:18 15:7,16,20
   16:13 17:23 18:4,13
   18:19 20:7,19 21:1
   21:12 22:8 23:3,24
   24:24 25:4,14,18,23
   26:7,16 27:11 28:25
   29:7,17,23 30:4,12
**objections**
8:7 13:7 20:10,15
   21:25 22:4
**observation**
58:16 67:5,7 69:10
**observations**
30:7
**observe**
13:24 15:13 18:8
   19:1 24:6 62:19
   71:21,24
**observed**
19:5 20:6,17,24
   21:16 45:11 48:14
   48:17,18,18,20
**observing**
25:11 27:17 48:10,15
   48:21 62:23 66:7
**occasions**
35:16
**occupying**
40:15
**occur**
44:9
**occurred**
72:1
**offer**
73:17
**office**
20:2 57:4,19,24

**oh**
12:24 35:1,22,24
   41:7 44:14 50:13
   51:25 57:10 58:4
   64:10
**okay**
7:16,18,25 8:2,10,24
   9:8 10:16 11:9,13
   12:4,16,20,24 13:6
   13:10,22 14:15
   16:19 17:6 18:7
   20:5,12,12,23 21:9
   22:7,15 23:8 24:14
   25:11 27:2 31:9,12
   31:16,16,24 32:3,5
   32:13,17,22,24 33:2
   33:13,22 34:4,16,22
   35:9,15,19 36:14,17
   37:3,6 38:1,5,9,16
   39:3,6,9 40:5,19
   41:7,14,22 42:3,11
   42:17,20 43:21 44:2
   44:4,14,21 45:6,18
   46:16 48:9 49:3,15
   49:22 50:3 51:2,10
   51:14,17 53:4,7,10
   53:22,25 56:12,16
   56:19,22,25 57:3,12
   57:18,23 58:11,20
   59:1,15,25 61:17
   65:6 69:1,10,21
   70:19 72:11
**old**
48:17
**once**
57:6,7,10
**operated**
11:21
**opinion**
19:6 24:25 45:12
   47:7 60:20
**order**
44:9
**outcome**
76:17
**outrageous**

29:16 43:7,18 44:12
   44:14,17

───────────
**P**
───────────
**PAGE**
4:2,8 74:2 75:2
**pain**
60:1,3,4,7,12,13 65:4
**parades**
71:23
**paralegal**
57:14,21,25
**PARK**
3:4
**part**
19:16 37:15 38:14
**partial**
11:19
**parties**
6:19
**partner**
9:6
**party**
76:16
**partying**
54:2
**passed**
31:15
**passenger**
10:21 23:9 24:1
**passengers**
12:17,21 13:1
**passing**
56:25
**Patrick**
9:17
**pay**
35:14
**paying**
56:3
**penalty**
6:1,14,16 73:9,10
**people**
39:3 40:24 41:24
   46:16,17 47:14,16
   48:19,22 52:5,16,21



54:2 60:6 65:4
71:11,13
**perjury**
6:1,14,17 73:9,10
**person**
35:5 47:12 58:6,11
58:12,12 61:9,10
70:6,20,21
**persons**
5:19
**Peter**
1:4 2:4 3:15 5:14
17:7 30:24 69:7
73:4
**phone**
58:14
**phone-size**
50:14
**photo**
37:8
**physical**
14:16,20
**physically**
5:22
**piece**
7:18
**pill**
19:7,7 60:14,17,22
61:22 62:2 64:1,20
64:23,24
**pills**
47:12
**pitch**
55:2,9
**place**
33:2 76:6
**plaintiffs**
1:5 2:5 3:3 5:14
**plane**
13:13 37:7 38:12,17
44:15 45:19 48:12
48:14,16,20,23
50:23 52:5 58:23
59:11,12 62:4,16,19
**Plantation**
10:7

**playing**
25:9
**plays**
57:19
**please**
5:7 6:2,12,19 20:10
**point**
12:24 28:22 29:3
59:12 63:15
**police**
61:15 70:3,12,20,24
71:2,4,6,14,19
**pops**
47:12
**portion**
36:6
**positive**
49:22
**possible**
21:6 39:5
**possibly**
62:23
**practice**
22:10,14
**preceding**
43:14
**present**
3:14 5:19,23
**pretty**
53:8
**previously**
8:13 57:23
**prior**
16:10,21 19:11,15
37:9
**probably**
16:1 20:2 61:19
**problem**
30:19
**proceed**
6:20 8:6
**proceeding**
5:23 76:16
**proceedings**
76:5,8,12
**professional**

15:6
**public**
2:18 36:6 76:4,21
**puffy**
54:6,15
**pull**
37:19 70:12,24 71:8
71:8
**pulled**
70:16,23
**punched**
17:18,22 18:2,11
**purpose**
10:23
**purposes**
10:11
**pushing**
14:20 15:1
**put**
35:5

---
**Q**

**question**
7:14,21,21 8:4 13:4
22:6
**questions**
42:25 72:16
**quiet**
24:12 52:2

---
**R**

**racism**
26:6,15 30:11 43:17
44:9,24
**racist**
43:7
**raised**
37:3
**Raleigh**
11:2
**Raleigh-Durham**
10:14 31:20,22 32:1
**Rashaad**
9:2,7 11:7 12:13
23:13,15,20 33:19
33:20,22 37:13

39:10,14,21 40:1,3
40:25 41:4
**reached**
61:3
**read**
73:11,13
**really**
9:21 12:19 13:21
14:10 15:8 20:4
35:8 39:12 43:6
50:6 71:25 72:8,10
**rear**
27:7
**recall**
11:1,9 12:16 13:15
13:18,19 17:2 20:1
20:5,16,23 21:5
23:1 24:18 25:7
27:16 38:9 39:8
54:11 56:2,11,14,18
56:21,22 58:9
**received**
9:18
**receptionist**
57:15,22
**recollection**
21:11,15,19 22:20
37:22
**record**
5:5 6:4,8,12,19 7:11
36:6,18 72:17 76:7
**records**
11:22
**redacted**
36:4
**refer**
10:12
**referring**
10:13 71:11
**refresh**
21:15,19 22:19
**refreshes**
21:10
**regarding**
21:16
**Registration**



76:25
**related**
76:14
**remember**
11:11 12:19,20,22
    13:4,10,17,21 22:21
    22:22 23:6,14 27:14
    27:22 28:8 37:10,11
    37:12,15,17,24 38:1
    38:3,13,17,20,24
    41:17,23 49:8,10
    50:6,9,16,17,24
    51:1 55:21 57:17
**remote**
1:13 2:13 5:20
**remotely**
5:24
**removed**
28:16 69:19
**removing**
69:24
**repeat**
6:12
**reported**
1:25 5:24
**reporter**
5:17,19,22 6:7,11,18
    7:9 27:12
**represent**
11:22 30:24
**requested**
76:13
**required**
36:7
**respect**
11:21
**response**
7:17 42:24
**rest**
45:25
**restaurant**
32:21
**restroom**
51:8 54:10,19 57:1
**Retained**
4:25

**retake**
18:24
**review**
76:12
**ribs**
32:23
**ridiculous**
64:15
**right**
12:6 31:12,24 33:4,6
    33:7,18 34:5,19,19
    36:22 37:7,10 39:11
    39:13,14,15,16,17
    39:20,21,22,22,24
    40:5,14,16,17,21,23
    41:7,17 42:14 43:8
    43:25 44:1,2,15
    45:5,6,9,15,21 47:4
    47:14,15,16,17
    48:22,23,24 49:2,2
    50:22 51:4,15 53:6
    53:9,25 54:21 55:19
    58:9,15,18,19,22,24
    59:17,22 65:1,2,22
    67:14,25 70:1,2
    71:7,11,15 72:12
**ripped**
19:9 62:11
**Road**
10:7
**Roanoke**
1:14 2:15 5:1 10:7
    31:7,8,13 33:1
**role**
57:18
**rough**
14:11
**row**
12:12 15:13 16:11
    37:17 41:24 52:12
    52:13
**rows**
53:12 54:1
**RPR**
1:25 2:18 76:3,21
**rub**

19:12,16,19,23 21:6
**rubbed**
22:23
**rubbing**
20:17,24 21:4,5,17
    23:1
**rule**
7:18 20:11 36:7
**rules**
7:7

---

### S

**safety**
30:2
**San**
3:6
**save**
63:17,22 73:14
**saw**
14:5 23:21 24:2 25:8
    46:2 49:3,11,23
    50:18,22 59:19
**saying**
22:22 23:16 36:12,20
    41:18 54:1,13 62:9
**school**
9:12,16,17 31:13
    34:9,10,11
**screen**
17:7
**seat**
11:9,19,23,24,25
    18:24 24:2 25:13
    27:1 37:11,13,14,24
    38:12 39:9,16 40:15
    40:15 55:25
**seated**
12:7,11,17,21 16:12
    18:25 24:19 38:2,3
    40:15 48:13 55:11
    55:13,19,24
**seating**
11:15
**seats**
39:25
**second**

51:11,14 59:17
**security**
35:20
**see**
11:24 12:2 14:7
    15:18 18:23 19:12
    19:16,19,22 25:2,21
    26:20 28:6,9,23
    29:4,10,14 39:10,17
    39:20,22 40:6,25
    46:11 47:22 49:25
    50:2,4 51:13 53:24
    54:7,14 55:1,2,4,9
    55:10 59:18 61:9,18
    63:9 70:3 71:19
    72:5
**seeing**
12:20 23:1 24:18
    38:24
**seen**
24:9 45:19 54:11
    60:8,9,11 64:1
**separated**
44:21
**September**
76:19
**serious**
60:19
**seriously**
61:21
**served**
10:9
**SERVICES**
1:23
**set**
34:4 76:7
**sexually**
25:22
**shaking**
7:20
**SHEET**
73:1,16 74:1 75:1
**Shelke**
20:3,16,24 21:10
**shoot**
43:23,25



| | | | |
|---|---|---|---|
| **shorthand** 76:9 | **sleep** 46:3 | 9:21 10:5 | 3:5,11 |
| **shortly** 15:12 | **smacked** 44:16 | **spell** 6:8 33:16 | **supposed** 33:24 |
| **shouting** 27:8 52:22,24 | **small** 10:25 | **stand** 51:3 | **sure** 17:14 32:25 |
| **show** 11:13,23 34:7 | **Smokey** 32:19,20 | **standing** 41:23 | **surroundings** 16:6 |
| **showed** 37:8 | **smoothly** 7:8 | **stare** 51:3 | **suspicious** 62:18 |
| **sic** 72:18 | **sobbing** 53:12 | **start** 7:7 | **swear** 5:18 |
| **SIGNATURE** 74:24 75:24 | **social** 35:20 | **state** 5:7 6:7 | **switched** 35:6 |
| **Signed** 73:20 | **somebody** 42:9 44:15,21 53:11 | **STATES** 1:1 2:1 | |
| **significant** 9:5 | 57:4,24 66:7 69:25 70:4 | **stating** 6:3 | **T** |
| **signs** 25:2 | **someone's** 66:24,24 | **stay** 62:5 | **T** 3:10 |
| **silently** 53:14,16,18 | **something's** 63:14 | **stood** 8:1 | **tablet** 25:10 49:7,9,12,15 49:18,20,23 50:5,7 50:14,18,23 |
| **sir** 44:6 65:15 | **son** 5:14 16:18,24 17:1 23:17 30:25,25 46:12,21 48:11 49:5 49:6 62:9 68:6 | **stop** 21:21,24 22:3 | **tag** 33:11 |
| **sit** 37:22 | | **stopped** 70:5 | **tags** 34:24 |
| **sitting** 11:10 21:4 37:7,10 39:15 40:1 | **soon** 8:20 | **street** 3:5,11 72:6 | **take** 17:1,13 42:2 51:25 52:1 64:1 65:4,21 |
| **situ** 47:18 | **sorry** 13:19 22:6 25:17 27:12 31:16 34:14 56:10 58:4 68:20 71:3 | **strike** 15:14,18 20:20 21:2 21:13 23:21 24:2 26:9,18 30:14 | **taken** 2:14 26:4 42:12,15 59:20 66:17,17 67:6 73:12 76:6 |
| **situation** 14:11 15:9 23:19 28:18 45:2 63:4 | | **struck** 18:17 | **talk** 23:8,9 41:10,11,14 58:12 |
| **situations** 45:8 70:6 | **sound** 12:6 | **stuff** 32:23 35:7 41:21 47:13 58:10 | **talked** 57:11,23 58:11,15 63:7 |
| **size** 50:15,17,25 | **South** 3:11 | **subject** 10:12 11:21 | **talking** 7:11 23:19 49:4,16 55:5 56:12 |
| **skin** 44:24 | **speak** 57:3 | **subpoenaed** 33:23 | **Tara** 20:3 |
| **skinny** 40:4 | **speaking** 13:7 20:1,10,14 21:25 22:4 41:22 | **suggest** 55:4 | **tears** 52:7,14 |
| **sky** 53:6 | **Spear** 3:5 | **suicide** 60:15 61:23 62:3,23 63:21 | **telephone** |
| **slam** 43:18 | **specialist** | **Suite** | |



58:13
**telling**
20:5,16,23
**TERRY**
3:17
**testified**
7:2 31:1 58:17 59:1
**testify**
20:13
**testimony**
5:25 6:13,15 59:6
    62:22
**thank**
13:8 22:13,13 30:16
    72:14,15
**Thanks**
13:6 17:15 31:6
**theory**
62:16
**thereof**
76:11,17
**thing**
67:14
**things**
42:25 44:8 59:2,8,10
**think**
15:5 17:5 26:5 32:25
    33:6,7,18 34:1
    35:18,19 43:17 44:8
    46:11 47:19 52:10
    52:12 54:17,21,25
    58:17 66:7,8 67:12
    68:17 69:1,7,15
    70:5,14 71:1,5,18
    72:12
**thinking**
61:4
**Thots**
33:14
**Thotsmcgrober**
33:14
**thought**
48:6 60:14,17,21
    61:1,22 62:3 63:20
    68:4,23 69:11,18
**ticket**

**time**
5:6 7:12 11:2 17:17
    26:2,11 27:21 32:13
    32:18 38:22 39:1
    42:14 45:25 48:20
    49:1,11 51:5 59:2
    62:6 72:18 76:6
**times**
57:3
**title**
35:4
**today**
5:5 10:19 37:23
    57:11
**today's**
10:11
**told**
37:6 48:5
**touch**
19:12
**trained**
61:14
**training**
9:19
**transcribed**
76:9
**transcript**
36:5 73:11 76:13
**transcription**
76:11
**transparent**
40:11
**traveling**
11:4,6 44:22,23
**treatment**
30:10
**trip**
10:23
**trouble**
71:14
**true**
21:3 73:13
**truthfully**
6:1,13,16
**trying**

62:6 69:6
**turn**
39:17
**turned**
35:4
**twice**
57:10
**two**
36:14
**type**
11:20 28:17 47:12
**typing**
7:10
**T-h-o-t-s-m-c-g-r-...**
33:17

---

**U**

**Uh-huh**
57:8
**ultimately**
26:24
**uncomfortable**
36:23 37:2
**understand**
20:11 22:25,25 53:4
**understanding**
10:18 73:17
**understood**
8:8
**UNITED**
1:1 2:1
**unusual**
8:4 68:5,14
**upset**
24:10,23 66:1,3,8
**use**
14:15 17:12 24:15

---

**V**

**vacation**
10:25
**Vegas**
10:14,24 62:15
**verbalize**
7:19,22
**verbally**

5:25
**verbatim**
76:7
**verify**
36:24
**video**
71:15
**VIDEOGRAPHER**
3:16 5:4,17 72:17
**videos**
70:3 71:19 72:3
**videotaped**
1:13 2:13
**violent**
18:17 35:10
**violently**
18:17
**Virginia**
1:14 2:15,19 5:1 9:24
    10:8 76:1,2,4,22
**Virginian**
31:9
**vision**
55:2
**vs**
1:6 2:6 73:4

---

**W**

**wait**
7:13 8:5
**waiting**
28:15
**waking**
38:10
**walk**
24:8
**walked**
54:5
**walking**
24:5 48:13 51:7 68:5
**want**
7:7 36:17,19,21
    37:20 52:15 61:17
    63:17,22 64:8 65:10
    65:14
**wanted**



63:9 64:13
**war**
60:24 61:23 62:1
**Washington**
31:11
**wasn't**
14:11 15:3 33:23
44:5 50:25 51:23,25
55:1,16,18 56:3
58:8 60:12 66:20
**watch**
72:3,9
**watching**
48:25 51:21
**way**
13:25 18:16 27:1
47:6 52:19 62:15
66:19
**Wednesday**
1:15 2:17 5:1
**week**
34:5 57:9
**weird**
19:10 46:23,24 47:1
47:2,3,5,6,23 59:21
59:23 62:11,12
**Wells**
10:3
**went**
27:2 35:3,4 46:3 54:9
54:19
**weren't**
48:25 55:6,6 59:3,12
**Western**
9:24
**we're**
5:5 7:11 49:16 62:16
62:16
**we've**
39:24,25 48:1
**white**
50:7 56:6,17
**window**
24:1 37:14
**wit**
76:2

**witness**
5:18,23,24 6:7,9,11
6:15 14:2,10,19
15:8 16:14 17:24
18:5,14,20 20:21
21:3 23:5 24:25
25:5,19,24 26:8,17
27:14 29:1,8,18,24
30:5,13 35:24 36:11
43:10,16 44:11 45:1
45:11 48:5 53:16
55:15,21 56:2,14
61:25 64:12 66:1
68:8 70:9,16
**woke**
13:10 16:8 38:6,16
40:21 45:20,24
**woman**
12:14 23:13 55:23,24
56:6,7
**wonder**
41:19,22 51:20
**wondering**
67:8
**word**
59:22
**work**
10:4 32:17,24
**working**
32:18
**works**
32:25
**Wormack**
9:2,7 11:7 32:5,11
**wouldn't**
40:12 53:13 58:21
66:4,5,12,13,18
**Wow**
64:12
**wrong**
14:8 47:9 61:13
63:14 67:8 69:25
70:1,7,14,22
**www.MagnaLS.com**
1:24

| **X** |
|---|

**Xanax**
65:7

| **Y** |
|---|

**yank**
43:19
**yeah**
10:22 12:8,22 14:23
15:1 16:25 17:10,16
18:25 22:21 24:17
24:20 27:19 31:2
32:2,21 33:3,21,24
34:6,18,21 35:13
36:20 37:5,16,24
40:10 41:3,6,6,9,12
41:16 42:1,7 44:5
44:18 46:15 47:18
48:17 49:14,19,21
49:24 51:9,12 53:18
54:13,16,18,20 55:8
60:23,25 61:2 62:13
62:20 63:7,16 64:24
65:5,5 66:4,19
68:12 69:13 70:17
70:19,19
**year**
8:18 9:13 20:2
**years**
58:3,5,7,12 71:22
**yell**
16:17
**yelling**
27:9
**yells**
16:11,20
**Yep**
12:3 32:9 38:15
68:16

| **1** |
|---|

**1**
4:9 11:14,16
**10**
16:1 45:17
**10:10**

2:16 5:2,6
**10:13**
72:18
**11**
4:9
**11:13**
2:16 5:2 72:20
**1100**
3:5
**13**
53:12 54:1
**14**
53:12
**14th**
76:18
**15**
53:12
**150**
48:22
**17**
52:12
**17A**
12:14
**17B**
11:23
**17C**
12:13
**18**
34:23

| **2** |
|---|

**2:19-cv-0132-KJD-...**
1:6 2:6
**20**
3:11 16:2 45:17
73:21
**20/20**
55:2
**2000**
34:23
**2008**
31:8
**201**
3:5
**2012**
9:14



**2018**
 8:16
**2019**
 10:15
**2022**
 1:15 2:17 5:1,5 73:7
  76:19
**2025**
 76:24
**2067**
 10:14
**23019**
 10:8
**2500**
 3:11
**28th**
 10:15

---
### 3
**30**
 4:5 52:13
**303065**
 76:25
**31**
 1:15 2:17 5:1 73:7
  76:24
**31st**
 5:5
**312**
 3:12
**320-200**
 11:20
**345-0700**
 3:12

---
### 4
**434**
 3:6
**4944**
 36:12,14

---
### 5
**531-9569**
 3:6
**579**
 35:21

---
### 6
**60603**
 3:11
**624-6221**
 1:23

---
### 7
**7**
 4:4
**7711**
 10:7

---
### 8
**8-21-94**
 8:12
**866**
 1:23
**866903**
 73:3

---
### 9
**94105**
 3:6

