**<u>EXHIBIT 13</u>**

**Transcript of Deposition of Passenger Rashaad Wormack**

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

----------------------------
                                    )
  PETER DELVECCHIA, et al.,         )
                                    )
            Plaintiffs              )
                                    )
  v.                                )Case No.
                                    )2:19-cv-01322-KJD-
  FRONTIER AIRLINES, INC.,          )NJK
  et al.,                           )
                                    )
            Defendants              )
                                    )
----------------------------

REMOTE VIDEOTAPED DEPOSITION OF:
RASHAAD S. WORMACK

DATE:      November 9, 2022 (Wednesday)
TIME:      10:03 a.m.
REPORTER:  Katherine P. Ford, RPR, CCR
           Stenographic Reporter #19867

JOB NUMBER: 893964

MAGNA LEGAL SERVICES
866.624.6221
www.MagnaLS.com



```
 1                A P P E A R A N C E S
 2   ALL APPEARANCES REMOTE
 3   FOR THE PLAINTIFFS:
 4
 5         PARK AVENUE LAW LLC
           201 Spear Street, Suite 1100
 6         San Francisco, California 94105
           (434) 531-9569
 7
           BY:   JOHN D. MCKAY, ESQ.
 8               Johndmckayatty@gmail.com
 9
10   FOR THE DEFENDANTS:
11
12         ADLER MURPHY & MCQUILLEN LLP
           20 South Clark Street, Suite 2500
13         Chicago, Illinois 60603
           (312) 345-0700
14
           BY:   BRIAN T. MAYE, ESQ.
15               Bmaye@amm-law.com
16
17
18
19
20   Also Present:  Miquel Banuelo, Videographer
21
22
23
24
25
```



Page 3

```
 1                    I N D E X

 2

 3   EXAMINATION BY:                              PAGE

 4   Brian T. Maye, Esq...................         5

 5   John D. McKay, Esq...................        14

 6

 7                  E X H I B I T S

 8

 9   EXHIBIT NO.                                  PAGE

10

11

              (No exhibits were offered.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 4

```
 1              P R O C E E D I N G S
 2
 3          THE VIDEOGRAPHER:  We are now on the
 4      record.  This begins videotape number 1 in
 5      the deposition of Rashaad Wormack in the
 6      matter of Peter Delvecchia v. Frontier
 7      Airlines, Inc., et al in the United States
 8      District Court, District of Nevada.  Today
 9      is November 9, 2022 and the time is 10:03
10      a.m.
11          This deposition is being taken
12      virtually at the request of Adler Murphy &
13      McQuillen LLP.  The videographer is Miquel
14      Banuelo of Magna Legal Services and the
15      court reporter is Katherine Ford of Magna
16      Legal Services.
17          Will counsel and all parties present
18      state their appearances and whom they
19      represent.
20          MR. MAYE:  Brian Maye for defendants.
21          MR. MCKAY:  And John McKay for the
22      plaintiffs.
23          THE VIDEOGRAPHER:  Will the court
24      reporter please swear in the witness.
25
```



Page 5

```
 1                    RASHAAD S. WORMACK
 2   having been sworn to tell the truth, the whole
 3   truth, and nothing but the truth, testified as
 4   follows:
 5                    EXAMINATION
 6   BY MR. MAYE:
 7        Q.    Rashaad, can you state your full
 8   name?
 9        A.    Rashaad Shaquille Wormack.
10        Q.    And before we proceed, I just want to
11   give you some suggestions regarding responding and
12   how this is going to proceed to help things go
13   more smoothly.  Because there is a court reporter
14   recording us, it's difficult for her to take down
15   your answers or my questions if we're both
16   speaking at the same time, so try to wait until I
17   have finished asking the question before you begin
18   your answer; is that all right?
19        A.    That's cool.
20        Q.    Okay.  And also, when responding, you
21   have to make sure that you verbalize your
22   response, again, because she needs to take down
23   what you're saying.  And if you nod or say
24   "uh-huh," it's sometimes hard for her to take
25   down.  Understand?
```



Page 6

```
 1          A.      Gotcha, gotcha.

 2          Q.      Okay, great.  What is your date of

 3    birth?

 4          A.      5/29/92.

 5          Q.      And what is your current address?

 6          A.      It is 3409 Norway Avenue.

 7          Q.      In what city and state?

 8          A.      Roanoke, Virginia.

 9          Q.      And how long have you lived there?

10          A.      Just moved here, I want to say about

11    a month and a half ago.

12          Q.      Okay.  And do you live there with

13    anyone?

14          A.      My wife, well, girlfriend.

15          Q.      Is that Briana Hays?

16          A.      Yes.

17          Q.      Okay.  And are you currently

18    employed?

19          A.      Yes.

20          Q.      And where are you employed?

21          A.      Home Depot.

22          Q.      And where is that located?

23          A.      It is on Hershberger, 4609

24    Hershberger.

25          Q.      Is that in Roanoke?
```



Page 7

```
 1          A.    Yes.
 2          Q.    And do you have any military service?
 3          A.    No.
 4          Q.    For the purposes of this deposition,
 5   when I refer to the "flight" or the "subject
 6   flight" or "that flight," I'm referring to
 7   Frontier Flight 2067 from Raleigh-Durham to Las
 8   Vegas that departed on March 28, 2019; is that
 9   okay?
10          A.    Okay.
11          Q.    Is it your understanding that that's
12   why we are here today, to talk about that flight?
13          A.    Yes, yes.
14          Q.    Were you a passenger on that flight?
15          A.    Yes, sir.
16          Q.    And what was the purpose of your trip
17   to Las Vegas at that time?
18          A.    It was a trip.  Me and my girlfriend
19   were just having a trip.
20          Q.    Okay.  So just a leisure trip?
21          A.    Yeah.
22          Q.    Okay.  And you said you were
23   traveling with Briana?
24          A.    Yes.
25          Q.    At some point during the flight, did
```



Page 8

1   you notice any activity across the aisle from you?

2        A.    Hmm.

3        Q.    Involving a child?

4        A.    I seen it, but I don't really know

5   what quite happened.  I just -- just, they came

6   and got him, took him to the back, and then that

7   was all that I seen, really.

8        Q.    When you say "they" -- was the child

9   directly across the aisle from you?

10       A.    Yeah, kind of sort of.  They was -- I

11  ain't going to say directly across, but they was

12  like across in front of me, like a seat in front

13  of me, but across here.

14       Q.    And what did you see?  You mentioned

15  that they took him back.  What do you mean by

16  that?

17       A.    I just seen the marshal come grab him

18  and just take him back there to the back, that's

19  all.  I mean, that's all I see, but I wasn't

20  really focused on it because it wasn't my business

21  either, so...

22       Q.    Right.  And can you describe what the

23  child looked like?  Can you recall what he looked

24  like?

25       A.    I want to say it was a younger black



1   kid, a younger black kid, if I'm not mistaken.

2        Q.    And do you know or did you observe

3   him traveling with anyone?

4        A.    I just seen him right there sitting

5   beside whoever he was sitting beside.  They came,

6   asked him to come to the back.  That's about it.

7   That's all.

8        Q.    Do you recall or can you describe the

9   person who escorted the child back to the rear of

10  the aircraft, if you can remember?  Was he

11  Caucasian?  Was he African-American?  Was it

12  female?

13       A.    I want to say he was an

14  African-American male.  If I'm -- I can't.

15  Besides that, that's all I can remember.

16       Q.    Okay.  And at any point during your

17  observing the activities, did you ever see a

18  flight attendant strike any individual seated next

19  to the child?

20       A.    No, I don't recall none of that.  I

21  don't recall that.

22       Q.    Okay.  You didn't see anyone, a

23  flight attendant, punch anyone in the head?

24       A.    Oh, no, I would definitely remember

25  that.  I don't recall that.  I don't recall that



Page 10

1    one.

2          Q.    Okay.  And do you recall if the

3    flight attendant that escorted the child back to

4    the aircraft, did he treat the child

5    professionally?

6                MR. MCKAY:  Objection to the form.

7    BY MR. MAYE:

8          Q.    You can go ahead and answer.

9          A.    It wasn't like he jerked him up or

10   nothing.  He asked him if he could come to the

11   back, do you mind if you wanted to switch seats to

12   the back.  That's what -- I believe that's what he

13   asked, but...

14         Q.    Okay.  And what was the child's

15   reaction?  Was the child okay with it?

16         A.    I guess.  I'm not -- I guess.  He

17   had -- I just remember him having headphones on,

18   so...  But that's it.  I guess so, but...

19         Q.    Was the child crying at all or was he

20   acting normally?

21         A.    No, he just got up.  It was just a

22   normal -- I figured they was just switching seats

23   or something.  I didn't know.

24         Q.    Okay.  Did you hear the flight

25   attendant say anything to the child or any



Page 11

1    individual sitting near him that you would

2    characterize as racist?

3              MR. MCKAY:  Objection to the form.

4              THE WITNESS:  I wouldn't remember.  I

5         wouldn't remember.

6    BY MR. MAYE:

7         Q.    Okay.  Did you see the child's father

8    ever go back to the back of the aircraft and talk

9    with anyone about what had happened?

10        A.    Hold on, let me think about this.  I

11   think he did.  I think he did.  After -- after --

12   after they got the boy, I wasn't aware -- I wasn't

13   thinking about it no more because I was doing my

14   own thing, but I think so, I think he did.  If I

15   recall right, I think he did.  I'm not sure.  I

16   think so.  I think so.

17        Q.    Do you recall what the father looked

18   like?

19        A.    Older white male.

20        Q.    And was he seated next to the child?

21        A.    Yeah, yeah.

22        Q.    And did you ever see the father rub

23   the child's face or shoulders or back during the

24   flight?

25        A.    I was -- I didn't -- I didn't notice



Page 12

```
 1    nothing until they asked him to stand up, so, or

 2    move seats or whatever, so I didn't -- like I

 3    said, I was just on the flight until that

 4    happened.

 5           Q.    I understand.  I understand.

 6           A.    I didn't see nothing.

 7           Q.    Did you ever hear any conversation

 8    between the father and any of the flight

 9    attendants?

10           A.    No, no, I didn't.

11           Q.    Did you ever see any interactions

12    between the father and any of the flight

13    attendants regarding what was going on?

14           A.    I'm pretty sure they did talk or

15    something, but other than that, I don't -- I don't

16    know.  I don't really know.  I do -- I mean, when

17    he did come and ask him to move, I believe they

18    was talking then.  But other than that, I don't --

19    I don't remember nothing.

20           Q.    And when they were talking, was the

21    flight attendant professional-acting toward the

22    father?

23           A.    I believe so.  I'm not sure.  I

24    believe so, though, but I'm not sure.

25           Q.    And do you recall what the father's
```



Page 13

1    demeanor was at that time, how he was acting

2    toward the flight attendant or how he was reacting

3    to his child being moved?

4         A.    Like, why is he being moved.  Yeah,

5    the one thing, why is he being moved.  But other

6    than that...  Like I said, after the situation, I

7    went back to me worrying about myself, so...

8         Q.    Okay.  Did you ever observe the

9    father -- withdrawn.

10              After the child was escorted to the

11   back of the aircraft, did the child -- did the

12   father return to his seat?

13        A.    Yes.

14        Q.    And did you observe him, what he was

15   doing?  Did he go back to sleep?  Was he reading?

16   Did you --

17        A.    I'm not too sure because I ended up

18   falling asleep myself.

19        Q.    Okay.  Okay.  At any point during the

20   flight, did you see any flight attendant punch the

21   father in the head?

22              MR. MCKAY:  Objection to the form.

23        Asked and answered.

24              THE WITNESS:  I did not see -- I,

25        myself, did not see nothing like that.



Page 14

```
 1   BY MR. MAYE:
 2        Q.    Did you ever see any of the flight
 3   attendants mistreat the father, treat him poorly?
 4              MR. MCKAY:  Objection to the form.
 5              THE WITNESS:  Not that I recall.  Not
 6        that I recall.
 7   BY MR. MAYE:
 8        Q.    How about the child?  Did you ever
 9   see any flight attendant mistreat the child or
10   treat him poorly?
11              MR. MCKAY:  Objection.
12              THE WITNESS:  Not that I recall.
13        Once they moved him to the back, I didn't
14        see him again, so I would not be able to
15        tell you.
16   BY MR. MAYE:
17        Q.    Okay.  Thanks, Rashaad.  I appreciate
18   it.  I have no further questions.
19        A.    All right, all right.
20                    EXAMINATION
21   BY MR. MCKAY:
22        Q.    Mr. Wormack, hi, I'm John McKay.  I
23   represent the plaintiffs, the gentlemen, the
24   father and his son.  So if I understood your
25   testimony correctly, you weren't paying a great
```



Page 15

1   deal of attention to what was being said?

2         A.    No.

3         Q.    Okay.  So you didn't hear

4   specifically what anybody said to either the

5   father or the son about why they were moving?

6         A.    No, I did not.

7         Q.    Okay.  And I think you said you just

8   figured they were just switching their seats?

9         A.    Yeah, I just -- I didn't know what

10  was going on.

11        Q.    Okay.  That's all I have.  Thank you.

12        A.    No problem, no problem.

13              MR. MAYE:  I have no further

14        questions.

15              THE WITNESS:  All right, all right.

16              THE VIDEOGRAPHER:  Does the court

17        reporter need anything else on the record?

18              THE STENOGRAPHER:  Just the original

19        to be transcribed?

20              MR. MAYE:  I will take an E-Tran.

21              THE STENOGRAPHER:  And would you like

22        a copy, Mr. McKay?

23              MR. MCKAY:  Yes, just a PDF, please.

24        That's all I need.

25              THE VIDEOGRAPHER:  Going off the



1           record 10:17 a.m.

2                 (Deposition concluded 10:17 a.m.)

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
 1                    WITNESS SIGNATURE PAGE

 2

 3        I hereby certify that I have read my

 4   deposition, and made those changes and/or

 5   corrections I deem necessary, and approve the same

 6   as now written.

 7            Executed this _____ day of _____, 2022.

 8

 9

10   By:

11   _____

12   RASHAAD S. WORMACK

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 18

```
 1                    C E R T I F I C A T E
 2  COMMONWEALTH OF VIRGINIA
 3  COUNTY OF ROANOKE
 4            I, Katherine P. Ford, Registered
 5  Professional Reporter, the officer before whom the
 6  foregoing proceedings were taken, do hereby
 7  certify that the foregoing transcript is a true
 8  and correct record of the proceedings; that said
 9  proceedings were taken by me stenographically and
10  thereafter reduced to typewriting under my
11  supervision; that reading and signing was
12  requested; and that I am neither counsel for,
13  related to, nor employed by any of the parties to
14  this case and have no interest, financial or
15  otherwise, in its outcome.
16            IN WITNESS WHEREOF, I have hereunto set my
17  hand and affixed my notarial seal this 14th day of
18  November, 2022.
19
20
21  My commission expires February 28, 2023.
22  Notary Public No. 166385
23
24
25
```



```
                                                   Page 19
1                    ERRATA SHEET

2     DEPOSITION OF:  RASHAAD S. WORMACK

3     CASE:  Delvecchia v Frontier Airlines

4     DATE TAKEN:  November 9, 2022

5     REPORTER:  Katherine Ford, RPR

6     I have read the foregoing deposition and I wish to

7     make the following changes:

8     PAGE  LINE              CHANGE              REASON

9     _____

10    _____

11    _____

12    _____

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19    _____

20    _____

21    _____

22    _____

23                  Katherine D. Ford _____
```



**A**

a.m
1:20 4:10 16:1,2
able
14:14
acting
10:20 13:1
activities
9:17
activity
8:1
address
6:5
Adler
2:12 4:12
affixed
18:17
African-American
9:11,14
ago
6:11
ahead
10:8
ain't
8:11
aircraft
9:10 10:4 11:8 13:11
Airlines
1:9 4:7 19:3
aisle
8:1,9
al
1:6,9 4:7
and/or
17:4
answer
5:18 10:8
answered
13:23
answers
5:15
anybody
15:4
appearances
2:2 4:18

appreciate
14:17
approve
17:5
asked
9:6 10:10,13 12:1
  13:23
asking
5:17
asleep
13:18
attendant
9:18,23 10:3,25
  12:21 13:2,20 14:9
attendants
12:9,13 14:3
attention
15:1
Avenue
2:5 6:6
aware
11:12

**B**

B
3:7
back
8:6,15,18,18 9:6,9
  10:3,11,12 11:8,8
  11:23 13:7,11,15
  14:13
Banuelo
2:20 4:14
begins
4:4
believe
10:12 12:17,23,24
birth
6:3
black
8:25 9:1
Bmaye@amm-law....
2:15
boy
11:12
Brian

2:14 3:4 4:20
Briana
6:15 7:23
business
8:20

**C**

C
2:1 4:1 18:1,1
California
2:6
case
1:8 18:14 19:3
Caucasian
9:11
CCR
1:21
certify
17:3 18:7
CHANGE
19:8
changes
17:4 19:7
characterize
11:2
Chicago
2:13
child
8:3,8,23 9:9,19 10:3
  10:4,15,19,25 11:20
  13:3,10,11 14:8,9
child's
10:14 11:7,23
city
6:7
Clark
2:12
come
8:17 9:6 10:10 12:17
commission
18:21
COMMONWEAL...
18:2
concluded
16:2
conversation

12:7
cool
5:19
copy
15:22
correct
18:8
corrections
17:5
correctly
14:25
counsel
4:17 18:12
COUNTY
18:3
court
1:1 4:8,15,23 5:13
  15:16
crying
10:19
current
6:5
currently
6:17

**D**

D
2:7 3:1,5 4:1
date
1:19 6:2 19:4
day
17:7 18:17
deal
15:1
deem
17:5
defendants
1:10 2:10 4:20
definitely
9:24
Delvecchia
1:6 4:6 19:3
demeanor
13:1
departed
7:8



**deposition**
1:15 4:5,11 7:4 16:2
   17:4 19:2,6
**Depot**
6:21
**describe**
8:22 9:8
**difficult**
5:14
**directly**
8:9,11
**District**
1:1,2 4:8,8
**doing**
11:13 13:15

**E**

**E**
2:1,1 3:1,7 4:1,1 18:1
   18:1
**E-Tran**
15:20
**either**
8:21 15:4
**employed**
6:18,20 18:13
**ended**
13:17
**ERRATA**
19:1
**escorted**
9:9 10:3 13:10
**Esq**
2:7,14 3:4,5
**et**
1:6,9 4:7
**EXAMINATION**
3:3 5:5 14:20
**Executed**
17:7
**EXHIBIT**
3:9
**exhibits**
3:11
**expires**
18:21

**F**

**F**
18:1
**face**
11:23
**falling**
13:18
**father**
11:7,17,22 12:8,12
   12:22 13:9,12,21
   14:3,24 15:5
**father's**
12:25
**February**
18:21
**female**
9:12
**figured**
10:22 15:8
**financial**
18:14
**finished**
5:17
**flight**
7:5,6,6,7,12,14,25
   9:18,23 10:3,24
   11:24 12:3,8,12,21
   13:2,20,20 14:2,9
**focused**
8:20
**following**
19:7
**follows**
5:4
**Ford**
1:21 4:15 18:4 19:5
**foregoing**
18:6,7 19:6
**form**
10:6 11:3 13:22 14:4
**Francisco**
2:6
**front**
8:12,12
**Frontier**

1:9 4:6 7:7 19:3
**full**
5:7
**further**
14:18 15:13

**G**

**G**
4:1
**gentlemen**
14:23
**girlfriend**
6:14 7:18
**give**
5:11
**go**
5:12 10:8 11:8 13:15
**going**
5:12 8:11 12:13
   15:10,25
**gotcha**
6:1,1
**grab**
8:17
**great**
6:2 14:25
**guess**
10:16,16,18

**H**

**H**
3:7
**half**
6:11
**hand**
18:17
**happened**
8:5 11:9 12:4
**hard**
5:24
**Hays**
6:15
**head**
9:23 13:21
**headphones**
10:17

**hear**
10:24 12:7 15:3
**help**
5:12
**hereunto**
18:16
**Hershberger**
6:23,24
**hi**
14:22
**Hmm**
8:2
**Hold**
11:10
**Home**
6:21

**I**

**Illinois**
2:13
**individual**
9:18 11:1
**interactions**
12:11
**interest**
18:14
**Involving**
8:3

**J**

**jerked**
10:9
**JOB**
1:22
**John**
2:7 3:5 4:21 14:22
**Johndmckayatty@...**
2:8

**K**

**Katherine**
1:21 4:15 18:4 19:5
**kid**
9:1,1
**kind**
8:10



**know**
8:4 9:2 10:23 12:16
  12:16 15:9

**L**

**Las**
7:7,17
**LAW**
2:5
**Legal**
1:24 4:14,16
**leisure**
7:20
**LINE**
19:8
**live**
6:12
**lived**
6:9
**LLC**
2:5
**LLP**
2:12 4:13
**located**
6:22
**long**
6:9
**looked**
8:23,23 11:17

**M**

**Magna**
1:24 4:14,15
**male**
9:14 11:19
**March**
7:8
**marshal**
8:17
**matter**
4:6
**Maye**
2:14 3:4 4:20,20 5:6
  10:7 11:6 14:1,7,16
  15:13,20
**McKay**

2:7 3:5 4:21,21 10:6
  11:3 13:22 14:4,11
  14:21,22 15:22,23
**McQuillen**
2:12 4:13
**mean**
8:15,19 12:16
**mentioned**
8:14
**military**
7:2
**mind**
10:11
**Miquel**
2:20 4:13
**mistaken**
9:1
**mistreat**
14:3,9
**month**
6:11
**move**
12:2,17
**moved**
6:10 13:3,4,5 14:13
**moving**
15:5
**Murphy**
2:12 4:12

**N**

**N**
2:1 3:1 4:1
**name**
5:8
**near**
11:1
**necessary**
17:5
**need**
15:17,24
**needs**
5:22
**neither**
18:12
**Nevada**

1:2 4:8
**NJK**
1:9
**nod**
5:23
**normal**
10:22
**normally**
10:20
**Norway**
6:6
**notarial**
18:17
**Notary**
18:22
**notice**
8:1 11:25
**November**
1:19 4:9 18:18 19:4
**number**
1:22 4:4

**O**

**O**
4:1
**Objection**
10:6 11:3 13:22 14:4
  14:11
**observe**
9:2 13:8,14
**observing**
9:17
**offered**
3:11
**officer**
18:5
**Oh**
9:24
**okay**
5:20 6:2,12,17 7:9,10
  7:20,22 9:16,22
  10:2,14,15,24 11:7
  13:8,19,19 14:17
  15:3,7,11
**Older**
11:19

**Once**
14:13
**original**
15:18
**outcome**
18:15

**P**

**P**
1:21 2:1,1 4:1 18:4
**PAGE**
3:3,9 17:1 19:8
**PARK**
2:5
**parties**
4:17 18:13
**passenger**
7:14
**paying**
14:25
**PDF**
15:23
**person**
9:9
**Peter**
1:6 4:6
**plaintiffs**
1:7 2:3 4:22 14:23
**please**
4:24 15:23
**point**
7:25 9:16 13:19
**poorly**
14:3,10
**present**
2:20 4:17
**pretty**
12:14
**problem**
15:12,12
**proceed**
5:10,12
**proceedings**
18:6,8,9
**Professional**
18:5



**professional-acting**
12:21
**professionally**
10:5
**Public**
18:22
**punch**
9:23 13:20
**purpose**
7:16
**purposes**
7:4

**Q**

**question**
5:17
**questions**
5:15 14:18 15:14
**quite**
8:5

**R**

**R**
2:1 4:1 18:1
**racist**
11:2
**Raleigh-Durham**
7:7
**Rashaad**
1:16 4:5 5:1,7,9
14:17 17:12 19:2
**reacting**
13:2
**reaction**
10:15
**read**
17:3 19:6
**reading**
13:15 18:11
**really**
8:4,7,20 12:16
**rear**
9:9
**REASON**
19:8
**recall**

8:23 9:8,20,21,25,25
10:2 11:15,17 12:25
14:5,6,12
**record**
4:4 15:17 16:1 18:8
**recording**
5:14
**reduced**
18:10
**refer**
7:5
**referring**
7:6
**regarding**
5:11 12:13
**Registered**
18:4
**related**
18:13
**remember**
9:10,15,24 10:17
11:4,5 12:19
**REMOTE**
1:15 2:2
**reporter**
1:21,21 4:15,24 5:13
15:17 18:5 19:5
**represent**
4:19 14:23
**request**
4:12
**requested**
18:12
**responding**
5:11,20
**response**
5:22
**return**
13:12
**right**
5:18 8:22 9:4 11:15
14:19,19 15:15,15
**Roanoke**
6:8,25 18:3
**RPR**
1:21 19:5

**rub**
11:22

**S**

**S**
1:16 2:1 3:7 4:1 5:1
17:12 19:2
**San**
2:6
**saying**
5:23
**seal**
18:17
**seat**
8:12 13:12
**seated**
9:18 11:20
**seats**
10:11,22 12:2 15:8
**see**
8:14,19 9:17,22 11:7
11:22 12:6,11 13:20
13:24,25 14:2,9,14
**seen**
8:4,7,17 9:4
**service**
7:2
**Services**
1:24 4:14,16
**set**
18:16
**Shaquille**
5:9
**SHEET**
19:1
**shoulders**
11:23
**SIGNATURE**
17:1
**signing**
18:11
**sir**
7:15
**sitting**
9:4,5 11:1
**situation**

13:6
**sleep**
13:15
**smoothly**
5:13
**son**
14:24 15:5
**sort**
8:10
**South**
2:12
**speaking**
5:16
**Spear**
2:5
**specifically**
15:4
**stand**
12:1
**state**
4:18 5:7 6:7
**States**
1:1 4:7
**STENOGRAPHER**
15:18,21
**Stenographic**
1:21
**stenographically**
18:9
**Street**
2:5,12
**strike**
9:18
**subject**
7:5
**suggestions**
5:11
**Suite**
2:5,12
**supervision**
18:11
**sure**
5:21 11:15 12:14,23
12:24 13:17
**swear**
4:24



switch
10:11
switching
10:22 15:8
sworn
5:2

**T**

T
2:14 3:4,7 18:1,1
take
5:14,22,24 8:18
  15:20
taken
4:11 18:6,9 19:4
talk
7:12 11:8 12:14
talking
12:18,20
tell
5:2 14:15
testified
5:3
testimony
14:25
Thank
15:11
Thanks
14:17
thing
11:14 13:5
things
5:12
think
11:10,11,11,14,14,15
  11:16,16 15:7
thinking
11:13
time
1:20 4:9 5:16 7:17
  13:1
today
4:8 7:12
transcribed
15:19
transcript

18:7
traveling
7:23 9:3
treat
10:4 14:3,10
trip
7:16,18,19,20
true
18:7
truth
5:2,3,3
try
5:16
typewriting
18:10

**U**

uh-huh
5:24
understand
5:25 12:5,5
understanding
7:11
understood
14:24
United
1:1 4:7

**V**

v
1:8 4:6 19:3
Vegas
7:8,17
verbalize
5:21
videographer
2:20 4:3,13,23 15:16
  15:25
videotape
4:4
VIDEOTAPED
1:15
Virginia
6:8 18:2
virtually
4:12

**W**

wait
5:16
want
5:10 6:10 8:25 9:13
wanted
10:11
wasn't
8:19,20 10:9 11:12
  11:12
we're
5:15
Wednesday
1:19
went
13:7
weren't
14:25
WHEREOF
18:16
white
11:19
wife
6:14
wish
19:6
withdrawn
13:9
witness
4:24 11:4 13:24 14:5
  14:12 15:15 17:1
  18:16
Wormack
1:16 4:5 5:1,9 14:22
  17:12 19:2
worrying
13:7
wouldn't
11:4,5
written
17:6
www.MagnaLS.com
1:25

**X**

**X**
3:1,7

**Y**

yeah
7:21 8:10 11:21,21
  13:4 15:9
younger
8:25 9:1

**Z**

**0**

**1**

1
4:4
10:03
1:20 4:9
10:17
16:1,2
1100
2:5
14
3:5
14th
18:17
166385
18:22
19867
1:21

**2**

2:19-cv-01322-KJD-
1:8
20
2:12
201
2:5
2019
7:8
2022
1:19 4:9 17:7 18:18
  19:4
2023
18:21



**2067**
7:7
**2500**
2:12
**28**
7:8 18:21

---
**3**

**312**
2:13
**3409**
6:6
**345-0700**
2:13

---
**4**

**434**
2:6
**4609**
6:23

---
**5**

**5**
3:4
**5/29/92**
6:4
**531-9569**
2:6

---
**6**

**60603**
2:13

---
**7**

---
**8**

**866.624.6221**
1:24
**893964**
1:22

---
**9**

**9**
1:19 4:9 19:4
**94105**
2:6

