**EXHIBIT 14**

DVD of Deposition of Flight Attendant Chelsie (Bright) Sakurada

**(To be hand delivered to Court)**