(FILED UNDER SEAL)

## EXHIBIT 15

**Deposition of Captain Vickie R. Norton, BSME, MSc, ATP**

**Contains Sensitive Security Information (SSI) per Protective Order (ECF No. 126)**