(FILED UNDER SEAL)

# EXHIBIT 16

Excerpts from Deposition of Leah Sampson, MSW, LCSW

**(Designated Confidential under Protective Order)**