**EXHIBIT 20**

**Deposition of Gayle DelVecchia**

GAYLE ANN DELVECCHIA                                November 18, 2019

```
                                                    Page 1
 1              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
 2
               CASE NO. 2:19-CV-01322-KJD-NJK
 3

 4   PETER DELVECCHIA, individually and
     as next friend of A.D., a minor,
 5
             Plaintiffs,
 6
     vs.
 7
     FRONTIER AIRLINES, INC. and JOHN DOES
 8   1 through 5, inclusive,

 9           Defendants.
     _____/
10

11

12

13              Videotaped Deposition of

14               GAYLE ANN DELVECCHIA

15

16              (Taken by Plaintiffs)

17             Raleigh, North Carolina

18           Monday, November 18, 2019

19

20

21

22

23             Reported in Stenotype By:
                    Denise Y. Meek
24        Court Reporter and Notary Public
```

U.S. Legal Support, Inc.
(312) 236-8352

GAYLE ANN DELVECCHIA                                        November 18, 2019

---

Page 2

```
 1                    APPEARANCES
 2
 3    FOR THE PLAINTIFFS:
 4         JOHN D. McKAY, ESQ.
           Park Avenue Law
 5         127 West Fairbanks Avenue, Suite 519
           Winter Park, FL  32789
 6         800-391-3654
           parkavelaw@gmail.com
 7
 8    FOR THE DEFENDANTS:
 9         TARA SHELKE, ESQ.
           Adler Murphy & McQuillen, LLP
10         20 South Clark Street, Suite 2500
           Chicago, IL  60603
11         312-345-0700
           tshelke@amm-law.com
12
13    ALSO PRESENT:
14         DILLON TYNDALL, Videographer
15
16
17         Videotaped Deposition of GAYLE ANN
18    DELVECCHIA, a witness called on behalf of the
19    Defendants, before Denise Y. Meek, Court Reporter
20    and Notary Public, in and for the State of
21    North Carolina, at Smith Anderson Blount Dorsett
22    Mitchell & Jernigan, LLP, 150 Fayetteville Street,
23    Suite 2300, Raleigh, North Carolina, on Monday,
24    November 18, 2019, commencing at 8:07 a.m.
```

Page 3

```
 1               INDEX OF EXAMINATIONS
 2
 3    GAYLE ANN DELVECCHIA                          PAGE
 4    By Ms. Shelke                                    5
 5
 6
 7                 INDEX OF EXHIBITS
 8                     (NONE)
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Page 4

```
 1                  - - -
 2         THE VIDEOGRAPHER:  We are now on the
 3    record.
 4         This is the beginning of media unit
 5    number one, in the deposition of
 6    Gayle DelVecchia, in the matter of
 7    Peter DelVecchia v. Frontier Airlines,
 8    Inc., et al., case number
 9    2:19-CV-01322-KJD-NJK.
10         Today's date is November 18, 2019.  The
11    time is 8:07 a.m.
12         My name is Dillon Tyndall, the
13    videographer.  The court reporter is
14    Denise Meek.  We are here with U.S. Legal
15    Support.
16         Will all counsel please identify
17    themselves for the record.  Afterwards, the
18    court reporter may swear in the witness.
19         MR. McKAY:  I'm John McKay.  I'm here
20    representing the plaintiffs.
21         MS. SHELKE:  Tara Shelke on behalf of
22    defendant Frontier Airlines.
23         THE REPORTER:  Please raise your right
24    hand.
```

Page 5

```
 1         Do you solemnly swear the testimony you
 2    will give in this matter will be the truth,
 3    the whole truth, and nothing but the truth,
 4    so help you God?
 5         THE WITNESS:  I do.
 6         THE REPORTER:  Thank you.
 7                  - - -
 8              GAYLE ANN DELVECCHIA,
 9           having been first duly sworn,
10       was examined and testified as follows:
11                EXAMINATION
12    BY MS. SHELKE:
13         Q.  Would you state your full name, please.
14         A.  Gayle Ann DelVecchia.
15         Q.  Is that Ann with an E?
16         A.  A-N-N.
17         Q.  Let the record reflect that this is the
18    deposition of Gayle Ann DelVecchia, taken
19    pursuant to subpoena and set for today's date
20    by agreement of the parties.
21         This deposition shall be conducted in
22    accordance with the Federal Rules of Civil
23    Procedure and all applicable rules of the
24    United States District Court for the District
```

GAYLE ANN DELVECCHIA                                  November 18, 2019

Page 6

1  of Nevada.
2          Gayle, my name is Tara Shelke.  I
3  represent the defendant, Frontier Airlines,
4  Inc., in a lawsuit filed by Peter DelVecchia
5  and his son A.D.
6          Do you know Peter DelVecchia?
7      A.  I do.  He is my father.
8      Q.  And Peter has a son, correct?
9      A.  That is correct.
10     Q.  We're going to go off the record in
11  just a moment, and will you tell me Peter's
12  son's full name, please.
13         MS. SHELKE:  We'll go off the record.
14         THE VIDEOGRAPHER:  We are now off the
15  record.  The time is 8:08 a.m.
16         (Off the record.)
17         MS. SHELKE:  Back on the record.
18         THE VIDEOGRAPHER:  We are back on the
19  record.  The time is 8:08 a.m.
20  BY MS. SHELKE:
21     Q.  Gayle, while we were off the record,
22  you gave me the full name of Peter's son.  If I
23  refer to him as A.D. during this deposition,
24  will you know who I mean?

Page 7

1      A.  Yes.
2      Q.  And Peter only has one son, correct?
3      A.  That is correct.
4      Q.  Have you ever given a deposition
5  before?
6      A.  No.
7      Q.  Okay.  Just a few things to keep in
8  mind through this deposition.
9          The first is that we have a court
10  reporter taking down everything that we say
11  today.  She can only record one of us speaking
12  at a time.  So wait for me to finish my
13  question before you answer, and then I'll be
14  sure to wait for you to finish your answer
15  before I ask another question.  Okay?
16     A.  Uh-huh.
17     Q.  The second is that your answers need to
18  be verbal, "yes" or "no."  "I don't know" is a
19  fair response as well.  But when you say
20  "uh-huh" or "uh-uh," the court reporter can't
21  really take that down.  Okay?
22     A.  Yes.
23     Q.  Third, if I ask you a question, and you
24  do not understand, let me know, and I can ask

Page 8

1  it differently or rephrase it.  But if I ask
2  you a question, and you answer, I'm going to
3  assume you understood the question.
4          Is that fair?
5      A.  Yes.
6      Q.  Finally, if you need to take a break at
7  any time, just let us know, and we can do that.
8  I'll only ask that if there is a question
9  pending, you answer the question before we take
10  a break.  Okay?
11     A.  Yes.
12     Q.  Mr. McKay over here represents Peter
13  and A.D.
14          Do you know John?
15     A.  Yes.
16     Q.  When was the first time you met John?
17     A.  Yesterday.
18     Q.  How long did you meet with John
19  yesterday?
20     A.  About four or five hours.
21     Q.  And what did you discuss with John
22  during those four or five hours?
23     A.  How to properly prepare for a
24  deposition and what a deposition is.

Page 9

1      Q.  And what did he tell you with respect
2  to preparing for the deposition?
3      A.  To answer the questions as best as I
4  can.  If I need to pause and think about it, do
5  that before answering the question, because it
6  is on record.  That's about it.
7      Q.  Did he tell you anything about the
8  case?
9      A.  Yes.
10     Q.  What did he tell you?
11     A.  Sorry.
12         MR. McKAY:  Counsel, I'm going to have
13  to object to anything that would get
14  into -- I mean, I do represent the family.
15  So Gayle is a member of the family.  So at
16  some point we're going to be crossing into
17  attorney-client privilege, and I would
18  object to questions along those lines.
19         MS. SHELKE:  Okay.  But the named
20  plaintiffs in this case are only Peter and
21  A.D., correct?
22         MR. McKAY:  That's right, but that
23  doesn't mean I don't represent other
24  members of the family as well.

GAYLE ANN DELVECCHIA                                    November 18, 2019

Page 10

1          MS. SHELKE:  Okay.
2    BY MS. SHELKE:
3          Q.  Did John show you any documents during
4    your meeting yesterday?
5          A.  No.
6          Q.  Was that the first time that you had
7    met John, yesterday?
8          A.  Yes.
9          Q.  Before meeting with John yesterday, had
10   you spoken with him over the telephone?
11         A.  No.
12         Q.  Who all were present for the meeting?
13         A.  Peter and A.D.
14         Q.  Was Amanda present?
15         A.  She was not, but she was telephoned in.
16         Q.  Did she telephone in for the entire
17   four to five hours?
18         A.  Yes.
19         Q.  Did you speak with Peter about your
20   deposition?
21         A.  No.
22         Q.  Did you speak with A.D. about your
23   deposition?
24         A.  No.

Page 11

1          Q.  Are you familiar with the claims that
2    Peter and A.D. are making in this lawsuit?
3          A.  Yes.
4          Q.  What do you understand the claims to
5    be?
6          A.  Emotional injury for both Peter and
7    A.D.
8               MR. McKAY:  Don't worry.  It's not a
9          quiz.  It's whatever you remember or what
10         you understand.
11         A.  I mean, there's a lot.  Just, you know,
12   everything that happened on that flight.
13   Because after it happened, I did talk to Peter,
14   who was very upset on his behalf and A.D.'s
15   behalf.  It was just very traumatizing for both
16   of them.
17              And after it happened, I was still
18   living at home at the time, so I could see how
19   their behaviors had changed towards each other
20   and just in general towards the public and how
21   they were too scared to have physical contact
22   with each other, like hand-holding or hugging.
23   Both of them are just very affectionate people,
24   and I would say that my dad is very strong in

Page 12

1    how he handles things, but I could tell that
2    this really broke him a lot.
3               My brother would have nightmares and
4    wake up screaming because of memories he would
5    remember from this.  And then just to hear my
6    dad say that he doesn't feel comfortable now
7    holding A.D.'s hand in public, because he's not
8    sure what someone is going to accuse him of
9    next.
10         Q.  Now, this lawsuit arises from an
11   incident that occurred on March 28th of 2019,
12   on board Frontier Flight 2067 from Raleigh to
13   Las Vegas.
14              Were you a passenger on that flight?
15         A.  I was not.
16         Q.  Did you go on the trip to Death Valley
17   National Park with Peter and A.D. in March and
18   April of 2019?
19         A.  No.
20         Q.  So it would be correct that any
21   information or knowledge you have regarding
22   that flight or the events that occurred on that
23   flight is something you've learned through
24   either Peter or A.D., correct?

Page 13

1               MR. McKAY:  Objection to the form.
2    BY MS. SHELKE:
3          Q.  You can still answer.
4          A.  Yes.
5          Q.  Apart from speaking with Peter and
6    A.D., have you learned about the events that
7    occurred on Flight 2067 from any other area, or
8    any other person?
9          A.  No.
10         Q.  What is your date of birth?
11         A.  April 27, 1994.
12         Q.  And what are your parents' names?
13         A.  Peter John DelVecchia and Gay Tanwani
14   DelVecchia.
15         Q.  You were adopted by Peter and Gay; is
16   that correct?
17         A.  Yes.
18         Q.  When were you adopted?
19         A.  July 1995.
20         Q.  How many children do your parents have?
21         A.  Three.
22         Q.  What are their names?  And you can
23   refer to your brother as A.D.
24         A.  Amanda Gay DelVecchia and A.D.

GAYLE ANN DELVECCHIA                                    November 18, 2019

Page 14

1    Q.  Do you know how old A.D. was when he
2  was adopted?
3    A.  Two and a half, three.
4    Q.  Do you know where A.D. was adopted
5  from?
6    A.  Yes.
7    Q.  Where was he adopted from?
8    A.  Ethiopia.
9    Q.  Do you know how your parents came to
10  adopt A.D.?
11    A.  Yes, they went through an agency.  At
12  the time, my mom was very sick, so we couldn't
13  travel to the country.  So we had to, you know,
14  have someone escort him over.  And they
15  found -- they had pictures.  And they needed a
16  healthy child, just because of my mom's
17  illness.  And so he was presented, and we went
18  over the documents.
19    Q.  How old were you when A.D. was adopted?
20    A.  Fifteen, sixteen.
21    Q.  You said your mom was sick.  What kind
22  of an illness did she have?
23    A.  She had a liver disease and Budd-Chiari
24  syndrome.

Page 15

1    Q.  And your mom passed away; is that
2  correct?
3    A.  Uh-huh.
4    Q.  I'm sorry.  When did that happen?
5    A.  July 2, 2014.
6    Q.  Do you know how old A.D. was when your
7  mom passed away?
8    A.  Seven.
9    Q.  And you would have been 20; is that
10  correct?
11    A.  Uh-huh.
12    Q.  Yes?
13    MR. McKAY:  You have to say "yes" or
14  "no."
15    A.  Yes.  Sorry.  And I'm pretty sure on
16  all these, but I'm kind of estimating with
17  dates.
18    Q.  That's fair.  Thank you.
19    A.  Yeah.
20    Q.  What is your address?
21    A.  503 Pebble Drive, Gibsonville,
22  North Carolina, 27249.
23    Q.  Who lives with you at that address?
24    A.  It's just me.

Page 16

1    Q.  How long have you lived at that
2  address?
3    A.  Seven months.
4    Q.  Where does Peter live?
5    A.  503 Governor Drive, Hillsborough,
6  North Carolina, 27278.
7    Q.  Who lives with Peter at that address in
8  Hillsborough?
9    A.  A.D.
10    Q.  Is that the house that you grew up in?
11    A.  When I moved to North Carolina, yes.
12    Q.  Where did you move to North Carolina
13  from?
14    A.  New York.
15    Q.  Do you remember when you moved from
16  New York?
17    A.  August 2006.
18    Q.  Where did you attend high school?
19    A.  Orange High School in Hillsborough,
20  North Carolina.
21    Q.  What year did you graduate high school?
22    A.  2012.
23    Q.  Where did you attend college?
24    A.  I attended Durham Technical Community

Page 17

1  College from 2012 to 2014; and then
2  Elon University, and I graduated in 2017.
3    Q.  Did you receive an associate's degree
4  from Durham Tech?
5    A.  I did.
6    Q.  Was there a major associated with that?
7    A.  Uh-uh, just an associate's in arts
8  degree.
9    Q.  And what is your degree from
10  Elon University in?
11    A.  Elementary education.
12    Q.  Besides Durham Tech and
13  Elon University, have you attended any other
14  colleges or universities?
15    A.  No.
16    Q.  Do you have any further education
17  beyond your bachelor's degree?
18    A.  No.
19    Q.  Are you currently employed?
20    A.  Yes.
21    Q.  Where do you work?
22    A.  Orange County Sportsplex in
23  Hillsborough, North Carolina.
24    Q.  What do you do at Orange County

GAYLE ANN DELVECCHIA                                    November 18, 2019

Page 18

1   Sportsplex?
2       A.  I'm the assistant director of
3   children's programming.  So I help create and
4   manage our preschool program, after-school
5   program, summer camp programs, and then
6   school-year camp programs.
7       Q.  Is that a full-time position?
8       A.  It is.
9       Q.  And what is Orange -- did you say
10  Orange County Sportsplex?
11      A.  Uh-huh.
12      Q.  What is that facility?
13      A.  It's a recreational facility.  So
14  there's a gym, basketball courts, ice rink, two
15  recreational pools.
16      Q.  And as assistant director, do you have
17  direct involvement with the children, or do you
18  work more in an administrative role?
19      A.  Mostly administrative, but I do work
20  with the kids when we have school-year camps
21  and summer camp.
22      Q.  Has (redacted) -- sorry.  Strike that.
23          Has A.D. attended any camps at Orange
24  County Sportsplex?

Page 19

1       A.  Yes.
2       Q.  When did you start your position at
3   Orange County Sportsplex?
4       A.  As an assistant director, or in
5   general?
6       Q.  As an assistant director first.
7       A.  2017.
8       Q.  And did you work there in any other
9   capacity before you became assistant director?
10      A.  I did.  I started in 2012 as a camp
11  counselor/after-school counselor.
12      Q.  Since 2012, have you consistently
13  worked at Orange County Sportsplex in some
14  capacity or another?
15      A.  Yes.
16      Q.  Apart from Orange County Sportsplex, do
17  you work anywhere else?
18      A.  No.
19      Q.  I understand that Peter has two
20  sisters.  Is that correct?
21      A.  Yes.
22      Q.  Where do they live?
23      A.  One lives in New Jersey, and the other
24  one lives in New York.

Page 20

1       Q.  How often do you see them?
2       A.  Once a year, maybe twice a year, if
3   we're lucky.
4       Q.  When was the last time you saw them, if
5   you recall?
6       A.  The last time I saw them was in
7   September.
8       Q.  And what was that occasion?
9       A.  My grandfather's birthday.
10      Q.  Apart from the two sisters, does Peter
11  have any other siblings?
12      A.  He does.  He has two brothers.
13      Q.  Where do they live?
14      A.  I'm guessing, because we don't talk to
15  them as much.  One lives in Pennsylvania, and
16  the other one in New York.
17      Q.  Do you know when the last time was that
18  you saw either of them?
19      A.  One of them was in 2014; the other one
20  maybe three years ago.
21      Q.  Do you have any grandparents on Peter's
22  side?
23      A.  I do.
24      Q.  Who do you have?

Page 21

1       A.  My grandfather.
2       Q.  Where does he live?
3       A.  New Jersey, with my aunt.
4       Q.  And the last time you saw him would
5   have been September of 2019?
6       A.  Yes.
7       Q.  What was that occasion that you saw him
8   in September of 2019?
9       A.  For his 85th birthday.
10      Q.  Are you in touch with any family on
11  your mother's side?
12      A.  Yes.
13      Q.  Who are you in touch with?
14      A.  My aunts.
15      Q.  Where do they live?
16      A.  Three of them live in California; one
17  of them lives in New York.
18      Q.  When you say you're in touch with them,
19  is that by phone calls?  Emails?  In person?
20      A.  We text, and then I see them in person
21  when I can.
22      Q.  Do you know when the last time was that
23  you saw your aunt in New York?
24      A.  She just visited.  So, September.

GAYLE ANN DELVECCHIA                                    November 18, 2019

Page 22

1    Q.   What is her name, the aunt in New York?
2    A.   Sheela Tanwani.
3        MR. McKAY:  Could you spell that,
4    please?
5        THE WITNESS:  First name or last name?
6        MR. MCKAY:  No, the last name.
7        THE WITNESS:  T-A-N-W-A-N-I.
8        MR. McKAY:  Thank you.
9        THE WITNESS:  Uh-huh.
10   BY MS. SHELKE:
11   Q.   When was the last time that you saw
12   your three aunts in California?
13   A.   Asha came with Sheela in September.
14   And then Rani and Padma, it may have been a
15   year ago at Asha's daughter's wedding.
16   Q.   What is Asha's last name?
17   A.   Gidvani, G-I-D-V-A-N-I.
18   Q.   Apart from Peter and A.D., do you have
19   any other family in North Carolina?
20   A.   No.  Well, my sister lives half and
21   half in North Carolina and then Colorado.
22   Q.   And your sister, referring to Amanda,
23   correct?
24   A.   Yes.

Page 23

1    Q.   Does she have a home or a house here in
2    North Carolina?
3    A.   Yes, that she rents.
4    Q.   Okay.
5    A.   I just don't know the address.
6    Q.   Okay.  You mentioned that you were
7    still living at home at the time of this
8    incident, which was March of 2019.
9        When did you move into your house?
10   A.   April 4, 2019.
11   Q.   So before April 4, 2019, when you lived
12   in the house with Peter, it was you, Peter, and
13   A.D., correct?
14   A.   Yes.
15   Q.   For the portion of the year that Amanda
16   spends in North Carolina, was she also living
17   with you in that house when you were living
18   there?
19   A.   No.
20   Q.   Since you've moved out of Peter's house
21   on April 4th of 2019, in an average week, how
22   often do you see Peter or A.D.?
23       MR. McKAY:  Objection to the form of
24   the question.

Page 24

1        Go ahead.
2    A.   Three to four times a week.
3    Q.   Do you always see them together?
4    A.   Yes.
5    Q.   And how do those occasions come about?
6    A.   Whether I stop by the house.  My dad
7    works out at the Sportsplex, so I'll see him.
8    My brother does hockey at the Sportsplex.  My
9    brother does cross-country.  So I'll see them
10   at the meets or if I'm at the hockey game that
11   my brother is at.
12   Q.   Do Peter or A.D. ever visit you at your
13   house?
14   A.   Yes.
15   Q.   Apart from seeing Peter in person, do
16   you speak with Peter on the telephone?
17   A.   Yes.
18   Q.   How often would you say you speak with
19   him on the telephone?
20   A.   Almost every day.
21   Q.   Do you also text Peter?
22   A.   Yes.
23   Q.   How often would you say you text him?
24   A.   Every day.

Page 25

1    Q.   And would this be true just about every
2    day since April 4th of 2019?
3    A.   Yes.
4    Q.   Would this be true even prior to
5    April 4th of 2019?
6    A.   Yes.
7    Q.   Does A.D. have a cell phone?
8    A.   He just recently got one.
9    Q.   Do you know how recently?
10   A.   He's had it no more than six months, if
11   I had to guess.
12   Q.   Do you know if A.D. had a cell phone at
13   the time of this incident, which was March 28th
14   of 2019?
15   A.   I don't think so.  I believe he just
16   got it starting this school year.
17   Q.   Okay.  And is that a smartphone with
18   internet capability?
19   A.   Yes.
20   Q.   Apart from when you see A.D. in person,
21   now that he has a cell phone, do you speak with
22   him on the telephone?
23   A.   Occasionally.
24   Q.   Do you text with him?

GAYLE ANN DELVECCHIA                           November 18, 2019

Page 26

1    A.  Yes.
2       Q.  How often would you -- do you text
3    A.D.?
4       A.  Only once or twice a week, because he
5    has school and sports commitments.
6       Q.  Do you and A.D. use any social media to
7    connect?
8       A.  No.
9       Q.  Do you know if A.D. has Snapchat?
10      A.  He does.
11      Q.  Do you know if he has TikTok?
12      A.  He does not.
13      Q.  Do you know if he has Instagram?
14      A.  He does.
15      Q.  Do you know if he has Facebook?
16      A.  He does not.
17      Q.  How would you describe Peter as a
18   father?
19      A.  He's a very loving father.  He's great
20   at advice-giving.  We call each other our
21   "rocks," with everything we've been through.
22   He's been there for everything for me, at my
23   highest points and my lowest points, and he
24   still supports me, no matter what.  You know,

Page 27

1    he's -- I was blessed that he adopted me.  Both
2    my parents gave me a better life.  And most of
3    my accomplishments, I owe to him, because he's
4    the one that helped me get there, and he's
5    never given up on me.
6       Q.  How would you describe the relationship
7    that you have with Peter?
8       A.  I think we have a great relationship.
9    It was very hard on both of us when I moved
10   out, but I was 25, so it was time.  When you go
11   from seeing someone every day to not that
12   often, it's very hard.  That's why, you know,
13   we text and call every day.  I'm 25, but he'll
14   still text me if I got home okay.  It's a very
15   jokingly fun relationship.  We love to tease
16   each other.  It doesn't matter how old we are.
17   It's just something that will never change.
18      Q.  You mentioned that moving out was hard.
19          Was it hard on you when you moved out
20   of the house?
21      A.  Yes.
22      Q.  Was it hard on Peter when you moved out
23   of the house?
24      A.  I would say so.  I can't speak on his

Page 28

1    behalf, but just interactions, yeah, yes.
2       Q.  And what is it about the interactions
3    that led you to believe that it was hard on him
4    when you moved out?
5       A.  Just when we would text, he would, you
6    know, say, more so now, how much he misses me,
7    because he doesn't see me every day.  And then
8    when we do see each other, like when I would
9    have to leave, because now I have my own home,
10   it was -- you know, the hugs get a little
11   longer, and he's very more vocal about how he
12   feels.
13      Q.  Did things change in any way in your
14   relationship between you and Peter after your
15   mom passed away?
16      A.  Yes, I would say we got closer.  I
17   would say that I played a major role in A.D.
18   growing up.  And I think, you know, I had to be
19   strong for him, and he thought he had to be
20   strong for me, because a lot of this revolves
21   around my little brother, A.D.  We just wanted
22   to make sure he still had the best life he
23   could have, with having his biological mom pass
24   away, and then his adoptive mom passing away as

Page 29

1    well.
2       Q.  You said you played a major role in
3    A.D. growing up.  Can you explain that a little
4    more?
5       A.  So I was very excited.  I've always
6    wanted a younger sibling.  And then in December
7    of twenty -- I can't even think of the year --
8    my mom went for a liver transplant, in
9    Maryland, and it did not go well.  She suffered
10   a heart attack while they were closing up, and
11   so they weren't prepared for it.  So her brain
12   was without oxygen for about 15 to 20 minutes,
13   which left her in a vegetative state.
14          And with my dad being in Maryland, I
15   basically had to raise my brother for that
16   year.  He was only in first grade.  I was still
17   in school and working part-time.  And then on
18   the weekends, we would go up to Maryland to
19   visit, but I made sure my role was to take care
20   of him and that his life wasn't going to be
21   shooken up too much by having to travel back
22   and forth, not having Dad around, and them him
23   understanding what was going on with Mom.
24      Q.  Was Amanda living in the house during

GAYLE ANN DELVECCHIA                                    November 18, 2019

Page 30

1  this time that you just described?
2      A.  She was not.
3      Q.  Was there any other person living in
4  the house with you and A.D. during this time
5  that you just described?
6      A.  No.
7      Q.  What was Peter like after your mom
8  passed away?
9      A.  I know inside, it hurt him a lot, but I
10 think he put on a brave front, because he still
11 had me to get through college, and then my
12 brother, A.D., to help him through this.  It
13 was very tough on him.  I mean, he lost his
14 best friend.  We all thought this was going to
15 help my mom, and that she was going to live a
16 happy, healthy life, because she had this
17 sickness for 22 years.
18      It was very hard to watch him, and
19 there was nothing I could do, because I didn't
20 understand him losing his wife versus me losing
21 a mom.  They're two totally different things,
22 but at the same time, the same thing, because
23 we both lost someone we love.  But he just had
24 to keep moving on.  He still had to go to work

Page 31

1  every day to pay the bills.  He still got me
2  through school, and my brother through school.
3  So I think he was very strong through it all.
4      Q.  Does Peter now have a girlfriend?
5      A.  Yes.
6      Q.  Have you met her?
7      A.  Yes.
8      Q.  How often do you see her?
9      A.  Not very often.
10     Q.  Does she ever come to the Sportsplex?
11     A.  She does.
12     Q.  Is she a member at the Sportsplex?
13     A.  She is.
14     Q.  How would you describe A.D. as a
15 brother?
16     A.  For our age difference, I'd say that he
17 is one of my closest friends.  With everything
18 he's been through, I just make sure that he has
19 someone other than just Dad to count on.  So I
20 make sure I'm at every sporting event he has.
21 I make sure that, you know, he knows he's loved
22 and that nothing should change.  That, you
23 know, even though we don't have Mom, and his
24 friends know that, they make sure that he still

Page 32

1  feels safe and comfortable.  I'm the one that
2  makes him his birthday cakes for his birthday
3  or any event.  I'm the one that makes his
4  adoption day a big deal.  He's really my best
5  friend.
6      Q.  And have you and A.D. always shared
7  that sort of a bond?
8      A.  Yes.
9      Q.  How would you describe your
10 relationship with Amanda?
11     A.  I would say it's not as strong.
12 Growing up, it was just the two of us, in
13 New York, so we were closer then.  But once we
14 moved down here, and she went off to school,
15 that's when our mom got sicker, so we weren't
16 as close, because I was helping more around the
17 house and doing things, and she was off at
18 college and, I guess, trying to enjoy it, so...
19     Q.  How would you describe Peter's
20 relationship with A.D.?
21     A.  They have a great relationship.  I'm
22 sometimes jealous, because, you know, it was us
23 when I lived at home.  But I'm glad that they
24 have each other.  I think that if they didn't,

Page 33

1  and I had moved out, I would be worried about
2  my dad more.  But they have each other.
3      They love doing the same things.
4  Honestly, by him having a boy, I got out of the
5  chores, outside chores, and hiking, because I
6  don't enjoy hiking.  It's like they're a duo
7  partnership.  They both love to hike.  They
8  love the adventure.  And, honestly, for my
9  brother being adopted, they have that same
10 wittiness to them, you would think that my
11 brother was just blood related.  That's how
12 close they are.
13     And it's really great to see that --
14 you know, people think that if you're adopted,
15 you feel like an outsider.  And though your
16 parents are never going to make you feel like
17 that, you know, because they love everyone the
18 same, it's just something you feel.  But I
19 don't think my brother has ever felt that way.
20 He's always felt like he's belonged.  He jokes
21 that he's the favorite son, which is true,
22 because he's the only son.  They just have a
23 great relationship.
24     Q.  Apart from hiking, what are some things

GAYLE ANN DELVECCHIA                    November 18, 2019

Page 34

1 that Peter and A.D. do together?
2    A.  They love going to Costco and eating
3 the samples.  Right now, their next project is
4 getting a dog, because I took our family dog
5 with me, because she was my Christmas gift.  So
6 A.D. is getting a dog for Christmas.  A dog
7 that he can take on hikes and just play with
8 and will teach him some responsibility for
9 being 12 years old.  They enjoy hanging out
10 with Dad's girlfriend and her children, because
11 she has four children.  And (redacted) always
12 says that -- oops.  Sorry.
13       MS. SHELKE:  Continue.  We'll go ahead
14    and strike it.
15    A.  She has four children.  So they're
16 like -- apart from one, the three others,
17 they're like his younger siblings, because he
18 never got that opportunity.  Because he always
19 jokes that he wishes my dad could make a new
20 profile to be able to adopt more children.  And
21 my dad wishes he could, but he knows that since
22 he's widowed and older, that it wouldn't be
23 possible.
24       And they just -- they just have a love

Page 35

1 for nature, whether it's hiking on long hikes
2 out of the state or just going to our local
3 park.  Hockey is a big thing for them.  I mean,
4 my dad has never played hockey before, but
5 he'll play street hockey with him, and he'll
6 take him to the park so he can roller-blade and
7 practice his stick-handling skills.
8       He's just a very present dad with him,
9 like he was with us.  So it's -- you know,
10 being younger and seeing that is different than
11 being an adult and seeing that with him.  And
12 my dad has always loved children, so even, you
13 know, though he's 56 years old, he'll still
14 chase them around, and he'll still be faster
15 than all of us.  So it's just a true joy to see
16 them together.
17    Q.  Does A.D. know he's getting a dog for
18 Christmas?
19    A.  Yes.
20       MS. SHELKE:  And let the record reflect
21    that the witness referred to the minor
22    plaintiff by his full name.  We will --
23       MR. McKAY:  We can stipulate that we
24    can remove that from the record --

Page 36

1       MS. SHELKE:  Sounds good.
2       MR. MCKAY:  -- and replace it with A.D.
3       THE REPORTER:  I can.  I can replace it
4    with A.D.
5       MR. McKAY:  Okay.  Thanks.
6       MS. SHELKE:  Thank you.
7 BY MS. SHELKE:
8    Q.  Have you ever seen Peter touch A.D. in
9 a manner you would consider inappropriate?
10    A.  No.
11    Q.  Has anybody ever told you that they
12 have seen Peter touch A.D. in a manner they
13 considered inappropriate?
14    A.  No.
15    Q.  Have you and A.D. ever discussed the
16 commonality of being adopted?
17    A.  Oddly enough, we have not.
18    Q.  You said that A.D. never felt like he
19 was an outsider even though he was adopted.
20       Can you tell me a little more about how
21 that conversation came to happen?
22    A.  I think for me, growing up -- just,
23 everyone is different -- I kind of felt like an
24 outsider.  Nothing that my parents or sibling

Page 37

1 did.  It's just, you know, you see just how
2 people react.  And then -- so just to see him
3 with my parents, or just my dad, and it just
4 looks natural.  It doesn't -- nothing -- you
5 wouldn't think -- I mean, honestly, if it
6 wasn't for the skin color, you would think he
7 was a DelVecchia.
8    Q.  Do you know if A.D. knows much about
9 his biological family?
10    A.  I think the only thing he really knows
11 is that his biological mom passed away, and he
12 was the youngest of his siblings, and I guess
13 the father couldn't take care of all of them
14 after the mom had passed, so he was given up
15 for adoption.  And I think he had a few
16 siblings.  I think that's all he really knows.
17    Q.  Do you know if A.D. suffers from any
18 feelings of abandonment with respect to being
19 given up for adoption by his biological family?
20    A.  No, he does not.
21    Q.  Has he told you that?
22    A.  No.
23    Q.  It's something that you have inferred
24 based on what you've seen over the years?

GAYLE ANN DELVECCHIA                                          November 18, 2019

Page 38

1    A.  Yes.
2    Q.  Do you know if A.D. has experienced any
3  emotional issues such as depression or anxiety
4  with respect to being adopted?
5    A.  No, he has not.
6    Q.  Is this something he's told you?
7    A.  No.
8    Q.  It's something you have inferred?
9    A.  Yes.
10    Q.  With respect to being adopted, has A.D.
11  ever suffered from nightmares or feelings of
12  isolation?
13    A.  If my memory serves correctly, yes,
14  when he was first adopted.
15    Q.  Do you recall how long those nightmares
16  lasted?
17    A.  Maybe a year or so.  And that's not
18  seeing it personally, just from what my parents
19  told me, him having to run into their room at
20  night.
21    Q.  And the issue of A.D. having to run
22  into his parents' room at night related to his
23  feelings about being adopted subsided or ceased
24  at some point?

Page 39

1    A.  Yes.
2    Q.  Do you know if A.D. was ever in
3  counseling or other treatment with respect to
4  being adopted?
5    A.  I know he sees a therapist.  It's for a
6  wide variety of reasons.  So I could not say
7  yes or no if one of those at the beginning was
8  for being adopted.
9    Q.  You said that A.D. sees a therapist.
10  Do you know when he started seeing a therapist?
11    A.  I do not.
12    Q.  Would it be a fair statement that A.D.
13  has always seen a therapist?
14    MR. McKAY:  Objection to the form.
15    A.  I would say no.
16    Q.  Do you know if A.D. was seeing a
17  therapist before your mom passed away?
18    A.  I do not remember, but I don't think he
19  was.  I think after my mom had passed, that's
20  when he started seeing a therapist.
21    Q.  After your mom passed away, do you know
22  if A.D. had any feelings of abandonment with
23  respect to that issue?
24    A.  I do not.

Page 40

1    MS. SHELKE:  I'm sorry.  Off the
2  record.  My mic seems to have come apart.
3    THE VIDEOGRAPHER:  We are off the
4  record.  The time is 8:45 a.m.
5    (Off the record.)
6    THE VIDEOGRAPHER:  We are back on the
7  record.  The time is 8:46 a.m.
8  BY MS. SHELKE:
9    Q.  Do you know if A.D. experienced any
10  emotional issues after your mom passed away?
11    A.  I don't want to speak on his behalf,
12  but I'm sure he did.  He just didn't really
13  talk about it with me.  I'm sure he talked to
14  our dad about it.  But we all handle it
15  differently.
16    Q.  Since you were still in the house at
17  that time, and primarily responsible for A.D.'s
18  upbringing around the time your mom passed
19  away, did A.D. suffer from nightmares during
20  that time?
21    A.  I believe he did.
22    Q.  I understand that Peter and A.D. have
23  been subjected to some very kind -- unkind
24  acts, at least as pertaining to their

Page 41

1  relationship.
2    Have you ever witnessed any of these
3  acts?
4    A.  Together, or could it be separate?  Or
5  are you just looking for together?
6    Q.  We'll do, first, together.
7    A.  They get a lot of staring at them.  I
8  mean, we are in the South.  But, I mean, I
9  didn't really think that it would still go on.
10  I thought people would embrace it, that my
11  parents did such a wonderful thing, adopting a
12  child.  But at restaurants, stores, they would
13  just get looks at them.
14    And then, just my brother, I saw it
15  firsthand with hockey.  On the ice, there were
16  some racial slurs.  And then even the parents
17  have said some things, on the other team.  One
18  of them was at a hockey tournament.  And
19  then -- I guess people just didn't believe my
20  brother that things were said, and they were
21  from, you know, Caucasian players.  And even
22  the coach had said something, that I can't
23  remember, but it was just very dismissive
24  towards my brother.

GAYLE ANN DELVECCHIA                                November 18, 2019

Page 42

1       Q.  So the coach said something that was
2   dismissive, not something that was racially
3   animus?
4           MR. McKAY:  Objection to the form.
5       A.  The team -- the other teammate -- the
6   other player on the other team had said
7   something racial to (redacted) -- to A.D. --
8   sorry -- and when the coach was told, he was
9   just dismissive about the whole thing.  Either
10  he didn't believe it or he just didn't care.
11      Q.  How did that make A.D. feel, if you
12  know?
13      A.  He was very angry.  He loves hockey,
14  and this is the way hockey was turning for a
15  bit.  I think he was more upset that no one
16  believed him out there.  And I can't speak on
17  his behalf, because I've never been called the
18  N-word, but my brother doesn't get upset about
19  many things, and I could tell that this had
20  really upset him.
21      Q.  Do you know if this incident at the
22  hockey rink caused him to suffer any
23  nightmares?
24      A.  I do not know.

Page 43

1       Q.  The stares that you mentioned that
2   Peter and A.D. get when they're out together at
3   restaurants or stores, have you ever
4   experienced something similar when you're out
5   with the two of them?
6       A.  No.
7       Q.  Have you ever experienced something
8   similar when it's just you and Peter?
9       A.  No.
10      Q.  Was Peter present for the incident at
11  the hockey rink that you just discussed?
12      A.  Yes.
13      Q.  Did Peter call the police about that
14  incident?
15      A.  No.
16      Q.  Did Peter make a formal complaint with
17  the Sportsplex about that incident?
18      A.  It was not at Sportsplex.  It was an
19  out-of-town tournament.  He tried to talk to
20  the other team's coach, and the other team's
21  coach kind of just walked away and was very
22  dismissive towards him.
23      Q.  Did Peter discuss that incident with
24  you afterwards?

Page 44

1       A.  Yes.
2       Q.  What did he say?
3       A.  He was very heated, which is
4   understandable, because that's his son, just
5   like anyone would do anything for their
6   children.  So it was just a lot of calming down
7   and just trying to talk through it, because I
8   didn't want him to do anything irrational,
9   because we were at a kids' hockey tournament.
10  And so he talked to A.D.'s coaches, so then
11  they could talk to the other team's coaches,
12  because we thought that would be a better plan
13  of action.
14      Q.  Was there any resolution as a result of
15  talking to the coaches?
16      A.  They said they would talk to each
17  player and just -- in the locker room and say,
18  "That's not something we do," and just talk
19  about how to present yourselves, and conduct.
20  And that was done on both sides, just to keep
21  it fair.
22      Q.  Is (redacted) on more than one
23  hockey -- I'm so sorry.  Strike that.
24          Is A.D. on more than one hockey team?

Page 45

1       A.  He is not.
2       Q.  What is the name of the hockey team
3   that he's on?
4       A.  NC Force.
5       Q.  Is there more than one coach for the
6   NC Force hockey team?
7       A.  There is.
8       Q.  How many coaches?
9       A.  I think three.
10      Q.  Apart from this hockey tournament that
11  we just discussed, and the stares that Peter
12  and A.D. sometimes get when they're out and
13  about, have you witnessed any other such
14  incidents?
15      A.  I have not.
16      Q.  Not the incident that is the subject of
17  this lawsuit, but I understand that Peter and
18  A.D. experienced an issue in another airplane.
19          Are you familiar with that?
20      A.  Yes.
21      Q.  Do you know when that was?
22      A.  I do not recall.
23      Q.  Do you know what airline it was?
24      A.  Delta.

GAYLE ANN DELVECCHIA                                    November 18, 2019

Page 46

1    Q.  Do you know where Peter and A.D. were
2  going?
3    A.  I do not remember.
4    Q.  Do you know what exactly happened?
5    A.  I just remember that they were getting
6  off their flight, and there were either FBI or
7  police officers waiting for both of them to
8  question them.  And the questions involved, you
9  know:  Where are you going?  Who are you --
10  what is your relationship to each other?  I
11  believe Peter had to show them pictures of the
12  two of them together to show that that was his
13  son.
14    Q.  Do you know whether a lawsuit was filed
15  as a result of that incident?
16    A.  No, there was not one, just because
17  them being taken in for questioning, and then
18  it stopped there, versus the lawsuit that's
19  filed with Frontier, where it caused emotional
20  injury to both of them.  They're still
21  traumatized by it.  This one was much more in
22  depth than what it needed to be.  And that's
23  just from what I've been told by A.D. and
24  Peter.  There's just better ways that things

Page 47

1  can be handled.
2    Q.  So as far as you know, the previous
3  incident on an airplane was not as significant
4  to either Peter or A.D.?
5    A.  That is true.
6    Q.  A.D. has experienced major events in
7  his life: an adoption, the passing of his
8  biological mom, the passing of his adoptive
9  mom.
10        Is there anything else that you would
11  classify as a major event in A.D.'s life?
12    A.  Yes.
13        MR. McKAY:  Objection.
14        I'm sorry.  Go ahead.
15    A.  Yes, this whole ordeal that they had to
16  endure changed both of them.  For my brother,
17  A.D., to say that he's scared, he doesn't feel
18  comfortable in public, just holding his
19  father's hand, because he doesn't want to be
20  taken away from him.  For a 12-year-old boy to
21  have a grasp on that concept of, "I don't want
22  to be taken away from my father, because
23  someone thinks that just because we don't look
24  alike, we can't be related," is really hard and

Page 48

1  tough to hear.
2        I would say that my dad is one of the
3  strongest and toughest people I know.  He
4  doesn't really speak about much, but he's been
5  very open about this.  You know, he's worried
6  about my brother, whether it's in school --
7  after this incident, my brother was struggling
8  in school.  And there is no one you can talk to
9  in school about this.  I mean, I'm adopted, I'm
10  a different skin color, but he couldn't even
11  really talk to me about this, because I've
12  never endured anything like this before, and my
13  father is Caucasian, too, but it's just -- it's
14  a whole different meaning.
15        And it's really sad, because like I
16  said, they're both affectionate people.  I
17  mean, I'm 25, and my dad is really affectionate
18  with me, still.  And I don't even want him to
19  be affectionate to me in public, just because
20  of this whole ordeal, either, because I don't
21  want people accusing him of anything else.
22    Q.  You said A.D. is struggling in school.
23  Is that with respect to grades or from a social
24  aspect?

Page 49

1    A.  He was struggling with grades and
2  behavior.  I think he just didn't know how to
3  deal with all of this when it first happened.
4  And then I know he was going back to his
5  therapist to talk about it.
6    Q.  Have A.D.'s grades since improved?
7    A.  It's taken some work, but yes.  I think
8  if he gets into a routine and gets back to a
9  normal life, which is kind of hard to do when
10  you have this lingering over your head, and the
11  support from dad at home, he has.  His grades
12  have improved.
13    Q.  How about his behavior in school?  Has
14  that improved?
15    A.  It's tough, but yes.  None of us will
16  ever understand what he's going through.  He's
17  been through so much.  So to tack on one more
18  thing, that just will stay with him forever,
19  because it never goes away.  His skin color
20  will never change, and learning how to deal
21  with that, because I know he doesn't talk to
22  people in school about it.  I mean, he has
23  friends, but they don't understand what he's
24  going through.  But, yeah.

GAYLE ANN DELVECCHIA                                    November 18, 2019

Page 50

1    Q.  How do you know that A.D. does not talk
2  to his friends at school about these issues?
3    A.  I've asked him.  He rarely talks to me
4  about it.  It's about like pulling teeth.  But
5  he'll talk to Dad about it, and then Dad will
6  tell me, just to fill me in.  And then he'll
7  ask, you know, if I could talk to him, because
8  it may mean something different coming from his
9  sister than his dad.
10    Q.  You mentioned that since this incident,
11  A.D. is scared when he's out and about in
12  public.  Has he told that to you?
13    A.  Yes.
14    Q.  What did he say?
15    A.  That he can't trust people.  He's not
16  sure what they're going to do.  He doesn't feel
17  comfortable being affectionate to our dad,
18  holding his hand.  He's afraid that he'll be
19  taken away again.
20    Q.  Before this incident, what was A.D.
21  like in school?  Was he popular?
22    A.  Yes and no.  I mean, there's different
23  varieties of being popular.  I think he was
24  popular in a jock way, because he's

Page 51

1  athletically gifted.  So I think by focusing on
2  that, he's tried to forget about what's
3  happened.  But from what our dad has told us,
4  he's woken up with nightmares, screaming, and
5  then having to go into Dad's room, because he's
6  scared, because of this incident.
7    Q.  And has that affected his athletics in
8  school?
9    A.  No.
10    Q.  Would you say that A.D. has a lot of
11  friends at school?
12    A.  Yes.
13    Q.  What about on his sports teams?  Is
14  A.D. a leader?  Is he captain?  A team player?
15    A.  I think he's a leader.  In hockey, I
16  know that he's gone in the locker room to have
17  pep talks with the kids on his team.
18  Cross-country, not so much, because it's --
19  it's a team sport, but it's still an
20  individualized sport.  So it's kind of hard.
21    Q.  When did you first learn that Peter and
22  A.D. were taking a trip to Death Valley
23  National Park?
24    A.  Probably six months before they took

Page 52

1  it.  Our dad is a planner.  So he had an
2  itinerary, a map of everything he was going to
3  do.  He gets really excited about these sort of
4  things.
5    Q.  And what did you understand their trip
6  to be all about?
7    A.  Just the time to show A.D. new things.
8  They kind of use it as a learning experience,
9  too, about national parks and the environment,
10  as well as seeing how many miles they can hike
11  in a whole trip.  That's a big thing for them.
12  And just the experience of being in a camper
13  van, and what that's like, and just guy stuff.
14    Q.  Did you speak with Peter on March 28th,
15  of 2019, before he boarded this flight?
16    A.  I'm sure I did.  I just can't remember.
17  That's the time I was doing all my house stuff.
18  But we always talk, and we always say, you
19  know, "Text when you land or you're at your
20  destination," and I'm sure I said, "Have a safe
21  flight."
22    Q.  But no specific memory of any specific
23  conversation?
24    A.  No.  That is correct.

Page 53

1    Q.  And what do you understand happened on
2  this flight?
3    A.  I understand, from what I've been told,
4  that A.D. had tried to fall asleep, and my dad
5  was asleep, and then all of a sudden, a flight
6  attendant was banging on the back of my
7  father's head to wake him up.
8         He told A.D. to get out of the seat and
9  come to the back of the plane.  And he did as
10  he was told, because he was scared.  He wasn't
11  sure what was going on, if it was something
12  with the flight or just...
13         And that my dad woke up confused, not
14  really sure what was going on either.  But he
15  stepped out of his seat so A.D. could move to
16  the back of the plane.
17         He had to do this so quickly that he
18  didn't even have his shoes on.  His shoes were
19  off.  He just threw down his iPod on the chair,
20  and he just did what he was told, because he
21  didn't want to get into any -- he didn't want
22  to get into any trouble.
23         And then he kind of figured it had to
24  do with the race thing.  So he just figured

GAYLE ANN DELVECCHIA                              November 18, 2019

Page 54

1  that he should just be quiet and go to the
2  back, and that's where he was, and they were
3  separated for the remainder of the flight.
4        And the flight attendant said that,
5  "Your father was touching you in your crotch
6  region," and he kind of put his hand over to
7  demonstrate.  And that made my brother very
8  uncomfortable, but he just put up with it,
9  because he didn't really have a choice.  And
10 that he wasn't allowed to talk to Dad again.
11 And that another flight attendant had come to
12 sit there and wait until the flight was over.
13       Then the flight was over, and he
14 had to be the last one off the plane.  And that
15 my dad was escorted off the plane without his
16 son.  And that they were both questioned for
17 hours afterwards, after the flight.
18       Q.  When did you first learn that something
19 had happened on this flight?
20       A.  With the time difference, it was that
21 morning.  I believe that Dad had texted me
22 saying that I may have to come out there to get
23 my brother, A.D., because he wasn't sure what
24 was going to happen.

Page 55

1        Q.  So at that point did you know how much more
2  than you may have to go out to Las Vegas?
3        A.  No, I mean, he didn't go into details.
4  He couldn't.  I think that was just the brief
5  moment he had to text.  But with the time
6  difference, it was, I think, one or two in the
7  morning.  So I didn't get it, and I had a few
8  missed phone calls the next morning.  And I
9  called, and I think they had just gone to bed
10 at like five or six in the morning.  So he
11 was -- I think I waited for him to wake up
12 before calling me to tell me everything that
13 had happened.
14       Q.  So then you would have spoken with
15 Peter the day after this incident, which was
16 March 29, 2019, correct?
17       A.  Yes.
18       Q.  And what you just told me you
19 understand happened on that flight, you learned
20 from Peter?
21       A.  Yes.
22       Q.  Did you also speak with A.D. that
23 following day?
24       A.  No.

Page 56

1        Q.  Peter told you that a flight attendant
2  hit him on the back of the head; is that
3  correct?
4        A.  Yes, multiple times.
5        Q.  Do you know how many times?
6        A.  I do not.  I just know that he said
7  multiple times, because he wasn't waking up.
8        Q.  Did Peter tell you if his head hurt the
9  following day when he spoke with you?
10       A.  I do not remember.
11       Q.  Did Peter tell you if he suffered any
12 injury to his head, such as a scratch?  A
13 bruise?  A contusion?
14       A.  I do not remember.
15       Q.  You talked about the flight attendant
16 touching A.D.  Is that something you learned
17 from Peter telling you?
18       A.  Peter and A.D.  Not so much touching,
19 just doing the gesture of where Peter's hand
20 was supposedly on A.D.
21       Q.  So the flight attendant did not
22 actually touch A.D. in that area?  He only
23 demonstrated?
24       A.  Per what I was told from A.D. and

Page 57

1  Peter, yes.
2        Q.  Okay.  This what you were told from
3  Peter and A.D., was that over the telephone, or
4  was that in person?
5        A.  I believe in person.
6        Q.  So this would have been later after
7  they returned home?
8        A.  Yes.
9        Q.  When you spoke with Peter, the day
10 after this incident, after he had gotten some
11 sleep, do you know how Peter was feeling?
12       A.  I do not remember.
13       Q.  Do you know if Peter was in any
14 physical pain?
15       A.  I do not remember.
16       Q.  Did you speak with A.D. that following
17 day after both he and Peter had gotten some
18 rest?
19       A.  Yes.
20       Q.  What did A.D. tell you?
21       A.  Nothing about the incident.  That was
22 all from Peter.  I didn't want to ask A.D. any
23 questions, because I -- from what Peter told
24 me, I knew it was traumatizing.  I didn't want

GAYLE ANN DELVECCHIA                                    November 18, 2019

Page 58

1   him to have to relive that.  I just wanted them
2   to be able to enjoy their trip.  I just know
3   that A.D. was very confused.  He just did what
4   he was told, because he didn't want to get into
5   any trouble.  And he had seen something like
6   this before on the Delta flight, so he knew
7   exactly what it was about.  Yeah.
8       Q.  Did A.D. tell you that he was confused?
9       A.  No, Peter did.
10      Q.  Did A.D. tell you that he knew what was
11  happening because of the prior incident on the
12  Delta flight?
13      A.  Yes.
14      Q.  Did A.D. tell you that he was forced to
15  remain in a different seat in the back of the
16  plane?
17      A.  Yes.
18      Q.  Did A.D. tell you that he could not
19  return to the seat next to Peter?
20      A.  Yes.
21      Q.  Did A.D. tell you that he asked to
22  return to the seat next to Peter?
23      A.  Yes.
24      Q.  Did A.D. tell you how many times he

Page 59

1   asked to return to the seat next to Peter?
2       A.  No.
3       Q.  Apart from Peter's impression that A.D.
4   was confused as a result of this incident, do
5   you know what effect this incident had on A.D.
6   that first day when you spoke with them?
7       A.  No.
8       Q.  Did Peter and A.D. still continue with
9   the remaining trip to Death Valley?
10      A.  Yes.
11      Q.  Did they modify their activities in any
12  way?
13      A.  That, I do not know.
14      Q.  While Peter and A.D. were on their
15  trip, after that first day, did you speak with
16  them again?
17      A.  I don't believe I did.  Reception,
18  whenever they travel, is always spotty where
19  they go.
20      Q.  Do you know if you would have picked up
21  Peter and A.D. from the airport when they
22  returned home?
23      A.  I did not.
24      Q.  Do you know who did?

Page 60

1       A.  I think Dad's girlfriend did.
2       Q.  Does Peter ever park at the airport
3   when he travels?
4       A.  Yes, but on long trips, I think either
5   myself or someone will try to give him a lift
6   so he doesn't have to pay that much for
7   parking.
8       Q.  Do you recall when the first time was
9   that you saw Peter and A.D. after they returned
10  home from this trip?
11      A.  I think it was later on that day,
12  because that was also the closing on my house.
13  So I saw them briefly before that.
14      Q.  When you saw Peter that day, how was he
15  feeling?
16      A.  I think he was tired.  I mean, this was
17  a while ago, now.  So it's -- I don't want to
18  say anything and it not be true, so...
19      Q.  Do you have any specific memory of
20  Peter being in pain that first time you saw him
21  after he returned home?
22      A.  I do not remember.
23      Q.  Do you know how A.D. was feeling that
24  first time when you saw him after he returned

Page 61

1   home?
2       A.  No.
3       Q.  How did A.D. appear that day?
4       A.  I think they were both tired.  I know
5   we didn't talk about the incident, because I
6   had someone else with me, and we just wanted to
7   keep it a closed-circuit conversation.
8       Q.  So when you're referring to somebody
9   else, somebody that you had with you, not your
10  dad's girlfriend, correct?
11      A.  Yes.
12      Q.  For that month of April 2019 -- that's
13  when Peter and A.D. have returned from this
14  trip, and you have moved out of the house into
15  your own house -- how often would you say you
16  saw Peter and A.D.?
17      A.  Every other day.
18      Q.  Would that be at the Sportsplex?
19      A.  Either at the Sportsplex or at their
20  home.
21      Q.  And would that be a normal amount that
22  you would see them your first month out of the
23  house?
24      A.  Yes.

GAYLE ANN DELVECCHIA                          November 18, 2019

Page 62

1    Q.  Would A.D. speak with you more or less
2  often during this first month after he returned
3  home?
4    A.  I would say less often.  He was a lot
5  quieter.
6    Q.  Did it appear that he was sulking or
7  brooding?
8    A.  No.
9    Q.  What would you attribute him being
10  quiet to?
11    A.  I think he was still processing
12  everything that had happened on the flight, per
13  what I've talked to our father about.  I didn't
14  really want to talk to A.D. about it.  I didn't
15  want the memories to come back up.  So I would
16  mostly just talk to our dad about it.  He and
17  A.D. have a very open relationship with
18  communication.  So Dad would sometimes tell me
19  something, if it was relevant, and maybe I
20  could talk to A.D. about it.
21       There was just a shift in his whole
22  demeanor.  He just seemed scared.  He was more
23  quiet, and for A.D., that's not a thing.  And I
24  think he was just still taking time to process

Page 63

1  everything that had happened to him and Dad on
2  the flight.
3    Q.  Do you know if A.D. began suffering
4  nightmares after he returned home from this
5  flight?
6    A.  I don't know if they were immediate,
7  but I do know he did have nightmares from this.
8  Dad had told me that he woke up screaming in
9  the middle of the night, something about not
10  wanting to be taken.
11    Q.  Do you know how long the nightmares
12  lasted?
13    A.  I do not.
14    Q.  Do you know if they still occur?
15    A.  I do not.
16    Q.  You mentioned that A.D. was a lot
17  quieter in the month after he returned from
18  this trip.
19       Did that continue on into the following
20  month, which would be May of 2019?
21    A.  I think he started to lighten up again,
22  but it was some touch-and-go.
23    Q.  What do you mean by "touch-and-go"?
24    A.  Some days he would be trying to get

Page 64

1  back to his normal self, and then other days,
2  something may have reminded him.  It just
3  depended on the day.
4    Q.  How about since then, June and July,
5  which would have been the summer months?
6    A.  It's kind of a blur.  I do not know.
7    Q.  At any time since this incident, which
8  occurred at the end of March 2019, has A.D.
9  returned to his normal self?
10    A.  Not fully.  I don't want to say he's
11  colder, but he's just not as warm in public or
12  at home.
13    Q.  And that's true with you as well as
14  with Peter?
15    A.  Yes, but more so towards Peter.  I
16  mean, he thinks he's too cool for me, so that
17  was always a thing.  But just, with Peter, like
18  I've mentioned, in public, I think he would
19  just be angry.  You know, he would see other
20  parents and their children being affectionate.
21  And I know he would ask Dad, he was like,
22  "Well, how come when I do that, we get in
23  trouble for it?"  And that's just what -- from
24  what Peter has told me.  When I'm with them in

Page 65

1  public, it's the same thing, but I don't hear
2  the comments that A.D. makes about it.  It's
3  just, they walk side by side, but they don't
4  hold hands.  Dad loves, you know, caressing his
5  face, as a sign of affection, but he doesn't do
6  that anymore, especially in public.  They're
7  both just scared.  Neither one of them wants to
8  be taken away from each other again.  And this
9  was a result because of this -- what had
10  happened with Frontier.
11    Q.  Did your dad ever do that with you,
12  caressing your face?
13    A.  Yes.
14    Q.  Does he still do it?
15    A.  At home.  Not in public, though.
16    Q.  And you think that's as a result of
17  this incident on Frontier Flight 2067?
18    A.  I do.  Dad's not -- Dad doesn't talk
19  that much, and neither do I.  It's just not who
20  we are.  I think we just keep our emotions
21  inside.  But ever since this incident, Dad has
22  been very vocal about the trauma he's endured,
23  physically and emotionally, the trauma that
24  (redacted) has endured.

Page 66

1    THE WITNESS:  Sorry.
2    MS. SHELKE:  That's okay.  We'll clean
3  it up afterwards.
4    THE WITNESS:  It's hard.
5    MR. McKAY:  Uh-huh.
6    A.  The trauma that A.D. has endured, how
7  it's affected him socially, emotionally,
8  school-wise.  And it's just -- it's really
9  difficult to see, because I know what kind of
10  people they are.  And for them to both fear
11  that A.D. is going to be taken away at any
12  moment, because people don't see it for what it
13  is, and it's just affection and love towards
14  each other, and that they think that just
15  because our dad is a white Caucasian male with
16  an African-American son, that something has to
17  be going on there, it's really upsetting.
18    Q.  You mentioned that Peter is vocal about
19  his physical injuries.  What do you understand
20  Peter's physical injuries to be as a result of
21  this incident?
22    A.  With the hitting on the back of the
23  head.  He just -- he says he doesn't remember
24  things as clearly anymore, and that his head

Page 67

1  was pounding because of it.  And it takes him a
2  few minutes to put things together now.  And
3  Dad was always very sharp -- and I don't want
4  to say it's because of old age -- he's not
5  anymore.  He was still very sharp.  So it takes
6  him a bit of time to put things together and
7  remember things fully.
8    Q.  And that's something that you
9  personally have experienced or noticed?
10    A.  Yes.
11    Q.  And you have noticed that since this
12  incident?
13    A.  Yes.
14    Q.  And you attribute it to this incident?
15    A.  What do you mean I "attribute" it to
16  this incident?
17    Q.  In your opinion, but for this incident,
18  he would not suffer from these issues, such as
19  failure to remember things clearly?
20    A.  Yes.
21    Q.  Who else knows about this incident
22  apart from you, Amanda, A.D., and Peter?
23    A.  Dad's girlfriend.  I don't know how
24  much she knows, but I would assume she knows

Page 68

1  something, just because she's Dad's partner.
2    I mean, I've talked to my boyfriend
3  about it, but not in depth, because I know we
4  weren't allowed to.  Just that an incident
5  happened, and that Dad was going forward with a
6  lawsuit, but that was about it.
7    And I don't know if Amanda has told
8  anyone.
9    Q.  Do you know if your dad's sisters know
10  about this incident?
11    A.  I believe Dad talked to Maureen about
12  it.  I'm not sure if he talked to Rita about
13  it, though.  And I don't know what exactly they
14  talked about.
15    Q.  Are your dad and Maureen close, meaning
16  they talk once a week or something like that?
17    A.  Yes.
18    Q.  Do you know if any of your aunts on
19  your mom's side know anything about this?
20    A.  I don't think they do.
21    Q.  Do you know if any of A.D.'s friends at
22  school know about this incident?
23    A.  I don't think they do.
24    Q.  Do you know if any neighbors or people

Page 69

1  at the Sportsplex know about this incident?
2    A.  My boss knows about it, just because I
3  had to get approval to attend the deposition,
4  and then that brings up questions, but just
5  surface level things, not in depth.
6    Q.  Does your dad have a babysitter or an
7  after-school sitter, or something like that,
8  for A.D.?
9    A.  No, he works from home.
10    Q.  In this year, 2019, has Peter ever gone
11  to work at an office?
12    MR. McKAY:  I'm sorry.  What was the
13  question?
14    MS. SHELKE:  In this year, 2019, has
15  Peter ever gone to work at an office?
16    MR. McKAY:  Thank you.
17    A.  I know on his 55th birthday, which I
18  guess is 2019, April, he had semiretired.  He
19  quit his job that he was at for a long time to
20  work from home.  With working from home, he
21  would have to travel some to do presentations.
22  But other than that, it's just solely been
23  working from home.
24    Q.  Okay.  So even though Peter's work

GAYLE ANN DELVECCHIA                                    November 18, 2019

Page 70

1  schedule has required him to travel some for
2  work, he does not have any after-school or
3  after-care for A.D.?
4      A.  It's me.
5      Q.  Okay.  Do you know if this incident has
6  had any effect on Peter's reputation?
7      A.  I know at the start of this, he wanted
8  it to be very quiet.  He didn't want anyone to
9  know.  And once, I guess, it became public, it
10 was all over the internet.  He searched his
11 name, and the top five articles were about this
12 incident.  And I don't know if it's personally
13 affected his reputation, but I know that --
14 because he sent me the articles.  And I think
15 it was just very disheartening for him to see
16 this had come about.  And he said that the
17 reputation that he had worked so hard for, he
18 feels like is diminishing because of it.  I
19 think all the headlines, you know, sex
20 trafficking, A.D., a minor, it was just -- it
21 was very hard to read.
22     Q.  Do you know if this incident has had
23 any effect on A.D.'s reputation?
24     A.  I don't think so, because I don't think

Page 71

1  many people in his school know, if any know.
2      Q.  Apart from the five or so articles that
3  Peter sent to you about this incident, have you
4  read any other news media articles about this
5  incident?
6      A.  No.
7      Q.  Have you yourself searched for any news
8  articles about this incident?
9      A.  I think I searched just "Peter
10 DelVecchia," to see what came up, and then the
11 first page was all about the lawsuit.
12     Q.  Would you say that this incident has
13 become public knowledge?
14     A.  Yes, but not by Dad.  It's just out
15 there.  He's a very private person.  But it's
16 out there for the world to see.  Anyone that
17 googles his name, that's the first thing that
18 pops up about him.
19     Q.  So when you say "public knowledge," you
20 mean if somebody were to google your dad,
21 Peter DelVecchia, they would come to learn
22 about this incident, correct?
23     A.  Yes.  Because, I mean, everyone googles
24 their name just to see what pops up.  And what

Page 72

1  used to pop up would just be his Facebook, his
2  Instagram, where he used to work, but now
3  that's like on page 2 or 3.
4      Q.  When was the last time you googled your
5  dad?
6      A.  Whenever the first article was
7  published, because he had emailed me like five
8  links, and those were just the first five
9  articles he saw.  And then I googled his name
10 just to see, and then I got all of them.
11     Q.  And do you recall if this occurrence of
12 your dad emailing you about newspaper articles
13 regarding this incident was before or after the
14 lawsuit was filed?
15     A.  It would have had to have been after.
16     Q.  About a month after this incident, on
17 May 1st of 2019, you and A.D. went to the
18 movies and saw The Avengers.  Do you remember
19 that?
20     A.  Yes.
21     Q.  What was A.D. like at that time?
22     A.  I think he enjoyed getting out and just
23 kind of forgetting everything school related,
24 lawsuit related, just to have a good

Page 73

1  brother/sister time.
2      Q.  Would you say that he was sad or
3  depressed at that time?
4      A.  I don't think he was.
5      Q.  Did Peter go with you to the movies
6  that day?
7      A.  No, he did not.
8      Q.  And then a couple months later, on
9  July 30th of 2019, you went to Busch Gardens.
10 Do you remember that?
11     A.  Yes.
12     Q.  Who all went to Busch Gardens?
13     A.  A.D., Peter, myself, and my boyfriend.
14     Q.  And how did that trip come about?  Was
15 it planned?  Spur of the moment?
16     A.  I think it was like spur-of-the-moment
17 planned for that day.
18     Q.  And what was A.D. like at that time?
19     A.  I think he enjoyed himself.  He was
20 having fun.  But I think he was distant from
21 our dad, because usually he'll just hold his
22 hand, or just hug him the whole time, walking
23 through the park, but he just kind of did his
24 own thing.

GAYLE ANN DELVECCHIA                                    November 18, 2019

Page 74

1     Q.  And then about a month ago, on October
2  6th of 2019, you guys went to a hockey game at
3  PNC Arena; is that correct?
4     A.  Yes.
5     Q.  Who all went?
6     A.  A.D., myself, and my boyfriend.
7     Q.  Is that common, that about once a
8  month, you hang out with A.D. and take him
9  somewhere?
10     A.  No, that was for -- it was youth hockey
11  night.  And so you got to wear your hockey
12  jersey to go -- I mean, I come over, and we
13  hang out.  I wouldn't really label it as like
14  once a month that we actually go out, because I
15  see him every weekend for his hockey games or
16  every week for a cross-country meet.
17     Q.  And Peter was not present when you went
18  to youth hockey night at PNC arena in October,
19  correct?
20     A.  That is correct.  He had just had
21  surgery on his ankle.
22     Q.  Since Peter was not there at this
23  particular event, the hockey game in
24  October 2019, was A.D.'s behavior any different

Page 75

1  than, say, the visit to Busch Gardens?
2     A.  No, I think he enjoyed himself.  I
3  think my role as a sister was to get him out.
4  Like I said, our dad had just had surgery, so I
5  didn't want him to be cooped up at the house
6  for all -- the whole weekend.  I mean, he
7  doesn't, you know, like I said, really talk to
8  me.  I have to hear it from Dad.  So, for me,
9  it's just -- not about, you know, having a
10  one-on-one therapy conversation.  Just trying
11  to go about our normal activities.  Getting him
12  out of the house so he can enjoy his day.  And
13  then if he wants to talk, he can, but he
14  doesn't really ever talk to me about things
15  like that.
16     Q.  And that's been true both before and
17  after this incident?
18     A.  Yes.
19     Q.  Do you know if A.D. continues to see
20  his therapist?
21     A.  I believe so.
22     Q.  Do you know how often he goes?
23     A.  I do not.
24     Q.  Do you know if A.D. takes any

Page 76

1  medication as part of his therapy sessions?
2     MR. McKAY:  Objection to the form.
3     A.  I don't know if it was recommended from
4  the therapist, but I know he's on ADHD
5  medication.
6     Q.  Do you know if A.D. was diagnosed with
7  ADHD before this incident that occurred in
8  March of 2019?
9     A.  He was.
10     Q.  Do you know when he was diagnosed with
11  ADHD?
12     A.  I do not recall.
13     Q.  Do you know if A.D. was taking ADHD
14  medication prior to this event in March of
15  2019?
16     A.  Yes, he was.
17     Q.  Apart from A.D.'s diagnosis of ADHD, do
18  you have an understanding of any other
19  diagnoses that he has with respect to his
20  emotional or mental health?
21     A.  No.
22     Q.  As a result of the incident that
23  occurred on the hockey team, did A.D. ever
24  express to you that he wanted to quit hockey?

Page 77

1     A.  Not that he wanted to quit hockey, just
2  that he was getting tired of being called the
3  N-word on the ice by other players.  But I
4  don't think he would ever quit hockey.
5     Q.  Has anybody on A.D.'s own team referred
6  to him in that manner?
7     A.  If memory serves correctly, I think
8  before he was on this new team, jokingly, I
9  think a player did, and then I think A.D. told
10  our dad.  Our dad had a conversation with that
11  player's father, and that he handled it right
12  then and there, and then that was the end of
13  that.
14     Q.  Is A.D. the only African American or
15  black player on his hockey team?
16     A.  Not on this new team, no.
17     Q.  Was he the only African American or
18  black player on his old hockey team?
19     A.  Yes.
20     Q.  Are any of the coaches on A.D.'s
21  current team black or African American?
22     A.  No.
23     Q.  Are all -- I think you said there were
24  three coaches for this particular hockey team?

GAYLE ANN DELVECCHIA                                    November 18, 2019

Page 78

1    A.  Uh-huh, yes.
2    Q.  Are they all white or Caucasian?
3    A.  Yes.
4    Q.  Is your dad's current girlfriend white
5  or Caucasian?
6    A.  Yes.
7       MS. SHELKE:  If I may have just one
8    more minute.
9       MR. McKAY:  Uh-huh.
10      (Brief pause.)
11  BY MS. SHELKE:
12    Q.  Do you know if A.D. is in touch with
13  any of his biological family in Ethiopia?
14    A.  They are not.
15    Q.  Has A.D. tried to be in contact with
16  his biological family?
17    A.  Not too much in tried to be in touch,
18  but just to know like a little bit more about
19  them.  And I think our dad's plan is, one day,
20  to be able to take him to Ethiopia, either just
21  to see where he's from, or to meet his siblings
22  and his biological father.
23    Q.  Before this incident, how would you
24  describe A.D. in school in terms of grades?

Page 79

1    A.  I think he was more focused.  I mean,
2  he's always struggled with grades, I think
3  because of the ADHD.  But I think he was more
4  focused, a little bit more driven to just do
5  well in school.  And then after the incident,
6  it just kind of took a turn for the worse in
7  terms of grades.  So it took a lot on Dad's
8  part to get him back where he was and just kind
9  of get the flow of things back on track.  I
10  mean, I don't think our lives have ever been
11  normal in aspect.  So, you know, not having a
12  normal life, but then trying to have a normal
13  life, just everything we've been through, just
14  to tack on one more thing that has happened,
15  it's -- it's been a struggle.
16    Q.  And when you said your dad has had to
17  do more things, what are some things that he
18  has had to do to get A.D. back on track with
19  respect to his grades?
20    A.  Sit down with him more.  Keep him
21  focused on the task at hand.  Make sure he asks
22  more questions about, "What tests do you have
23  coming up?  What homework do you have?"
24  Emailing teachers about assignments, to get

Page 80

1  them ahead of time, so he can work on them, and
2  just being in communication with his teachers
3  more.
4    Q.  Do you know if your dad and A.D. have
5  flown Frontier Airlines since this incident in
6  March of 2019?
7    A.  They have not.
8    Q.  Have you ever flown Frontier Airlines?
9    A.  Yes.
10    Q.  Have you flown Frontier Airlines since
11  this incident?
12    A.  No.
13       MS. SHELKE:  I believe that's all the
14    questions I have, but Mr. McKay may have
15    some questions for you.
16       MR. McKAY:  No, I don't have any
17    questions.
18       We will read and sign, though.
19       MS. SHELKE:  Okay.
20       THE VIDEOGRAPHER:  We are now off the
21    record.  The time is 9:39 a.m.  This is the
22    end of media unit number one, and the
23    conclusion of the video deposition.
24       MS. SHELKE:  And I'm going to order an

Page 81

1  etran and a PDF.
2    (Deposition concluded at 9:39 a.m.)
3    (Signature reserved.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

GAYLE ANN DELVECCHIA                                    November 18, 2019

Page 82

1                    REPORTER'S CERTIFICATE
2   NORTH CAROLINA  )
3   WAKE COUNTY     )
4          I, Denise Y. Meek, a Court Reporter and
5   Notary Public in and for the State of North Carolina,
6   do hereby certify that there came before me on
7   Monday, November 18, 2019, the person hereinbefore
8   named, who was by me duly sworn to testify to the
9   truth and nothing but the truth of her knowledge
10  concerning the matters in controversy in this cause;
11  that the witness was thereupon examined under oath,
12  the examination reduced to typewriting under my
13  direction, and the deposition is a true record of the
14  testimony given by the witness.
15         I further certify that I am neither attorney
16  or counsel for, nor related to or employed by, any
17  attorney or counsel employed by the parties hereto or
18  financially interested in the action.
19         IN WITNESS WHEREOF, I have hereto set my
20  hand, this 26th day of November 2019.
21
                    _____
22                  DENISE Y. MEEK
                    Court Reporter/Notary Public
23                  State of North Carolina
    COMMISSION:  201519500202
24  EXPIRATION:  July 8, 2020

---

Page 83

1                    ERRATA SHEET
2   CAPTION:  Peter DelVecchia vs. Frontier Airlines
3   JOB NO.:  855244
4          I, the undersigned, GAYLE ANN DELVECCHIA, do
    hereby certify that I have read the foregoing
5   deposition, and that, to the best of my knowledge,
    said deposition is true and accurate with the
6   exception of the following corrections:
7   PAGE LINE CORRECTION AND REASON THEREFOR
8   _____:_____:_____
    _____:_____:_____
9   _____:_____:_____
    _____:_____:_____
10  _____:_____:_____
    _____:_____:_____
11  _____:_____:_____
    _____:_____:_____
12  _____:_____:_____
    _____:_____:_____
13  _____:_____:_____
    _____:_____:_____
14  _____:_____:_____
    _____:_____:_____
15  _____:_____:_____
    _____:_____:_____
16  _____:_____:_____
    _____:_____:_____
17  _____:_____:_____
    _____:_____:_____
18  _____:_____:_____
    _____:_____:_____
19  _____:_____:_____
    _____:_____:_____
20  _____:_____:_____
    _____:_____:_____
21  _____:_____:_____
    _____:_____:_____
22  _____:_____:_____
23
    _____     _____
24  Date                Gayle Ann DelVecchia

**1**

**12** 34:9
**12-year-old** 47:20
**15** 29:12
**18** 4:10
**1994** 13:11
**1995** 13:19
**1st** 72:17

**2**

**2** 15:5 72:3
**20** 15:9 29:12
**2006** 16:17
**2012** 16:22 17:1 19:10,12
**2014** 15:5 17:1 20:19
**2017** 17:2 19:7
**2019** 4:10 12:11, 18 21:5,8 23:8,10, 11,21 25:2,5,14 52:15 55:16 61:12 63:20 64:8 69:10, 14,18 72:17 73:9 74:2,24 76:8,15 80:6
**2067** 12:12 13:7 65:17
**22** 30:17
**25** 27:10,13 48:17
**27** 13:11
**27249** 15:22
**27278** 16:6
**28th** 12:11 25:13 52:14
**29** 55:16

**2:19-CV-01322-KJD-NJK** 4:9

**3**

**3** 72:3
**30th** 73:9

**4**

**4** 23:10,11
**4th** 23:21 25:2,5

**5**

**503** 15:21 16:5
**55th** 69:17
**56** 35:13

**6**

**6th** 74:2

**8**

**85th** 21:9
**8:07** 4:11
**8:08** 6:15,19
**8:45** 40:4
**8:46** 40:7

**9**

**9:39** 80:21 81:2

**A**

**A-N-N** 5:16
**A.D.** 6:5,23 8:13 9:21 10:13,22 11:2, 7 12:17,24 13:6,23,
24 14:1,4,10,19 15:6 16:9 18:23 22:18 23:13,22 24:12 25:7,12,20 26:3,6,9 28:17,21 29:3 30:4,12 31:14 32:6,20 34:1,6 35:17 36:2,4,8,12, 15,18 37:8,17 38:2, 10,21 39:2,9,12,16, 22 40:9,19,22 42:7, 11 43:2 44:24 45:12,18 46:1,23 47:4,6,17 48:22 50:1,11,20 51:10, 14,22 52:7 53:4,8, 15 54:23 55:22 56:16,18,20,22,24 57:3,16,20,22 58:3, 8,10,14,18,21,24 59:3,5,8,14,21 60:9, 23 61:3,13,16 62:1, 14,17,20,23 63:3,16 64:8 65:2 66:6,11 67:22 69:8 70:3,20 72:17,21 73:13,18 74:6,8 75:19,24 76:6,13,23 77:9,14 78:12,15,24 79:18 80:4
**A.d.'s** 11:14 12:7 40:17 44:10 47:11 49:6 68:21 70:23 74:24 76:17 77:5,20
**a.m.** 4:11 6:15,19 40:4,7 80:21 81:2
**abandonment** 37:18 39:22
**accomplishments** 27:3
**accordance** 5:22
**accuse** 12:8
**accusing** 48:21
**action** 44:13
**activities** 59:11 75:11
**acts** 40:24 41:3

**address** 15:20, 23 16:2,7 23:5
**ADHD** 76:4,7,11, 13,17 79:3
**administrative** 18:18,19
**adopt** 14:10 34:20
**adopted** 13:15, 18 14:2,4,7,19 27:1 33:9,14 36:16,19 38:4,10,14,23 39:4, 8 48:9
**adopting** 41:11
**adoption** 32:4 37:15,19 47:7
**adoptive** 28:24 47:8
**adult** 35:11
**adventure** 33:8
**advice-giving** 26:20
**affected** 51:7 66:7 70:13
**affection** 65:5 66:13
**affectionate** 11:23 48:16,17,19 50:17 64:20
**afraid** 50:18
**African** 77:14,17, 21
**African-american** 66:16
**after-care** 70:3
**after-school** 18:4 69:7 70:2
**age** 31:16 67:4
**agency** 14:11
**agreement** 5:20
**ahead** 24:1 34:13 47:14 80:1
**airline** 45:23

**Airlines** 4:7,22 6:3 80:5,8,10
**airplane** 45:18 47:3
**airport** 59:21 60:2
**alike** 47:24
**allowed** 54:10 68:4
**Amanda** 10:14 13:24 22:22 23:15 29:24 32:10 67:22 68:7
**American** 77:14, 17,21
**amount** 61:21
**angry** 42:13 64:19
**animus** 42:3
**ankle** 74:21
**Ann** 5:8,14,15,18
**answering** 9:5
**answers** 7:17
**anxiety** 38:3
**anymore** 65:6 66:24 67:5
**applicable** 5:23
**approval** 69:3
**April** 12:18 13:11 23:10,11,21 25:2,5 61:12 69:18
**area** 13:7 56:22
**arena** 74:3,18
**arises** 12:10
**article** 72:6
**articles** 70:11,14 71:2,4,8 72:9,12
**arts** 17:7
**Asha** 22:13
**Asha's** 22:15,16
**asks** 79:21

GAYLE ANN DELVECCHIA

November 18, 2019
Index: asleep..contact

**asleep** 53:4,5

**aspect** 48:24
79:11

**assignments**
79:24

**assistant** 18:2,
16 19:4,6,9

**associate's**
17:3,7

**assume** 8:3
67:24

**athletically** 51:1

**athletics** 51:7

**attack** 29:10

**attend** 16:18,23
69:3

**attendant** 53:6
54:4,11 56:1,15,21

**attended** 16:24
17:13 18:23

**attorney-client**
9:17

**attribute** 62:9
67:14,15

**August** 16:17

**aunt** 21:3,23 22:1

**aunts** 21:14 22:12
68:18

**Avengers** 72:18

**average** 23:21

---

**B**

**babysitter** 69:6

**bachelor's**
17:17

**back** 6:17,18
29:21 40:6 49:4,8
53:6,9,16 54:2 56:2
58:15 62:15 64:1
66:22 79:8,9,18

**banging** 53:6

**based** 37:24

**basically** 29:15

**basketball**
18:14

**bed** 55:9

**began** 63:3

**beginning** 4:4
39:7

**behalf** 4:21 11:14,
15 28:1 40:11 42:17

**behavior** 49:2,13
74:24

**behaviors** 11:19

**believed** 42:16

**belonged** 33:20

**big** 32:4 35:3 52:11

**bills** 31:1

**biological** 28:23
37:9,11,19 47:8
78:13,16,22

**birth** 13:10

**birthday** 20:9
21:9 32:2 69:17

**bit** 42:15 67:6
78:18 79:4

**black** 77:15,18,21

**blessed** 27:1

**blood** 33:11

**blur** 64:6

**board** 12:12

**boarded** 52:15

**bond** 32:7

**boss** 69:2

**boy** 33:4 47:20

**boyfriend** 68:2
73:13 74:6

**brain** 29:11

**brave** 30:10

**break** 8:6,10

**briefly** 60:13

**brings** 69:4

**broke** 12:2

**brooding** 62:7

**brother** 12:3
13:23 24:8,9,11
28:21 29:15 30:12
31:2,15 33:9,11,19
41:14,20,24 42:18
47:16 48:6,7 54:7,
23

**brother/sister**
73:1

**brothers** 20:12

**bruise** 56:13

**Budd-chiari**
14:23

**Busch** 73:9,12
75:1

---

**C**

**cakes** 32:2

**California** 21:16
22:12

**call** 26:20 27:13
43:13

**called** 42:17 55:9
77:2

**calling** 55:12

**calls** 21:19 55:8

**calming** 44:6

**camp** 18:5,6,21
19:10

**camper** 52:12

**camps** 18:20,23

**capability** 25:18

**capacity** 19:9,14

**captain** 51:14

**care** 29:19 37:13
42:10

**caressing** 65:4,
12

**Carolina** 15:22
16:6,11,12,20 17:23
22:19,21 23:2,16

**case** 4:8 9:8,20

**Caucasian**
41:21 48:13 66:15
78:2,5

**caused** 42:22
46:19

**ceased** 38:23

**cell** 25:7,12,21

**chair** 53:19

**change** 27:17
28:13 31:22 49:20

**changed** 11:19
47:16

**chase** 35:14

**child** 14:16 41:12

**children** 13:20
18:17 34:10,11,15,
20 35:12 44:6 64:20

**children's** 18:3

**choice** 54:9

**chores** 33:5

**Christmas** 34:5,
6 35:18

**Civil** 5:22

**claims** 11:1,4

**classify** 47:11

**clean** 66:2

**close** 32:16 33:12
68:15

**closed-circuit**
61:7

**closer** 28:16
32:13

**closest** 31:17

**closing** 29:10
60:12

**coach** 41:22 42:1,
8 43:20,21 45:5

**coaches** 44:10,
11,15 45:8 77:20,24

**colder** 64:11

**college** 16:23
17:1 30:11 32:18

**colleges** 17:14

**color** 37:6 48:10
49:19

**Colorado** 22:21

**comfortable**
12:6 32:1 47:18
50:17

**comments** 65:2

**commitments**
26:5

**common** 74:7

**commonality**
36:16

**communication** 62:18 80:2

**Community**
16:24

**complaint** 43:16

**concept** 47:21

**concluded** 81:2

**conclusion**
80:23

**conduct** 44:19

**conducted** 5:21

**confused** 53:13
58:3,8 59:4

**connect** 26:7

**considered**
36:13

**consistently**
19:12

**contact** 11:21
78:15

**continue** 34:13
59:8 63:19

**continues** 75:19

**contusion** 56:13

**conversation**
36:21 52:23 61:7
75:10 77:10

**cool** 64:16

**cooped** 75:5

**correct** 6:8,9 7:2,
3 9:21 12:20,24
13:16 15:2,10 19:20
22:23 23:13 52:24
55:16 56:3 61:10
71:22 74:3,19,20

**correctly** 38:13
77:7

**Costco** 34:2

**counsel** 4:16
9:12

**counseling**
39:3

**counselor** 19:11

**counselor/
after-school**
19:11

**count** 31:19

**country** 14:13

**County** 17:22,24
18:10,24 19:3,13,16

**couple** 73:8

**court** 4:13,18 5:24
7:9,20

**courts** 18:14

**create** 18:3

**cross-country**
24:9 51:18 74:16

**crossing** 9:16

**crotch** 54:5

**current** 77:21
78:4

---

**D**

**dad** 11:24 12:6
24:6 29:14,22 31:19
33:2 34:19,21 35:4,
8,12 37:3 40:14
48:2,17 49:11 50:5,
9,17 51:3 52:1 53:4,
13 54:10,15,21
62:16,18 63:1,8
64:21 65:4,11,18,21
66:15 67:3 68:5,11,
15 69:6 71:14,20
72:5,12 73:21 75:4,
8 77:10 79:16 80:4

**dad's** 34:10 51:5
60:1 61:10 65:18
67:23 68:1,9 78:4,
19 79:7

**date** 4:10 5:19
13:10

**dates** 15:17

**daughter's**
22:15

**day** 24:20,24 25:2
27:11,13 28:7 31:1
32:4 55:15,23 56:9
57:9,17 59:6,15
60:11,14 61:3,17
64:3 73:6,17 75:12
78:19

**days** 63:24 64:1

**deal** 32:4 49:3,20

**Death** 12:16
51:22 59:9

**December** 29:6

**defendant** 4:22
6:3

**degree** 17:3,8,9,
17

**Delta** 45:24 58:6,
12

**Delvecchia** 4:6,
7 5:8,14,18 6:4,6
13:13,14,24 37:7
71:10,21

**demeanor** 62:22

**demonstrate**
54:7

**demonstrated**
56:23

**Denise** 4:14

**depended** 64:3

**deposition** 4:5
5:18,21 6:23 7:4,8
8:24 9:2 10:20,23
69:3 80:23 81:2

**depressed** 73:3

**depression**
38:3

**depth** 46:22 68:3
69:5

**describe** 26:17
27:6 31:14 32:9,19
78:24

**destination**
52:20

**details** 55:3

**diagnosed** 76:6,
10

**diagnoses**
76:19

**diagnosis** 76:17

**difference** 31:16
54:20 55:6

**differently** 8:1
40:15

**difficult** 66:9

**Dillon** 4:12

**diminishing**
70:18

**direct** 18:17

**director** 18:2,16
19:4,6,9

**discuss** 8:21
43:23

**discussed**
36:15 43:11 45:11

**disease** 14:23

**disheartening**
70:15

**dismissive**
41:23 42:2,9 43:22

**distant** 73:20

**District** 5:24

**documents**
10:3 14:18

**dog** 34:4,6 35:17

**Drive** 15:21 16:5

**driven** 79:4

**duly** 5:9

**duo** 33:6

**Durham** 16:24
17:4,12

---

**E**

**eating** 34:2

**education**
17:11,16

**effect** 59:5 70:6,
23

**Elementary**
17:11

**Elon** 17:2,10,13

**emailed** 72:7

**emailing** 72:12
79:24

**Emails** 21:19

**embrace** 41:10

**emotional** 11:6
38:3 40:10 46:19
76:20

**emotionally**
65:23 66:7

**emotions** 65:20

**employed** 17:19

**end** 64:8 77:12
80:22

**endure** 47:16

**endured** 48:12
65:22,24 66:6

**enjoy** 32:18 33:6
34:9 58:2 75:12

**enjoyed** 72:22
73:19 75:2

**entire** 10:16

**environment**
52:9

**escort** 14:14

**escorted** 54:15

**estimating**
15:16

**et al** 4:8

**Ethiopia** 14:8
78:13,20

**etran** 81:1

**event** 31:20 32:3
47:11 74:23 76:14

**events** 12:22 13:6
47:6

**EXAMINATION**
5:11

**examined** 5:10

**excited** 29:5 52:3

**experience**
52:8,12

**experienced**
38:2 40:9 43:4,7
45:18 47:6 67:9

**explain** 29:3

**express** 76:24

---

**F**

**face** 65:5,12

**Facebook** 26:15
72:1

**facility** 18:12,13

**failure** 67:19

GAYLE ANN DELVECCHIA

**fair** 7:19 8:4 15:18 39:12 44:21

**fall** 53:4

**familiar** 11:1 45:19

**family** 9:14,15,24 21:10 22:19 34:4 37:9,19 78:13,16

**faster** 35:14

**father** 6:7 26:18, 19 37:13 47:22 48:13 54:5 62:13 77:11 78:22

**father's** 47:19 53:7

**favorite** 33:21

**FBI** 46:6

**fear** 66:10

**Federal** 5:22

**feel** 12:6 33:15,16, 18 42:11 47:17 50:16

**feeling** 57:11 60:15,23

**feelings** 37:18 38:11,23 39:22

**feels** 28:12 32:1 70:18

**felt** 33:19,20 36:18, 23

**Fifteen** 14:20

**figured** 53:23,24

**filed** 6:4 46:14,19 72:14

**fill** 50:6

**Finally** 8:6

**finish** 7:12,14

**firsthand** 41:15

**flight** 11:12 12:12, 14,22,23 13:7 46:6 52:15,21 53:2,5,12 54:3,4,11,12,13,17, 19 55:19 56:1,15,21

58:6,12 62:12 63:2, 5 65:17

**flow** 79:9

**flown** 80:5,8,10

**focused** 79:1,4, 21

**focusing** 51:1

**Force** 45:4,6

**forced** 58:14

**forever** 49:18

**forget** 51:2

**forgetting** 72:23

**form** 13:1 23:23 39:14 42:4 76:2

**formal** 43:16

**forward** 68:5

**found** 14:15

**friend** 30:14 32:5

**friends** 31:17,24 49:23 50:2 51:11 68:21

**front** 30:10

**Frontier** 4:7,22 6:3 12:12 46:19 65:10,17 80:5,8,10

**full** 5:13 6:12,22 35:22

**full-time** 18:7

**fully** 64:10 67:7

**fun** 27:15 73:20

**G**

**G-I-D-V-A-N-I** 22:17

**game** 24:10 74:2, 23

**games** 74:15

**Gardens** 73:9,12 75:1

**gave** 6:22 27:2

**Gay** 13:13,15,24

**Gayle** 4:6 5:8,14, 18 6:2,21 9:15

**general** 11:20 19:5

**gesture** 56:19

**Gibsonville** 15:21

**Gidvani** 22:17

**gift** 34:5

**gifted** 51:1

**girlfriend** 31:4 34:10 60:1 61:10 67:23 78:4

**give** 5:2 60:5

**glad** 32:23

**God** 5:4

**good** 36:1 72:24

**google** 71:20

**googled** 72:4,9

**googles** 71:17, 23

**Governor** 16:5

**grade** 29:16

**grades** 48:23 49:1,6,11 78:24 79:2,7,19

**graduate** 16:21

**graduated** 17:2

**grandfather** 21:1

**grandfather's** 20:9

**grandparents** 20:21

**grasp** 47:21

**great** 26:19 27:8 32:21 33:13,23

**grew** 16:10

**growing** 28:18 29:3 32:12 36:22

**guess** 25:11 32:18 37:12 41:19 69:18 70:9

**guessing** 20:14

**guy** 52:13

**guys** 74:2

**gym** 18:14

**H**

**half** 14:3 22:20,21

**hand** 4:24 12:7 47:19 50:18 54:6 56:19 73:22 79:21

**hand-holding** 11:22

**handle** 40:14

**handled** 47:1 77:11

**handles** 12:1

**hands** 65:4

**hang** 74:8,13

**hanging** 34:9

**happen** 15:4 36:21 54:24

**happened** 11:12,13,17 46:4 49:3 51:3 53:1 54:19 55:13,19 62:12 63:1 65:10 68:5 79:14

**happening** 58:11

**happy** 30:16

**hard** 27:9,12,18, 19,22 28:3 30:18 47:24 49:9 51:20 66:4 70:17,21

**he'll** 27:13 35:5, 13,14 50:5,6,18 73:21

**head** 49:10 53:7 56:2,8,12 66:23,24

**headlines** 70:19

**health** 76:20

**healthy** 14:16 30:16

**hear** 12:5 48:1 65:1 75:8

**heart** 29:10

**heated** 44:3

**helped** 27:4

**helping** 32:16

**high** 16:18,19,21

**highest** 26:23

**hike** 33:7 52:10

**hikes** 34:7 35:1

**hiking** 33:5,6,24 35:1

**Hillsborough** 16:5,8,19 17:23

**hit** 56:2

**hitting** 66:22

**hockey** 24:8,10 35:3,4,5 41:15,18 42:13,14,22 43:11 44:9,23,24 45:2,6, 10 51:15 74:2,10, 11,15,18,23 76:23, 24 77:1,4,15,18,24

**hold** 65:4 73:21

**holding** 12:7 47:18 50:18

**home** 11:18 23:1, 7 27:14 28:9 32:23 49:11 57:7 59:22 60:10,21 61:1,20 62:3 63:4 64:12 65:15 69:9,20,23

**homework** 79:23

**honestly** 33:4,8 37:5

GAYLE ANN DELVECCHIA

November 18, 2019
Index: hours..meets

**hours** 8:20,22 10:17 54:17

**house** 16:10 23:1, 9,12,17,20 24:6,13 27:20,23 29:24 30:4 32:17 40:16 52:17 60:12 61:14,15,23 75:5,12

**hug** 73:22

**hugging** 11:22

**hugs** 28:10

**hurt** 30:9 56:8

---

**I**

**ice** 18:14 41:15 77:3

**identify** 4:16

**illness** 14:17,22

**impression** 59:3

**improved** 49:6, 12,14

**inappropriate** 36:9,13

**incident** 12:11 23:8 25:13 42:21 43:10,14,17,23 45:16 46:15 47:3 48:7 50:10,20 51:6 55:15 57:10,21 58:11 59:4,5 61:5 64:7 65:17,21 66:21 67:12,14,16,17,21 68:4,10,22 69:1 70:5,12,22 71:3,5,8, 12,22 72:13,16 75:17 76:7,22 78:23 79:5 80:5,11

**incidents** 45:14

**individualized** 51:20

**inferred** 37:23 38:8

**information** 12:21

**injuries** 66:19,20

**injury** 11:6 46:20 56:12

**inside** 30:9 65:21

**Instagram** 26:13 72:2

**interactions** 28:1,2

**internet** 25:18 70:10

**involved** 46:8

**involvement** 18:17

**ipod** 53:19

**irrational** 44:8

**isolation** 38:12

**issue** 38:21 39:23 45:18

**issues** 38:3 40:10 50:2 67:18

**itinerary** 52:2

---

**J**

**jealous** 32:22

**jersey** 19:23 21:3 74:12

**job** 69:19

**jock** 50:24

**John** 4:19 8:14, 16,18,21 10:3,7,9 13:13

**jokes** 33:20 34:19

**jokingly** 27:15 77:8

**joy** 35:15

**July** 13:19 15:5 64:4 73:9

**June** 64:4

---

**K**

**kids** 18:20 51:17

**kids'** 44:9

**kind** 14:21 15:16 36:23 40:23 43:21 49:9 51:20 52:8 53:23 54:6 64:6 66:9 72:23 73:23 79:6,8

**knew** 57:24 58:6, 10

**knowledge** 12:21 71:13,19

---

**L**

**label** 74:13

**land** 52:19

**Las** 12:13 55:2

**lasted** 38:16 63:12

**lawsuit** 6:4 11:2 12:10 45:17 46:14, 18 68:6 71:11 72:14,24

**leader** 51:14,15

**learn** 51:21 54:18 71:21

**learned** 12:23 13:6 55:19 56:16

**learning** 49:20 52:8

**leave** 28:9

**led** 28:3

**left** 29:13

**Legal** 4:14

**level** 69:5

**life** 27:2 28:22 29:20 30:16 47:7,11 49:9 79:12,13

**lift** 60:5

**lighten** 63:21

**lines** 9:18

**lingering** 49:10

**links** 72:8

**live** 16:4 19:22 20:13 21:2,15,16 30:15

**lived** 16:1 23:11 32:23

**liver** 14:23 29:8

**lives** 15:23 16:7 19:23,24 20:15 21:17 22:20 79:10

**living** 11:18 23:7, 16,17 29:24 30:3

**local** 35:2

**locker** 44:17 51:16

**long** 8:18 16:1 35:1 38:15 60:4 63:11 69:19

**longer** 28:11

**losing** 30:20

**lost** 30:13,23

**lot** 11:11 12:2 28:20 30:9 41:7 44:6 51:10 62:4 63:16 79:7

**love** 27:15 30:23 33:3,7,8,17 34:2,24 66:13

**loved** 31:21 35:12

**loves** 42:13 65:4

**loving** 26:19

**lowest** 26:23

**lucky** 20:3

---

**M**

**made** 29:19 54:7

**major** 17:6 28:17 29:2 47:6,11

**make** 28:22 31:18,20,21,24 33:16 34:19 42:11 43:16 79:21

**makes** 32:2,3 65:2

**making** 11:2

**male** 66:15

**manage** 18:4

**manner** 36:9,12 77:6

**map** 52:2

**March** 12:11,17 23:8 25:13 52:14 55:16 64:8 76:8,14 80:6

**Maryland** 29:9, 14,18

**matter** 4:6 5:2 26:24 27:16

**Maureen** 68:11, 15

**Mckay** 4:19 8:12 9:12,22 11:8 13:1 15:13 22:3,6,8 23:23 35:23 36:2,5 39:14 42:4 47:13 66:5 69:12,16 76:2 78:9 80:14,16

**meaning** 48:14 68:15

**media** 4:4 26:6 71:4 80:22

**medication** 76:1,5,14

**Meek** 4:14

**meet** 8:18 74:16 78:21

**meeting** 10:4,9, 12

**meets** 24:10

**member** 9:15 31:12

**members** 9:24

**memories** 12:4 62:15

**memory** 38:13 52:22 60:19 77:7

**mental** 76:20

**mentioned** 23:6 27:18 43:1 50:10 63:16 64:18 66:18

**met** 8:16 10:7 31:6

**mic** 40:2

**middle** 63:9

**miles** 52:10

**mind** 7:8

**minor** 35:21 70:20

**minute** 78:8

**minutes** 29:12 67:2

**missed** 55:8

**misses** 28:6

**modify** 59:11

**mom** 14:12,21 15:1,7 28:15,23,24 29:8,23 30:7,15,21 31:23 32:15 37:11, 14 39:17,19,21 40:10,18 47:8,9

**mom's** 14:16 68:19

**moment** 6:11 55:5 66:12 73:15

**month** 61:12,22 62:2 63:17,20 72:16 74:1,8,14

**months** 16:3 25:10 51:24 64:5 73:8

**morning** 54:21 55:7,8,10

**mother's** 21:11

**move** 16:12 23:9 53:15

**moved** 16:11,15 23:20 27:9,19,22 28:4 32:14 33:1 61:14

**movies** 72:18 73:5

**moving** 27:18 30:24

**multiple** 56:4,7

**N**

**N-WORD** 42:18 77:3

**named** 9:19

**names** 13:12,22

**national** 12:17 51:23 52:9

**natural** 37:4

**nature** 35:1

**NC** 45:4,6

**needed** 14:15 46:22

**neighbors** 68:24

**Nevada** 6:1

**news** 71:4,7

**newspaper** 72:12

**night** 38:20,22 63:9 74:11,18

**nightmares** 12:3 38:11,15 40:19 42:23 51:4 63:4,7, 11

**normal** 49:9 61:21 64:1,9 75:11 79:11,12

**North** 15:22 16:6, 11,12,20 17:23 22:19,21 23:2,16

**noticed** 67:9,11

**November** 4:10

**number** 4:5,8 80:22

**O**

**object** 9:13,18

**Objection** 13:1 23:23 39:14 42:4 47:13 76:2

**occasion** 20:8 21:7

**Occasionally** 25:23

**occasions** 24:5

**occur** 63:14

**occurred** 12:11, 22 13:7 64:8 76:7, 23

**occurrence** 72:11

**October** 74:1,18, 24

**Oddly** 36:17

**office** 69:11,15

**officers** 46:7

**older** 34:22

**one-on-one** 75:10

**oops** 34:12

**open** 48:5 62:17

**opinion** 67:17

**opportunity** 34:18

**Orange** 16:19 17:22,24 18:9,10,23 19:3,13,16

**ordeal** 47:15 48:20

**order** 80:24

**out-of-town** 43:19

**outsider** 33:15 36:19,24

**owe** 27:3

**oxygen** 29:12

**P**

**Padma** 22:14

**pain** 57:14 60:20

**parents** 13:20 14:9 27:2 33:16 36:24 37:3 38:18 41:11,16 64:20

**parents'** 13:12 38:22

**park** 12:17 35:3,6 51:23 60:2 73:23

**parking** 60:7

**parks** 52:9

**part** 76:1 79:8

**part-time** 29:17

**parties** 5:20

**partner** 68:1

**partnership** 33:7

**pass** 28:23

**passed** 15:1,7 28:15 30:8 37:11,14 39:17,19,21 40:10, 18

**passenger** 12:14

**passing** 28:24 47:7,8

**pause** 9:4 78:10

**pay** 31:1 60:6

**PDF** 81:1

**Pebble** 15:21

**pending** 8:9

**Pennsylvania** 20:15

**people** 11:23 33:14 37:2 41:10,19 48:3,16,21 49:22 50:15 66:10,12 68:24 71:1

**pep** 51:17

**person** 13:8 21:19,20 24:15 25:20 30:3 57:4,5 71:15

**personally** 38:18 67:9 70:12

**pertaining** 40:24

**Peter** 4:7 6:4,6,8 7:2 8:12 9:20 10:13, 19 11:2,6,13 12:17, 24 13:5,13,15 16:4, 7 19:19 20:10 22:18 23:12,22 24:12,15, 16,21 26:17 27:7,22 28:14 30:7 31:4 34:1 36:8,12 40:22 43:2,8,10,13,16,23 45:11,17 46:1,11,24 47:4 51:21 52:14 55:15,20 56:1,8,11, 17,18 57:1,3,9,11, 13,17,22,23 58:9, 19,22 59:1,8,14,21 60:2,9,14,20 61:13, 16 64:14,15,17,24 66:18 67:22 69:10, 15 71:3,9,21 73:5, 13 74:17,22

**Peter's** 6:11,22 20:21 23:20 32:19 56:19 59:3 66:20 69:24 70:6

**phone** 21:19 25:7,12,21 55:8

**physical** 11:21 57:14 66:19,20

**physically** 65:23

**picked** 59:20

**pictures** 14:15 46:11

**plaintiff** 35:22

**plaintiffs** 4:20 9:20

**plan** 44:12 78:19

**plane** 53:9,16 54:14,15 58:16

**planned** 73:15, 17

**planner** 52:1

**play** 34:7 35:5

**played** 28:17 29:2 35:4

**player** 42:6 44:17 51:14 77:9,15,18

**player's** 77:11

**players** 41:21 77:3

**PNC** 74:3,18

**point** 9:16 38:24 55:1

**points** 26:23

**police** 43:13 46:7

**pools** 18:15

**pop** 72:1

**pops** 71:18,24

**popular** 50:21, 23,24

**portion** 23:15

**position** 18:7 19:2

**pounding** 67:1

**practice** 35:7

**prepare** 8:23

**prepared** 29:11

**preparing** 9:2

**preschool** 18:4

**present** 10:12,14 35:8 43:10 44:19 74:17

**presentations** 69:21

**presented** 14:17

**pretty** 15:15

**previous** 47:2

**primarily** 40:17

**prior** 25:4 58:11 76:14

**private** 71:15

**privilege** 9:17

**Procedure** 5:23

**process** 62:24

**processing** 62:11

**profile** 34:20

**program** 18:4,5

**programming** 18:3

**programs** 18:5,6

**project** 34:3

**properly** 8:23

**public** 11:20 12:7 47:18 48:19 50:12 64:11,18 65:1,6,15 70:9 71:13,19

**published** 72:7

**pulling** 50:4

**pursuant** 5:19

**put** 30:10 54:6,8 67:2,6

---

**Q**

**question** 7:13, 15,23 8:2,3,8,9 9:5 23:24 46:8 69:13

**questioned** 54:16

**questioning** 46:17

**questions** 9:3, 18 46:8 57:23 69:4 79:22 80:14,15,17

**quickly** 53:17

**quiet** 54:1 62:10, 23 70:8

**quieter** 62:5 63:17

**quit** 69:19 76:24 77:1,4

**quiz** 11:9

---

**R**

**race** 53:24

**racial** 41:16 42:7

**racially** 42:2

**raise** 4:23 29:15

**Raleigh** 12:12

**Rani** 22:14

**rarely** 50:3

**react** 37:2

**read** 70:21 71:4 80:18

**reasons** 39:6

**recall** 20:5 38:15 45:22 60:8 72:11 76:12

**receive** 17:3

**recently** 25:8,9

**Reception** 59:17

**recommended** 76:3

**record** 4:3,17 5:17 6:10,13,15,16, 17,19,21 7:11 9:6 35:20,24 40:2,4,5,7 80:21

**recreational** 18:13,15

**redacted** 18:22 34:11 42:7 44:22

65:24

**refer** 6:23 13:23

**referred** 35:21 77:5

**referring** 22:22 61:8

**reflect** 5:17 35:20

**region** 54:6

**related** 33:11 38:22 47:24 72:23, 24

**relationship** 27:6,8,15 28:14 32:10,20,21 33:23 41:1 46:10 62:17

**relevant** 62:19

**relive** 58:1

**remain** 58:15

**remainder** 54:3

**remaining** 59:9

**remember** 11:9 12:5 16:15 39:18 41:23 46:3,5 52:16 56:10,14 57:12,15 60:22 66:23 67:7,19 72:18 73:10

**reminded** 64:2

**remove** 35:24

**rents** 23:3

**rephrase** 8:1

**replace** 36:2,3

**reporter** 4:13,18, 23 5:6 7:10,20 36:3

**represent** 6:3 9:14,23

**representing** 4:20

**represents** 8:12

**reputation** 70:6, 13,17,23

**required** 70:1

**reserved** 81:3

**resolution** 44:14

**respect** 9:1 37:18 38:4,10 39:3,23 48:23 76:19 79:19

**response** 7:19

**responsibility** 34:8

**responsible** 40:17

**rest** 57:18

**restaurants** 41:12 43:3

**result** 44:14 46:15 59:4 65:9,16 66:20 76:22

**return** 58:19,22 59:1

**returned** 57:7 59:22 60:9,21,24 61:13 62:2 63:4,17 64:9

**revolves** 28:20

**rink** 18:14 42:22 43:11

**Rita** 68:12

**rocks** 26:21

**role** 18:18 28:17 29:2,19 75:3

**roller-blade** 35:6

**room** 38:19,22 44:17 51:5,16

**routine** 49:8

**rules** 5:22,23

**run** 38:19,21

---

**S**

**sad** 48:15 73:2

**safe** 32:1 52:20

**samples** 34:3

**scared** 11:21
47:17 50:11 51:6
53:10 62:22 65:7

**schedule** 70:1

**school** 16:18,19,
21 25:16 26:5 29:17
31:2 32:14 48:6,8,9,
22 49:13,22 50:2,21
51:8,11 68:22 71:1
72:23 78:24 79:5

**school-wise**
66:8

**school-year**
18:6,20

**scratch** 56:12

**screaming** 12:4
51:4 63:8

**searched** 70:10
71:7,9

**seat** 53:8,15
58:15,19,22 59:1

**sees** 39:5,9

**semiretired**
69:18

**separate** 41:4

**separated** 54:3

**September** 20:7
21:5,8,24 22:13

**serves** 38:13
77:7

**sessions** 76:1

**set** 5:19

**sex** 70:19

**shared** 32:6

**sharp** 67:3,5

**Sheela** 22:2,13

**Shelke** 4:21 5:12
6:2,13,17,20 9:19
10:1,2 13:2 22:10
34:13 35:20 36:1,6,
7 40:1,8 66:2 69:14
78:7,11 80:13,19,24

**shift** 62:21

**shoes** 53:18

**shooken** 29:21

**show** 10:3 46:11,
12 52:7

**sibling** 29:6
36:24

**siblings** 20:11
34:17 37:12,16
78:21

**sick** 14:12,21

**sicker** 32:15

**sickness** 30:17

**side** 20:22 21:11
65:3 68:19

**sides** 44:20

**sign** 65:5 80:18

**signature** 81:3

**significant** 47:3

**similar** 43:4,8

**sister** 22:20,22
50:9 75:3

**sisters** 19:20
20:10 68:9

**sit** 54:12 79:20

**sitter** 69:7

**sixteen** 14:20

**skills** 35:7

**skin** 37:6 48:10
49:19

**sleep** 57:11

**slurs** 41:16

**smartphone**
25:17

**Snapchat** 26:9

**social** 26:6 48:23

**socially** 66:7

**solely** 69:22

**solemnly** 5:1

**son** 6:5,8,22 7:2
33:21,22 44:4 46:13
54:16 66:16

**son's** 6:12

**sort** 32:7 52:3

**Sounds** 36:1

**South** 41:8

**speak** 10:19,22
24:16,18 25:21
27:24 40:11 42:16
48:4 52:14 55:22
57:16 59:15 62:1

**speaking** 7:11
13:5

**specific** 52:22
60:19

**spell** 22:3

**spends** 23:16

**spoke** 56:9 57:9
59:6

**spoken** 10:10
55:14

**sport** 51:19,20

**sporting** 31:20

**sports** 26:5 51:13

**Sportsplex**
17:22 18:1,10,24
19:3,13,16 24:7,8
31:10,12 43:17,18
61:18,19 69:1

**spotty** 59:18

**Spur** 73:15

**spur-of-the-
moment** 73:16

**stares** 43:1 45:11

**staring** 41:7

**start** 19:2 70:7

**started** 19:10
39:10,20 63:21

**starting** 25:16

**state** 5:13 29:13
35:2

**statement** 39:12

**States** 5:24

**stay** 49:18

**stepped** 53:15

**stick-handling**
35:7

**stipulate** 35:23

**stop** 24:6

**stopped** 46:18

**stores** 41:12 43:3

**street** 35:5

**strike** 18:22 34:14
44:23

**strong** 11:24
28:19,20 31:3 32:11

**strongest** 48:3

**struggle** 79:15

**struggled** 79:2

**struggling** 48:7,
22 49:1

**stuff** 52:13,17

**subject** 45:16

**subjected** 40:23

**subpoena** 5:19

**subsided** 38:23

**sudden** 53:5

**suffer** 40:19
42:22 67:18

**suffered** 29:9
38:11 56:11

**suffering** 63:3

**suffers** 37:17

**sulking** 62:6

**summer** 18:5,21
64:5

**support** 4:15
49:11

**supports** 26:24

**supposedly**
56:20

**surface** 69:5

**surgery** 74:21
75:4

**swear** 4:18 5:1

**sworn** 5:9

**syndrome** 14:24

───────

**T**

**T-A-N-W-A-N-I**
22:7

**tack** 49:17 79:14

**takes** 67:1,5
75:24

**taking** 7:10 51:22
62:24 76:13

**talk** 11:13 20:14
40:13 43:19 44:7,
11,16,18 48:8,11
49:5,21 50:1,5,7
52:18 54:10 61:5
62:14,16,20 65:18
68:16 75:7,13,14

**talked** 40:13
44:10 56:15 62:13
68:2,11,12,14

**talking** 44:15

**talks** 50:3 51:17

**Tanwani** 13:13
22:2

**Tara** 4:21 6:2

**task** 79:21

**teach** 34:8

**teachers** 79:24
80:2

**team** 41:17 42:5,6
44:24 45:2,6 51:14,
17,19 76:23 77:5,8,
15,16,18,21,24

**team's** 43:20
44:11

**teammate** 42:5

**teams** 51:13

**tease** 27:15

**Tech** 17:4,12

**Technical** 16:24

**teeth** 50:4

**telephone** 10:10,16 24:16,19 25:22 57:3

**telephoned** 10:15

**telling** 56:17

**terms** 78:24 79:7

**testified** 5:10

**testimony** 5:1

**tests** 79:22

**text** 21:20 24:21, 23 25:24 26:2 27:13,14 28:5 52:19 55:5

**texted** 54:21

**therapist** 39:5,9, 10,13,17,20 49:5 75:20 76:4

**therapy** 75:10 76:1

**thing** 30:22 35:3 37:10 41:11 42:9 49:18 52:11 53:24 62:23 64:17 65:1 71:17 73:24 79:14

**things** 7:7 12:1 28:13 30:21 32:17 33:3,24 41:17,20 42:19 46:24 52:4,7 66:24 67:2,6,7,19 69:5 75:14 79:9,17

**thinks** 47:23 64:16

**thought** 28:19 30:14 41:10 44:12

**threw** 53:19

**Tiktok** 26:11

**time** 4:11 6:15,19 7:12 8:7,16 10:6 11:18 14:12 20:4,6, 17 21:4,22 22:11 23:7 25:13 27:10 30:1,4,22 40:4,7,17, 18,20 52:7,17 54:20 55:5 60:8,20,24 62:24 64:7 67:6 69:19 72:4,21 73:1, 3,18,22 80:1,21

**times** 24:2 56:4,5, 7 58:24

**tired** 60:16 61:4 77:2

**today** 7:11

**today's** 4:10 5:19

**told** 36:11 37:21 38:6,19 42:8 46:23 50:12 51:3 53:3,8, 10,20 55:18 56:1,24 57:2,23 58:4 63:8 64:24 68:7 77:9

**top** 70:11

**totally** 30:21

**touch** 21:10,13,18 36:8,12 56:22 78:12,17

**touch-and-go** 63:22,23

**touching** 54:5 56:16,18

**tough** 30:13 48:1 49:15

**toughest** 48:3

**tournament** 41:18 43:19 44:9 45:10

**track** 79:9,18

**trafficking** 70:20

**transplant** 29:8

**trauma** 65:22,23 66:6

**traumatized** 46:21

**traumatizing** 11:15 57:24

**travel** 14:13 29:21 59:18 69:21 70:1

**travels** 60:3

**treatment** 39:3

**trip** 12:16 51:22 52:5,11 58:2 59:9, 15 60:10 61:14 63:18 73:14

**trips** 60:4

**trouble** 53:22 58:5 64:23

**true** 25:1,4 33:21 35:15 47:5 60:18 64:13 75:16

**trust** 50:15

**truth** 5:2,3

**turn** 79:6

**turning** 42:14

**twenty** 29:7

**Tyndall** 4:12

___

**U**

**U.S.** 4:14

**uh-huh** 7:16,20 15:3,11 18:11 22:9 66:5 78:1,9

**uh-uh** 7:20 17:7

**uncomfortable** 54:8

**understand** 7:24 11:4,10 19:19 30:20 40:22 45:17 49:16,23 52:5 53:1, 3 55:19 66:19

**understandable** 44:4

**understanding** 29:23 76:18

**understood** 8:3

**unit** 4:4 80:22

**United** 5:24

**universities** 17:14

**University** 17:2, 10,13

**unkind** 40:23

**upbringing** 40:18

**upset** 11:14 42:15,18,20

**upsetting** 66:17

___

**V**

**Valley** 12:16 51:22 59:9

**van** 52:13

**varieties** 50:23

**variety** 39:6

**Vegas** 12:13 55:2

**vegetative** 29:13

**verbal** 7:18

**versus** 30:20 46:18

**video** 80:23

**visit** 24:12 29:19 75:1

**visited** 21:24

**vocal** 28:11 65:22 66:18

___

**W**

**wait** 7:12,14 54:12

**waited** 55:11

**waiting** 46:7

**wake** 12:4 53:7 55:11

**waking** 56:7

**walk** 65:3

**walked** 43:21

**walking** 73:22

**wanted** 28:21 29:6 58:1 61:6 70:7 76:24 77:1

**wanting** 63:10

**warm** 64:11

**watch** 30:18

**ways** 46:24

**wear** 74:11

**wedding** 22:15

**week** 23:21 24:2 26:4 68:16 74:16

**weekend** 74:15 75:6

**weekends** 29:18

**white** 66:15 78:2, 4

**wide** 39:6

**widowed** 34:22

**wife** 30:20

**wishes** 34:19,21

**witnessed** 41:2 45:13

**wittiness** 33:10

**woke** 53:13 63:8

**woken** 51:4

**wonderful** 41:11

**work** 17:21 18:18, 19 19:8,17 30:24 49:7 69:11,15,20,24 70:2 72:2 80:1

**worked** 19:13 70:17

**working** 29:17 69:20,23

**works** 24:7 69:9

GAYLE ANN DELVECCHIA

November 18, 2019
Index: world..youth

**world** 71:16

**worried** 33:1
48:5

**worry** 11:8

**worse** 79:6

---

**Y**

---

**year** 16:21 20:2
22:15 23:15 25:16
29:7,16 38:17
69:10,14

**years** 20:20 30:17
34:9 35:13 37:24

**yesterday** 8:17,
19 10:4,7,9

**York** 16:14,16
19:24 20:16 21:17,
23 22:1 32:13

**younger** 29:6
34:17 35:10

**youngest** 37:12

**youth** 74:10,18