**EXHIBIT 21**

**Deposition of Alexis Franzese, Ph.D.**

Page 1

                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEVADA
                              Case No. 2:19-cv-01322-KJD-NJK
        PETER DELVECCHIA,individually and as
        next friend of A.D., a Minor,


                  Plaintiffs,


        vs.


        FRONTIER AIRLINES, INC., and
        JOHN DOES 1 through 5, inclusive,
                  Defendants.
        _____



                    VIDEOTAPED DEPOSITION OF ALEXIS FRANZESE
                        March 2, 2020
                        150 Fayetteville Street
                        Raleigh, NC 27601
                        1:18 p.m. - 2:47 p.m.



        REPORTED BY:  JOAN COMPARATO
        North Carolina Professional Reporter
        Magna Legal Services
        (866) 624-6221
        Www.MagnaLS.com



```
Page 2
  1   APPEARANCES:
  2   On Behalf of the Plaintiffs:
  3   Park Avenue Law LLC
      127 West Fairbanks Avenue, Suite 519
  4   Winter Park, Florida 32789
      Johndmckayatty@gmail.com
  5
      BY: JOHN D. MCKAY, ESQUIRE
  6
      On Behalf of the Defendants:
  7
      Adler Murphy & McQuillen LLP
  8   20 South Clark Street, Suite 2500
      Chicago, Illinois 60603
  9   Mmartin@amm-law.com
 10   BY: MATTHEW D, MARTIN, ESQUIRE
 11
 12
 13
 14
 15   Also present:   Peter DelVecchia
 16                   Carl Riel, Videographer
 17
 18
 19
 20
 21
 22
 23
 24
 25
```



Page 3

1   INDEX:

2   WITNESS:

3   ALEXIS FRANZESE

4   DIRECT EXAMINATION BY MR. MARTIN:                    5

5   CROSS EXAMINATION BY MR. MCKAY:                     52

6   REDIRECT EXAMINATION BY MR. MARTIN:                 57

7   RECROSS EXAMINATION BY MR. MCKAY:                   66

8   FURTHER REDIRECT EXAMINATION MY MR. MARTIN:         69

9

10

11

12

13

14

15

16

17

18

19                        EXHIBITS

20                 (No Exhibits Marked)

21

22

23

24

25



Page 4

1    Whereupon,

2        THE VIDEOGRAPHER:  We are now on the record.

3    This begins videotape number one in the deposition of

4    Alexis Franzese, taken in the matter of Peter

5    DelVecchia, individually and as next friend of A.D.,

6    a minor, plaintiff vs. Frontier Airlines, Inc., and

7    John Does I through V inclusive, defendants.  United

8    States District Court, District of Nevada.

9        Today's date is March 2nd, 2020, and the time is

10   1:18.

11       This deposition is taking place at Smith

12   Anderson in Raleigh, North Carolina, at the request

13   of firm Adler, Murphy & McQuillen.

14       The videographer today is Carl Riele, and the

15   court reporter is Joan Comparato, both of Magna Legal

16   Services.

17       Would counsel now please introduce yourselves

18   and whom you represent?

19       MR. MCKAY:  I'm John McKay, and I represent the

20   plaintiffs, Peter DelVecchia and A.D.

21       MR. MARTIN:  Matthew Martin for defendant.

22       THE REPORTER:  One second, please.

23       THE VIDEOGRAPHER:  Would the court reporter

24   please swear in the witness.

25       THE REPORTER:  Can I ask you to raise your right



Page 5

1    hand, please?

2        Do you solemnly swear to tell the truth, the

3    whole truth, and nothing but the truth, so help you

4    God?

5        THE WITNESS:  Yes.

6        MR. MARTIN:  Ma'am, would you state your full

7    name for the record, please.

8        THE WITNESS:  Alexis Theresa Franzese.

9        MR. MARTIN:  Let the record reflect that this is

10    the deposition of Alexis Franzese taken pursuant to

11    subpoena and set for today's date by agreement of

12    parties.

13        This deposition shall be conducted in accordance

14    with the Federal Rules of Civil Procedure and all

15    applicable rules of the United States District Court

16    for the District of Nevada.

17                    ALEXIS FRANZESE,

18    having been duly sworn, was examined and testified

19    under oath as follows:

20                    DIRECT EXAMINATION

21    BY MR. MARTIN:

22    Q.  Good afternoon, ma'am.  My name is Matthew

23    Martin.  I represent Frontier Airlines, who is the

24    defendant in the pending litigation matter in the

25    District of Nevada.



Page 6

1          Have you ever given a deposition before?

2     A.   No.

3     Q.   Okay.  A couple of ground rules just to make

4     things go a little bit smoother here today.

5          The first is, you've seen that there's a court

6     reporter.  Her function here today, as you've seen, is

7     to take down everything that's said between us.  In

8     order to help her have this be a smooth process and for

9     our benefit as well, if we could have just one person

10    speak at a particular time.

11         So I will do my best to let you finish your

12    answers in response to my questions, and I ask that you

13    try to let me finish my questions accordingly.

14         In addition, while this is being videotaped, we

15    ask for the record that you give all your answers in

16    the form of a yes or a no.  Shrugs or uh-uh or uh-huhs

17    can't really be taken down very well by the court

18    reporter.

19         In addition, if you don't understand a question

20    that I ask, please ask me to rephrase it.  It's

21    probably a poor question.  I'm not trying to trick or

22    confuse.

23         If you do answer a question that I ask, I'll

24    assume that you understood the question.  Is that fair?

25    A.   Yes.



Page 7

1      Q.  Okay.  Finally, if you need to take a break at

2   any time, that's perfectly fine.  Just let us know.

3   The only thing I'd ask is if there's a question

4   pending, I ask that you answer that before we take a

5   break, okay?

6      A.  Yes.

7      Q.  Okay.  What is your date of birth?

8      A.  September 28th, 1979.

9      Q.  And do you know the plaintiff in this matter,

10  Peter DelVecchia?

11     A.  Yes.

12     Q.  And how do you know Peter?

13     A.  Peter and I are in a romantic relationship.

14     Q.  And are you aware that Peter has a son?

15     A.  Yes.

16     Q.  Okay.  And we're going to go off the record in a

17  second and I'm going to ask you to provide the full

18  name of Peter's son.

19         MR. MARTIN:  Can we go off the record?

20         THE VIDEOGRAPHER:  Off the record at 1:22.

21         (Discussion held off the record.)

22         THE VIDEOGRAPHER:  Back on the record at 1:22.

23  BY MR. MARTIN:

24     Q.  Okay.  So while we were off the record you

25  provided the full name of Peter's son.



Page 8

1          For purposes of this matter and this deposition
2     today, I'm going to refer to him as A.D.
3          Do you understand by my referring to him as
4     A.D., you understand who I'm speaking about?
5     A.  Yes.
6          Am I also expected to refer to him as A.D.?
7     Q.  If you could.  If not, we will be able to clean
8     it up, but just, you know, for the interest of -- of
9     his privacy, if you can try to remember.  I know it's
10    tough to refer to him as A.D., but we'd all appreciate
11    it.
12    A.  Yes.
13    Q.  What is your current address?
14    A.  1909 East Chapman Court, Hillsborough,
15    North Carolina, 27278.
16    Q.  And how long have you been there for?
17    A.  It will be nine years in May.
18    Q.  Do you anticipate being there for approximately
19    the next year?
20    A.  Yes.
21    Q.  Who else lives at that address with you?
22    A.  My four children.
23    Q.  Okay.  You don't have to provide their names if
24    you don't want to, but if you could provide maybe their
25    genders and their ages for me?



Page 9

1    A.  Male, age thirteen; female, age ten; female, age

2    eight; male, age six.

3    Q.  Okay.  Two males, two females?

4    A.  Correct.

5    Q.  Ranging from six to thirteen?

6    A.  Correct.

7    Q.  Okay.  How long have you lived in the

8    Hillsborough or greater Raleigh area?

9    A.  I moved to North Carolina in 2001 when I started

10   my Ph.D. at Duke University.

11   Q.  Have you ever been known by any other names --

12   A.  No.

13   Q.  -- other than your current one?

14       Have you ever served in the military?

15   A.  No.

16   Q.  Are you currently married?

17   A.  I am currently separated and will be divorced in

18   the near future.

19   Q.  Okay.  What is the name of your soon-to-be

20   ex-spouse?

21   A.  Thomas Higgins.

22   Q.  And are all four of your children with

23   Mr. Higgins?

24   A.  Yes.

25   Q.  Who is your current employer?



Page 10

1     A.   I'm currently employed by Elon University, and I

2     also have a private practice as a licensed

3     psychologist.

4     Q.   Let's start with Elon University.  What is your

5     position with the university?

6     A.   I'm an associate professor.

7     Q.   Any certain specialty?

8     A.   Social psychology and medical sociology.

9     Q.   Social psychology and medical psychology?

10    A.   Medical sociology.

11    Q.   Medical sociology.  Thank you.

12         And where is Elon located?

13    A.   In Elon.

14    Q.   Okay.  North Carolina?

15    A.   Yes.

16    Q.   Am I betraying my northernness?

17    A.   You are, yes.

18    Q.   And how long have you been at Elon?

19    A.   Since 2011.

20    Q.   And in that time have you always held the

21    position of associate professor?

22    A.   I was hired as an assistant professor.  I went

23    through tenure, and now I'm an associate professor.

24    Q.   And has it always been concentrating in the

25    fields of social psychology and medical sociology?



Page 11

1     A.  Yes.

2     Q.  Can you briefly describe your -- what you do in

3  your day-to-day activities as an associate professor at

4  Elon?

5     A.  Yes.  A professor's life involves teaching,

6  scholarship, and service at Elon.  That means I teach

7  courses, I conduct research and I contribute to the

8  life of the university.

9     Q.  Is there a certain number of classes that you

10  teach per semester?

11     A.  There's a standard teaching load at Elon

12  University that fluctuates based on research

13  commitments and other awards that a facility member

14  might have.

15     Q.  Is Elon within an academic semester currently?

16     A.  Yes.

17     Q.  Are you teaching this semester?

18     A.  I have administrative leave this semester, as

19  I'm becoming department chair in the fall semester.

20     Q.  Congratulations.

21     A.  Thank you.

22     Q.  While you're on administrative leave, are you

23  conducting any independent research?

24     A.  Yes.

25     Q.  What and -- what subjects or fields?



Page 12

```
 1      A.  I have a variety of research projects going at
 2   any one time.
 3      Q.  Okay.  Is there one that you're principally
 4   working on at the moment?
 5      A.  I have a book project I've been working on about
 6   how people decide that they're done having children and
 7   how that's a ritual or process we don't talk about in
 8   society.
 9      Q.  Would you consider yourself full time at Elon?
10      A.  Yes.
11      Q.  And you said you've been there since 2011,
12   correct?
13      A.  Correct.
14      Q.  And you also said you have an independent
15   psychologist practice; is that correct?
16      A.  Yes.
17      Q.  Okay.  And how long have you had that for?
18      A.  To clarify, at Elon I'm a sociologist.  My
19   private practice is as a licensed psychologist.  I have
20   two doctoral degrees.
21          I have had my practice going -- for the
22   licensure process that I went through, the practice has
23   been going -- I started the practice in 2011.
24      Q.  And have you --
25      A.  Maybe 2012.  I would have to check the -- the
```



MAGNA ▶
LEGAL SERVICES

Page 13

1    timing of that.

2        Q.  Okay.  And have you, whether it's 2011 or 2012,

3    have you operated that consistently up until the

4    present time?

5        A.  Yes.  There was a -- the reason I'm thinking

6    about dates is, there's a process of getting fully

7    licensed where you have to have supervised hours before

8    you become fully licensed.  So when you ask me

9    questions about the date of my practice, I'm -- it's

10   not clear to me whether you're asking me about the time

11   when I was pursuing licensure or after I was licensed.

12   So I'm just sharing information about that process.

13       Q.  I see.  Okay.  That's helpful.

14           Do you recall when you became licensed?

15       A.  I could look up that information easily, but off

16   the top of my head right now I can't tell you the exact

17   date.

18       Q.  Would you be able to say if it's in the last

19   year, the last --

20       A.  No --

21       Q.  -- five years?

22       A.  No, no.  A few years ago --

23       Q.  Okay.  So it's --

24       A.  -- I became fully licensed.

25       Q.  So it's been some time?



Page 14

```
 1      A.  Yes.
 2      Q.  Okay.  And that license is with the State of
 3  North Carolina?
 4      A.  Yes.
 5      Q.  And do you recall the -- is there a name for
 6  that particular license?
 7      A.  It's license number 4700 with the North Carolina
 8  Psychology Board.
 9      Q.  Okay.  North Carolina Psychology Board, correct?
10      A.  Yes.
11      Q.  As part of your practice, are you -- do you
12  actively see patients?
13      A.  Yes.
14      Q.  And is there any certain specialties that you
15  tend to focus on in your practice?
16      A.  I work with people who present with a variety of
17  concerns.
18      Q.  Okay.  Do you typically work with adults,
19  children, or both?
20      A.  Adults.
21      Q.  Exclusively?
22      A.  Yes.
23      Q.  Okay.  Have you ever treated any of the
24  plaintiffs in a professional capacity in this
25  litigation?
```



Page 15

 1     A.  Absolutely not.

 2     Q.  Okay.

 3     A.  It would be completely and totally unethical to

 4  do so.

 5     Q.  Okay.  As a result of your practice, have you

 6  ever served as an expert witness in any litigation

 7  matter?

 8     A.  No.

 9     Q.  Okay.  Prior to your private practice at Elon,

10  where did you work before that?

11     A.  I spent a very long time at Duke University

12  pursuing two doctoral degrees.  I completed my clinical

13  internship at the Durham Veterans Affairs Medical

14  Center, and then I started my job at Elon.

15     Q.  You said you have two graduate degrees --

16  doctoral degrees, I'm sorry, from -- both from Duke

17  University?

18     A.  Yes.

19     Q.  And what are those in?

20     A.  One is in sociology, one is in psychology.

21     Q.  Do you recall the years you obtained those?

22     A.  Oh, goodness.  I believe sociology was 2007, and

23  psychology was 2011, to the best of my memory.

24     Q.  And so it was shortly after you received the

25  psychology doctorate in 2011 that you went into your



MAGNA
LEGAL SERVICES

Page 16

1    position at Elon?

2        A.   Correct.

3        Q.   Okay.   There were no jobs you had in between?

4        A.   No.

5        Q.   And where did you do your undergraduate

6    education?

7        A.   Union College in Schenectady, New York.

8        Q.   Did you have a particular focus?

9        A.   I was a sociology major with minors in

10   psychology and history.

11       Q.   Besides that formal education and the license

12   that you referred to earlier, do you have any other

13   certifications?

14       A.   When you pursue a doctoral study, you receive

15   your master's degree in passing, so I also have two

16   master's degrees.

17       Q.   And is that just part and parcel for having

18   gotten through the doctoral process, is you --

19       A.   No, there's some people who pursue a Ph.D. and

20   leave after their master's degree, either because they

21   don't meet the requirements in a way that allows them

22   to move on or because they decide they want to leave

23   with a master's degree.

24       Q.   It sounds like in your case, though, you did

25   complete both so as to achieve both a master's and a



Page 17

1   doctoral degree in both subjects?

2      A.  Yes.  Four degrees total after my undergraduate

3   degree.

4      Q.  Okay.  Besides those two master's degrees, any

5   other certifications or degrees that you have?

6      A.  No, that seemed adequate.

7      Q.  I think so, too.

8          In preparation for today, did you speak with

9   Mr. McKay?

10      A.  Yes.

11      Q.  Okay.  When did you speak with Mr. McKay?

12      A.  This morning at around 8:05 a.m.

13      Q.  Okay.  And how long did you speak with

14   Mr. McKay?

15      A.  Approximately 20 minutes.

16          MR. MARTIN:  John, this will be the same

17      situation as with the other children about substance

18      of conversation being privileged?

19          MR. MCKAY:  No, I don't represent her.

20          MR. MARTIN:  Okay.  That's what I was getting

21      at.

22          MR. MCKAY:  Yeah.

23   BY MR. MARTIN:

24      Q.  Can you tell us what you and Mr. McKay discussed

25   this morning at 8:05?



Page 18

```
 1      A.   Sure.   The logistics of what today would look
 2   like, who would be in the room, what the timing would
 3   be of it, what the experience might be like in terms of
 4   you asking me questions and me responding.
 5      Q.   Did you review any documents?
 6      A.   No.
 7      Q.   Okay.   Any photographs?
 8      A.   No.
 9      Q.   Okay.   And did you review any prior testimony
10   that's been given in this matter?
11      A.   No.
12      Q.   Okay.   When did you first meet Peter DelVecchia?
13      A.   I can't actually put a date on that.   We both
14   have children who are in the same grade.   A.D. and my
15   13-year-old are in the same grade at school and they
16   became friends at some point in that, particularly
17   becoming good friends in the fifth grade.   They're both
18   in the seventh grade now.
19      Q.   And both go to the same school?
20      A.   Correct.
21      Q.   Okay.   And at some point you began what you
22   referred to -- I can't remember if you said an intimate
23   or romantic relationship?
24      A.   I used the phrase romantic relationship.
25      Q.   Okay.   And you don't recall approximately when
```



Page 19

1    that was?

2        A.   I can tell you when that started.

3             You asked me when I first met --

4        Q.   Okay.

5        A.   -- Peter, and I can't put a date on that.

6             August 2018 was the first time Peter and I got

7    together by ourselves.

8        Q.   Okay.  And throughout the course of today, I'll

9    just kind of preface going forward, do you understand

10   that there was an incident that occurred on a flight on

11   March 28, 2019?

12       A.   Yes.

13       Q.   Okay.  And we'll get to that in a second, but

14   just for purposes of clarification, I'm going to

15   loosely use the terms pre-incident, and by that I mean

16   before March 28, 2019.

17            Do you understand that?

18       A.   Yes.

19       Q.   And then post-incident will be anything after

20   March 28, 2019.

21       A.   Yes.

22       Q.   Okay?  And then obviously, you know, we'll get

23   to this, but the incident will refer to that particular

24   day, okay?

25       A.   Yes.



Page 20

1      Q.  So August of 2018 was when you began a romantic

2   relationship with Peter, correct?

3      A.  We got together socially, the two of us, and it

4   turned into a romantic relationship after spending some

5   time together.

6      Q.  Okay.  So the pre-incident period would be,

7   we'll just say, August 2018 through March 28, 2019; is

8   that correct?

9      A.  Yes.

10      Q.  Okay.

11         MR. MCKAY:  Through March 28?

12         MR. MARTIN:  Up and --

13         MR. MCKAY:  Up until March 28?

14         MR. MARTIN:  Right.

15         MR. MCKAY:  Okay.

16   BY MR. MARTIN:

17      Q.  During that time period, how often would you two

18   see each other on a weekly basis?

19      A.  Early in the relationship it was less frequent

20   than later in the relationship, even within that span,

21   from August to March.  Approximately once a week at

22   first, and then as time went on progressing through the

23   fall months and early winter, three times a week.

24      Q.  And would that be just on weekends, or weekdays

25   as well?



Page 21

1      A.  Weekdays and weekends.

2      Q.  Is there any certain, like, schedule relating to

3  you two getting together, like certain days?

4      A.  We regularly see each other on the weekends.  We

5  pretty regularly see each other on Wednesdays, and we

6  often see each other on Mondays, but it varies from

7  week-to-week, of course.

8      Q.  In that pre-incident time period when you would

9  see each other, from like a social perspective, what

10  type of things would you go out and do?

11      A.  Kayaking.

12      Q.  Kayaking?  About how often during that time

13  would you do that?

14      A.  Once a week.

15      Q.  Is there a certain location around here that you

16  like to kayak?

17      A.  There's a lake in Hillsborough that I like to

18  kayak at.

19      Q.  Okay.  Anything else beyond kayaking?

20      A.  We would go out for lunch often.

21      Q.  About how many times --

22      A.  Walks.

23      Q.  -- a week?

24      A.  Maybe lunch out once a week.

25      Q.  And then you said walks as well?



Page 22

1    A.   Mm-hmm.

2    Q.   Okay.  Would you take your walks any certain

3  location?

4    A.   Various locations.

5    Q.   About how often when you take -- took these --

6  those walks, would you -- how far would you go?

7    A.   It varied.  Peter is in excellent -- was in

8  excellent physical shape at the time, and I was always

9  the great limiting factor on the walks.  I would try to

10  keep up.

11    Q.   Would any of your social activities involve

12  either of your two sets of children?

13    A.   Early on not as much, but certainly as time

14  progressed our families were more involved in our

15  interactions.

16    Q.   And just trying to keep it for now at least

17  for --

18    A.   I'm pre-incident right now.  I'm talking in the

19  period from August to pre-incident.

20    Q.   Okay.  So would you say that, as you said

21  earlier, I believe -- correct me if I'm wrong, of

22  course -- but in the beginning you said you didn't see

23  each other as frequent and it kind of progressed in the

24  fall and the winter months.

25        Would you say it was similar for the amount of



Page 23

1    times that the children were together as well?

2        A.  Yes, that seems fair.

3        Q.  Okay.  Would you engage in the same activities

4    such as kayaking and walking with the children as you

5    would when you were together independently of them?

6        A.  Not really kayaking, but walks and hikes and

7    things of that nature, yes.

8            Not going out to eat.  My children are very loud

9    out to eat.

10       Q.  I know the feeling.  Trust me.

11           As I understand, in addition to A.D., Peter has

12   two other children; is that correct?

13       A.  Yes.

14       Q.  And what are the names of the other two

15   children?

16       A.  Are we speaking their names?

17       Q.  Yes.

18       A.  Gayle and Amanda.

19       Q.  And how often would you say that they would join

20   you in the times that your whole families were

21   together?

22       A.  Very infrequently.

23       Q.  So it was typically your children and A.D.; is

24   that correct?

25       A.  If we were going to be joined by children, it



Page 24

1    would be those five children joining us or some

2    constituency of those five children.

3        Q.  I understand.  Okay.

4            And how would you say that the relationship

5    between the children was, between A.D. and your

6    children?

7        A.  Excellent.

8        Q.  And you said he was --

9        A.  In that time period, excellent.

10       Q.  Okay.  And you said he was close with your

11   oldest son?

12       A.  A.D.?

13       Q.  Yes.

14       A.  Yes.

15       Q.  And what types of things would the children do

16   amongst themselves in that pre-incident time period?

17       A.  They wouldn't do things in the absence of Peter

18   and I being there.  I'm not sure what you mean.

19       Q.  Would they shoot hoops, play street hockey,

20   other things like that?

21       A.  I mean, they would interact around ideas of

22   anything that one of them wanted to do.  Do you want to

23   jump on the trampoline?  Do you want to play a game?

24   Do you want to watch a show?

25       Q.  So a lot of normal kid stuff?



Page 25

1    A.   Exactly.

2    Q.   Okay.  Would you typically go to one person's

3  house as a rule versus another person's house, or would

4  it just be whatever worked from a particular schedule?

5    A.   Schedule.

6    Q.   Okay.  So there's no -- it wasn't where they

7  always came to your house or you always went to their

8  house?

9    A.   No.

10   Q.   Okay.  So each different familial unit would

11 feel comfortable going over to the other's residence

12 before the incident?

13   A.   I believe so.

14   Q.   Okay.  You never heard anything otherwise?

15   A.   Nope.

16   Q.   Okay.  What would you say, and I'm not asking

17 you in any type of capacity as, you know, someone that

18 has a practice in psychology, but just from, you know,

19 knowing Peter before the incident, what would you

20 just -- how would you characterize the general state of

21 his mental health before the incident?

22   A.   Excellent.  Peter was so attractive to me

23 because he was such a solid, decent human being.  He

24 had dealt with the loss of his wife in such a

25 thoughtful way that was focused on both accepting the



Page 26

 1  loss and moving forward.  Just incredibly, incredibly

 2  healthy.

 3      Q.  As I understand from previous testimony given in

 4  this matter, Peter's son, A.D., is very gifted at

 5  athletics; is that --

 6      A.  I concur.

 7      Q.  -- accurate?  Okay.

 8          As I understand, two particular sports at which

 9  he excels are hockey and cross-country.  Would you say

10  that's accurate?

11      A.  Yes.

12      Q.  Okay.  Would you ever go to any of his

13  cross-country meets?

14      A.  My son also was doing the sport --

15      Q.  Okay.

16      A.  -- so, yes.

17      Q.  Okay.  What about hockey games?  Does your son

18  play hockey on the same team?

19      A.  No.

20      Q.  Okay.  Would you ever go to A.D.'s hockey games?

21      A.  On occasion.

22      Q.  Okay.  When is the -- in North Carolina, when is

23  the cross-country season typically?

24      A.  Oh, goodness.

25      Q.  Is it a fall or spring sport?



Page 27

1      A.   It's fall.

2      Q.   Okay.  So it's not currently going on now,

3  cross-country?

4      A.   Track is occurring right now.

5      Q.   Okay.  I'm going to turn now to the -- what I

6  call the incident, and by that I mean what occurred on

7  a flight from Raleigh to Las Vegas.

8           And I understand you were not on that flight,

9  correct?

10     A.   Correct.

11     Q.   Okay.  At what point did you first learn that

12  something had occurred to Peter and his son on that

13  flight?

14     A.   I was in a car driving to a church women's

15  retreat and got a phone call from Peter.

16     Q.   Do you recall what date that was?

17     A.   With the time zone stuff, no.  I could easily

18  look up that date because that church women's retreat

19  for my church happened on a specific date that I could

20  go back and check when it was, and I was driving there,

21  and I usually drive there between 12:00 and 3:00 in the

22  afternoon.

23     Q.   Do you recall if it was within a week of the

24  incident occurring?

25     A.   Oh, very proximate to the incident occurring.



Page 28

1    Q.  Okay.  So possibly within a day or two?

2    A.  Definitely within a day.

3    Q.  Okay.  Could it have been -- I understand your

4  point about time zones.

5    A.  Within hours, I would say --

6    Q.  Okay.

7    A.  -- of the incident ending, after the prolonged

8  definition of the incident.

9        I don't know if you're using the definition of

10  the incident as just the plane exchange or --

11    Q.  Yes.

12    A.  -- events that occurred after.

13    Q.  Yes.  So definition of incident meaning the time

14  period exclusively during the flight itself.

15    A.  Okay.

16    Q.  Okay.

17    A.  So, yes, within a day of that.

18    Q.  Okay.  What was your -- what is your

19  understanding now of what occurred on that flight from

20  Raleigh/Durham to Las Vegas on March 28, 2019?

21    A.  Can you clarify what you're asking?

22    Q.  Sure.  Well, first of all, I guess let me ask,

23  from where comes the knowledge you have regarding what

24  happened on that flight?

25    A.  So when Peter called me, he told me that



Page 29

 1   something had happened on the flight, that A.D. was

 2   separated from him, and he was very vague.  I would say

 3   a bit disoriented when he shared a bit of what had

 4   happened.

 5        I was dumbfounded and in a state of disbelief

 6   and was very, very worried about A.D.  I asked to talk

 7   to A.D.  A.D. spoke with me.

 8        MR. MARTIN:  And for -- we'll go back and redact

 9     out his name.

10        THE WITNESS:  I think we just did -- or I just

11     said his name?

12        MR. MARTIN: Yeah, it's okay.

13        THE WITNESS:  Was it me or you?

14        MR. MARTIN:  It's okay.

15        MR. MCKAY:  It's all right.

16   BY MR. MARTIN:

17     Q.  We'll -- we'll have the court reporter go back

18   later and just truncate it.

19        So from what it sounds like you're describing,

20   all the information you have regarding what happened

21   during the incident came from either Peter and/or A.D.;

22   is that correct?

23     A.  Yes.

24     Q.  Okay.  So you haven't spoken with anyone else

25   that, to your knowledge, was on the -- the flight --



Page 30

```
 1      A.  No.

 2      Q.  -- other than those two?  Okay.

 3          Did you read any -- in the time since the

 4  incident, have you read any news articles about what

 5  happened on the flight?

 6      A.  Yes.

 7      Q.  Okay.  And how did you come across those

 8  articles?

 9      A.  When they got published, I read them.

10      Q.  Was it something that you just came across, or

11  were you sent them?

12      A.  I was not sent them.  I don't believe I was sent

13  them.  I remember Peter and I were talking about that

14  the articles came out, and I don't remember if I

15  Googled them or if he sent me a link.

16      Q.  Okay.  You just mentioned that Peter was very

17  vague during that initial phone call after the

18  incident, correct?

19      A.  Peter was definitely not himself.  Peter is

20  usually a very descriptive person with me.

21      Q.  Do you recall specifically what he told you

22  about what had happened?

23      A.  I'm doing the best I can with the memory I have.

24      Q.  That's fine.  Yeah, and -- and just another

25  clarification.  I'm not expecting you to guess or
```



Page 31

1    speculate.  Just if you don't recall, that's fine, but

2    just what you happen to remember.

3        A.  I know Peter told me he was hit and that A.D.

4    was taken away from him and kept away from him for an

5    extended period of time.

6        Q.  Okay.  We'll redact that out.

7        A.  Oh, my gosh.

8            MR. MCKAY:  That's okay.

9            THE WITNESS:  I feel like I need a note right

10   here that says A.D.

11   BY MR. MARTIN:

12       Q.  So you testified that Peter told you he had been

13   struck.  Do you recall where he told you he had been

14   struck?

15       A.  To my memory, his head.

16       Q.  Okay.  And then he also told you that he and

17   A.D. had been separated --

18       A.  Yes.

19       Q.  -- correct?  Okay.

20           Do you recall anything else he -- Peter told you

21   about the incident?

22       A.  Not particularly.

23       Q.  Do you recall him telling you his perception as

24   to why the incident had occurred?

25       A.  No.



Page 32

1    Q.  Okay.  And when you spoke with A.D., do you

2    recall what he told you about the incident?

3    A.  I was in such a state of disbelief that a child

4    would be separated from their parent, and knowing Peter

5    and A.D. the way I do, the whole thing was so -- just

6    un -- unbelievable that I was just listening to what

7    A.D. was saying.  And he was just saying the facts of

8    what happened; that he got separated from his dad.  He

9    was very -- he was very flat.

10   Q.  By very flat, do you mean in his tone?

11   A.  In his affect.

12       I remember being -- saying, A.D., are you okay?

13   Like, this is -- this is absurd, right?  This is wild.

14   Are you okay?

15       And he's like, I'm going to be okay, this is

16   what happened.

17       He was very flat, very numb sounding to what

18   happened.

19   Q.  I'm sorry, what?

20   A.  Very numb sounding.

21   Q.  Numb.  Thank you.

22       As I understand -- is it also your understanding

23   that the two of them, Peter and A.D., were at the

24   beginning of a vacation when they were taking the

25   flight?



Page 33

1       A.   They were going on a hiking trip.

2       Q.   Okay.  Do you recall having interactions with

3   either of them while they were on that trip, any phone

4   calls?

5       A.   At what period in time?

6       Q.   The time that they were on the trip.

7       A.   Post-incident?

8       Q.   Correct.

9       A.   I'm sure we had interaction to whatever degree

10  they had reception and service.

11      Q.   As you sit here, do you recall any of the

12  specifics of those conversations?

13      A.   I remember very much Peter wanting to push past

14  what happened and not ruin the trip for his son, which

15  is completely and totally representative of Peter as a

16  father.

17      Q.   You anticipated my next question.

18      A.   Which was?

19      Q.   If you would find that to be representative of

20  how he is as a father.

21      A.   Peter is an incredibly committed parent.  I

22  aspire to be the kind of parent he is.

23      Q.   Do you recall when it was that you first saw

24  Peter and A.D. after they returned to North Carolina

25  from their trip?



Page 34

```
 1      A.  I don't have a precise memory of that.

 2      Q.  Do you recall anything about, not necessarily

 3   the certain time frame of when it was, but what the

 4   interaction was like?

 5      A.  I don't.

 6      Q.  Okay.  Do you recall having, at the time,

 7   perceived any type of difference, and we'll start with

 8   Peter, at that first interaction after the incident as

 9   opposed to interaction with him before the incident?

10      A.  Well, I have certainly seen changes in both

11   Peter and A.D.  I'm unable to pinpoint them to one

12   specific moment or interaction.  It was more of a

13   gradual change over the time post-incident.

14      Q.  Okay.  And what were those gradual changes that

15   you perceived post-incident?

16      A.  For whom?

17      Q.  Peter.

18      A.  To present day?

19      Q.  Yes.

20      A.  They can be classified into a few different

21   domains.  There are cognitive changes I've observed,

22   there are psychological changes I've observed, and

23   there are relational or interaction changes I've

24   observed.

25      Q.  What are the cognitive changes that you've
```



Page 35

1    observed?

2       A.   Peter is the kind of person that I would have

3    described when I met him as sharp as a tack, incredibly

4    quick, articulant -- articulate, fluent, incredibly

5    descriptive.   I think I said -- used that term earlier.

6    He could find the exact right words to describe any

7    sentiment.   A wonderful, wonderful memory.

8          If Peter told me that I had -- we had planned

9    something, I would have no doubts that I was the one

10   who forgot it if a situation like that came up.

11         And he's absolutely had changes in all of those

12   domains.   He struggles to find certain words, he

13   forgets things we've talked about, he tells me that

14   we've talked about things that I don't believe we've

15   talked about.   So there's cognitive things, for sure.

16      Q.   Okay.   And then what about the psychological

17   changes you've noticed post-incident?

18      A.   Since the time of the incident Peter has become

19   exceptionally hypervigilant.   His awareness and

20   orientation to threat is elevated in a way that's not

21   typical and it's different from how he was

22   pre-incident.   He has a defensiveness about him and a

23   fear for his son that I didn't experience with him

24   prior to the incident.

25      Q.   Do you feel that some of the --



MAGNA
LEGAL SERVICES

Page 36

1      A.   Are we pausing the third domain I named?

2      Q.   For the time being, yeah.

3      A.   Okay.

4      Q.   Do you feel that, given your -- your background

5    and your pedigree, that you're able to understand these

6    changes a little bit better or perceive them better?

7      A.   That's a tricky question, because while I have

8    knowledge and information that informs my understanding

9    of these symptoms, when you're in it, all you have is

10   what you feel.

11          My pedigree and expert knowledge goes out the

12   window when I have a partner who's struggling with word

13   finding and memory and all those issues.

14     Q.   So your perceptions came from both your romantic

15   relationship with Peter as an individual, but also from

16   your training as a psychologist; is that fair?

17     A.   Right.  Like, you know, if you're a

18   dermatologist you can't help but -- if there's skin

19   cancer in somebody's face, you're going to see it --

20     Q.   You can't --

21     A.   -- if it's there.  Right.

22     Q.   You can't unring the bell.

23     A.   Right.

24     Q.   Okay.  Before we move to that third one you

25   mentioned, any other psychological changes that you



Page 37

1   noticed that you want -- you want to mention?

2       A.   I would say that since the incident Peter has

3   had an irritability that did not characterize him prior

4   to the incident.

5       Q.   Okay.  And then going on to -- you'll have to

6   remind me what that third category was.

7       A.   I said relational.

8       Q.   Relational.

9       A.   And I think that's where the irritability comes

10  up and the challenges that are created when people

11  forget things and the issues that that yields.

12      Q.   To what parties have you noticed the relational

13  changes?

14      A.   In that moment I was speaking about my own

15  interactions with Peter.

16          Is that what you're asking me?

17      Q.   I am, yes.

18          And have you noticed relational changes with

19  Peter and any other individual or individuals?

20      A.   I think Peter is an other-oriented person who

21  wants the -- who wants to be the best he can be for

22  everybody in his life, and I don't feel like I can

23  really speak to that question.

24      Q.   Okay.  Have you ever given a statement regarding

25  the incident to anybody, besides your testimony here



Page 38

1    today?

2       A.   What do you mean by a statement?

3       Q.   To an attorney or a newspaper.

4       A.   No.

5       Q.   No?  Okay.

6            Have you spoken with anyone else about the

7    incident?

8       A.   As a therapist I believe in the value of mental

9    health care, and I have talked about the incident to

10   the degree that it affects me in the context of my own

11   mental health care.

12      Q.   Okay.  And we don't have to get into that, but

13   understood.

14      A.   The other only -- probably the only significant

15   conversation was with my mom, who was in the car when

16   Peter called the morning after the incident as we were

17   driving to the church women's retreat together, so she

18   knew something was up.

19      Q.   Was -- did you have the call on speaker or

20   just --

21      A.   I don't believe so.

22      Q.   Okay.

23      A.   Although I don't actually remember.  I don't

24   think so.

25      Q.   Okay.  Are you doing okay so far?  Do you need a



Page 39

1    break or water or anything?

2        A.   No, I'm fine.  I'd love some water, though.

3        Q.   Sure.

4        MR. MARTIN:  Why don't we go off the record for

5        just a minute or two so we can all get some water.

6        THE VIDEOGRAPHER:  Off the record at 1:59.

7        (Pause in the proceedings.)

8        THE VIDEOGRAPHER:  Back on the record at 2:01.

9    BY MR. MARTIN:

10       Q.   Shifting now, we discussed the change that you

11   perceived and noticed in Peter after the incident.  I'm

12   going to shift now to those you may have seen in A.D.

13       Would you say that you noticed similar changes

14   in each of the three buckets you described before;

15   cognitive, psychological, and relational with A.D.?

16       A.   Cognitively, there's people who can speak to

17   this better than I, but A.D., to my knowledge, has been

18   having some struggles in school recently post-incident.

19       Q.   And how were you aware of that information?

20       A.   A.D. is friends with my 13-year-old son.  They

21   talk academics and things of that nature.  I'm aware

22   that A.D. sometimes struggles to focus in school, and I

23   think that's been happening more for him.

24       A.D. has had a massive uptick in -- well, at

25   least to my knowledge, in migraines and vomiting.  So



Page 40

1    that was not anything I remembered pre-incident as

2    something occurring for A.D.

3         Within the last year A.D. very often has these

4    headaches where he throws up after and gets very sick

5    for short periods of time.

6    Q.  Would you say that those have been -- did those

7    occur prior to the incident?

8    A.  Not to my knowledge.

9    Q.  So it's something you noticed post-incident?

10   A.  It may have been occurring, but it wasn't to a

11   frequency that it ever would have come up in my

12   dialogues with Peter, and now it's like a very frequent

13   event.

14   Q.  Obviously vomiting is something external, you

15   can see, but the migraines, is it something that he

16   would tell either you or Peter?

17   A.  He'd say that he had -- had a headache and had

18   to have, like, retreat from whatever he was doing.

19   Q.  Okay.  About how often would you say that

20   occurred during the interaction you had with him?

21   A.   It's not always via my interaction with him.  It

22   would be, you know, Peter and I were trying to plan

23   something and Peter would say, we can't meet you or we

24   can't go.  A.D. is sick again.

25   Q.  So it'd be fair to say that there were some



Page 41

```
 1    times that you saw it yourself and there are other

 2    times that you heard about it from Peter?

 3         A.   Yes.

 4         Q.   Okay.  Any other cognitive changes that you

 5    noticed in A.D.?

 6         A.   No.

 7         Q.   Okay.  What about psychological changes in A.D.?

 8         A.   The main change I see is a withdrawal that has

 9    happened for him and an avoidance set of behaviors.

10         So when I first got together with Peter

11    pre-incident, A.D. was warm and outgoing and oriented

12    to doing things with the group and his friends, and

13    over the last year, post-incident, that has really

14    shifted and reduced.

15         He's much less interested in connecting with

16    people and having contact with people.  His orientation

17    towards people has radically changed.

18         Q.   And would you say that's all people?

19         A.   It's pretty significant.  There are a few safe

20    people to A.D.

21         Q.   And who would those be from what you've -- what

22    you've perceived?

23         A.   His sister Gayle and Peter are the two primary

24    safe people, and there's a sadness for me because when

25    we -- when Peter and I first started our relationship,
```



Page 42

1    I felt like I was going to be in that camp for A.D.,

2    but there's been a pretty significant shift in A.D.'s

3    willingness to connect and trust and attach.

4        Q.   Any other psychological changes in A.D.?

5        A.   Hypervigilance as well.  He's very, very tuned

6    in to how people interact with him in relation to his

7    racial identity and how people perceive him and Peter

8    in the world.  That is a massive shift.

9        Q.   You used the same term, hypervigilance, for both

10   Peter and A.D., And I'm discounting that to be the

11   case, but do you feel that to be the same type of

12   hypervigilance, or do they manifest that in different

13   forms?

14       A.   Hypervigilance is an orientation to threat that

15   occurs after a trauma has occurred.  Both of them are

16   showing signs of hypervigilance.

17       Q.   Do they manifest in different forms?

18       A.   For A.D. it appears very much associated with

19   his racial identity and the fact that his racial

20   identity is discrepant from that of his father and how

21   that is going to be experienced.

22            He has an awareness when he was out in the world

23   with Peter about how people will perceive the two of

24   them together.  He did not have that pre-incident, to

25   my knowledge.



Page 43

1    Q.  Are you aware of any other incidents that Peter

2    and A.D. were involved in which involved a component of

3    racial aspects?

4    A.  I think that any time that there's a discrepancy

5    between the racial identity or appearances of a parent

6    and child when they're discrepant, it might draw a

7    little additional attention.

8         I think historically for Peter and A.D. that

9    actually had been some positive attention.

10   Q.  Are you aware of an incident involving Peter and

11   A.D. on a flight out to Salt Lake City?

12   A.  I don't think so.

13   Q.  Okay.  Are you aware of an incident involving

14   Peter and A.D. that occurred at a movie theater in

15   Wilmington?

16   A.  I don't think so.

17   Q.  Okay.  So you have no knowledge, that you

18   remember, of -- if any or either instance --

19   A.  No, but do I have a bad memory?  It's, like,

20   nothing immediately is coming to mind with either of

21   those.

22   Q.  Okay.  That's fine.  That's fine.

23        Post-incident have you had conversations with

24   either of Peter's other two children, Amanda or Gayle,

25   about -- we'll start with the instant first.



Page 44

1     A.  Have I had conversations have Amanda or Gayle

2     about --

3     Q.  The incident.

4     A.  Not about the incident.  We've talked about

5     Peter and memory things via text.  Like, there would be

6     like a, you know, very -- I think they're -- that

7     Amanda and Gayle are daughters who care a lot about

8     their dad, and sometimes I will text them to say, how

9     are you doing, and they'll ask me the same.

10        They'll say, how's dad?  About their dad.  And

11    I'll say he's great.  Anything going on with him.

12        Very, very infrequent I might say, you know, I'm

13    a little worried about his memory.

14    Q.  Okay.

15    A.  And they might say, me, too, but this is like

16    something that's probably happened, like, once or twice

17    in the last year.  I don't have a ton of contact with

18    his daughters.

19    Q.  Okay.  So those changes that we've been working

20    through, you haven't had much opportunity to really

21    discuss those in detail with either Amanda or Gayle?

22    A.  No.

23    Q.  Do you, outside of obviously today --

24    A.  But I know that -- I'm just going to add

25    something.



Page 45

1      Q.   Mm-hmm.

2      A.   I know that Gayle is very, very tuned in to

3   what's going on with A.D. because she spends a good

4   amount of time with him and he -- and she's one of his

5   safe people.

6      Q.   Okay.  Let's talk about A.D. and that third

7   bucket, which was relational; is that correct?

8      A.   Mm-hmm.

9      Q.   Have you noticed any relational changes in A.D.?

10     A.   Back to the -- can I -- the psychological and

11  relational certainly all connect back to that.  So I

12  spoke about the hypervigilance.

13          I also think that there is a fair amount of

14  avoidance -- of avoidance behavior for A.D., and that

15  connects with the relational piece.  There's less of an

16  interest in spending time with friends.

17          Well, there's my photo.  Do you want me to pause

18  while you look at that?

19     Q.   No, I'm listening.

20     A.   Okay.  There's less of an interest in spending

21  time with friends, there's less of an interest in

22  connecting with others, and I also think that there is

23  a bit of numbing that is going on for A.D. where he is

24  putting a bubble wrap layer around himself as he

25  interacts with the world and realizing that the world



Page 46

1    is a place that can hurt you and it is better to

2    insulate.

3        Q.  And those are based on --

4        A.  Spending lots of time with A.D. and seeing A.D.

5    being invited to, do you want to go here, do you want

6    to go there, and A.D. saying, no, let's just stay home.

7        Q.  Just a quick reminder to let me finish my

8    question.

9        A.  I apologize.

10       Q.  It's okay.  It happens all the time.

11           I was just going to say, so that's based on

12   things that you've actually perceived yourself?

13       A.  Yes.

14       Q.  Besides those changes that you've outlined for

15   Peter, we'll start with, are there any other changes

16   that maybe aren't as easily categorized as those that

17   you've just discussed with Peter?

18       A.  The withdrawal and avoidance also, I would say,

19   extends to my children, too.  Pre-incident, A.D. had

20   shown an orientation towards really connecting with my

21   children in a very warm way, and more recently, in the

22   last year post-incident, just feels like there's walls

23   up.

24       Q.  Have you noticed a similar avoidance between

25   Peter and your children, or has that relationship



Page 47

1  stayed roughly consistent?

2      A.  Peter has certainly gotten to know my children

3  better over the course of the time period we've been in

4  the relationship.  Peter has not pulled back from them.

5      Q.  Okay.  So you haven't perceived any differences

6  in how Peter and your children get along as a result of

7  the incident?

8      A.  As I said, Peter is an other-oriented person and

9  he's also a push-through person.  He tries to get past

10  everything that life throws at him, and so Peter will

11  put every ounce of his energy into not letting events

12  reduce how he treats people or get in the way.  I

13  shouldn't say reduce.  Get in the way of how he treats

14  people.

15      Q.  So you would not have perceived a similar

16  avoidance between Peter and your family as you did with

17  A.D. and your family; is that a fair statement?

18          MR. MCKAY:  Objection to the form.

19  BY MR. MARTIN:

20      Q.  You can still answer.

21      A.  State it again, please.

22      Q.  Sure.  So based on your testimony, would it be

23  fair to say that you have not noticed a similar

24  avoidance between Peter and your family as you have

25  with A.D. and your family?



Page 48

 1    A.   That's interesting the way you asked me that.

 2         So, not in the nature of it, but what has

 3    emerged is a focus within Peter on protecting his son

 4    in a way that's more pronounced than it was at the

 5    beginning.

 6         So if we're trying to make plans and there might

 7    be something that's not ideal for A.D.-- for his son,

 8    A.D., we may not make those plans.

 9    Q.   Okay.  Have you -- shifting now to Peter's

10    relationship with A.D. exclusively, what other changes,

11    if any, have you noticed in that relationship as a

12    result of the incident post-incident?

13    A.   Oh, wow.  There's a bit there.  That's why I

14    said oh, wow.  Quietly I said oh, wow.

15    Q.   They still caught it.

16    A.   Great.  There is a very clear fear within A.D.

17    of being separated from Peter.

18    Q.   Any other perceptions?

19    A.   To a degree of lacking other people that are

20    there to support and care for A.D.

21         It's, I have to be by my dad, I have to not be

22    separated from my dad.  There's a profound sense of

23    fear of being separated from his dad.

24         This manifests in -- one might call it

25    clinginess if they hadn't known what had happened.  One



Page 49

1   would make a different interpretation if they knew that

2   there had been a trauma experienced.

3       Q.  Do you recall any instances when you have been

4   in a social situation where Gayle and A.D. have been

5   present, but Peter has not?

6       A.  I don't think I've been in a social situation

7   with Gayle and A.D. without Peter.

8       Q.  Okay.  Earlier you testified that you believed

9   Gayle and Peter to be A.D.'s safe people, and so you

10  wouldn't be able to say or testify to any instances

11  where the two of them were together --

12      A.  I've been at --

13      Q.  -- and Peter wasn't there?

14      A.  I've been at family dinners where Peter is in

15  the kitchen cooking and Gayle and A.D. and I are

16  sitting at a table and Gayle and A.D. are interacting.

17      Q.  Okay.  Do you, in situations where maybe Peter

18  is out of the room, do you find A.D. having that same

19  level of clinginess with Gayle when Peter is not

20  around?

21      A.  If Peter is unavailable, Gayle is A.D.'s safety

22  person.

23      Q.  And so do you see him exhibit the same

24  tendencies to want to be clingy to her if Peter is not

25  available in the immediate moment?



Page 50

```
 1      A.  He has more security if Peter is in the physical

 2   space.  I can't speak to a situation where Peter wasn't

 3   in the physical space.

 4      Q.  Okay.  Fair enough.

 5          Any other perceptions in the difference in Peter

 6   and A.D.'s relationship after the incident?

 7      A.  Not at this time.

 8      Q.  Do you feel that this incident has made the two

 9   of them closer?

10          MR. MCKAY:  Objection to the form.

11   BY MR. MARTIN:

12      Q.  You can answer.

13      A.  I'm -- I'm making a smile.  The video can see

14   this, because there is a concept called post-traumatic

15   growth that can happen for people in the face of

16   trauma, but the question almost feels insulting to me

17   to the degree that it feels like it's suggesting that

18   there's a silver lining to what happened.

19      Q.  So --

20      A.  So that's bothering me.

21      Q.  Sure.  So and to be clear, my -- my question

22   wasn't meaning to trick, and you know the terminology a

23   lot better than I do.

24          So I guess, you know, maybe I'll -- in the terms

25   that you are more familiar and comfortable with, I'm
```



Page 51

1    just trying to get a sense of the differences that you

2    perceive in Peter and A.D.'s relationship after the

3    incident?

4         MR. MCKAY:  I'm sorry, are you trying to suggest

5         that Frontier did them a favor?

6         MR. MARTIN:  I don't think that was my

7         insinuation at all.  I'm just asking for her to

8         describe her perceptions of the relationship between

9         Peter and A.D. after the incident as to opposed to

10        before the incident.

11        THE WITNESS:  I think there's a traumatized

12        child that is fearfully clinging to his parent to

13        mitigate future and further loss.

14   BY MR. MARTIN:

15        Q.  Have you ever been with Peter and A.D. in a

16   situation when they have been the subject of an

17   incident that involves race?

18        A.  There was an instance when we went to a museum

19   together and I asked for a number of tickets.  My white

20   children were present, and they got the number one

21   ticket short and were unclear if A.D. was with us, even

22   though he clearly was.

23        I merely corrected the number and got the right

24   number of tickets.  That is the only incident that's

25   coming to my mind.



Page 52

 1     Q.  Okay.  Do you plan on testifying at trial if
 2  this matter goes to that conclusion?
 3     A.  I wasn't planning on this matter existing, so I
 4  didn't expect to be here in this moment.  I don't know
 5  what the future holds for me.
 6     Q.  Okay.
 7         MR. MARTIN:  Are you going to have questions,
 8     John?
 9         MR. MCKAY:  Yeah, I may have a few.
10         MR. MARTIN:  Why don't you go ahead, John.
11         MR. MCKAY:  Okay.
12                      CROSS-EXAMINATION
13  BY MR. MCKAY:
14     Q.  Alexis, as you know, I represent Peter and A.D.
15  in this, and I just have a couple of questions
16  following up on -- on what you have already testified
17  to in response to Mr. Martin's questions.
18         You mentioned something, and I think I -- I
19  wrote down flat affect.  Does that -- is that a term
20  that means something to you?
21     A.  It does.  It means that when someone is
22  speaking, that instead of having the expected changes
23  in -- in -- in voice and tone and feelings behind
24  words, that it's all just very flat like that.
25     Q.  Is that an indication that the person is -- is


MAGNA
LEGAL SERVICES

Page 53

1    unaffected by an event?

2        A.   Absolutely not.

3        Q.   And how so?

4        A.   That can actually be a response to trauma, when

5    something has occurred that is so emotionally

6    exhausting and demanding that the person can only speak

7    the words in a flat way; that they don't even have the

8    energy or resource to put the feeling that obviously

9    matches the words.

10       Q.   And is that also what you've described as sort

11   of a numbness?

12       A.   Yes.

13       Q.   Okay.  Have you seen that elsewhere in your

14   experiences in life?  Have you seen other situations

15   where -- where this has occurred in people?

16       A.   Yes.  During my clinical internship here at the

17   Durham VA, I was trained in the treatment of

18   post-traumatic stress disorder.

19       Q.   Would that be involving soldiers?

20       A.   Yes, military personnel.

21       Q.   Okay.  And -- and they also experienced this

22   numbness or flat affect?

23       A.   Numbness is part of the PTSD experience, and

24   flat affect may be observed among people who have PTSD.

25       Q.   What did you mean when you responded to



Page 54

1    Mr. Martin's questions about changes in Peter when you

2    said that he had an exceptionally hypervigilant

3    orientation towards threat?

4          What -- what does that mean, if you can say it

5    in a different way?

6    A.   So in the last year when we are out in the

7    world, Peter is always scanning the environment.  He's

8    noted  -- he has an orientation to noticing who's

9    around him, what they're doing, how he, we, our group,

10   whatever constituency we are with, might be perceived

11   and how people might interact with us.

12   Q.   And is it correct that these are things that you

13   had not noticed in him prior to the incidents on the

14   airplane?

15   A.   I would never have described Peter as

16   hypervigilant prior to the incidents.

17   Q.   If I represent to you that some of the events

18   that Mr. Martin alluded to, such as an incident at a

19   movie theater and an incident on another flight, had

20   happened during the time that we've described as

21   pre-incident when you were around Peter and A.D., then

22   would you conclude that those had not created any kind

23   of hypervigilance in Peter?

24   A.   Was Peter assaulted in those incidents?

25   Q.   No.



Page 55

1     A.  Was Peter separated from his child for a long

2  period?

3     Q.  No.

4     A.  I don't think that would cause him to have

5  hypervigilance.  Maybe an awareness, but not

6  hypervigilance.

7     Q.  I see.  Okay.  So the hypervigilance is

8  connected with the -- the assault and the being

9  separated from A.D.?

10    A.  To my thinking.

11    Q.  Okay.  The irritability that you've noticed,

12  what characterizes that?

13    A.  Peter was profoundly patient pre-incident, and I

14  feel like there's a loss of that patience and a

15  shortness, and this connects to the hypervigilance,

16  too.

17        Almost a sense that, like, I'm not -- this is a

18  relational piece now, but like that I'm not on his

19  team.  Like I'm not, like, for him.  Like that I'm --

20  I'm -- I'm not -- I don't have his best interests at

21  heart.

22        I have always had his interest.  I love this

23  person.  I -- I care about him.  I want the best for

24  him in his life, and sometimes I -- I feel like if I --

25  I say I can't make it to something or I'm not able to



Page 56

1   talk, like it's perceived as like a rejection versus

2   just a, hey, I can't talk.  You know, like there's

3   this -- this feels really personal, actually, to be

4   talking about it; it's kid of hard.

5        There's a sensitivity and like a defensiveness

6   there that wasn't there initially.

7   Q.  Okay.  And that was going to be my next

8   question.  So prior to the incident you hadn't noticed

9   any kind of reactivity such as this?

10  A.  Not at all.

11  Q.  Okay.  But now there's a feeling like it's --

12  it's almost like -- well, irritability; like a -- like

13  a sunburn on a personality --

14  A.  Right.

15  Q.  -- in a sense?

16  A.  Right.

17  Q.  Okay.  And -- and has that continued since the

18  incident on a fairly regular basis?

19  A.  I would -- I would say that it -- it has.

20  We've -- we've actually been talking about it more

21  recently and -- and trying to be really gentle with

22  each other so that it doesn't get in the way of our

23  relationship continuing, because I would like our

24  relationship to continue.

25  Q.  Okay.  So it's -- it's something that you're --



Page 57

1   you're both able to talk about, but -- but you haven't

2   been able to -- to make it go away?

3       A.   Yes.

4       Q.   You have not been able to?

5       A.   We have not been able to make it go away.

6       Q.   All right.  That's all I have.  Thank you.

7                      REDIRECT EXAMINATION

8   BY MR. MARTIN:

9       Q.   A couple follow-up questions for you, ma'am.

10          In any of your training with PTSD, did any of

11  that involve situations with minors?

12      A.   You mean the people I was treating?

13      Q.   Correct.

14      A.   No, the VA is a facility for adults.

15      Q.   Okay.

16      A.   I don't know if they -- I don't have an

17  awareness that they treat children at the VA.

18      Q.   In -- in all of your professional training,

19  you've never had -- or have you ever had training

20  involving minors and PTSD?

21      A.   Part of the training I received at Duke, you

22  work in a variety of treatment clinics.  I did work in

23  a family studies clinic for a time period, and in that

24  clinic, which was not exclusively focused on PTSD, it

25  was a clinic that worked with families, if there was a



Page 58

1   family member who was struggling with something.  It

2   certainly could have been trauma.  I worked with family

3   units, which often involved minors.

4        Q.  Okay.

5        A.  I also worked in an ADHD clinic for a while,

6   which involved minors, and I can't remember if any of

7   our other treatment clinics included minors, but my

8   work was really focused.

9            I am an adult therapist and not representing

10  myself as anything else.

11       Q.  Right.  And you testified earlier that your

12  practice revolves around adult psychology?

13       A.  Yes.  And I'm also not here as a therapist.  I'm

14  here as Alexis speaking.

15       Q.  Right.  No, I -- I certainly understand that.

16           Do you and Peter, post-incident, do you still go

17  kayaking?

18       A.  We have not been kayaking for a while.

19       Q.  Do you still go for walks?

20       A.  We still do some walks, yeah.

21       Q.  Would you say that frequency has increased or

22  decreased after the incident?

23       A.  I -- I don't think it's a meaningful answer if I

24  say it's decreased because my workload has been really

25  high lately, so I -- my time has been a little short.



Page 59

1    Q.  Okay.  That's fair.

2        Do you still try to have lunch with the same

3    frequency as you did before?

4    A.  Yes, we spend a lot of time together.

5    Q.  Okay.  And I understand that could mean just

6    from the relationship having continued to progress as a

7    result of time as you testified earlier.  Would you say

8    that's fair?

9    A.  Yeah.

10       Why we're spending more time together?

11   Q.  Correct.

12   A.  Yes, as part the natural progression of our

13   relationship.

14   Q.  Right.  And just to clarify, you were not

15   present for the incident, whenever that may have been,

16   at the movie theater, correct?

17   A.  The thing you talked about before and you said

18   something in Wilmington?

19   Q.  And the one that John just mentioned, correct.

20   A.  What did you just mention?

21       MR. MCKAY:  I was also just talking about things

22       that I think you testified you didn't know anything

23       about.  So obviously if you don't know anything about

24       it, you weren't there, I think is what he's --

25       THE WITNESS:  Correct.



Page 60

1          MR. MCKAY:  -- getting to.

2    BY MR. MARTIN:

3      Q.  Okay.  Post-incident, has your family gone on

4    any type of vacations together with Peter and any

5    member of his family?

6      A.  Yes.

7      Q.  Where was that?

8      A.  We went -- there have been a few trips.  We

9    went -- most recent, we went to Philadelphia for a

10   hockey thing for A.D., a nd my 13-year-old went, I

11   went, Peter, and A.D.

12     Q.  Any other trips since the incident?

13     A.  Oh, goodness.  So that was late in March.

14     Q.  Late March of?

15     A.  2019.

16     Q.  Wait.

17     A.  Incident --

18          MR. MCKAY:  The incident was late March 2018 --

19     2019.

20          THE WITNESS:  Yeah.

21   BY MR. MARTIN:

22     Q.  What about --

23     A.  I'm sorry, I'm narrating out loud.

24     Q.  That's okay.

25     A.  I'm trying to think of my vacation destination



Page 61

1    since March 28, 2019.

2        Q.  Okay.  Yeah.

3        A.  So I'm going to do that in my head now.

4        Q.  Okay.  I just don't want an inconsistent

5    timeline.

6        A.  Right.  Peter and I have had a number of small

7    trips, just the two of us, like a weekend thing here or

8    there.  Oh, gosh.

9            Dollywood.  When was Dollywood?  Dollywood was

10   before.

11       Q.  Okay.

12       A.  Man, I wish I could scroll through my photos and

13   see.

14           Oh, New Hampshire.  We went to New Hampshire

15   this past summer.

16       Q.  And was that just the two of you, or with --

17       A.  No, that was families.  By family, I mean Peter

18   and A.D., not his two daughters.

19       Q.  All right.  Five kids total on the trip?

20       A.  Yes, and then my mom and her husband.

21       Q.  And what did you do while you were in New

22   Hampshire?

23       A.  We swam in a lake a lot.

24       Q.  Do you recall approximately when that was?

25       A.  August.



Page 62

1    Q.   Okay.  So the kids were out of school?

2    A.   Correct.

3    Q.   Okay.  And about how long would you have been in

4    New Hampshire?

5    A.   About a week.

6    Q.   Any other trips involving the family since that

7    time?

8    A.   I feel sad and embarrassed that I'm not

9    remembering them, if they did occur.

10   Q.   No, it's fine.

11        Do you have any trips planned out in the future

12   involving the family?

13   A.   We have a trip in a few weeks.

14   Q.   Where is that to?

15   A.   Florida.

16   Q.   Is that, again, the families?

17   A.   We will be driving.

18   Q.   Good luck.

19   A.   Thank you.  I don't think I would want to

20   experience air travel with Peter and A.D. for how

21   traumatic it might be, although maybe being there just

22   to be supportive would be good.

23        MR. MARTIN:  Go ahead.

24                    RECROSS-EXAMINATION

25   BY MR. MCKAY:



Page 63

1    Q.  May I just clarify?  I think we got a little bit

2  off track on the Philadelphia trip for A.D.'s hockey

3  event.

4    A.  Yeah.

5    Q.  Do you recall approximately when that was?

6    A.  That was recent.

7    Q.  Recently?

8    A.  Yeah, within the last --

9    Q.  Okay.

10   A.  -- few weeks.

11   Q.  Okay.  That's --

12   A.  Sorry.

13   Q.  -- fine.

14   A.  I wasn't clear.

15   Q.  And in the -- there have been a couple of points

16 where you've mentioned that something has happened with

17 Peter and A.D., but not with Peter's daughters.

18       Peter's daughters are adults, right?

19   A.  Twenty-five and twenty-nine.

20   Q.  Okay.  So --

21   A.  I would call that adults.

22   Q.  Right.  So it wouldn't be likely that they would

23 be traveling with a bunch of teenagers?

24   A.  Right.

25   Q.  Okay.



Page 64

1      A.  Or a six-year-old, eight-year-old, and a

2      ten-year-old.

3      Q.  Right.

4          MR. MCKAY:  Did you want to -- do you want me to

5      discuss reading and signing?

6          MR. MARTIN:  Sure, go ahead.

7          MR. MCKAY:  Okay.  So the procedure -- this is

8      just a procedural point now.

9          THE WITNESS:  Okay.

10         MR. MCKAY:  The court reporter is going to

11     transcribe everything.  She does everything in -- in

12     some sort of magical way and she's going to turn that

13     into a transcript of words and you have the right to

14     proofread it.

15         Every once in a while you'll be saying some word

16     that means something to you and somebody will hear it

17     as a different word and so, you know, things like

18     that can occur where -- where you're looking at the

19     transcript and saying, oh, no, that's not what I

20     said.  I said this.  So you have an opportunity to

21     change that and to make it -- to make a note that

22     this is what you were saying.

23         There's also the ability, for instance, if you

24     remember some historical fact differently after you

25     check your calendar, you would have a chance to say I



Page 65

1      looked at my calendar and that was actually in

2      September rather than August --

3          THE WITNESS:  Okay.

4          MR. MCKAY:  -- whatever you want to do.

5          THE WITNESS:  Okay.

6          MR. MCKAY:  So you have that right, or you can

7      waive it, in which case the transcript becomes what

8      it is and we all just have to live with it the way it

9      is.

10         THE WITNESS:  Okay.

11         MR. MCKAY:  So if you choose to read and sign,

12     then the reporter will make arrangements with you to

13     look at the raw copy of the transcript and make

14     changes.

15         Would you like to do that?

16         THE WITNESS:  Sure.

17         MR. MCKAY:  Okay.  Great.  That's all we have.

18     Thank you.

19         MR. DELVECCHIA:  Can we step outside for one

20     moment?

21         MR. MCKAY:  Would it involve more questioning?

22         MR. DELVECCHIA: It might.

23         MR. MCKAY:  Okay.  So let's take a break, then.

24         THE VIDEOGRAPHER: Let's go off the record.

25         MR. MARTIN:  Do you mind?



Page 66

1          MR. MCKAY:  No, I don't mind at all.  I'm sorry.

2          THE VIDEOGRAPHER:  Off the record at 2:36.

3          (Short recess taken.)

4          THE VIDEOGRAPHER:  Back on the record at 2:40.

5                    RECROSS EXAMINATION

6    BY MR. MCKAY:

7      Q.  Alexis, I apologize.  Since we have you here, I

8    did want to ask you a few more questions.

9      A.  Okay.

10     Q.  You mentioned in your testimony about things

11   that you've noticed that were changes in Peter from a

12   psychological or cognitive or relational standpoint.

13          Were there any things of a physical standpoint?

14   Any type of symptoms of pain or disruptions in

15   patterns, anything like that that you noticed?

16     A.  Yes.  And I didn't mention that.  You're right.

17          Headaches.  Headache and sleep disturbance.

18     Q.  Okay.  Can you tell me what you observed about

19   headaches?

20     A.  Peter gets headaches very often.  They seem to

21   be pretty severe when he gets them.

22          He can't handle the radio on a volume that I

23   think is absurdly low, is upsetting to him.  Music that

24   is too kind of high energy and too much of a driving

25   beat is disruptive towards him.  Music when he's



Page 67

1    driving seems particularly problematic, actually.

2       Q.  Okay.  And are all these things that have

3    occurred since the flight?

4       A.  Yes.  I mean, we used to actually enjoy

5    listening to music quite a bit, and in road trips in

6    the last year it's, you know, turn the radio down,

7    don't have that on, that's way too loud.  So that is

8    definitely a change.

9       Q.  Okay.  And a change that you've noticed since

10   the Frontier flight?

11      A.  Yes.

12      Q.  Okay.  And you also mentioned sleep

13   disturbances.  Can you elucidate what you mean by that?

14      A.  In the last year I have noticed that Peter has a

15   very hard time staying asleep.  He rarely sleeps

16   through the night on the nights that I'm in that

17   setting with him.

18      Q.  And is that something that you ever noticed

19   prior to the Frontier flight?

20      A.  No.

21      Q.  Okay.  And is it something that occurs just once

22   during the night, or is it something that's repeated

23   during one night?

24      A.  I'm not fully aware if he wakes up repeatedly

25   during the night, but I do know that he will wake --



Page 68

 1    after going to bed at 11:00 p.m., we'll wake at 3:00

 2    and then be up for the day, unable to get back to

 3    sleep.

 4        Q.  I see.  And does that affect him in any other

 5    ways that you've noticed?

 6        A.  The sleep piece?

 7        Q.  Yes.

 8        A.  Oh, my goodness.  Like if -- it's tricky,

 9    because I don't know if you're asking me about him or

10    the research.

11            The research shows that reduced sleep is

12    disastrous for one's health.  I mean, in terms of life

13    expectancy, in terms of the ability to focus and

14    function during a day.  So any compromised sleep is

15    a -- is a major problem.

16        Q.  Specifically to Peter have you noticed it

17    affecting his day, his ability to organize, anything

18    along those lines?

19        A.  I don't know if his -- the difficulties that you

20    mentioned, the ability to organize, things of that

21    nature are things that I've observed.  I don't know if

22    those things are due to sleep disturbance or if they're

23    due to being struck in the head.

24        Q.  Okay.  Now, it's something that you've mentioned

25    that you're here testifying as Alexis and not here



Page 69

1    testifying as, you know, as in your professional

2    capacity, but I wanted to ask you, have you and Peter

3    had any conversations about what he should say in the

4    lawsuit or how he should structure anything in response

5    to any procedural questions in the lawsuit?

6         Have you been involved in the lawsuit at all to

7    any degree?

8     A.  Peter has very much tried to keep me out of

9    everything.

10        As I said earlier, Peter is an other-oriented

11   person.  Peter is also a very ethically oriented

12   person, and I think because of that -- I mean, he --

13   he's very aware of the ethical situation with me being

14   a psychologist and in what capacity.  You know, not

15   putting me in any kind of compromised position.

16    Q.  And I can tell that ethics are important to you

17   as well.  So there would be no way that anybody could

18   say that you're acting as a coach or an advisor to

19   Peter in this litigation, is there?

20    A.  That actually feels laughable.  I would say

21   absolutely not.

22    Q.  Absolutely not.  All right.  That's all I have.

23                  FURTHER REDIRECT EXAMINATION

24   BY MR. MCKAY:

25    Q.  A couple quick follow-ups, and this is just



Page 70

 1    based on some prior testimony that's been given.

 2         I understand that you may have provided some --

 3    I'm not talking about you acting as a professional, but

 4    just maybe from knowing people.

 5         I understand you may have referred Peter for a

 6    potential consultation with psychologists; is that

 7    accurate?

 8    A.   So I'm not here as a psychologist.  I'm not

 9    going to make a formal statement on whether A.D. has

10    PTSD or not.  That's for his psychologist to do so.

11    Q.   And I'm not talking about A.D.  I'm just talking

12    about Peter.

13    A.   I, at one time, did try to get names of

14    prolonged-exposure therapists.  My memory is that was

15    for A.D., though, because that is the treatment of

16    choice for PTSD.  It's one of the treatments of choice

17    for PTSD.

18         In terms of Peter, he needed a neuropsych

19    work-up, and neuropsych providers are few and far

20    between.  It's not as common as therapists.  I tried to

21    think through if I knew any neuropsych providers that

22    he could have contact with.  I certainly wouldn't have

23    had contact because that would have been a problem.

24    Q.   And I'm not suggesting -- there was not

25    testimony that you contacted these people, just more



Page 71

1   providing names of people.  It sounds like you maybe

2   looked for a neuropsychologist's name and that was

3   it --

4      A.  I know that I'm aware that he went for a

5   neuropsych work-up, and I don't have any -- I -- that

6   was not a name I provided Peter.

7      Q.  Okay.  That's fine.  I just wanted to clarify.

8         MR. MCKAY:  Okay.  We're all done.  And the

9   court reporter will make arrangements with you off

10   the record to get in touch with you about the

11   transcript thing we talked about.

12         THE WITNESS:  Okay.

13         MR. MARTIN:  Thank you very much for coming in.

14         MR. MCKAY:  Thank you, ma'am.  We appreciate

15   your time.

16         THE WITNESS:  Okay.  Thanks.

17         THE VIDEOGRAPHER:  This concludes this

18   deposition.  The time is 2:47.

19         (Whereupon, at 2:47 p.m. the deposition was

20   concluded).

21                  Signature Reserved.

22

23

24

25



Page 72

```
 1           C E R T I F I C A T E   O F   O A T H.

 2    STATE OF NORTH CAROLINA )

 3    COUNTY OF ALAMANCE      )

 4    I, the undersigned authority and Notary Public,

 5    certify that ALEXIS FRANZESE personally appeared before

 6    me and was duly sworn on March 2, 2020.

 7    Sworn to before me this 2nd day of March, 2020.

 8

 9    _____

10    Joan Comparato, Court Reporter

11    Notary Public - State of North Carolina

12    My Commission No. 2016203000002

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 73

```
  1                   REPORTER'S CERTIFICATE

  2      I, JOAN COMPARATO, and Notary Public in and for the

  3  State of North Carolina at Large, do hereby certify

  4  that I was authorized to and did report said deposition

  5  of ALEXIS FRANZESE in stenotype; and that the foregoing

  6  pages are a true and correct transcription of my

  7  shorthand notes of said deposition.

  8  I further certify that said deposition was taken at the

  9  time and place hereinabove set forth and that the

 10  taking of said deposition was commenced and completed

 11  as hereinabove set out.

 12          I further certify that I am not an attorney or

 13  counsel of any of the parties, nor am I a relative or

 14  employee of any attorney or counsel of party connected

 15  with the action, nor am I financially interested in the

 16  action.

 17          The foregoing certification of this transcript

 18  does not apply to any reproduction of the same by any

 19  means unless under the direct control and/or direction

 20  of the certifying reporter.

 21          DATED this 4th day of March, 2020

 22  _____

 23                   JOAN COMPARATO

 24

 25
```



**A**

**ability** 64:23
68:13,17,20
**able** 8:7 13:18
36:5 49:10
55:25 57:1,2,4
57:5
**absence** 24:17
**absolutely** 15:1
35:11 53:2
69:21,22
**absurd** 32:13
**absurdly** 66:23
**academic** 11:15
**academics** 39:21
**accepting** 25:25
**accurate** 26:7,10
70:7
**achieve** 16:25
**acting** 69:18 70:3
**action** 73:15,16
**actively** 14:12
**activities** 11:3
22:11 23:3
**add** 44:24
**addition** 6:14,19
23:11
**additional** 43:7
**address** 8:13,21
**adequate** 17:6
**ADHD** 58:5
**Adler** 2:7 4:13
**administrative**
11:18,22
**adult** 58:9,12
**adults** 14:18,20
57:14 63:18,21
**advisor** 69:18
**Affairs** 15:13
**affect** 32:11
52:19 53:22,24
68:4
**afternoon** 5:22
27:22
**age** 9:1,1,1,2

**ages** 8:25
**ago** 13:22
**agreement** 5:11
**ahead** 52:10
62:23 64:6
**air** 62:20
**Airlines** 1:7 4:6
5:23
**airplane** 54:14
**ALAMANCE**
72:3
**Alexis** 1:14 3:3
4:4 5:8,10,17
52:14 58:14
66:7 68:25 72:5
73:5
**allows** 16:21
**alluded** 54:18
**Amanda** 23:18
43:24 44:1,7,21
**amount** 22:25
45:4,13
**Anderson** 4:12
**and/or** 29:21
73:19
**answer** 6:23 7:4
47:20 50:12
58:23
**answers** 6:12,15
**anticipate** 8:18
**anticipated** 33:17
**anybody** 37:25
69:17
**apologize** 46:9
66:7
**appearances** 2:1
43:5
**appeared** 72:5
**appears** 42:18
**applicable** 5:15
**apply** 73:18
**appreciate** 8:10
71:14
**approximately**
8:18 17:15
18:25 20:21

61:24 63:5
**area** 9:8
**arrangements**
65:12 71:9
**articles** 30:4,8,14
**articulant** 35:4
**articulate** 35:4
**asked** 19:3 29:6
48:1 51:19
**asking** 13:10
18:4 25:16
28:21 37:16
51:7 68:9
**asleep** 67:15
**aspects** 43:3
**aspire** 33:22
**assault** 55:8
**assaulted** 54:24
**assistant** 10:22
**associate** 10:6,21
10:23 11:3
**associated** 42:18
**assume** 6:24
**athletics** 26:5
**attach** 42:3
**attention** 43:7,9
**attorney** 38:3
73:12,14
**attractive** 25:22
**August** 19:6 20:1
20:7,21 22:19
61:25 65:2
**authority** 72:4
**authorized** 73:4
**available** 49:25
**Avenue** 2:3,3
**avoidance** 41:9
45:14,14 46:18
46:24 47:16,24
**awards** 11:13
**aware** 7:14 39:19
39:21 43:1,10
43:13 67:24
69:13 71:4
**awareness** 35:19
42:22 55:5

57:17
**A.D** 1:4 4:5,20
8:2,4,6,10
18:14 23:11,23
24:5,12 26:4,20
29:1,6,7,7,21
31:3,10,17 32:1
32:5,7,12,23
33:24 34:11
39:12,15,17,20
39:22,24 40:2,3
40:24 41:5,7,11
41:20 42:1,2,4
42:10,18 43:2,8
43:11,14 45:3,6
45:9,14,23 46:4
46:4,6,19 47:17
47:25 48:7,8,10
48:16,20 49:4,7
49:9,15,16,18
49:21 50:6 51:2
51:9,15,21
52:14 54:21
55:9 60:10,11
61:18 62:20
63:2,17 70:9,11
70:15
**a.m** 17:12

**B**

**back** 7:22 27:20
29:8,17 39:8
45:10,11 47:4
66:4 68:2
**background** 36:4
**bad** 43:19
**based** 11:12 46:3
46:11 47:22
70:1
**basis** 20:18 56:18
**beat** 66:25
**becoming** 11:19
18:17
**bed** 68:1
**began** 18:21 20:1
**beginning** 22:22

32:24 48:5
**begins** 4:3
**Behalf** 2:2,6
**behavior** 45:14
**behaviors** 41:9
**believe** 15:22
22:21 25:13
30:12 35:14
38:8,21
**believed** 49:8
**bell** 36:22
**benefit** 6:9
**best** 6:11 15:23
30:23 37:21
55:20,23
**betraying** 10:16
**better** 36:6,6
39:17 46:1 47:3
50:23
**beyond** 21:19
**birth** 7:7
**bit** 6:4 29:3,3
36:6 45:23
48:13 63:1 67:5
**Board** 14:8,9
**book** 12:5
**bothering** 50:20
**break** 7:1,5 39:1
65:23
**briefly** 11:2
**bubble** 45:24
**bucket** 45:7
**buckets** 39:14
**bunch** 63:23

**C**

**C** 72:1,1
**calendar** 64:25
65:1
**call** 27:6,15 30:17
38:19 48:24
63:21
**called** 28:25
38:16 50:14
**calls** 33:4
**camp** 42:1



cancer 36:19
capacity 14:24
   25:17 69:2,14
car 27:14 38:15
care 38:9,11 44:7
   48:20 55:23
Carl 2:16 4:14
Carolina 1:20
   4:12 8:15 9:9
   10:14 14:3,7,9
   26:22 33:24
   72:2,11 73:3
case 1:3 16:24
   42:11 65:7
categorized
   46:16
category 37:6
caught 48:15
cause 55:4
Center 15:14
certain 10:7 11:9
   14:14 21:2,3,15
   22:2 34:3 35:12
certainly 22:13
   34:10 45:11
   47:2 58:2,15
   70:22
CERTIFICATE
   73:1
certification
   73:17
certifications
   16:13 17:5
certify 72:5 73:3
   73:8,12
certifying 73:20
chair 11:19
challenges 37:10
chance 64:25
change 34:13
   39:10 41:8
   64:21 67:8,9
changed 41:17
changes 34:10,14
   34:21,22,23,25
   35:11,17 36:6

36:25 37:13,18
   39:13 41:4,7
   42:4 44:19 45:9
   46:14,15 48:10
   52:22 54:1
   65:14 66:11
Chapman 8:14
characterize
   25:20 37:3
characterizes
   55:12
check 12:25
   27:20 64:25
Chicago 2:8
child 32:3 43:6
   51:12 55:1
children 8:22
   9:22 12:6 14:19
   17:17 18:14
   22:12 23:1,4,8
   23:12,15,23,25
   24:1,2,5,6,15
   43:24 46:19,21
   46:25 47:2,6
   51:20 57:17
choice 70:16,16
choose 65:11
church 27:14,18
   27:19 38:17
City 43:11
Civil 5:14
clarification
   19:14 30:25
clarify 12:18
   28:21 59:14
   63:1 71:7
Clark 2:8
classes 11:9
classified 34:20
clean 8:7
clear 13:10 48:16
   50:21 63:14
clearly 51:22
clinginess 48:25
   49:19
clinging 51:12

clingy 49:24
clinic 57:23,24,25
   58:5
clinical 15:12
   53:16
clinics 57:22 58:7
close 24:10
closer 50:9
coach 69:18
cognitive 34:21
   34:25 35:15
   39:15 41:4
   66:12
Cognitively
   39:16
College 16:7
come 30:7 40:11
comes 28:23 37:9
comfortable
   25:11 50:25
coming 43:20
   51:25 71:13
commenced
   73:10
Commission
   72:12
commitments
   11:13
committed 33:21
common 70:20
Comparato 1:20
   4:15 72:10 73:2
   73:23
complete 16:25
completed 15:12
   73:10
completely 15:3
   33:15
component 43:2
compromised
   68:14 69:15
concentrating
   10:24
concept 50:14
concerns 14:17
conclude 54:22

concluded 71:20
concludes 71:17
conclusion 52:2
concur 26:6
conduct 11:7
conducted 5:13
conducting 11:23
confuse 6:22
Congratulations
   11:20
connect 42:3
   45:11
connected 55:8
   73:14
connecting 41:15
   45:22 46:20
connects 45:15
   55:15
consider 12:9
consistent 47:1
consistently 13:3
constituency
   24:2 54:10
consultation 70:6
contact 41:16
   44:17 70:22,23
contacted 70:25
context 38:10
continue 56:24
continued 56:17
   59:6
continuing 56:23
contribute 11:7
control 73:19
conversation
   17:18 38:15
conversations
   33:12 43:23
   44:1 69:3
cooking 49:15
copy 65:13
correct 9:4,6
   12:12,13,15
   14:9 16:2 18:20
   20:2,8 22:21
   23:12,24 27:9

27:10 29:22
   30:18 31:19
   33:8 45:7 54:12
   57:13 59:11,16
   59:19,25 62:2
   73:6
corrected 51:23
counsel 4:17
   73:13,14
COUNTY 72:3
couple 6:3 52:15
   57:9 63:15
   69:25
course 19:8 21:7
   22:22 47:3
courses 11:7
court 1:1 4:8,15
   4:23 5:15 6:5
   6:17 8:14 29:17
   64:10 71:9
   72:10
created 37:10
   54:22
CROSS 3:5
cross-country
   26:9,13,23 27:3
CROSS-EXA...
   52:12
current 8:13 9:13
   9:25
currently 9:16,17
   10:1 11:15 27:2

___

**D**

D 2:5,10
dad 32:8 44:8,10
   44:10 48:21,22
   48:23
date 4:9 5:11 7:7
   13:9,17 18:13
   19:5 27:16,18
   27:19
DATED 73:21
dates 13:6
daughters 44:7
   44:18 61:18



63:17,18
**day** 19:24 28:1,2
  28:17 34:18
  68:2,14,17 72:7
  73:21
**days** 21:3
**day-to-day** 11:3
**dealt** 25:24
**decent** 25:23
**decide** 12:6 16:22
**decreased** 58:22
  58:24
**defendant** 4:21
  5:24
**defendants** 1:9
  2:6 4:7
**defensiveness**
  35:22 56:5
**definitely** 28:2
  30:19 67:8
**definition** 28:8,9
  28:13
**degree** 16:15,20
  16:23 17:1,3
  33:9 38:10
  48:19 50:17
  69:7
**degrees** 12:20
  15:12,15,16
  16:16 17:2,4,5
**DelVecchia** 2:15
  4:5,20 7:10
  18:12 65:19,22
**DELVECCHI...**
  1:4
**demanding** 53:6
**department**
  11:19
**deposition** 1:14
  4:3,11 5:10,13
  6:1 8:1 71:18
  71:19 73:4,7,8
  73:10
**dermatologist**
  36:18
**describe** 11:2

35:6 51:8
**described** 35:3
  39:14 53:10
  54:15,20
**describing** 29:19
**descriptive** 30:20
  35:5
**destination** 60:25
**detail** 44:21
**dialogues** 40:12
**difference** 34:7
  50:5
**differences** 47:5
  51:1
**different** 25:10
  34:20 35:21
  42:12,17 49:1
  54:5 64:17
**differently** 64:24
**difficulties** 68:19
**dinners** 49:14
**direct** 3:4 5:20
  73:19
**direction** 73:19
**disastrous** 68:12
**disbelief** 29:5
  32:3
**discounting**
  42:10
**discrepancy** 43:4
**discrepant** 42:20
  43:6
**discuss** 44:21
  64:5
**discussed** 17:24
  39:10 46:17
**Discussion** 7:21
**disorder** 53:18
**disoriented** 29:3
**disruptions**
  66:14
**disruptive** 66:25
**District** 1:1,2 4:8
  4:8 5:15,16,25
**disturbance**
  66:17 68:22

**disturbances**
  67:13
**divorced** 9:17
**doctoral** 12:20
  15:12,16 16:14
  16:18 17:1
**doctorate** 15:25
**documents** 18:5
**doing** 26:14
  30:23 38:25
  40:18 41:12
  44:9 54:9
**Dollywood** 61:9
  61:9,9
**domain** 36:1
**domains** 34:21
  35:12
**doubts** 35:9
**draw** 43:6
**drive** 27:21
**driving** 27:14,20
  38:17 62:17
  66:24 67:1
**due** 68:22,23
**Duke** 9:10 15:11
  15:16 57:21
**duly** 5:18 72:6
**dumbfounded**
  29:5
**Durham** 15:13
  53:17

_____

            **E**
**E** 72:1,1
**earlier** 16:12
  22:21 35:5 49:8
  58:11 59:7
  69:10
**early** 20:19,23
  22:13
**easily** 13:15
  27:17 46:16
**East** 8:14
**eat** 23:8,9
**education** 16:6
  16:11

**eight** 9:2
**eight-year-old**
  64:1
**either** 16:20
  22:12 29:21
  33:3 40:16
  43:18,20,24
  44:21
**elevated** 35:20
**Elon** 10:1,4,12,13
  10:18 11:4,6,11
  11:15 12:9,18
  15:9,14 16:1
**elucidate** 67:13
**embarrassed**
  62:8
**emerged** 48:3
**emotionally** 53:5
**employed** 10:1
**employee** 73:14
**employer** 9:25
**energy** 47:11
  53:8 66:24
**engage** 23:3
**enjoy** 67:4
**environment**
  54:7
**ESQUIRE** 2:5,10
**ethical** 69:13
**ethically** 69:11
**ethics** 69:16
**event** 40:13 53:1
  63:3
**events** 28:12
  47:11 54:17
**everybody** 37:22
**exact** 13:16 35:6
**Exactly** 25:1
**EXAMINATI...**
  3:4,5,6,7,8 5:20
  57:7 66:5 69:23
**examined** 5:18
**excellent** 22:7,8
  24:7,9 25:22
**excels** 26:9
**exceptionally**

35:19 54:2
**exchange** 28:10
**exclusively** 14:21
  28:14 48:10
  57:24
**exhausting** 53:6
**exhibit** 49:23
**Exhibits** 3:19,20
**existing** 52:3
**expect** 52:4
**expectancy** 68:13
**expected** 8:6
  52:22
**expecting** 30:25
**experience** 18:3
  35:23 53:23
  62:20
**experienced**
  42:21 49:2
  53:21
**experiences**
  53:14
**expert** 15:6 36:11
**extended** 31:5
**extends** 46:19
**external** 40:14
**ex-spouse** 9:20

_____

            **F**
**F** 72:1,1
**face** 36:19 50:15
**facility** 11:13
  57:14
**fact** 42:19 64:24
**factor** 22:9
**facts** 32:7
**fair** 6:24 23:2
  36:16 40:25
  45:13 47:17,23
  50:4 59:1,8
**Fairbanks** 2:3
**fairly** 56:18
**fall** 11:19 20:23
  22:24 26:25
  27:1
**familial** 25:10



familiar 50:25
families 22:14
   23:20 57:25
   61:17 62:16
family 47:16,17
   47:24,25 49:14
   57:23 58:1,2
   60:3,5 61:17
   62:6,12
far 22:6 38:25
   70:19
father 33:16,20
   42:20
favor 51:5
Fayetteville 1:15
fear 35:23 48:16
   48:23
fearfully 51:12
Federal 5:14
feel 25:11 31:9
   35:25 36:4,10
   37:22 42:11
   50:8 55:14,24
   62:8
feeling 23:10
   53:8 56:11
feelings 52:23
feels 46:22 50:16
   50:17 56:3
   69:20
felt 42:1
female 9:1,1
females 9:3
fields 10:25
   11:25
fifth 18:17
Finally 7:1
financially 73:15
find 33:19 35:6
   35:12 49:18
finding 36:13
fine 7:2 30:24
   31:1 39:2 43:22
   43:22 62:10
   63:13 71:7
finish 6:11,13

46:7
firm 4:13
first 6:5 18:12
   19:3,6 20:22
   27:11 28:22
   33:23 34:8
   41:10,25 43:25
five 13:21 24:1,2
   61:19
flat 32:9,10,17
   52:19,24 53:7
   53:22,24
flight 19:10 27:7
   27:8,13 28:14
   28:19,24 29:1
   29:25 30:5
   32:25 43:11
   54:19 67:3,10
   67:19
Florida 2:4 62:15
fluctuates 11:12
fluent 35:4
focus 14:15 16:8
   39:22 48:3
   68:13
focused 25:25
   57:24 58:8
following 52:16
follows 5:19
follow-up 57:9
follow-ups 69:25
foregoing 73:5
   73:17
forget 37:11
forgets 35:13
forgot 35:10
form 6:16 47:18
   50:10
formal 16:11
   70:9
forms 42:13,17
forth 73:9
forward 19:9
   26:1
four 8:22 9:22
   17:2

frame 34:3
Franzese 1:14
   3:3 4:4 5:8,10
   5:17 72:5 73:5
frequency 40:11
   58:21 59:3
frequent 20:19
   22:23 40:12
friend 1:4 4:5
friends 18:16,17
   39:20 41:12
   45:16,21
Frontier 1:7 4:6
   5:23 51:5 67:10
   67:19
full 5:6 7:17,25
   12:9
fully 13:6,8,24
   67:24
function 6:6
   68:14
further 3:8 51:13
   69:23 73:8,12
future 9:18 51:13
   52:5 62:11

_____
**G**

game 24:23
games 26:17,20
Gayle 23:18
   41:23 43:24
   44:1,7,21 45:2
   49:4,7,9,15,16
   49:19,21
genders 8:25
general 25:20
gentle 56:21
getting 13:6
   17:20 21:3 60:1
gifted 26:4
give 6:15
given 6:1 18:10
   26:3 36:4 37:24
   70:1
go 6:4 7:16,19
   18:19 21:10,20

22:6 25:2 26:12
   26:20 27:20
   29:8,17 39:4
   40:24 46:5,6
   52:10 57:2,5
   58:16,19 62:23
   64:6 65:24
God 5:4
goes 36:11 52:2
going 7:16,17 8:2
   12:1,21,23 19:9
   19:14 23:8,25
   25:11 27:2,5
   32:15 33:1
   36:19 37:5
   39:12 42:1,21
   44:11,24 45:3
   45:23 46:11
   52:7 56:7 61:3
   64:10,12 68:1
   70:9
good 5:22 18:17
   45:3 62:18,22
goodness 15:22
   26:24 60:13
   68:8
Googled 30:15
gosh 31:7 61:8
gotten 16:18 47:2
grade 18:14,15
   18:17,18
gradual 34:13,14
graduate 15:15
great 22:9 44:11
   48:16 65:17
greater 9:8
ground 6:3
group 41:12 54:9
growth 50:15
guess 28:22
   30:25 50:24

_____
**H**

H 72:1
Hampshire 61:14
   61:14,22 62:4

hand 5:1
handle 66:22
happen 31:2
   50:15
happened 27:19
   28:24 29:1,4,20
   30:5,22 32:8,16
   32:18 33:14
   41:9 44:16
   48:25 50:18
   54:20 63:16
happening 39:23
happens 46:10
hard 56:4 67:15
head 13:16 31:15
   61:3 68:23
headache 40:17
   66:17
headaches 40:4
   66:17,19,20
health 25:21 38:9
   38:11 68:12
healthy 26:2
hear 64:16
heard 25:14 41:2
heart 55:21
held 7:21 10:20
help 5:3 6:8
   36:18
helpful 13:13
hereinabove 73:9
   73:11
hey 56:2
Higgins 9:21,23
high 58:25 66:24
hikes 23:6
hiking 33:1
Hillsborough
   8:14 9:8 21:17
hired 10:22
historical 64:24
historically 43:8
history 16:10
hit 31:3
hockey 24:19
   26:9,17,18,20



60:10 63:2
**holds** 52:5
**home** 46:6
**hoops** 24:19
**hours** 13:7 28:5
**house** 25:3,3,7,8
**how's** 44:10
**human** 25:23
**hurt** 46:1
**husband** 61:20
**hypervigilance**
  42:5,9,12,14,16
  45:12 54:23
  55:5,6,7,15
**hypervigilant**
  35:19 54:2,16

**I**
**ideal** 48:7
**ideas** 24:21
**identity** 42:7,19
  42:20 43:5
**Illinois** 2:8
**immediate** 49:25
**immediately**
  43:20
**important** 69:16
**incident** 19:10,23
  25:12,19,21
  27:6,24,25 28:7
  28:8,10,13
  29:21 30:4,18
  31:21,24 32:2
  34:8,9 35:18,24
  37:2,4,25 38:7
  38:9,16 39:11
  40:7 43:10,13
  44:3,4 47:7
  48:12 50:6,8
  51:3,9,10,17,24
  54:18,19 56:8
  56:18 58:22
  59:15 60:12,17
  60:18
**incidents** 43:1
  54:13,16,24

**included** 58:7
**inclusive** 1:8 4:7
**inconsistent** 61:4
**increased** 58:21
**incredibly** 26:1,1
  33:21 35:3,4
**independent**
  11:23 12:14
**independently**
  23:5
**INDEX** 3:1
**indication** 52:25
**individual** 36:15
  37:19
**individually** 4:5
**individuals** 37:19
**information**
  13:12,15 29:20
  36:8 39:19
**informs** 36:8
**infrequent** 44:12
**infrequently**
  23:22
**initial** 30:17
**initially** 56:6
**insinuation** 51:7
**instance** 43:18
  51:18 64:23
**instances** 49:3,10
**instant** 43:25
**insulate** 46:2
**insulting** 50:16
**interact** 24:21
  42:6 54:11
**interacting** 49:16
**interaction** 33:9
  34:4,8,9,12,23
  40:20,21
**interactions**
  22:15 33:2
  37:15
**interacts** 45:25
**interest** 8:8 45:16
  45:20,21 55:22
**interested** 41:15
  73:15

**interesting** 48:1
**interests** 55:20
**internship** 15:13
  53:16
**interpretation**
  49:1
**intimate** 18:22
**introduce** 4:17
**invited** 46:5
**involve** 22:11
  57:11 65:21
**involved** 22:14
  43:2,2 58:3,6
  69:6
**involves** 11:5
  51:17
**involving** 43:10
  43:13 53:19
  57:20 62:6,12
**irritability** 37:3,9
  55:11 56:12
**issues** 36:13
  37:11
**it'd** 40:25

**J**
**Joan** 1:20 4:15
  72:10 73:2,23
**job** 15:14
**jobs** 16:3
**John** 1:8 2:5 4:7
  4:19 17:16 52:8
  52:10 59:19
**Johndmckayat...**
  2:4
**join** 23:19
**joined** 23:25
**joining** 24:1
**jump** 24:23

**K**
**kayak** 21:16,18
**kayaking** 21:11
  21:12,19 23:4,6
  58:17,18
**keep** 22:10,16

69:8
**kept** 31:4
**kid** 24:25 56:4
**kids** 61:19 62:1
**kind** 19:9 22:23
  33:22 35:2
  54:22 56:9
  66:24 69:15
**kitchen** 49:15
**knew** 38:18 49:1
  70:21
**know** 7:2,9,12
  8:8,9 19:22
  23:10 25:17,18
  28:9 31:3 36:17
  40:22 44:6,12
  44:24 45:2 47:2
  50:22,24 52:4
  52:14 56:2
  57:16 59:22,23
  64:17 67:6,25
  68:9,19,21 69:1
  69:14 71:4
**knowing** 25:19
  32:4 70:4
**knowledge** 28:23
  29:25 36:8,11
  39:17,25 40:8
  42:25 43:17
**known** 9:11
  48:25

**L**
**lacking** 48:19
**lake** 21:17 43:11
  61:23
**Large** 73:3
**Las** 27:7 28:20
**late** 60:13,14,18
**lately** 58:25
**laughable** 69:20
**Law** 2:3
**lawsuit** 69:4,5,6
**layer** 45:24
**learn** 27:11
**leave** 11:18,22

16:20,22
**Legal** 1:21 4:15
**letting** 47:11
**let's** 10:4 45:6
  46:6 65:23,24
**level** 49:19
**license** 14:2,6,7
  16:11
**licensed** 10:2
  12:19 13:7,8,11
  13:14,24
**licensure** 12:22
  13:11
**life** 11:5,8 37:22
  47:10 53:14
  55:24 68:12
**limiting** 22:9
**lines** 68:18
**lining** 50:18
**link** 30:15
**listening** 32:6
  45:19 67:5
**litigation** 5:24
  14:25 15:6
  69:19
**little** 6:4 36:6
  43:7 44:13
  58:25 63:1
**live** 65:8
**lived** 9:7
**lives** 8:21
**LLC** 2:3
**LLP** 2:7
**load** 11:11
**located** 10:12
**location** 21:15
  22:3
**locations** 22:4
**logistics** 18:1
**long** 8:16 9:7
  10:18 12:17
  15:11 17:13
  55:1 62:3
**look** 13:15 18:1
  27:18 45:18
  65:13



**looked** 65:1 71:2
**looking** 64:18
**loosely** 19:15
**loss** 25:24 26:1
 51:13 55:14
**lot** 24:25 44:7
 50:23 59:4
 61:23
**lots** 46:4
**loud** 23:8 60:23
 67:7
**love** 39:2 55:22
**low** 66:23
**luck** 62:18
**lunch** 21:20,24
 59:2

**M**

**magical** 64:12
**Magna** 1:21 4:15
**main** 41:8
**major** 16:9 68:15
**making** 50:13
**male** 9:1,2
**males** 9:3
**Man** 61:12
**manifest** 42:12
 42:17
**manifests** 48:24
**March** 1:15 4:9
 19:11,16,20
 20:7,11,13,21
 28:20 60:13,14
 60:18 61:1 72:6
 72:7 73:21
**Marked** 3:20
**married** 9:16
**Martin** 2:10 3:4
 3:6,8 4:21,21
 5:6,9,21,23
 7:19,23 17:16
 17:20,23 20:12
 20:14,16 29:8
 29:12,14,16
 31:11 39:4,9
 47:19 50:11

51:6,14 52:7,10
 54:18 57:8 60:2
 60:21 62:23
 64:6 65:25
 71:13
**Martin's** 52:17
 54:1
**massive** 39:24
 42:8
**master's** 16:15
 16:16,20,23,25
 17:4
**matches** 53:9
**matter** 4:4 5:24
 7:9 8:1 15:7
 18:10 26:4 52:2
 52:3
**Matthew** 2:10
 4:21 5:22
**ma'am** 5:6,22
 57:9 71:14
**McKay** 2:5 3:5,7
 4:19,19 17:9,11
 17:14,19,22,24
 20:11,13,15
 29:15 31:8
 47:18 50:10
 51:4 52:9,11,13
 59:21 60:1,18
 62:25 64:4,7,10
 65:4,6,11,17,21
 65:23 66:1,6
 69:24 71:8,14
**McQuillen** 2:7
 4:13
**mean** 19:15
 24:18,21 27:6
 32:10 38:2
 53:25 54:4
 57:12 59:5
 61:17 67:4,13
 68:12 69:12
**meaning** 28:13
 50:22
**meaningful**
 58:23

**means** 11:6 52:20
 52:21 64:16
 73:19
**medical** 10:8,9
 10:10,11,25
 15:13
**meet** 16:21 18:12
 40:23
**meets** 26:13
**member** 11:13
 58:1 60:5
**memory** 15:23
 30:23 31:15
 34:1 35:7 36:13
 43:19 44:5,13
 70:14
**mental** 25:21
 38:8,11
**mention** 37:1
 59:20 66:16
**mentioned** 30:16
 36:25 52:18
 59:19 63:16
 66:10 67:12
 68:20,24
**merely** 51:23
**met** 19:3 35:3
**migraines** 39:25
 40:15
**military** 9:14
 53:20
**mind** 43:20 51:25
 65:25 66:1
**minor** 1:4 4:6
**minors** 16:9
 57:11,20 58:3,6
 58:7
**minute** 39:5
**minutes** 17:15
**mitigate** 51:13
**Mmartin@am...**
 2:9
**Mm-hmm** 22:1
 45:1,8
**mom** 38:15 61:20
**moment** 12:4

34:12 37:14
 49:25 52:4
 65:20
**Mondays** 21:6
**months** 20:23
 22:24
**morning** 17:12
 17:25 38:16
**move** 16:22
 36:24
**moved** 9:9
**movie** 43:14
 54:19 59:16
**moving** 26:1
**Murphy** 2:7 4:13
**museum** 51:18
**music** 66:23,25
 67:5

**N**

**name** 5:7,22 7:18
 7:25 9:19 14:5
 29:9,11 71:2,6
**named** 36:1
**names** 8:23 9:11
 23:14,16 70:13
 71:1
**narrating** 60:23
**natural** 59:12
**nature** 23:7
 39:21 48:2
 68:21
**NC** 1:16
**nd** 60:10
**near** 9:18
**necessarily** 34:2
**need** 7:1 31:9
 38:25
**needed** 70:18
**neuropsych**
 70:18,19,21
 71:5
**neuropsycholo...**
 71:2
**Nevada** 1:2 4:8
 5:16,25

**never** 25:14
 54:15 57:19
**New** 16:7 61:14
 61:14,21 62:4
**news** 30:4
**newspaper** 38:3
**night** 67:16,22,23
 67:25
**nights** 67:16
**nine** 8:17
**Nope** 25:15
**normal** 24:25
**North** 1:20 4:12
 8:15 9:9 10:14
 14:3,7,9 26:22
 33:24 72:2,11
 73:3
**northernness**
 10:16
**Notary** 72:4,11
 73:2
**note** 31:9 64:21
**noted** 54:8
**notes** 73:7
**noticed** 35:17
 37:1,12,18
 39:11,13 40:9
 41:5 45:9 46:24
 47:23 48:11
 54:13 55:11
 56:8 66:11,15
 67:9,14,18 68:5
 68:16
**noticing** 54:8
**numb** 32:17,20
 32:21
**number** 4:3 11:9
 14:7 51:19,20
 51:23,24 61:6
**numbing** 45:23
**numbness** 53:11
 53:22,23

**O**

**O** 72:1,1
**oath** 5:19



**Objection** 47:18
50:10
**observed** 34:21
34:22,24 35:1
53:24 66:18
68:21
**obtained** 15:21
**obviously** 19:22
40:14 44:23
53:8 59:23
**occasion** 26:21
**occur** 40:7 62:9
64:18
**occurred** 19:10
27:6,12 28:12
28:19 31:24
40:20 42:15
43:14 53:5,15
67:3
**occurring** 27:4
27:24,25 40:2
40:10
**occurs** 42:15
67:21
**oh** 15:22 26:24
27:25 31:7
48:13,14,14
60:13 61:8,14
64:19 68:8
**okay** 6:3 7:1,5,7
7:16,24 8:23
9:3,7,19 10:14
12:3,17 13:2,13
13:23 14:2,9,18
14:23 15:2,5,9
16:3 17:4,11,13
17:20 18:7,9,12
18:21,25 19:4,8
19:13,22,24
20:6,10,15
21:19 22:2,20
23:3 24:3,10
25:2,6,10,14,16
26:7,12,15,17
26:20,22 27:2,5
27:11 28:1,3,6

28:15,16,18
29:12,14,24
30:2,7,16 31:6
31:8,16,19 32:1
32:12,14,15
33:2 34:6,14
35:16 36:3,24
37:5,24 38:5,12
38:22,25,25
40:19 41:4,7
43:13,17,22
44:14,19 45:6
45:20 46:10
47:5 48:9 49:8
49:17 50:4 52:1
52:6,11 53:13
53:21 55:7,11
56:7,11,17,25
57:15 58:4 59:1
59:5 60:3,24
61:2,4,11 62:1
62:3 63:9,11,20
63:25 64:7,9
65:3,5,10,17,23
66:9,18 67:2,9
67:12,21 68:24
71:7,8,12,16
**oldest** 24:11
**once** 20:21 21:14
21:24 44:16
64:15 67:21
**one's** 68:12
**operated** 13:3
**opportunity**
44:20 64:20
**opposed** 34:9
51:9
**order** 6:8
**organize** 68:17
68:20
**orientation** 35:20
41:16 42:14
46:20 54:3,8
**oriented** 41:11
69:11
**other's** 25:11

**other-oriented**
37:20 47:8
69:10
**ounce** 47:11
**outgoing** 41:11
**outlined** 46:14
**outside** 44:23
65:19

**P**

**pages** 73:6
**pain** 66:14
**parcel** 16:17
**parent** 32:4
33:21,22 43:5
51:12
**Park** 2:3,4
**part** 14:11 16:17
53:23 57:21
59:12
**particular** 6:10
14:6 16:8 19:23
25:4 26:8
**particularly**
18:16 31:22
67:1
**parties** 5:12
37:12 73:13
**partner** 36:12
**party** 73:14
**passing** 16:15
**patience** 55:14
**patient** 55:13
**patients** 14:12
**patterns** 66:15
**pause** 39:7 45:17
**pausing** 36:1
**pedigree** 36:5,11
**pending** 5:24 7:4
**people** 12:6
14:16 16:19
37:10 39:16
41:16,16,17,18
41:20,24 42:6,7
42:23 45:5
47:12,14 48:19

49:9 50:15
53:15,24 54:11
57:12 70:4,25
71:1
**perceive** 36:6
42:7,23 51:2
**perceived** 34:7
34:15 39:11
41:22 46:12
47:5,15 54:10
56:1
**perception** 31:23
**perceptions**
36:14 48:18
50:5 51:8
**perfectly** 7:2
**period** 20:6,17
21:8 22:19 24:9
24:16 28:14
31:5 33:5 47:3
55:2 57:23
**periods** 40:5
**person** 6:9 30:20
35:2 37:20 47:8
47:9 49:22
52:25 53:6
55:23 69:11,12
**personal** 56:3
**personality** 56:13
**personally** 72:5
**personnel** 53:20
**person's** 25:2,3
**perspective** 21:9
**Peter** 1:4 2:15
4:4,20 7:10,12
7:13,14 18:12
19:5,6 20:2
22:7 23:11
24:17 25:19,22
27:12,15 28:25
29:21 30:13,16
30:19,19 31:3
31:11,20 32:4
32:23 33:13,15
33:21,24 34:8
34:11,17 35:2,8

35:18 36:15
37:2,15,19,20
38:16 39:11
40:12,16,22,23
41:2,10,23,25
42:7,10,23 43:1
43:8,10,14 44:5
46:15,17,25
47:2,4,6,8,10
47:16,24 48:3
48:17 49:5,7,9
49:13,14,17,19
49:21,24 50:1,2
50:5 51:2,9,15
52:14 54:1,7,15
54:21,23,24
55:1,13 58:16
60:4,11 61:6,17
62:20 63:17
66:11,20 67:14
68:16 69:2,8,10
69:11,19 70:5
70:12,18 71:6
**Peter's** 7:18,25
26:4 43:24 48:9
63:17,18
**Philadelphia**
60:9 63:2
**phone** 27:15
30:17 33:3
**photo** 45:17
**photographs**
18:7
**photos** 61:12
**phrase** 18:24
**physical** 22:8
50:1,3 66:13
**Ph.D** 9:10 16:19
**piece** 45:15 55:18
68:6
**pinpoint** 34:11
**place** 4:11 46:1
73:9
**plaintiff** 4:6 7:9
**plaintiffs** 1:5 2:2
4:20 14:24



**plan** 40:22 52:1
**plane** 28:10
**planned** 35:8
  62:11
**planning** 52:3
**plans** 48:6,8
**play** 24:19,23
  26:18
**please** 4:17,22,24
  5:1,7 6:20
  47:21
**point** 18:16,21
  27:11 28:4 64:8
**points** 63:15
**poor** 6:21
**position** 10:5,21
  16:1 69:15
**positive** 43:9
**possibly** 28:1
**post-incident**
  19:19 33:7
  34:13,15 35:17
  39:18 40:9
  41:13 43:23
  46:22 48:12
  58:16 60:3
**post-traumatic**
  50:14 53:18
**potential** 70:6
**practice** 10:2
  12:15,19,21,22
  12:23 13:9
  14:11,15 15:5,9
  25:18 58:12
**precise** 34:1
**preface** 19:9
**preparation** 17:8
**present** 2:15 13:4
  14:16 34:18
  49:5 51:20
  59:15
**pretty** 21:5 41:19
  42:2 66:21
**previous** 26:3
**pre-incident**
  19:15 20:6 21:8

22:18,19 24:16
  35:22 40:1
  41:11 42:24
  46:19 54:21
  55:13
**primary** 41:23
**principally** 12:3
**prior** 15:9 18:9
  35:24 37:3 40:7
  54:13,16 56:8
  67:19 70:1
**privacy** 8:9
**private** 10:2
  12:19 15:9
**privileged** 17:18
**probably** 6:21
  38:14 44:16
**problem** 68:15
  70:23
**problematic** 67:1
**procedural** 64:8
  69:5
**procedure** 5:14
  64:7
**proceedings** 39:7
**process** 6:8 12:7
  12:22 13:6,12
  16:18
**professional** 1:20
  14:24 57:18
  69:1 70:3
**professor** 10:6,21
  10:22,23 11:3
**professor's** 11:5
**profound** 48:22
**profoundly** 55:13
**progress** 59:6
**progressed** 22:14
  22:23
**progressing**
  20:22
**progression**
  59:12
**project** 12:5
**projects** 12:1
**prolonged** 28:7

**prolonged-exp...**
  70:14
**pronounced** 48:4
**proofread** 64:14
**protecting** 48:3
**provide** 7:17
  8:23,24
**provided** 7:25
  70:2 71:6
**providers** 70:19
  70:21
**providing** 71:1
**proximate** 27:25
**psychological**
  34:22 35:16
  36:25 39:15
  41:7 42:4 45:10
  66:12
**psychologist** 10:3
  12:15,19 36:16
  69:14 70:8,10
**psychologists**
  70:6
**psychology** 10:8
  10:9,9,25 14:8
  14:9 15:20,23
  15:25 16:10
  25:18 58:12
**PTSD** 53:23,24
  57:10,20,24
  70:10,16,17
**Public** 72:4,11
  73:2
**published** 30:9
**pulled** 47:4
**purposes** 8:1
  19:14
**pursuant** 5:10
**pursue** 16:14,19
**pursuing** 13:11
  15:12
**push** 33:13
**push-through**
  47:9
**put** 18:13 19:5
  47:11 53:8

**putting** 45:24
  69:15
**p.m** 1:16,16 68:1
  71:19

---

**Q**

**question** 6:19,21
  6:23,24 7:3
  33:17 36:7
  37:23 46:8
  50:16,21 56:8
**questioning**
  65:21
**questions** 6:12,13
  13:9 18:4 52:7
  52:15,17 54:1
  57:9 66:8 69:5
**quick** 35:4 46:7
  69:25
**Quietly** 48:14
**quite** 67:5

---

**R**

**R** 72:1
**race** 51:17
**racial** 42:7,19,19
  43:3,5
**radically** 41:17
**radio** 66:22 67:6
**raise** 4:25
**Raleigh** 1:16
  4:12 9:8 27:7
**Raleigh/Durham**
  28:20
**Ranging** 9:5
**rarely** 67:15
**raw** 65:13
**reactivity** 56:9
**read** 30:3,4,9
  65:11
**reading** 64:5
**realizing** 45:25
**really** 6:17 23:6
  37:23 41:13
  44:20 46:20
  56:3,21 58:8,24

**reason** 13:5
**recall** 13:14 14:5
  15:21 18:25
  27:16,23 30:21
  31:1,13,20,23
  32:2 33:2,11,23
  34:2,6 49:3
  61:24 63:5
**receive** 16:14
**received** 15:24
  57:21
**reception** 33:10
**recess** 66:3
**record** 4:2 5:7,9
  6:15 7:16,19,20
  7:21,22,24 39:4
  39:6,8 65:24
  66:2,4 71:10
**RECROSS** 3:7
  66:5
**RECROSS-EX...**
  62:24
**redact** 29:8 31:6
**REDIRECT** 3:6
  3:8 57:7 69:23
**reduce** 47:12,13
**reduced** 41:14
  68:11
**refer** 8:2,6,10
  19:23
**referred** 16:12
  18:22 70:5
**referring** 8:3
**reflect** 5:9
**regarding** 28:23
  29:20 37:24
**regular** 56:18
**regularly** 21:4,5
**rejection** 56:1
**relating** 21:2
**relation** 42:6
**relational** 34:23
  37:7,8,12,18
  39:15 45:7,9,11
  45:15 55:18
  66:12


MAGNA ▶
LEGAL SERVICES

relationship 7:13
   18:23,24 20:2,4
   20:19,20 24:4
   36:15 41:25
   46:25 47:4
   48:10,11 50:6
   51:2,8 56:23,24
   59:6,13
relative 73:13
remember 8:9
   18:22 30:13,14
   31:2 32:12
   33:13 38:23
   43:18 58:6
   64:24
remembered
   40:1
remembering
   62:9
remind 37:6
reminder 46:7
repeated 67:22
repeatedly 67:24
rephrase 6:20
report 73:4
REPORTED
   1:20
reporter 1:20
   4:15,22,23,25
   6:6,18 29:17
   64:10 65:12
   71:9 72:10
   73:20
REPORTER'S
   73:1
represent 4:18
   4:19 5:23 17:19
   52:14 54:17
representative
   33:15,19
representing
   58:9
reproduction
   73:18
request 4:12
requirements

16:21
research 11:7,12
   11:23 12:1
   68:10,11
Reserved 71:21
residence 25:11
resource 53:8
responded 53:25
responding 18:4
response 6:12
   52:17 53:4 69:4
result 15:5 47:6
   48:12 59:7
retreat 27:15,18
   38:17 40:18
returned 33:24
review 18:5,9
revolves 58:12
Riel 2:16
Riele 4:14
right 4:25 13:16
   20:14 22:18
   27:4 29:15 31:9
   32:13 35:6
   36:17,21,23
   51:23 56:14,16
   57:6 58:11,15
   59:14 61:6,19
   63:18,22,24
   64:3,13 65:6
   66:16 69:22
ritual 12:7
road 67:5
romantic 7:13
   18:23,24 20:1,4
   36:14
room 18:2 49:18
roughly 47:1
ruin 33:14
rule 25:3
rules 5:14,15 6:3
—————————
              S
—————————
s 26:20 42:2 49:9
   49:21 50:6 51:2
   63:2

sad 62:8
sadness 41:24
safe 41:19,24
   45:5 49:9
safety 49:21
Salt 43:11
saw 33:23 41:1
saying 32:7,7,12
   46:6 64:15,19
   64:22
says 31:10
scanning 54:7
schedule 21:2
   25:4,5
Schenectady
   16:7
scholarship 11:6
school 18:15,19
   39:18,22 62:1
scroll 61:12
season 26:23
second 4:22 7:17
   19:13
security 50:1
see 13:13 14:12
   20:18 21:4,5,6
   21:9 22:22
   36:19 40:15
   41:8 49:23
   50:13 55:7
   61:13 68:4
seeing 46:4
seen 6:5,6 34:10
   39:12 53:13,14
semester 11:10
   11:15,17,18,19
sense 48:22 51:1
   55:17 56:15
sensitivity 56:5
sent 30:11,12,12
   30:15
sentiment 35:7
separated 9:17
   29:2 31:17 32:4
   32:8 48:17,22
   48:23 55:1,9

September 7:8
   65:2
served 9:14 15:6
service 11:6
   33:10
Services 1:21
   4:16
set 5:11 41:9 73:9
   73:11
sets 22:12
setting 67:17
seventh 18:18
severe 66:21
shape 22:8
shared 29:3
sharing 3:12
sharp 35:3
shift 39:12 42:2,8
shifted 41:14
shifting 39:10
   48:9
shoot 24:19
short 40:5 51:21
   58:25 66:3
shorthand 73:7
shortly 15:24
shortness 55:15
show 24:24
showing 42:16
shown 46:20
shows 68:11
Shrugs 6:16
sick 40:4,24
sign 65:11
Signature 71:21
significant 38:14
   41:19 42:2
signing 64:5
signs 42:16
silver 50:18
similar 22:25
   39:13 46:24
   47:15,23
sister 41:23
sit 33:11
sitting 49:16

situation 17:17
   35:10 49:4,6
   50:2 51:16
   69:13
situations 49:17
   53:14 57:11
six 9:2,5
six-year-old 64:1
skin 36:18
sleep 66:17 67:12
   68:3,6,11,14,22
sleeps 67:15
small 61:6
smile 50:13
Smith 4:11
smooth 6:8
smoother 6:4
social 10:8,9,25
   21:9 22:11 49:4
   49:6
socially 20:3
society 12:8
sociologist 12:18
sociology 10:8,10
   10:11,25 15:20
   15:22 16:9
soldiers 53:19
solemnly 5:2
solid 25:23
somebody 64:16
somebody's
   36:19
son 7:14,18,25
   24:11 26:4,14
   26:17 27:12
   33:14 35:23
   39:20 48:3,7
soon-to-be 9:19
sorry 15:16
   32:19 51:4
   60:23 63:12
   66:1
sort 53:10 64:12
sounding 32:17
   32:20
sounds 16:24



MAGNA
LEGAL SERVICES

29:19 71:1
**South** 2:8
**space** 50:2,3
**span** 20:20
**speak** 6:10 17:8
17:11,13 37:23
39:16 50:2 53:6
**speaker** 38:19
**speaking** 8:4
23:16 37:14
52:22 58:14
**specialties** 14:14
**specialty** 10:7
**specific** 27:19
34:12
**specifically** 30:21
68:16
**specifics** 33:12
**speculate** 31:1
**spend** 59:4
**spending** 20:4
45:16,20 46:4
59:10
**spends** 45:3
**spent** 15:11
**spoke** 29:7 32:1
45:12
**spoken** 29:24
38:6
**sport** 26:14,25
**sports** 26:8
**spring** 26:25
**standard** 11:11
**standpoint** 66:12
66:13
**start** 10:4 34:7
43:25 46:15
**started** 9:9 12:23
15:14 19:2
41:25
**state** 5:6 14:2
25:20 29:5 32:3
47:21 72:2,11
73:3
**statement** 37:24
38:2 47:17 70:9

**States** 1:1 4:8
5:15
**stay** 46:6
**stayed** 47:1
**staying** 67:15
**stenotype** 73:5
**step** 65:19
**street** 1:15 2:8
24:19
**stress** 53:18
**struck** 31:13,14
68:23
**structure** 69:4
**struggles** 35:12
39:18,22
**struggling** 36:12
58:1
**studies** 57:23
**study** 16:14
**stuff** 24:25 27:17
**subject** 51:16
**subjects** 11:25
17:1
**subpoena** 5:11
**substance** 17:17
**suggest** 51:4
**suggesting** 50:17
70:24
**Suite** 2:3,8
**summer** 61:15
**sunburn** 56:13
**supervised** 13:7
**support** 48:20
**supportive** 62:22
**sure** 18:1 24:18
28:22 33:9
35:15 39:3
47:22 50:21
64:6 65:16
**swam** 61:23
**swear** 4:24 5:2
**sworn** 5:18 72:6
72:7
**symptoms** 36:9
66:14

**T**

**T** 72:1,1,1
**table** 49:16
**tack** 35:3
**take** 6:7 7:1,4
22:2,5 65:23
**taken** 4:4 5:10
6:17 31:4 66:3
73:8
**talk** 12:7 29:6
39:21 45:6 56:1
56:2 57:1
**talked** 35:13,14
35:15 38:9 44:4
59:17 71:11
**talking** 22:18
30:13 56:4,20
59:21 70:3,11
70:11
**teach** 11:6,10
**teaching** 11:5,11
11:17
**team** 26:18 55:19
**teenagers** 63:23
**tell** 5:2 13:16
17:24 19:2
40:16 66:18
69:16
**telling** 31:23
**tells** 35:13
**ten** 9:1
**tend** 14:15
**tendencies** 49:24
**tenure** 10:23
**ten-year-old** 64:2
**term** 35:5 42:9
52:19
**terminology**
50:22
**terms** 18:3 19:15
50:24 68:12,13
70:18
**testified** 5:18
31:12 49:8
52:16 58:11

59:7,22
**testify** 49:10
**testifying** 52:1
68:25 69:1
**testimony** 18:9
26:3 37:25
47:22 66:10
70:1,25
**text** 44:5,8
**Thank** 10:11
11:21 32:21
57:6 62:19
65:18 71:13,14
**Thanks** 71:16
**theater** 43:14
54:19 59:16
**therapist** 38:8
58:9,13
**therapists** 70:14
**Theresa** 5:8
**thing** 7:3 32:5
59:17 60:10
61:7 71:11
**things** 6:4 21:10
23:7 24:15,17
24:20 35:13,14
35:15 37:11
39:21 41:12
44:5 46:12
54:12 59:21
64:17 66:10,13
67:2 68:20,21
68:22
**think** 17:7 29:10
35:5 37:9,20
38:24 39:23
43:4,8,12,16
44:6 45:13,22
49:6 51:6,11
52:18 55:4
58:23 59:22,24
60:25 62:19
63:1 66:23
69:12 70:21
**thinking** 13:5

55:10
**third** 36:1,24
37:6 45:6
**thirteen** 9:1,5
**Thomas** 9:21
**thoughtful** 25:25
**threat** 35:20
42:14 54:3
**three** 20:23 39:14
47:10
**ticket** 51:21
**tickets** 51:19,24
**time** 4:9 6:10 7:2
10:20 12:2,9
13:4,10,25
15:11 19:6 20:5
20:17,22 21:8
21:12 22:8,13
24:9,16 27:17
28:4,13 30:3
31:5 33:5,6
34:3,6,13 35:18
36:2 40:5 43:4
45:4,16,21 46:4
46:10 47:3 50:7
54:20 57:23
58:25 59:4,7,10
62:7 67:15
70:13 71:15,18
73:9
**timeline** 61:5
**times** 20:23
21:21 23:1,20
41:1,2
**timing** 13:1 18:2
**today** 4:14 6:4,6
8:2 17:8 18:1
19:8 38:1 44:23
**today's** 4:9 5:11
**told** 28:25 30:21
31:3,12,13,16
31:20 32:2 35:8
**ton** 44:17
**tone** 32:10 52:23
**top** 13:16



**total** 17:2 61:19
**totally** 15:3 33:15
**touch** 71:10
**tough** 8:10
**track** 27:4 63:2
**trained** 53:17
**training** 36:16
57:10,18,19,21
**trampoline** 24:23
**transcribe** 64:11
**transcript** 64:13
64:19 65:7,13
71:11 73:17
**transcription**
73:6
**trauma** 42:15
49:2 50:16 53:4
58:2
**traumatic** 62:21
**traumatized**
51:11
**travel** 62:20
**traveling** 63:23
**treat** 57:17
**treated** 14:23
**treating** 57:12
**treatment** 53:17
57:22 58:7
70:15
**treatments** 70:16
**treats** 47:12,13
**trial** 52:1
**trick** 6:21 50:22
**tricky** 36:7 68:8
**tried** 69:8 70:20
**tries** 47:9
**trip** 33:1,3,6,14
33:25 61:19
62:13 63:2
**trips** 60:8,12 61:7
62:6,11 67:5
**true** 73:6
**truncate** 29:18
**trust** 23:10 42:3
**truth** 5:2,3,3
**try** 6:13 8:9 22:9

59:2 70:13
**trying** 6:21 22:16
40:22 48:6 51:1
51:4 56:21
60:25
**tuned** 42:5 45:2
**turn** 27:5 64:12
67:6
**turned** 20:4
**Twenty-five**
63:19
**twenty-nine**
63:19
**twice** 44:16
**two** 9:3,3 12:20
15:12,15 16:15
17:4 20:3,17
21:3 22:12
23:12,14 26:8
28:1 30:2 32:23
39:5 41:23
42:23 43:24
49:11 50:8 61:7
61:16,18
**type** 21:10 25:17
34:7 42:11 60:4
66:14
**types** 24:15
**typical** 35:21
**typically** 14:18
23:23 25:2
26:23

_____

**U**

**uh-huhs** 6:16
**uh-uh** 6:16
**un** 32:6
**unable** 34:11
68:2
**unaffected** 53:1
**unavailable**
49:21
**unbelievable**
32:6
**unclear** 51:21
**undergraduate**

16:5 17:2
**undersigned** 72:4
**understand** 6:19
8:3,4 19:9,17
23:11 24:3 26:3
26:8 27:8 28:3
32:22 36:5
58:15 59:5 70:2
70:5
**understanding**
28:19 32:22
36:8
**understood** 6:24
38:13
**unethical** 15:3
**Union** 16:7
**unit** 25:10
**United** 1:1 4:7
5:15
**units** 58:3
**university** 9:10
10:1,4,5 11:8
11:12 15:11,17
**unring** 36:22
**upsetting** 66:23
**uptick** 39:24
**use** 19:15
**usually** 27:21
30:20

_____

**V**

**V** 4:7
**VA** 53:17 57:14
57:17
**vacation** 32:24
60:25
**vacations** 60:4
**vague** 29:2 30:17
**value** 38:8
**varied** 22:7
**varies** 21:6
**variety** 12:1
14:16 57:22
**Various** 22:4
**Vegas** 27:7 28:20
**versus** 25:3 56:1

**Veterans** 15:13
**video** 50:13
**videographer**
2:16 4:2,14,23
7:20,22 39:6,8
65:24 66:2,4
71:17
**videotape** 4:3
**videotaped** 1:14
6:14
**voice** 52:23
**volume** 66:22
**vomiting** 39:25
40:14
**vs** 1:6 4:6

_____

**W**

**Wait** 60:16
**waive** 65:7
**wake** 67:25 68:1
**wakes** 67:24
**walking** 23:4
**walks** 21:22,25
22:2,6,9 23:6
58:19,20
**walls** 46:22
**want** 8:24 16:22
24:22,23,24
37:1,1 45:17
46:5,5 49:24
55:23 61:4
62:19 64:4,4
65:4 66:8
**wanted** 24:22
69:2 71:7
**wanting** 33:13
**wants** 37:21,21
**warm** 41:11
46:21
**wasn't** 25:6
40:10 49:13
50:2,22 52:3
56:6 63:14
**watch** 24:24
**water** 39:1,2,5
**way** 16:21 25:25

32:5 35:20
46:21 47:12,13
48:1,4 53:7
54:5 56:22
64:12 65:8 67:7
69:17
**ways** 68:5
**Wednesdays**
21:5
**week** 20:21,23
21:14,23,24
27:23 62:5
**weekdays** 20:24
21:1
**weekend** 61:7
**weekends** 20:24
21:1,4
**weekly** 20:18
**weeks** 62:13
63:10
**week-to-week**
21:7
**went** 10:22 12:22
15:25 20:22
25:7 51:18 60:8
60:9,9,10,11
61:14 71:4
**weren't** 59:24
**West** 2:3
**we'll** 19:13,22
20:7 29:8,17,17
31:6 34:7 43:25
46:15 68:1
**we're** 7:16 48:6
59:10 71:8
**we've** 35:13,14
35:14 44:4,19
47:3 54:20
56:20,20
**white** 51:19
**wife** 25:24
**wild** 32:13
**willingness** 42:3
**Wilmington**
43:15 59:18
**window** 36:12



MAGNA
LEGAL SERVICES

**winter** 2:4 20:23
  22:24
**wish** 61:12
**withdrawal** 41:8
  46:18
**witness** 3:2 4:24
  5:5,8 15:6
  29:10,13 31:9
  51:11 59:25
  60:20 64:9 65:3
  65:5,10,16
  71:12,16
**women's** 27:14
  27:18 38:17
**wonderful** 35:7,7
**word** 36:12 64:15
  64:17
**words** 35:6,12
  52:24 53:7,9
  64:13
**work** 14:16,18
  15:10 57:22,22
  58:8
**worked** 25:4
  57:25 58:2,5
**working** 12:4,5
  44:19
**workload** 58:24
**work-up** 70:19
  71:5
**world** 42:8,22
  45:25,25 54:7
**worried** 29:6
  44:13
**wouldn't** 24:17
  49:10 63:22
  70:22
**wow** 48:13,14,14
**wrap** 45:24
**wrong** 22:21
**wrote** 52:19
**Www.MagnaL....**
  1:22
_____
          **Y**
**yeah** 17:22 29:12

30:24 36:2 52:9
58:20 59:9
60:20 61:2 63:4
63:8
**year** 8:19 13:19
  40:3 41:13
  44:17 46:22
  54:6 67:6,14
**years** 8:17 13:21
  13:22 15:21
**yields** 37:11
**York** 16:7
_____
          **Z**
**zone** 27:17
**zones** 28:4
_____
          **1**
**1** 1:8
**1:18** 1:16 4:10
**1:22** 7:20,22
**1:59** 39:6
**11:00** 68:1
**12:00** 27:21
**127** 2:3
**13-year-old**
  18:15 39:20
  60:10
**150** 1:15
**1909** 8:14
**1979** 7:8
_____
          **2**
**2** 1:15 72:6
**2nd** 4:9 72:7
**2:01** 39:8
**2:19-cv-01322-...**
  1:3
**2:36** 66:2
**2:40** 66:4
**2:47** 1:16 71:18
  71:19
**20** 2:8 17:15
**2001** 9:9
**2007** 15:22
**2011** 10:19 12:11

12:23 13:2
15:23,25
**2012** 12:25 13:2
**2016203000002**
  72:12
**2018** 19:6 20:1,7
  60:18
**2019** 19:11,16,20
  20:7 28:20
  60:15,19 61:1
**2020** 1:15 4:9
  72:6,7 73:21
**2500** 2:8
**27278** 8:15
**27601** 1:16
**28** 19:11,16,20
  20:7,11,13
  28:20 61:1
**28th** 7:8
_____
          **3**
**3:00** 27:21 68:1
**32789** 2:4
_____
          **4**
**4700** 14:7
_____
          **5**
**5** 1:8 3:4
**519** 2:3
**52** 3:5
**57** 3:6
_____
          **6**
**60603** 2:8
**624-6221** 1:21
**66** 3:7
**69** 3:8
_____
          **8**
**8th** 73:21
**8:05** 17:12,25
**866** 1:21

