(FILED UNDER SEAL)

# EXHIBIT 22

**Deposition of Kenneth Carnes, M.D.**

**(Designated Confidential under Protective Order)**