(FILED UNDER SEAL)

# EXHIBIT 23

Deposition of Bruce Lasker, M.D.

**(Designated Confidential under Protective Order)**