(FILED UNDER SEAL)

# EXHIBIT 24

**Deposition of Lindsey Ohler, PsyD. With Exhibit 1 (Confidential Expert Report) and Exhibit 2 (c.v.)**

**(Designated Confidential under Protective Order)**