(FILED UNDER SEAL)

# EXHIBIT 25

**Deposition of Gustavo Halley, Psy.D. including Exhibit 1 (Confidential Expert Report), Exhibit 2 (c.v.), and Errata**

**(Designated Confidential under Protective Order)**