(FILED UNDER SEAL)

# EXHIBIT 26

**Deposition of Lori Merritt**
**(A.D.'s teacher and cross-country coach)**

**(Designated Confidential under Protective Order)**