(FILED UNDER SEAL)

# EXHIBIT 27

**Deposition of Leslie Bryant**
**(A.D.'s school principal)**

**(Designated Confidential under Protective Order)**