(FILED UNDER SEAL)

# EXHIBIT 28

**Deposition of Lawrence Caravalho**
**(Former Frontier ground handling supervisor, as WFS employee)**

**(Names Minor—not redacted per Fed.R.Civ.P. 5.2(a)
due to relevance to defamation Count)**