**<u>EXHIBIT 30</u>**

**Frontier Interrogatory Answers relating to access to Plaintiffs' PNR**

1  CHARLES A. MICHALEK
   Nevada Bar No. 5721
2  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
   700 South Third Street
3  Las Vegas, Nevada 89101
   Phone: (702) 383-3400
4  Email: cmichalek@rmcmlaw.com

5  BRIAN T. MAYE (admitted *pro hac vice*)
6  TARA SHELKE (admitted *pro hac vice*)
   MATTHEW D. MARTIN (admitted *pro hac vice*)
7  ADLER MURPHY & McQUILLEN LLP
   20 South Clark Street, Suite 2500
8  Chicago, Illinois 60603
   Phone: (312) 345-0700
9  Email: bmaye@amm-law.com
           tshelke@amm-law.com
10          mmartin@amm-law.com

11 ***Attorneys for Defendant FRONTIER AIRLINES, INC.***

12

13              UNITED STATES DISTRICT COURT
                  DISTRICT OF NEVADA
14

15 PETER DELVECCHIA, individually and as      )   Case No.: 2:19-cv-01322-KJD-DJA
   next friend of A.D., a Minor,              )
16                                            )
                   *Plaintiffs*,              )   **FRONTIER AIRLINES, INC.'S**
17                                            )   **SUPPLEMENTAL ANSWERS**
                                              )   **TO PLAINTIFF A.D.'S THIRD**
18 v.                                         )   **INTERROGATORIES**
                                              )
19 FRONTIER AIRLINES, INC., et al.,           )
                                              )
20                 *Defendants*.              )
   _____)
21

22        **DEFENDANT FRONTIER AIRLINES, INC.'S SUPPLEMENTAL**
          **ANSWERS TO PLAINTIFF A.D.'S THIRD INTERROGATORIES**
23
          Defendant FRONTIER AIRLINES, INC. ("Frontier"), by its undersigned attorneys, provides the
24
   following Supplemental Answers to Plaintiff A.D.'s Third Interrogatories.
25
          1.      Please state the total number of persons who were in possession of working (*i.e.,* not
26
   disabled) Login Credentials for the Navitaire Reservations System as of March 28, 2019.
27
   **ANSWER:**    2,281.
28
                                              - 1 -

2.     Please state the total number of persons to whom Frontier issued Login Credentials for the Navitaire Reservations System for the first time, or who were permitted by Frontier to create their own Login Credentials for the Navitaire Reservations System for the first time, on any date after March 28, 2019, up to the present time.

**ANSWER:**    6,933.

DATED: October 5, 2021

Respectfully submitted,

**FRONTIER AIRLINES, INC.**

Brian T. Maye *(*admitted *pro hac vice*)
Tara Shelke (admitted *pro hac vice*)
Matthew D. Martin (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email:  bmaye@amm-law.com
       tshelke@amm-law.com
       mmartin@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

- 2 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

Pursuant to LR IC 4-1, I hereby certify that on October 5, 2021, the foregoing was served upon the following counsel of record *by email only*:

John D. McKay
PARK AVENUE LAW LLC
127 West Fairbanks Avenue, Suite 519
Winter Park, Florida 32789
Phone: (800) 391-3654
Email: johndmckayatty@gmail.com

Timothy R. Titolo
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

*Attorneys for Plaintiffs*

Brian T. Maye (admitted *pro hac vice*)
Tara Shelke (admitted *pro hac vice*)
Matthew D. Martin (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
            tshelke@amm-law.com
            mmartin@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

- 3 -

## **<u>VERIFICATION</u>**

I certify under penalty of perjury that the foregoing ***Defendant Frontier Airlines, Inc.'s***

***Answers to Plaintiff A.D.'s Third Set of Interrogatories*** are true and correct.


Date: <u>10-6-21</u>

<u>HOWARD DIAMOND</u>

1  CHARLES A. MICHALEK
   Nevada Bar No. 5721
2  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
   700 South Third Street
3  Las Vegas, Nevada 89101
   Phone: (702) 383-3400
4  Email: cmichalek@rmcmlaw.com

5  BRIAN T. MAYE (admitted *pro hac vice*)
6  TARA SHELKE (admitted *pro hac vice*)
   MATTHEW D. MARTIN (admitted *pro hac vice*)
7  ADLER MURPHY & McQUILLEN LLP
   20 South Clark Street, Suite 2500
8  Chicago, Illinois 60603
   Phone: (312) 345-0700
9  Email: bmaye@amm-law.com
           tshelke@amm-law.com
10          mmartin@amm-law.com

11
   *Attorneys for Defendant FRONTIER AIRLINES, INC.,*
12 *SCOTT WARREN, and REX SHUPE*

13           **UNITED STATES DISTRICT COURT**
                 **DISTRICT OF NEVADA**
14

15 PETER DELVECCHIA, individually and as      )   Case No.: 2:19-cv-01322-KJD-DJA
   next friend of A.D., a Minor,              )
16                                            )
                      *Plaintiffs*,           )   **FRONTIER AIRLINES, INC.'S**
17                                            )   **ANSWERS TO**
   v.                                         )   **PLAINTIFF PETER DELVECCHIA'S**
18                                            )   **THIRD INTERROGATORIES**
   FRONTIER AIRLINES, INC.,                   )
19 SCOTT WARREN, and REX SHUPE                )
                                              )
20                    *Defendants*.           )
   _____ )
21

22           **DEFENDANT FRONTIER AIRLINES, INC.'S**
   **ANSWERS TO PLAINTIFF PETER DELVECCHIA'S THIRD INTERROGATORIES**

23
           Defendant FRONTIER AIRLINES, INC. ("Frontier") by its undersigned attorneys provides the
24
   following Answers to Plaintiff Peter DelVecchia's Third Interrogatories.
25

26 / / /

27 / / /

28
                                      - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

     1.     Please identify by full name, current job title, current job description, and current principal assigned job location each and every person who has accessed the **DelVecchia PNR** at any time on or after March 28, 2019. If any such person's current job title, job description and/or principal job location is different from their job title, job description and/or principal assigned job location at the time(s) that they accessed the **DelVecchia PNR**, please also state what that person's job title, job description and principal assigned job location was at the time(s) of accessing the **DelVecchia PNR**. If any such person is no longer employed by **Frontier**, please also state the most recent address, telephone number and email address for such person contained in **Frontier's** records.

**ANSWER:**     Frontier objects to Plaintiff Peter DelVecchia's Third Interrogatory No. 1 because it is not relevant to any party's claims or defenses. Subject to and without waiving such objection, Beth Zimmerman, Customer Relations Advocate in Denver, CO.

     2.     Please state the most recent address, telephone number and email address contained in **Frontier's** records for Matthew Anderson, who is identified as "Customer Relations Advocate" in the **DelVecchia PNR**.

**ANSWER:**                    .com
      240-

     3.     Please identify what the initials "FLB" stand for in the following sentence quoted from the page of the **DelVecchia PNR** bearing Bates number 19AZF0229 DELVECCHIA FRONTIER 0095: "FLB charged is as a racist incident." Please also identify by full name, current job title, current job description, and current principal assigned job location each and every person who is known to **Frontier** as having had any involvement in the action described in the **DelVecchia PNR** by the phrase "FLB charged it as racist incident."

**ANSWER:**     On information and belief, FLB is a typographical error, and it was intended to be "FBI."

     4.     Please state the current job title, current job description, and current principal assigned job location of the persons identified in the **DelVecchia PNR** as Jason Grimes, Lawrence Caravalho, and Angelica Paulo. If any of those named persons is no longer employed by **Frontier**, please also state the most recent address, telephone number and email address for such person contained in **Frontier's** records.

**ANSWER:**     Jason Grimes, Flight Attendant, Chicago, IL.

     Lawrence Caravalho is not a past or present Frontier employee.

     Angelica Paulo is not a past or present Frontier employee.

     5.     Please state the full names, addresses, telephone numbers, email addresses and seat assignments on **Flight 2067** of all persons who were assigned seats in Rows 1 through 16 of the **Aircraft**, and the full names, addresses, telephone numbers, email addresses and seat(s) occupied on **Frontier 2067**

of all persons who moved to a seat in Rows 1 through 16 of the **Aircraft** after previously being assigned a seat in a different Row.

**ANSWER:**    See documents produced as Frontier 705-709.

DATED this 25th day of June, 2021                Respectfully submitted,

                                                           **FRONTIER AIRLINES, INC.**

                                                           */s/ Brian T. Maye*
                                                           Brian T. Maye *(*admitted *pro hac vice*)
                                                           Tara Shelke (admitted *pro hac vice*)
                                                           Matthew D. Martin (admitted *pro hac vice*)
                                                           ADLER MURPHY & McQUILLEN LLP
                                                           20 South Clark Street, Suite 2500
                                                           Chicago, Illinois 60603
                                                           Phone: (312) 345-0700
                                                           Email: bmaye@amm-law.com
                                                                     tshelke@amm-law.com
                                                                     mmartin@amm-law.com

                                                           Charles A. Michalek (Nevada Bar No. 5721)
                                                           ROGERS, MASTRANGELO, CARVALHO &
                                                           MITCHEL
                                                           700 South Third Street
                                                           Las Vegas, Nevada 89101
                                                           Phone: (702) 383-3400
                                                           Email: cmichalek@rmcmlaw.com

- 3 -

**CERTIFICATE OF SERVICE**

Pursuant to LR IC 4-1, I hereby certify that on the 25th Day of June, 2020, the foregoing **DEFENDANT FRONTIER AIRLINES, INC.'S ANSWERS TO PLAINTIFF PETER DELVECCHIA'S THIRD INTERROGATORIES** was served upon the following counsel of record *by email only*:

John D. McKay
PARK AVENUE LAW LLC
127 West Fairbanks Avenue, Suite 519
Winter Park, Florida 32789
Phone: (800) 391-3654
Email: johndmckayatty@gmail.com

Timothy R. Titolo
TITOLO LAW OFFICE
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Phone: (702) 869-5100
Email: tim@titololaw.com

***Attorneys for Plaintiffs***

*/s/ Brian T. Maye*
Brian T. Maye *(*admitted *pro hac vice)*
Tara Shelke (admitted *pro hac vice*)
Matthew D. Martin (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com
          tshelke@amm-law.com
          mmartin@amm-law.com

Charles A. Michalek (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO &
MITCHEL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

- 4 -