MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com

JOHN D. MCKAY, California Bar No. 220202 (*admitted pro hac vice*)
**PARK AVENUE LAW LLC**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (434) 531-9569 / Fax: (407) 264-6551
Email: johndmckayatty@gmail.com

*Counsel for Plaintiffs Peter DelVecchia and A.D., a Minor*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| PETER DELVECCHIA, *et al.*, | ) | Case No: 2:19-CV-01322-KJD-DJA |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **DECLARATION OF** |
| | ) | **JOHN D. McKAY IN SUPPORT OF** |
| vs. | ) | **PLAINTIFFS' MOTION** |
| | ) | **FOR LR IC 3-7(c) RELIEF** |
| | ) | |
| | ) | |
| FRONTIER AIRLINES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, John D. McKay, hereby make this Declaration pursuant to 28 U.S.C. §1746:

1.  I am counsel for Plaintiffs in this action, along with Margaret McLetchie and Leo Wolpert.

2.  I have personal knowledge of the matters set forth below and am competent to testify about them.

3. Ms. McLetchie, Mr. Wolpert and I worked late into the evening on November 30, 2023 to get Plaintiffs' Response to Defendants' Motion for Summary Judgment ready for filing by ECF prior to midnight that night. We agreed among ourselves that Mr. Wolpert would do the filing of the Response once it was finished, along with the full exhibits that were not subject to Plaintiffs' Motion for Leave to File Under Seal and cover sheets for those that were subject to that Motion, and I would follow his filing with the filing of the sealed exhibits.

4. At 9:54 p.m. PST on November 30, Ms. McLetchie called me and said that Mr. Wolpert was having difficulty logging onto the Court's ECF system from their office, and she could not log onto it from their home, either. She asked me to try from my home in California. With her still on the line, I tried to log on and found that I could only get a blank white screen and a rotating icon indicating that the computer was trying to connect. My home's internet connection was otherwise working perfectly at the time. I had never encountered this before with the Court's ECF system, or any other Court's ECF system. I continued trying to connect throughout the remaining hours of that evening, trying different browsers (Chrome and Safari), trying my smartphone, and trying to connect after closing my browser and reopening it. All I got were the blank white screen and, if I let it continue to try connecting, messages of "Gateway Timeout," "Your connection was interrupted," and "The site can't be reached." I have attached representative screenshots taken throughout the period between 10:00 p.m. PST and 11:55 p.m. PST as **Exhibit A.** During the entire period, I successfully brought up other sites to confirm that my internet connection was functioning.

5. At 11:57 p.m. PST, the welcome page with the Court's seal at the top appeared, and I thought that it would be possible to finally make the filing in the remaining three minutes of the evening. I have attached a screenshot of the welcome page that I took at that time as **Exhibit B.**

6. However, when I clicked on the "District of Nevada—Document Filing System" link to get to the page for entering my PACER logon credentials, nothing happened. I videotaped

my efforts to get past the welcome page on my smartphone and could show the video to the Court when I am in the Courthouse for a hearing on Monday, December 4, 2023, if the Court would like to review it.

7. I tried to connect to the Court's ECF system until 12:00 midnight, and even for the following ten minutes, all without success.

8. I awoke at approximately 7:40 a.m. PST on December 1, 2023, and tried again, and the ECF system appeared to be functioning normally. I was able to get the Response and unsealed exhibits all filed by 7:49 a.m. PST, and the sealed exhibits all filed by 8:23 a.m. PST.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 1, 2023.

_____

John D. McKay

**Exhibit A**




# Gateway Timeout

The gateway did not receive a timely response from the upstream server or application.

*Apache Server at ecf.nvd.uscourts.gov Port 443*



# Your connection was interrupted

Your computer went to sleep.

ERR_NETWORK_IO_SUSPENDED

Reload



## This site can't be reached

**ecf.nvd.uscourts.gov** took too long to respond.

Try:

- Checking the connection
- [Checking the proxy and the firewall](#)

ERR_TIMED_OUT

Details        Reload







# Your connection was interrupted

Your computer went to sleep.

ERR_NETWORK_IO_SUSPENDED

Reload



**Exhibit B**





Welcome to the United States District Court for the District of Nevada

**District of Nevada - Document Filing System**

This message is contained in the file OperationNotice.htm.
You may use this file to alert users to current CM/ECF operational issues.

27August2021

Court Information