UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRONTIER AIRLINES, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-01322-KJD-DJA <br><br> **Order – Granting Motion to Extend Time to File a Response** |

Presently before the Court is Plaintiffs' Motion to Extend Time to File a Response to Defendants' Motion for Summary Judgment (#269/270). In their motion, Plaintiffs requested an extension of fourteen (14) days from their current deadline of November 16, 2023. (#269, at 2). As Plaintiffs' response was already due at the time they filed their motion for extension, the Court ordered Defendants to file an expedited response. (#272).

Subsequently, Defendants filed a response, arguing that they do not oppose Plaintiffs' request, so long as they are given the same extension to file their reply in support of their Motion for Summary Judgment. (#274, at 2). In reply, Plaintiffs assert they would not oppose such a request if Defendants needed such an extension. (#275, at 2). Therefore, having read and considered the motion, and good cause being found, the Court grants Plaintiffs' motion.

Accordingly**, IT IS HEREBY ORDERED** that Plaintiffs' Motion to Extend Time to File a Response to Defendants' Motion for Summary Judgment (#269) is **GRANTED**. Plaintiffs will have until December 15, 2023, to file their response to Defendants' Motion for Summary Judgment. **IT IS FURTHER ORDERED** that Plaintiffs' Motion for Relief (#297) is denied as **MOOT**.

Dated this 30th day of November 2023.

_____
Kent J. Dawson
United States District Judge