UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FRONTIER AIRLINES, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-01322-KJD-DJA <br><br> **Order – Granting Motion For Leave to Exceed Page Limit** |

 Presently before the Court is Plaintiffs' Motion for Leave to File Excess Pages (#273). Defendants filed an opposition in response (#276) to which Plaintiffs replied (#277). Plaintiffs seek permission to file a response to Defendants' Motion for Summary Judgment with an additional twenty-one (21) pages.

 Under Local Rule 7-3(a), a response to a motion for summary judgment is limited to 30 pages, excluding exhibits. LR 7-3(a). A motion to exceed this page limit will be granted only upon a showing of good cause and must be filed before the underlying motion is due. LR 7-3(c). Here, Plaintiffs argue that additional pages are warranted because of the numerous legal and factual issues that must be addressed. (#273, at 2). Plaintiffs assert that the facts alone take up 25 pages of their motion. Id. In response, Defendants argue that Plaintiffs' motion "should be denied for the simple reason that it was not filed before the due date of the underlying brief, and, thus, violates this Court's own Local Rules." (#276, at 3). While the Court agrees with Defendants' application of LR 7-3, it nonetheless grants Plaintiffs' motion.

 Recently, the Court granted Plaintiffs' request for a fourteen (14) day extension in which to file their response to Defendants' Motion for Summary Judgment. Based on this new deadline, the Court finds that Plaintiffs' Motion for Leave to File Excess Pages is timely filed. Therefore, having read and considered Plaintiffs' motion and good cause having been found, Plaintiffs' motion is hereby granted.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File Excess Pages (#273) is **GRANTED**. Plaintiffs' response is limited to fifty-one (51) pages, and it must include a table of contents and a table of authorities. The table of contents and table of authorities will count towards the overall page limit.

Dated this 5th day of December 2023.

_____
Kent J. Dawson
United States District Judge