MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com

JOHN D. MCKAY, California Bar No. 220202 (*admitted pro hac vice*)
**PARK AVENUE LAW LLC**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (434) 531-9569 / Fax: (407) 264-6551
Email: johndmckayatty@gmail.com

*Counsel for Plaintiffs Peter DelVecchia and A.D., a Minor*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> ) <br> FRONTIER AIRLINES, INC., *et al.*, ) <br> ) <br> Defendants. ) | Case No: 2:19-CV-01322-KJD-DJA <br><br> **PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (ECF NO. 266)** <br><br> **INDEX OF EXHIBITS** <br><br> **N.B.: ALL EXHIBITS WERE PREVIOUSLY FILED AT ECF NO. 281** |

*Exhibits in bold have been filed under seal to comply with the Protective Order(s) entered in the case.*

**Exhibit 1: ………………Plaintiffs' Navitaire Passenger Name Record (PNR)**

**Exhibit 2: ………………Expert Report of Captain Vickie R. Norton, BSME, MSc, ATP**

Exhibit 3: ………………Transcript of Deposition of Flight Attendant Anna Bond

Exhibit 4: ……………...Transcript of Deposition of Passenger Witness Christopher Campbell

Exhibit 5: ………………Transcript of Deposition of Flight Attendant Amanda Nickel

**Exhibit 6: ………………Transcript of Deposition of Matthew W. Hughey, M.Ed., Ph.D. with Exhibit 1 (Expert Report) and Exhibit 1 (c.v.)**

Exhibit 7: ………………Transcript of (Complete) Deposition of Plaintiff A.D.

Exhibit 8: ………………Transcript of Deposition of First Officer Shawn Mullin (SSI material redacted)

Exhibit 9: ………………U.S. Department of Transportation "Guidance for Airline Personnel on Non-discrimination in Air Travel" and Related January 13, 2017 News Release

**Exhibit 10: ……………..Transcript of Frontier Airlines, Inc. Rule 30(b)(6) Deposition with Exhibits**

Exhibit 11: ……………..Transcript of Deposition of Passenger Turkessa Vanrensalier-Wideman

Exhibit 12: ……………..Transcript of Deposition of Passenger Brianna Hayes

Exhibit 13: ……………..Transcript of Deposition of Passenger Rashaad Wormack

Exhibit 14: ……………..DVD of Deposition of Flight Attendant Chelsie (Bright) Sakurada (manually filed)

**Exhibit 15: ……………..Transcript of Deposition of Captain Vickie R. Norton, BSME, MSc, ATP**

**Exhibit 16: ……………..  Transcript of Deposition of Leah Sampson, MSW, LCSW**

Exhibit 17: ……………..Transcript of Deposition of Passenger Taleik Johnson

Exhibit 18: ……………..Declaration of Christopher Higgins

Exhibit 19: ……………..Transcript of Deposition of Amanda DelVecchia

Exhibit 20: ……………..Transcript of Deposition of Gayle DelVecchia

Exhibit 21: ……………..Transcript of Deposition of Alexis Franzese, Ph.D.

**Exhibit 22: …………….Transcript of Deposition of Kenneth Carnes, M.D.**

**Exhibit 23: …………….Transcript of Deposition of Bruce Lasker, M.D.**

**Exhibit 24: ……………..Transcript of Deposition of Lindsey Ohler, PsyD. With Exhibit 1 (Confidential Expert Report) and Exhibit 2 (c.v.)**

**Exhibit 25: …………….. Transcript of Deposition of Gustavo Halley, Psy.D. With Exhibit 1 (Confidential Expert Report) and Exhibit 2 (c.v.)**

**Exhibit 26: ……………..Transcript of Deposition of Lori Merritt (A.D.'s teacher)**

**Exhibit 27: ……………..Transcript of Deposition of Leslie Bryant (A.D.'s principal)**

**Exhibit 28: ……………..Transcript of Deposition of Lawrence Caravalho**

**Exhibit 29: ……………..Transcript of Deposition of Angelica Paulo**

Exhibit 30: ……………..Frontier Interrogatory Answers relating to access to Plaintiffs' PNR