UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　v.<br><br>FRONTIER AIRLINES, INC., et al.,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:19-cv-01322-KJD-DJA<br><br>**Order – Granting Motion to Extend Time to File a Reply** |

　　Presently before the Court is Defendants' Motion to Extend Time to File Reply in Support of Motion for Summary Judgment (#302). Currently, Plaintiffs' response is due on December 15, 2023. (#299). Defendants' motion requests an extension of twenty-one (21) days in which to file their reply. (#302, at 3). In a previous filing, Plaintiffs asserted they would not oppose such a request if Defendants sought an extension of two weeks or less. (#275, at 2). Therefore, having read and considered the motion, and good cause being found, the Court grants Defendants' motion.

　　Accordingly**, IT IS HEREBY ORDERED** that Defendants' Motion to Extend Time to File a Reply in Support of Motion for Summary Judgment (#302) is **GRANTED**. Defendants will have up to, and including, January 5, 2024, to file their reply in support of their Motion for Summary Judgment.


Dated this 12th day of December 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge