CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

BRIAN T. MAYE, ESQ.
RICHARD C. HARRIS, ESQ.
HINSHAW & CULBERTSON LLP
151 North Franklin Street
Suite 2500
Chicago, Illinois 60606
Phone: (312) 422-5713
Email: bmaye@hinshawlaw.com
       rharris@hinshawlaw.com

*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | | |
|---|---|---|
| PETER DELVECCHIA, *et al.*, | ) | **Case No: 2:19-CV-01322-KJD-DJA** |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **NOTICE OF IN CAMERA SUBMISSION** |
| | ) | |
| FRONTIER AIRLINES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to LR IA 10-4 and this Court's Order dated January 9, 2024 (ECF No. 308), the Defendants, FRONTIER AIRLINES, INC., REX SHUPE, and SCOTT WARREN hereby notify the Court and Plaintiffs' counsel that it has submitted certain documents for the Court's in camera review. Defendants have proposed that certain materials be redacted from Exhibits 1, 2, 6, 10, and 15, as were attached to Plaintiffs' Motion to File Exhibits to Response to Defendants' Motion for Summary Judgment Under Seal. [ECF No. 280.] Defendants have also mailed copies of said proposed redactions to Plaintiffs' counsel.

1

2   DATED this 30TH day of January 2024.          Respectfully submitted,

3                                                            */s/ Richard C. Harris_____*
                                                             Richard C. Harris, Esq. (admitted *pro hac vice*)
4                                                            HINSHAW & CULBERTSON LLP
                                                             151 N. Franklin Street, Suite 2500
5                                                            Chicago, Illinois 60606
6                                                            rharris@hinshawlaw.com

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on January 30, 2024, I caused the foregoing to be electronically filed with the United States District Court for the District of Nevada using the CM/ECF system.

By: */s/ Richard C. Harris*