CHARLES A. MICHALEK, ESQ.
Nevada Bar No. 5721
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
700 South Third Street
Las Vegas, Nevada 89101
Phone: (702) 383-3400
Email: cmichalek@rmcmlaw.com

BRIAN T. MAYE, ESQ.
HINSHAW & CULBERTSON LLP
151 North Franklin Street
Suite 2500
Chicago, Illinois 60606
Phone: (312) 422-5713
Email: bmaye@hinshawlaw.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, ) | **Case No: 2:19-CV-01322-KJD-DJA** |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **NOTICE OF FILING REDACTED EXHIBITS PURSUANT TO COURT ORDER [ECF NO. 313]** |
| ) | |
| FRONTIER AIRLINES, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pursuant to this Court's Order dated February 5, 2024 [ECF No. 313], the Defendants, FRONTIER AIRLINES, INC., REX SHUPE, and SCOTT WARREN hereby notify the Court and Plaintiffs' counsel that they have filed the redacted versions of Plaintiffs' Exhibits 2, 6, 10, and 15, as were attached to Plaintiffs' Motion to File Exhibits to Response to Defendants' Motion for Summary Judgment Under Seal. [ECF No. 280.]

DATED February 7, 2024.                    Respectfully submitted,

                                           */s/ Richard C. Harris*_____
                                           Richard C. Harris, Esq. (admitted *pro hac vice*)
                                           HINSHAW & CULBERTSON LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

151 N. Franklin Street, Suite 2500
Chicago, Illinois 60606
bmaye@hinshawlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2024, I caused the foregoing to be electronically filed with the United States District Court for the District of Nevada using the CM/ECF system.

By: */s/ Richard C. Harris*