**EXHIBIT 6**

**Deposition of Matthew W. Hughey, M.Ed., Ph.D. including Exhibit 1 (Expert Report) and Exhibit 2 (c.v.)**

Page 1

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


PETER DELVECCHIA, et al.,          :   Case No.

                                   :   2:19-cv-01322-KJD-NJK

        Plaintiffs,                :

v.                                 :

FRONTIER AIRLINES, INC., et al.,:

        Defendants.                :   FEBRUARY 20, 2023




VIDEOTAPED DEPOSITION OF:

MATTHEW W. HUGHEY, M.Ed., Ph.D.

(taken via Zoom videoconference)



*** C O N F I D E N T I A L ***



Page 2

1   APPEARANCES:
2

    Representing the Plaintiffs:
3

       PARK AVENUE LAW
4      201 Spear Street, Suite 1100
       San Francisco, CA  94105
5      BY:  JOHN D. MCKAY, ESQ.
       (434) 531-9569
6      johnmckayatty@gmail.com
7

8   Representing the Defendants:
9

       ADLER MURPHY & MCQUILLEN
10     20 South Clark Street, Suite 2500
       Chicago, IL  60603
11     BY:  RICHARD C. HARRIS, ESQ.
       (312) 345-0700
12     rharris@amm-law.com
13

14

15  IN ATTENDANCE:
    Peter DelVecchia
16  Chris Dinya, Videographer
17

18

19

20

21

22

23

24

25



```
                                                        Page  3
1                         I   N    D   E   X

2

    WITNESS                  DIRECT   CROSS   REDIRECT   RECROSS
3

    Matthew W.
4    Hughey, M.Ed., Ph.D.   5       117      126

5

6   EXHIBITS:                                           PAGE:

7   Plaintiff's

    Exhibit 1, Dr. Hughey's report................... 120
8

    Exhibit 2, Dr. Hughey's CV....................... 121
9

10  *  Exhibits marked and retained by reporter,
       to be attached to original transcript and copies
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Page 4

1                          STIPULATIONS

2

3        It is hereby stipulated and agreed by and among

4    counsel for the respective parties that all formalities

5    in connection with the taking of this deposition,

6    including time, place, sufficiency of notice, and the

7    authority of the officer before whom it is being taken,

8    may be and are hereby waived.

9        It is further stipulated and agreed that objections

10   other than as to form are reserved to the time of trial.

11       It is further stipulated and agreed that the reading

12   and signing of said deposition by the deponent is hereby

13   not waived.

14       It is further stipulated that the proof of the

15   qualifications of the Notary Public before whom the

16   deposition is being taken is hereby waived.

17

18

19

20

21

22

23

24

25



Page 5

```
 1            COURT REPORTER:  Will the attorneys
 2       agree to the usual stipulations, the virtual
 3       testimony and the remote oath?
 4            ALL:  Agreed.
 5            COURT REPORTER:  Reserve read and sign,
 6       Attorney McKay?
 7            MR. MCKAY:  Yes.
 8            VIDEOGRAPHER:  We are now on the record.
 9       This begins Video No. 1 in the deposition of
10       Matthew W. Hughey, M.Ed., Ph.D., in the
11       matter of Peter DelVecchia v. Frontier
12       Airlines, Inc., et al.
13            Today is Monday, February 20th, 2023,
14       and the time is now 1:01 p.m.  Counsel and
15       all parties present will be noted on the
16       stenographic record.
17            Will the court reporter please swear in
18       the Witness?
19
20     MATTHEW W. HUGHEY, M.Ed., Ph.D., Deponent, having
21   been first duly sworn, was examined and deposed as
22   follows:
23
24            MR. HARRIS:  Before we get going, I do
25       need to state for the record that certain
```



Page 6

```
1          portions of this deposition may concern

2          documents that the parties have marked as

3          confidential.  To the extent that today's

4          testimony relates to any of those items, I'm

5          going to designate the corresponding

6          portions of the transcript as confidential

7          under the parties' protective order in this

8          case.

9              Attorney McKay, is that okay with you?

10             MR. MCKAY:  Yes, it is.

11

12   DIRECT EXAMINATION BY MR. HARRIS:

13

14       Q.  (By Mr. Harris)  Okay.  Dr. Hughey -- is it

15   okay if I call you Doctor?

16       A.  That's fine.  Sure.

17       Q.  And we just got your name on the record, so

18   we can hopefully get through some of these formalities.

19             You're physically at -- I heard you say

20   you're in Connecticut today?

21       A.  Correct.

22       Q.  Are you in a home office or work office?

23       A.  Home office.

24       Q.  You're in your home office.

25             And is anyone else with you?  Are you by
```



1   yourself?

2          A.   By myself.

3          Q.   Okay.  Have you ever been deposed before,

4   Doctor?

5          A.   Yes.

6          Q.   I thought maybe you had.  So you know the

7   general ground rules.  It's important to state your

8   answers clearly for the record rather than nodding.  If

9   you don't understand one of my questions, please, by

10  all means, ask me to rephrase, explain it.

11              Doctor, who retained your services in this

12  case?

13         A.   Attorney John McKay.

14         Q.   Okay.  Have you previously worked with

15  Mr. McKay on any other cases?

16         A.   No.

17         Q.   Okay.  When's the first time you were

18  contacted and retained by Mr. McKay?

19         A.   Oh, my gosh.  It's been a while now.  I

20  believe sometime in 2021.

21         Q.   Okay.  You charge an hourly rate for your

22  services, Doctor?

23         A.   That's correct.

24         Q.   Okay.  And you prepared a report for this

25  case?



Page 8

1     A.  Yes.

2     Q.  About how much time would say you spent

3 reviewing materials and preparing your report?

4     A.  Oh, gosh.  I could dig those up, but

5 ballpark, probably around 20 -- 15 to 20, somewhere in

6 there, maybe more, maybe less, without looking at my

7 files.

8     Q.  Did you issue any bills, invoices?

9     A.  Yes.

10    Q.  Okay.  Do you have copies of those?

11    A.  Yes.

12    Q.  Okay.

13    MR. HARRIS:  John, can we get those

14    after the dep?  I don't think we have them

15    yet, do we?

16    MR. MCKAY:  I don't think you've

17    requested them.

18    MR. HARRIS:  Okay.  I can request them

19    now, or we can do it formally later.

20    MR. MCKAY:  We can do it later.

21    MR. HARRIS:  Okay.  So now I'm going to

22    try this miracle of modern technology on the

23    share screen.  It worked before.  And by

24    golly, there it is.

25    Q.  (By Mr. Harris)  Can you see your report on



Page 9

1    the screen, Doctor?

2           A.   I can, if my reading glasses are clear.

3    Okay.

4           Q.   Okay.  So I think my plan today is pretty

5    simple.  We're just going to walk through this report

6    and talk about some of your statements therein.

7                I see at the top the report's dated

8    February 25th, 2022.  That's the date that you

9    submitted this report to Mr. McKay, I presume?

10          A.   Yes.

11          Q.   Okay.  And, Doctor, you said you've been

12   deposed before, so you understand that this deposition

13   is going to be adversarial in nature, right?

14          A.   I do.

15          Q.   Right.  So, you know, my job today -- part

16   of my job is to challenge you on some of your opinions

17   in this case, right?  And you're going to challenge me

18   back.  Does that sound about right?  We're okay with

19   that?

20          A.   I understand that you challenge.  I don't

21   have anything to challenge you about.

22          Q.   Okay.  Well, you're going to defend

23   yourself, though, and we get it.  And these are some

24   sensitive issues today.  We all understand that.  So,

25   you know, even if we agree to disagree, that's fine.



Page 10

```
 1   I'm going to really strive to just keep this a civil --
 2   you know, kind of a conversational tone today.
 3           I understand we're talking about really
 4   important sensitive stuff, but I think it's important
 5   that we also just agree to maintain decorum ahead of
 6   time.  Are you with me on that?
 7           A.  Sure.
 8           Q.  All right.  So your introductory statement
 9   here, Doctor, you state that you hold a doctorate in
10   sociology and you're a tenured, full professor of
11   sociology at the University of Connecticut.
12           I don't need to spend a long time dwelling
13   on your -- on your qualification, but could you please
14   elaborate a little bit on your education, your degrees,
15   your level of training, your occupation, and anything
16   you see fit to relay?
17           A.  Sure.  I have a bachelor's degree in
18   sociology from the University of North Carolina at
19   Greensboro; a master's degree in cultural studies from
20   Ohio University, along with a graduate certificate in
21   women's studies from Ohio University; a graduate
22   certificate in religious studies from Harvard.  I am a
23   master's degree candidate in religion at Harvard,
24   graduating this May, and a Ph.D. in sociology from the
25   University of Virginia.  Those are my degrees.
```



1          As far as being a tenured, full professor,

2     the professoriate has ranks within it.  We can think of

3     it similar to military ranks.  You have assistant

4     professors that come in on the tenure track, generally

5     spending anywhere from five to eight years attempting

6     to earn tenure.  Once they do, they're generally

7     tenured and promoted to the level of associate

8     professor.  People can spend one to forever years at

9     the level of associate professor.

10          Once they have established a pretty

11     substantial body of research, teaching, and service to

12     the discipline and university, they can apply to the

13     rank of full professor, and that is my current rank.

14          Q.  Okay.  You testified in some other cases.  I

15     presume you've been qualified as an expert to testify

16     in some other cases on issues involving racial

17     discrimination?

18          A.  That's correct.

19          Q.  There's a statement here, this top

20     paragraph, introductory statement that says you'll be

21     providing expert opinions and testimony in the case of

22     Peter DelVecchia vs. Frontier Airlines.  And the quote

23     I'm looking at is, On the subject of racial

24     discrimination under 42 USC Section 1981.

25          Doctor, what do you mean when you say that



Page 12

1   phrase, On the subject of racial discrimination under

2   42 USC Section 1981?  Can you expand on that a little?

3        A.  Not too much other than that's simply, as I

4   understand, the legal jurisdiction that this case is

5   being brought to court under.

6        Q.  Do you have any formal legal training,

7   Doctor?

8        A.  No formal legal training, no.

9        Q.  So when -- are your opinions on the, quote,

10  subject of racial discrimination -- are you talking

11  about the subject as it's specifically interpreted and

12  applied under Section 1981 or in more general terms

13  from a sociologist's standpoint?

14       A.  Under more general terms.  That's why I used

15  the word "under" because it says pertaining to this

16  case.

17       Q.  Okay.  The next section here we have,

18  Doctor, is "Materials Provided."  It's a very extensive

19  list.  It includes video depositions, several

20  transcripts of depositions.  These are the materials

21  you reviewed in forming your opinions and drafting your

22  report today?

23       A.  Read or reviewed, I believe.

24       Q.  Okay.  So do you recall how many -- how many

25  actual documents you listed here, Doctor, how many



Page 13

1    pages of records?

2           A.   No.   That's why they're listed there.   I

3    don't recall the number quantitatively.

4           Q.   If I was to tell you that it was 5,766,

5    would you have any reason to dispute that?

6           A.   Pages or documents?

7           Q.   Pages -- pages of documents.

8           A.   Probably that's about right.

9           Q.   Okay.   You said, Doctor, you only spent

10   about 20 hours on this.   So is it fair to say that some

11   of these records you probably reviewed more thoroughly

12   than others?

13           MR. MCKAY:   Objection to the form of the

14       question.

15           Q.   (By Mr. Harris)   You can answer.

16           A.   Well, again, I don't recall offhand how --

17   exactly how many hours, but I'm sure there was

18   variation in how much time I spent on a particular

19   document, sure.

20           Q.   Okay.   Did you work with anybody else in

21   preparation of your report, Doctor?

22           A.   Just myself.

23           Q.   Did you talk to Mr. McKay about your report?

24           A.   Early on when he first contacted me about

25   retaining my services, what he -- what he was looking



```
                                              Page 14
 1   for.

 2          Q.   And about how often do you think you talked

 3   to or conversed with Mr. McKay as you were preparing

 4   your report?

 5          MR. MCKAY:  I'll object to that.  That's

 6          protected under Rule 26, Counselor.

 7          MR. HARRIS:  I'm not asking for the

 8          content of the conversation.  I'm just

 9          asking how many times he talked.

10          MR. MCKAY:  That's still protected, I

11          believe.

12          Q.   (By Mr. Harris)  You can answer, Doctor.

13          A.   I'm sorry.  Say again.

14          Q.   You can answer the question.  I'm just

15   asking about how many times you spoke with Mr. McKay --

16   email, phone call.

17          A.   Not often, so I don't -- I don't remember,

18   yeah.

19          Q.   And you said you didn't talk to anybody

20   else.  You didn't talk to Peter DelVecchia about the

21   case?

22          A.   No.

23          Q.   You didn't interview any of the witnesses

24   involved with the case?

25          A.   No.
```



Page 15

1          Q.   You didn't interview any of the DelVecchias'

2     doctors or any of the flight attendants involved in the

3     case?

4          A.   No.

5          Q.   Okay.  As we go through your report, the

6     recent cases here -- by my count, I see seven recent

7     cases that you've listed in this section that you've

8     testified in previously; is that correct?

9          A.   One, two, three -- yes, that's seven there.

10         Q.   Okay.  In the seven cases, were you retained

11    by the defense or the plaintiffs?

12         A.   I'd have to look that up.  I think more

13    often by plaintiffs.

14         Q.   Have you ever testified in an expert -- have

15    you ever testified as an expert in a case for the

16    defense?

17         A.   I was just contacted a few months ago by

18    someone that wanted to retain me as an expert for the

19    defense, but I haven't yet testified or been deposed.

20         Q.   How about -- have you ever prepared a report

21    in a case to support the defense?

22         A.   I am unsure.  I don't believe so, but,

23    again, I would have to check to be absolutely certain.

24         Q.   Okay.  Is it fair to say that the best of

25    your recollection, most of your experiences as an


MAGNA
LEGAL SERVICES

Page 16

1    expert witness have been to support the plaintiffs in a

2    case?

3           A.  I wouldn't phrase it that way.

4           Q.  Okay.

5           A.  I don't see my -- my expertise is to support

6    one side or the other.  I just analyze what I'm given.

7           Q.  Okay.  Do you recall the specific opinions

8    or the subject of the opinions that you were offered in

9    the cases that you have listed here?

10          A.  They all had to do with racial

11   discrimination, broadly speaking.

12          Q.  In the majority of those cases, did you

13   give -- did you offer your opinion that the plaintiff

14   was a victim of discrimination?

15          A.  For those, yes.  I have been contacted by

16   others that when I told them my opinion they didn't

17   want my services.

18          Q.  In the cases that we have listed here,

19   Doctor, these seven cases, is it -- can I assume that

20   they all involve allegations of racial discrimination?

21          A.  Yes.

22          Q.  Okay.  And can you elaborate -- did all of

23   the cases involve allegations of discrimination

24   involving white people and black people?

25          A.  No.  I don't think they all were exclusively



Page 17

1    about white versus black.  This also depends on how you

2    would categorize some people, but not exclusively black

3    and white.

4           Q.  Did any of those cases listed on the screen

5    involve -- and, again, this is -- so, please, Doctor,

6    if I use a phrase that you prefer I didn't use, please

7    just tell me and I'll correct it.  You know, biracial

8    families and things we're going to be talking about

9    today, mixed-race families, I'm sensitive to the fact

10   that -- I don't want to offend anyone, so --

11          Did any of those cases involve biracial

12   families or mixed-race families or what you referred to

13   in your report as transracial adoptions?

14          A.  Not that I recall, no.

15          Q.  Did any of those cases involve plaintiffs

16   who themselves were white and they were claiming

17   discrimination by virtue of something that had happened

18   to another person who was black?

19          A.  I believe a couple of those.  Perhaps with

20   the one at the top, the Minnesota Department of

21   Education one, that one is about -- and Feeding our

22   Future.  That's about two organizations which had many

23   different people of many different racial and ethnic

24   backgrounds within them, so that might qualify as a yes

25   to your question.



Page 18

1        Q.  Okay.  Okay, Doctor.  We're going to move on

2    now to the "Summary of the Facts."  And this section,

3    it starts at the bottom of Page 4 and then it moves on

4    to the top of Page 5 and -- I don't -- I don't want to

5    nitpick through all of these, but do you agree it's

6    important that we form a general understanding on the

7    undisputed facts in this case?

8        A.  Sure.  Yes.

9        Q.  So would you agree with me, based on your

10    understanding of the case -- I mean, generally

11    speaking, Peter DelVecchia is a white man.  He adopted

12    a young boy.  We'll call him AD.  I believe AD was

13    around three years old at the time.

14            MR. MCKAY:  Objection to the form of the

15        question.

16        Q.  (By Mr. Harris)  AD is a black child from

17    Africa.  Peter and AD were passengers on a Frontier

18    flight to Las Vegas.  When the flight landed, they were

19    questioned by law enforcement officers regarding

20    concerns of inappropriate touching.  No criminal

21    charges were filed.  The DelVecchias have now sued

22    Frontier Airlines, Scott Warren, and Rex Shupe.

23            Mr. Warren was working as a flight attendant

24    on the subject flight.  Mr. Shupe was the pilot.  The

25    incident occurred on March 28th, 2019.



```
 1                Does that all sound about right to you?
 2                MR. MCKAY:  Objection to the form of the
 3        question.
 4                THE WITNESS:  In general, yes.
 5        Q.  (By Mr. Harris)  Yeah.  We're just
 6   establishing a foundation, what this case is about
 7   under a 100,000-foot view.
 8                MR. MCKAY:  Objection.  And motion to
 9        strike.
10        Q.  (By Mr. Harris)  I want to talk about the
11   term real quickly before I get going "inappropriate
12   touching."  Your report said that you reviewed an ACARS
13   report.  This is a message that was sent from the
14   flight crew to the folks at Frontier on the ground in
15   Las Vegas.  And if you'd like, we can -- we can pull up
16   the ACARS report and introduce it as an exhibit.
17                Basically, the ACARS report, I can tell you,
18   included references to, quote, unquote, inappropriate
19   touching.
20        A.  What's your question, sir?
21        Q.  Do you recall reviewing that report?
22                MR. MCKAY:  I object to the form of the
23        question.
24                THE WITNESS:  Vaguely.  It's been over a
25        year since I reviewed these, but I do
```



Page 20

1          vaguely recall it.

2          Q.   (By Mr. Harris)  And so sometimes in this

3    case, we talk about inappropriate touching, human

4    trafficking, sexual misconduct.  It uses these

5    different phrases.

6               In the materials that you reviewed, do you

7    recall Frontier or anyone at Frontier saying that they

8    immediately suspected human trafficking or sexual

9    misconduct contemporaneously during the moment?

10         A.   I'm not sure I follow your question.  And

11   also, I'm really unsure of my recollection of these

12   things since I haven't looked at these documents in

13   about a year.

14         Q.   Okay.  At the bottom of Page 4, there's a

15   sentence that begins, During the flight, Peter fell

16   asleep with his head resting on the back of the seat in

17   the row ahead of his.

18               Do we agree, Doctor -- do you agree with me

19   it's undisputed in this case that Peter and AD were

20.  both asleep when the flight attendant Warren

21   encountered them on the plane?

22         A.   I don't remember the specifics of when

23   Warren encountered them as to whether they were both

24   asleep at that time.

25         Q.   Do you agree with me that Peter and AD were



Page 21

1   both asleep when Mr. Warren claimed he saw Peter's hand

2   resting on AD's crotch while they were both sleeping?

3        A.   I believe there was -- that was Warren's

4   statement.

5        Q.   Okay.

6             MR. MCKAY:   Actually, I'll object to the

7             question.  You said he claimed to have

8             observed them in that position while they

9             were sleeping.  He left out the "while they

10            were sleeping" part, so I do object to the

11            way the question was phrased.

12            MR. HARRIS:   Okay.

13       Q.   (By Mr. Harris)  The next sentence in your

14  report, Doctor, Peter was abruptly awakened when Flight

15  Attendant Scott Warren punched or shoved or hit him

16  violently at the base of his skull and the base of --

17  the back of his neck.  He was subsequently diagnosed as

18  having received a concussion.

19            Doctor, do you understand that these are

20  Plaintiff's allegations and that they've been disputed?

21       A.   Yes, I do.

22       Q.   And I believe you said in your report that

23  you reviewed Flight Attendant Warren's deposition

24  transcript.  And are you aware that he's denied those

25  allegations?



Page 22

1          A.   I remember that, yes.

2          Q.   And so his position is that Peter was awake

3     at the time of the in-flight separation and he said he

4     never hit or touched Peter -- laid a hand on him, I

5     think he said.  Does that sound about right?

6          A.   I don't recall those specifics.

7          Q.   But you recall generally Flight Attendant

8     Warren denied those -- those allegations?

9               MR. MCKAY:  Objection to the form of the

10              question.

11              THE WITNESS:  Yes, I believe so.

12         Q.   (By Mr. Harris)  Okay.  Thank you.

13              Doctor, when you're preparing a report like

14    this in a case like this, do you think it's important

15    for an expert in your field to present an objective,

16    unbiased account of the undisputed facts?

17         A.   To the best that we can, yes.

18         Q.   Okay.  And you -- now, you did say you never

19    spoke with Scott Warren; is that correct?

20         A.   That is correct.

21         Q.   Okay.  Do you think your report in a case

22    like this loses any credibility when it kind of adopts

23    the Plaintiff's contested allegations as truth?

24              MR. MCKAY:  Objection, argumentative.

25              Objection to the form of the question.



Page 23

1            THE WITNESS:  I'm not adopting anyone

2       else's point of view.

3            Q.  (By Mr. Harris)  Okay.  But for the terms of

4  our discussion today, you understand that that is a

5  disputed allegation?

6            A.  I do.

7            Q.  Okay.  The next block goes on -- I'll turn

8  the page -- Warren then made false accusations against

9  Peter, including accusations that Peter was engaging in

10 illegal sexual molestation of AD.  The Plaintiffs

11 allege that the aforesaid physical violence and the

12 accusations were based on Warren's belief that Peter

13 was white and should not be traveling with AD, who is

14 black.

15            So you understand that use of the phrase

16 "physical violence," that's a contested allegation,

17 right?

18            A.  I believe so, yes.

19            Q.  And the term "illegal sexual molestation,"

20 is that your term?  Do you recall seeing that anywhere?

21            A.  I may have seen that in one of the, I

22 believe you said, about 5,000-some pages, but I don't

23 recall specifically.

24            Q.  When you say illegal sexual molestation, is

25 it fair to say you're referencing Mr. Warren's claim



Page 24

1    that he saw Peter's hand resting on AD's crotch?

2          A.   That and I believe some of the other

3    references toward touching I believe made under some of

4    the other depositions that were provided to me.

5          Q.   Okay.  I think we'll get to those a little

6    later.

7               As we continue here, Warren had discussed

8    concerns about two passengers previously with Bond,

9    Flight Attendant Chelsie Bright whose married surname

10   is Sakurada, Flight Attendant Amanda Nickel, First

11   Officer Shawn Mullin, and Captain Rex Shupe, and all of

12   them concurred in his belief that Peter was traveling

13   with AD and showing affection toward AD constituted an

14   improper situation that made them all feel

15   uncomfortable.

16              So kind of following up on that last point,

17   Doctor, when you talk about showing affection -- I know

18   one thing that's alleged in the third amended

19   complaint -- which you said you had reviewed in your

20   materials here -- there's an allegation that Peter was

21   stroking AD's face up and down, but then -- pardon

22   me -- during the flight attendant's deposition, she

23   displayed a common gesture that did not suggest any

24   improper conduct or immorality.

25              So is that one of the incidents we're



Page 25

1    talking about when we talk about showing affection, the

2    allegation of stroking the face?

3         A.   I believe that was one of those, yes.

4         Q.   Okay.  Moving on.  The social framework

5    analysis portion of your report, there's a sentence I

6    want to talk about, if I can find it here.  It starts

7    with -- right here, right about here about halfway down

8    the page, if you can see where my cursor is at.

9         A.   I can.

10        Q.   It says, In that vein, sociologists can

11   weigh an actor's or actors' behavior, words,

12   rationales, etc., against a normalized behavior or

13   ideal type in order to ascertain bias, prejudice,

14   discrimination, racism, and the like.

15             Can you talk a little more, Doctor, about

16   the normalized behavior or ideal type?  What do you --

17   can you expand on that point a little bit?

18        A.   I will try my best.  Under a social

19   framework analysis, it is a way of setting up a

20   comparative analysis between the observed or alleged

21   behavior and an ideal type in which that behavior would

22   not exist.  So that's a way of doing a comparative

23   analysis.

24        Q.   So I notice you have ideal type in quotation

25   marks.  Is that a term of art?



Page 26

```
 1          A.  It's a term that goes back to Weberian
 2   sociology from the late 1800s and early 1900s.  It's a
 3   branch of sociology within the larger sociological
 4   tradition.
 5          MR. MCKAY:  Mr. Harris, I'm sorry to
 6          interrupt.  But if we're going to be talking
 7          about specific text, could you please
 8          enlarge this?  I can't read what's on the
 9          screen.
10          THE WITNESS:  It would also help me a
11          bit too.
12          MR. HARRIS:  No problem.
13          MR. MCKAY:  I think you can probably
14          stretch the frame there so that you get the
15          whole page on it.
16          MR. HARRIS:  Well, that might be a
17          little beyond my capabilities.
18          MR. MCKAY:  Well, I think all you do is
19          hover over the -- hover your cursor over the
20          extreme edge.
21          MR. HARRIS:  Like this?
22
23          (Off-record discussion)
24
25          Q.  (By Mr. Harris)  Well, you have a copy of
```



Page 27

```
 1   your report, right, Doctor?
 2              MR. MCKAY:  I need to know exactly what
 3         you're referring to.  I have a copy of it,
 4         too, but when you refer to specific items in
 5         the text, we all need to be able to see that
 6         on the screen.
 7              MR. HARRIS:  All right.  Can we go off
 8         the record real quick and figure this out?
 9              MR. MCKAY:  Sure.
10              MR. HARRIS:  Okay.
11              VIDEOGRAPHER:  The time is now
12         1:30 p.m., and we are off the record.
13
14                        *   *   *   *   *
15
16              VIDEOGRAPHER:  The time is now 1:32
17         p.m., and we are back on the record.
18              MR. HARRIS:  Madam Court Reporter, can
19         you please read back the last question I had
20         asked?
21
22              (Question was read)
23
24              MR. HARRIS:  Thank you.
25         Q.   (By Mr. Harris)  So now we have to find that
```



Page 28

1    again.  Okay.

2              Doctor, we were talking about normalized

3    behavior and ideal type, correct?

4         A.   Correct.

5         Q.   And can you please just refresh me on -- you

6    had said an ideal type is a term of art that goes back

7    quite a ways?

8         A.   It comes from Weberian sociology.  That's

9    W-E-B-E-R, but he was German, so we say Weber instead

10   of Weber.  And that is a brand of sociological analysis

11   and a method for comparing things in small cases or

12   just in the instance of one case of creating an ideal

13   type or a comparative against which the empirical case

14   can be evaluated.

15        Q.   I take it it's your opinion that in this

16   case Frontier, the individual crew members did not

17   exhibit normalized behavior or ideal type?

18        A.   Well, that's the hypothesis that one would

19   try to reject -- right? -- that no bias would be at

20   play.  That would be the ideal type hypothesis.

21        Q.   So in your opinion, if someone did have

22   these traits of normalized behavior or ideal type, how

23   would they have responded in the same situation?

24        A.   You've got to be a lot more specific.  There

25   were a lot of interactions and interests and ideologies



Page 29

1    and so forth at play here.

2         Q.  So it's fair to say that someone with

3    normalized behavior or ideal type, that that standard

4    could change as -- throughout the course of the

5    incident?

6         A.  I don't follow.  I'm sorry.

7         Q.  Let's just take it at the beginning when --

8    let's just say, for instance, we know that the flight

9    attendants approached Peter and AD to determine whether

10   AD was old enough to sit near the exit row.

11        A.  So that's not necessarily, for me, the

12   beginning because all of the documents supplied to me

13   have to do with the training that Frontier does or does

14   not supply, the context in which Peter and AD enter

15   into the plane.

16             There's a lot of, as I delineate there,

17   institutions, ideologies, interests, identities, and

18   interactions here that are the variables at play.  So

19   when you say beginning, things were happening that were

20   supplied to me for me to evaluate that didn't begin at

21   that moment.

22        Q.  When would you -- if you were to describe

23   the encounter, what would you mark as the beginning of

24   the incident or the encounter?

25        A.  I don't know that I would mark it in a



Page 30

1    temporal way.  I'm simply given the documents that I

2    was given and evaluated those against an ideal type.

3            Q.  Can we agree that it would be your opinion

4    that if the Defendants had exhibited normalized

5    behavior or ideal type, there would've been a different

6    outcome in this case?

7            A.  Yes.

8            Q.  Can you speak to what that different outcome

9    might involve or look like?

10           A.  Again, you'd have to specify which precise

11   moment, which precise ideology, which precise

12   interaction to which you are referring.

13           Q.  Let's take, for instance, the crew's

14   conclusion in the ACARS report, the statement in the

15   ACARS report about concerns of inappropriate touching.

16   If someone -- if Frontier and the Defendants exhibited

17   normalized behavior or ideal type, in your opinion,

18   would they have sent the ACARS message reflecting

19   concerns of inappropriate touching?

20           A.  It depends on all the interactions,

21   interests, institutional dynamics that preceded that

22   and came after that.  So I can't cherry-pick one out of

23   that.  That's not what a sociologist does.

24           Q.  Fair enough.  I'll move on.

25               Doctor, can I ask -- are you an experienced



Page 31

1    traveler?  Do you fly a lot?

2           A.   What do you mean by a lot?

3           Q.   Everyone always asks that.  How frequently

4    would you say that you fly on airplanes?

5           A.   Per year, maybe five, six times a year.

6           Q.   I should reference commercial flights, I'm

7    talking about.

8           A.   That's all I fly.

9           Q.   I didn't know if you had corporate -- yeah.

10   Okay.

11          So you've flown enough to recognize that

12   flight attendants -- being a flight attendant is a

13   difficult job.  Would you agree with me on that?

14          A.   I would have no basis for making that

15   analysis of the difficulty or strenuousness of being a

16   flight attendant.

17          Q.   How about -- have you observed flight

18   attendants have lots of responsibilities going on when

19   you -- when you're on an airplane?

20          A.   Sometimes.

21          Q.   So it's fair to say you don't know what the

22   flight attendants' responsibilities are?

23          A.   No.  I know some of them.

24          Q.   Okay.  Let's talk about the ones that you

25   know.  Can we -- have you observed -- what types of



Page 32

1   things have you observed flight attendants tending to

2   during your experience on commercial flights?

3        A.  Well, I've observed them standing there and

4   welcoming you onto the plane.  Sometimes they also work

5   the desk beforehand.  Sometimes, depending on the

6   airline, they're required to do different training.

7   They have different regulations that they're supposed

8   to follow.  I've seen them provide safety instructions,

9   things like that.

10       Q.  And I understand that you reviewed some

11  statutes in your preparation of this report, not a lot.

12  I think your list references Title 49, Transportation,

13  United States Code Sections 4027, 41310, 41702, 41712.

14  It looks like that was six pages of records that you

15  had reviewed.  Does that sound accurate?

16       A.  I didn't memorize those call numbers to

17  them, but I do remember going over some guidelines.

18       Q.  Did you find those statutes yourself, or

19  were those provided by Mr. McKay?

20       A.  Everything was supplied to me by Attorney

21  McKay, I believe.

22       Q.  Okay.  Did Mr. McKay provide you with or are

23  you aware of 49 USC 44 -- Section 44941?  Does that

24  sound familiar?

25       A.  I have not memorized those section numbers,



Page 33

1    so offhand, no.

2            Q.   If I told you that there's a statute wherein

3    congress granted immunity to air carriers and their

4    employees for reporting suspicious behavior to law

5    enforcement, if you had knowledge of that statute's

6    existence, would that have changed your opinion in this

7    matter in any way?

8            A.   If they had immunity, you're asking?

9            Q.   Right.   So congress has, basically,

10   generally speaking, Doctor -- has granted immunity to

11   air carriers and their employees for reporting

12   suspicious behavior.

13            MR. MCKAY:   I'll object to the form of

14            the question, especially for the "generally

15            speaking" portion of it.

16            Q.   (By Mr. Harris)   So, Doctor, there's a

17   statute that grants air carriers and their employers

18   immunity for making reports of suspicious behavior.

19   You did not know about this statute when you prepared

20   your report?

21            A.   I don't recall that one.

22            Q.   Okay.   So now if I told you -- now that we

23   know that the statute exists, does that -- do you think

24   that changes your mind or alters your report in any

25   way?



1              MR. MCKAY:  I'll object to that.  And,

2         Counsel, there is no claim that the making

3         of the ACARS report is a basis for liability

4         in this case.

5              Q.  (By Mr. Harris)  So, Doctor, can you answer

6    the question, please?  Would that change your report at

7    all, your opinions?

8              A.  I would have to read it and analyze it.

9              Q.  Okay.  Just generally the fact that congress

10   has immunized the flight attendants -- I think in other

11   places in your report, you talk about how they've

12   basically been turned into de facto police officers.

13             MR. MCKAY:  Objection.  Argumentative

14        and the statute does not apply to flight

15        attendants.  Sorry.

16             MR. HARRIS:  John, the statute applies

17        to flight attendants.  Can you please let me

18        proceed with the deposition?  Your objection

19        is noted.

20             MR. MCKAY:  That's argumentative, and I

21        object to the form of the question.

22             Q.  (By Mr. Harris)  So, Dr. Hughey, do I take

23   it that my discussion of the statute has not impacted

24   your opinions in any way?

25             A.  I don't believe so since I was unaware of



1    it.

2           Q.   Doctor, any experience in the aviation

3    industry yourself?

4           A.   In terms of me working in the airline

5    industry?  Or what do you mean by your question?

6           Q.   Well, a direct employee or if you've done

7    studies or consulted for airlines in any --

8           A.   I have not worked for an airline or

9    consulted for an airline.  I've read material about

10   kind of social scientific analyses of airline

11   operations.

12          Q.   Okay.  So do you have any experience

13   yourself in developing safety protocols for any

14   institution, whether it be a school or a business or an

15   airline, any commercial endeavor?

16          A.   Depends what you mean by safety.  I've done

17   some consulting with schools, some businesses on

18   developing safety and best practices to avoid

19   discrimination and harassment and so forth, which I

20   believe is under safety.

21          Q.   And have you ever -- any experience working

22   in conjunction with or for a law enforcement?

23          A.   I've done some informal consultations with

24   some law enforcement agencies.

25          Q.   Can you just elaborate a little bit?



Page 36

1        A.   On how to improve or even create

2   antiharassment, antidiscrimination best practices in

3   law enforcement.

4        Q.   Any experience working with victims of sex

5   abuse?

6        A.   Not that I recall.

7        Q.   So when we get to the history of complaint,

8   there's a statement here right where my cursor is, The

9   discrimination at Frontier appears endemic and

10  normalized.  And then -- and I'm not going to do this,

11  Doctor, much.  I promise.  But I want to jump down real

12  quick to Page 10.

13       There's a statement -- yes, right here --

14  The number and frequency of complaints and their

15  content suggested incidents of racial discrimination

16  against passengers were rampant at Frontier.

17       MR. MCKAY:   It says, Are rampant at

18       Frontier.

19       MR. HARRIS:  Are rampant at Frontier.

20       Q.   (By Mr. Harris)  Do you stand by that

21  opinion here today, Doctor?

22       A.   (Reading)  I'm not sure if I meant against

23  passengers or by passengers there.  That might've been

24  a typo.

25       Q.   This statement here, though, it's



1   generally -- would you agree? -- consistent with your

2   statement on Page 6 that discrimination at Frontier

3   appears endemic and normalized.

4          A.   What is your question?  Sorry.

5          Q.   So the statement that I read on Page 10 -- I

6   apologize for jumping around -- that discrimination is

7   rampant, that's consistent with your statement at the

8   top of this section that says discrimination at

9   Frontier appears endemic and normalized?

10          A.   Yes.

11          Q.   Okay.  Do you hold those opinions today?

12          A.   Yes.

13          Q.   Okay.  And are those opinions -- what are

14   those opinions?  What's that based on?  What's your

15   basis for that opinion?

16          A.   Analyzing the ideologies, institutions,

17   interests, identities, and interactions at play in the

18   documents supplied to me.

19          Q.   So speaking specifically just about when we

20   say it's endemic, when we say, you know, the number and

21   frequency of complaints is rampant, I mean, is that --

22   are you talking about just the sheer number, the volume

23   of the complaints?

24          A.   That's a part of it but not limited to it.

25   For example, the social scientific evidence shows that



Page 38

1    people are actually not very likely to be forthcoming

2    when they are the victims of racial discrimination,

3    harassment, bias, and so forth.

4              So we have what we would call a selection

5    effect where what we actually measure is much less than

6    what we know through other measures to exist.  So we're

7    capturing only a small part of the phenomena via one

8    measure.

9         Q.  So, obviously, we discussed -- we have a lot

10   of documents that you've reviewed.  And do you recall

11   those documents included some complaints that have been

12   submitted by other Frontier passengers during the five

13   years preceding the subject incident?

14        A.  I do.  I remember there being a good number

15   of pages of those, yes.

16        Q.  So how important was your review of those

17   complaints to your opinion that racism at Frontier is

18   endemic or is rampant?

19        A.  Well, it's important in trying to establish,

20   again, the empirics against an ideal type in which

21   there would be no incidents of discrimination or bias

22   that would be cataloged.  So particularly, for example,

23   when looking at the institutional dynamics of Frontier

24   to get an understanding of the context of the case,

25   they become salient.



Page 39

1      Q.   Is it fair to say that your opinions of what

2  happened in this case would remain the same had you not

3  reviewed the prior complaints from the other

4  passengers?

5      A.   No.   Those are important, again, for

6  understanding the institutional dynamics and ways that

7  Frontier operates normatively against to which, again,

8  the ideal type of no discrimination would be compared.

9      Q.   Do you think you would've been able to offer

10  an opinion within your expertise if you had reviewed

11  all of the documents listed but for the other

12  complaints of discrimination?

13      A.   I may have been able to offer some opinion.

14  It would invariably differ given that there would be

15  different data on which I would base my opinion.

16      Q.   You reference some Department of

17  Transportation records that you had reviewed.

18      A.   Is that a question?   Sorry.

19      Q.   Yeah.   The question -- I'm sorry.

20          Did you review any other DOT records beyond

21  those listed in your report?

22          MR. MCKAY:   Can you show which ones were

23          listed in the report?

24          MR. HARRIS:   I have DOT records at Page

25          754 to 780.   John, they're your -- your



Page 40

1       production.

2           MR. MCKAY:  No, I understand that.  I

3       gave them everything that was produced to us

4       by Frontier.  But that doesn't alert him to

5       exactly what DOT records you're referring

6       to.

7           MR. HARRIS:  Well, I'm only asking if he

8       referred any -- if he referred to any DOT

9       records beyond those that you had provided.

10          THE WITNESS:  I don't believe that I

11      did.  I believe I referred to everything

12      that was listed there, and the only thing I

13      opined on is what was given to me by

14      Attorney McKay.

15          Q.  (By Mr. Harris)  Okay.  So you never set out

16  to compare the rate of racial discrimination complaints

17  made against Frontier against those of other major US

18  air carriers?

19          A.  Can you repeat your question?  I'm sorry.

20          Q.  So we're talking about the volume of

21  complaints that you reviewed that were provided that

22  included discrimination claims against Frontier during

23  the five years preceding the incident.  And we

24  discussed those in terms of it helps show that it's

25  endemic -- is your opinion -- that racism is rampant at


MAGNA
LEGAL SERVICES

Page 41

1   Frontier.

2           So my question is:  For context, did you

3   look at similar Department of Transportation numbers or

4   investigate the rate of complaints made against other

5   US air carriers?

6           A.  I did not.

7           Q.  Would it alter your opinions here today if

8   you learned that Frontier had less complaints or more

9   complaints than other US air carriers?

10          A.  It's hypothetical that it might change some

11  of the ways that I discussed it, but it's not the

12  direct subject of my analysis; that is, these are

13  independent variables that are not related.

14          Q.  I'm going to minimize this real quickly --

15  but I'll blow it up again.  I promise -- just to help

16  me find my spot.

17              So in the section "History of Complaints,"

18  Doctor, you use the phrase "legitimate complaints

19  regarding racial discrimination."  You say, Frontier

20  appears to ignore, sweep under the rug, or dismiss

21  legitimate complaints regarding racial discrimination.

22              How do you come to the conclusion that

23  they're legitimate complaints?

24          A.  Again, we use the social framework analysis

25  in which we compare what we have empirically to an



Page 42

```
1    ideal type in which there would be none, right.  That
2    ideal type is, again, the null hypothesis that we're
3    trying to reject.
4              We know from the social scientific
5    literature that discrimination does occur and does
6    occur in varied level from place to place and site to
7    site and person to person.  There is no evidence that
8    I'm aware of, historically or social scientifically,
9    that demonstrates a complete absence of in any industry
10   zero legitimate complaints.  That is beyond rational to
11   take that position.
12             So I don't believe, in what was supplied to
13   me, that I ever saw evidence of Frontier saying that an
14   act of discrimination was, in fact, legitimate.  So
15   that means that, given what I was supplied to opine on,
16   it seemed -- and I believe that's a five-year window --
17   that they never once said that discrimination had
18   legitimately occurred, which is beyond the pale.
19        Q.  So you use that term "the ideal type," and I
20   think you said zero discrimination.  Is that -- are you
21   saying that if the ideal type -- we should strive for
22   that, and if the airline had achieved it, there would
23   be no discrimination complaints?
24        A.  That's why it's an ideal, yes.
25        Q.  So this is -- would you say that's a nearly
```



Page 43

1    impossible standard or an impossible standard to

2    achieve but one we should always strive for?  Is that

3    fair?

4         A.   No.  I would call it an ideal type, like

5    Weber did.

6         Q.   Is it possible to -- do you think it's

7    possible for a commercial airline to achieve the ideal

8    type and have no discrimination complaints?

9         A.   I don't know about complaints.  I think it's

10   possible for any company or person given a bounded set

11   of scenarios to not discriminate against people.  We

12   know from criminology that there's a small amount of

13   false claims made, but that's across any -- any field

14   in any place at any time, but that's by far the extreme

15   minimum.

16        Q.   So using your same logic that the complaints

17   you reviewed must have necessarily included some

18   legitimate complaints, would it also be true that some

19   of those complaints would've been falsified?

20        A.   It is possible, but those two are not at all

21   comparable quantitatively.

22        Q.   That's not my question.  I'm just asking --

23   I mean, statistically speaking, you would generally

24   expect to find at least some percentage of falsified

25   complaints and at least some percentage of legitimate



Page 44

1    complaints; is that fair?

2         A.  Yes.

3         Q.  In your review, did you -- do you recall

4    reviewing any of the other complaints where you

5    thought, in your opinion, they were not legitimate or

6    had been falsified?

7         A.  No.  I wasn't opining on that.  I would need

8    more information about all the details about those

9    specific incidents.

10        Q.  But you did identify some that you thought

11   were legitimate?

12        A.  No.  I'm not identifying whether one is or

13   isn't.  I'm talking about the likelihood that at least

14   one would be found legitimate.

15        Q.  Okay.  So you're not -- if I understand you,

16   Doctor, you're not saying that there's a specific

17   number of these prior complaints that were legitimate.

18   Is it your opinion that, statistically speaking,

19   necessarily there would've been a greater percentage

20   that were legitimate than not?

21        A.  The likelihood, yes.

22        Q.  And is that based on just statistical norms,

23   you know, across the population generally, or does that

24   take into account your review of Frontier's other

25   materials?



Page 45

```
 1        A.   It takes into account all the social
 2   scientific research and historical research that I'm
 3   familiar with about the likelihood of discrimination
 4   occurring.
 5        Q.   Okay.  Doctor, I don't want to dwell on
 6   these other complaints a lot, but I do want to talk
 7   about some of the human trafficking incidents that you
 8   referenced.  So I'm going to skip ahead here.
 9             So I'm now on Page 11 of the report.
10             MR. HARRIS:  Can we all see that okay?
11             THE WITNESS:  Yes.
12             MR. MCKAY:  Yes.
13        Q.   (By Mr. Harris)  The first one we wanted to
14   talk about, there was an incident on ████████  ████████
     ██ ████████  ████████
16             MR. HARRIS:  And I'll note for the
17             record that we're now getting into some of
18             the confidential materials that we discussed
19             previously, so this portion will be
20             designated, pursuant to the protective
21             order.
22             MR. MCKAY:  And we have covered many
23             pages of his report that were expressly
24             stamped confidential, and those all also
25             would be designated under the protective
```



Page 46

```
1        order.
2              MR. HARRIS:  We agree.
3              MR. MCKAY:  And, Counsel, while we're
4        stopped here just for a second, if you're
5        going to ask about any facts about these, I
6        remind you that your office has argued now
7        for a couple of years that we're not
8        entitled to have any of the facts beyond
9        what's written by Frontier employees.  And
10       so if you're going to ask him whether he's
11       considered the facts, then we're going to go
12       to the magistrate with this questioning and
13       ask for that all to be reopened.
14             MR. HARRIS:  Okay.  Thank you, John.
15             MR. MCKAY:  You're welcome.
16       Q.   (By Mr. Harris)  So I'm going to go back and
17    forth here between your report and the document,
18    Doctor.  I think you say here -- your statement is, The
19    flight attendants' emotional state and affective
20    interpretation are used as evidence of wrongdoing.
21             So I'm just going to ask you to review this
22    complaint quickly or as long as you need and then just
23    expand on that statement, The flight attendants'
24    emotional state and affective interpretation are used
25    as evidence of wrongdoing.  And we can come back to
```



Page 47

```
1    this.
2              MR. MCKAY:  I'm going to object to the
3         form of the question because none of these
4         are complaints.  These are -- these are
5         write-ups by Frontier employees.
6              MR. HARRIS:  Duly noted.
7              MR. MCKAY:  Thank you.
8         Q.  (By Mr. Harris)  So can you just take a
9    moment and read this page right here with the
10   narrative, Doctor?
11        A.  Okay.  Give me one second or one minute.
12             Okay.  Thank you.
13        Q.  So go back briefly, Doctor, and the
14   statement I'm interested in from your report is, The
15   flight attendants' emotional state and affective
16   interpretation are used as evidence of wrongdoing.  I'm
17   going to go -- I'm going to flip back here again.
18             Can you -- can you please explain a little
19   more what you're talking about there in terms of this
20   narrative that's set forth on this document?
21        A.  I -- I hope I can.  Can you explain what
22   exactly you're looking for?  I'm not sure what you're
23   asking.
24        Q.  So your opinion is the flight attendants'
25   emotional state and affective interpretation are used
```



1    as evidence of wrongdoing?

2        A.  Correct.

3        Q.  And what are you saying there?  Are you

4    saying -- can you explain that to me?  What is the

5    emotional state and affective interpretation?

6        A.  I'm talking about the flight attendants' own

7    emotional state when they talk about an ███ ████

8    and then what they perceived to be the affective

9    affectations of the passengers and how they interpret

10   those.

11       Q.  So what you're saying is based on the flight

12   attendants' own emotional state -- I have to go back

13   here -- and the flight attendants' own affective

14   interpretation of the subject, the flight attendant

15   uses those as evidence of wrong -- is that something

16   that's common when it comes to racial discrimination?

17       A.  Is what common?  I'm sorry.

18       Q.  Using one's own emotional state, one's own

19   affective interpretation to say, Well, this is evidence

20   now of wrongdoing.

21       A.  We see evidence of people relying upon their

22   emotions, saying things like, It's gut a feeling, and,

23   I know it to be true in my heart, things like that.

24           This comes from some work in the -- in the

25   subfield of the sociology of culture called emotion



Page 49

1    work, an emotion labor that shows that people of color

2    and mixed-race either couples or companions or people

3    traveling or what have you either in diads or triads or

4    larger groups are often subject to greater and more

5    pronounced interpretations of their feeling state and

6    that that interpretation itself is backed up by the

7    person witnessing that emotion by their own emotions.

8             So there's a great deal of what we call

9    emotional labor going on.

10        Q.  So as we look at this narrative -- and

11   obviously none of us were there.  But just -- if we

12   were going to take these at face value, it's

13   possible -- would you say? -- ██████ ████ ██████████ ████████

     ██ ████ ████████████ █████████ ██████ █████████

15        A.  That's what this person said in their

16   narrative.

17        Q.  And is it -- I mean, are you saying that

18   none of these things would've happened, or are you

19   saying it's possible that it could've happened; it was

20   the interpretation that was misplaced?

21        A.  I'm not opining on the truth or the validity

22   of this narrative.  I'm talking about how it is

23   discussed.

24   ██ ██ ███ ███ ████ ████ ████ ███ ███ █████

25   █████████ ████ ███████ ███████ █████ █████ █████████ ████ █████



Page 50

1    to opine on that, correct?

2          A.   Correct.

3          Q.   So it says, ███ ██ ████ ██ █ ██ █ ███ █
██ ████ ██ ██ ███████ ██ ███████ ██ ████
██ ██ ████ █ ███ ██ ██ █ ██ █ ███
██ ████████ ██ ████ ██ ██ ████
██ █ █ ████ ████ █ ██ █ ██ █ ██ ████
██ █ ████ █ ████ ██ ████ ███ ██ ████ ████
██ ████ ██████ ████ ██████ ██ ████████

10         A.   Is that a question?  Sorry.

11         Q.   ███ ████ ██ ██ █ █ █ ████ ████
██ ████ ██ ██████ ████ ████ █ █ ██ ██ ████
██ ███████ ████ █████ ████ ████ █ █ ████
██ ██ █ ███████nt person might not have had that same

15   impression?

16         A.   That is possible, yes.

17              MR. MCKAY:  Counsel, again, you're

18         asking questions about the accuracy of

19         what's reported in the documents produced by

20         Frontier, and we've tried now for several

21         years to be able to verify that accuracy and

22         your office has been successfully fighting

23         us, saying that it's not necessary to

24         inquire into the facts of these reports.

25         And now here you are in a deposition



Page 51

```
 1          questioning Plaintiff's expert about the
 2          voracity of the facts in the reports.
 3              Are you saying now that it is relevant
 4          for us to go and check with the flight
 5          attendants involved and the passengers
 6          involved?
 7              MR. HARRIS:  No, John, I'm not.  Are you
 8          done?  Can I go now?
 9              MR. MCKAY:  Done with what?  I'm sorry.
10              MR. HARRIS:  You're done with your
11          objection?
12              MR. MCKAY:  I'm here all day.
13              MR. HARRIS:  The doctor offered
14          opinions.  In the course of those opinions,
15          he considered these documents.  I'm allowed
16          to ask him about his opinions to the extent
17          that they were based on his review of these
18          documents.
19              MR. MCKAY:  Yes, you are.
20              MR. HARRIS:  I'm not going to argue with
21          you today, John.  I'm not going to shout
22          with you.
23              MR. MCKAY:  I'm sorry.  If you're asking
24          about the facts underlying the documents,
25          then I think we have a legitimate request,
```



Page 52

1          based on you opening the door, to having the

2          information that your office redacted from

3          these documents available for us to counter

4          your suggestions, don't you think?

5              MR. HARRIS:  No, John.  I disagree.  If

6          you'd like, we can call the judge.  If you'd

7          like, I can put it in a motion.  I'll file a

8          motion when we're done.

9              Q.  (By Mr. Harris)  I don't know.  Doctor, are

10    you going to not answer my questions anymore?

11             MR. HARRIS:  Or how do you want to play

12         this, John?

13             MR. MCKAY:  Well, Mr. Harris, I've

14         referred to you by your surname throughout

15         this, but if you want to call me John --

16             MR. HARRIS:  Mr. McKay.

17             MR. MCKAY:  -- you go right ahead.

18             If you're going to continue to ask him

19         questions that could have been answered by

20         discovery of the details underlying these

21         complaints, then, yes, we're going to have

22         to stop and call the judge and explain the

23         situation.

24             If you're simply going to ask him about

25         the facts as stated in the reports and ask



Page 53

1        him statistical information, then I don't

2        have a problem with Dr. Hughey responding to

3        those types of questions.  So it's your --

4        your choice.

5             MR. HARRIS:  Thank you.

6        Q.  (By Mr. Harris)  Do you recall how many

7   incidents involving human trafficking you reviewed,

8   Doctor?

         A.  Not offhand.  No, I don't.

[REDACTED]

14            Would you agree that you reviewed records of

15  human trafficking that you did not discuss in your

16  report?

17       A.  That is possible.  I don't think that I

18  directly discussed everything supplied to me.

19       Q.  Do you recall whether any of those human

20  trafficking reports that you reviewed involved

21  same-race situations?

22       A.  I don't recall.  It is possible.

23       Q.  Do you recall whether any of the individuals

24  involved with human trafficking complaints made

25  contemporaneous complaints of discrimination against



Page 54

1    Frontier?

2         A.   I'm sorry.   Can you ask that again?

3         Q.   Do you recall whether any of these human

4    trafficking complaints that you reviewed or that you

5    discussed in your report -- whether the people involved

6    made a corresponding complaint to Frontier about

7    racism?

8              MR. MCKAY:   Counsel, again, this is

9         something you'd have to ask the people

10        involved, and that's precisely why we've

11        asked for discovery into this area.   Now, if

12        you're going to question him about whether

13        they did or did not make contemporaneous

14        allegations of discrimination, then we're

15        going to have to stop and call the judge.

16        Is this what you want?

17        Q.   (By Mr. Harris)   Dr. Hughey, you reviewed

18   numerous lists of complaints involving racism produced

19   by Frontier during the past five years, correct?

20        A.   Yes.

21        Q.   Do you recall any of those complaints

22   matching up to the human trafficking records that were

23   produced?

24        A.   I don't recall --

25             MR. MCKAY:   How would they match up?



Page 55

```
 1              THE WITNESS:  I don't know how I would
 2         make that call as to which went with which,
 3         and I don't remember.  It's been a while
 4         since I've looked at all these documents.
 5         Q.  (By Mr. Harris)  Okay.  Skip ahead, Doctor,
 6    to Page 25, "Notes on Transracial Adoption."
 7              Doctor, can you please describe transracial
 8    adoption, that term?  What are we talking about?
 9         A.  It is the -- as far as I know, the
10    contemporary term that is used by adoption agencies and
11    families to describe the adoption of children whose
12    racial and sometimes ethnic identity does not match
13    with the racial and/or ethnic identity of the adopting
14    parents or parent, sometimes.
15         Q.  So you're saying here the practice is nearly
16    exclusively a practice of whites adopting children of
17    color; is that correct?
18         A.  In the United States, it is predominantly
19    that.  It's over 50 percent.
20         Q.  You say here that -- let me ask you:  Who is
21    Gordon?  I was unable to find this -- this reference in
22    your index of references.
23         A.  My apologies if I didn't cite it.  Is it not
24    there?  I can dig that up for you later, but that's my
25    mistake if I failed to.
```



Page 56

1          Q.   If I was to tell you, Doctor, it was -- and

2   I'm not trying to gotcha here or anything -- Linda

3   Gordon, The Great Arizona Orphan Abduction, does that

4   sound familiar?

5          A.   Yes, that does.   Thank you.

6          Q.   It was published in 1999?

7          A.   That's right.

8          Q.   Okay.   So you say here, As Gordon contends,

9   the practice of transracial adoption reflect issues of

10  power and hierarchy.   Then on the next page, we're

11  quoting Gordon, I take it, the paragraph that starts,

12  Today the rapidly expanding?

13         A.   That's correct.   Hopefully from Page 309 as

14  I cited there, yes.

15         Q.   I think so.

16              So there's a statement that Gordon makes

17  that says, There is a debate about whether whites

18  should adopt children of color, but adoptions of white

19  children by parents of color are so rare that they are

20  not debated.   Did I read that accurately?

21         A.   I believe so.

22         Q.   Do you agree with that -- the statement that

23  there's a -- would you -- let me phrase it like this:

24  Would you agree that amongst scholars such as

25  yourselves there's a legitimate debate about whether



1  white people should adopt black people?

2      A.   Oh, no.   There's no large debate among

3  social scientists.   I believe what Gordon is referring

4  to is kind of layperson and public debates about the

5  practice of transracial adoption itself, not a social

6  scientific scholarly debate.

7      Q.   So do you think a layperson could hold a

8  legitimate, I would say, non-racist viewpoint that

9  opposes transracial adoptions?

10      A.   I mean, there's -- from what I remember of

11  the social scientific literature on this, the

12  contemporary attitudes now -- and now we're speaking

13  23 years after Gordon wrote their study.   But there are

14  anywhere, depending upon the dataset, 10 percent to

15  sometimes, I believe, 25 percent and maybe even

16  30 percent of people that oppose transracial adoption

17  for a variety of reasons.

18      Q.   And that subset, would that include anyone

19  who -- would you say that everyone within that subset

20  would necessarily be guilty of having some form of a

21  racist view, or could you hold that opinion without

22  being considered racist?

23      A.   I don't mean to be nitpicky in my answer,

24  but it does depend somewhat on the definition of racism

25  that you use, and some, when you ask them about this in



Page 58

1    qualitative research, try to defend it or rationalize

2    it without coming off or portraying or using racist

3    logic.

4         Q.  Okay.  Doctor, you participated in a -- you

5    coauthored a journal article -- it's listed in your

6    index -- called "Racial authenticity and familial

7    acceptance among transracial adoptees:  A bothersome

8    bargain of belonging."

9         A.  That's correct.

10        Q.  Do you recall that article?

11        A.  I do.

12        Q.  Okay.  I'm going to attempt to bring that up

13   on the screen.

14

15             (Screen-sharing document)

16

17        Q.  (By Mr. Harris)  Can you see it?

18        A.  I can.

19        Q.  That is really small.  I'm not going to try

20   to go through all of it.

21             This -- this is your report, Doctor?

22        A.  I'm third author --

23        Q.  From the first page?

24        A.  Yes.

25        Q.  So in the introduction section, there's a



Page 59

1    statement that, The entrance of people of color into

2    the institution of the white family is not without

3    costs.

4            A.   Where are you reading?   Let me find the line

5    here.

6            Q.   I'm going to find it.

7                 MR. MCKAY:   It's the third line down

8            from the top.

9                 MR. HARRIS:   There we go.

10               MR. MCKAY:   You're welcome.

11               MR. HARRIS:   Right there.

12           Q.   (By Mr. Harris)  Can you see that, Doctor?

13           A.   I can.   Thank you.

14           Q.   Okay.  So the title of the article is called

15   "A bothersome bargain of belonging," and in the

16   introduction, you're talking about -- you say, The

17   entrance of people of color into the institution of the

18   white family is not without costs.  Are you referencing

19   social costs when you say that?

20           A.   Social, economic, political, cultural, a

21   variety of costs, yes.

22           Q.   Are you -- any other -- when you say not

23   without costs, do you need to elaborate on that any

24   more or?

25           A.   I think that suffices.  It's a broad, you


MAGNA
LEGAL SERVICES

Page 60

1    know, sentiment and statement that I think doesn't make

2    sense stripped out of that paragraph, but...

3         Q.   Would you agree that there would also be

4    corresponding social benefits to -- involved with

5    transracial adoptions?

6         A.   I believe that's the part of what we're

7    getting at at the preceding sentence, so yes.

8         Q.   Okay.  So would you agree that there would

9    be instances where the social costs would outweigh the

10   social benefits of a transracial adoption?

11        A.   It would depend how you measure those --

12   those costs and benefits, whether we're just limiting

13   it to economic, whether we're limiting to political,

14   whether we're talking about cultural, and then these

15   terms really have to be defined.

16             MR. MCKAY:  Counsel, I'm sorry.  I think

17        I have to object to this line of

18        questioning.  Are you saying that

19        Mr. DelVecchia should -- should be penalized

20        for adopting his son?

21             MR. HARRIS:  That's your words, not

22        mine, John.  Move to strike that.  I'm

23        talking about the doctor's article and

24        whether there's social costs and benefits.

25             MR. MCKAY:  I'm questioning where you're



Page 61

1        going with this line of questioning,

2        Mr. Harris.

3            MR. HARRIS:  It's my deposition, John.

4        I don't need to tell you where I'm going

5        with my questioning.

6        Q.  (By Mr. Harris)  So, Doctor, it's hard to

7    describe, right?  Sometimes the cost could outweigh the

8    benefit; sometimes the benefits could outweigh the

9    costs.  Is that right?

10       A.  Depending on how you measure it.

11       Q.  Sure.  So let's just get right to it, then.

12   There have been statements made by AD that since the

13   incident he has a harder time fitting in with other

14   black kids.  Isn't it possible -- isn't it possible

15   that some of that experience would just come with by

16   virtue of being a transracial adoptee?

17       A.  Can you rephrase that?  I'm not sure I

18   follow.

19       Q.  So there have been assertions in this case

20   that AD has difficulty fitting in with other black kids

21   at school or making black friends.

22           MR. MCKAY:  There is no such allegation

23       in this case, Counsel.

24           MR. HARRIS:  You're not making that

25       claim, Mr. McKay?  Your clients aren't?



Page 62

1          MR. MCKAY:  Do you want to refer to the

2      section of the third amended complaint in

3      which it appears?

4          MR. HARRIS:  Okay.  I don't need to go

5      down this road if you're not seeking

6      damages -- damages stemming from AD's

7      involvement with other black kids at school.

8          MR. MCKAY:  If you are asking the

9      deponent about an allegation in the case,

10     then I am challenging you to state where in

11     the third amended complaint it appears

12     because I don't recall ever drafting any

13     such allegation.

14         MR. HARRIS:  Okay.  So you're telling me

15     that your clients are not seeking -- that

16     that's not a damages component of your case?

17         MR. MCKAY:  There is a damages request

18     in the third amended complaint.  It speaks

19     for itself.

20         MR. HARRIS:  Okay.

21     Q.  (By Mr. Harris)  Doctor, have you done any

22  studies on white savior complex?

23     A.  I have.  Did you read them?

24     Q.  There's a lot to read, Doctor.  Could you

25  just give me the brief nuts and bolts on that theory?



Page 63

1          A.   This is an idea that is fairly old.  There

2     is evidence of people talking about -- for lack of a

3     better term, I'm using white savior complex as kind of

4     an umbrella term of a kind of dynamic of racial

5     paternalism that stretches as far back -- some

6     documented incidents of this in the 1500s in which

7     people of color believe that they are somehow saving

8     people of color from some type of environment or some

9     type of catastrophe endemic to their culture or

10    community or what have you.

11              Does that make sense?

12         Q.   I think I get it.

13              On Page 27 of your report, which is what

14    we're looking at now, the second sentence right here

15    where my cursor is talks about, The excuse of ignorance

16    offered so as to escape charges of bias.

17              Is that -- could that -- could white savior

18    complex be an example of what you're talking about

19    there?

20         A.   Possibly, but I don't see the connection

21    you're making, so you have to further explain.

22         Q.   Let's just say, for instance, that you

23    thought that some of the white flight attendants in

24    this case or the captain exhibited signs of white

25    savior complex.  Would that be an example of someone



Page 64

1    using ignorance offered to escape a charge of bias if

2    they say, Oh, I'm really -- I'm doing what I thought

3    was best for AD, but really what that is is a function

4    of bias?

5              MR. MCKAY:  Objection, calls for

6         speculation.  He hasn't made such an opinion

7         in his report.

8              THE WITNESS:  I'm struggling to follow

9         what you're asking here.  Yeah.  It -- it

10        sounds like you're putting together a bunch

11        of concepts and ideas, and I struggle to

12        follow what the logic here is.

13        Q.  (By Mr. Harris)  Doctor, that's okay.

14   I'm -- we're all in this together.  I'm not the doctor

15   here on this topic, so I do apologize.  I'm trying to

16   put together -- let me rephrase.

17        A.  Okay.

18        Q.  A typical person who would exhibit

19   characteristics of white savior complex -- in your

20   experience, in your studies, people exhibiting white

21   savior complex tends to offer up excuses to escape

22   charges of bias?

23             MR. MCKAY:  Same objection.  There's

24        nothing in his report about white savior

25        complex.



Page 65

```
 1         Q.   (By Mr. Harris)   We can forget about white
 2    savior complex.
 3         A.   Okay.
 4         Q.   Let's just talk about this:   Charges of
 5    bias, are you talking about an implicit bias?
 6         A.   No.
 7         Q.   What -- what are you talking about?
 8    Explicit?
 9         A.   Here when you make the -- you're referencing
10    there where I write, That is, the excuse of ignorance
11    is offered so as to escape charges of bias.   I believe
12    I'm talking specifically about transracial adoptees and
13    families and how there is evidence that shows that when
14    allegations or incidents of discrimination or racism
15    occur, some people say, That is impossible to have
16    happened because I wasn't aware.   I wasn't doing that.
17              So they use ignorance of it as a shield to
18    say, I wasn't biased.   I wasn't discriminating.   I
19    wasn't racist.   Does that make sense?
20         Q.   I think so.   But that -- that would not be
21    used as an example of implicit bias?
22         A.   No.   I'm not a -- implicit bias is a
23    psychological phenomenon.   I'm not talking about that.
24         Q.   So are you talking about explicit bias?
25         A.   I'm talking about bias that we can see and
```



Page 66

1    how it manifests in discrimination in our words and our

2    behaviors.

3         Q.   Okay.  And, Doctor, we're going to work

4    through this.  I apologize.  I'm not trying to --

5         A.   No, no.  It's no worries at all, no.

6         Q.   In terms of bias, would you agree that there

7    are two categories, implicit and explicit?

8         A.   There are many categories.  Those are two

9    that have been identified in the social scientific

10   literature.

11        Q.   Can you discuss some of the other

12   categories?

13        A.   Symbolic bias, for example.

14        Q.   What does that do?

15        A.   Symbolic bias is sometimes used in reference

16   to -- often by political scientists to talk about using

17   code words or dog whistles or what have you to

18   activate -- whether it's voting behavior or support for

19   a candidate or something like that.  There's many forms

20   of bias that have been cataloged out there.

21        Q.   Okay.  Do you opine in your report -- I

22   mean, I might be jumping ahead here -- as to whether

23   the Defendants in this case, including the individual

24   Defendants, were biased?

25        A.   I don't think that's a part of my analysis.



Page 67

1          Q.  Page 30, there's a statement that starts

2     where my cursor is. ███ ████ ███████ ██████

███ ████ ███ ███ ████ ████ ███ ███ ██

███ ████ ████ ██████ ████ ███ ███ ████

███ ████ ████ ██████████ ████ ██████

███ ████ █████ █████ ██████ ████ ███

███ ████ ████ █████ ████ ████ ████

███ ████ ███ ████ ████████

██ ████ ███ ████ ████ ███ ███ ██

██ █████ ███ ███ █████ ███ ████████ ██████

██ ████ ███ ████ ████ ████ ████ ██████

██ ██ ████

██ ███ ███ ███ ███ ████ ████ ███████

██ ██ ███████ ████ ██ ████ ████      What

15    opinion are you supporting there?

16          MR. MCKAY:  Do you mean other than the

17          following sentence that you left out?

18          MR. HARRIS:  John, could you please let

19          the doctor answer the question?

20          MR. MCKAY:  Object to the form of the

21          question.

22          THE WITNESS:  Sorry.  Can you ask again?

23          Sorry about that.

24          Q.  (By Mr. Harris)  Let's pull up the document.

25    Can we see this document, Dr. Hughey?



Page 68

```
 1          A.   I can.  It's a little small, but I can see
 2     it.
 3          Q.   We're going to blow it up here.  We're going
 4     to blow it up.
 5               At the bottom of the document, can you see
 6     that it's marked ▓▓▓▓▓ ▓▓▓▓▓▓ ▓▓▓▓▓ ▓▓▓▓
 7          A.   Yes, I can.
 8          Q.   Okay.  In your report at Page 30 --
 9               MR. MCKAY:  I'm sorry.  You just cut off
10          the people's heads.  Can you go back?
11               MR. HARRIS:  Go back to what, John?
12               MR. MCKAY:  Scroll down, please.
13               MR. HARRIS:  I'm pointing out the Bates
14          number on the document, John.
15               MR. MCKAY:  We got the page number, but
16          the content was what was being discussed.
17          Can you scroll down?
18               MR. HARRIS:  I'm not discussing the
19          content, John.  I'm trying to verify --
20               MR. MCKAY:  You don't want to show their
21          faces?
22               MR. HARRIS:  John, would you please let
23          me conduct the deposition?
24               MR. MCKAY:  I'm happy to, but you
25          just --
```



Page 69

1          Q.   (By Mr. Harris)   Dr. Hughey, returning to

2     your report --

3               MR. MCKAY:   Please don't speak when I'm

4          speaking.

5               MR. HARRIS:   John, please don't speak at

6          all.   This is my deposition.   You have no

7          right to be cutting in right now.

8               MR. MCKAY:   I do have a right to make an

9          objection to the presentation of the exhibit

10         and to the form of the question.   You just

11         cut off all the heads of the people, the

12         four people, in the -- in the diagram that

13         you're asking him about.

14              MR. HARRIS:   All right.   Yes.

15         Q.   (By Mr. Harris)   Dr. Hughey, I've now

16    returned to Page 30 of your report.   Do you see that on

17    the share screen?

18         A.   I do.

19         Q.   Okay.   So we said that the Bates number was

20    ████████  ████████  ████████  ████.   Is that the same

21    page?

22         A.   Yes.

23              MR. MCKAY:   ████  █  ████.   Just saying.

24         Q.   (By Mr. Harris)   The same page that we were

25    just discussing, Doctor?



Page 70

```
 1        A.  Yes, I believe so.

 2             MR. MCKAY:  He was discussing the photo.

 3             MR. HARRIS:  John, I'm going to ask you

 4        one last sometime to stop interrupting.

 5        This is my deposition.  You've made your

 6        point.

 7             MR. MCKAY:  ███ █ ███ is what you

 8        omitted, Mr. Harris.

 9             MR. HARRIS:  Congratulations, John.

10        Q.  (By Mr. Harris)  We're going back now,

11   Doctor, to the actual document.

12             MR. MCKAY:  There you go.

13             MR. HARRIS:  And there's more than just

14        one photo here, John.  There's multiple

15        photos.

16             MR. MCKAY:  █ ████████ ███,

17        Mr. Harris.  That's the second photo, the

18        one that you don't want to enlarge.

19             MR. HARRIS:  Let's enlarge them all,

20        John.  So I'm going to move this off the

21        share screen so I can read it.

22             MR. MCKAY:  There you go.

23        Q.  (By Mr. Harris)  So what do you describe as

24   the significance of this page, this photo, Doctor?

25        A.  What do I describe as significant?
```



Page 71

```
 1         Q.  Yes.  In terms of your opinion.  How does
 2    this support your opinions in this case?
 3         A.  Well, I'm using it because it was supplied
 4    to me as, I believe, evidence of some of the training
 5    material that they use -- they being Frontier.
 6    Sorry -- that Frontier uses to educate their employees
 7    about human trafficking.
 8              This would be a clear case of exactly what I
 9    and some of my colleagues consult with groups on what
10    not to do; that when you're talking about criminal
11    behavior not to use predominantly faces of color in
12    your training material.  Otherwise, you are more than
13    likely to cause an association of criminality with
14    people of color.
15         Q.  So your statement here in your report -- and
16    I can pull that back up, if you'd like.  It says,
17    Frontier uses materials apparently of its own creation
18    that suggest that passengers' appearances, especially
19    skin color, provide evidence of trafficking.
20              And in support of that opinion, you're
21    pointing to this ███ █ ███?
22         A.  That's correct.
23         Q.  ██ ██ ██ ███ ███ █ ███ █ ██ ██
24    ██ ███ ███ ███ ███ ████.  There's
25    only one picture on this photo, correct?
```



Page 72

1       A.   That is correct.

2       Q.   And that one picture appears to be a young

3  Caucasian girl?

4       A.   I would say probably yes.

5       Q.   So did you consider 1.48 when you gave your

6  opinion or does that matter?

7       A.   I considered all the material given to me.

8  I don't know if ███ ███ ███ were shown to trainees at

9  the same time, at different times.  They were just --

10 looked like they were cut and pasted into this document

11 and given to me.

12      Q.   Are you aware of statistics regarding human

13 trafficking victims in the United States or globally?

14      A.   Not an expert on it.  I'm aware with some

15 broad strokes.

16      Q.   Do you know if children of color are

17 trafficked at a higher rate statistically or Caucasian

18 kids?  I'm just curious.

19      A.   From what I remember, I believe it depends

20 on the routes and the areas, and there's quite a high

21 level of variance.

22      Q.   Okay.  Would you agree that within the

23 African-American communities -- within the

24 African-American community -- and I think I've seen

25 some of your studies how a dark-skinned black person



Page 73

1   might be treated differently than a light-skinned black

2   person or be viewed differently?

3        A.   Sure.   There's some evidence on colorism and

4   treatment.

5        Q.   Can you expand on that a little?

6        A.   Yeah.   It's not just the racial identity or

7   the -- yeah, it's not just racial identity of a person,

8   whether or not they identify as black or

9   African-American or West Indian or Caribbean or

10  anything like that.

11            But there's some evidence that shows,

12  depending upon the context, darker-skinned people

13  compared to lighter-skinned people within the larger

14  black community can experience widely different

15  treatment.

16       Q.   Would you say, in your studies, that they,

17  darker-skinned African-Americans, experience racism at

18  a higher rate than lighter-skinned African-Americans?

19       A.   It depends.   It depends on the definition of

20  racism.   It depends if they're even aware of it because

21  some of the studies depend on people recognizing that

22  they have been discriminated against, even have that

23  evidence.   That's why we have other types of controlled

24  experiments and vignette experiments to try to capture

25  discrimination that people might not even know or



Page 74

1   realize they're being discriminated against.

2              And there's some evidence that shows that

3   darker-skinned people are preferred for some jobs and

4   positions other than light-skinned people.  So it

5   really depends on the context.  It just varies.

6       Q.   Fair enough.  You've said a couple times it

7   depends on your definition of racism.  Let's -- let's

8   talk about that.

9              What -- is there a definition that you're

10  using for purposes of your report for your testimony

11  today?

12      A.   Yeah.  I'm concentrating on -- the five

13  dimensions is how I operationalize it as it existing

14  institutionally, ideologically within the pursuit of

15  interests within interactions and within

16  discriminations against people's identities.

17      Q.   So there's a lot going on there.

18      A.   That is true.

19      Q.   Are there any other -- let me rephrase.

20             Is that the generally-held view of racism in

21  your -- in the sociology community that adheres to

22  those five principles?

23      A.   More or less.  People define it slightly

24  differently here and there.  But when people talk about

25  racism, they're -- within sociology, they're largely



Page 75

1   talking about what comes fairly close to the dictionary

2   definition of a system based upon race, the ism, the

3   suffix there denoting system, of value and status and

4   differences in intent and in affect toward people based

5   on race systemically.

6        Q.   Okay.  So as we look at these two pictures

7   together -- we'll scroll out real quick.  They're seen

8   here.  They're labeled 1.48 and 1.49.  They each state

9   "human trafficking."

10       A.   They do.

11       Q.   And as I'm looking here, if I was to count,

12  taking them together, I would see two Caucasian people;

13  I would see three other people that I would classify as

14  non-Caucasian.  I'm not going to try to offer any

15  opinions as to their racial makeup.

16            Would you agree that's what we're looking at

17  with the two pictures together?

18       A.   I think so, yes.

19       Q.   But you only focused on 1.49?

20       A.   I don't recall if I -- sorry.  Go ahead.

21       Q.   I'm just curious why when you made this

22  statement on Page 30 of your report, The Frontier

23  apparently uses -- uses materials apparently of its own

24  creation that suggest passengers' appearances,

25  especially skin color, provide evidence of



Page 76

1    trafficking -- I'm just wondering why you didn't take

2    1.48 into account and focused only on ███

3         A.  Well, I did take it into account.  Simply

4    because I didn't mention it doesn't mean I took it into

5    account.  But I took ███ as -- to single in on it

6    because it's quite different than ███.  ███ has a

7    whole narrative to try to explain what's going on that

8    is a bit longer than -- than the other one.

9         Q.  Okay.  So let's talk -- that's fair enough.

10   Let's talk about it.  I'll blow it up here so everyone

11   can see it.  We're looking at ███ I'm going to read

12   the caption.  Okay, Doctor?

13        A.  Sounds good.

14   ███ ██ ████ ████ ████ ████ ████ ████ ████

██ ██ █████ ████ ████ ████ ████ ████ ████████

██ ████████ ████ ████████ ████ ████ ██████ ████ ████

██ ██████ ████ ████ ████ ████ ██████ ████ ████ █

██ ████ ████████ ████ ████ ████ █ ████ ████ ████

██ ████ ████ ████████ ████ █ ████ ████ ████████

██ ██ ██████ ████████ ████ ████ █ ████ ████████

21             Did I read that directly?

22        A.  You inserted the word "better" in law

23   enforcement can better connect, but other than that,

24   yes.

25        Q.  I apologize for that.



Page 77

1        A.   That's okay.

2        Q.   So what do you see when you see these four

3   individuals depicted in ███? How would you describe

4   their racial makeup?

5        A.   I'd probably say the person on the left is

6   of some broad Asian descent.  And these are using

7   US-based kind of racial schemata that we use.  Race is

8   a thing that changes quite a bit across the globe.

9             The second individual from the left I would

10  categorize as most likely someone who identifies as

11  either Latinx or Hispanic.  The third, moving from left

12  to right again, would, I'd say, probably categorize

13  themselves as white.  And the person on the right, I

14  would say, probably is someone who identifies as black

15  but could possibly be Afro-Latina as well.

16       Q.   So you agree it's just a natural -- a

17  natural -- all humans when we see collage like this --

18  pardon me -- or encounter two people such as Peter and

19  AD, at some level psychologically, do you automatically

20  take stock of the race of the individuals?  And that

21  just occurs naturally.  You can't stop yourself from

22  doing that.  Would you agree with that?

23       A.   No.  Actually, there's quite a large body of

24  evidence that shows that race as a concept is only

25  about 500 or so years old and that people did not



Page 78

1   identify people by race until around the 1500s or so.

2   So it's not natural at all.  It's an artifact of

3   different, again, institutions and ideologies and

4   interests and so forth.

5           So when you say natural, it's not -- it's

6   not connected to any evolutionary trait or tendency.

7           Q.  So if I encounter Peter and AD at the mall

8   or just in public doing anything, and I just, in my

9   head, Okay.  There's a white man with a black child,

10  that in and of itself wouldn't necessarily be an

11  indicator of a racist, would it?

12          A.  No, not as we define it.  And we being

13  social science at large.

14          Q.  And understanding you, if I'm correct,

15  Doctor, before the 1500s or we could say a long, long

16  time ago, it's possible that I could've encountered the

17  same two people and if you had asked me about it later,

18  I wouldn't have been able to tell you their races?

19          A.  Well, race didn't exist as a concept, so

20  that would've been, you know -- you would've been

21  speaking a language that no one understood.

22          Q.  So this statement here in the caption, The

23  presence or absence of any of the indicators is not

24  necessarily proof of human trafficking, would you agree

25  with that statement, Doctor?



Page 79

```
 1          A.    I don't know what they mean by indicators.
 2    They don't define it.
 3          Q.    So do you know if the indicators are defined
 4    elsewhere in the materials?
 5          A.    I don't recall that offhand.
 6          Q.    Would you agree that, generally, there are
 7    indicators of human trafficking that are legitimate?
 8    Would you agree with that?
 9          A.    I think there's some -- a body of evidence
10    has emerged that there are some common denominators
11    that are associated with human trafficking that people
12    then use as potentials to identify human trafficking.
13          Q.    So in that context, would you agree that the
14    presence or the absence of any such indicators is not
15    necessarily proof of human trafficking?
16          A.    No.  I mean, when we're talking about proof
17    here, proof is very hard to -- to get.  That's why
18    indicators are indicators and indicators are not proof.
19    They are indicators of proof.
20          Q.    So in the united -- or the -- pardon -- the
21    Frontier Airlines materials, they say, The presence or
22    absence of any of the indicators is not necessarily
23    proof of human trafficking, would you agree that
24    they're advising caution in the identification of human
25    trafficking?
```



1       A.   I don't know what they're advising.   I think

2   it's a poorly written sentence because it's saying

3   nothing.

4       Q.   How would you say it?

5       A.   I don't know what they're trying to say, so

6   what's it?

7       Q.   So we just agreed that there are widely

8   accepted indicators of human trafficking?

9            MR. MCKAY:   Objection to form.

10           THE WITNESS:   I think there are some

11           that are out there.   And I don't know what

12           they are, but I think there's a body of

13           evidence or a body of accepted knowledge.

14       Q.   (By Mr. Harris)   So if Frontier advises its

15   employees that there are indicators of human

16   trafficking but the presence of such indicators is not

17   necessarily proof of human trafficking --

18       A.   Or absence.

19       Q.   Presence or absence.

20           Would you -- would you disagree with that

21   statement, or would you advise that Frontier not say

22   this to its employees?

23       A.   Well, it's hard to disagree with the

24   statement that says, It can either be this or that.   I

25   mean, it's -- it's a badly written statement, I think.



Page 81

1        Q.   When they say, It's up to law enforcement to

2   investigate suspected cases of human trafficking, do

3   you take issue with that statement as well?

4        A.   No.  That's much, I think, more clear.

5        Q.   Do you think that statement is improper in

6   this context?

7        A.   I don't opine on its being proper or not.  I

8   think it's more clear.

9        Q.   Do you interpret the statement as advising

10  Frontier's employees not to investigate suspected cases

11  of human trafficking and instead defer the

12  investigation to law enforcement?

13       A.   No.  I think it just -- it says what it

14  says.  It's up to law enforcement to investigate.

15  That's how I interpret it.

16       Q.   Okay.

17            MR. HARRIS:  We've been going for a

18            little while here, Doctor.  If you'd like,

19            we could -- seems like a point where we

20            could take a short break unless you'd rather

21            not.

22            THE WITNESS:  I'm okay.  I lecture for a

23            living, so I'm good to go.

24            MR. HARRIS:  For anyone else's

25            convenience?  Mr. McKay?  Court Reporter?



Page 82

```
1            COURT REPORTER:  A break would be nice,
2       please.
3            MR. HARRIS:  Say ten minutes?
4            COURT REPORTER:  Perfect.
5            THE WITNESS:  Sounds good.
6            MR. HARRIS:  Okay.
7            VIDEOGRAPHER:  The time is now
8       2:55 p.m., and we are off the record.
9
10                  *   *   *   *   *
11           VIDEOGRAPHER:  The time is now
12      3:05 p.m., and we are back on the record.
13
14           (Screen-sharing document)
15
16           Q.  (By Mr. Harris)  Okay, Doctor.  We're back
17      on the record.  Are you able to see my share screen?
18           A.  Yes.
19           Q.  I'm going to blow it up a little here.  This
20      is at Page 37 of your report.
21           A.  Okay.
22           Q.  I just want to talk about this paragraph at
23      the top.  The second statement -- well, I'll just read
24      it in full, starting at the top.  The testimony of the
25      flight attendants and pilots leads to the conclusion
```



Page 83

1    that they reacted toward the racial differences between

2    AD and Peter and the reality of their transracially

3    adoptive status as the main cause for racial

4    discrimination.

5              Did I read that accurately?

6        A.   You replaced relationship with the word

7    "status," but other than that --

8        Q.   I'm having a tough time today.  I'm glad

9    you're here to keep me on my toes.  Thank you.

10             The next sentence is the one I want to talk

11   about.  Their racial differences were noted by the

12   flight attendants.  For example, Bright/Sakurada

13   remarks, Yes, when asked, Now, you were aware at the

14   time because you had seen them move that the father was

15   white and the son was black?  And then we have a

16   reference to the Bright/Sakurada deposition at Page 45.

17             Did I get that part accurate?

18       A.   I believe so.

19       Q.   So, I mean, these people answered during a

20   deposition -- Mr. McKay asked them if they were aware

21   after they had seen Peter and AD move that Peter, the

22   father, was white and the son was black.

23             So this is what we were talking about

24   earlier, right.  They're just aware of Peter and AD's

25   race.  Is that correct in that statement?



Page 84

1          A.   Well, I'm not sure what you mean by that,

2     but if you're talking about this statement being what

3     we were talking about earlier, no, I don't think that's

4     accurate.   You were proposing kind of a hypothetical

5     about whether people see race naturally or not and so

6     forth.   We were discussing a lot of things.   I'm taking

7     into account this and all of the information supplied

8     to me about the likelihood of discrimination.

9          Q.   So it is your opinion that just the facts

10    that they answered during their depositions that they

11    were aware that the father was white and the son was

12    black -- it's your opinion that that supports your

13    conclusions regarding racism in this case?

14         A.   No, not just that.   In totality of

15    everything that I opined on.

16              MR. MCKAY:   And objection to the form of

17         the question.

18         Q.   (By Mr. Harris)   So then the next -- the

19    last sentence reads, Moreover, their interpretation of

20    AD and Peter is consistent with prejudicial views and

21    acts of discrimination toward transracially adoptive

22    families, seen in their interpretation of and acting

23    upon their understanding of affection, normality,

24    morality, language, comfort, surveillance, and

25    separation.


MAGNA
LEGAL SERVICES

Page 85

1             Did I get that all right, Doctor?

2        A.   I believe you read that, yes.

3        Q.   So the next section of your report talks

4   about affection, and you use that term in the third

5   sentence of the "Conclusions on Discrimination" section

6   that we just discussed.

7             You're not disputing that Peter and AD were

8   showing each other affection during the subject

9   incident, are you?

10       A.   No, I don't believe I'm disputing that at

11  all.

12       Q.   So we talked about the touching on the face.

13  You're not disputing that Peter had touched AD on the

14  face?

15       A.   No, I don't think so.

16       Q.   And they've given statements -- correct? --

17  in their depositions that they're just generally

18  affectionate.  Not anything immoral about it, but

19  they -- they're affectionate people.

20       A.   I recall that in broad strokes.

21       Q.   So the first -- as we move down, this

22  section is called "Prejudicial View of Transracial

23  Adoptee/Adopter - Affection."  And the first

24  sentence -- first two sentences read, Affection and

25  emotion is racialized.  People are more likely to



1    interpret and deem correct the expression of affection

2    and certain emotions between same-race people than

3    affection between two people they see of different

4    races.

5              Are you saying, Doctor, that most people

6    will view expressions of affection between same-race

7    people as correct or favorable but will view the same

8    expressions between people of different races as

9    incorrect or less favorable?

10        A.   I'm not making a claim about whether or not

11   most people will.  There is evidence that people of

12   same race versus different race, their emotions are

13   more likely to be seen differently and that the

14   mixed-race people's emotional affective displays are

15   more likely to be seen as problematic or as evidence of

16   some type of wrongdoing or improper behavior or

17   character flaw, etc.

18        Q.   So when you say people are more likely to

19   interpret, you're talking about people in general?

20        A.   Correct.  And I think most of these studies

21   are limited to North American and European context.

22   There's some other global studies, but most of the

23   research we have has to do with North America and

24   Western Europe.

25        Q.   And so if we go outside the context of this



Page 87

1    case and just take a white person and a black person

2    showing affection to each other in the town square and

3    then two same-race people on the other side of the

4    square are showing the exact same type of affection,

5    your opinion is that most people, generally speaking,

6    are more likely to interpret the same-race couple as

7    the correct behavior?

8           A.   No.  I'm not opining as to what most people

9    will do.  I'm saying it's more likely that the

10   mixed-race couple will be seen as doing something

11   improper, whereas, the same-sex will not.

12          Q.   Okay.  So a certain category of people will

13   make judgments that something is correct or incorrect;

14   is that right?

15          A.   Sure.

16          Q.   And of the people who make judgments as to

17   what is correct or incorrect, is it your opinion that

18   more people will view the same-race behavior as

19   correct?

20          A.   More people than the --

21          Q.   Right.

22          A.   -- than the mixed-race couple?

23          Q.   Right.  We're just talking about the class

24   of individuals who will make a judgment as to whether

25   it's correct or not.



Page 88

1          A.  We wouldn't -- in sociology, we wouldn't put

2     them in a class or arrange them in that way.  We would

3     more talk about the likelihood of whether or not they

4     receive some type of treatment.  We're talking here

5     about the active discrimination rather than a class of

6     people supposedly enacting it.

7          Q.  If someone -- and the individuals who make

8     the judgment -- and someone makes a judgment that show

9     of affection between two people from different races is

10    incorrect, could that be a form of implicit bias?

11         A.  You'd have to ask someone that studies

12    implicit bias.

13         Q.  Have you studied implicit bias?

14         A.  I've read a little bit on it, but it's not

15    my area.  It's a psychological field, not a

16    sociological one.

17         Q.  Okay.  So you can't say one way or the other

18    whether implicit bias would've factored into this case?

19         A.  You'd have to ask someone that studies it.

20         Q.  So when we get down here, the statement that

21    starts, Hand in glove -- the statement reads, Hand in

22    glove with the research on race, affect, and emotion, I

23    find that the flight attendants and pilots saw the

24    affection displayed between Peter and AD to be

25    inappropriate, and that interpretation is because of



Page 89

1    their racial differences.

2              Did I say that correctly?

3         A.   I believe so.

4         Q.   Do you stand by that opinion today?

5         A.   That's correct.

6         Q.   What can you point to that supports your

7    specific opinion that they thought that the show of

8    affection was improper based on their -- based on the

9    racial differences?

10        A.   What would I point to, your question is?

11        Q.   Yeah.  How do you support your opinion

12   that -- in that sentence?

13        A.   Oh, that's the end of your sentence.  Sorry.

14   I was waiting for you to continue.  So your question is

15   how would I support my -- the statement I just made?

16        Q.   Yes.  How is it that -- how can you -- what

17   is it that you point to to support your opinion that

18   the affection displayed between Peter and AD, which is

19   undisputed, was indeed inappropriate and it was

20   inappropriate based on the racial differences?

21        A.   My report.

22        Q.   Right.  I mean, can you -- as we're here for

23   today, can you point to anything in your report, direct

24   me specifically?

25        A.   I would read the whole report.  I mean,



Page 90

 1    that's why I'm -- as a sociologist, I'm talking about

 2    all of the variables that come into play.

 3          Q.   In your -- do you think it's -- is it even

 4    possible in your mind that these people held -- that

 5    the flight attendants for Frontier had legitimate

 6    concerns about the inappropriate touching?

 7          A.   It's possible.  I don't think it's likely.

 8          Q.   Why don't you think it's likely?

 9          A.   Because of all the evidence I supplied in my

10    report.

11          Q.   As we go down Page 37, we see you cite Gayle

12    DelVecchia's deposition.  Gayle DelVecchia is the

13    daughter of Peter DelVecchia.  Do I have that right?

14          A.   I believe that's correct.  I don't remember

15    everyone's names, but, yes, I think that's right.

16          Q.   And the question is asked during Gayle's

17    deposition:  Did your dad ever do that with you,

18    caressing your face?, and Gayle answered yes.

19          A.   Is that a question?

20          Q.   So you don't disagree that Peter and his

21    family admit that this type of behavior takes place or

22    at least took place commonly before the incident?

23          A.   By this type of behavior, do you mean

24    showing affection?

25          Q.   Specifically stroking of the face, since



Page 91

1  that's what we're talking about here.

2          A.   Sure.

3          Q.   So go to the next page.  Peter says right --

4  he talks about the same thing.  I mean, I think

5  something John and I talked about, one of them had said

6  I put my hand on his face.  And if that's enough to

7  cause concern, that's absolutely shocking to me because

8  I dare any parent not to touch their child's face or

9  head.

10          Did I read that correctly?

11          A.   I think so.

12          Q.   So then your opinion here -- follows -- is,

13  I see no unbiased reason why an adult stroking the face

14  of a child sitting next to them, especially given that

15  there's evidence that at least one or more of the

16  flight attendants or pilots ascertained they were

17  father and son, would merit surveillance, separation,

18  and detention without the presence of racial animus.

19          Did I read that correctly?

20          A.   I believe so.

21          Q.   So, Doctor, you used this phrase "unbiased

22  reason" again.  And I think -- did we say earlier that

23  you didn't factor bias into this opinion, or were we

24  talking about implicit bias?

25          A.   I'm using that as a reference to the



Page 92

1    aforementioned ideal type that if there was a complete

2    absence of discriminatory behavior and discriminatory

3    intent.

4           Q.  So if you say that you see no unbiased

5    reason, is it fair to say that the only thing you see

6    are biased reasons?

7           A.  Not the only thing, no.  That's why I didn't

8    write that.  I'm trying to disqualify the no unbiased

9    reason.

10          Q.  And that's why -- I just -- I want to drill

11   down on that for a moment, Doctor.  What -- I see no

12   unbiased reason why an adult stroking the face of a

13   child sitting next to them would merit surveillance,

14   separation, and detention without the presence of

15   racial animus.

16          MR. MCKAY:  Objection to the form of the

17          questioned, leaving out the part about

18          knowing that they're father and son.

19          MR. HARRIS:  And it was an appropriate

20          end dash, which means I can read the

21          sentence omitting the end dash.

22          Q.  (By Mr. Harris)  When you say that there's

23   no unbiased reason why an adult stroking the face of a

24   child under these circumstances would warrant

25   surveillance or separation or detention without the



Page 93

1    presence of racial animus, are you -- are you

2    necessarily stating that there could only be biased

3    reasons that would explain the surveillance,

4    separation, and detention with --

5          A.   I'm saying more likely than not there was

6    racial bias at play here.  There was racial animus.

7    There was racially -- racial discrimination that was

8    occurring here more likely than not.  And I find it

9    absolutely ludicrous that someone could know this

10   information --

11         Q.   Okay.  So --

12              MR. MCKAY:  Let him finish, Mr. Harris.

13         Q.   (By Mr. Harris)  In your opinion, you see no

14   way that this could've happened absent bias; is that

15   fair?

16         A.   No.  I keep qualifying that I'm talking

17   about likelihood.  So it's not no way.  It is much more

18   likely than not.  That's why I said it's ludicrous.

19   Ludicrous doesn't mean absolutely zero probability.  It

20   means likely than not there was discrimination at play,

21   given that they had all this information about who they

22   were.

23         Q.   Isn't it possible that one of the flight

24   attendants involved could've seen the manner in which

25   Peter was touching AD's face as described in the



Page 94

1  materials and would've been concerned and not have been

2  the subject of racial animus?  Isn't that at least

3  possible?

4         A.  I think I've answered this.  It is possible,

5  but it is not likely given the fact that they all had

6  this information about who they were.

7         Q.  And when you say that, you mean that they

8  were father and son?

9         A.  That's part of it, yes.

10        Q.  What else -- what else are you referencing?

11        A.  Well, they knew they were traveling

12  together, that they were father and son.  This had

13  already been explained.  So that's why I used the

14  phrase "surveillance, separation, and detention."

15  These are increasing behaviors that escalate.

16        Q.  But the fact that they're father and son,

17  that doesn't on its own accord eliminate concerns of

18  inappropriate touching, does it?

19        A.  In and of itself, that, no, but I think

20  we're also talking about trafficking you brought up.

21        Q.  Actually, I'm not sure where -- I know the

22  trafficking was brought up by Mr. McKay during the

23  depositions.  I'm talking about concerns of

24  inappropriate touching.

25        A.  Okay.  You brought it up earlier.  That's



Page 95

1   what I was referencing.

2          Q.  You know, Doctor, fair point.  We can

3   discuss it in terms of human trafficking as well.

4              Would you agree with me that it's certainly

5   possible that fathers could molest their children?

6          A.  Sure.  That is possible that fathers molest

7   their children.  That is not human trafficking.

8          Q.  And fathers could inappropriately touch

9   their children, correct?

10         A.  Yes.

11         Q.  So the fact that Peter and AD had the last

12  name -- whether we're talking in terms of human

13  trafficking or sexual molestation or inappropriate

14  touching, wouldn't you agree that just learning that

15  they had the last name, that wouldn't necessarily

16  alleviate the concerns of inappropriate touching?

17         A.  If that was all they did, but they did much

18  more than that.  They had conversations with them.

19  They moved them.  They spoke to them separately.  There

20  was lots of things that occurred that I detail in the

21  report based on what was supplied to me.

22         Q.  I understand that, but right here we're just

23  talking about, I see no unbiased reason why an adult

24  stroking the face of a child sitting next to them,

25  especially given that there's evidence that at least



Page 96

1    one or more of the flight attendants or pilots

2    ascertained that they were father and son, would merit

3    surveillance, separation, and detention without the

4    presence of racial animus.

5              So we're just talking about an adult

6    stroking the face of a child sitting next to him, given

7    evidence that they were father and son, and whether

8    that alone would merit surveillance, separation, and

9    detection.  And it's your position, if I'm reading this

10   correctly, that that must necessarily have involved

11   racial animus?

12        A.  More likely than not, yes.

13        Q.  I'm confused how you can say that, Doctor.

14   It seems to me that you -- we don't have enough here to

15   support that conclusion.

16        A.  What's your question?

17        Q.  Well, I'm sorry.  I'm trying to understand

18   how just the mere fact that we knew that they were

19   father and son and they were stroking the face of --

20   they were stroking the face of a child indicates the

21   presence of racial animus.  I have read the report, but

22   I'm asking you here now to expand on your opinion in

23   that regard.

24        A.  Yeah.  Well, that's what I'm doing in regard

25   to just this section.  And it seems like you're taking



MAGNA
LEGAL SERVICES

Page 97

1  this one section and trying to make it speak for the

2  entire report and that's unfair.

3         Q.  Okay.  Well, we can move to some other parts

4  of the report.  At the end, you say, I see no evidence

5  to suggest that the four flight attendants or two

6  pilots are experts on the subject of affection in

7  general or parental face-touching in specific, which

8  underscores how their judgments and actions are likely

9  a pretext to mask their desire to take action based on

10  their aversion to the situation, in quotes, of a white

11  man traveling with a black child.

12         Did I read that correctly?

13         A.  I think so.

14         Q.  Are you an expert on the subject of

15  affection?

16         A.  No, I'm not.

17         Q.  Face-touching.  Any of your studies involve

18  face-touching?

19         A.  Some studies involved human touch and

20  affection, but I'm not an expert on that.

21         Q.  Okay.  So, I guess, then -- I mean, you're

22  saying that the flight attendants and pilots aren't

23  experts on the subject of affection, but you're

24  admitting that neither are you.  So how can you say

25  that the stroking of the face of the child would not



Page 98

1  merit surveillance, separation, or detention without

2  the presence of racial animus?

3      A.  Because it's in consort with all the other

4  variables.  So you have to take them all into

5  consideration.  That's why I wrote the whole report

6  about all of those and not just this paragraph.

7      Q.  And I have looked through the report,

8  Doctor.  I -- I have.  Promise you.

9          And I see a lot in here about Scott Warren,

10  but in terms of Captain Shupe, the pilot, can you

11  explain to me what is your opinion of Captain Shupe's

12  role in this entire scenario?

13      A.  Can you specify your question?  That's

14  really vague.

15      Q.  Well, he's a Defendant in the case.  There

16  are allegations that he took part in intentionally

17  racist acts.  And I'm wondering what acts do you think

18  Captain Shupe took that were evidence of intentional

19  discrimination?

20      A.  Well, I think where I mentioned him in the

21  report speaks for itself.  So if you want to ask me

22  about anything I said in the report, I'd be happy to

23  expand upon it.

24      Q.  Before I -- and we're going to do that.  I

25  think I -- I think I see some Shupe testimony or some



Page 99

1    Shupe references in your report before we do that.

2           You reviewed Peter DelVecchia's deposition,

3    I think you stated.  We covered this before.  Did you

4    review the portion of his transcript where he discussed

5    some prior encounters where they had been removed from

6    a plane and removed from a movie theater?

7           MR. MCKAY:  Objection to the form of the

8           question.  Peter and AD were never removed

9           from a plane prior to this.

10          THE WITNESS:  I vaguely recall him

11          describing some incidents that occurred, but

12          I don't remember the details.

13          Q.  (By Mr. Harris)  So this is the -- can you

14   see this section of the transcript of the deposition of

15   Peter DelVecchia?

16          A.  Yes, I can.

17          Q.  So Page 81, he says in two other times,

18   there was FBI involvement.  And Peter clarifies, I'm

19   not saying that they both involve the FBI.

20          On Page 81, his answer right here, can you

21   just read that to yourself real quickly, Doctor?

22          A.  The one that starts, The first time?

23          Q.  That's correct.

24          A.  Okay.

25          Q.  And then he references it again.  I'm going



Page 100

1  to scroll down quickly to Page 89.  He says here -- oh,

2  I'm sorry.  It starts on Page 88.

3          He talks about, With respect to the incident

4  that occurred on the Delta flight, as you understand

5  the charges, they related to human trafficking; is that

6  correct?  Yes.

7          And then on Page 91, Peter discusses an

8  incident at the movie theater.  Can you read this

9  answer at the bottom here beginning on Line 17?

10          A.  I can.  One moment.

11          Okay.

12          Q.  So you'd agree with me that Peter testified

13  to an incident on a Delta flight where AD fell asleep

14  with his head on Peter's shoulder and the police met

15  them after the flight to discuss concerns of

16  trafficking; is that fair?

17          A.  I think he said they both fell asleep,

18  but --

19          Q.  Okay.

20          A.  -- yes.

21          Q.  And then regarding the movie theater here,

22  there was another incident where there was a report of

23  abuse of a minor when Peter was holding AD's hand and

24  resting it against AD's leg, or at least that was the

25  allegation.  Neither of these allegations resulted in



Page 101

1    any criminal charges.

2           But my question, Doctor, is:  Did you factor

3    those occurrences into your opinion in this case as to

4    whether it was more likely or not that the Frontier

5    Defendants were acting out of racial animus?

6           A.  I took all the evidence supplied to me, and

7    it all factored into my analysis.

8           Q.  Do you have any opinions about the two prior

9    encounters, whether those were also the product of

10   racial animus?

11          A.  No.  I think you asked me something similar

12   about another incident.  I would need more information

13   about that incident.

14          Q.  In your mind, is that relevant, the fact

15   that there were two other -- the two encounters that we

16   discussed here, is that relevant to your opinion as a

17   sociologist determining whether racism is present here?

18          A.  Here being with Frontier?

19          Q.  Yeah.  Are the prior encounters we just

20   discussed -- in your mind as a sociologist, are those

21   prior encounters relevant to your opinions rendered in

22   this matter on the issue of discrimination?

23          A.  I think the relevant contextual factors.

24          Q.  Explain how -- explain contextual factors.

25   Explain the relevance.



Page 102

```
 1        A.   Sure.   So when we talk about -- again, going
 2   back to a social framework analysis and ideal types,
 3   we're always comparing things to the ideal and we're
 4   using a particular limited, you know, pace or a limited
 5   amount of a unit of analysis and comparing that to the
 6   idea of something occurring or not occurring and then
 7   to the background of what all the social scientific
 8   evidence says about the likelihood that things will
 9   occur.
10            I think it speaks, you know, or falls in
11   line with what a lot of the historical and social
12   scientific evidence says about the likelihood of
13   discrimination here with a transracial diad compared to
14   a monoracial diad.
15        Q.   So the statement that we have on the screen
16   here, beginning at Line 17 -- this is the Peter
17   DelVecchia deposition.   And Peter says, They say I was
18   holding his hand and that my hand was resting against
19   his leg -- that being AD's leg -- and that somebody
20   called them and said that they were concerned about
21   abuse of a minor.
22            The fact that -- if we accept this
23   allegation as true, Peter was holding AD's hand in a
24   movie theater and at some point Peter's hand became
25   resting on AD's leg, is it your opinion that that --
```



Page 103

```
 1   there's nothing wrong with that?

 2        A.  I'm not opining on that at all in this

 3   incident.

 4        Q.  Is it possible that something like that

 5   could've happened in this case?

 6        A.  It's possible.

 7        Q.  Peter and AD were both asleep at the time

 8   Scott Warren allegedly saw Peter's hand on AD's crotch;

 9   is that correct?

10        A.  I don't recall the exact detail.  If you

11   want to show me the -- where you're citing from, that

12   would be helpful.

13        Q.  Well, I believe it's in the third amended

14   complaint.  I believe it's undisputed that they were

15   both asleep at the time.

16        A.  Yeah, I wasn't trying to nitpick.  I just

17   wanted to make sure we're on the same page quite

18   literally.

19        Q.  Yeah.  No, we can find it.

20            I don't want to waste all of our time today

21   looking for this, but would you agree with me for

22   present purposes that it's undisputed that Peter and AD

23   were both claimed to have been sleeping at the time

24   Scott Warren allegedly saw Peter's hand on AD's crotch?

25        A.  I think that's right.  Either one or both of
```



Page 104

1    them, as I recall, yes.

2         Q.   So assuming that to be the case, is it

3    possible that it could've been something like this

4    where Peter's hand innocently came to rest on AD's lap

5    or crotch?

6         A.   Are you -- I'm sorry.  Are you asking is it

7    possible that his hand was just innocently resting

8    there?

9         Q.   Yes.

10        A.   I think so.

11        Q.   And so what would the -- we talked about the

12   ideal type.  We'll return to that.

13             What -- if Scott Warren saw AD's -- Peter's

14   hand resting on AD's crotch and they were both asleep,

15   what would -- what would the ideal type -- how would

16   that reaction have gone?

17        A.   It depends what you're trying to prove or

18   disprove.  It requires a null hypothesis that you're

19   trying to reject or fail to reject.

20        Q.   Is there a way that Scott Warren could've

21   reacted to that that would not have involved racism?

22        A.   Sure.

23             MR. MCKAY:   Objection to the form of the

24             question.

25        Q.   (By Mr. Harris)  Yeah, I'm trying to figure



Page 105

1    out what should Scott Warren have done differently.

2          MR. MCKAY:   Nobody is alleging that

3       Mr. Warren acted out of racism.

4          MR. HARRIS:   They're not?

5          MR. MCKAY:   It's a very difficult

6       concept.   We are alleging that Scott Warren

7       discriminated on the basis of racial animus.

8       That's not the same thing as racism.

9          MR. HARRIS:   All right.   Well, John,

10       you're testifying now.

11          Q.   (By Mr. Harris)   Doctor, could you please

12    describe the difference between acting out of racial

13    animus and racism?

14          A.   Well, racism is -- I think I said earlier

15    something to the extent of it's a multi-variant concept

16    that is denoting a system based on race, and the way

17    that we're operationalizing it here is through

18    ideologies, institutions, identities, and so forth.

19    And you said something to the effect of, That's a whole

20    lot, and I said, Yes, it is.

21          And discrimination is the either directly

22    observable or observable through proxy intention to

23    discriminate on the basis of race.   Discrimination can

24    be a part of racism.   Racism can be a part of

25    discrimination.   It all depends upon how you're



MAGNA
LEGAL SERVICES

Page 106

1    operationalizing these concepts and how you're

2    measuring them.

3         Q.   Is it your opinion that Scott Warren

4    intended to discriminate on the basis of race?

5         A.   More likely than not, yes.

6         Q.   And explain to me how Scott Warren viewing

7    Peter's hand resting on AD's crotch supports your

8    opinion in that regard.

9         A.   Well, I used it in totality of all the other

10   factors in my report.  So if you want to pick out

11   something in particular, I can explain.  I'd be happy

12   to.

13        Q.   Do you agree that at some point the flight

14   attendants convened and expressed concerns over

15   inappropriate touching?

16        A.   They did speak at some point, yes.

17        Q.   And you agree that it's undisputed at some

18   point the captain asked Scott Warren to go back and

19   take a look?

20        A.   Something of that effect of, I need more

21   evidence, or something like that.

22        Q.   So is it your opinion that Scott Warren

23   was -- went to the back of the plane with a

24   predetermined mission of some sort?

25        A.   Given the totality of everything supplied to



Page 107

1    me, I think it was more likely than not that he was

2    looking for some rationale racially -- or looking for

3    some rationale to justify it and that rationale was

4    based on race.

5         Q.  I don't think that -- I don't know if it's

6    clear from the testimony in the case whether Scott

7    Warren knew that Peter was white and AD were black

8    before he went to the back of the plane.  Does that

9    factor important to your analysis?

10            MR. MCKAY:  Objection to the form of the

11        question.

12            THE WITNESS:  I'm not sure if that's

13        correct or not or even if that's

14        ascertainable.

15        Q.  (By Mr. Harris)  Would it matter to you

16   if -- okay.  Let me rephrase.

17            We agree that at some point Scott Warren was

18   sent back to take a look at Peter and AD, and you just

19   gave the opinion that you think he was sent back

20   with a -- with motive; is that correct?

21        A.  No, not necessarily motive at that point.

22        Q.  So I guess I'm just asking, Doctor:  Is

23   it -- is it critical to your analysis whether Scott

24   Warren knew that this was a mixed-race couple before he

25   went to the back of the plane or would it be -- if that



Page 108

1   was the first time he took note of their races was the

2   first time he saw them?

3         A.   If you're asking me specifically if he

4   needed to know beforehand, no.

5         Q.   So he didn't need to know.   It wouldn't have

6   mattered if he didn't know the races, to your opinion.

7   He could've just seen their races when he first

8   encountered them the first time and that would change

9   your opinion?

10              MR. MCKAY:   Objection to form.

11              THE WITNESS:   Well, I don't know how

12         anyone ascertains race before they ascertain

13         race, if you follow me.   I'm unsure as --

14        Q.   (By Mr. Harris)   I'm trying to -- yes.   I'm

15   confused about how we ascertain race as well.

16        A.   Well, you have to see someone first or hear

17   from them.   There has to be some information conveyed

18   somehow.

19        Q.   If Scott Warren never saw Peter and AD prior

20   to the moment he went to the back of the plane and if

21   Scott Warren had never been told the races of Peter and

22   AD before he went to the back of the plane, are you

23   saying that would not impact your opinions here today?

24        A.   Well, it depends how they were told and how

25   that information might or may have been conveyed.   I'm



Page 109

1  not sure.  We can convey the meanings of people's

2  racial identity without saying white or black.

3        Q.  Okay.  So Scott Warren gets to the back of

4  the plane and he allegedly sees Peter's hand on AD's

5  crotch.  Can you explain to me how that -- what is your

6  basis for claiming that he fabricated -- are you

7  claiming that he fabricated that?  Maybe that's a

8  better way to phrase it.

9              Are you claiming he fabricated that

10 evidence?

11       A.  I'm not making any claims about fabrication

12 of evidence or not.

13       Q.  Does it matter to you whether Peter's hand

14 was indeed on AD's crotch?

15       A.  All that matters to me is the evidence given

16 to me to opine on.  That's all I can go on.

17       Q.  Right.  I'm just saying you'd agree with me

18 that Scott Warren made a report to the captain and

19 other crew members that Peter's hand was on AD's

20 crotch.  We agree on that?

21       A.  Indeed.

22       Q.  Okay.  We agree that Peter's hand was either

23 on AD's crotch or it was near AD's lap or it wasn't; is

24 that correct?

25       A.  Yeah.  It either was or it wasn't, sure,



Page 110

1    yes.

2         Q.  So I'm just -- I'm just trying to ask if

3    you think Scott Warren fabricated that allegation or

4    if -- and if so, would that impact your opinion in this

5    case?

6         A.  Oh.  Well, I'm sorry if I'm not being clear.

7    I'm not being asked to opine on whether or not that's

8    factual or not, just on the likelihood of

9    discrimination.

10        Q.  So you're not saying he fabricated the

11   allegation?

12             MR. MCKAY:  Objection, asked and

13        answered.

14             THE WITNESS:  I'm not making a claim on

15        this.

16        Q.  (By Mr. Harris)  And are you saying it's

17   irrelevant to your opinion whether Scott -- the

18   placement of Scott's -- the placement of Peter's hand

19   at the time, whether it was on AD's crotch or near AD's

20   lap or in -- Peter had his hands in his pocket, you're

21   saying that it's irrelevant?  None of that would change

22   your opinion?

23             MR. MCKAY:  Objection to the form.

24             THE WITNESS:  So I think this is the

25        third time you've asked me this question,



Page 111

```
 1          and I'm not opining on that.  That's not

 2          what I'm doing here.  I'm opining on the

 3          likelihood of racial discrimination, not on

 4          the fact or not the fact of the placement of

 5          the hand.

 6          Q.  (By Mr. Harris)  And I'm not trying to --

 7     let's just start over.  We'll try it again.

 8          Does it -- does it matter whether Peter's --

 9     where Peter's hand was?

10          A.  I'm not opining on whether that matters or

11     not.  That's the fourth time, I believe.

12          Q.  If Peter's hand was indeed on AD's crotch or

13     near AD's crotch or on AD's lap, your opinion would be

14     the same; is that correct?

15          A.  I'm not opining on that.  I don't have an

16     opinion on that.

17          Q.  So you didn't factor the placement of

18     Peter's hand into your opinions in this case?

19          A.  The fact or not the fact of the placement of

20     the hand, I'm not opining on.

21          Q.  Okay.  Did you factor any -- this whole

22     episode we're talking about that -- Scott Warren going

23     to the back -- we agree, right?  Scott Warren was sent

24     to the back of the plane to get some information.  He

25     came back, told the captain and crew he saw Peter's
```



Page 112

1    hand resting on AD's lap or on his crotch.

2              Is any part of that, that entire incident,

3    relevant to your opinions in this case?

4        A.  All the information, all the narratives, the

5    depositions, the statements, and everything that were

6    supplied to me or the evidence I used to make an

7    opinion based on the likelihood of racial

8    discrimination, that's what I'm opining on.

9        Q.  Well, let's just talk about this episode

10   we've been talking about.  What's the significance of

11   this -- this episode, the fact that Peter went back and

12   he has -- or pardon me.  Mr. Warren went back to the

13   plane, came back and he had a report of Peter's hand on

14   AD's crotch.

15             And I'm just asking:  What's the

16   significance of Scott Warren's statements to your

17   opinion in this case?

18             MR. MCKAY:  Objection to the form of the

19        question.

20             THE WITNESS:  I think now you're just

21        substituting the word "significance" whereas

22        before you said if it mattered or not.  I've

23        answered this.  I don't know how to answer

24        it any differently.  I'm sorry.

25        Q.  (By Mr. Harris)  Well, your report does say



Page 113

1    you find it significant that Mr. Warren did not relay

2    that Peter and AD were asleep.

3            A.   Where do I -- if you could point to the

4    placement.

5            Q.   Yeah, we'll go back to it.  We can --

6            A.   Thanks.

7            Q.   Page 44.  Sorry.  I'm too -- right there.

8    I'm going to read this -- this section right here,

9    Doctor.  It appears that -- It appears that Warren

10   wished to separate Peter and AD.  He withheld from

11   Captain Shupe information that both Peter and -- pardon

12   me -- AD were asleep when he supposedly saw Peter

13   groping AD, perhaps knowing that a separation and

14   detention would be unlikely if the captain knew they

15   were asleep.

16           And then it says in parentheses, In fact,

17   Captain Shupe testified that fact certainly would have

18   made a difference to him in whether he ordered the

19   separation.

20           Did I read that correctly?

21           A.   I believe so.  I'm not sure, but I think

22   basically correctly.

23           Q.   So you understand that your use of the term

24   "groping" there, we -- we're going to be -- take, you

25   know, issue with that.  That's a contested fact.



Page 114

1          But you're definitely saying here that the

2    fact that they were asleep was relevant to your

3    opinion, correct?

4          A.   Well, Captain Shupe is saying that.  So I'm,

5    again, taking that narrative in conjunction with

6    everything.

7          Q.   Is that what made it relevant, the fact that

8    Captain Shupe made note of it?

9          A.   All of the evidence and allegations in the

10   narrative supplied to me are relevant to me making an

11   opinion.  I can't cherry-pick just one and say it is or

12   isn't relevant, standing alone from everything else.

13   That's not how sociology works.

14         Q.   So if we were to strip out the parenthetical

15   about Captain Shupe, would your opinion be the same?

16         A.   I -- I don't know because that's not the

17   reality we live in, so I don't know if it would be

18   different or not.

19         Q.   But Captain Shupe only testified to that

20   after the fact.  This is -- this is after the fact when

21   Captain Shupe says -- and he's responding to Attorney

22   McKay's questions during the deposition.

23              So how does that -- I'm confused.  This only

24   happened after the fact.

25         A.   I'm confused as to how he could say it



Page 115

 1   before the fact.

 2        Q.  He could've very well said it and made a

 3   contemporaneous account in interviews after the fact,

 4   Doctor.  I'm --

 5        A.  Right.  It's all after the fact, right.

 6   That's what I'm saying.

 7        Q.  I mean, I'm just saying that the Plaintiffs

 8   in this case -- and in your report, there's several

 9   references to the fact that Peter and AD were both

10   asleep when Warren supposedly saw Peter touching AD,

11   and Warren did not relay this to the captain.

12             Now I'm asking you about the significance of

13   that, those allegations, in terms of your conclusion

14   that Scott Warren and the crew members and Frontier

15   were acting out of racial animus.

16        A.  Well, I say in the report here it appears

17   that he wished to separate them and then went back and

18   got that information, and the captain says that

19   information would've been relevant.  So he left out

20   that.  That's what that paragraph is opining to.

21        Q.  Exactly.  So the fact that he left out the

22   fact that they were asleep, you deem that significant,

23   correct?

24        A.  In the totality of everything else, not

25   in -- in and of itself alone.



Page 116

```
1           Q.  Your report, Doctor, is -- we just looked at

2    the substantive portion of the report -- about 45 pages

3    long and single-spaced, and we said earlier we had

4    5,000 -- over 5,700 documents.  There's also a lot of

5    video testimony that you said that you reviewed.  Then

6    you told me you spent approximately 15 to 20 hours

7    working on this case.

8                Do you still stand by that?

9           A.  It could've been more, but that's a

10   ballpark, sure.  And I think you asked Attorney McKay

11   at the beginning to supply the time sheets.  That would

12   have it nailed down.

13          Q.  Yeah.  We'll get your invoices after the

14   fact.

15               MR. HARRIS:  Doctor, I thank you for

16          your time.  I know it's been a difficult

17          topic.  We knew going in that we'd probably

18          have some disagreements.  So I thank you for

19          the collegial attitude and --

20               THE WITNESS:  Well, of course.  Happy

21          to.

22               MR. HARRIS:  Yeah.  It's been an

23          interesting discussion.

24               Mr. McKay, any questions?

25               MR. MCKAY:  I do have some.  Could I ask
```



1          you to take down the document you're sharing

2          so I can put one up?

3               MR. HARRIS:  Is it gone?

4               MR. MCKAY:  Thank you.  Yes, it is done.

5

6     CROSS-EXAMINATION BY MR. MCKAY:

7

8          Q.  (By Mr. McKay)  Dr. Hughey, how many years

9     have you been involved in the study of -- study and

10    teaching, I should say, of sociology?

11         A.  Oh, gosh.  I first started teaching

12    sociology as a graduate student at the University of

13    Virginia in, I think, 2005, so about 18 years now of --

14    of teaching it.

15         Q.  I'm sorry.  I was lumping together studying

16    and teaching.  So if we just -- perhaps you started

17    studying before you started teaching, which would make

18    a lot of sense.

19              So let's say:  How long have you studied

20    sociology?

21         A.  I have been studying sociology formally in

22    higher ed since 1996.

23         Q.  Okay.  And have you, within that study, held

24    discrimination acts against people of minority races

25    and ethnicities in America?



Page 118

1          A.   Yes.

2          Q.   Are you familiar with the types of

3    discrimination against those -- that happen against

4    those protected groups?

5          A.   Quite a number, yes.

6          Q.   And how have you become knowledgeable about

7    those things?

8          A.   Through the study of the extant voluminous

9    literature in the social sciences, primarily within

10   sociology, of how discrimination works, how to

11   recognize it, how it varies, and when, where, why, and

12   how it appears.

13         Q.   And does that include referencing of

14   peer-reviewed studies and publications?

15         A.   Almost exclusively, yes.  It has to go

16   through some type of rigorous peer review or scholarly

17   publication to be accepted as -- as valid.

18         Q.   And are those done typically at the

19   university level?

20         A.   Yes, almost exclusively.

21         Q.   Okay.  And are their results followed on a

22   nationwide basis?

23         A.   Global basis.

24         Q.   Okay.  Have you studied certain

25   circumstances that have been found to foster race and



Page 119

1    ethnicity discrimination in certain groups?

2          A.   Yes.   That's why I concentrate on some of

3    the factors that I did in -- in the report and why I

4    delineate concentrating on racial ideologies, racial

5    institutions, racial interests, etc.

6          Q.   Have you authored any books or academic

7    papers on race and ethnicity discrimination?

8          A.   Yes.   Nine scholarly academic books, which

9    all passed university peer review, and now I believe

10   over 85-some peer-reviewed journals and articles and

11   peer-reviewed scholarly journals and in between 20 and

12   25 chapters in scholarly annotations and in edited

13   volumes.

14         Q.   Have your writings been relied upon and

15   cited by others in the field of sociology?

16         A.   Yes, heavily.

17         Q.   Do you serve on any editorial boards?

18         A.   Quite a few.   I've served on a number over

19   my career so far.   I was even a founding editor of the

20   American Sociological Association's first journal for

21   the study of race.   I was a founding associate editor,

22   one of five.

23              Serve on the editorial board of Ethnic and

24   Racial Studies, which is the kind of top global journal

25   for the study of race and ethnicity.   And I've been on


MAGNA
LEGAL SERVICES

Page 120

1   some others, but you rotate on and off.  You serve for

2   a few years and then you step off for a while.

3          Q.  Okay.  In the several instances when you've

4   been retained to testify as an expert witness, has any

5   court ever ruled that your expert opinions were not

6   helpful or admissible?

7          A.  No.

8              MR. MCKAY:  I'm going to share my screen

9          here.

10

11             (Screen-sharing Exhibit 1)

12

13         Q.  (By Mr. McKay)  Oh.  Wrong thing.

14             All right.  Can you see the report on the

15  screen now?

16         A.  No.  I see something that says, General

17  supply levels.  It looks like a printer queue or

18  something.

19         Q.  That was my printer queue.  That should not

20  have been there.  Let me just start over again here.

21  My printer is not working, so if you can figure that

22  out, I would be most grateful.

23         A.  I do not have training in that area.

24         Q.  Okay.  How about now; can you see your

25  report?



Page 121

```
 1          A.  I can.
 2          Q.  Okay.  And is this the report that you
 3   prepared in this case for your expert opinions?
 4          A.  It looks like it from the title page.
 5          Q.  All right.
 6              MR. MCKAY:  I would like this to be
 7          marked as Exhibit 1 to this deposition,
 8          please.
 9              And I am going to also bring up a
10          October -- dated October 2022 curriculum
11          vitae.
12
13              (Screen-sharing Exhibit 2)
14
15          Q.  (By Mr. McKay)  Is that yours, Dr. Hughey?
16          A.  It looks like it.  It's older, but that's
17   mine.
18          Q.  Okay.
19              MR. MCKAY:  And I'd like this --
20          Q.  (By Mr. McKay)  Does this accurately show
21   your -- at least as of October of 2022, does it show
22   your -- your various education and publications?
23          A.  It should, yes.
24          Q.  Okay.
25              MR. MCKAY:  I'd like this to be marked
```



Page 122

1          as Exhibit 2 to the deposition, please.

2          Q.   (By Mr. McKay)  Dr. Hughey, have you studied

3    the facts of the DelVecchia vs. Frontier case and

4    reached opinions within the scope of your expertise?

5          A.   Based on what was supplied to me, yes.

6          Q.   And are those opinions shown in the report

7    that's marked as Exhibit 1?

8          A.   Yes.

9          Q.   Are those opinions made to a reasonable

10   degree of certainty within your field of expertise in

11   sociology?

12         A.   Yes.

13         Q.   And do you have an opinion regarding whether

14   or not Peter and his son, identified as AD, were

15   discriminated against on the Frontier Flight 2067?

16         A.   Yes.

17         Q.   And what are your opinions?

18         A.   That they were more likely than not

19   discriminated against.

20         Q.   All right.  And is it your opinion that that

21   discrimination was based on racial animus?

22         A.   Yes.

23         Q.   And is it your opinion that it was

24   intentional?

25         A.   Yes.


MAGNA
LEGAL SERVICES

Page 123

```
 1          Q.   Now, you testified a little bit ago in
 2   response to Mr. Harris's question that the likelihood
 3   of discrimination with a biracial diad versus a
 4   monoracial diad was more likely.  And is that the same
 5   as saying that the events described in this case more
 6   likely than not would not have occurred if the
 7   DelVecchias had both been of the same race?
 8               MR. HARRIS:  Object to form.
 9               THE WITNESS:  Yes, that's what that
10          means.
11          Q.   (By Mr. McKay)  Okay.  Let's see.  I think
12   you answered that.
13               Dr. Hughey, is it necessary for you as a
14   sociologist to have been involved in an industry -- for
15   instance, as an employee of an industry -- to know
16   whether discrimination occurs in that industry?
17               MR. HARRIS:  Object to form.
18               THE WITNESS:  No, absolutely not.  If
19          that were the case, most sociologists
20          wouldn't be able say -- most social
21          scientists, for that matter, wouldn't be
22          able to say anything about -- about much of
23          the world.
24
25               (Screen-sharing Exhibit 1)
```



Page 124

1

2        Q.   (By Mr. McKay)   Okay.   I would like to take

3    you to your report on Page 10 and reference a question

4    that Mr. Harris was asking.   And let me just see if I

5    can find the exact place.

6            It is -- there's a little bit of text at the

7    top there, then there's a long quotation, and then a

8    new paragraph starts with the words, The number and

9    frequency.   Do you see that?

10       A.   I do.

11       Q.   Now, the sentence, as it reads, is, The

12   number and frequency of complaints and their content

13   suggests that incidents of racial discrimination

14   against passengers are rampant at Frontier.

15           Did I read that correctly?

16       A.   I believe so.

17       Q.   Now, you previously testified that there

18   might be a typo and against might be by, and I wanted

19   to clarify whether that's accurate.   Because if we

20   replace against with by, then it would be incidents of

21   racial discrimination caused by passengers, would it

22   not?

23       A.   That -- that is what it would mean, and no,

24   I misread that before.   No.   As it's stated is correct.

25   It means against passengers, not committed by



Page 125

1    passengers.

2         Q.  All right.  Thank you.  I just wanted to --

3         A.  Sorry about that.

4         Q.  Did you have any need as a sociologist to

5    interview all of the witnesses and the doctors and the

6    parties in the case in order to reach your opinions?

7              MR. HARRIS:  Object to form.

8              THE WITNESS:  No.

9         Q.  (By Mr. McKay)  Is that something that other

10   sociologists would say should have been done?

11             MR. HARRIS:  Object to form.

12             THE WITNESS:  It depends on the -- on

13        the should there.  It's common that

14        sociologists use secondary data, such as

15        narratives and reports and depositions and

16        so forth, to opine on without having to

17        individually conduct interviews or do some

18        type of hands-on analysis.

19        Q.  (By Mr. McKay)  Is it your opinion that

20   Peter DelVecchia, the father, was discriminated against

21   in this case?

22        A.  Yes.

23        Q.  And you're not saying -- are you? -- that

24   he's only claiming discrimination based upon what

25   occurred to his son, are you?



Page 126

1        A.   No.   I'm saying that they were discriminated

2   against as a interracial diad, I've been calling it.

3        Q.   Yes.   Okay.

4             Where you have cited facts as a basis for

5   your opinion, are you doing so on the assumption that

6   the facts presented are accurate?

7        A.   That's all I can go on, that what was

8   provided to me was in good faith and fact.

9        Q.   Are you -- are you in any way trying to say

10  what the jury should conclude about facts in this case?

11       A.   No.   I leave that up to the jury.

12       Q.   Okay.

13            MR. MCKAY:   Thank you.   That's all I

14       have.

15

16  REDIRECT EXAMINATION BY MR. HARRIS:

17

18       Q.   (By Mr. Harris)   Real quick, Doctor.   The

19  diad that you discussed, can you just talk about that

20  again real quickly?

21       A.   It's probably an elegant way of just saying

22  two.   Triad is three.   So I'm just talking about --

23  instead of calling them a couple, which I think has a

24  different denotation, or a awkward phrase like, The two

25  passengers that were flying that happened to be Peter



Page 127

1    and AD, I just started referring to them as a diad.

2    It's a common sociological word.

3           Q.   Does -- does the term "diad" necessarily

4    mean it's inherent that it's mixed -- different

5    races -- people of different races?

6           A.   Oh, no, not at all.

7           Q.   Okay.  So here we do have a diad with two

8    different races?

9           A.   Yes.

10          Q.   But you could have a diad where they're both

11   the same race?

12          A.   Yes.  The word just means two, and triad

13   means three.

14          Q.   It's just a group?

15          A.   It's a group of two.  That is correct.

16          Q.   A group of two.

17               So you would agree that in this case we had

18   a group of two people with different races -- that

19   being Peter and AD -- and then from the Frontier

20   standpoint, we had a group of -- if you count the

21   flight attendants and the captain, I would say five or

22   six people, and they also had different races; is that

23   correct?

24          A.   I believe the -- if you're talking about the

25   flight attendants, I believe they identified as



Page 128

1    different races, yes.

2         Q.   So the fact that Scott Warren is himself an

3    African-American male, I take it by your report his

4    discrimination was -- we can go back to it, if you'd

5    like.  We have the report up.  But I believe you

6    discussed three or four motivations for discrimination,

7    I think, in the transracial adoption context.

8         A.   That sounds right.  Drawn from the extant

9    literature on the phenomena.

10        Q.   And those criteria or criterion, they don't

11   change.  Perhaps whether we're talking about a black

12   person who's the actor or a white person or an Asian

13   person, for instance, the criteria's the same?

14        A.   Can you rephrase your question?  I'm sorry.

15        Q.   So we discussed there's, like, three or four

16   criteria you set forth in your report, and they explain

17   why people act with racial animus toward transracial

18   adoptees.

19        A.   Right.

20        Q.   And my question is:  In this case, we have

21   white people who were accused of acting with racial

22   animus; we have black people who were accused of acting

23   with racial animus.  Is the criteria the same for the

24   black people and the white people?

25        A.   From my knowledge of the -- of the extant



Page 129

1    social scientific literature, one doesn't need to be a

2    particular race to act in a discriminatory manner

3    toward transracial families or adoptees or adopters.

4         Q.   So if we take your report includes Captain

5    Shupe, who's white, was acting with racial animus and

6    Scott Warren, who is black, was also acting with racial

7    animus, could they have been acting for different

8    reasons or would they necessarily be acting for the

9    same reason?

10        A.   They -- it is possible they could be acting

11   for different reasons.   It possible they could be

12   acting for the same reasons.

13        Q.   Is it your opinion that they had -- they

14   were acting in concert; they had a shared motivation in

15   some regard?

16        A.   If the shared motivation is that umbrella

17   term of racial.   That's why I believe I cited three

18   possible kind of -- I may have even referred to them as

19   logics or something like that -- that the social

20   scientific literature has identified for some of the

21   logics or motivations for racial discrimination against

22   transracial people.

23        Q.   And one thing I forgot to follow up on,

24   Doctor -- I apologize.

25             MR. HARRIS:   Mr. McKay, since we have



Page 130

1              the report up, we need to find the section

2              specifically referencing Captain Shupe.

3          It's at the end, Page 44.

4              MR. MCKAY:   Okay.   34, 43, 44.   Do you

5              want the top?

6              MR. HARRIS:   If we could go to the

7              paragraph right above the conclusion that

8              starts, Captain Shupe.

9              MR. MCKAY:   Okay.   Right there.

10             Q.   (By Mr. Harris)   And I'll attempt to read

11    this correctly.   Doctor, if you could follow with me.

12    It says, Captain Shupe admitted that he gave the order

13    to separate and detain Peter and AD without finding any

14    basis for it in the flight operations manual.   He then

15    testified that the threat level 2 procedures state to

16    restrain or subdue the offending passenger, which he

17    claims he did by separating Peter and AD.

18             Shupe called this an, quote, unquote,

19    equivalency determination but admitted that he is not

20    allowed or permitted to make equivalency determinations

21    with other checklists in the flight operations manual.

22             Did I read that correctly, Doctor?

23             A.   I believe so.

24             Q.   And am I correct in stating that you relied

25    on this -- these are your reasons for claiming that



Page 131

1  Captain Shupe acted out of racial animus, that he

2  admitted he's not allowed to -- he's not allowed or

3  permitted to make equivalency determinations?

4       A.  That's one of many things; the many things

5  being everything I reference in the report.

6       Q.  Do you think Captain Shupe should have gone

7  back and investigated?

8       A.  I'm not opining on what captains should or

9  shouldn't do.

10      Q.  But you are opining that he acted out of

11  racial animus?

12      A.  I'm opining on the likelihood of racial

13  animus and discrimination.

14      Q.  But you're not opining to what he should or

15  shouldn't have done differently?

16      A.  Not in regard to whether he should leave the

17  captain's chair and go back into the plane.  I -- I

18  don't know anything about that.

19      Q.  So his -- the fact that he did -- the fact

20  that he did not find a basis for the separation in the

21  flight operations manual, that's an important fact in

22  your conclusion?

23      A.  Well, it's one that he brought up that I put

24  in the context of everything.

25           MR. HARRIS:  Okay.  Doctor, I don't



Page 132

```
 1          think I have any further questions.
 2              Mr. McKay?
 3              MR. MCKAY:  I have nothing further, and
 4          we've already reserved reading and signing.
 5              COURT REPORTER:  I'd like to get
 6          transcript order preferences, please.
 7              MR. MCKAY:  Yes.  I would like a PDF and
 8          a video, please.
 9              MR. HARRIS:  Same here.
10
11              (Off-record discussion regarding
12              exhibits)
13
14              VIDEOGRAPHER:  The time is now 4:18
15          p.m., and we are off the record.
16
17
18
19
20
21
22
23
24
25
```



Page 133

```
 1                    STATE OF CONNECTICUT
 2
 3      I, Keli McGilton, a Notary Public in and for the
        State of Connecticut, do hereby certify that there came
 4      before me on the 20th day of February, 2023, via Zoom
        videoconference the following named person, to wit:
 5      MATTHEW W. HUGHEY, M.Ed.,Ph.D., who was by me duly sworn
        to testify to the truth and nothing but the truth as to
 6      his knowledge touching and concerning the matters in
        controversy in this cause; that he was thereupon
 7      examined upon his oath and said examination reduced to
        writing by me; and that the statement is a true record
 8      of the testimony given by the witness, to the best of my
        knowledge and ability.
 9
10      I further certify that I am not a relative or
        employee of counsel/attorney for any of the parties, nor
11      a relative or employee of such parties; nor am I
        financially interested in the outcome of the action.
12
13      WITNESS MY HAND this 25th day of February, 2023.
14
15
16
                    Keli McGilton
                    Keli McGilton
17                  Notary Public
18
19
20
21
22
23
24
        My Commission expires:
25      July 31, 2027
```



Page 134

1
                UNITED STATES DISTRICT COURT
2                    DISTRICT OF NEVADA
3
4    PETER DELVECCHIA, et al.,        :   Case No.
                                      :   2:19-cv-01322-KJD-NJK
5         Plaintiffs,                 :
6    v.                               :
7    FRONTIER AIRLINES, INC., et al.,:
8         Defendants.                 :   FEBRUARY 20, 2023
9
10
11
12
         I, MATTHEW W. HUGHEY, M.Ed., Ph.D., do hereby
13   certify, under the pains and penalties of perjury, that
     the foregoing testimony is true and accurate, to the
14   best of my knowledge and belief.
15       WITNESS MY HAND, this   day of       , 2023.
16
17
                     _____
18                   Matthew W. Hughey, M.Ed., Ph.D.
19
20
21
22
23
24   cc:  Richard C. Harris, Esq.
          Brian T. Maye, Esq.
25



**A**

**Abduction**
56:3
**ability**
133:8
**able**
27:5 39:9,13 50:21
78:18 82:17 123:20
123:22
**abruptly**
21:14
**absence**
42:9 76:18 78:23
79:14,22 80:18,19
92:2
**absent**
93:14
**absolutely**
15:23 91:7 93:9,19
123:18
**abuse**
36:5 100:23 102:21
**academic**
119:6,8
**ACARS**
19:12,16,17 30:14,15
30:18 34:3
**accept**
102:22
**acceptance**
58:7
**accepted**
80:8,13 118:17
**accord**
94:17
**account**
22:16 44:24 45:1
76:2,3,5 84:7 115:3
**accuracy**
50:18,21
**accurate**
32:15 83:17 84:4
124:19 126:6
134:13
**accurately**

56:20 83:5 121:20
**accusations**
23:8,9,12
**accused**
128:21,22
**achieve**
43:2,7
**achieved**
42:22
**act**
42:14 128:17 129:2
**acted**
105:3 131:1,10
**acting**
84:22 101:5 105:12
115:15 128:21,22
129:5,6,7,8,10,12
129:14
**action**
97:9 133:11
**actions**
97:8
**activate**
66:18
**active**
88:5
**actor**
128:12
**actor's**
25:11
**actors'**
25:11
**acts**
84:21 98:17,17
117:24
**actual**
12:25 70:11
**AD**
18:12,12,16,17 20:19
20:25 23:10,13
24:13,13 29:9,10,14
61:12,20 64:3 77:19
78:7 83:2,21 84:20
85:7,13 88:24 89:18
95:11 99:8 100:13
103:7,22 107:7,18

108:19,22 113:2,10
113:12,13 115:9,10
122:14 127:1,19
130:13,17
**AD's**
21:2 24:1,21 62:6
83:24 93:25 100:23
100:24 102:19,23
102:25 103:8,24
104:4,13,14 106:7
109:4,14,19,23,23
110:19,19 111:12
111:13,13 112:1,14
**adheres**
74:21
**ADLER**
2:9
**admissible**
120:6
**admit**
90:21
**admitted**
130:12,19 131:2
**admitting**
97:24
**adopt**
56:18 57:1
**adopted**
18:11
**adoptee**
61:16
**Adoptee/Adopter**
85:23
**adoptees**
58:7 65:12 128:18
129:3
**adopters**
129:3
**adopting**
23:1 55:13,16 60:20
**adoption**
55:6,8,10,11 56:9
57:5,16 60:10 128:7
**adoptions**
17:13 56:18 57:9
60:5

**adoptive**
83:3 84:21
**adopts**
22:22
**adult**
91:13 92:12,23 95:23
96:5
**adversarial**
9:13
**advise**
80:21
**advises**
80:14
**advising**
79:24 80:1 81:9
**affect**
75:4 88:22
**affectations**
48:9
**affection**
24:13,17 25:1 84:23
85:4,8,23,24 86:1,3
86:6 87:2,4 88:9,24
89:8,18 90:24 97:6
97:15,20,23
**affectionate**
85:18,19
**affective**
46:19,24 47:15,25
48:5,8,13,19 86:14
**aforementioned**
92:1
**aforesaid**
23:11
**Africa**
18:17
**African-American**
72:23,24 73:9 128:3
**African-Americans**
73:17,18
**Afro-Latina**
77:15
**agencies**
35:24 55:10
**ago**
15:17 78:16 123:1



agree
5:2 9:25 10:5 18:5,9
20:18,18,25 30:3
31:13 37:1 46:2
53:14 56:22,24 60:3
60:8 66:6 71:23
72:22 75:16 77:16
77:22 78:24 79:6,8
79:13,23 95:4,14
100:12 103:21
106:13,17 107:17
109:17,20,22
111:23 127:17
agreed
4:3,9,11 5:4 80:7
ahead
10:5 20:17 45:8
52:17 55:5 66:22
75:20
air
33:3,11,17 40:18
41:5,9
airline
32:6 35:4,8,9,10,15
42:22 43:7
airlines
1:7 5:12 11:22 18:22
35:7 79:21 134:7
airplane
31:19
airplanes
31:4
al
1:4,7 5:12 134:4,7
alert
40:4
allegation
23:5,16 24:20 25:2
61:22 62:9,13
100:25 102:23
110:3,11
allegations
16:20,23 21:20,25
22:8,23 54:14 65:14
98:16 100:25 114:9
115:13

allege
23:11
alleged
24:18 25:20
allegedly
103:8,24 109:4
alleging
105:2,6
alleviate
95:16
allowed
51:15 130:20 131:2,2
alter
41:7
alters
33:24
Amanda
24:10
amended
24:18 62:2,11,18
103:13
America
86:23 117:25
American
86:21 119:20
amount
43:12 102:5
analyses
35:10
analysis
25:5,19,20,23 28:10
31:15 41:12,24
66:25 101:7 102:2,5
107:9,23 125:18
analyze
16:6 34:8
Analyzing
37:16
and/or
55:13
animus
91:18 92:15 93:1,6
94:2 96:4,11,21
98:2 101:5,10 105:7
105:13 115:15
122:21 128:17,22

128:23 129:5,7
131:1,11,13
annotations
119:12
answer
13:15 14:12,14 34:5
52:10 57:23 67:19
99:20 100:9 112:23
answered
52:19 83:19 84:10
90:18 94:4 110:13
112:23 123:12
answers
7:8
antidiscrimination
36:2
antiharassment
36:2
anybody
13:20 14:19
anymore
52:10
apologies
55:23
apologize
37:6 64:15 66:4
76:25 129:24
apparently
67:6 71:17 75:23,23
appear
50:8
appearances
2:1 67:7 71:18 75:24
appears
36:9 37:3,9 41:20
62:3,11 72:2 113:9
113:9 115:16
118:12
applied
12:12
applies
34:16
apply
11:12 34:14
approached
29:9

appropriate
92:19
approximately
116:6
area
54:11 88:15 120:23
areas
72:20
argue
51:20
argued
46:6
argumentative
22:24 34:13,20
Arizona
56:3
arrange
88:2
art
25:25 28:6
article
58:5,10 59:14 60:23
articles
119:10
artifact
78:2
ascertain
25:13 108:12,15
ascertainable
107:14
ascertained
91:16 96:2
ascertains
108:12
Asian
77:6 128:12
asked
27:20 54:11 78:17
83:13,20 90:16
101:11 106:18
110:7,12,25 116:10
asking
14:7,9,15 33:8 40:7
43:22 47:23 50:18
51:23 62:8 64:9
69:13 96:22 104:6



107:22 108:3
112:15 115:12
124:4
**asks**
31:3
**asleep**
20:16,20,24 21:1
100:13,17 103:7,15
104:14 113:2,12,15
114:2 115:10,22
**assertions**
61:19
**assistance**
76:16
**assistant**
11:3
**associate**
11:7,9 119:21
**associated**
79:11
**association**
71:13
**Association's**
119:20
**assume**
16:19
**assuming**
104:2
**assumption**
126:5
**attached**
3:10
**attempt**
58:12 130:10
**attempting**
11:5
**ATTENDANCE**
2:15
**attendant**
18:23 20:20 21:15,23
22:7 24:9,10 31:12
31:16 48:14 50:13
67:2
**attendant's**
24:22
**attendants**

15:2 29:9 31:12,18
32:1 34:10,15,17
51:5 63:23 82:25
83:12 88:23 90:5
91:16 93:24 96:1
97:5,22 106:14
127:21,25
**attendants'**
31:22 46:19,23 47:15
47:24 48:6,12,13
**attitude**
116:19
**attitudes**
57:12
**Attorney**
5:6 6:9 7:13 32:20
40:14 114:21
116:10
**attorneys**
5:1
**authenticity**
58:6
**author**
58:22
**authored**
119:6
**authority**
4:7
**automatically**
77:19
**available**
52:3
**AVENUE**
2:3
**aversion**
97:10
**aviation**
35:2
**avoid**
35:18
**awake**
22:2
**awakened**
21:14
**aware**
21:24 32:23 42:8

65:16 72:12,14
73:20 83:13,20,24
84:11
**awkward**
126:24

_____
**B**
**bachelor's**
10:17
**back**
9:18 20:16 21:17
26:1 27:17,19 28:6
46:16,25 47:13,17
48:12 63:5 68:10,11
70:10 71:16 82:12
82:16 102:2 106:18
106:23 107:8,18,19
107:25 108:20,22
109:3 111:23,24,25
112:11,12,13 113:5
115:17 128:4 131:7
131:17
**backed**
49:6
**background**
102:7
**backgrounds**
17:24
**badly**
80:25
**ballpark**
8:5 116:10
**bargain**
58:8 59:15
**base**
21:16,16 39:15
**based**
18:9 23:12 37:14
44:22 48:11 51:17
52:1 75:2,4 89:8,8
89:20 95:21 97:9
105:16 107:4 112:7
122:5,21 125:24
**basically**
19:17 33:9 34:12
113:22

**basis**
31:14 34:3 37:15
105:7,23 106:4
109:6 118:22,23
126:4 130:14
131:20
**Bates**
68:13 69:19
**beginning**
29:7,12,19,23 100:9
102:16 116:11
**begins**
5:9 20:15
**behavior**
25:11,12,16,21,21
28:3,17,22 29:3
30:5,17 33:4,12,18
66:18 71:11 86:16
87:7,18 90:21,23
92:2
**behaviors**
66:2 94:15
**belief**
23:12 24:12 134:14
**believe**
7:20 12:23 14:11
15:22 17:19 18:12
21:3,22 22:11 23:18
23:22 24:2,3 25:3
32:21 34:25 35:20
40:10,11 42:12,16
56:21 57:3,15 60:6
63:7 65:11 70:1
71:4 72:19 83:18
85:2,10 89:3 90:14
91:20 103:13,14
111:11 113:21
119:9 124:16
127:24,25 128:5
129:17 130:23
**belonging**
58:8 59:15
**benefit**
61:8
**benefits**
60:4,10,12,24 61:8



best
15:24 22:17 25:18
35:18 36:2 64:3
133:8 134:14
better
63:3 76:14,22,23
109:8
beyond
26:17 39:20 40:9
42:10,18 46:8
bias
25:13 28:19 38:3,21
63:16 64:1,4,22
65:5,5,11,21,22,24
65:25 66:6,13,15,20
88:10,12,13,18
91:23,24 93:6,14
biased
65:18 66:24 92:6
93:2
bills
8:8
biracial
17:7,11 123:3
bit
10:14 25:17 26:11
35:25 76:8 77:8
88:14 123:1 124:6
black
16:24 17:1,2,18
18:16 23:14 57:1
61:14,20,21 62:7
72:25 73:1,8,14
77:14 78:9 83:15,22
84:12 87:1 97:11
107:7 109:2 128:11
128:22,24 129:6
block
23:7
blow
41:15 68:3,4 76:10
82:19
Blue
67:4,5
board
119:23

boards
119:17
body
11:11 77:23 79:9
80:12,13
bolts
62:25
Bond
24:8
books
119:6,8
bothersome
58:7 59:15
bottom
18:3 20:14 68:5
100:9
bounded
43:10
boy
18:12
branch
26:3
brand
28:10
break
81:20 82:1
Brian
134:24
brief
62:25
briefly
47:13
Bright
24:9
Bright/Sakurada
83:12,16
bring
58:12 121:9
broad
59:25 72:15 77:6
85:20
broadly
16:11
brought
12:5 94:20,22,25
131:23

bunch
64:10
business
35:14
businesses
35:17

---
**C**
---
C
1:18 2:11 134:24
CA
2:4
call
6:15 14:16 18:12
32:16 38:4 43:4
49:8 52:6,15,22
54:15 55:2
called
48:25 58:6 59:14
85:22 102:20
130:18
calling
126:2,23
calls
64:5
candidate
10:23 66:19
capabilities
26:17
captain
24:11 63:24 98:10,11
98:18 106:18
109:18 111:25
113:11,14,17 114:4
114:8,15,19,21
115:11,18 127:21
129:4 130:2,8,12
131:1,6
captain's
131:17
captains
131:8
caption
76:12 78:22
capture
73:24

capturing
38:7
career
119:19
caressing
90:18
Caribbean
73:9
Carolina
10:18
carriers
33:3,11,17 40:18
41:5,9
case
1:4 6:8 7:12,25 9:17
11:21 12:4,16 14:21
14:24 15:3,15,21
16:2 18:7,10 19:6
20:3,19 22:14,21
28:12,13,16 30:6
34:4 38:24 39:2
61:19,23 62:9,16
63:24 66:23 71:2,8
84:13 87:1 88:18
98:15 101:3 103:5
104:2 107:6 110:5
111:18 112:3,17
115:8 116:7 121:3
122:3 123:5,19
125:6,21 126:10
127:17 128:20
134:4
cases
7:15 11:14,16 15:6,7
15:10 16:9,12,18,19
16:23 17:4,11,15
28:11 76:20 81:2,10
cataloged
38:22 66:20
catastrophe
63:9
categories
66:7,8,12
categorize
17:2 77:10,12
category



87:12
Caucasian
72:3,17 75:12
cause
71:13 83:3 91:7
133:6
caused
124:21
caution
79:24
cc
134:24
certain
5:25 15:23 67:9 86:2
87:12 118:24 119:1
certainly
95:4 113:17
certainty
122:10
certificate
10:20,22
certify
133:3,10 134:13
chair
131:17
challenge
9:16,17,20,21
challenging
62:10
change
29:4 34:6 41:10
108:8 110:21
128:11
changed
33:6
changes
33:24 77:8
chapters
119:12
character
86:17
characteristics
64:19
charge
7:21 64:1
charges

18:21 63:16 64:22
65:4,11 100:5 101:1
check
15:23 51:4
checklists
130:21
Chelsie
24:9
cherry-pick
30:22 114:11
Chicago
2:10
child
18:16 78:9 91:14
92:13,24 95:24 96:6
96:20 97:11,25
child's
91:8
children
55:11,16 56:18,19
72:16 95:5,7,9
choice
53:4
Chris
2:16
circumstances
92:24 118:25
cite
55:23 90:11
cited
56:14 119:15 126:4
129:17
citing
103:11
civil
10:1
claim
23:25 34:2 61:25
86:10 110:14
claimed
21:1,7 103:23
claiming
17:16 109:6,7,9
125:24 130:25
claims
40:22 43:13 109:11

130:17
clarifies
99:18
clarify
124:19
Clark
2:10
class
87:23 88:2,5
classify
75:13
clear
9:2 71:8 81:4,8 107:6
110:6
clearly
7:8
clients
61:25 62:15
close
75:1
coauthored
58:5
code
32:13 66:17
collage
77:17
colleagues
71:9
collegial
116:19
color
49:1 55:17 56:18,19
59:1,17 63:7,8 67:8
67:12 71:11,14,19
72:16 75:25
colorism
73:3
come
11:4 41:22 46:25
61:15 90:2
comes
28:8 48:16,24 75:1
comfort
84:24
coming
58:2

commercial
31:6 32:2 35:15 43:7
Commission
133:24
committed
124:25
common
24:23 48:16,17 79:10
125:13 127:2
commonly
90:22
communities
72:23
community
63:10 72:24 73:14
74:21
companions
49:2
company
43:10
comparable
43:21
comparative
25:20,22 28:13
compare
40:16 41:25
compared
39:8 73:13 102:13
comparing
28:11 102:3,5
complaint
24:19 36:7 46:22
54:6 62:2,11,18
103:14
complaints
36:14 37:21,23 38:11
38:17 39:3,12 40:16
40:21 41:4,8,9,17
41:18,21,23 42:10
42:23 43:8,9,16,18
43:19,25 44:1,4,17
45:6 47:4 52:21
53:24,25 54:4,18,21
124:12
complete
42:9 92:1



complex
62:22 63:3,18,25
  64:19,21,25 65:2
component
62:16
concentrate
119:2
concentrating
74:12 119:4
concept
77:24 78:19 105:6,15
concepts
64:11 106:1
concern
6:1 91:7
concerned
94:1 102:20
concerning
133:6
concerns
18:20 24:8 30:15,19
  90:6 94:17,23 95:16
  100:15 106:14
concert
129:14
conclude
126:10
conclusion
30:14 41:22 82:25
  96:15 115:13 130:7
  131:22
conclusions
84:13 85:5
concurred
24:12
concussion
21:18
conduct
24:24 68:23 125:17
confidential
6:3,6 45:18,24
confused
96:13 108:15 114:23
  114:25
Congratulations
70:9

congress
33:3,9 34:9
conjunction
35:22 114:5
connect
76:14,23
connected
78:6
Connecticut
6:20 10:11 133:1,3
connection
4:5 63:20
consider
72:5
consideration
98:5
considered
46:11 51:15 57:22
  72:7
consistent
37:1,7 84:20
consort
98:3
constituted
24:13
consult
71:9
consultations
35:23
consulted
35:7,9
consulting
35:17
contacted
7:18 13:24 15:17
  16:15
contemporaneous
53:25 54:13 115:3
contemporaneously
20:9
contemporary
55:10 57:12
contends
56:8
content
14:8 36:15 68:16,19

124:12
contested
22:23 23:16 113:25
context
29:14 38:24 41:2
  73:12 74:5 79:13
  81:6 86:21,25 128:7
  131:24
contextual
101:23,24
continue
24:7 52:18 89:14
controlled
73:23
controversy
133:6
convened
106:14
convenience
81:25
conversation
14:8
conversational
10:2
conversations
95:18
conversed
14:3
convey
109:1
conveyed
108:17,25
copies
3:10 8:10
copy
26:25 27:3
corporate
31:9
correct
6:21 7:23 11:18 15:8
  17:7 22:19,20 28:3
  28:4 48:2 50:1,2
  54:19 55:17 56:13
  58:9 71:22,25 72:1
  78:14 83:25 85:16
  86:1,7,20 87:7,13

87:17,19,25 89:5
  90:14 95:9 99:23
  100:6 103:9 107:13
  107:20 109:24
  111:14 114:3
  115:23 124:24
  127:15,23 130:24
correctly
89:2 91:10,19 96:10
  97:12 113:20,22
  124:15 130:11,22
corresponding
6:5 54:6 60:4
cost
61:7
costs
59:3,18,19,21,23
  60:9,12,24 61:9
could've
49:14,19 50:12 78:16
  93:14,24 103:5
  104:3,20 108:7
  115:2 116:9
counsel
4:4 5:14 34:2 46:3
  50:17 54:8 60:16
  61:23
counsel/attorney
133:10
Counselor
14:6
count
15:6 53:10 75:11
  127:20
counter
52:3
couple
17:19 46:7 74:6 87:6
  87:10,22 107:24
  126:23
couples
49:2
course
29:4 51:14 116:20
court
1:1 5:1,5,17 12:5



27:18 81:25 82:1,4
120:5 132:5 134:1
**covered**
45:22 99:3
**create**
36:1
**creating**
28:12
**creation**
67:6 71:17 75:24
**credibility**
22:22
**crew**
19:14 28:16 109:19
111:25 115:14
**crew's**
30:13
**criminal**
18:20 71:10 101:1
**criminality**
71:13
**criminology**
43:12
**criteria**
128:10,16,23
**criteria's**
128:13
**criterion**
128:10
**critical**
107:23
**CROSS**
3:2
**CROSS-EXAMIN...**
117:6
**crotch**
21:2 24:1 103:8,24
104:5,14 106:7
109:5,14,20,23
110:19 111:12,13
112:1,14
**cultural**
10:19 59:20 60:14
**culture**
48:25 63:9
**curious**

72:18 75:21
**current**
11:13
**curriculum**
121:10
**cursor**
25:8 26:19 36:8
63:15 67:2
**cut**
68:9 69:11 72:10
**cutting**
69:7
**CV**
3:8

### D
**D**
1:18 2:5 3:1
**dad**
90:17
**damages**
62:6,6,16,17
**dare**
91:8
**dark-skinned**
72:25
**darker-skinned**
73:12,17 74:3
**dash**
92:20,21
**data**
39:15 125:14
**dataset**
57:14
**date**
9:8
**dated**
9:7 121:10
**daughter**
90:13
**day**
51:12 133:4,13
134:15
**de**
34:12
**deal**

49:8
**debate**
56:17,25 57:2,6
**debated**
56:20
**debates**
57:4
**decorum**
10:5
**deem**
86:1 115:22
**deer**
50:4,5
**defend**
9:22 58:1
**Defendant**
98:15
**Defendants**
1:8 2:8 30:4,16 66:23
66:24 101:5 134:8
**defense**
15:11,16,19,21
**defer**
81:11
**define**
74:23 78:12 79:2
**defined**
60:15 79:3
**definitely**
114:1
**definition**
57:24 73:19 74:7,9
75:2
**degree**
10:17,19,23 122:10
**degrees**
10:14,25
**delineate**
29:16 119:4
**Delta**
100:4,13
**DelVecchia**
1:4 2:15 5:11 11:22
14:20 18:11 60:19
68:6 69:20 90:12,13
99:15 102:17 122:3

125:20 134:4
**DelVecchia's**
90:12 99:2
**DelVecchias**
18:21 123:7
**DelVecchias'**
15:1
**demonstrates**
42:9
**denied**
21:24 22:8
**denominators**
79:10
**denotation**
126:24
**denoting**
75:3 105:16
**dep**
8:14
**Department**
17:20 39:16 41:3
**depend**
57:24 60:11 73:21
**depending**
32:5 57:14 61:10
73:12
**depends**
17:1 30:20 35:16
72:19 73:19,19,20
74:5,7 104:17
105:25 108:24
125:12
**depicted**
77:3
**deponent**
4:12 5:20 62:9
**deposed**
5:21 7:3 9:12 15:19
**deposition**
1:14 4:5,12,16 5:9
6:1 9:12 21:23
24:22 34:18 50:25
61:3 68:23 69:6
70:5 83:16,20 90:12
90:17 99:2,14
102:17 114:22



MAGNA
LEGAL SERVICES

121:7 122:1
**depositions**
12:19,20 24:4 84:10
    85:17 94:23 112:5
    125:15
**descent**
77:6
**describe**
29:22 55:7,11 61:7
    70:23,25 77:3
    105:12
**described**
93:25 123:5
**describing**
99:11
**designate**
6:5
**designated**
45:20,25
**desire**
97:9
**desk**
32:5
**detail**
95:20 103:10
**details**
44:8 52:20 99:12
**detain**
130:13
**detection**
96:9
**detention**
91:18 92:14,25 93:4
    94:14 96:3 98:1
    113:14
**determination**
130:19
**determinations**
130:20 131:3
**determine**
29:9
**determining**
101:17
**developing**
35:13,18
**diad**

102:13,14 123:3,4
    126:2,19 127:1,3,7
    127:10
**diads**
49:3
**diagnosed**
21:17
**diagram**
69:12
**dictionary**
75:1
**differ**
39:14
**difference**
105:12 113:18
**differences**
75:4 83:1,11 89:1,9
    89:20
**different**
17:23,23 20:5 30:5,8
    32:6,7 39:15 50:14
    72:9 73:14 76:6
    78:3 86:3,8,12 88:9
    114:18 126:24
    127:4,5,8,18,22
    128:1 129:7,11
**differently**
50:9 73:1,2 74:24
    86:13 105:1 112:24
    131:15
**difficult**
31:13 105:5 116:16
**difficulty**
31:15 61:20
**dig**
8:4 55:24
**dignity**
76:17
**dimensions**
74:13
**Dinya**
2:16
**direct**
3:2 6:12 35:6 41:12
    89:23
**directly**

53:18 76:21 105:21
**disagree**
9:25 52:5 80:20,23
    90:20
**disagreements**
116:18
**discipline**
11:12
**discovery**
52:20 54:11
**discriminate**
43:11 105:23 106:4
**discriminated**
73:22 74:1 105:7
    122:15,19 125:20
    126:1
**discriminating**
65:18
**discrimination**
11:17,24 12:1,10
    16:11,14,20,23
    17:17 25:14 35:19
    36:9,15 37:2,6,8
    38:2,21 39:8,12
    40:16,22 41:19,21
    42:5,14,17,20,23
    43:8 45:3 48:16
    53:25 54:14 65:14
    66:1 73:25 83:4
    84:8,21 85:5 88:5
    93:7,20 98:19
    101:22 102:13
    105:21,23,25 110:9
    111:3 112:8 117:24
    118:3,10 119:1,7
    122:21 123:3,6
    124:13,21 125:24
    128:4,6 129:21
    131:13
**discriminations**
74:16
**discriminatory**
92:2,2 129:2
**discuss**
53:15 66:11 95:3
    100:15

**discussed**
24:7 38:9 40:24
    41:11 45:18 49:23
    53:10,18 54:5 68:16
    85:6 99:4 101:16,20
    126:19 128:6,15
**discusses**
100:7
**discussing**
68:18 69:25 70:2
    84:6
**discussion**
23:4 26:23 34:23
    116:23 132:11
**dismiss**
41:20
**displayed**
24:23 88:24 89:18
**displays**
86:14
**disprove**
104:18
**dispute**
13:5
**disputed**
21:20 23:5
**disputing**
85:7,10,13
**disqualify**
92:8
**DISTRICT**
1:1,2 134:1,2
**doctor**
6:15 7:4,11,22 9:1,11
    10:9 11:25 12:7,18
    12:25 13:9,21 14:12
    16:19 17:5 18:1
    20:18 21:14,19
    22:13 24:17 25:15
    27:1 28:2 30:25
    33:10,16 34:5 35:2
    36:11,21 41:18
    44:16 45:5 46:18
    47:10,13 51:13 52:9
    53:8 55:5,7 56:1
    58:4,21 59:12 61:6



62:21,24 64:13,14
66:3 67:14,19 69:25
70:11,24 76:12
78:15,25 81:18
82:16 85:1 86:5
91:21 92:11 95:2
96:13 98:8 99:21
101:2 105:11
107:22 113:9 115:4
116:1,15 126:18
129:24 130:11,22
131:25
**doctor's**
60:23
**doctorate**
10:9
**doctors**
15:2 125:5
**document**
13:19 46:17 47:20
58:15 67:24,25 68:5
68:14 70:11 72:10
82:14 117:1
**documented**
63:6
**documents**
6:2 12:25 13:6,7
20:12 29:12 30:1
37:18 38:10,11
39:11 50:19 51:15
51:18,24 52:3 55:4
116:4
**dog**
66:17
**doing**
25:22 64:2 65:16
77:22 78:8 87:10
96:24 111:2 126:5
**door**
52:1
**DOT**
39:20,24 40:5,8
**Dr**
3:7,8 6:14 34:22 53:2
54:17 67:25 69:1,15
117:8 121:15 122:2

123:13
**drafting**
12:21 62:12
**Drawn**
128:8
**drill**
92:10
**duly**
5:21 47:6 133:5
**dwell**
45:5
**dwelling**
10:12
**dynamic**
63:4
**dynamics**
30:21 38:23 39:6

---

**E**

**E**
1:18 3:1
**earlier**
83:24 84:3 91:22
94:25 105:14 116:3
**early**
13:24 26:2
**earn**
11:6
**economic**
59:20 60:13
**ed**
117:22
**edge**
26:20
**edited**
119:12
**editor**
119:19,21
**editorial**
119:17,23
**educate**
71:6
**education**
10:14 17:21 121:22
**eerie**
48:7

**effect**
38:5 105:19 106:20
**eight**
11:5
**either**
49:2,3 77:11 80:24
103:25 105:21
109:22,25
**elaborate**
10:14 16:22 35:25
59:23
**elegant**
126:21
**eliminate**
94:17
**else's**
23:2 81:24
**email**
14:16
**emerged**
79:10
**emotion**
48:25 49:1,7 85:25
88:22
**emotional**
46:19,24 47:15,25
48:5,7,12,18 49:9
86:14
**emotions**
48:22 49:7 86:2,12
**empirical**
28:13
**empirically**
41:25
**empirics**
38:20
**employee**
35:6 123:15 133:10
133:11
**employees**
33:4,11 46:9 47:5
71:6 80:15,22 81:10
**employers**
33:17
**enacting**
88:6

**encounter**
29:23,24 77:18 78:7
**encountered**
20:21,23 78:16 108:8
**encounters**
99:5 101:9,15,19,21
**endeavor**
35:15
**endemic**
36:9 37:3,9,20 38:18
40:25 63:9
**enforcement**
18:19 33:5 35:22,24
36:3 76:14,19,23
81:1,12,14
**engaging**
23:9
**enlarge**
26:8 70:18,19
**enter**
29:14
**entire**
97:2 98:12 112:2
**entitled**
46:8
**entrance**
59:1,17
**environment**
63:8
**episode**
111:22 112:9,11
**equivalency**
130:19,20 131:3
**escalate**
94:15
**escape**
63:16 64:1,21 65:11
**especially**
33:14 67:7 71:18
75:25 91:14 95:25
**Esq**
2:5,11 134:24,24
**establish**
38:19
**established**
11:10



establishing
19:6
et
1:4,7 5:12 134:4,7
ethnic
17:23 55:12,13
119:23
ethnicities
117:25
ethnicity
119:1,7,25
Europe
86:24
European
86:21
evaluate
29:20
evaluated
28:14 30:2
events
123:5
everyone's
90:15
evidence
37:25 42:7,13 46:20
46:25 47:16 48:1,15
48:19,21 63:2 65:13
67:8 71:4,19 73:3
73:11,23 74:2 75:25
77:24 79:9 80:13
86:11,15 90:9 91:15
95:25 96:7 97:4
98:18 101:6 102:8
102:12 106:21
109:10,12,15 112:6
114:9
evolutionary
78:6
exact
87:4 103:10 124:5
exactly
13:17 27:2 40:5
47:22 71:8 115:21
examination
6:12 126:16 133:7
examined

5:21 133:7
example
37:25 38:22 63:18,25
65:21 66:13 83:12
exclusively
16:25 17:2 55:16
118:15,20
excuse
63:15 65:10
excuses
64:21
exhibit
3:7,8 19:16 28:17
64:18 69:9 120:11
121:7,13 122:1,7
123:25
exhibited
30:4,16 63:24
exhibiting
64:20
exhibits
3:6,10 132:12
exist
25:22 38:6 78:19
existence
33:6
existing
74:13
exists
33:23
exit
29:10
expand
12:2 25:17 46:23
73:5 96:22 98:23
expanding
56:12
expect
43:24
experience
32:2 35:2,12,21 36:4
61:15 64:20 73:14
73:17
experienced
30:25
experiences

15:25
experiments
73:24,24
expert
11:15,21 15:14,15,18
16:1 22:15 51:1
72:14 97:14,20
120:4,5 121:3
expertise
16:5 39:10 122:4,10
experts
97:6,23
expires
133:24
explain
7:10 47:18,21 48:4
52:22 63:21 67:13
76:7 93:3 98:11
101:24,24,25 106:6
106:11 109:5
128:16
explained
94:13
explicit
65:8,24 66:7
expressed
106:14
expression
86:1
expressions
86:6,8
expressly
45:23
extant
118:8 128:8,25
extensive
12:18
extent
6:3 51:16 105:15
extreme
26:20 43:14

F

F
1:18
fabricated

109:6,7,9 110:3,10
fabrication
109:11
face
24:21 25:2 49:12
85:12,14 90:18,25
91:6,8,13 92:12,23
93:25 95:24 96:6,19
96:20 97:25
face-touching
97:7,17,18
faces
68:21 71:11
fact
17:9 34:9 42:14 94:5
94:16 95:11 96:18
101:14 102:22
111:4,4,19,19
112:11 113:16,17
113:25 114:2,7,20
114:20,24 115:1,3,5
115:9,21,22 116:14
126:8 128:2 131:19
131:19,21
facto
34:12
factor
91:23 101:2 107:9
111:17,21
factored
88:18 101:7
factors
101:23,24 106:10
119:3
facts
18:2,7 22:16 46:5,8
46:11 50:24 51:2,24
52:25 84:9 122:3
126:4,6,10
factual
110:8
fail
104:19
failed
55:25
fair



13:10 15:24 23:25
29:2 30:24 31:21
39:1 43:3 44:1 74:6
76:9 92:5 93:15
95:2 100:16
**fairly**
63:1 75:1
**faith**
126:8
**falls**
102:10
**false**
23:8 43:13
**falsified**
43:19,24 44:6
**familial**
58:6
**familiar**
32:24 45:3 56:4
118:2
**families**
17:8,9,12,12 55:11
65:13 84:22 129:3
**family**
59:2,18 90:21
**far**
11:1 43:14 55:9 63:5
119:19
**father**
83:14,22 84:11 91:17
92:18 94:8,12,16
96:2,7,19 125:20
**fathers**
95:5,6,8
**favorable**
86:7,9
**FBI**
99:18,19
**February**
1:8 5:13 9:8 45:14
133:4,13 134:8
**Feeding**
17:21
**feel**
24:14
**feeling**

48:7,22 49:5
**fell**
20:15 100:13,17
**field**
22:15 43:13 88:15
119:15 122:10
**fighting**
50:22
**figure**
27:8 104:25 120:21
**file**
52:7
**filed**
18:21
**files**
8:7
**financially**
133:11
**find**
25:6 27:25 32:18
41:16 43:24 55:21
59:4,6 88:23 93:8
103:19 113:1 124:5
130:1 131:20
**finding**
130:13
**fine**
6:16 9:25
**finish**
93:12
**first**
5:21 7:17 13:24
24:10 45:13 58:23
85:21,23,24 99:22
108:1,2,7,8,16
117:11 119:20
**fit**
10:16
**fitting**
61:13,20
**five**
11:5 31:5 38:12
40:23 53:10 54:19
74:12,22 119:22
127:21
**five-year**

42:16
**flaw**
86:17
**flight**
15:2 18:18,23,24
19:14 20:15,20
21:14,23 22:7 24:9
24:10,22 29:8 31:12
31:12,16,17,22 32:1
34:10,14,17 45:15
46:19,23 47:15,24
48:6,11,13,14 50:13
51:4 53:11,11,11,12
63:23 67:2 82:25
83:12 88:23 90:5
91:16 93:23 96:1
97:5,22 100:4,13,15
106:13 122:15
127:21,25 130:14
130:21 131:21
**flights**
31:6 32:2
**flip**
47:17
**flown**
31:11
**fly**
31:1,4,8
**flying**
126:25
**focused**
75:19 76:2
**folks**
19:14
**follow**
20:10 29:6 32:8
61:18 64:8,12
108:13 129:23
130:11
**followed**
118:21
**following**
24:16 67:17 133:4
**follows**
5:22 91:12
**foregoing**

134:13
**forever**
11:8
**forget**
65:1
**forgot**
129:23
**form**
4:10 13:13 18:6,14
19:2,22 22:9,25
33:13 34:21 47:3
57:20 67:20 69:10
80:9 84:16 88:10
92:16 99:7 104:23
107:10 108:10
110:23 112:18
123:8,17 125:7,11
**formal**
12:6,8
**formalities**
4:4 6:18
**formally**
8:19 117:21
**forming**
12:21
**forms**
66:19
**forth**
29:1 35:19 38:3
46:17 47:20 78:4
84:6 105:18 125:16
128:16
**forthcoming**
38:1
**foster**
118:25
**found**
44:14 118:25
**foundation**
19:6
**founding**
119:19,21
**four**
67:11 69:12 77:2
97:5 128:6,15
**fourth**



111:11
**frame**
26:14
**framework**
25:4,19 41:24 102:2
**Francisco**
2:4
**freedom**
76:17
**frequency**
36:14 37:21 124:9,12
**frequently**
31:3
**friends**
61:21
**Frontier**
1:7 5:11 11:22 18:17
18:22 19:14 20:7,7
28:16 29:13 30:16
36:9,16,18,19 37:2
37:9 38:12,17,23
39:7 40:4,17,22
41:1,8,19 42:13
46:9 47:5 50:20
53:13 54:1,6,19
67:3 68:6 69:20
71:5,6,17 75:22
79:21 80:14,21 90:5
101:4,18 115:14
122:3,15 124:14
127:19 134:7
**Frontier's**
44:24 67:10 81:10
**full**
10:10 11:1,13 67:5
82:24
**function**
64:3
**further**
4:9,11,14 63:21
132:1,3 133:10
**Future**
17:22

**G**

**Gayle**

90:11,12,18
**Gayle's**
90:16
**general**
7:7 12:12,14 18:6
19:4 86:19 97:7
120:16
**generally**
11:4,6 18:10 22:7
33:10,14 34:9 37:1
43:23 44:23 79:6
85:17 87:5
**generally-held**
74:20
**German**
28:9
**gesture**
24:23
**getting**
45:17 60:7
**girl**
72:3
**give**
16:13 47:11 50:8
62:25
**given**
16:6 30:1,2 39:14
40:13 42:15 43:10
72:7,11 85:16 91:14
93:21 94:5 95:25
96:6 106:25 109:15
133:8
**glad**
83:8
**glance**
50:8
**glasses**
9:2
**global**
86:22 118:23 119:24
**globally**
72:13
**globe**
77:8
**glove**
88:21,22

**go**
15:5 27:7 46:11,16
47:13,17 48:12 51:4
51:8 52:17 58:20
59:9 62:4 68:10,11
70:12,22 75:20
81:23 86:25 90:11
91:3 106:18 109:16
113:5 118:15 126:7
128:4 130:6 131:17
**goes**
23:7 26:1 28:6
**going**
5:24 6:5 8:21 9:5,13
9:17,22 10:1 17:8
18:1 19:11 26:6
31:18 32:17 36:10
41:14 45:8 46:5,10
46:11,16,21 47:2,17
47:17 49:9,12 51:20
51:21 52:10,18,21
52:24 54:12,15
58:12,19 59:6 61:1
61:4 66:3 68:3,3
70:3,10,20 74:17
75:14 76:7,11 81:17
82:19 98:24 99:25
102:1 111:22 113:8
113:24 116:17
120:8 121:9
**golly**
8:24
**good**
38:14 76:13 81:23
82:5 126:8
**Gordon**
55:21 56:3,8,11,16
57:3,13
**gosh**
7:19 8:4 117:11
**gotcha**
56:2
**graduate**
10:20,21 117:12
**graduating**
10:24

**granted**
33:3,10
**grants**
33:17
**grateful**
120:22
**great**
49:8 56:3
**greater**
44:19 49:4
**Greensboro**
10:19
**groping**
113:13,24
**ground**
7:7 19:14
**group**
127:14,15,16,18,20
**groups**
49:4 71:9 118:4
119:1
**guess**
97:21 107:22
**guidelines**
32:17
**guilty**
57:20
**gut**
48:22

**H**

**halfway**
25:7
**hand**
21:1 22:4 24:1 88:21
88:21 91:6 100:23
102:18,18,23,24
103:8,24 104:4,7,14
106:7 109:4,13,19
109:22 110:18
111:5,9,12,18,20
112:1,13 133:13
134:15
**hands**
49:13,25 110:20
**hands-on**



125:18
**happen**
118:3
**happened**
17:17 39:2 49:18,19
65:16 93:14 103:5
114:24 126:25
**happening**
29:19
**happy**
68:24 98:22 106:11
116:20
**harassment**
35:19 38:3
**hard**
61:6 79:17 80:23
**harder**
61:13
**Harris**
2:11 5:24 6:12,14
8:13,18,21,25 13:15
14:7,12 18:16 19:5
19:10 20:2 21:12,13
22:12 23:3 26:5,12
26:16,21,25 27:7,10
27:18,24,25 33:16
34:5,16,22 36:19,20
39:24 40:7,15 45:10
45:13,16 46:2,14,16
47:6,8 50:7 51:7,10
51:13,20 52:5,9,11
52:13,16 53:5,6
54:17 55:5 58:17
59:9,11,12 60:21
61:2,3,6,24 62:4,14
62:20,21 64:13 65:1
67:18,24 68:11,13
68:18,22 69:1,5,14
69:15,24 70:3,8,9
70:10,13,17,19,23
80:14 81:17,24 82:3
82:6,16 84:18 92:19
92:22 93:12,13
99:13 104:25 105:4
105:9,11 107:15
108:14 110:16

111:6 112:25
116:15,22 117:3
123:8,17 124:4
125:7,11 126:16,18
129:25 130:6,10
131:25 132:9
134:24
**Harris's**
123:2
**Harvard**
10:22,23
**head**
20:16 78:9 91:9
100:14
**headlights**
50:4,6
**heads**
68:10 69:11
**healthcare**
76:15
**hear**
108:16
**heard**
6:19
**heart**
48:23
**heavily**
119:16
**held**
90:4 117:23
**help**
26:10 41:15
**helpful**
103:12 120:6
**helps**
40:24
**hierarchy**
56:10
**high**
72:20
**higher**
72:17 73:18 117:22
**Hispanic**
77:11
**historical**
45:2 102:11

**historically**
42:8
**history**
36:7 41:17
**hit**
21:15 22:4
**hold**
10:9 37:11 57:7,21
**holding**
100:23 102:18,23
**home**
6:22,23,24
**hope**
47:21
**hopefully**
6:18 56:13
**hourly**
7:21
**hours**
13:10,17 116:6
**hover**
26:19,19
**Hughey**
1:14 3:4 5:10,20 6:14
34:22 53:2 54:17
67:25 69:1,15 117:8
121:15 122:2
123:13 133:5
134:12,18
**Hughey's**
3:7,8
**human**
20:3,8 45:7 53:7,15
53:19,24 54:3,22
67:11 71:7,24 72:12
75:9 76:19,20 78:24
79:7,11,12,15,23,24
80:8,15,17 81:2,11
95:3,7,12 97:19
100:5
**humans**
77:17
**hypothesis**
28:18,20 42:2 104:18
**hypothetical**
41:10 84:4

**I**

**idea**
63:1 102:6
**ideal**
25:13,16,21,24 28:3
28:6,12,17,20,22
29:3 30:2,5,17
38:20 39:8 42:1,2
42:19,21,24 43:4,7
92:1 102:2,3 104:12
104:15
**ideas**
64:11
**identification**
79:24
**identified**
66:9 122:14 127:25
129:20
**identifies**
77:10,14
**identify**
44:10 73:8 78:1
79:12
**identifying**
44:12
**identities**
29:17 37:17 74:16
105:18
**identity**
55:12,13 73:6,7
109:2
**ideologically**
74:14
**ideologies**
28:25 29:17 37:16
78:3 105:18 119:4
**ideology**
30:11
**ignorance**
63:15 64:1 65:10,17
**ignore**
41:20
**IL**
2:10
**illegal**


**MAGNA**
**LEGAL SERVICES**

23:10,19,24
**immediately**
20:8
**immoral**
85:18
**immorality**
24:24
**immunity**
33:3,8,10,18
**immunized**
34:10
**impact**
108:23 110:4
**impacted**
34:23
**implicit**
65:5,21,22 66:7
   88:10,12,13,18
   91:24
**important**
7:7 10:4,4 18:6 22:14
   38:16,19 39:5 107:9
   131:21
**impossible**
43:1,1 65:15
**impression**
50:15
**improper**
24:14,24 81:5 86:16
   87:11 89:8
**improve**
36:1
**in-flight**
22:3
**inappropriate**
18:20 19:11,18 20:3
   30:15,19 88:25
   89:19,20 90:6 94:18
   94:24 95:13,16
   106:15
**inappropriately**
95:8
**incident**
18:25 29:5,24 38:13
   40:23 45:14 53:12
   61:13 85:9 90:22

100:3,8,13,22
101:12,13 103:3
112:2
**incidents**
24:25 36:15 38:21
   44:9 45:7 53:7 63:6
   65:14 99:11 124:13
   124:20
**include**
57:18 118:13
**included**
19:18 38:11 40:22
   43:17
**includes**
12:19 129:4
**including**
4:6 23:9 66:23
**incorrect**
86:9 87:13,17 88:10
**increasing**
94:15
**independent**
41:13
**index**
55:22 58:6
**Indian**
73:9
**indicates**
96:20
**indicator**
78:11
**indicators**
76:18 78:23 79:1,3,7
   79:14,18,18,18,19
   79:22 80:8,15,16
**individual**
28:16 66:23 77:9
**individually**
125:17
**individuals**
53:23 77:3,20 87:24
   88:7
**industry**
35:3,5 42:9 123:14
   123:15,16
**informal**

35:23
**information**
44:8 52:2 53:1 84:7
   93:10,21 94:6
   101:12 108:17,25
   111:24 112:4
   113:11 115:18,19
**inherent**
127:4
**innocently**
104:4,7
**inquire**
50:24
**inserted**
76:22
**instance**
28:12 29:8 30:13
   63:22 123:15
   128:13
**instances**
60:9 120:3
**institution**
35:14 59:2,17
**institutional**
30:21 38:23 39:6
**institutionally**
74:14
**institutions**
29:17 37:16 78:3
   105:18 119:5
**instructions**
32:8
**intended**
106:4
**intent**
75:4 92:3
**intention**
105:22
**intentional**
98:18 122:24
**intentionally**
98:16
**interaction**
30:12
**interactions**
28:25 29:18 30:20

37:17 74:15
**interested**
47:14 133:11
**interesting**
116:23
**interests**
28:25 29:17 30:21
   37:17 74:15 78:4
   119:5
**interpret**
48:9 50:9 81:9,15
   86:1,19 87:6
**interpretation**
46:20,24 47:16,25
   48:5,14,19 49:6,20
   84:19,22 88:25
**interpretations**
49:5
**interpreted**
12:11
**interracial**
126:2
**interrupt**
26:6
**interrupting**
70:4
**interview**
14:23 15:1 125:5
**interviews**
115:3 125:17
**introduce**
19:16
**introduction**
58:25 59:16
**introductory**
10:8 11:20
**invariably**
39:14
**investigate**
41:4 76:20 81:2,10
   81:14
**investigated**
131:7
**investigation**
81:12
**invoices**



MAGNA
LEGAL SERVICES

8:8 116:13
**involve**
16:20,23 17:5,11,15
30:9 97:17 99:19
**involved**
14:24 15:2 51:5,6
53:20,24 54:5,10
60:4 93:24 96:10
97:19 104:21 117:9
123:14
**involvement**
62:7 99:18
**involving**
11:16 16:24 53:7
54:18
**irrelevant**
110:17,21
**ism**
75:2
**issue**
8:8 81:3 101:22
113:25
**issues**
9:24 11:16 56:9
**items**
6:4 27:4

───────── **J** ─────────

**job**
9:15,16 31:13 76:16
**jobs**
74:3
**John**
2:5 7:13 8:13 34:16
39:25 46:14 51:7,21
52:5,12,15 60:22
61:3 67:18 68:11,14
68:19,22 69:5 70:3
70:9,14,20 91:5
105:9
**johnmckayatty@g...**
2:6
**journal**
58:5 119:20,24
**journals**
119:10,11

**judge**
52:6,22 54:15
**judgment**
87:24 88:8,8
**judgments**
87:13,16 97:8
**July**
133:25
**jump**
36:11
**jumping**
37:6 66:22
**jurisdiction**
12:4
**jury**
126:10,11
**justify**
107:3

───────── **K** ─────────

**keep**
10:1 83:9 93:16
**Keli**
133:3,16
**kid**
50:3,7,7,12
**kids**
61:14,20 62:7 72:18
**kind**
10:2 22:22 24:16
35:10 57:4 63:3,4
77:7 84:4 119:24
129:18
**knew**
94:11 96:18 107:7,24
113:14 116:17
**know**
7:6 9:15,25 10:2 17:7
24:17 27:2 29:8,25
31:9,21,23,25 33:19
33:23 37:20 38:6
42:4 43:9,12 44:23
48:23 52:9 55:1,9
60:1 72:8,16 73:25
78:20 79:1,3 80:1,5
80:11 93:9 94:21

95:2 102:4,10 107:5
108:4,5,6,11 112:23
113:25 114:16,17
116:16 123:15
131:18
**knowing**
92:18 113:13
**knowledge**
33:5 80:13 128:25
133:6,8 134:14
**knowledgeable**
118:6

───────── **L** ─────────

**L**
1:18
**labeled**
75:8
**labor**
49:1,9
**lack**
63:2
**laid**
22:4
**landed**
18:18
**language**
78:21 84:24
**lap**
104:4 109:23 110:20
111:13 112:1
**large**
57:2 77:23 78:13
**largely**
74:25
**larger**
26:3 49:4 73:13
**Las**
18:18 19:15
**late**
26:2
**Latinx**
77:11
**law**
2:3 18:19 33:4 35:22
35:24 36:3 76:14,19

76:22 81:1,12,14
**layperson**
57:4,7
**leads**
82:25
**learned**
41:8
**learning**
95:14
**leave**
126:11 131:16
**leaving**
92:17
**lecture**
81:22
**left**
21:9 67:17 77:5,9,11
115:19,21
**leg**
100:24 102:19,19,25
**legal**
12:4,6,8 76:16
**legitimate**
41:18,21,23 42:10,14
43:18,25 44:5,11,14
44:17,20 51:25
56:25 57:8 79:7
90:5
**legitimately**
42:18
**let's**
29:7,8 30:13 31:24
61:11 63:22 65:4
67:24 70:19 74:7,7
76:9,10 111:7 112:9
117:19 123:11
**level**
10:15 11:7,9 42:6
72:21 77:19 118:19
130:15
**levels**
120:17
**liability**
34:3
**light-skinned**
73:1 74:4



lighter-skinned
73:13,18
**Lightning**
67:4,5
**likelihood**
44:13,21 45:3 84:8
88:3 93:17 102:8,12
110:8 111:3 112:7
123:2 131:12
**limited**
37:24 86:21 102:4,4
**limiting**
60:12,13
**Linda**
56:2
**line**
59:4,7 60:17 61:1
100:9 102:11,16
**list**
12:19 32:12
**listed**
12:25 13:2 15:7 16:9
16:18 17:4 39:11,21
39:23 40:12 58:5
**lists**
54:18
**literally**
103:18
**literature**
42:5 57:11 66:10
118:9 128:9 129:1
129:20
**little**
10:14 12:2 24:5
25:15,17 26:17
35:25 47:18 68:1
73:5 81:18 82:19
88:14 123:1 124:6
**live**
114:17
**living**
81:23
**logic**
43:16 58:3 64:12
**logics**
129:19,21

**long**
10:12 46:22 78:15,15
116:3 117:19 124:7
**longer**
76:8
**look**
15:12 30:9 41:3
49:10 75:6 106:19
107:18
**looked**
20:12 50:3 55:4
72:10 98:7 116:1
**looking**
8:6 11:23 13:25
38:23 47:22 63:14
75:11,16 76:11
103:21 107:2,2
**looks**
32:14 120:17 121:4
121:16
**loses**
22:22
**lot**
28:24,25 29:16 31:1
31:2 32:11 38:9
45:6 62:24 74:17
84:6 98:9 102:11
105:20 116:4
117:18
**lots**
31:18 95:20
**ludicrous**
93:9,18,19
**lumping**
117:15

_____
**M**
**M.Ed**
1:14 3:4 5:10,20
133:5 134:12,18
**Madam**
27:18
**magistrate**
46:12
**main**
83:3

**maintain**
10:5
**major**
40:17
**majority**
16:12
**makeup**
75:15 77:4
**making**
31:14 33:18 34:2
61:21,24 63:21
86:10 109:11
110:14 114:10
**male**
128:3
**mall**
78:7
**man**
18:11 78:9 97:11
**manifests**
66:1
**manner**
93:24 129:2
**manual**
130:14,21 131:21
**March**
18:25
**mark**
29:23,25
**marked**
3:10 6:2 68:6 71:24
121:7,25 122:7
**marks**
25:25
**married**
24:9
**mask**
97:9
**master's**
10:19,23
**match**
54:25 55:12
**matching**
54:22
**material**
35:9 71:5,12 72:7

**materials**
8:3 12:18,20 20:6
24:20 44:25 45:18
67:3,4,5,6 71:17
75:23 79:4,21 94:1
**matter**
5:11 33:7 72:6
101:22 107:15
109:13 111:8
123:21
**mattered**
108:6 112:22
**matters**
109:15 111:10 133:6
**Matthew**
1:14 3:3 5:10,20
133:5 134:12,18
**Maye**
134:24
**McGilton**
133:3,16
**McKay**
2:5 5:6,7 6:9,10 7:13
7:15,18 8:16,20 9:9
13:13,23 14:3,5,10
14:15 18:14 19:2,8
19:22 21:6 22:9,24
26:5,13,18 27:2,9
32:19,21,22 33:13
34:1,13,20 36:17
39:22 40:2,14 45:12
45:22 46:3,15 47:2
47:7 50:5,17 51:9
51:12,19,23 52:13
52:16,17 54:8,25
59:7,10 60:16,25
61:22,25 62:1,8,17
64:5,23 67:16,20
68:9,12,15,20,24
69:3,8,23 70:2,7,12
70:16,22 80:9 81:25
83:20 84:16 92:16
93:12 94:22 99:7
104:23 105:2,5
107:10 108:10
110:12,23 112:18



116:10,24,25 117:4
117:6,8 120:8,13
121:6,15,19,20,25
122:2 123:11 124:2
125:9,19 126:13
129:25 130:4,9
132:2,3,7
**McKay's**
114:22
**MCQUILLEN**
2:9
**mean**
11:25 18:10 31:2
35:5,16 37:21 43:23
49:17 57:10,23
66:22 67:16 76:4
79:1,16 80:25 83:19
84:1 89:22,25 90:23
91:4 93:19 94:7
97:21 115:7 124:23
127:4
**meanings**
109:1
**means**
7:10 42:15 92:20
93:20 123:10
124:25 127:12,13
**meant**
36:22
**measure**
38:5,8 60:11 61:10
**measures**
38:6
**measuring**
106:2
**medical**
76:15
**members**
28:16 109:19 115:14
**memorize**
32:16
**memorized**
32:25
**mental**
76:15
**mention**

76:4
**mentioned**
98:20
**mere**
96:18
**merit**
91:17 92:13 96:2,8
98:1
**message**
19:13 30:18
**met**
100:14
**method**
28:11
**might've**
36:23
**military**
11:3
**mind**
33:24 90:4 101:14,20
**mine**
60:22 121:17
**minimize**
41:14
**minimum**
43:15
**Minnesota**
17:20
**minor**
100:23 102:21
**minority**
117:24
**minute**
47:11
**minutes**
82:3
**miracle**
8:22
**misconduct**
20:4,9
**misplaced**
49:20
**misread**
124:24
**mission**
106:24

**mistake**
55:25
**mixed**
127:4
**mixed-race**
17:9,12 49:2 86:14
87:10,22 107:24
**modern**
8:22
**molest**
95:5,6
**molestation**
23:10,19,24 95:13
**moment**
20:9 29:21 30:11
47:9 92:11 100:10
108:20
**Monday**
5:13
**monoracial**
102:14 123:4
**months**
15:17
**morality**
84:24
**motion**
19:8 52:7,8
**motivation**
129:14,16
**motivations**
128:6 129:21
**motive**
107:20,21
**move**
18:1 30:24 60:22
70:20 83:14,21
85:21 97:3
**moved**
95:19
**moves**
18:3
**movie**
99:6 100:8,21 102:24
**moving**
25:4 77:11
**Mullin**

24:11
**multi-variant**
105:15
**multiple**
70:14
**MURPHY**
2:9

---

**N**

**N**
1:18,18 3:1
**nailed**
116:12
**name**
6:17 95:12,15
**named**
133:4
**names**
90:15
**narrative**
47:10,20 49:10,16,22
76:7 114:5,10
**narratives**
112:4 125:15
**nationwide**
118:22
**natural**
77:16,17 78:2,5
**naturally**
77:21 84:5
**nature**
9:13
**near**
29:10 109:23 110:19
111:13
**nearly**
42:25 55:15
**necessarily**
29:11 43:17 44:19
57:20 76:18 78:10
78:24 79:15,22
80:17 93:2 95:15
96:10 107:21 127:3
129:8
**necessary**
50:23 123:13



neck
21:17
need
5:25 10:12 27:2,5
44:7 46:22 59:23
61:4 62:4 101:12
106:20 108:5 125:4
129:1 130:1
needed
108:4
neither
97:24 100:25
NEVADA
1:2 134:2
never
22:4,18 40:15 42:17
99:8 108:19,21
new
124:8
nice
82:1
Nickel
24:10
Nine
119:8
nitpick
18:5 103:16
nitpicky
57:23
nodding
7:8
non-Caucasian
75:14
non-racist
57:8
normality
84:23
normalized
25:12,16 28:2,17,22
29:3 30:4,17 36:10
37:3,9
normatively
39:7
norms
44:22
North

10:18 86:21,23
Notary
4:15 133:3,17
note
45:16 108:1 114:8
noted
5:15 34:19 47:6
83:11
Notes
55:6
notice
4:6 25:24
null
42:2 104:18
number
13:3 36:14 37:20,22
38:14 44:17 68:14
68:15 69:19 118:5
119:18 124:8,12
numbers
32:16,25 41:3
numerous
54:18
nuts
62:25

─────── O ───────

O
1:18
oath
5:3 133:7
object
14:5 19:22 21:6,10
33:13 34:1,21 47:2
60:17 67:20 123:8
123:17 125:7,11
objection
13:13 18:14 19:2,8
22:9,24,25 34:13,18
51:11 64:5,23 69:9
80:9 84:16 92:16
99:7 104:23 107:10
108:10 110:12,23
112:18
objections
4:9

objective
22:15
observable
105:22,22
observation
67:14
observed
21:8 25:20 31:17,25
32:1,3
obviously
38:9 49:11
occupation
10:15
occur
42:5,6 65:15 102:9
occurred
18:25 42:18 95:20
99:11 100:4 123:6
125:25
occurrences
101:3
occurring
45:4 93:8 102:6,6
occurs
77:21 123:16
October
121:10,10,21
Off-record
26:23 132:11
offend
17:10
offending
130:16
offer
16:13 39:9,13 64:21
75:14
offered
16:8 51:13 63:16
64:1 65:11
offhand
13:16 33:1 53:9 79:5
office
6:22,22,23,24 46:6
50:22 52:2
officer
4:7 24:11

officers
18:19 34:12
oh
7:19 8:4 57:2 64:2
89:13 100:1 110:6
117:11 120:13
127:6
Ohio
10:20,21
okay
6:9,14,15 7:3,14,17
7:21,24 8:10,12,18
8:21 9:3,4,11,18,22
11:14 12:17,24 13:9
13:20 15:5,10,24
16:4,7,22 18:1,1
20:14 21:5,12 22:12
22:18,21 23:3,7
24:5 25:4 27:10
28:1 31:10,24 32:22
33:22 34:9 35:12
37:11,13 40:15
44:15 45:5,10 46:14
47:11,12 55:5 56:8
58:4,12 59:14 60:8
62:4,14,20 64:13,17
65:3 66:3,21 68:8
69:19 72:22 75:6
76:9,12 77:1 78:9
81:16,22 82:6,16,21
87:12 88:17 93:11
94:25 97:3,21 99:24
100:11,19 107:16
109:3,22 111:21
117:23 118:21,24
120:3,24 121:2,18
121:24 123:11
124:2 126:3,12
127:7 130:4,9
131:25
old
18:13 29:10 63:1
77:25
older
121:16
omitted



70:8
**omitting**
92:21
**once**
11:6,10 42:17
**one's**
48:18,18
**ones**
31:24 39:22
**opening**
52:1
**operates**
39:7
**operationalize**
74:13
**operationalizing**
105:17 106:1
**operations**
35:11 130:14,21
131:21
**opine**
42:15 50:1 66:21
81:7 109:16 110:7
125:16
**opined**
40:13 84:15
**opining**
44:7 49:21 87:8
103:2 111:1,2,10,15
111:20 112:8
115:20 131:8,10,12
131:14
**opinion**
16:13,16 28:15,21
30:3,17 33:6 36:21
37:15 38:17 39:10
39:13,15 40:25 44:5
44:18 47:24 57:21
64:6 67:15 71:1,20
72:6 84:9,12 87:5
87:17 89:4,7,11,17
91:12,23 93:13
96:22 98:11 101:3
101:16 102:25
106:3,8,22 107:19
108:6,9 110:4,17,22

111:13,16 112:7,17
114:3,11,15 122:13
122:20,23 125:19
126:5 129:13
**opinions**
9:16 11:21 12:9,21
16:7,8 34:7,24
37:11,13,14 39:1
41:7 51:14,14,16
71:2 75:15 101:8,21
108:23 111:18
112:3 120:5 121:3
122:4,6,9,17 125:6
**oppose**
57:16
**opposes**
57:9
**order**
6:7 25:13 45:21 46:1
125:6 130:12 132:6
**ordered**
113:18
**organizations**
17:22
**original**
3:10
**Orphan**
56:3
**outcome**
30:6,8 133:11
**outside**
86:25
**outweigh**
60:9 61:7,8

**— P —**

**p.m**
5:14 27:12,17 82:8
82:12 132:15
**pace**
102:4
**page**
3:6 18:3,4 20:14 23:8
25:8 26:15 36:12
37:2,5 39:24 45:9
47:9 53:13 55:6

56:10,13 58:23
63:13 67:1,9,10
68:8,15 69:16,21,24
70:24 75:22 82:20
83:16 90:11 91:3
99:17,20 100:1,2,7
103:17 113:7 121:4
124:3 130:3
**pages**
13:1,6,7,7 23:22
32:14 38:15 45:23
116:2
**pains**
134:13
**pale**
42:18
**papers**
119:7
**paragraph**
11:20 56:11 60:2
82:22 98:6 115:20
124:8 130:7
**pardon**
24:21 77:18 79:20
112:12 113:11
**parent**
55:14 91:8
**parental**
97:7
**parentheses**
113:16
**parenthetical**
114:14
**parents**
55:14 56:19
**PARK**
2:3
**part**
9:15 21:10 37:24
38:7 60:6 66:25
83:17 92:17 94:9
98:16 105:24,24
112:2
**participated**
58:4
**particular**

13:18 50:13 102:4
106:11 129:2
**particularly**
38:22
**parties**
4:4 5:15 6:2 125:6
133:10,11
**parties'**
6:7
**parts**
97:3
**passed**
119:9
**passenger**
130:16
**passengers**
18:17 24:8 36:16,23
36:23 38:12 39:4
48:9 51:5 124:14,21
124:25 125:1
126:25
**passengers'**
67:7 71:18 75:24
**pasted**
72:10
**paternalism**
63:5
**PDF**
132:7
**peer**
118:16 119:9
**peer-reviewed**
118:14 119:10,11
**penalized**
60:19
**penalties**
134:13
**people**
11:8 16:24,24 17:2
17:23 38:1 43:11
48:21 49:1,2 54:5,9
57:1,1,16 59:1,17
63:2,7,8 64:20
65:15 69:11,12
71:14 73:12,13,21
73:25 74:3,4,23,24



75:4,12,13 77:18,25
78:1,17 79:11 83:19
84:5 85:19,25 86:2
86:3,5,7,8,11,11,18
86:19 87:3,5,8,12
87:16,18,20 88:6,9
90:4 117:24 127:5
127:18,22 128:17
128:21,22,24,24
129:22
**people's**
68:10 74:16 86:14
109:1
**perceived**
48:8
**percent**
55:19 57:14,15,16
**percentage**
43:24,25 44:19
**Perfect**
82:4
**perjury**
134:13
**permitted**
130:20 131:3
**person**
17:18 42:7,7 43:10
49:7,15 50:8,9,14
64:18 72:25 73:2,7
77:5,13 87:1,1
128:12,12,13 133:4
**person's**
49:13,25
**persons**
67:11
**pertaining**
12:15
**Peter**
1:4 2:15 5:11 11:22
14:20 18:11,17
20:15,19,25 21:14
22:2,4 23:9,9,12
24:12,20 29:9,14
77:18 78:7 83:2,21
83:21,24 84:20 85:7
85:13 88:24 89:18

90:13,20 91:3 93:25
95:11 99:2,8,15,18
100:7,12,23 102:16
102:17,23 103:7,22
107:7,18 108:19,21
110:20 112:11
113:2,10,11,12
115:9,10 122:14
125:20 126:25
127:19 130:13,17
134:4
**Peter's**
21:1 24:1 100:14
102:24 103:8,24
104:4,13 106:7
109:4,13,19,22
110:18 111:8,9,12
111:18,25 112:13
**Ph.D**
1:14 3:4 5:10,20
10:24 133:5 134:12
134:18
**phenomena**
38:7 128:9
**phenomenon**
65:23
**phone**
14:16
**photo**
69:23 70:2,7,14,17
70:24 71:21,23,25
**photos**
70:15
**phrase**
12:1 16:3 17:6 23:15
41:18 56:23 91:21
94:14 109:8 126:24
**phrased**
21:11
**phrases**
20:5
**physical**
23:11,16
**physically**
6:19
**pick**

106:10
**picture**
71:25 72:2
**pictures**
75:6,17
**pilot**
18:24 98:10
**pilots**
82:25 88:23 91:16
96:1 97:6,22
**place**
4:6 42:6,6 43:14
90:21,22 124:5
**placement**
110:18,18 111:4,17
111:19 113:4
**places**
34:11
**plaintiff**
16:13
**Plaintiff's**
3:7 21:20 22:23 51:1
**plaintiffs**
1:5 2:2 15:11,13 16:1
17:15 23:10 115:7
134:5
**plan**
9:4
**plane**
20:21 29:15 32:4
99:6,9 106:23 107:8
107:25 108:20,22
109:4 111:24
112:13 131:17
**play**
28:20 29:1,18 37:17
52:11 90:2 93:6,20
**please**
5:17 7:9 10:13 17:5,6
26:7 27:19 28:5
34:6,17 47:18 55:7
67:18 68:12,22 69:3
69:5 82:2 105:11
121:8 122:1 132:6,8
**pocket**
110:20

**point**
23:2 24:16 25:17
70:6 81:19 89:6,10
89:17,23 95:2
102:24 106:13,16
106:18 107:17,21
113:3
**pointing**
68:13 71:21
**police**
34:12 100:14
**political**
59:20 60:13 66:16
**poorly**
80:2
**population**
44:23
**portion**
25:5 33:15 45:19
99:4 116:2
**portions**
6:1,6
**portraying**
58:2
**position**
21:8 22:2 42:11 96:9
**positions**
74:4
**possible**
43:6,7,10,20 49:13
49:19 50:11,16
53:17,22 61:14,14
78:16 90:4,7 93:23
94:3,4 95:5,6 103:4
103:6 104:3,7
129:10,11,18
**possibly**
63:20 77:15
**potentials**
79:12
**power**
56:10
**practice**
55:15,16 56:9 57:5
**practices**
35:18 36:2


MAGNA
LEGAL SERVICES

preceded
30:21
preceding
38:13 40:23 60:7
precise
30:10,11,11
precisely
54:10
predetermined
106:24
predominantly
55:18 71:11
prefer
17:6
preferences
132:6
preferred
74:3
prejudice
25:13
prejudicial
84:20 85:22
preparation
13:21 32:11
prepared
7:24 15:20 33:19
121:3
preparing
8:3 14:3 22:13
presence
76:17 78:23 79:14,21
80:16,19 91:18
92:14 93:1 96:4,21
98:2
present
5:15 22:15 101:17
103:22
presentation
69:9
presented
126:6
presume
9:9 11:15
pretext
97:9
pretty

9:4 11:10
previously
7:14 15:8 24:8 45:19
124:17
primarily
118:9
principles
74:22
printer
120:17,19,21
prior
39:3 44:17 99:5,9
101:8,19,21 108:19
probability
93:19
probably
8:5 13:8,11 26:13
72:4 77:5,12,14
116:17 126:21
problem
26:12 53:2
problematic
86:15
procedures
130:15
proceed
34:18
produced
40:3 50:19 54:18,23
67:3
product
101:9
production
40:1 67:10
professor
10:10 11:1,8,9,13
professoriate
11:2
professors
11:4
promise
36:11 41:15 98:8
promoted
11:7
pronounced
49:5

proof
4:14 76:19 78:24
79:15,16,17,18,19
79:23 80:17
proper
81:7
proposing
84:4
protected
14:6,10 118:4
protective
6:7 45:20,25
protocols
35:13
prove
104:17
provide
32:8,22 67:8 71:19
75:25
provided
12:18 24:4 32:19
40:9,21 126:8
providing
11:21
proxy
105:22
psychological
65:23 88:15
psychologically
77:19
public
4:15 57:4 78:8 133:3
133:17
publication
118:17
publications
118:14 121:22
published
56:6
pull
19:15 67:24 71:16
punched
21:15
purposes
74:10 103:22
pursuant

45:20
pursuit
74:14
put
52:7 64:16 88:1 91:6
117:2 131:23
putting
64:10

_____
Q

qualification
10:13
qualifications
4:15
qualified
11:15
qualify
17:24
qualifying
93:16
qualitative
58:1
quantitatively
13:3 43:21
question
13:14 14:14 17:25
18:15 19:3,20,23
20:10 21:7,11 22:10
22:25 27:19,22
33:14 34:6,21 35:5
37:4 39:18,19 40:19
41:2 43:22 47:3
50:10 54:12 67:19
67:21 69:10 84:17
89:10,14 90:16,19
96:16 98:13 99:8
101:2 104:24
107:11 110:25
112:19 123:2 124:3
128:14,20
questioned
18:19 92:17
questioning
46:12 51:1 60:18,25
61:1,5
questions



7:9 50:18 52:10,19
53:3 114:22 116:24
132:1
**queue**
120:17,19
**quick**
27:8 36:12 75:7
126:18
**quickly**
19:11 41:14 46:22
99:21 100:1 126:20
**quite**
28:7 72:20 76:6 77:8
77:23 103:17 118:5
119:18
**quotation**
25:24 124:7
**quote**
11:22 12:9 19:18
130:18
**quotes**
97:10
**quoting**
56:11

_____
**R**
_____

**race**
75:2,5 77:7,20,24
78:1,19 83:25 84:5
86:12,12 88:22
105:16,23 106:4
107:4 108:12,13,15
118:25 119:7,21,25
123:7 127:11 129:2
**races**
78:18 86:4,8 88:9
108:1,6,7,21 117:24
127:5,5,8,18,22
128:1
**racial**
11:16,23 12:1,10
16:10,20 17:23
36:15 38:2 40:16
41:19,21 48:16
55:12,13 58:6 63:4
73:6,7 75:15 77:4,7

83:1,3,11 89:1,9,20
91:18 92:15 93:1,6
93:6,7 94:2 96:4,11
96:21 98:2 101:5,10
105:7,12 109:2
111:3 112:7 115:15
119:4,4,5,24 122:21
124:13,21 128:17
128:21,23 129:5,6
129:17,21 131:1,11
131:12
**racialized**
85:25
**racially**
93:7 107:2
**racism**
25:14 38:17 40:25
54:7,18 57:24 65:14
73:17,20 74:7,20,25
84:13 101:17
104:21 105:3,8,13
105:14,24,24
**racist**
57:21,22 58:2 65:19
78:11 98:17
**rampant**
36:16,17,19 37:7,21
38:18 40:25 124:14
**rank**
11:13,13
**ranks**
11:2,3
**rapidly**
56:12
**rare**
56:19
**rate**
7:21 40:16 41:4
72:17 73:18
**rational**
42:10
**rationale**
107:2,3,3
**rationales**
25:12
**rationalize**

58:1
**reach**
125:6
**reached**
122:4
**reacted**
83:1 104:21
**reaction**
104:16
**read**
5:5 12:23 26:8 27:19
27:22 34:8 35:9
37:5 47:9 56:20
62:23,24 70:21
76:11,21 82:23 83:5
85:2,24 88:14 89:25
91:10,19 92:20
96:21 97:12 99:21
100:8 113:8,20
124:15 130:10,22
**reading**
4:11 9:2 36:22 59:4
96:9 132:4
**reads**
84:19 88:21 124:11
**real**
19:11 27:8 36:11
41:14 75:7 99:21
126:18,20
**reality**
83:2 114:17
**realize**
74:1
**really**
10:1,3 20:11 58:19
60:15 64:2,3 74:5
98:14
**reason**
13:5 91:13,22 92:5,9
92:12,23 95:23
129:9
**reasonable**
122:9
**reasons**
57:17 92:6 93:3
129:8,11,12 130:25

**recall**
12:24 13:3,16 16:7
17:14 19:21 20:1,7
22:6,7 23:20,23
33:21 36:6 38:10
44:3 53:6,19,22,23
54:3,21,24 58:10
62:12 75:20 79:5
85:20 99:10 103:10
104:1
**receive**
88:4
**received**
21:18
**recognize**
31:11 118:11
**recognizing**
73:21
**recollection**
15:25 20:11
**record**
5:8,16,25 6:17 7:8
27:8,12,17 45:17
82:8,12,17 132:15
133:7
**records**
13:1,11 32:14 39:17
39:20,24 40:5,9
53:14 54:22
**RECROSS**
3:2
**redacted**
52:2
**REDIRECT**
3:2 126:16
**reduced**
133:7
**refer**
27:4 62:1
**reference**
31:6 39:16 55:21
66:15 83:16 91:25
124:3 131:5
**referenced**
45:8 70:16
**references**



19:18 24:3 32:12
55:22 67:9 99:1,25
115:9
**referencing**
23:25 59:18 65:9
94:10 95:1 118:13
130:2
**referred**
17:12 40:8,8,11
52:14 129:18
**referring**
27:3 30:12 40:5 57:3
127:1
**reflect**
56:9
**reflecting**
30:18
**refresh**
28:5
**regard**
67:14 96:23,24 106:8
129:15 131:16
**regarding**
18:19 41:19,21 72:12
84:13 100:21
122:13 132:11
**regulations**
32:7
**reject**
28:19 42:3 104:19,19
**related**
41:13 100:5
**relates**
6:4
**relationship**
83:6
**relative**
133:10,11
**relay**
10:16 113:1 115:11
**relevance**
101:25
**relevant**
51:3 101:14,16,21,23
112:3 114:2,7,10,12
115:19

**relied**
119:14 130:24
**religion**
10:23
**religious**
10:22
**relying**
48:21
**remain**
39:2
**remarks**
83:13
**remember**
14:17 20:22 22:1
32:17 38:14 55:3
57:10 72:19 90:14
99:12
**remind**
46:6
**remote**
5:3
**removed**
99:5,6,8
**rendered**
101:21
**reopened**
46:13
**repeat**
40:19
**rephrase**
7:10 61:17 64:16
74:19 107:16
128:14
**replace**
124:20
**replaced**
83:6
**report**
3:7 7:24 8:3,25 9:5,9
12:22 13:21,23 14:4
15:5,20 17:13 19:12
19:13,16,17,21
21:14,22 22:13,21
25:5 27:1 30:14,15
32:11 33:20,24 34:3
34:6,11 39:21,23

45:9,23 46:17 47:14
53:16 54:5 58:21
63:13 64:7,24 66:21
68:8 69:2,16 71:15
74:10 75:22 82:20
85:3 89:21,23,25
90:10 95:21 96:21
97:2,4 98:5,7,21,22
99:1 100:22 106:10
109:18 112:13,25
115:8,16 116:1,2
119:3 120:14,25
121:2 122:6 124:3
128:3,5,16 129:4
130:1 131:5
**report's**
9:7
**reported**
50:19
**reporter**
3:10 5:1,5,17 27:18
81:25 82:1,4 132:5
**reporting**
33:4,11
**reports**
33:18 50:24 51:2
52:25 53:20 125:15
**Representing**
2:2,8
**request**
8:18 51:25 62:17
**requested**
8:17
**required**
32:6
**requires**
104:18
**research**
11:11 45:2,2 58:1
86:23 88:22
**Reserve**
5:5
**reserved**
4:10 132:4
**respect**
100:3

**respective**
4:4
**responded**
28:23
**responding**
53:2 114:21
**response**
123:2
**responsibilities**
31:18,22
**rest**
104:4
**resting**
20:16 21:2 24:1
100:24 102:18,25
104:7,14 106:7
112:1
**restore**
76:17
**restrain**
130:16
**resulted**
100:25
**results**
118:21
**retain**
15:18
**retained**
3:10 7:11,18 15:10
120:4
**retaining**
13:25
**return**
104:12
**returned**
69:16
**returning**
69:1
**review**
38:16 39:20 44:3,24
46:21 51:17 99:4
118:16 119:9
**reviewed**
12:21,23 13:11 19:12
19:25 20:6 21:23
24:19 32:10,15



38:10 39:3,10,17
40:21 43:17 53:7,14
53:20 54:4,17 99:2
116:5
**reviewing**
8:3 19:21 44:4
**Rex**
18:22 24:11
**rharris@amm-law...**
2:12
**Richard**
2:11 134:24
**right**
9:13,15,17,18 10:8
13:8 19:1 22:5
23:17 25:7,7 27:1,7
28:19 33:9 36:8,13
42:1 47:9 52:17
56:7 59:11 61:7,9
61:11 63:14 69:7,7
69:8,14 77:12,13
83:24 85:1 87:14,21
87:23 89:22 90:13
90:15 91:3 95:22
99:20 103:25 105:9
109:17 111:23
113:7,8 115:5,5
120:14 121:5
122:20 125:2 128:8
128:19 130:7,9
**rigorous**
118:16
**road**
62:5
**role**
98:12
**rotate**
120:1
**routes**
72:20
**row**
20:17 29:10
**rug**
41:20
**Rule**
14:6

**ruled**
120:5
**rules**
7:7

— S —

**safety**
32:8 35:13,16,18,20
**Sakurada**
24:10
**salient**
38:25
**same-race**
53:21 86:2,6 87:3,6
87:18
**same-sex**
87:11
**San**
2:4
**saving**
63:7
**savior**
62:22 63:3,17,25
64:19,21,24 65:2
**saw**
21:1 24:1 42:13
88:23 103:8,24
104:13 108:2,19
111:25 113:12
115:10
**saying**
20:7 42:13,21 44:16
48:3,4,11,22 49:17
49:19 50:23 51:3
55:15 60:18 69:23
80:2 86:5 87:9 93:5
97:22 99:19 108:23
109:2,17 110:10,16
110:21 114:1,4
115:6,7 123:5
125:23 126:1,21
**says**
11:20 12:15 25:10
36:17 37:8 50:3,5
56:17 67:10 71:16
80:24 81:13,14 91:3

99:17 100:1 102:8
102:12,17 113:16
114:21 115:18
120:16 130:12
**scared**
50:4,6,8,13
**scenario**
98:12
**scenarios**
43:11
**schemata**
77:7
**scholarly**
57:6 118:16 119:8,11
119:12
**scholars**
56:24
**school**
35:14 61:21 62:7
**schools**
35:17
**science**
78:13
**sciences**
118:9
**scientific**
35:10 37:25 42:4
45:2 57:6,11 66:9
102:7,12 129:1,20
**scientifically**
42:8
**scientists**
57:3 66:16 123:21
**scope**
122:4
**Scott**
18:22 21:15 22:19
98:9 103:8,24
104:13,20 105:1,6
106:3,6,18,22 107:6
107:17,23 108:19
108:21 109:3,18
110:3,17 111:22,23
112:16 115:14
128:2 129:6
**Scott's**

110:18
**screen**
8:23 9:1 17:4 26:9
27:6 58:13 69:17
70:21 82:17 102:15
120:8,15
**Screen-sharing**
58:15 82:14 120:11
121:13 123:25
**scroll**
68:12,17 75:7 100:1
**seat**
20:16
**second**
46:4 47:11 63:14
70:17 77:9 82:23
**secondary**
125:14
**section**
11:24 12:2,12,17
15:7 18:2 32:23,25
37:8 41:17 58:25
62:2 85:3,5,22
96:25 97:1 99:14
113:8 130:1
**Sections**
32:13
**see**
8:25 9:7 10:16 15:6
16:5 25:8 27:5
45:10 48:21 53:11
58:17 59:12 63:20
65:25 67:25 68:1,5
69:16 75:12,13
76:11 77:2,2,17
82:17 84:5 86:3
90:11 91:13 92:4,5
92:11 93:13 95:23
97:4 98:9,25 99:14
108:16 120:14,16
120:24 123:11
124:4,9
**seeing**
23:20
**seeking**
62:5,15



**seen**
23:21 32:8 72:24
75:7 83:14,21 84:22
86:13,15 87:10
93:24 108:7
**sees**
109:4
**selection**
38:4
**sense**
60:2 63:11 65:19
117:18
**sensitive**
9:24 10:4 17:9
**sent**
19:13 30:18 107:18
107:19 111:23
**sentence**
20:15 21:13 25:5
60:7 63:14 67:17
80:2 83:10 84:19
85:5,24 89:12,13
92:21 124:11
**sentences**
85:24
**sentiment**
60:1
**separate**
113:10 115:17
130:13
**separately**
95:19
**separating**
130:17
**separation**
22:3 84:25 91:17
92:14,25 93:4 94:14
96:3,8 98:1 113:13
113:19 131:20
**serve**
119:17,23 120:1
**served**
119:18
**service**
11:11
**services**

7:11,22 13:25 16:17
76:15
**set**
40:15 43:10 47:20
128:16
**setting**
25:19
**seven**
15:6,9,10 16:19
**sex**
36:4
**sexual**
20:4,8 23:10,19,24
95:13
**shaky**
49:14,25
**share**
8:23 69:17 70:21
82:17 120:8
**shared**
129:14,16
**sharing**
117:1
**Shawn**
24:11
**sheer**
37:22
**sheets**
116:11
**shelter**
76:16
**shield**
65:17
**shocking**
91:7
**short**
81:20
**shoulder**
100:14
**shout**
51:21
**shoved**
21:15
**show**
39:22 40:24 67:3
68:20 88:8 89:7

103:11 121:20,21
**showing**
24:13,17 25:1 85:8
87:2,4 90:24
**shown**
72:8 122:6
**shows**
37:25 49:1 65:13
73:11 74:2 77:24
**Shupe**
18:22,24 24:11 98:10
98:18,25 99:1
113:11,17 114:4,8
114:15,19,21 129:5
130:2,8,12,18 131:1
131:6
**Shupe's**
98:11
**side**
16:6 87:3
**sign**
5:5
**significance**
67:13 70:24 112:10
112:16,21 115:12
**significant**
70:25 113:1 115:22
**signing**
4:12 132:4
**signs**
63:24
**similar**
11:3 41:3 101:11
**simple**
9:5
**simply**
12:3 30:1 52:24 76:3
**single**
76:5
**single-spaced**
116:3
**sir**
19:20
**sit**
29:10
**site**

42:6,7
**sitting**
91:14 92:13 95:24
96:6
**situation**
24:14 28:23 52:23
97:10
**situations**
53:21
**six**
31:5 32:14 127:22
**skin**
67:7 71:19 75:25
**skip**
45:8 55:5
**skull**
21:16
**sleeping**
21:2,9,10 103:23
**slightly**
74:23
**small**
28:11 38:7 43:12
58:19 68:1
**snippets**
67:4
**social**
25:4,18 35:10 37:25
41:24 42:4,8 45:1
57:3,5,11 59:19,20
60:4,9,10,24 66:9
78:13 102:2,7,11
118:9 123:20 129:1
129:19
**sociological**
26:3 28:10 88:16
119:20 127:2
**sociologist**
30:23 90:1 101:17,20
123:14 125:4
**sociologist's**
12:13
**sociologists**
25:10 123:19 125:10
125:14
**sociology**



10:10,11,18,24 26:2
26:3 28:8 48:25
74:21,25 88:1
114:13 117:10,12
117:20,21 118:10
119:15 122:11
**somebody**
102:19
**somewhat**
57:24
**son**
60:20 83:15,22 84:11
91:17 92:18 94:8,12
94:16 96:2,7,19
122:14 125:25
**sorry**
14:13 26:5 29:6
34:15 37:4 39:18,19
40:19 48:17 50:10
51:9,23 54:2 60:16
67:22,23 68:9 71:6
75:20 89:13 96:17
100:2 104:6 110:6
112:24 113:7
117:15 125:3
128:14
**sort**
106:24
**sound**
9:18 19:1 22:5 32:15
32:24 56:4
**sounds**
64:10 76:13 82:5
128:8
**South**
2:10
**speak**
30:8 69:3,5 97:1
106:16
**speaking**
16:11 18:11 33:10,15
37:19 43:23 44:18
57:12 69:4 78:21
87:5
**speaks**
62:18 98:21 102:10

**Spear**
2:4
**specific**
16:7 26:7 27:4 28:24
44:9,16 89:7 97:7
**specifically**
12:11 23:23 37:19
65:12 89:24 90:25
108:3 130:2
**specifics**
20:22 22:6
**specify**
30:10 98:13
**speculation**
64:6
**spend**
10:12 11:8
**spending**
11:5
**spent**
8:2 13:9,18 116:6
**spoke**
14:15 22:19 95:19
**spot**
41:16
**square**
87:2,4
**stamped**
45:24
**stand**
36:20 89:4 116:8
**standard**
29:3 43:1,1
**standing**
32:3 114:12
**standpoint**
12:13 127:20
**start**
111:7 120:20
**started**
117:11,16,17 127:1
**starting**
82:24
**starts**
18:3 25:6 56:11 67:1
88:21 99:22 100:2

124:8 130:8
**state**
5:25 7:7 10:9 46:19
46:24 47:15,25 48:5
48:7,12,18 49:5
62:10 75:8 130:15
133:1,3
**stated**
52:25 99:3 124:24
**statement**
10:8 11:19,20 21:4
30:14 36:8,13,25
37:2,5,7 46:18,23
47:14 56:16,22 59:1
60:1 67:1 71:15
75:22 78:22,25
80:21,24,25 81:3,5
81:9 82:23 83:25
84:2 88:20,21 89:15
102:15 133:7
**statements**
9:6 61:12 85:16
112:5,16
**States**
1:1 32:13 55:18
72:13 134:1
**stating**
93:2 130:24
**statistical**
44:22 53:1
**statistically**
43:23 44:18 72:17
**statistics**
72:12
**status**
75:3 83:3,7
**statute**
33:2,17,19,23 34:14
34:16,23
**statute's**
33:5
**statutes**
32:11,18
**stemming**
62:6
**stenographic**

5:16
**step**
120:2
**stipulated**
4:3,9,11,14
**stipulations**
4:1 5:2
**stock**
77:20
**stop**
52:22 54:15 70:4
77:21
**stopped**
46:4
**Street**
2:4,10
**strenuousness**
31:15
**stretch**
26:14
**stretches**
63:5
**strike**
19:9 60:22
**strip**
114:14
**stripped**
60:2
**strive**
10:1 42:21 43:2
**strokes**
72:15 85:20
**stroking**
24:21 25:2 90:25
91:13 92:12,23
95:24 96:6,19,20
97:25
**struggle**
64:11
**struggling**
64:8
**student**
117:12
**studied**
88:13 117:19 118:24
122:2



**studies**
10:19,21,22 35:7
62:22 64:20 72:25
73:16,21 86:20,22
88:11,19 97:17,19
118:14 119:24
**study**
57:13 117:9,9,23
118:8 119:21,25
**studying**
117:15,17,21
**stuff**
10:4
**subdue**
130:16
**subfield**
48:25
**subject**
11:23 12:1,10,11
16:8 18:24 38:13
41:12 48:14 49:4
85:8 94:2 97:6,14
97:23
**submitted**
9:9 38:12
**subsequently**
21:17
**subset**
57:18,19
**substantial**
11:11
**substantive**
116:2
**substituting**
112:21
**successfully**
50:22
**sued**
18:21
**suffices**
59:25
**sufficiency**
4:6
**suffix**
75:3
**suggest**

24:23 67:7 71:18
75:24 97:5
**suggested**
36:15
**suggestions**
52:4
**suggests**
124:13
**Suite**
2:4,10
**Summary**
18:2
**supplied**
29:12,20 32:20 37:18
42:12,15 53:18 71:3
84:7 90:9 95:21
101:6 106:25 112:6
114:10 122:5
**supply**
29:14 116:11 120:17
**support**
15:21 16:1,5 66:18
71:2,20 89:11,15,17
96:15
**supporting**
67:15
**supports**
84:12 89:6 106:7
**supposed**
32:7
**supposedly**
88:6 113:12 115:10
**sure**
6:16 10:7,17 13:17
13:19 18:8 20:10
27:9 36:22 47:22
61:11,17 73:3 84:1
87:15 91:2 94:21
95:6 102:1 103:17
104:22 107:12
109:1,25 113:21
116:10
**surname**
24:9 52:14
**surveillance**
84:24 91:17 92:13,25

93:3 94:14 96:3,8
98:1
**suspected**
20:8 76:20 81:2,10
**suspicious**
33:4,12,18
**swear**
5:17
**sweep**
41:20
**sworn**
5:21 133:5
**Symbolic**
66:13,15
**system**
75:2,3 105:16
**systemically**
75:5

———————
**T**

**T**
1:18 134:24
**take**
28:15 29:7 30:13
34:22 42:11 44:24
47:8 49:12 56:11
76:1,3 77:20 81:3
81:20 87:1 97:9
98:4 106:19 107:18
113:24 117:1 124:2
128:3 129:4
**taken**
1:15 4:7,16
**takes**
45:1 90:21
**talk**
9:6 13:23 14:19,20
19:10 20:3 24:17
25:1,6,15 31:24
34:11 45:6,14 48:7
65:4 66:16 74:8,24
76:9,10 82:22 83:10
88:3 102:1 112:9
126:19
**talked**
14:2,9 85:12 91:5

104:11
**talking**
10:3 12:10 17:8 25:1
26:6 28:2 31:7
37:22 40:20 44:13
47:19 48:6 49:22
55:8 59:16 60:14,23
63:2,18 65:5,7,12
65:23,24,25 71:10
75:1 79:16 83:23
84:2,3 86:19 87:23
88:4 90:1 91:1,24
93:16 94:20,23
95:12,23 96:5
111:22 112:10
126:22 127:24
128:11
**talks**
63:15 85:3 91:4
100:3
**teach**
67:5
**teaching**
11:11 117:10,11,14
117:16,17
**technology**
8:22
**tell**
13:4 17:7 19:17 56:1
61:4 78:18
**telling**
62:14
**temporal**
30:1
**ten**
82:3
**tendency**
78:6
**tending**
32:1
**tends**
64:21
**tenure**
11:4,6
**tenured**
10:10 11:1,7



**term**
19:11 23:19,20 25:25
26:1 28:6 42:19
55:8,10 63:3,4 85:4
113:23 127:3
129:17
**terms**
12:12,14 23:3 35:4
40:24 47:19 60:15
66:6 71:1 95:3,12
98:10 115:13
**testified**
11:14 15:8,14,15,19
100:12 113:17
114:19 123:1
124:17 130:15
**testify**
11:15 120:4 133:5
**testifying**
105:10
**testimony**
5:3 6:4 11:21 74:10
82:24 98:25 107:6
116:5 133:8 134:13
**text**
26:7 27:5 124:6
**thank**
22:12 27:24 46:14
47:7,12 53:5 56:5
59:13 83:9 116:15
116:18 117:4 125:2
126:13
**Thanks**
113:6
**theater**
99:6 100:8,21 102:24
**theory**
62:25
**thing**
24:18 40:12 77:8
91:4 92:5,7 105:8
120:13 129:23
**things**
17:8 20:12 28:11
29:19 32:1,9 48:22
48:23 49:18 84:6

95:20 102:3,8 118:7
131:4,4
**think**
8:14,16 9:4 10:4 11:2
14:2 15:12 16:25
22:5,14,21 24:5
26:13,18 32:12
33:23 34:10 39:9
42:20 43:6,9 46:18
50:13 51:25 52:4
53:10,17 56:15 57:7
59:25 60:1,16 63:12
65:20 66:25 72:24
75:18 79:9 80:1,10
80:12,25 81:4,5,8
81:13 84:3 85:15
86:20 90:3,7,8,15
91:4,11,22 94:4,19
97:13 98:17,20,25
98:25 99:3 100:17
101:11,23 102:10
103:25 104:10
105:14 107:1,5,19
110:3,24 112:20
113:21 116:10
117:13 123:11
126:23 128:7 131:6
132:1
**third**
24:18 58:22 59:7
62:2,11,18 77:11
85:4 103:13 110:25
**thoroughly**
13:11
**thought**
7:6 44:5,10 63:23
64:2 89:7
**threat**
130:15
**three**
15:9 18:13 67:11
75:13 126:22
127:13 128:6,15
129:17
**time**
4:6,10 5:14 7:17 8:2

10:6,12 13:18 18:13
20:24 22:3 27:11,16
43:14 61:13 72:9
78:16 82:7,11 83:8
83:14 99:22 103:7
103:15,20,23 108:1
108:2,8 110:19,25
111:11 116:11,16
132:14
**times**
14:9,15 31:5 72:9
74:6 99:17
**title**
32:12 59:14 121:4
**today**
5:13 6:20 9:4,15,24
10:2 12:22 17:9
23:4 36:21 37:1
41:7 51:21 56:12
74:11 83:8 89:4,23
103:20 108:23
**today's**
6:3
**toes**
83:9
**told**
16:16 33:2,22 108:21
108:24 111:25
116:6
**tone**
10:2
**top**
9:7 11:19 17:20 18:4
37:8 59:8 82:23,24
119:24 124:7 130:5
**topic**
64:15 116:17
**totality**
84:14 106:9,25
115:24
**touch**
91:8 95:8 97:19
**touched**
22:4 85:13
**touching**
18:20 19:12,19 20:3

24:3 30:15,19 85:12
90:6 93:25 94:18,24
95:14,16 106:15
115:10 133:6
**tough**
83:8
**town**
87:2
**track**
11:4
**tradition**
26:4
**trafficked**
72:17
**trafficking**
20:4,8 45:7 53:7,15
53:20,24 54:4,22
67:8,11 71:7,19,24
72:13 75:9 76:1,19
76:20 78:24 79:7,11
79:12,15,23,25 80:8
80:16,17 81:2,11
94:20,22 95:3,7,13
100:5,16
**trainees**
72:8
**training**
10:15 12:6,8 29:13
32:6 67:2 71:4,12
76:16 120:23
**trait**
78:6
**traits**
28:22
**transcript**
3:10 6:6 21:24 99:4
99:14 132:6
**transcripts**
12:20
**Transportation**
32:12 39:17 41:3
**transracial**
17:13 55:6,7 56:9
57:5,9,16 58:7 60:5
60:10 61:16 65:12
85:22 102:13 128:7



128:17 129:3,22
**transracially**
83:2 84:21
**traveler**
31:1
**traveling**
23:13 24:12 49:3
94:11 97:11
**treated**
73:1
**treatment**
73:4,15 88:4
**triad**
126:22 127:12
**triads**
49:3
**trial**
4:10
**tried**
50:20
**true**
43:18 48:23 74:18
102:23 133:7
134:13
**truth**
22:23 49:21 133:5,5
**try**
8:22 25:18 28:19
58:1,19 73:24 75:14
76:7 111:7
**trying**
38:19 42:3 56:2
64:15 66:4 68:19
80:5 92:8 96:17
97:1 103:16 104:17
104:19,25 108:14
110:2 111:6 126:9
**turn**
23:7
**turned**
34:12 50:12
**two**
15:9 17:22 24:8
43:20 66:7,8 75:6
75:12,17 77:18
78:17 85:24 86:3

87:3 88:9 97:5
99:17 101:8,15,15
126:22,24 127:7,12
127:15,16,18
**type**
25:13,16,21,24 28:3
28:6,13,17,20,22
29:3 30:2,5,17
38:20 39:8 42:1,2
42:19,21 43:4,8
63:8,9 86:16 87:4
88:4 90:21,23 92:1
104:12,15 118:16
125:18
**types**
31:25 53:3 73:23
102:2 118:2
**typical**
64:18
**typically**
118:18
**typo**
36:24 124:18

---

### U

**umbrella**
63:4 129:16
**unable**
55:21
**unaware**
34:25
**unbiased**
22:16 91:13,21 92:4
92:8,12,23 95:23
**uncomfortable**
24:15
**underlying**
51:24 52:20
**underscores**
97:8
**understand**
7:9 9:12,20,24 10:3
12:4 21:19 23:4,15
32:10 40:2 44:15
95:22 96:17 100:4
113:23

**understanding**
18:6,10 38:24 39:6
78:14 84:23
**understood**
78:21
**undisputed**
18:7 20:19 22:16
89:19 103:14,22
106:17
**unfair**
97:2
**unit**
102:5
**united**
1:1 32:13 55:18
72:13 79:20 134:1
**university**
10:11,18,20,21,25
11:12 117:12
118:19 119:9
**unquote**
19:18 130:18
**unsure**
15:22 20:11 108:13
**US-based**
77:7
**USC**
11:24 12:2 32:23
**use**
17:6,6 23:15 41:18
41:24 42:19 57:25
65:17 71:5,11 77:7
79:12 85:4 113:23
125:14
**uses**
20:4 48:15 67:3,6
71:6,17 75:23,23
**usual**
5:2

---

### V

**v**
1:6 5:11 134:6
**vague**
98:14
**vaguely**

19:24 20:1 99:10
**valid**
118:17
**validity**
49:21
**value**
49:12 75:3
**variables**
29:18 41:13 90:2
98:4
**variance**
72:21
**variation**
13:18
**varied**
42:6
**varies**
74:5 118:11
**variety**
57:17 59:21
**various**
121:22
**Vegas**
18:18 19:15
**vein**
25:10
**verify**
50:21 68:19
**versus**
17:1 86:12 123:3
**victim**
16:14
**victims**
36:4 38:2 67:11
72:13 76:14
**video**
5:9 12:19 116:5
132:8
**videoconference**
1:15 133:4
**Videographer**
2:16 5:8 27:11,16
82:7,11 132:14
**VIDEOTAPED**
1:14
**view**



19:7 23:2 57:21
74:20 85:22 86:6,7
87:18
**viewed**
73:2
**viewing**
106:6
**viewpoint**
57:8
**views**
84:20
**vignette**
73:24
**violence**
23:11,16
**violently**
21:16
**Virginia**
10:25 117:13
**virtual**
5:2
**virtue**
17:17 61:16
**vitae**
121:11
**volume**
37:22 40:20
**volumes**
119:13
**voluminous**
118:8
**voracity**
51:2
**voting**
66:18
**vs**
11:22 122:3

———————
W
———————
**W**
1:14 3:3 5:10,20
133:5 134:12,18
**W-E-B-E-R**
28:9
**waiting**
89:14

**waived**
4:8,13,16
**walk**
9:5
**want**
16:17 17:10 18:4
19:10 25:6 36:11
45:5,6 52:11,15
54:16 62:1 68:20
70:18 82:22 83:10
92:10 98:21 103:11
103:20 106:10
130:5
**wanted**
15:18 45:13 103:17
124:18 125:2
**warrant**
92:24
**Warren**
18:22,23 20:20,23
21:1,15 22:8,19
23:8 24:7 98:9
103:8,24 104:13,20
105:1,3,6 106:3,6
106:18,22 107:7,17
107:24 108:19,21
109:3,18 110:3
111:22,23 112:12
113:1,9 115:10,11
115:14 128:2 129:6
**Warren's**
21:3,23 23:12,25
112:16
**wasn't**
44:7 65:16,16,18,18
65:19 103:16
109:23,25
**waste**
103:20
**way**
16:3 21:11 25:19,22
30:1 33:7,25 34:24
49:24 50:12 88:2,17
93:14,17 104:20
105:16 109:8 126:9
126:21

**ways**
28:7 39:6 41:11
**we'll**
18:12 24:5 75:7
104:12 111:7 113:5
116:13
**we're**
9:5,18 10:3 17:8 18:1
19:5 24:25 26:6
38:6 40:20 42:2
45:17 46:3,7,11
52:8,21 54:14 56:10
57:12 60:6,12,13,14
63:14 64:14 66:3
68:3,3 70:10 75:16
76:11 79:16 82:16
87:23 88:4 89:22
91:1 94:20 95:12,22
96:5 98:24 102:3,3
103:17 105:17
111:22 113:24
128:11
**we've**
50:20 54:10 81:17
112:10 132:4
**Weber**
28:9,10 43:5
**Weberian**
26:1 28:8
**weigh**
25:11
**welcome**
46:15 59:10
**welcoming**
32:4
**went**
55:2 106:23 107:8,25
108:20,22 112:11
112:12 115:17
**West**
73:9
**Western**
86:24
**When's**
7:17
**whistles**

66:17
**white**
16:24 17:1,3,16
18:11 23:13 56:18
57:1 59:2,18 62:22
63:3,17,23,24 64:19
64:20,24 65:1 77:13
78:9 83:15,22 84:11
87:1 97:10 107:7
109:2 128:12,21,24
129:5
**whites**
55:16 56:17
**widely**
73:14 80:7
**window**
42:16
**wished**
113:10 115:17
**wit**
133:4
**withheld**
113:10
**witness**
3:2 5:18 16:1 19:4,24
22:11 23:1 26:10
40:10 45:11 55:1
64:8 67:22 80:10
81:22 82:5 99:10
107:12 108:11
110:14,24 112:20
116:20 120:4 123:9
123:18 125:8,12
133:8,13 134:15
**witnesses**
14:23 125:5
**witnessing**
49:7
**women's**
10:21
**wondering**
76:1 98:17
**word**
12:15 76:22 83:6
112:21 127:2,12
**words**



25:11 60:21 66:1,17
124:8
**work**
6:22 13:20 32:4
48:24 49:1 66:3
**worked**
7:14 8:23 35:8
**working**
18:23 35:4,21 36:4
116:7 120:21
**works**
114:13 118:10
**world**
123:23
**worries**
66:5
**would've**
30:5 39:9 43:19
44:19 49:18 78:20
78:20 88:18 94:1
115:19
**wouldn't**
16:3 78:10,18 88:1,1
95:14,15 108:5
123:20,21
**write**
65:10 92:8
**write-ups**
47:5
**writing**
133:7
**writings**
119:14
**written**
46:9 80:2,25
**wrong**
48:15 103:1 120:13
**wrongdoing**
46:20,25 47:16 48:1
48:20 86:16
**wrote**
57:13 98:5

| X |
|---|
**X**
3:1

| Y |
|---|
**yeah**
14:18 19:5 31:9
39:19 64:9 73:6,7
74:12 89:11 96:24
101:19 103:16,19
104:25 109:25
113:5 116:13,22
**year**
19:25 20:13 31:5,5
**years**
11:5,8 18:13 38:13
40:23 46:7 50:21
54:19 57:13 77:25
117:8,13 120:2
**young**
18:12 72:2

| Z |
|---|
**zero**
42:10,20 93:19
**Zoom**
1:15 133:4

| 0 |
|---|

| 1 |
|---|
**1**
3:7 5:9 120:11 121:7
122:7 123:25
**1.48**
71:24 72:5,8 75:8
76:2,6,6
**1.49**
69:23 70:7,16 71:21
72:8 75:8,19 76:2,5
76:11 77:3
**1:01**
5:14
**1:30**
27:12
**1:32**
27:16
**10**
36:12 37:5 57:14
124:3

**100,000-foot**
19:7
**11**
45:9
**1100**
2:4
**1154**
53:13
**117**
3:4
**120**
3:7
**121**
3:8
**126**
3:4
**1471**
53:12
**15**
8:5 116:6
**1500s**
63:6 78:1,15
**15th**
45:14
**1611**
68:6 69:20
**17**
100:9 102:16
**1772**
53:11
**18**
117:13
**1800s**
26:2
**1900s**
26:2
**193**
53:12
**1981**
11:24 12:2,12
**1996**
117:22
**1999**
56:6
**19AZF0229**
68:6 69:20

| 2 |
|---|
**2**
3:8 121:13 122:1
130:15
**2:19-cv-01322-KJ...**
1:4 134:4
**2:55**
82:8
**20**
1:8 2:10 8:5,5 13:10
116:6 119:11 134:8
**2005**
117:13
**201**
2:4
**2019**
18:25
**2021**
7:20
**2022**
9:8 121:10,21
**2023**
1:8 5:13 133:4,13
134:8,15
**2027**
133:25
**2067**
122:15
**20th**
5:13 133:4
**23**
57:13
**25**
55:6 57:15 119:12
**2500**
2:10
**25th**
9:8 133:13
**26**
14:6
**27**
63:13
**28th**
18:25



| 3 | 32:12,23 | 100:7 | |
|---|---|---|---|
| **3:05** | | **94105** | |
| 82:12 | **5** | 2:4 | |
| **30** | **5** | | |
| 57:16 67:1 68:8 | 3:4 18:4 | | |
| 69:16 75:22 | **5,000** | | |
| **309** | 116:4 | | |
| 56:13 | **5,000-some** | | |
| **31** | 23:22 | | |
| 133:25 | **5,700** | | |
| **312** | 116:4 | | |
| 2:11 | **5,766** | | |
| **34** | 13:4 | | |
| 130:4 | **50** | | |
| **345-0700** | 55:19 | | |
| 2:11 | **500** | | |
| **37** | 77:25 | | |
| 82:20 90:11 | **531-9569** | | |
| | 2:5 | | |
| **4** | **573** | | |
| **4** | 45:15 53:11 | | |
| 18:3 20:14 | | | |
| **4:18** | **6** | | |
| 132:14 | **6** | | |
| **4027** | 37:2 | | |
| 32:13 | **60603** | | |
| **41310** | 2:10 | | |
| 32:13 | | | |
| **41702** | **7** | | |
| 32:13 | **754** | | |
| **41712** | 39:25 | | |
| 32:13 | **780** | | |
| **42** | 39:25 | | |
| 11:24 12:2 | | | |
| **43** | **8** | | |
| 130:4 | **81** | | |
| **434** | 99:17,20 | | |
| 2:5 | **85-some** | | |
| **44** | 119:10 | | |
| 32:23 113:7 130:3,4 | **88** | | |
| **44941** | 100:2 | | |
| 32:23 | **89** | | |
| **45** | 100:1 | | |
| 83:16 116:2 | | | |
| **49** | **9** | | |
| | **91** | | |



**EXHIBIT**

Hughey 1 - 2/20/23

# EXPERT REPORT
## *DelVecchia v. Frontier*

25 February 2022

Matthew W. Hughey, M.Ed., Ph.D.
Professor of Sociology, University of Connecticut

Department of Sociology, University of Connecticut
344 Mansfield Road, Unit 1068, Storrs, CT 06269, USA
www.matthewhughey.com

**Preparation Requested By**

John D. McKay, *Park Avenue Law LLC,* San Francisco, CA and Winter Park, FL

**Table of Contents**

Introductory Statement
Materials Provided
Expert Witness Qualifications
Recent Cases
Compensation
Summary of the Facts
Social Framework Analysis
History of Complaints with Frontier
    *Lack of Training*
    *Human Trafficking*
    *Unequal/Discriminatory Treatment*
    *Overt Racial Statements/Behaviors*
Racial Discrimination in the Matter of *DelVecchia v. Frontier*
    *Notes on Transracial Adoption*
    *Evidence for Discrimination*
        No Anti-Discrimination Training
        Failure to Obtain Basic Information
        Failure to Follow Protocols
        Efforts to Conceal Actions
        Defining Peter and A.D. as a "Situation"
    *Conclusions on Discrimination*
        Prejudicial View of Transracial Adoptee/Adopter – Affection
        Prejudicial View of Transracial Adoptee/Adopter – Normality
        Prejudicial View of Transracial Adoptee/Adopter -  Morality
        Prejudicial View of Transracial Adoptee/Adopter – Language and Age
        Prejudicial View of Transracial Adoptee/Adopter – Discomfort
        Discriminatory Action over Transracial Adoptee/Adopter –Surveillance
        Discriminatory Action over Transracial Adoptee/Adopter – Separation
Conclusion
References
Appendix

**Introductory Statement**

I am retained by Park Avenue Law LLC, through its attorney John D. McKay (Plaintiffs' counsel) to provide expert opinions and testimony in the case of Peter DelVecchia, *et al. v.* Frontier Airlines, Inc., *et al.*, Case No. 2:19-cv-01322-KJD-DJA (D. Nev.), on the subject of racial discrimination under 42 U.S.C. §1981. I hold a doctorate in sociology and am a tenured, full professor of sociology at the University of Connecticut. I specialize in the study of race, with a focus on racism, discrimination, and prejudice. See attached Curriculum Vitae (C.V.) in Appendix A for details.

**Materials Provided**

I have read or viewed the initial complaint, amended complaint, second amended complaint, third amended complaint, a photograph of Peter DelVecchia and A. D., the video deposition of A.D., the video deposition of Peter DelVecchia, the transcribed deposition of Amanda DelVecchia, the transcribed deposition of Gayle DelVecchia, the transcribed deposition of flight attendant Scott Warren, the transcribed deposition of flight attendant Chelsie Bright/Sakurada, the transcribed deposition of flight attendant Anna Bond, the transcribed deposition of flight attendant Amanda Nickel, the video deposition of Chelsie Bright/Sakurada, the transcribed deposition of pilot Rex Shupe, the transcribed deposition of pilot Shawn Mullin, the transcribed deposition of passenger Christopher Campbell, the statement and transcribed deposition of Christopher Higgins, various police reports and statements (P000005-P000016), and Frontier documents (19AZF0229 DELVECCHIA FRONTIER 0085-0121, 19AZF0229 DELVECCHIA FRONTIER 0122-0143, 19AZF0229 DELVECCHIA FRONTIER 0144-0196, 19AZF0229 DELVECCHIA FRONTIER 0197-0200, 19AZF0229 DELVECCHIA FRONTIER 0201-0204, 19AZF0229 DELVECCHIA FRONTIER 0205-0208, 19AZF0229 DELVECCHIA FRONTIER 0209-0247, 19AZF0229 DELVECCHIA FRONTIER 0262-0267, 19AZF0229 DELVECCHIA FRONTIER 0268, 19AZF0229 DELVECCHIA FRONTIER 0269-0293, 19AZF0229 DELVECCHIA FRONTIER 0294-0297, 19AZF0229 DELVECCHIA FRONTIER 0298-0604, 19AZF0229 DELVECCHIA FRONTIER 0605-0630, 19AZF0229 DELVECCHIA FRONTIER 0631-0660, 19AZF0229 DELVECCHIA FRONTIER 0661-0689, 19AZF0229 DELVECCHIA FRONTIER 0702-0705, 19AZF0229 DELVECCHIA FRONTIER 0706-0709, 19AZF0229 DELVECCHIA FRONTIER 0710-0718, 19AZF0229 DELVECCHIA FRONTIER 0719, 19AZF0229 DELVECCHIA FRONTIER 0736-0895, 19AZF0229 DELVECCHIA FRONTIER 0896, 19AZF0229 DELVECCHIA FRONTIER 0897-0912, 19AZF0229 DELVECCHIA FRONTIER 1135-1427, 19AZF0229 DELVECCHIA FRONTIER 1428-1440, 19AZF0229 DELVECCHIA FRONTIER 1441, 19AZF0229 DELVECCHIA FRONTIER 1442-1452, 19AZF0229 DELVECCHIA FRONTIER 1442-1452 [*SIC—BATES NUMBERS REPEATED ON DIFFERENT DOCUMENTS*], 19AZF0229 DELVECCHIA FRONTIER 1453-1589, 19AZF0229 DELVECCHIA FRONTIER 1590-1600, 19AZF0229 DELVECCHIA FRONTIER 1601-2087, 19AZF0229 DELVECCHIA FRONTIER 2089-2112, 19AZF0229 DELVECCHIA FRONTIER 2113, 19AZF0229 DELVECCHIA FRONTIER 2114, 19AZF0229 DELVECCHIA FRONTIER 2115-2117, 19AZF0229 DELVECCHIA FRONTIER 2118, 19AZF0229 DELVECCHIA FRONTIER 2119-2639, 19AZF0229 DELVECCHIA FRONTIER 2640, 19AZF0229 DELVECCHIA FRONTIER 2641-3951, 19AZF0229 DELVECCHIA FRONTIER 3952, 19AZF0229 DELVECCHIA FRONTIER 3953, 19AZF0229 DELVECCHIA FRONTIER 3954-3956, LVMPD 001-003, P000748-753; P000754-780; P000782-P000787; P0001276—

2

001291, the transcribed deposition of manager of security Grant Gahm, the transcribed deposition of flight attendant Jason Grimes, the transcribed deposition of former Customer Service employee Matthew Anderson, the transcribed deposition of former Customer Service employee Dan Foye, and the transcribed partial deposition of current Customer Advocate Elizabeth Zimmerman.

**Expert Witness Qualifications**

My areas of expertise within the field of sociology are on race and ethnicity, bias, discrimination, racism, culture, media, organizations, religion, and science. I hold a B.A. in sociology from the University of North Carolina, Greensboro, an M.Ed. in cultural studies and a certificate of advanced graduate study in "women's studies" from Ohio University, a graduate certificate in "religions of the world" from Harvard University (where I am currently an A.L.M. candidate in religion), and I hold a Ph.D. in sociology (with a specialization in race and culture) from the University of Virginia. I have been on the faculty of the University of Connecticut since 2013. I am full Professor of Sociology (2020-present) and was previously Associate Professor of Sociology (2013-2020). Before then I was Assistant Professor of Sociology at Mississippi State University (2009-2013). I also serve as adjunct faculty at the University of Connecticut in (1) the Sustainable Global Cities Initiative program, (2) for the Graduate Certificate and Masters in Race, Ethnicity, & Politics (REP) program, (3) the Institute for Collaboration on Health, Intervention, & Policy (InCHIP), (4) the American Studies Program, and (5) the Africana Studies Institute. I currently hold secondary academic appointments as an Affiliate Member and Partner of the Culture, Politics, and Global Justice at the University of Cambridge (England); as an International Collaborator for Grup de Recerca en Gènere, Identitat i Diversitat (Research Group on Gender, Identity, and Diversity) at Universitat de Barcelona (Spain), and; as Research Associate for the Critical Studies in Higher Education Transformation program at Nelson Mandela University (South Africa). I have held invited positions at the University of Surrey (Surrey, England); London School of Economics (London, England); University of Kent (Canterbury, England); Coláiste na Tríonóide, Baile Àtha Cliath (Trinity College Dublin) (Dublin, Ireland); University of Warwick (Coventry, England); Columbia University (New York, NY, USA), and; Universiteit Van Die Vrystaat (University of the Free State) (Bloemfontein, South Africa).

I have served as a referee and an editorial consultant in my fields of expertise for a number of peer-reviewed scholarly journals and grant agencies including the Ford Foundation, I sit on a number of editorial boards for scholarly journals, and I currently editor of the scholarly journal, *Sociology Compass—Race and Ethnicity*. During my service in these various editorial roles over the years I have routinely reviewed theoretical and empirical manuscripts and grant proposals involving racial bias, stereotyping, prejudice, discrimination, and racism.

I have conducted research on the nature and consequences of racial identity formation, racism, prejudice, and discrimination, as well as on other race-related research questions. This research, which includes survey, experimental, ethnographic, interviewing, content analysis, historical and archival methods, has been published in over 80 peer-reviewed scholarly journals and have published nine scholarly books. My work has been awarded by the National Science Foundation, Ford Foundation, Fulbright Commission, American Sociological Association, and others. A complete listing of my scholarly activities is available in my Curriculum Vitae (C.V.) in Appendix C.

**Recent Cases**

Expert Witness - Civil Rights. "Feeding our Future v. Minnesota Department of Education." United States District Court for the District of Minnesota. Retained by the Law Office of Martin and Hild. (2021-2022)

Expert Witness - Civil Rights. "Hollins v. City of West Springfield, *et al*." United States District Court for the District of Massachusetts. 3:20-CV-10628. Retained by the Law Office of Raipher, P.C. (2021-2022)

Expert Witness – Civil Rights. "Fludd v. Berry, *et al*." Connecticut Superior Court, District of New Haven. 3:18-CV-00524. Retained by the Law Office of Lewis Chimes, LLC (2020-2022)

Expert Witness - Civil Rights. "Vereen-DuBois v. Circle K Stores, Inc." United States District Court, Southern District of Florida. CV-16-00691-BAJ-EWD. Retained by the Law Office of The Florida Legal Advocacy Group, PA (2017-2018)

Expert Witness - Civil Rights. "Thomas v. Stamford, Buzzel, and Degnan." Connecticut Superior Court, Judicial District of Stamford/Norwalk. Retained by the Law Office of Casper & de Toledo, LLC (2016-2017)

Expert Witness - Civil Rights. "Deborah A. Nicholas vs. Jerry S. Bulosan, *et al*." Los Angeles Superior Court. Retained by the Law Office of Kashfian & Kashfian, LLP.  (2015-2016)

Expert Witness - Civil Rights. "Bakhit and Miles v. Safety Markings, Inc." United States Federal District Court, District of Connecticut. 3:13-CV-1049 (JCH). Retained by the Law Office of Lewis Chimes, LLC (2014-2016)

**Compensation**

My expert witness fee is $400 per hour, plus transportation expenses and a $500 stipend per travel trip.

**Summary of the Facts**

On March 28, 2019, Plaintiffs (Peter DelVecchia and his son, A.D.) were passengers aboard Frontier's Flight 2067 from Raleigh-Durham International Airport in North Carolina to McCarran International Airport in Las Vegas, Nevada. Plaintiffs were seated in adjacent seats on the aircraft. They initially sat in Seats 13D and 13E, which were seats in one of the emergency exit rows, but they were reseated by flight attendant Anna Bond prior to takeoff after she learned from A.D. that he was only 12 years old. She reseated them in Row 17, seats 17E and 17F, on the same side of the aircraft. During the flight, Peter fell asleep with his head resting on the back of the seat in the row ahead of his. Peter was abruptly awakened when flight attendant Scott Warren punched (or shoved or hit) him violently at the base of his skull and on the back of his neck.  He was subsequently diagnosed as having received a concussion.  Warren then made false

4

accusations against Peter including accusations that Peter was engaging in illegal sexual molestation of A.D. Plaintiffs allege that the aforesaid physical violence and accusations were based on Warren's belief that Peter, who is White, should not be traveling with A. D., who is black.  Warren had discussed concerns about the two passengers previously with Bond, flight attendant Chelsie Bright (married surname Sakurada), flight attendant Amanda Nickel, First Officer Shawn Mullin and Captain Rex Shupe, and all of them concurred in his belief that Peter traveling with A.D. and showing affection toward A.D. constituted an improper "situation" that made them all "feel uncomfortable." (According to Frontier's flight attendant training materials, flight attendants are taught that the use of the word "uncomfortable" has particular significance, intended to communicate to the other crewmembers aboard the flight that they need to assist in handling a "situation." See: 19AZF0229 DELVECCHIA FRONTIER 0265)  Warren then forced A. D. to leave his seat and the company of his father, without permitting him to put his shoes on, and took him against his will to the rear of the aircraft, where he forced him to sit in a seat in the back row of the aircraft without his shoes and refused to allow him to return to his father for the remainder of the flight. A. D. asked repeatedly to be allowed to return to the seat beside his father, but Warren, acting in concert with, and with the knowledge and approval of, Bright, Bond, Nickel, Shupe and Mullin, would not allow A. D. to leave the seat in which Warren had placed him. Warren, acting in concert with, and with the knowledge and approval of, Bright, Bond, Nickel, Shupe and Mullin, all of whom were acting in the course of their employment by Frontier, arranged for a male "able-bodied passenger" to occupy the aisle seat between A.D. and the aisle of the aircraft, effectively blocking A.D.'s ability to enter the aisle and return to his father for the duration of the flight. Warren also blocked Peter from walking back to speak with A.D., mocked his inability to reach his son, and accused him of fondling his son.  While Frontier employees were in the course of detaining A.D., Warren sexually assaulted A. D. without A. D.'s or Peter's consent in an offensive manner, by placing his hand over A. D.'s body in the close vicinity of A. D.'s genital area, causing A. D. (and later, Peter) to suffer great fear, anxiety, mental anguish and embarrassment which has continued beyond the date of the occurrence. After the flight landed, the flight attendants and pilots continued to detain A. D. and would not allow him to return to his father, despite requests by A. D. and Peter. The flight attendants and pilots ensured that A.D. was the last passenger to exit the aircraft, after they had ensured that Peter had been placed into police custody and escorted from the aircraft—which were instructions from Frontier's management, communicated to the pilots through text messages received in the cockpit (see: 19AZF0229 DELVECCHIA FRONTIER 0101).

**Social Framework Analysis**

Sociology, as an academic and scholarly field, attempts to solve the "problem of action and order." That is, it attempts to answer why people do things (action) and the specific ways and patterns in which they do them (order).  To make my evaluations I have relied on academic articles, chapters, and books written by social scientists, which are cited and were consulted for this report.  Social scientific research conducted over many decades has developed considerable knowledge about what generates and sustains bias, discrimination, and racial inequalities. That same research, either directly or by implication, points to the kinds of workplace policies and practices that are likely to minimize bias, discrimination, and racial inequalities. The relevant research has applied multiple methodologies in a variety of contexts, including experiments in controlled laboratory settings, ethnographies, and case studies in "real world" organizations both

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

large and small, public and private, and in a range of industries; surveys done with representative samples of workers and employers; and historical studies based on archival materials from the United States and abroad. Thus, the scientific evidence about bias, discrimination, and the structure and dynamics of race in organizations that I rely upon has substantial external validity and provides a sound basis for analyzing the policies and practices in this case. My method is to look at the policies and practices (established in the documents and depositions provided), and to evaluate them against what social science research shows to be factors that create and sustain bias and those that minimize bias. In that vein, sociologists can weigh an actor's or actors' behavior, words, rationales, etc. against a normalized behavior or "ideal type" in order to ascertain bias, prejudice, discrimination, racism and the like. I do so by examining institutions, ideologies, interests, identities, and interactions (in litigation contexts, this method of analysis is known as "social framework analysis"). "Social framework analysis" was coined by Laurens Walker and John Monahan (1987: 53), the term combines the uses of both "adjudicative facts" (facts concerning immediate parties) and "legislative facts" (facts that inform the judgement over law or policy): "[E]mpirical information is being offered that incorporates aspects of both of the traditional uses: general research results are used to construct a frame of reference or background context for deciding factual issues crucial to the resolution of a specific case."

## History of Complaints

The materials provided to me indicate first, a long history of complaints against Frontier regarding racial disclination and little done to rectify this pattern (it should be noted that Court rulings limited Plaintiffs to reviewing only complaints that were received by Frontier in the five years preceding the DelVecchias' flight, and which concerned only flights between airports in the domestic United States, which are only a portion of Frontier's total business operations). Even within this short five-year window, discrimination at Frontier appears endemic and normalized. Frontier appears to ignore, sweep under the rug, or dismiss legitimate complaints regarding racial discrimination and has provided no training on how to avoid biased treatment and discrimination. Second, the likely effect of the non-responsiveness of Frontier not disciplining Frontier employees for complaints of discrimination involving them is that they are keenly aware that there are little to no consequences for racial profiling or discrimination.

### Lack of Training

In my review of the Department of Transportation (DOT) published documents affecting all airline employees, inclusive of the 2017 press release and related guidance documents, the federal anti-discrimination statutes that are specifically applicable to airlines (including 49 U.S.C. 40127, which overlaps with the older and more broadly applicable 42 U.S.C. 1981 in the areas of discrimination based on race or ethnicity), and a follow-up letter from the Government Accountability Office (GAO) to the two ranking members of the House Committee on Transportation and Infrastructure (P000748-753; P007754-780; P000782-P000787; P0001276—001291), it is clear that DOT, the department responsible for regulating airline travel, was concerned about the need to have "all airlines . . . implement comprehensive anti-bias training to help prevent incidents of unlawful discrimination." (P000759, underlining in original text). I am informed that Frontier has produced to Plaintiffs all of its training materials for flight attendants that address discrimination in any manner, and I see in those materials a complete lack of

training of the type recommended by the DOT for ensuring that airline employees do not violate passengers' civil rights. Rather, Frontier appears to choose to employ the least possible amount of training on the subject of discrimination, with no training whatsoever given on how to implement safety protocols involving passengers in a racially and ethnically neutral manner. They gave their employees a bullet-point flyer which encouraged flight attendees to act as surveillance agents, effectively turning the "see something, say something" motto into a racialized surveillance technique in which inter-racial relationships and racialized people became evidence or cause of the assumption of wrongdoing without being given the tools necessary to avoid racially surveilling people and accusing them of criminal behavior because of their appearance.

The absence of anti-discrimination training results in Frontier fostering and encouraging a workplace culture in which discrimination is difficult to recognize and becomes normalized, and in which claims of its existence are neglected, dismissed, or hidden. Without the training, it is most unlikely that the airline could "ensure equal treatment of all air travelers by . . . providing airline employees the necessary tools to make fact-based decisions about what constitutes threatening or suspicious behavior in compliance with the law" (US DOT News Release, 13 January 2017). For example, the flight crew on the DelVecchia flight received no anti-discrimination training other than their initial omnibus orientation training in which they were shown one page of text about Frontier's "Non-Discrimination Policy" that included a comparison of passengers to animals and declares that "Frontier welcomes all passengers and is a non-discriminating carrier" (19AZF0229 DELVECCHIA FRONTIER 0264). In essence, the training materials on the "Non-Discrimination Policy" teach new flight attendants that Frontier sells tickets to people from a wide range of backgrounds. It says nothing about how flight attendants should treat those ticket purchasers once they become passengers aboard a Frontier flight.

In deposition, Dan Foye (a former Customer Relations employee who responded to several of the older discrimination complaints from passengers), did not recall any instance in which Frontier employees, who have been accused of racial discrimination, receive any training to avoid discrimination:

> Q: So let's take a situation that involves a complaint by a passenger. The passenger was on a flight and says that a flight attendant discriminated against the passenger based on the passenger's race or ethnicity, okay?
> A: Okay.
>   In that situation, in any situation that meets that criteria, do you remember ever reaching out to in-flight management and suggesting that flight attendant involved receive training regarding anti-discrimination?
> A: No, I don't recall that.
> (Deposition of Dan Foye, p. 39).

Moreover, when asked if he received any training to discrimination laws, Foye responds that he cannot recall any specific training:

> Q: Did you have any training in the laws – the federal laws that pertain to discrimination against passengers?
> A: It seems like I did, but I don't recall specific training.
>   Okay. So you don't have a memory of any training?

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

A: You know, honestly, I have been through as much training in my life that I don't remember specific training.

Q: Okay.  All right.  Did you -- do you recall doing any research about what the laws require and what the laws prohibited?

A:  Well, I don't recall specifically,

(Deposition of Dan Foye, p. 24).

Q: All right.  Was there some kind of manual of instructions on how to respond to certain categories of complaints?

A: I don't remember there being any.  There may have been.

Q: All right.  Well, I don't want you to speculate. You don't remember seeing or having such a book?

    I don't remember.

    Okay.  Do you recall ever referring to any set of guidelines or instructions in the course of answering or responding to a complaint?

(Deposition of Dan Foye, pp. 32-33).

    In the deposition of Elizabeth Zimmerman (current member of the "Denver Team" of Customer Relations, to which discrimination complaints get "escalated" for final action), She remarks that she did not have any training in Department of Transportation requirements to not discriminate:

Q.  Okay.  Did you have any particular training in DOT requirements?

A: The DOT sends their -- I can't think of the name of it now. They have -- it has all of their codings.  Their codings, it breaks down when they send us the complaint, so we know what -- how they -- they've classified it and tracked it.

Q: Okay.  So -- so the DOT does its own coding as well?

A: Yes.

(Deposition of Elizabeth Zimmerman, pp. 34).

[. . . .]

Q: Okay.  Have you ever had any kind of training or discussion about their use?  Do you understand the question?

A:  Could you repeat it?

Q:  Sure.  Have -- have you ever had a -- a situation where, for instance, your supervisors called all of you in and said, "Hey, this is how we want you to use these templates"?

A: No. It -- we were just provided the templates when we were using RNT.

(Deposition of Elizabeth Zimmerman, pp. 41-42).

Also a part of the "Denver Team" for Frontier, Matthew Anderson (who worked on DelVecchia complaint and other discrimination complaints) stated in deposition that he could not recall any training in federal discrimination law or DOT discrimination policies:

Q.  All right.  Well, this was just a couple of years ago that you had this training, and you don't remember being told anything about policies of the company relating to discrimination?

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

A: I do not remember, unfortunately.
Q: Okay.  And nor do you remember being told anything about statutes that applied to discrimination against passengers?
A: I can't recall, yeah.
(Deposition of Matthew Anderson, p. 46).

In the deposition of Jason Grimes (a current flight attendant who began working for Frontier in 2015 and who occupied a managerial role during the DelVecchia flight but returned to being a flight attendant afterward) remarks that he had not received any anti-bias or anti-discrimination training before the Delvecchia incident.  Rather, he stated that he had not received any such training until February of 2020 and 2021:

Q: Are you familiar with any policy that  Frontier has that applies to discrimination against passengers based on their race or ethnicity?
A: I mean, that would be the in the employee handbook. It is basically very broad for Frontier, that we do not discriminate against anyone for any reason.
Q:  And that's your understanding of the policy?
A: That is my understanding of the policy, yes.
[....]
     You never attended any kind of training that has to do with the prevention of discrimination against passengers?
A: The last two years we have had non-bias training in our recurrent.
Q: Okay.  Let us talk about that. So you say in the last two years. This is January of 2022. So are you saying back to January of 2020?
A: I do my recurrent in February.  So it would be February of 2021, February of 2020.
[....]
Q: Okay. To your recollection, did the one-day class in those two years include anything on prevention of discrimination?
A: There was a non-bias part on one of those in-class days.
Q: Okay. Can you tell me what you recall being taught in the non-bias part?
     It was just activities and talking about how, you know, there is a non-bias in people and they did some activities that showed us how you can be different perceptions of things.
Q: Okay. That is pretty broad.
A: I don't remember the details of it. I don't remember the details of it exactly. I thought it was a very good activity to have.
     Okay. You say the purpose of it was to educate people that there are different ways of looking at things?
A: It was about bias, yes.
     Okay. That people can have biases against other people?
A: People can have biases that they are not aware of.
Q: Okay. All right.  You say that you found that educational?
A: I thought it was eyeopening, yes.
Q: Okay. But it had not been done prior to February of 2020 in your experience?
A: True. Yes.
(Deposition of Jason Grimes, pp. 28-31).

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

9

Moreover, even these recently added trainings on "bias" do not appear to address federal statues or DOT regulations pertaining to discrimination:

> Do you recall having any training that was specific to any federal statutes dealing with discrimination?
> A: No, I don't recall anything like that
>
> Do you have any understanding of the Department of Transportation's role regarding discrimination laws?
> A: I am not familiar with that.
> Q: And you do not recall or did you ever receive any training on that?
> A: Not for anything DOT.
> (Deposition of Jason Grimes, pp. 41-42).

The number and frequency of complaints, and their content, suggest that incidents of racial discrimination against passengers are rampant at Frontier. Nearly one year after DOT's January 13, 2017 press release and publication of its guidance documents recommending the training that Frontier chose not to provide, Robert Beswick, Inflight Services Base Supervisor—TTN/PHL, responded to a request from Elizabeth Zimmerman, a member of the Customer Service team based in Denver who was seeking a flight attendant's statement regarding a ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████, and that is only for Frontier's domestic flights. Its website indicates that it also flies a large number of international flights, for which complaints were not produced. There is no reason to assume that the complaint frequency would be any lower for international flights, and logic would suggest that it might even be higher for flights to and from its Central American and Caribbean destinations. Follow-ups to these domestic complaints, if there were any, have not been supplied to me, nor were they made known to the complaining passengers, as Frontier claims they are "proprietary and confidential." In many of the complaints of incidents supplied to me████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



**Racial Discrimination in the Matter of *DelVecchia v. Frontier***

The incidents in the matter of *DelVecchia v. Frontier* demonstrate both the distaste and disregard for transracial adoption, both of which are based in a logic that assumes 1) there exist essential qualities or traits within racial groups which reflect varied levels of racial purity or "mixedness" (what is sometimes referred to as "racial essentialism") and 2) the belief that these traits shape or should shape behavior (what is sometimes referred to as "cultural determinism" or "biological determinism") (cf. Byrd and Hughey 2015; Hughey and Byrd 2015).

> ### *Notes on Transracial Adoption*
>
> Within the adoption process, "race-matching" describes the practice of placing children with prospective adoptive parents solely or primarily on the basis of race to achieve same-race placements. Conversely, the practice of placing children with prospective adoptive parents who are not of the same race has been denoted as a "transracial adoption." That practice is nearly exclusively a practice of White parents adopting children of Color. As Gordon (1999:309) contends, the practice of transracial adoption reflect issues of power and hierarchy:

## CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

> Today the rapidly expanding number of "mixed-race" couples and adoptions may be reducing the anxiety about "race mixing" in the present. But mixed-race adoptions, even more than mixed-race couples, occur only in one direction: there is debate about whether whites should adopt children of color, but adoptions of white children by parents of color are so rare they are not even debated. This dimension of racial policy in child welfare suggests something of the degree to which race is about hierarchy, not difference.

As other scholars of transracial adoption have made plain, transracially adoptive families have historically, and still within our contemporary society, face discrimination. Such discrimination is often located in three origins: (1) a belief or practice that "authentic" or "real" families are monoracial; (2) a belief or practice that transracial families are disruptive, unnatural, strange, immoral, or somehow unbelonging; (3) that children of Color are either biologically or culturally inferior to Whites or that placement with White families is destructive of children of color's self-esteem and racial identity.

Despite a growing prevalence (between 2008-2012 the percent of adoptions that were transracial adoptions was approximately 24.3% in 2008 and 21.2% in 2012 [Marr 2017]), discrimination toward transracial families, and toward transracial families constituted by international adoption, is still frequent, as a host of scholars have examined (cf. Benson et al. 1994; Bradley and Hawkins-Leon 2002; Chestang 1972; Chimezie 1975; Courtney 1997; Feigelman and Silverman 1983; Gelles and Kroll 1993; Jones 2008; D. S. Kim 1978; W. J. Kim 1995; Marr 2017; Meier 1999; Neal 1996; Simon and Altstein 1992; Tuan 2008; Willis 1996; Yoon 2007).

### *Evidence for Discrimination*

Many transracially-adopted individuals of Color, as well as their White adoptive family members, indicate that they experience discrimination and mal-judgement, both from members of their own racial in-group, as well as from racial out-groups. For instance, Peter describes examples of how he has been approached in public when with his son, A.D.:

> I have been approached by many, many black people who told me that I own a slave. And I've been approached by black people who have thrown garbage at me from cars that were moving. One actually threw a full bottle of Pepsi at me and A.D. when we were riding our bikes. I have had people approach me in Costco and tell me what a piece of -- pardon my language -- what a piece of shit I am for taking a black child out of his element. And it's just occurred to me over time that there's probably some resentment. A.D. would tell you he has a whole different outlook on this, which you should ask him, if you want, but I just think that there's some resentment about taking him out of a black home or possible black home. (Peter DelVecchia deposition, pp. 179-80)

Why does such discrimination happen?

First, some people assume that "authentic" families are mono-racial (therefore, a mixed racial couple or group is not seen as a family, or believed when they say they are a family, and thus they may see such a couple or group as inauthentic, as lying, and/or as immoral). In this case, one simply holds fast to the notion that "real" families are biological and given the

assumption that race is biological, believe interracial and transracial families not to be "real" families.

Second, one could simply dislike transracial families, believing them to be immoral, unnatural, demographically small and aberrant, and/or somehow biologically and/or culturally unbelonging. Toward this end, the logics of racial essentialism and biological determinism are salient. As mentioned above, racial essentialism is a belief that racial groups have distinct or essential qualities, levels of purity, and boundaries of racial categories are easily seen, interpreted, and mapped. Also mentioned above, biological or cultural determinism is the belief that these traits can and/or should shape behavior. Hence, some dislike interracial or transracial familial relationships under the assumption that such families are diluting, poisoning, or tainting racialized aspects of the child of color's supposed inherent racial culture or prohibiting their culture and family from developing "naturally."

Third, and conversely, some may take the stance that a child of Color is naturally or culturally inferior to Whites, and hence their permanent placement in a White family dilutes the purity of Whiteness, the stability of the family, or pollutes something inherently better or pure in White families. Some may believe that the placement of a child of Color in a White family is unnatural or improper under the assumption that they will either attain unfair advantages (due to their familial inclusion in a White family) or disadvantages due to their supposed unnatural "fit" in a family not of their same race that other children will not either have (in relation to privilege) or not have to endure (in relation to disadvantage). That is, some argue transracial adoption of children of Color by White parents is akin to "cultural genocide" and harshly question whether White parents can or should prepare children of Color for survival and success in a White dominated and racialized society. In this sense, some assume that placement with White families can become destructive of children of color's self-esteem and identity.

Across these three logics and practices, it is important to remark on an oft-trumpeted excuse for such discrimination against transracial adoptees and families. That is, the excuse of ignorance is offered so as to escape charges of bias. For example, if one falsely believes in, or follows in, one of the four practices mentioned above, (e.g. the notion that that transracial families and adoptees are so numerically infrequent or even mythical that they would never be encountered in real social life), then one may not be particularly biased, but rather, possess ignorance and act in discriminatory ways out of that ignorance. However, ignorance does not explain why violence, discrimination, or bias toward people is employed. Ignorance of a social group does not necessarily lead to violence toward that social group. On the contrary, violence is rarely enacted toward a group not prior encountered. Rather, one must be taught, either through belief or normative practice, that violence, discrimination, or bias is somehow the correct, moral, and/or rational course of action toward that group. Yet, in this case, that course of action, even if believed to be right, is likely only achieved through one of the three above-mentioned pathways. Prejudicial attitudes and discriminatory acts have been documented across an array of contexts and specific social details, and their cause is not limited to Whites, but can also be used by People of Color. Additionally, some studies indicate that prejudicial attitudes and discriminatory acts may become exacerbated when additional identities that do not align with the norm, or perceived identities, intersect with the target, such as nationality or religion. For example, within a context in which White Christian single-race families are assumed the norm, if the Black member of a Black/White transracial family is also perceived as "African" or "Muslim", then it is more likely that prejudicial attitudes and discriminatory acts may increase in duration and intensity (cf. Barn 2013; Boivin and Hassan 2015; Crolley-Simic and Vonk 2008; Feigelman

2000; Ferrari et al. 2017b; Ferrari, et al. 2015; Godon-Decoteau 2020; Goss, Byrd, and Hughey 2017; Hamilton, et al. 2015; Kim, Suyemoto, and Turner 2010; Rosnati and Ferrari 2014; Smith 2015; White, et al. 2021).

In what follows, I detail what I see as evidence for why and how discrimination against A.D. and Peter DelVecchia occurred and how such discrimination was attempted to be covered up or rationalized under the pretext of application of protocols against human trafficking and sexual molestation.

<u>No Anti-Discrimination Training</u>

Air carriers such as Frontier Airlines are subject to specific federal laws that forbid them from subjecting passengers to discrimination based on, among other things, their race. [See 49 U.S.C. §40127(a) (Prohibitions on Discrimination), as well as 49 U.S.C. §41310(a) (Discriminatory Practices [foreign air travel]), 49 U.S.C. §41712 (Unfair and deceptive practices), and 49 U.S.C. §41702 (Interstate air transportation), all of which the Department of Transportation has interpreted as prohibiting discrimination against air travelers, see P000755 at n.1]. All of those statutes overlap with the general prohibition against discrimination in the making, enforcement and enjoyment of the benefits of contractual relations that exists in 42 U.S.C. §1981, that applies to all businesses and forbids discrimination based on race or ethnicity. It appears that Frontier chose not to provide any training on race, ethnicity, national, and/or religious differences and anti-discrimination (for the purposes of treating all customers and passengers in a race-neutral manner) to the flight attendants or pilots.

There is one Frontier statement on its "Non-Discrimination Policy" found in the training materials that were allegedly provided to the flight attendants—but not the pilots—when they were in their initial training (Frontier 0264). In its entirety, it reads:

> Non-Discrimination Policy
> A very large and diverse group of passengers are welcomed on board Frontier everyday. Just like the animals on the tails, each of our passengers is a unique individual we value and appreciate. Frontier welcomes all passengers and is a non-discriminating carrier. Specifically, Frontier's policy reads: "Frontier Airlines is a non-discriminating carrier and accepts all passengers for air travel regardless of race, color, national origin, sex, disability, religion, sexual orientation, or age."

This "policy" provides the newly-hired flight attendant with no information other than the fact that Frontier sells airline tickets to everyone, including people who are White, Black, Asian, etc. That same information would be available to them just by looking at the faces of the passengers on their first day of work. It says nothing about how people who belong to protected classes under federal law should be treated once they are on board.

In deposition, Grant Gahm (current head of regulatory security for Frontier) stated that the above mentioned "Non-Discrimination Policy" constitutes the so-called "training" provided by Frontier to avoid racial discrimination.

> Q: Okay.  Did you ever have any training in any of the laws affecting discrimination against passengers during that time?

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

Other than what Frontier presented when I started and -- and on a yearly basis in recurrent training, no.

Q: Okay.  Let's talk about what they presented initially.  What do you remember about that?

A: The -- the presentation was that Frontier would not discriminate against any -- any persons, whether it be in -- in an employment situation or customers that -- that it was -- there was a strict non-discrimination policy.

(Deposition of Grant Gahm, p. 17).

Q: [...] But this, I will represent to you, is a page that was produced to us from the flight attendant training, initial training --

A: Okay.

Q: -- stating a -- a non-discrimination policy. And it says: "Specifically, Frontier's policy reads: 'Frontier Airlines is a non-discriminating carrier and accepts all passengers for air travel regardless of race, color, national origin, sex, disability, religion, sexual orientation or age.'"  Is that what you're talking about when you say there's been training since you first started with Frontier?

A: Yes, it's -- it's that, and it's also non-discrimination in employment.  But yes, for passengers, yes.

   Okay.  So yeah.  So there's two distinct things.  There's the Title VII, non-discrimination in -- in employment, and then -- but this is the one that applies to passengers; is that right?

A: Correct.

Q: Okay.  And this is as it has been since you started?

A: It -- as long as I've been here.

Q: Okay.  So this is the -- if we were to say, What is Frontier's anti-discrimination policy as it applies to passengers, it's what I just read; is that right?

A: That's correct.

(Deposition of Grant Gahm, pp. 33-34).

The need for specific anti-bias training for employees of airlines was the subject of the Department of Transportation guidance documents that were published by the DOT for all airline employees on January 13, 2017.  Those documents communicated to airline employees that safety is important, but equally important are federal prohibitions against discriminating against people based on their appearance, especially ethnic or racial markers.  The guidance in those documents suggest methods for self-examination to prevent discrimination, and also strongly recommends that airlines implement anti-discrimination training.  Frontier opted not to provide any anti-discrimination training.

Moreover, Flight Attendant Amanda Nickel's responses indicate no such training was administered:

Q. Did you get any kind of training on racial discrimination, as applied to passengers?

A. I don't believe so, I don't know.

Q. Okay. You don't remember any?

A. I don't. (Deposition of Amanda Nickel, p. 26)

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

Q. Okay. And as you sit here now, do you believe that there is a must-read that is on the subject of prevention of discrimination with respect to customers or passengers?
A. To be honest, I don't know if there's a specific one.
Q. Okay. But you did mention there was one on sexual misconduct?
A. Correct. (Deposition of Amanda Nickel, pp. 37-38)

(See also the testimonies in Deposition of Chelsie Bright Sakurada at pp. 20-23 and Deposition of Scott Warren at pp. 97-98 and Exhibit 3). It is worth noting that in Frontier's production of training transcripts for the flight attendants and pilots, none of the training included ethnic and/or racial anti-discrimination, anti-bias, and/or anti-prejudice training for treating all customers and passengers in an equitable and race-neutral manner. Toward this end, Frontier has chosen not to train its employees in any methods for avoiding race discrimination against passengers, despite the clear legislative mandates against such discrimination.

Moreover, the flight attendants' and pilots' actions of surveilling, moving, and detaining, people without sufficient training, and without obtaining basic information (covered below) functionally transform them into *de facto* police without training on how to behave in race-neutral and equitable ways. In that vein, first, in 2016 all airlines were mandated by federal law to provide human trafficking awareness training to their flight attendants (which was expanded to include gate and ticket agents in 2018) (FAA Extension, Safety and Security Act of 2016, Sec. 2213, 49 U.S. Code Sec. 44734(a)(4); 49 U.S. Code Sec. 44738). The FAA sent an InFO (Information for Operators) bulletin in February of 2019 reminding operators of that obligation (FAA InFO #19002, 2/19/2019). Second, the FAA recommended adherence to the joint DOT/DHS program, Blue Lightning Initiative (BLI) which advocates a multi-factor approach to spotting human trafficking, and not centering on just one factor. BLI lists its member airlines online, and Frontier was not one of them in 2019 (see: https://www.transportation.gov/administrations/office-policy/blue-lightning-initiative, "Current Partners").

███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████████████████████████

Frontier produced with the flight attendant training materials excerpts from its "Employee Handbook," but the training materials do not contain any indication that trainee flight attendants are given any lessons on its contents or are tested on whether they have read and understood any of its contents. Pages 1875 and 1906 contain excerpts from the Employee Handbook that include a statement regarding anti-discrimination that reads:

Frontier Airlines is committed to treating every patron with courtesy and respect. Frontier prohibits its employees from discriminating against patrons based on race, color, national origin, ancestry, religion, gender, or age. Improper discrimination will not be tolerated. Frontier's non-discrimination policy applies to all interactions between Frontier employees and patrons. Frontier employees shall not use race, color, ethnicity,

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

national origin or religion to assess whether a patron should be reported to law
enforcement, except where those factors are part of a description of a particular suspect.

Another statement (on pages 1923, 1949, 1971, 1993, 2016, 2038, 2061) reads:

> Frontier Airlines is committed to treating every patron with courtesy and respect. Frontier
> prohibits its Employees from discriminating against patrons based on any legally-
> recognized basis, including, but not limited to: race, color, religion, sex, sexual
> orientation (including actual or perceived orientation and transgender status), gender
> identity (including testing and characteristics), pregnancy, ancestry, marital status,
> national origin, age (40 and over), physical or mental disability, genetic information,
> citizenship status, veteran status, uniformed servicemember status, civil air patrol status
> or any other basis protected by federal, state, or local laws. Unlawful discrimination will
> not be tolerated. Frontier's non-discrimination policy applies to all interactions between
> Frontier Employees and patrons. Frontier Employees shall not use any legally-recognized
> basis to assess whether a patron should be reported to law enforcement, except where
> those factors are part of the description of a particular suspect.

Again, there is no evidence that Frontier ensures that its employees have read and understood
those passages (such as training and testing), nor is there evidence that the statements are
enforced by Frontier. As noted above, the flight attendants on the DelVecchias' flight could not
recall any anti-discrimination training at all. Page 2086 contains one mention of "prejudice" and
"bias" (along with beliefs, values, experiences, fears, dreams, feelings), as "underlying
experiences" that impact how you communicate. However, there is no training that relates to
how to stop prejudices and biases from manifesting in the workplace or from interfering with or
transgressing law pertaining to racial and ethnic discrimination.

19AZF0229 DELVECCHIA FRONTIER 2118 contains the statement that "Frontier is a
non-discriminating carrier and accepts passengers for air transport regardless of race, color,
national origin, sex, disability, religion, sexual orientation, or age." Yet, this statement is
immediately followed by restrictions and policies that may result in denying a passenger
boarding.

<u>Failure to Obtain Basic Information</u>

A guidance document provided by the Department of Transportation more than 2 years
prior to the subject events (P000759-P000764), specifically underscored the need to evaluate all
of the available facts and to communicate with the passenger(s) involved. At one point it states,
"To ensure compliance with the law, airline personnel should: . . . Inquire about the Potential
Threat: Ask yourself if you appropriately carried out the airline's obligation to inquire. For
example: Did you speak to the passenger[?]" (P000760). Accordingly, the flight attendants and
pilots did not adequately ascertain the nature of Peter and A.D.'s relationship. Toward that end,
one of the flight attendants testified that Frontier does not provide the names of passengers to
flight attendants, which would have shown they are related (by last name) (see: Bright/Sakurada
Dep. at pp. 39-40). She stated that the company made the decision to not provide a list of
passenger names to the cabin crew in 2017 to address concerns of "[w]asting paper," and that
several flight attendants have since complained about it (see: id., at pg. 40). The flight attendants

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

and pilots presented contradictory statements about their knowledge of their relationship, and never appeared to have directly asked the Plaintiffs about the nature of their relationship. For example, Bright/Sakurada states that they did not ask them about the nature of their familial relationship (see: *id.,* at pg. 39), while at another point Bright/Sakurada remarks that the flight attendants may have known they were related, "She [Bond] might have said the dad answered. I mean, we can only make assumptions. So I think that she -- she could have said the dad. I'm pretty sure that's probably how she said it. The dad answered, and – [Q. Okay.So you think at that point that both you and she were aware that Peter DelVecchia was the dad of A.D.?] Yeah" (see: *id.,* at pp. 43-44). Amanda Nickel states:

> Q. Okay. So what observations did you make at that time?
> A. I did not focus on them at all, to be honest. We have 186 passengers boarding the plane.
> Q. Okay. But you saw a middle-aged white man with a black child sitting in row 13?
> A. I observed a father and a son taking their seats.
> . . . .
> Q. Okay. Now, did you know that they were father and son?
> A. I assumed they were.
> Q. Okay. Why did you assume that?
> A. A child traveling with an adult is almost -- they're always traveling with mostly a parent.
> Q. Okay. So you looked at these two and said this is a father and son traveling together?
> A. Yes. (Nickel Dep. at pp. 43-44)

The discrimination complaints that I have reviewed detail numerous examples of flight attendants asking to see (or demanding to see) passengers' boarding passes after they have boarded. In many of those instances, the flight attendants are clearly doing so in order to see whether the passenger—often a person of color—has paid for the premium seat that passenger is occupying, or has paid the extra fee for a carry-on bag. While those complaints evidence situations where persons of color are unfairly singled out for such treatment, they also demonstrate the ease with which flight attendants are able to inspect passengers' boarding passes. The fact that none of the four flight attendants working on the DelVecchias' flight bothered to ask the DelVecchias for their boarding passes after labeling them "the situation," a simple act that would have revealed their having the same surname, suggests that they preferred acting on their unfounded assumptions over a route that easily and without complication, would have revealed factual information.

<u>Failure to Follow Protocols</u>

The same DOT guidance document provided by the Department of Transportation (P000759-P000764), asks: "Did you follow company policy and utilize your training[?]" (P000760). Accordingly, written protocols (concerning human trafficking and sexual misconduct) were not followed, such as the "Inflight Flyer" memo for January 25, 2019, which instructs flight attendants to "initiate non-threatening conversation and ask targeted questions: Ask where they are traveling; are they going on vacation or visiting relatives? Ask where they are staying, who will be meeting them, what they will be doing, etc." (see Image 1 below).

[Image 1]



See for instance the following question and answer dialogue in which Bright/Sakurada answers:

Q. If you thought a child was being trafficked and the child was 12 years old, wouldn't you find a way to ask the child if he was safe?
A. By separation, yes.
Q. All right.
A. You have to get them separated by passing them a note and having them come up to the bathroom, or signaling for them to go to the restroom and then ask them there, yes.
Q. Did you do either of those things with respect to A.D.?
A. No, because until – no – no, I didn't. (Bright/Sakurada Dep. at pp. 67-68).

In another example, Warren admits that that they did not act in conformity with airline instructions contained in a March 15, 2019 "Must Read" publication about when someone suspects someone else of sexual misconduct on a flight. The instructions are shown below in Image 2.

[Image 2]

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

33



Warren testified:

Q. Okay. And No. 1, it says advise the affected individual, quote, for your safety, we are removing you from the situation. The pilot will be notified and law enforcement will meet aircraft upon arrival at the gate, end quotes; do you see that?

A. Yes.

Q. Okay. And that was what was sent to you as a must read on March 15 of 2019?

A. Yes.

Q. And you read it?

A. Yes.

Q. And you put in the little code at the end to confirm that you read it?

A. Yes.

Q. Okay. And did you say to A.D. those words?

A. No.

Q. No. In fact, you sat down next to him and asked him all about whether he knew that his own father's hand was groping his penis, right?

A. Not in those exact words.

Q. But pretty much essentially that?

A. Yes.

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

Q. Okay. So that's not in conformity with these instructions, is it? . . . .
THE DEPONENT: Not word for word, no. (Warren Dep. at pp. 115-116).

There exists further testimony (from Warren) that they did not follow correct procedures:

Q. I see. Okay. Well, let's drop down to No. 4. Would you read what No. 4 says, please, out loud?
A. Please don't advise the accused of the situation or ask for witness reports as this sensitive process will all be handled by the LEO.
Q. Okay, and the LEO is law enforcement officer?
A. Yes.
Q. Okay, so it says -- in fact, it doesn't even say please. It says do not advise the accused of the situation or ask for witness reports as this sensitive process will all be handled by the LEO, law enforcement officer, right?
A. Yes.
Q. Okay, so what you did with respect to Mr. DelVecchia did not follow that instruction, did it?
MR. MAYE: Object to form.
THE DEPONENT: No. (*Id.* at pp. 117-118*).*

Efforts to Conceal Actions

The flight attendants acted in a unified, defensive, self-protective way, and fabricated a narrative to cover up their discriminatory actions (see Bright/Sakurada Dep. at pg. 108). In that vein, there appeared to be two narratives being used by the flight attendants as pretext or rationale to surveil, separate, and detain Peter and A.D. First, Bright/Sakurada, supposedly acting on her own observations and those (falsely) conveyed to her by Bond, played up or accentuated the possibility of "human trafficking", using this possibility to explain why she "felt uncomfortable." After conferring with some of the other flight attendants, she decided to increase the severity of the meaning of the DelVecchias' travel by describing a normal display of affection between father and child in sexual terms. In addition, Warren, who spent five weeks training to be a case worker in the Arizona Department of Child Protective Services, dealing with child molestation by parents and guardians (see Warren Dep. at pp. 27-31), seized on the sexual molestation narrative and enhanced that narrative by his addition of the groping allegation, which only he claimed to have seen. His addition came after Bright/Sakurada's initial attempt to have the Captain call the police on the DelVecchias failed. Captain Shupe said he needed additional evidence of inappropriate touching. It defies credulity, and is thus highly unlikely, that these four flight attendants, who had been overly concerned with observing the DelVecchias, had not noticed groping until just after the Captain informed them that he needed more evidence of inappropriate touching before he could call the authorities. It also defies credulity that two people could be engaged in an act of sexual molestation when both were asleep. Rather, it appears that such an accusation was rendered in bad faith in order to supply the evidence that the captain necessitated.

The second narrative concerns Peter and A.D.'s interactions. It appears that Bond (according to her police statement, her Frontier company statement, and in her deposition) was the only flight attendant to witness what Peter and A.D. said and did while they were seated in

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

the exit row seats—her written statements and her testimony under oath are consistent that Peter did not answer for A.D., but that A.D. directly answered her question about his age. Yet, according to Bright/Sakurada's testimony, the other flight attendants began to label Peter and A.D. as a "situation" due to A.D. not answering that question and how the two passengers were making them feel "uncomfortable" the latter of which Bond soon shared as well. Bright/Sakurada's narrative of what Bond witnessed (see Bright/Sakurada Dep. at pp. 38-39, 58) does not match what Bond said in her statements to the police and to Frontier, or in her deposition testimony. And there is reason to believe that Bond was complicit in spinning that false narrative that Bright/Sakurada told, because Bond describes a "meeting" on the plane where all of the flight attendants compared notes, and Bond points out that Bright/Sakurada added the observation about Peter caressing A.D.'s face, to which Bond says: "that's when I told them about what I had seen, when I was at the exit row." (see Bond Dep. at pg. 50). Thus, if we accept Bond's two written statements whereby she states she had not personally witnessed anything suspicious, that is an indication that at least as far as Bond's testimony is concerned, the entire story about Peter speaking for A.D. when asked about his age, was fabricated (that is, Bond's written statement taken after the flight landed [Bond Dep. Exhibit 7] and her statement to her employer [Bond Dep. Exhibit 8] both indicate that A.D. answered her questions, not Peter. Bond confirmed that version in her deposition testimony). Hence, after the "meeting" between flight attendants, despite having seen nothing suspicious between Peter and A.D. up to that point, Bond then states that after she moved Peter and A.D. to Row 17 that Amanda Nickel then said that "she saw something off with those two" (see Bond Dep. at p. 50).

<u>Defining Peter and A.D. as a "Situation"</u>

Fifth, throughout the depositions and other written material that I reviewed, I find that the presence of A.D. and Peter merely sitting together is repeatedly referred to by the Frontier employees as "a situation" which by context appears to have been interpreted as either dangerous, harmful, suspect, and/or immoral. It is highly unlikely that a same-race parent-child sitting together would be discussed similarly as "a situation." As detailed in Bright/Sakurada's deposition (see Bright/Sakurada Dep. at pp. 61-68), the supposed rationale for the surveillance of A.D. and Peter, and their framing as "a situation" is due to a suspicion of human trafficking. Numerous studies show—often under the label of "critical trafficking studies"—that concerns over and actions taken concerning potential trafficking are disproportionately and incorrectly put on migrants and transracial adoptees. As Orr (2018:13) makes clear in her discussion of human trafficking and international adoption,

> International adoption is under extreme scrutiny due to overwhelming wrongful accusations of cultural deprivation, abuse, and kidnappings . . . . serious legal violations do rarely occur, which some estimate to be under one percent annually. . . . Bartholet (2010) and Carlson (2010) argue that, like any human endeavor, some illegalities occur in all areas of human conduct, but no persuasive evidence supports that international adoption abuse causing significant harm is widespread.

Moreover, Donovan (2019) writes, "The racist and xenophobic impulses that animated the white slavery scare over one hundred years ago have not withered but, rather, have taken on new forms in the era of globalization and neoliberalism."

*Conclusions on Discrimination*

The testimony of the flight attendants and pilots leads to the conclusion that they reacted toward the racial differences between A.D. and Peter and the reality of their transracially adoptive relationship as the main cause for racial discrimination. Their racial differences were noted by the flight attendants, for example, Bright/Sakurada remarks "yes" when asked "Now, you were aware at the time because you had seen them move that the father was white and the son was black?" (Bright/Sakurada Dep. at pg. 45). Moreover, their interpretation of A.D. and Peter is consistent with prejudicial views and acts of discrimination toward transracially adoptive families, seen in their interpretation of and acting upon their understanding of affection, normality, morality, language, comfort, surveillance, and separation.

<u>Prejudicial View of Transracial Adoptee/Adopter – Affection</u>

Affection and emotion is racialized. People are more likely to interpret and deem correct the expression of affection and certain emotions between same race people than affection between two people they see as different races (cf. Halberstadt et al 2018; Matiais and Xembylas 2014; Stets and Turner 2008; Wingfield 2010). This form of discrimination is due to beliefs grounded in racial essentialism and biological/cultural determinism. These can manifest in racial biased institutional arrangements, ideological stances, the pursuit of different interests, the promotion of certain identities, and participation in certain interactions. Hand in glove with the research on race, affect, and emotion, I find that the flight attendants and pilots saw the affection displayed between Peter and A.D. to be inappropriate and that interpretation is because of their racial differences. For example, Bright/Sakurada remarks, "And so Amanda walked up to the front, had glanced over at 17 on her way up doing trash run, and came up to me and -- me and Anna and said, "He's kind of -- the older gentleman is stroking the face of this younger boy. Come and look," kind of a thing, is what she said." (Bright/Sakurada Dep. at pg. 47). Nickel denied Bright/Sakurada's version in her own deposition, testifying that Bright/Sakurada alone had reported seeing Peter touch A.D.'s face and that no other flight attendant saw that. (Nickel Dep. at 87).

In Gayle DelVecchia's deposition, she recounts the affection between Peter and A.D. by saying:

It's just, they walk side by side, but they don't hold hands. Dad [Peter] loves, you know, caressing his [A.D.'s] face, as a sign of affection, but he doesn't do that anymore, especially in public. They're both just scared. Neither one of them wants to be taken away from each other again. And this was a result because of this -- what had happened with Frontier.
Q. Did your dad ever do that with you, caressing your face?
A. Yes.
Q. Does he still do it?
A. At home. Not in public, though.
Q. And you think that's as a result of this incident on Frontier Flight 2067?
A. I do. Dad's not -- Dad doesn't talk that much, and neither do I. It's just not who we are. I think we just keep our emotions inside. But ever since this incident, Dad has been very

37

vocal about the trauma he's endured, physically and emotionally, the trauma that [A.D.]
has endured. . . . The trauma that A.D. has endured, how it's affected him socially,
emotionally, school-wise. And it's just -- it's really difficult to see, because I know what
kind of people they are. And for them to both fear that A.D. is going to be taken away at
any moment, because people don't see it for what it is, and it's just affection and love
towards each other, and that they think that just because our dad is a white Caucasian
male with an African-American son, that something has to be going on there, it's really
upsetting. (Gayle Ann DelVecchia Dep. at pp. 65-66)

And Peter states:

I have been provided the statements that were given by the flight attendants, either to the
police or to Frontier, and they have been redacted, but the way it read[s] is that we
appeared to be unusual. Obviously, we're unusual. But they had identified us as unusual
and decided to keep an eye on us. And perhaps this is a bit of emotion, but I'm pretty sure
it's because I'm white, and my son is black; or because I'm in my fifties, and he's 12.
Whatever the reason is, there was an unspecified concern. I mean, I think something
John and I talked about, one of them had said that I put my hand on his face. And if that's
enough to cause concern, that's absolutely shocking to me, because I dare any parent not
to touch their child's face or head. (Peter DelVecchia Dep. at pg. 230)

In sum, I see no unbiased reason why an adult, stroking the face of a child sitting next to them—
especially given that there is evidence that at least one or more of the flight attendants or pilots
ascertained they were father and son—would merit surveillance, separation, and detention,
without the presence of racial animus. While opining on any therapeutic benefits of affection is
outside my area of expertise, there are several articles written by professionals advocating it (e.g.
Floyd and Bowman 2006; Gottman 2017; Morman and Floyd 2002). Moreover, I see no
evidence to suggest that the four flight attendants or two pilots are experts on the subject of
affection in general or parental face touching in specific, which underscores how their
judgements and actions are likely a pretext to mask their desire to take action based on their
aversion to "the situation" of a White man traveling with a Black child.

<u>Prejudicial View of Transracial Adoptee/Adopter - Normality</u>

People are more likely to interpret mono-racial or single-raced families as "normal" than
compared to interracial or transracially adoptive families (cf. Bartholet 1995; Bradley and
Hawkins-Leon 2002; Courtney 1997; Jennings 2006; Quiroz 2007; Tuan 2008). This form of
discrimination is due to beliefs grounded in racial essentialism and biological/cultural
determinism. These can manifest in racial biased institutional arrangements, ideological stances,
the pursuit of different interests, the promotion of certain identities, and participation in certain
interactions. Accordingly, Bond remarked in her police statement that A.D. and Peter were
moved from their original exit row seat because of A.D.'s age and then later remarks that her
fellow flight attendants "thought something was off so we kept an eye out during the flight"
(Bright/Sakurada Dep. Exhibit 1, Bond Dep. Exhibit 7); Nickel remarks about "a beverage which
was untouched during the flight and he [A.D.] was acting very nervous" *(Nickel Dep. Exhibit 2)*;
Bond remarks, "the relationship they had looked very awkward" (Bright/Sakurada Dep. Exhibit

2, Bond Dep. Exhibit 8); Bright/Sakurada remarks, "The C walked up to the exit row to do her briefing, and I noticed she was doing her briefing.  And then she came back and said that she had a weird feeling about the two. They were sitting in the exit row. And she told me she had asked them how old the little boy was, and the dad quickly answered with the age. And she had to then switch them seats. So I do remember her switching seats before she came back and let me know that that's what she was doing" *(Bright/Sakurada Dep.* at pp. 35-36*);* Bright/Sakurada remarks, "She said, "There's a boy that was in Row" -- I don't remember if they were in 13 or 12, in the exit row, "that I questioned. And so I asked him, 'Hey, what -- how old are you?' And the dad quickly answered for him." And at this time, the boy was in the aisle, and the dad was in the middle. And when they had switched rows to Row 17, she thought it was very weird that the dad made the son get in first so, like, he wasn't allowed to be around a different passenger" *(id.* at pg. 38*).*

    I find this last response indicative of bias as per her logic they would need to describe every child in a window seat as "very weird" and as an indication that an older person "wasn't allow[ing][the child] to be around a different passenger."  In the absence of a standard approach to seating, this is indicative of racial bias.  In fact, later in the deposition the following is revealed by Bright/Sakurada whereby she admits that the seating arrangement is not abnormal:

> Q. Okay. Have you observed other parents taking the middle seat so their child can have the window?
> A.  All the time.
> Q. All the time?
> A. Yes.
> Q. Okay. So there's really nothing unusual about that either.
> A. Hmm-mm.
> Q. So basically, Peter, the white middle-aged man, and A.D., his 12-year-old African American son, did two things, neither of which was unusual in your experience, and that started this whole situation, right?
> A. Yes. (Bright/Sakurada Dep. at pp. 114-115).

Additionally, Bright/Sakurada remarks  "So I did a trash run, and, you know, trash, trash, trashed everybody. And as -- as I was -- I was going past 17, I did see the older gentleman lean over and just -- just went like this, up and down, up and down, up and down. [referring to stroking the boy's face] And it was just a very awkward thing to see" *(id.* at pg. 48).  Bright/Sakurada remarks, "He just was leaning over very closely and just up and down, just stroking, just looking at him, just stroking his face up and down, up and down. . . . It just wasn't normal. I've never seen that. . . . And that, it wasn't a normal stroking.· It wasn't normal" *(id.).*  In the video of the Bright/Sakurada deposition, at time stamp 10:46:01, Bright/Sakurada uses her hand to describe what she saw, which I do not see as objectively "not normal" especially in the context of a familial or parent/child relationship.  Again, while I do not opine on the benefits of affection, there are several articles written by professionals advocating it (e.g. Floyd and Bowman 2006; Gottman 2017; Morman and Floyd 2002).  Again, I see no evidence to suggest that the four flight attendants or two pilots are experts on the subject of affection in general or parental face touching in specific.

    In response to the question "who defines 'abnormal'?," Bright/Sakurada responded in a way that seems to parrot the content of Frontier's "Must Read" document: "Society. I don't

know. I -- I guess if the -- the child seems nervous or they're looking away, they're not responding to the parents, the parent is harsh. Just things that normal -- that -- that parents wouldn't do" *(id.* at pp. 54-55)*. Bright/Sakurada also seems to indicate that her understanding of normality is racially biased due to its over-reliance on White people as the norm:

> Q. Normal parents?
> A. Yeah.
> Q. Here in Utah?
> A. Yeah.
> Q. White parents?
> A. No.
> Q. Well, most people in Utah are white, are they not?
> A. Most are, yes.
> Q. How about your high school class? How many nonwhite people were in your high school class?
> A. Maybe three, four. *(id.* at p. 55)*.

Warren remarks, "And I don't recall exactly what happened next, but I remember the ladies up front saying they saw Mr. DelVecchia here rubbing his son's face, they said, in a weird manner. I didn't see that. And by then I believe the captain had already been alerted, so I went into the flight deck to speak with him and he asked, Scott, could you go take a look at it. . . . They said Mr. DelVecchia was rubbing the child's face, his son's face, in a weird, inappropriate manner" (Warren Dep. at pp. 59-60). Also, Warren remarks, "I don't remember it word for word, but that would be something to the effect of noticed that Mr. DelVecchia was touching his son's face not in normal way. . . . I remember them saying in a weird, in a weird manner. . . . *(id.* at p. 101).

<u>Prejudicial View of Transracial Adoptee/Adopter - Morality</u>

People are more likely to interpret mono-racial or single-raced families as "moral" than compared to interracial or transracially adoptive families (cf. Bartholet 1995; Bradley and Hawkins-Leon 2002; Courtney 1997; Jennings 2006; Quiroz 2007; Tuan 2008). This form of discrimination is due to beliefs grounded in racial essentialism and biological/cultural determinism. These can manifest in racial biased institutional arrangements, ideological stances, the pursuit of different interests, the promotion of certain identities, and participation in certain interactions. For instance, some religious organizations—in both their holy writ and official practices—have argued for the immorality of interracial unions, especially when pertaining to familial relationships. For example, the Church of Latter-Day Saints (aka "Mormons") continue to wrestle with interraciality (e.g. Turner 2012; Green 2017; Horowitz 2012; Stack 2020).

In one instance, Bright/Sakurada responds to questions in which she believes that Peter is a child molester, which is based on rather flimsy rationale that another flight attendant supposedly saw his hand resting on the lap of his son, while they were both sleeping, while the son had a jacket wrapped around his waist and upper legs. That dialogue is as follows:

> Q. So it's your testimony under oath here this morning that you believe that Peter DelVecchia is a child molester?
> A.Yeah. Yeah.

Q. Okay. All based on what a fellow flight attendant, who you barely know, represented to you?
A. Correct.
Q. And you take that as gospel because Scott told it to you?
A. Yes.
Q. And you believe, then, that Peter DelVecchia is upset that he got caught molesting his son?
A. Correct.
Q. And is trying to fight it. What do you mean "fight it"?
A. I mean, this is a lawsuit. He's coming after us, right?· So he -- I guess he's coming -- fighting back at us. (Bright/Sakurada Dep. at pp. 93-94).

<u>Prejudicial View of Transracial Adoptee/Adopter – Language and Age</u>

The depositions and police statements given by the flight attendants and pilots contradict themselves and one another about the rationale for moving the Plaintiffs from their seats and for surveilling them. Bond remarks "The B and the D flight attendant was shocked as I said age instead of language" (Bond Dep. Exhibit 8). Also, Bright/Sakurada remarks, "She said, "There's a boy that was in Row" -- I don't remember if they were in 13 or 12, in the exit row, "that I questioned. And so I asked him, 'Hey, what --· how old are you?' And the dad quickly answered for him." And at this time, the boy was in the aisle, and the dad was in the middle. And when they had switched rows to Row 17, she thought it was very weird that the dad made the son get in first so, like, he wasn't allowed to be around a different passenger. And she also noted that it was very strange that the son couldn't speak for himself. We ask kids all the time how old they are, and they always speak for themselves. But the dad stepped in very quickly and said, "He's 11," or, "He's 12."" (Bright/Sakurada Dep. at pg. 38)
In his deposition, Warren remarks as follows:

Q. Okay. And when you saw Peter and his son stand up, what was going through your mind?
THE DEPONENT: They must be age or language barrier.·
BY MR. MCKAY:
Q. Okay. Did you think one or the other?
A. No.
Q. Okay. You did notice that Peter was white and his son was black, right?
. . . .
Q. Did you notice the races of Peter and his son?
A. Yes.
Q. Okay. And what did you think about that?
MR. MAYE:· Object to form.
THE DEPONENT: I didn't think anything of it.
BY MR. MCKAY:
Q. Okay, but you thought that they were father and son?
A. I didn't think about that.
Q. All right. You didn't think about what combination of people they might be?

A. No, like I said, I just saw them, it must be either language or age (Warren Dep. at pp. 51-52)

Much of the determination for surveilling and separating the father and son was due to the flight attendants' assumption that A.D. was not speaking like they felt he should, for example, Bright/Sakurada remarks, "Then when they went to -- and this boy didn't say anything throughout the whole entire conversation, and usually kids talk.· And so when they went to this Row 17, same thing. They sat down, and she just felt weird about it. It just not -- it just made her feel uncomfortable" (Bright/Sakurada Dep. at p. 72).  Amanda Nickel also states that she assumes Peter and A.D. were moved because of a "language issue":

A. I did not notice a physical ability; and to my observation, he looked old enough, from where I was standing.
Q.  So you're saying that by the process of elimination, you concluded that it was a language issue?
A. Correct. (Nickel Dep. at p. 46)

Yet, Amanda Nickel is later asked why she had stated she had an "uneasy feeling" about Peter and A.D. and contradicts the earlier statement that A.D. "looked old enough" to then state that A.D. "did not look the age that he stated" *(id.* at p. 53*)*

Moreover, Bond remarks in her deposition (Anna Bond Dep. at pg. 51) that Nickel "just looked at them and determined that they spoke a different [from English] language."  Together, this is all a strong indication that presumed differences in language existed, and that age qualifications for seating in the exit row were not met, were used as in a biased way to interpret Peter and A.D. as having an improper relationship.

<u>Prejudicial View of Transracial Adoptee/Adopter – Discomfort</u>

People are less likely to feel and express discomfort with mono-racial or single-raced families as compared to interracial or transracially adoptive families (cf. Howe 1997; Pew 2012; Tuan 2008; Verschelden 1996).  This form of discrimination is due to beliefs grounded in racial essentialism and biological/cultural determinism.  These can manifest in racial biased institutional arrangements, ideological stances, the pursuit of different interests, the promotion of certain identities, and participation in certain interactions.  For instance, some religious organizations—in both their holy writ and official practices—have argued for the immorality of interracial unions, especially when pertaining to familial relationships.

Bright/Sakurada remarked that "I personally went up to the cockpit and told the captain because the situation made all of us feel uncomfortable" (Bright/Sakurada Dep. at pg. 119) and Nickel remarked that "the two passengers together gave me uneasy feeling" (Nickel Dep. Exhibit 2).

When questioned about her "uneasiness" with Peter and A. D., Amanda Nickel testifies as follows and admits that her uneasiness was not due to any possible criminal activity:

Q. So, again, your uneasiness, then, is just not connected to any particular belief that these people might be engaged in some criminal activity?
A. Not from those observations, no.

Q. Okay. Did you at any time later feel that they were?
MR. MAYE: Object to form.
A. Those two alone, no. (Nickel Dep. at pg. 64)

Amanda Nickel later remarks that Peter and A.D. did not do anything to warrant a "safety issue" such as "not following instructions," "arguing", or "harassing passengers" so there was no rational basis for them to elicit discomfort and later remarks that Peter's caressing of A.D.'s face which she did not witness made her "uneasy" because "it was just a feeling" and that "that something may be off with the two" *(id.* at pp. 80-82, 91*).*

Warren describes an email he wrote to a Jason Grimes (an employee of Frontier) weeks after the flight in question in which Warren makes a point of referencing the racial differences between Peter and A.D. and the fact that the female flight attendants had felt "uncomfortable" (Alexander Dep. at pp. 120-122).

Bond describes the flight attendant meeting and notes that Nickel "saw something strange or felt something strange about those two" (Bond Dep. at pg. 48) and Bond then recounts, "I remember all of us at one point didn't feel good about those two" (id.). In Bond's statement to Frontier she states of Peter and A.D. that "the relationship they had looked very awkward." (Bond Exhibit 8).

### Discriminatory Action over Transracial Adoptee/Adopter –Surveillance

People in interracial or transracially adoptive relationships are more likely to be pointed out, racially identified, and surveilled than people in mono-racial or same-race relationships (cf. Hellerstedt, et al. 2008; Fogg-Davis 2002; Ferrari et al. 2017a). This form of discrimination is due to beliefs grounded in racial essentialism and biological/cultural determinism. These can manifest in racial biased institutional arrangements, ideological stances, the pursuit of different interests, the promotion of certain identities, and participation in certain interactions. For instance, some religious organizations—in both their holy writ and official practices—have argued for the immorality of interracial unions, especially when pertaining to familial relationships.

Bright/Sakurada remarked that "the two passengers together gave me uneasy feeling so I kept an eye on them" *(Nickel Dep. Exhibit 2)*, Bond remarks that "we kept an eye out during the flight" (Bond Dep. Exhibit 7), and Bright/Sakurada remarks that "we should keep an eye out. That was it. [Q. All right. Did she say why you should keep an eye out?] Because she thought it was -- the interaction was really weird, how she asked the boy, and then the dad stepped in" (Bright/Sakurada Dep. at pg. 43). Amanda Nickel remarks that the Captain instructed the flight attendants to engage in "frequent walk-bys" of Peter and A.D. (Nickel Dep. at pg. 84). In Bond's written statement to the police, given immediately after the flight landed, she stated that after she told flight attendants Nickel and Warren why she moved Peter and A.D. from their exit row seats that they "then thought something was off so we kept an eye out during the flight." (Bond Exhibit 7).

### Discriminatory Action over Transracial Adoptee/Adopter – Separation

People in interracial or transracially adoptive relationships are more likely to be seen as unbelonging and thus to be segregated or separated than people in mono-racial or same-race

relationships (cf. Schetky 2006; Perez 1998; Papke 2012). This form of discrimination is due to beliefs grounded in racial essentialism and biological/cultural determinism. These can manifest in racial biased institutional arrangements, ideological stances, the pursuit of different interests, the promotion of certain identities, and participation in certain interactions. For instance, some religious organizations—in both their holy writ and official practices—have argued for the immorality of interracial unions, especially when pertaining to familial relationships. For example, Bond remarks that the Captain "suggested to separate the two" (Bond Dep. Exhibit 7). In the following exchange, Warren remarks that he still separated A.D. and Peter even after A.D. said he was the son and had no problems:

> Q. And even though the boy said that he didn't have any problem with that and wanted to go sit with his father, you said no? . . .
> THE DEPONENT: I said no. (Warren Dep. at pp. 106-107)

Amanda Nickel states that the decision to separate A.D. and Peter was done without asking about their relationship (Nickel Dep. at pp. 108-111).

It appears that Warren wished to separate Peter and A.D. He withheld from Captain Shupe information that both Peter and A.D. were asleep when he supposedly saw Peter groping A.D., perhaps knowing that a separation and detention would be unlikely if the Captain knew they were asleep (in fact, Captain Shupe testified that fact certainly would have made a difference to him in whether he ordered them separated [Rex Shupe Dep. at pg. 23]). Warren also arranged with another flight attendant to bring the cabin lights up to full strength at his signal, just before he moved in to separate Peter and A.D.

Captain Shupe admitted that he gave the order to separate and detain Peter and A.D. without finding any basis for it in the Flight Operations Manual. He then testified that the "Threat Level Two" procedures state to "restrain or subdue" the offending passenger, which he claims he did by separating Peter and A.D. (id. at pp. 44-46). Shupe called this an "equivalency determination" (id. at pp. 38-39, but admitted that he is not allowed or permitted to make "equivalency determinations" with other checklists in the Flight Operations Manual.

## Conclusion

Based on the evidence in this case that I have reviewed to date, I am of the opinion that the flight attendants and pilots had no rational or logical basis for their claims that Peter DelVecchia was engaged in either human trafficking or unlawful sexual activities with A.D. I find that it is more probable than not that their accusations against Peter and the resulting combined conduct of the flight attendants, pilots and the airline were the products of racial prejudice. The allegations of supposed human trafficking, especially the allegation of sexual misconduct, appears to be used as pretexts. In the former, the suggestion of human trafficking—which were based on known lies, in reference to what Bond said to Sakurada and what Bond wrote in her reports—were a means to an end, with the end being the DelVecchias turned over to the police when the flight landed. That end was the product of racial prejudice based on their appearances. The Captain simultaneously thwarted their efforts to achieve that end (he said there was not enough basis in what they first reported to justify calling the police). Thus, in regard to the latter, the captain fundamentally gave the flight attendants a recipe for what strategies could be used if specific signs were shown (evidence of improper touching). Again, this allegation was

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

also born of a known lie—Warren stated that the DelVecchias were asleep. Hence, the sexual misconduct allegation became another pretextual means to achieve the end of turning the DelVecchias over to the police when the flight landed. That end was the product of racial prejudice based on their appearances. That achieves the original desired end (calling the police), but it also makes new ends possible (Warren's separation of A.D. from his father and his physical and verbal attacks on Peter), which were also the products of racial prejudice against their mixed race family.

That racial prejudice was based on the facts that:

First, Peter DelVecchia is a White male adult and that his adopted son A.D. is a Black male child;

Second, their familial bond (one of transracial adoption) was not recognized as likely or legitimate and was not even recognized when brought to Frontier's employees' attention. But for the difference in their skin colors qua racial identities (that is, if they were of the same race), I find it highly unlikely that Peter DelVecchia and his son, A.D., would have encountered the same treatment from Frontier's employees;

Third, Frontier refused to provide training or even SOPs on racial discrimination despite the clear federal law mandating such actions;

Fourth, the pilots' choices to proceed with actions that disrupted Peter and A.D.'s enjoyment of their contracts for transportation without conducting the basic investigatory steps required of them, and;

Fifth, the flight attendants' choices and actions that disrupted Peter and A.D.'s enjoyment of their contractual rights and caused significant harm to them despite the clear federal law mandates against discrimination.

\*       \*       \*

These opinions are based on the information provided to me to date and I reserve the right to provide additional opinions when additional information is made available to me

*Matthew W. Hughey*

Matthew W. Hughey, PhD

25 February 2022

**References Cited and Consulted**

ASPE (Office of the Assistant Secretary for Planning and Evaluation, of the US Department of Health and Human Services). 2009. "Adoption USA". Accessed: https://aspe.hhs.gov/report/adoption-usa-chartbook-based-2007-national-survey-adoptive-parents/race-ethnicity-and-gender

Barn, Ravinder. 2013. "'Doing the right thing': Transracial adoption in the USA." *Ethnic and Racial Studies, 36*(8): 1273-1291.

Bartholet, Elizabeth 1995. "Race Separatism in the Family: More on the Transracial Adoption Debate." *Duke Journal of Gender Law and Policy* 2: 99–105.

Bartholet, Elizabeth 1996. "International Adoption: Propriety, Prospects and Pragmatics" *International Adoption* 13: 181–210.

Bartholet, Elizabeth 2007. "International Adoption: Thoughts on the Human Rights Issues." *Buffalo Human Rights Law Review* 13: 151–204.

Benson, Peter, Anu R. Sharma and Eugene C. Roehlkepartain 1994. *Growing Up Adopted.* Minneapolis, MN: Search Institute.

Boivin, M. and Hassan, G., 2015. Ethnic identity and psychological adjustment in transracial adoptees: A review of the literature. *Ethnic and Racial Studies, 38*(7): 1084-1103.

Bonilla Silva, Eduardo 2006. *Racism Without Racists: Color-Blind Racism and the Persistence of Racial Inequality in the United States.* Lanham, MD: Rowman & Littlefield.

Bonilla-Silva, Eduardo. 2014. *Racism Without Racists: Color-Blind Racism and the Persistence of Racial Inequality in America* (4th ed.). Landham, MD: Rowman & Littlefield.

Bradley, C., & Hawkins-Leon, C.G. 2002. "The transracial adoption debate: Counseling and legal implications." *Journal of Counseling and Development* 80, 433–440.

Chestang, Leon 1972. "The Dilemma of Biracial Adoption." *Social Work* 17: 100–105.

Chimezie, Amuzie 1975. "Transracial Adoption of Black Children." *Social Work* 20: 296–301.

Courtney, Mark 1997. "The Politics and Realities of Transracial Adoption." Child Welfare 126(6): 749–779.

Crolley-Simic, Josie, and M. Elizabeth Vonk. 2008. "Racial socialization practices of White mothers of international transracial adoptees." *Journal of Ethnic & Cultural Diversity in Social Work* 17(3): 301-318.

Donovan, Brian. 2019. "Sex Trafficking and the Social Construction of Race." Items: Insights from the Social Sciences. July 2. Accessed: https://items.ssrc.org/sexuality-gender-studies-now/sex-trafficking-and-the-social-construction-of-race/

Feigelman, William. 2000. "Adjustments of transracially and in racially adopted young adults." *Child and Adolescent Social Work Journal 17*(3): 165-183.

Feigelman, William and Arnold Silverman 1983. *Chosen Children.* New York, NY: Praeger Publishers.

Ferrari, L., Hu, A. W., Rosnati, R., & Lee, R. M. 2017a. "Ethnic Socialization and Perceived Discrimination on Ethnic Identity Among Transracial Adoptees: A Cross-Cultural Comparison Between Italy and the United States." *Journal of Cross-Cultural Psychology, 48*(10), 1507–1521.

Ferrari, L., Rosnati, R., Canzi, E., Ballerini, A. and Ranieri, S., 2017b. "How international transracial adoptees and immigrants cope with discrimination? The moderating role of ethnic identity in the relation between perceived discrimination and psychological well-being." *Journal of Community & Applied Social Psychology, 27*(6): 437-449.

Ferrari, L., Ranieri, S., Barni, D. and Rosnati, R., 2015. "Transracial adoptees bridging heritage and national cultures: Parental socialisation, ethnic identity and self-esteem." *International Journal of Psychology*, *50*(6): 413-421.

Floyd, K. and Bowman, J.M., 2006. "Closeness and affection in father-son relationships." *Men in relationships: A new look from a life course perspective*, pp.147-163.

Fogg-Davis, Hawley 2002. *The Ethics of Transracial Adoption*. Ithaca, NY: Cornell University Press.

Gelles, Richard and Joel Kroll 1993. *Barriers to Same Race Placement*. St. Paul, MN: North American Council on Adoptable Children.

Godon-Decoteau, Danielle, and Patricia Ramsey. 2020. "Transracial Adoptees." *The Routledge Handbook of Adoption*.

Goss, Devon R., W. Carson Byrd, and Matthew W. Hughey. 2017. "Racial authenticity and familial acceptance among transracial adoptees: A bothersome bargain of belonging." *Symbolic Interaction* 40(2): 147-168.

Green, Emma. 2017. "When Mormons Aspired to be a 'White and Delightsome People'" The Atlantic, 18 September. Accessed: https://www.theatlantic.com/politics/archive/2017/09/mormons-race-max-perry-mueller/539994/

Green, Laura. 1999. "Stereotypes: Negative Racial Stereotypes and Their Effect on Attitudes Toward African-Americans." *Perspectives on Multiculturalism and Cultural Diversity* XI(1).

Halberstadt, A.G., Castro, V.L., Chu, Q., Lozada, F.T. and Sims, C.M., 2018. "Preservice teachers' racialized emotion recognition, anger bias, and hostility attributions." *Contemporary Educational Psychology*, *54*, pp.125-138.

Hamilton, E., Samek, D. R., Keyes, M., McGue, M. K., & Iacono, W. G. 2015. "Identity development in a transracial environment: Racial/ethnic minority adoptees in Minnesota." *Adoption quarterly*, *18*(3): 217-233.

Hellerstedt, W. L, Nikki J. Madsen, Megan R. Gunnar, Harold D. Grotevant, Richard M. Lee, and Dana E. Johnson. 2008. "The International Adoption Project: Population-based Surveillance of Minnesota Parents Who Adopted Children Internationally." Maternal Child Health Journal 12(2): 162–171.

Horowitz, Jason. 2012. "The genesis of a church's stand on race," Washington Post, 28 February. Accessed: https://www.washingtonpost.com/politics/the-genesis-of-a-churchs-stand-on-race/2012/02/22/gIQAQZXyfR_story.html

Howe, Ruth-Arlene 1995. "Redefining the Transracial Adoption Controversy." *Duke Journal of Gender Law and Policy* 2: 131–164.

Howe, Ruth-Arlene W. 1997. "Transracial Adoption (TRA): Old Prejudices and Discrimination Float Under a New Halo." *Public Interest Law Journal*

Hughey, Matthew W. 2017. "Race and Racism: Perspectives from Bahá'í Theology and Critical Sociology." *Journal of Bahá'í Studies* 27(3):7-56

Hughey, Matthew W. 2015. "The Five I's of Five-O: Racial Ideologies, Institutions, Interests, Identities, and Interactions of Police Violence." *Critical Sociology* 41(6):857–71

Hughey, Matthew W. 2014. "'They Should Get Over It!' The End of Discrimination?" In *Getting Real About Race: Hoodies, Mascots, Model Minorities, and Other Conversations*. S. McClure and C. A. Harris (eds.). New York, NY: Sage Publications.

Hughey, Matthew W. 2012. *White Bound: Nationalists, Antiracist, and the Shared Meanings of Race*. Stanford, CA: Stanford University Press

Hughey, Matthew W. and Gregory S. Parks. 2014. *The Wrongs of the Right: Language, Race, and the Republican Party in the Age of Obama*. New York, NY: New York University Press.

Hughey, Matthew W. and Michael L. Rosino. Forthcoming. "Identity and Racialization." *The Routledge Handbook of Interactionism*. L. T. Reynolds and N. J. Herman-Kinney (eds.). *Routledge*

Jennings, Patricia 2006. "The Trouble with the Multiethnic Placement Act: An Empirical Look at Transracial Adoption." *Sociological Perspectives* 49(4): 559–581.

Jones, B. J. 2008. "The Indian Child Welfare Act: The Need for a Separate Law." The American Bar Association. http://www.abanet.org/genpractice/magazine/1995/fall/indianchildwelfareact.html (last accessed 9 January 2008).

Kim, Dong Soo 1978. "Issues in Transracial and Transcultural Adoption." *Social Casework* 59(8):477–486.

Kim, Wun Jung 1995. "International Adoption: A Case Review of Korean Children." *Child Psychiatry and Human Development* 25: 141–154.

Kim, Grace S., Karen L. Suyemoto, and Castellano B. Turner. 2010. "Sense of belonging, sense of exclusion, and racial and ethnic identities in Korean transracial adoptees." *Cultural Diversity and Ethnic Minority Psychology* 16(2): 179.

Maldonado, Solangel 2006. "Discouraging Racial Preferences in Adoptions." *U.C. Davis Law Review* 39: 1415–1480.

Marr, Elisha. 2017. "U.S. Transracial Adoption Trends in the 21st Century." *Adoption Quarterly* 20:3: 222-251

Meier, Dani 1999. 'Cultural Identity and Place in Adult Korean-America Intercountry Adoptees.' *Adoption Quarterly* 3(1): 15–48.

Melosh, B. 2002. *Strangers and kin: The American way of adoption*. Cambridge, MA: Harvard University Press.

Morman, M.T. and Floyd, K., 2002. A "changing culture of fatherhood": Effects on affectionate communication, closeness, and satisfaction in men's relationships with their fathers and their sons. *Western Journal of Communication (includes Communication Reports)*, 66(4), pp.395-411.

National adoption attitudes survey. (2002). Retrieved January 5, 2006, from http://www.adoptioninstitute.org/survey/benchmark_survey_1997.pdf.

National adoption information clearinghouse. (2004). Retrieved January 10, 2004, from http://naic.acf.hhas.gov/pubs/twenty.cfm.

Neal, Leora. 1996. 'The Case Against Transracial Adoption.' *Focal Point* 10(1): 18–28.

Papke, David Ray. 2012. "Transracial Adoption in the United States: The Reflection and Reinforcement of Racial Hierarchy." *Marquette Law School Legal Studies Paper* No. 11-15.

Perez, Amanda T. 1998. "Transracial Adoption and the Federal Adoption Subsidy." *Yale Law and Policy Review* 17.

Pew Research. 2012. "The Rise of Intermarriage." Accessed: https://www.pewsocialtrends.org/2012/02/16/the-rise-of-intermarriage/

Quiroz, Pamela Anne. 2007. *Adoption in a color-blind society*. New York: Rowman & Littlefield.

Quiroz, Pamela Anne. 2008. "From race matching to transracial adoption: race and the changing discourse of US adoption." *Critical Discourse Studies* 5(3):249-264.

Reskin, Barbara. 2012. "The Race Discrimination System." *Annual Review of Sociology* 38: 17-35.

Rothman, Barbara Katz 2005. *Weaving a Family: Untangling Race and Adoption*. Boston, MA: Beacon Press.

Rosnati, Rosa, and Laura Ferrari. 2014. "Parental cultural socialization and perception of discrimination as antecedents for transracial adoptees' ethnic identity." *Procedia-Social and Behavioral Sciences* 140: 103-108.

Schetky, Diane H. 2006. "Commentary: Transracial Adoption—Changing Trends and Attitudes." *Journal of the American Academy of Psychiatry and the Law Online* 34 (3):321-323.

Simon, Rita and Howard Altstein 2000. *Adoption Across Borders*. Lanham, MD: Rowman & Littlefield Publishers.

Simon, Rita and Howard Altstein 1992. *Adoption, Race, and Identity*. New York, NY: Praeger Publishers.

Smith, Darron T. 2015. "The emotional labor of playing cool: How Black male transracial adoptees find ways to cope within predominately White settings." *Journal of Social Distress and the Homeless* 24(2): 93-108.

Stack, Peggy Fletcher. 2020. 18 January. "Error in printed LDS Church manual could revive racial criticisms," The Salt Lake Tribune. Accessed: https://www.sltrib.com/religion/2020/01/18/error-printed-lds-church/.

Steele, Claude M. and Joshua Aronson. 1995. "Stereotype Threat and the Intellectual Test Performance of African Americans." *Journal of Personality and Social Psychology* 69(5): 797–811.

Stets, Jan and Jonathan Turner. 2008. *Handbook of the Sociology of Emotions*. Springer Press.

Townsend, Jacinda 1995. "Reclaiming Self-Determination: A Call for Intraracial Adoption." *Duke Journal of Gender Law and Policy* 2: 173–187.

Trenka, J.J., Oparah, C., & Shin, S.Y. (Eds.). (2006). *Outsiders within: Writing on transracial adoption*. Cambridge, MA: South End Press.

Tuan, Mia. 2008. "Domestic and International Transracial Adoption: A Synopsis of the Literature.": *Sociology Compass*2(6):1848-1859

Turner, John, 2020. "Why Race is Still a Problem for Mormons," The New York Times. 19 August: Accessed: https://www.nytimes.com/2012/08/19/opinion/sunday/racism-and-the-mormon-church.html.

Verschelden, Cia. 1996. "'Shared Ethnicity' in Transracial Adoption." Ethnic Studies Review 19(1): 29-42.

Walker, Laurens and John Monahan. 1987. "Social Frameworks: A New Use of Social Science in Law." *Virginia Law Review* 73: 559–598.

Volkman, Toby 2003. "Embodying Chinese Culture: Transnational Adoption in North America." *Social Text* 21: 29–55.

Volkman, Toby 2005. *Cultures of Transitional Adoption*. Durham, NC: Duke University Press.

Vonk, M. Elizabeth, Sng Hyun Yun, Wansoo Park and Richard Massatti 2007. "Transracial Adoptive Parents' Thoughts about the Importance of Race and Culture in Parenting." Pp. 99–112 in International Korean Adoption: A Fifty-Year History and Policy and Practice,

edited by Kathleen Bergquist, M. Elizabeth Vonk, Dong Soo Kim and Marvin Feit. New York, NY: Haworth Press.

Weil, Richard H. 1994. "International Adoptions: The Quiet Migration." *International Migration Review* 18: 276–293.

White, Ebony E., Amanda L. Baden, Alfonso L. Ferguson, and Leanice Smith. 2021. "The intersection of race and adoption: Experiences of transracial and international adoptees with microaggressions."*Journal of Family Psychology*

Willis, Madge G. 1996. "The Real Issues in Transracial Adoption: A Response.' Journal of black Psychology 22: 246–253.

Wingfield, Adia Harvey. 2010. "Are some emotions marked 'whites only'? Racialized feeling rules in professional workplaces." *Social Problems*, *57*(2): 251-268.

Yoon, Dong Pil. 2007. "Utilization of Structural Equation Modeling to Predict Psychological Well-Being Among Adopted Korean Children." Pp. 279–293 in International Korean Adoption: A Fifty-Year History and Policy and Practice, edited by Kathleen Bergquist, M. Elizabeth Vonk, Dong Soo Kim and Marvin Feit. New York, NY: Haworth Press.

**Appendix A**



## Human Trafficking

January is National Slavery and Human Trafficking Prevention month.

If you suspect a passenger may be a victim of human trafficking:



JANUARY
**National Slavery** &
**Human Trafficking**
**Awareness Month**

- Initiate non-threatening conversation and ask targeted questions:

  - Ask where they are traveling; are they going on vacation or visiting relatives?

  - Ask where they are staying, who will be meeting them, what they will be doing, etc.

- Take note if traveling companion(s) appears nervous or prevents the child/person from answering questions or if their answers seem evasive.

- Contact the Captain and inform him/her of your suspicions. Provide specific details of the situation and explain why you believe the behavior exhibits signs of human trafficking.

- The Captain will evaluate the information and if appropriate, involve law enforcement to resolve the concerns.

- At the gate, the captain will notify a GSC.

- The GSC, Captain, and Frontier SOC will evaluate the facts and a joint decision will be made regarding the passengers' continued travel.

- Complete an Incident Report within 24 hours.

If suspected behavior is observed while on the ground, you may contact the Department of Homeland Security Tip Line at **866-347-2423**.

Human Trafficking tips are investigated through Immigration and Customs Enforcement Agency, so the number contains two acronyms to make it memorable, **866-DHS-2-ICE**.

You may also report an incident of suspected human trafficking online at www.ice.gov/tips.

### In This Issue

- Human Trafficking
- Sharing a FlyTab?
- FAM Revision 63
- Complimentary Beverages & Snacks
- Deadheading Crew
- Kids Fly Free
- Safety Information Cards
- Inflight Training
- Catering Corner
- Announcements

### Manual Information
FAM Rev. #62 – 01/29/2018
ISS Rev. #19 - 12/27/2016

**Comply365 App**
Version 3.4.0.955

**AspexGO App**
Version 2019.1  12/27/2018

Frontier Airlines, Inc. - Proprietary and Confidential - For Internal Use Only
*CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER* 19AZF0229 DELVECCHIA FRONTIER 0122

**Appendix B**

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER





FFT PRINTED: [redacted]
Summary - [redacted] Report by Date/Eqpt/Pos

ID # [redacted] BOND ANNA
Qual1 [redacted] 319 -FA
Qual2: -
Qual3 -
Qual4. -
Certificate# . 3937309

| A/C | POS | CODE | DESCRIPTION | S/U | TrgDate | BaseMonth | Instructor# | Hrs/min. | Ledgs | Cls | FAA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 319 | | REMV | Recurrent Emergency Training (hands on) | | 22OCT19 | OCT | 428082 | 6: 0 | 00 | 00 | |
| | | RSEC | Recurrent Security Training | | 22OCT19 | OCT | 427042 | 2: 0 | 00 | 00 | |
| | | RGS | Recurrent Ground Training | | 22OCT19 | OCT | 427554 | 3. 0 | 00 | 00 | |
| | | RCRM | Recurrent Crew Resource Management | | 22OCT19 | OCT | 405593 | 1: 0 | 00 | 00 | |
| 319 | | REMV | Recurrent Emergency Training (hands on) | | 19OCT18 | OCT | 414537 | 5: 0 | 00 | 00 | |
| | | RSEC | Recurrent Security Training | | 19OCT18 | OCT | 422845 | 2: 0 | 00 | 00 | |
| | | RHAZ | Recurrent Haz-Mat record per 121.1907(c) | | 19OCT18 | OCT | 422845 | 1: 0 | 00 | 00 | |
| | | RGS | Recurrent Ground Training | | 19OCT18 | OCT | 401361 | 3: 0 | 00 | 00 | |
| | | RCRM | Recurrent Crew Resource Management | | 19OCT18 | OCT | 410358 | 1: 0 | 00 | 00 | |
| 319 | | REMV | Recurrent Emergency Training (hands on) | | 18OCT17 | OCT | 427796 | 6:00 | 00 | 00 | |
| | | RSEC | Recurrent Security Training | | 18OCT17 | OCT | 414537 | 2:00 | 00 | 00 | |
| | | RGS | Recurrent Ground Training | | 18OCT17 | OCT | 427796 | 3:00 | 00 | 00 | |
| | | RCRM | Recurrent Crew Resource Management | | 18OCT17 | OCT | 405593 | 1:00 | 00 | 00 | |
| | | IOE | Initial Operating Experience | | 09NOV16 | NOV | 405384 | 7:12 | 00 | 00 | |
| 319 | | IEMV | Initial Emergency Training (hands on) | | 27OCT16 | OCT | 401361 | : | 00 | 00 | |
| 319 | | ICC | Initial Competency Check | | 27OCT16 | OCT | 401361 | : | 00 | 00 | |
| | | IGS | Initial Ground Training | | 27OCT16 | OCT | 401361 | : | 00 | 00 | |
| | | IBI | Initial Basic Indoc | | 27OCT16 | OCT | 401361 | · | 00 | 00 | |
| | | ISEC | Initial Security Training F/A | | 26OCT16 | OCT | 422972 | 14:00 | 00 | 00 | |
| | | ICRM | Initial Crew Resource Management | | 26OCT16 | OCT | 422972 | : | 00 | 00 | |
| | | IH2O | Initial Over Water Training | | 24OCT16 | | 401361 | 5: | 00 | 00 | |
| | | IHAZ | Initial Haz-Mat record per 121.1907(c) | | 19OCT16 | OCT | 421020 | 2: | 00 | 00 | |
| 319 | | IDIFF3 | Initial Differences Training 319/318 | | 14OCT16 | | 421020 | · | 00 | 00 | |
| | | IDIFF4 | Initial Differences Training 320/319/318 | | 14OCT16 | | 421020 | · | 00 | 00 | |
| | | IDIFF321 | Initial Differences for the 321 | | 14OCT16 | | 421020 | : | 00 | 00 | |

END OF REPORT

FFT PRINTED [redacted]
Summary - [redacted] Report - by Date/Eqpt/Pos

ID # [redacted] NICKEL AMANDA LEE
Qual1 [redacted] 319 -FA
Qual2: -
Qual3. -
Qual4: -
Certificate# 4070438

| A/C | POS | CODE | DESCRIPTION | S/U | TrgDate | BaseMonth | Instructor# | Hrs/min. | Ledgs | Cls | FAA |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 319 | | REMV | Recurrent Emergency Training (hands on) | | 12NOV19 | NOV | 425025 | 6:00 | 00 | 00 | |
| | | RSEC | Recurrent Security Training | | 12NOV19 | NOV | 405593 | 2:00 | 00 | 00 | |
| | | RGS | Recurrent Ground Training | | 12NOV19 | NOV | 427554 | 3.00 | 00 | 00 | |
| | | RCRM | Recurrent Crew Resource Management | | 12NOV19 | NOV | 428082 | 1.00 | 00 | 00 | |
| 319 | | REMV | Recurrent Emergency Training (hands on) | | 14NOV18 | NOV | 414537 | 5 | 00 | 00 | |
| | | RSEC | Recurrent Security Training | | 14NOV18 | NOV | 427042 | 2. | 00 | 00 | |
| | | RGS | Recurrent Ground Training | | 14NOV18 | NOV | 407278 | 3 | 00 | 00 | |
| | | RCRM | Recurrent Crew Resource Management | | 14NOV18 | NOV | 410358 | 1 | 00 | 00 | |
| | | NHAZ | New Base Set Haz-Mat per 121.1007(e) | | 14NOV18 | NOV | 427042 | 1 | 00 | 00 | |
| | | IOE | Initial Operating Experience | | 09DEC17 | DEC | 424455 | 6:03 | 00 | 00 | |
| 319 | | IEMV | Initial Emergency Training (hands on) | | 28NOV17 | NOV | 401361 | | 00 | 00 | |
| 319 | | IDIFF3 | Initial Differences Training 319/318 | | 28NOV17 | | 410358 | . | 00 | 00 | |
| 319 | | ICC | Initial Competency Check | | 28NOV17 | NOV | 401361 | | 00 | 00 | |
| | | ISEC | Initial Security Training F/A | | 28NOV17 | NOV | 405593 | 14 0 | 00 | 00 | |
| | | IHAZ | Initial Haz-Mat record per 121.1007(e) | | 28NOV17 | NOV | 424845 | 2 5 | 00 | 00 | |
| | | IH2O | Initial Over Water Training | | 28NOV17 | | 410986 | 5: 0 | 00 | 00 | |
| | | IGS | Initial Ground Training | | 28NOV17 | NOV | 401361 | | 00 | 00 | |
| | | IDIFF4 | Initial Differences Training 320/319/318 | | 28NOV17 | | 410358 | | 00 | 00 | |
| | | IDIFF321 | Initial Differences for the 321 | | 28NOV17 | | 410358 | | 00 | 00 | |
| | | ICRM | Initial Crew Resource Management | | 28NOV17 | NOV | 405593 | · | 00 | 00 | |
| | | IBI | Initial Basic Indoc | | 28NOV17 | NOV | 401361 | . | 00 | 00 | |

END OF REPORT

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER



FFT          PRINTED: ████████
             Summary         Report - by Date/Eqpt/Pos

ID #  ████  319    BRIGHT  CHELSIE  ANNIANN
Qual1:             -FA
Qual2:             -
Qual3:             -
Qual4:             -
Certificate# : J547HAX

| A/C | POS | CODE | DESCRIPTION | S/S | TrqDate | BaseMonth | Instructor# | Hrs/min. | Lndgs | Cls | FAA |
|-----|-----|------|-------------|-----|---------|-----------|-------------|----------|-------|-----|-----|
| 319 | | REMV | Recurrent Emergency Training (hands on) | | 05NOV18 | NOV | 423025 | 5: 0 | 00 | 00 | |
| | | RSEC | Recurrent Security Training | | 05NOV18 | NOV | 422845 | 2: 0 | 00 | 00 | |
| | | RHAZ | Recurrent Haz-Mat record per 121.1007(c) | | 05NOV18 | NOV | 422845 | 1: 0 | 00 | 00 | |
| | | RGS | Recurrent Ground Training | | 05NOV18 | NOV | 407276 | 3: 0 | 00 | 00 | |
| | | RCRM | Recurrent Crew Resource Management | | 05NOV18 | NOV | 405533 | 1: 0 | 00 | 00 | |
| 319 | | REMV | Recurrent Emergency Training (hands on) | | 20NOV17 | NOV | 422845 | 6: 0 | 00 | 00 | |
| | | RSEC | Recurrent Security Training | | 20NOV17 | NOV | 421000 | 2: 0 | 00 | 00 | |
| | | RGS | Recurrent Ground Training | | 20NOV17 | NOV | 427776 | 3: 0 | 00 | 00 | |
| | | RCRM | Recurrent Crew Resource Management | | 20NOV17 | NOV | 421000 | 1: 0 | 00 | 00 | |
| | | IOE | Initial Operating Experience | | 28NOV16 | NOV | 404186 | 9:30 | 00 | 00 | |
| 319 | | IEMV | Initial Emergency Training (hands on) | | 17NOV16 | NOV | 401361 | 0: | 00 | 00 | |
| 319 | | ICC | Initial Competency Check | | 17NOV16 | NOV | 401361 | 0: | 00 | 00 | |
| | | IGS | Initial Ground Training | | 17NOV16 | NOV | 401361 | 0: | 00 | 00 | |
| | | IB1 | Initial Basic Indoc | | 17NOV16 | NOV | 401361 | 0: | 00 | 00 | |
| | | ISEC | Initial Security Training F/A | | 14NOV16 | NOV | 422972 | 14: 0 | 00 | 00 | |
| | | ICRM | Initial Crew Resource Management | | 14NOV16 | NOV | 422972 | 0: 0 | 00 | 00 | |
| | | IWO | Initial Over Water Training | | 14NOV16 | NOV | 422972 | 5: 0 | 00 | 00 | |
| | | IHAZ | Initial Haz-Mat record per 121.1007(c) | | 06NOV16 | NOV | 424890 | 2: 0 | 00 | 00 | |
| 319 | | IDIFF3 | Initial Differences Training 319/318 | | 04NOV16 | | 401361 | | 00 | 00 | |
| | | IDIFF4 | Initial Differences Training 320/319/318 | | 04NOV16 | | 401361 | | 00 | 00 | |
| | | IDIFF321 | Initial Differences for the 321 | | 04NOV16 | | 401361 | | 00 | 00 | |

END OF REPORT

FFT          PRINTED: ████████
             Summary         Report - by Date/Eqpt/Pos

ID #  ████  319    WARREN  SCOTT  ALEXANDER
Qual1:             -FA
Qual2:             -
Qual3:             -
Qual4:             -
Certificate# : 4037763

| A/C | POS | CODE | DESCRIPTION | S/S | TrqDate | BaseMonth | Instructor# | Hrs/min. | Lndgs | Cls | FAA |
|-----|-----|------|-------------|-----|---------|-----------|-------------|----------|-------|-----|-----|
| 319 | | REMV | Recurrent Emergency Training (hands on) | | 08AUG19 | AUG | 422645 | 6: | 00 | 00 | |
| | | RSEC | Recurrent Security Training | | 08AUG19 | AUG | 426082 | 2: | 00 | 00 | |
| | | RGS | Recurrent Ground Training | | 08AUG19 | AUG | 407278 | 3: | 00 | 00 | |
| | | RCRM | Recurrent Crew Resource Management | | 08AUG19 | AUG | 405526 | 1: | 00 | 00 | |
| 319 | | REMV | Recurrent Emergency Training (hands on) | | 07AUG18 | AUG | 421025 | 5: | 00 | 00 | |
| | | RSEC | Recurrent Security Training | | 07AUG18 | AUG | 414537 | 2: | 00 | 00 | |
| | | RGS | Recurrent Ground Training | | 07AUG18 | AUG | 407278 | 3: | 00 | 00 | |
| | | RCRM | Recurrent Crew Resource Management | | 07AUG18 | AUG | 424388 | 1: | 00 | 00 | |
| | | RHAZ | New Base Set Haz-Mat per 121.1007(c) | | 07AUG18 | AUG | 424388 | 1: | 00 | 00 | |
| | | IOE | Initial Operating Experience | | 04SEP17 | SEP | 422712 | 8:44 | 00 | 00 | |
| 319 | | IEMV | Initial Emergency Training (hands on) | | 30AUG17 | AUG | 401361 | : | 00 | 00 | |
| 319 | | IDIFF3 | Initial Differences Training 319/318 | | 30AUG17 | AUG | 424890 | : | 00 | 00 | |
| 319 | | ICC | Initial Competency Check | | 30AUG17 | AUG | 401361 | : | 00 | 00 | |
| | | ISEC | Initial Security Training F/A | | 30AUG17 | AUG | 405593 | 14:03 | 00 | 00 | |
| | | IHAZ | Initial Haz-Mat record per 121.1007(c) | | 30AUG17 | AUG | 415986 | 2:03 | 00 | 00 | |
| | | IWO | Initial Over Water Training | | 30AUG17 | AUG | 410358 | 5:03 | 00 | 00 | |
| | | IGS | Initial Ground Training | | 30AUG17 | AUG | 401361 | : | 00 | 00 | |
| | | IDIFF4 | Initial Differences Training 320/319/318 | | 30AUG17 | | 424890 | : | 00 | 00 | |
| | | IDIFF321 | Initial Differences for the 321 | | 30AUG17 | | 424890 | : | 00 | 00 | |
| | | ICRM | Initial Crew Resource Management | | 30AUG17 | AUG | 405593 | : | 00 | 00 | |
| | | IB1 | Initial Basic Indoc | | 30AUG17 | AUG | 401361 | : | 00 | 00 | |

END OF REPORT

CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

**Appendix C**

[see appended document "C.V." (Curriculum Vitae)]

# Matthew W. Hughey

University of Connecticut, Department of Sociology
Unit 1068, 344 Mansfield Road, Storrs, CT 06269, USA
matthew.hughey@uconn.edu | www.matthewhughey.com

## Education

Ph.D. (Doctor of Philosophy), Sociology
University of Virginia

M.Ed. (Master of Education), Cultural Studies
Ohio University

B.A. (Bachelor of Arts), Sociology
University of North Carolina at Greensboro

Graduate Certificate, Religions of the World
Harvard University

Advanced Graduate Certificate, Women's Studies
Ohio University

## Primary Academic Appointments

University of Connecticut
>       Full Professor, Department of Sociology, 2020-present
>       Associate Professor, Department of Sociology, 2013-2020
>       Affiliate Faculty, Sustainable Global Cities Initiative, 2019-present
>       Affiliate Faculty, Intersectional Indigeneity, Race, Ethnicity, & Politics, 2018-present
>       Affiliate Faculty, Collaboration on Health, Intervention, & Policy, 2017-present
>       Affiliate Faculty, American Studies Program, 2014-present
>       Affiliate Faculty, Africana Studies Institute, 2013-present

Mississippi State University
>       Assistant Professor, Department of Sociology, 2009-2013
>       Affiliate Faculty, African American Studies Program, 2009-2013
>       Affiliate Faculty, Gender Studies Program, 2009-2013

University of Virginia
>       Instructor, Department of Sociology; Department of Media Studies; Program of
>       African American Studies, 2005-2009
>       Research Fellow, Center for the Study of Local Knowledge, Carter G. Woodson
>       Institute for African-American and African Studies, 2004-2005

## Secondary Academic Appointments

Edge Hill University (United Kingdom)
      Member, International Centre on Racism, 2022-present

University of Cambridge (United Kingdom)
      Affiliate Partner, Knowledge, Power, Politics Research Cluster, 2018-present

*Universitat de Barcelona* | University of Barcelona (Spain)
      International Collaborator, Grup de Recerca en Gènere, Identitat i Diversitat
      (Research Group on Gender, Identity, and Diversity), 2018-present

Nelson Mandela University (South Africa)
      Research Associate, Critical Studies in Higher Education Transformation, 2017-present

## Visiting Academic Appointments

London School of Economics
      Visiting Professor, Department of Sociology, May-Dec 2022

University of Kent
      Visiting Scholar, School of Law, May 2019

*Coláiste na Tríonóide, Baile Àtha Cliath* | Trinity College Dublin
      Visiting Professor, Department of Sociology, Sept-Oct 2018

University of Warwick
      Visiting Fellow, Institute of Advanced Study, Spring 2018

Columbia University
      Visiting Scholar, Center for the Study of Ethnicity and Race, 2016-2017

*Universiteit Van Die Vrystaat* | University of the Free State
      Visiting Professor, Postgraduate School, Sept 2016

## Honors

Fellowships
      J. William Fulbright Scholar Fellowship, University of Surrey
      Gambrinus Fellowship, *Institut für Anglistik und Amerikanistik*, TU Dortmund
      Junior Fellow, Urban Ethnography Project, Yale University
      Visiting Scholar Fellowship, School of Law, University of Kent
      International Visiting Fellowship, Institute of Advanced Study, University of Warwick
      Public Discourse Project Fellowship, Humanities Institute, UConn
      Dissertation Completion Fellowship, Society of Fellows, UVA
      Writing Fellowship, UVA
      Honorable Mention, Pre-Doctoral Fellowship, Ford Foundation

     Charles H. and Nancy E. Evans Fellowship, UVA
     Phelps-Stokes Fellowship, UVA
     Teaching Resource Center Fellowship, Seven Society, UVA (received twice)
     Research Fellow, Carter G. Woodson Institute, UVA
     Outstanding Rising Senior Fellowship, Department of Sociology, UNCG
     Outstanding Achievement Fellowship, Department of Sociology, UNCG

Named Lectureships
     W. E. B. Du Bois Lecturer, Humboldt-Universität zu Berlin (2022)
     Inaugural Jon H. Rieger Lecturer, University of Louisville (2017)
     Charles Phelps Taft Memorial Lecturer, University of Cincinnati (2016)

Awards
     Provost Recognition of Teaching Excellence, UConn (received six times)
     Outstanding Article Award, Society for Sociology of Sport (Honorable Mention)
     Excellence in Research Award, College of Liberal Arts & Sciences, UConn
     Helena Z. Lopata Mentoring Award, Society for the Study of Symbolic Interaction
     Publication Award (for *The White Savior Film*), Southwest Sociological Association
     Rollins Prize (for *The White Savior Film*), American Culture Association (Finalist)
     Distinguished Early Career Award, Section on Racial and Ethnic Minorities, ASA
     Eduardo Bonilla-Silva Outstanding Book Award (for *White Bound*), SSSP (Co-Winner)
     C. Wright Mills Book Award (for *White Bound*), SSSP (Finalist)
     Book Award (for *White Bound*), Assoc for Humanist Sociology (Honorable Mention)
     Arts & Sciences Researcher of the Year, Mississippi State University
     Arts & Sciences Faculty of the Month (October 2011), Mississippi State University
     PASS Award, National Council on Crime and Delinquency
     State Pride Faculty Award, Mississippi State University (received two times)
     James E. Blackwell Distinguished Paper Award, American Sociological Association
     Distinguished Faculty Award, Z Society, UVA
     Letter of Recognition, Z Society, UVA
     Letter of Recognition, stiri II:I, UVA
     Dean's Citation of Merit, Ohio University
     African American Studies Outstanding Senior, UNCG
     Outstanding Senior Award, UNCG
     Senior Class President, UNCG

Honor Societies
     Alpha Kappa Delta International Sociology Honor Society
     Gamma Sigma Alpha National Greek Academic Honor Society
     Golden Chain Honor Society, UNCG
     Minerva Society, UNCG

# Research

Books

9.  Parks, Gregory S. and Matthew W. Hughey.  2020. *A Pledge with Purpose: Black Sororities and Fraternities and the Fight for Equality.*  New York University Press

    * Book Reviews: Choice 58(3) (2021); Inside Higher Ed (2020); Journal of African American History 107 (2) (2022);

8.  Hughey, Matthew W. and Emma Gonzalez-Lesser. 2020. *Racialized Media: The Design, Delivery, and Decoding of Race and Ethnicity.*  New York University Press

    * Book Reviews: The Communication Review (2022)

7.  Hughey, Matthew W. 2014. *The White Savior Film: Content, Critics, and Consumption.* Temple University Press

    *Awards: Winner, Southwest Sociological Association Outstanding Publication Award (2016); Finalist, Northeast Popular/American Culture Association Book Prize (2015)

    *Book Reviews: Social Forces (2015); American Studies 53(2) (2015); Humanity & Society 39(1) (2015); Contemporary Sociology 43(6) (2014); Choice 52(3) (2014); Library Journal 139(4) (2014)

    *Author Meets Critics: Eastern Sociological Society Annual Meetings (2015); Southern Sociological Society Annual Meetings (2015); Association for Humanist Sociology Annual Meetings (2014)

6.  Hughey, Matthew W. and Gregory S. Parks. 2014. *The Wrongs of the Right: Language, Race, and the Republican Party in the Age of Obama.* New York University Press

    * 2016: 2nd paperback edition
    * Book Reviews: American Review of Politics (2016); Kirkus Reviews 82(9) (2014); Library Journal 139(10) (2014); Choice 52(4) (2014)

5.  Hughey, Matthew W.  2013. *Race and Ethnicity in Secret and Exclusive Social Orders: Blood and Shadow.*  Taylor and Francis

4.  Hughey, Matthew W. 2012. *White Bound: Nationalists, Antiracists, and the Shared Meanings of Race.*  Stanford University Press

    *Awards: Co-Winner, SSSP Eduardo Bonilla-Silva Outstanding Book Award (2014); Finalist, SSSP C. Wright Mills Book Award (2013); Honorable Mention, Association for Humanist Sociology Book Award (2013)

    *Book Reviews: Contemporary Sociology 43(4) (2014); Ethnic and Racial Studies Review 37(10) (2014); Nationalities Papers: The Journal of Nationalism and Ethnicity (2014); Sociologie 10(1) (Dutch-language) (2014); American Journal of Sociology 119(3) (2013); Public Integrity 15(3) (2013); Humanity & Society 37(4) (2013); Qualitative Research 13(6) (2013); Social Forces 92(2) (2013); London School

of Economics Review of Books (2013); Canadian Journal of Sociology 37(4) (2012)

*Author Meets Critics: Southern Sociological Society Annual Meetings (2013); Southwestern Social Science Association Annual Meetings (2013); Association for Humanist Sociology Annual Meetings (2012)

3.  Parks, Gregory S. and Matthew W. Hughey. 2011. *The Obamas and a (Post) Racial America?* Oxford University Press (foreword by Charles J. Ogletree)

    * Book Reviews: PsycCRITIQUES 56(38) (2011)

2.  Hughey, Matthew W. and Gregory S. Parks.  2011. *Black Greek-Letter Organizations, 2.0: New Directions in the Study of African American Fraternities and Sororities.* University Press of Mississippi (foreword by Theda Skocpol)

    * Book Reviews: Ethnic and Racial Studies 35(2) (2012); Journal of African American Studies 16(4) (2012); Journal of College Student Development 50(1) (2012); Journal for Research into Freemasonry and Fraternalism 3(1) (2012)

1.  Parks, Gregory S. and Matthew W. Hughey. 2010.  *12 Angry Men: True Stories of Being a Black Man in America Today.* The New Press (foreword by Lani Guinier)

    * Awards: Winner, PASS Award, National Council on Crime and Delinquency (2011); Critic's Pick, The New York Times (for theatrical version) (2020)
    * Book Reviews: Booklist 107(11) (2011); Call and Post 95(4) (2011); Jet Magazine 119(9) (2011); Washington Informer 46(69) (2011); Kirkus Reviews 78(20) (2010); Library Journal (2012); Publishers Weekly 257(41) (2010)
    * Converted to Theatrical Performances. 8 Sept 2020; 19-21 Feb 2016; 14-20 Nov 2015; 15-18 Oct 2015, The Billie Holiday Theatre Company, Kumble Theater, Brooklyn, New York City
    * Converted to Theatrical Film. March 2021, Apple, Inc., Steve Jobs Theater, Cupertino, CA.

Peer Reviewed Journal Issues—Guest Editor

6.  Hughey, Matthew W.  2020. "Foresight in 2020: Race and Gender in the Upcoming Election." *Sociological Forum* 35(SI):871-1073

5.  Gonzalez-Lesser, Emma, Rhys Hall, and Matthew W. Hughey. 2020. "Extending Studies of Racialized Media Beyond Racial Representations." *Humanity & Society* 44(1): 3-145

4.  Hughey, Matthew W., David G. Embrick, and Ashley "Woody" Doane. 2015. "The Mechanisms of Color-Blind Racism and the Racialized Social System." *American Behavioral Scientist* 59(11): 1347-1525

3.  Byrd, W. Carson and Matthew W. Hughey. 2015. "Race, Racial Inequality, and Biological Determinism in the Genetic and Genomic Era." *The ANNALS of the American Academy of Political and Social Science* 661(1): 8-258

2.  Hughey, Matthew W. 2013. "Blood and Shadow: Race and Ethnicity in Secret and Exclusive Associations." *Ethnic and Racial Studies* 36(2): 237-383

    * 2013. Altered Reprint. Hughey, Matthew W. *Race and Ethnicity in Secret and Exclusive Social Orders: Blood and Shadow.* Taylor and Francis

1.  Hughey, Matthew W. and Gregory S. Parks. 2012. "Black Fraternal Organizations." *Journal of African American Studies* 16(4): 565-729

Encyclopedias—Editor

    Hughey, Matthew W. and Michael L. Rosino. Ongoing. "Movements and Ideas." *Routledge Resources Online – Race and Racism*

Peer-Reviewed Journal Articles

86.  Hughey, Matthew W. Forthcoming. "'Angels which Thou hast created of snow and of fire': Baháʼí Angelology and God's Dialogic Relationship to Humanity." *Harvard Theological Review*

85.  Hughey, Matthew W. Forthcoming. "'Black people don't love nature': White Environmentalist Imaginations of Cause, Calling, and Capacity." *Theory & Society*

84.  Hughey, Matthew W. and Mark Schmitt. 2022. "The Social Antagonism between Whiteness and Antiracism:  How and Why White Antiracists lose their Whiteness." *Zeitschrift für Soziologie* 51(1): 66-82

83.  Hughey, Matthew W. 2022. "Superposition Strategies: How and Why White People Say Contradictory Things about Race." *PNAS (Proceedings of the National Academy of Sciences)* 119(9): 1-8

82.  Hughey, Matthew W. 2021. "The Who and Why of QAnon's Rapid Rise." *New Labor Forum* 30(3): 76–87

81.  Hughey, Matthew W. 2021. "Debating Du Bois's Darkwater: From Hymn of Hate to Pathos and Power." *Identities: Global Studies in Culture and Power* 28(3): 263-285

80.  Hughey, Matthew W. 2021. "How Blackness Matters in White Lives." *Symbolic Interaction* 44(2): 412-448

79.  Hughey, Matthew W. 2021. "Prometheus as Racial Allegory: The Sociological Poetics of W. E. B. Du Bois." *Journal of African American Studies* 25(1):102-123

78.  Hughey, Matthew W. 2020. "Gender and Race in the 2020 Election: From the Pathos of Prediction to the Power of Possibility." *Sociological Forum* 35(SI):877-897

77. Hughey, Matthew W. 2020. "'The Souls of White Folk' (1920-2020): A Century of Peril and Prophecy." *Ethnic and Racial Studies Review* 43(8):1307-1332

76. Gonzalez-Lesser, Emma, Rhys Hall, and Matthew W. Hughey. 2020. "Production, Distribution, and Consumption: Extending Studies of Racialized Media Beyond Racial Representations." *Humanity & Society* 44(1):3-11

75. Gardner, Sheena and Matthew W. Hughey. 2019. "Still the Tragic Mulatto? Manufacturing Multiracialization in Magazine Media, 1961-2011." *Ethnic and Racial Studies* 42(4):645-65\*

   \* 2019. Altered Reprint. In *The Mechanisms of Racialization Beyond the Black/White Binary*. B. Gonzalez-Sobrino and D. R. Goss. Taylor and Francis

74. Hughey, Matthew W. 2019. "Dispatches from Along the Veil: Stories of Racial Rejection." *Sociological Forum* 34(1):213-35

73. Rosino, Michael and Matthew W. Hughey. 2018. "The War on Drugs, Racial Meanings, and Structural Racism: A Holistic and Reproductive Approach." *American Journal of Economics and Sociology* 77(3-4):849-92

72. Hughey, Matthew W. 2018. "Whither Whiteness? The Racial Logics of the Kerner Report and Modern White Space." *RSF: Russell Sage Foundation Journal of the Social Sciences* 4(6):73-98

71. Hughey, Matthew W. 2018. "Of Riots and Racism: Fifty Years Since the Best Laid Schemes of the Kerner Commission (1968-2018)." *Sociological Forum* 33(3):619-42

70. Hughey, Matthew W. 2018. "Schrödinger's Whiteness." *Contexts* 17(2):17-19

69. Hughey, Matthew W. and Devon R. Goss. 2018. "'With Whom No White Scholar Can Compare': Academic Interpretations of the Relationship between W.E.B. Du Bois and Max Weber." *The American Sociologist* 49(2):181-217

68. Hughey, Matthew W. 2018. "Four Thoughts on Charles Mills' Black Rights/White Wrongs: The Critique of Racial Liberalism." *Ethnic and Racial Studies Review* 41(3):523-31

67. Gonzalez-Sobrino, Bianca and Matthew W. Hughey. 2017. "All the Puertorriqueñidad that's Fit to Print: UnAmerican Racial Citizens in The New York Times (1948-1958)." *Critical Sociology* 43:(7/8):1009-28

66. Laybourn, Wendy M., Devon R. Goss, and Matthew W. Hughey. 2017. "'You're either one of us or you're not': Racial Hierarchy and Non-Black Members of Black Greek-Letter Organizations." *Sociology of Race and Ethnicity* 3(4):552–65

65. Hughey, Matthew W. 2017. "Race and Racism: Perspectives from Bahá'í Theology and Critical Sociology." *Journal of Bahá'í Studies* 27(3):7-56

64. Hughey, Matthew W. and Carol Ann Jackson. 2017. "The Dimensions of Racialization and the Inner City School." *The ANNALS of the American Academy of Political and Social Science* 673(1):312-329

63. Love, Adam, Bianca Gonzalez-Sobrino, and Matthew W. Hughey. 2017. "Excessive Celebration? The Racialization of Recruiting Commitments on College Football Internet Message Boards." *Sociology of Sport Journal* 34(3):235-47*

    * 2018. Outstanding Article Award, North American Society for the Sociology of Sport (Honorable Mention)

62. Hughey, Matthew W. 2017. "White Lives Matter?" *Contexts* 16(2):17-18

61. Goss, Devon R., W. Carson Byrd, and Matthew W. Hughey. 2017. "Racial Authenticity and Familial Acceptance Among Transracial Adoptees: A Bothersome Bargain of Belonging." *Symbolic Interaction* 40(2):147-68

60. Rosino, Michael and Matthew W. Hughey. 2017. "Speaking through Silence: Racial Discourse and Identity Construction in Mass Mediated Debates on the 'War on Drugs'." *Social Currents* 4(3):246-64

59. Hughey, Matthew W., Jordan Rees, Devon R. Goss, Michael Rosino, and Emma Gonzalez-Lesser. 2017. "Making Everyday Microaggressions: An Exploratory Experimental Vignette Study on the Presence and Power of Racial Microaggressions." *Sociological Inquiry* 87(2):303-36

58. Goss, Devon R. and Matthew W. Hughey. 2017. "Du Bois and Weber: A Scholarly Relationship Denied?" *Ethnic and Racial Studies Review* 40(3):496-98

57. Kannan, Menaka, Rhys Hall, and Matthew W. Hughey. 2017. "Watching Moonlight in the Twilight of Obama." *Humanity & Society* 41(3): 287-98

56. Parks, Gregory S. and Matthew W. Hughey. 2016. "A Choice of Weapons: The X-Men and the Metaphor for Approaches to Racial Equality." *Indiana Law Journal* 92(1):1-26

55. Hughey, Matthew W. 2016. "There's something happening here: A Comment on Hirschfield's 'Lethal Policing'." *Sociological Forum* 31(1):225-29

54. Rosino, Michael and Matthew W. Hughey. 2016. "Who's Invited to the (Political) Party: Race and Party Politics in the United States." *Ethnic and Racial Studies Review* 39(3):325-32

53. Hughey, Matthew W. 2015. "The Five I's of Five-O: Racial Ideologies, Institutions, Interests, Identities, and Interactions of Police Violence." *Critical Sociology* 41(6):857–71

52. Hughey, Matthew W., David G. Embrick, and Ashley "Woody" Doane. 2015. "Paving the Way for Future Race Research: Exploring the Racial Mechanisms within a Color-Blind, Racialized Social System." *American Behavioral Scientist* 59(11): 1347-1357

51. Byrd, W. Carson and Matthew W. Hughey. 2015. "Biological Determinism and Racial Essentialism: The Ideological Double Helix of Racial Inequality." *The ANNALS of the American Academy of Political and Social Science* 661(1):8-23

50. Hughey, Matthew W. and Devon R. Goss. 2015. "A Level Playing Field?  Media Constructions of Athletics, Genetics, and Race." *The ANNALS of the American Academy of Political and Social Science* 661(1):182-211

49. Hughey, Matthew W. and W. Carson Byrd. 2015. "Beautiful Melodies Telling Me Terrible Things: The Future of Race and Genetics for Scholars and Policymakers." *The ANNALS of the American Academy of Political and Social Science* 661(1):238-58

48. Parks, Gregory S., Shayne E. Jones, and Matthew W. Hughey. 2015. "Hazing as Crime: An Empirical Analysis of Criminological Antecedents." *Law and Psychology Review* 39

47. Hughey, Matthew W. 2015. "Discourse of Decency: White Nationalists, White Antiracists, and the Criminality of Color." *Contemporary Justice Review* 18(2):139-59

46. Parks, Gregory S., Shayne Jones, Matthew W. Hughey, and Jonathan Michael Cox. 2015. "White Boys Drink, Black Girls Yell?: A Racialized and Gendered Analysis of Violent Hazing and the Law." *The Journal of Gender, Race & Justice* 18(1):93-158

45. Love, Adam and Matthew W. Hughey. 2015. "Out of Bounds? Racial Discourse on College Basketball Message Boards." *Ethnic and Racial Studies* 38(6):877-93

44. Hughey, Matthew W. 2015. "We've Been Framed! A Focus on Identity and Interaction for a Better Vision of Racialized Social Movements." *Sociology of Race and Ethnicity* 1(1):137-52

43. Hughey, Matthew W. 2014. "Survival of the Fastest? The Media Spectacle of Black Athleticism and Biological Determinism." *Contexts* 13(1):56-8

42. Parks, Gregory and Matthew W. Hughey. 2014. "Opposing Affirmative Action: The Social-Psychology of Political Ideology and Racial Attitudes." *Howard Law Journal* 57(2):513-43

41. Hughey, Matthew W. 2014. "White Backlash in the 'Post-Racial' United States." *Ethnic and Racial Studies Review* 37(5):721-30

40. Parks, Gregory S., Matthew W. Hughey, and Rodney T. Cohen. 2014. "The Great Divide: Black Fraternal Ideals and Reality." *Sociology Compass* 8(2):129-48

39. Goss, Devon R., Denishia Harris, Deronta Spencer, and Matthew W. Hughey. 2014. "Teaching and Learning Guide for: Black Greek-Letter Organizations." *Sociology Compass* 8(5):571-87

38. Parks, Gregory, Rashawn Ray, Shayne Jones, and Matthew W. Hughey. 2014. "Complicit in their Own Demise?" *Law & Social Inquiry* 39(4):938-72

37. Hughey, Matthew W. 2014. "Identity Isomorphism: Role Schemas and White Masculinity Formation." *Sociological Inquiry* 84(2):264-93

36. Parks, Gregory, Shayne Jones, and Matthew W. Hughey. 2013. "Victimology, Personality, and Hazing: A Study of Black Greek-Letter Organizations." *North Carolina Central Law Review* 36(1):16-40

35. Parks, Gregory S., Shayne Jones, and Matthew W. Hughey. 2013. "Belief, Truth, and Pro-Social Organizational Deviance." *Howard Law Journal* 56(2):399-445

34. Hunter, Joanna and Matthew W. Hughey. 2013. " 'It's Not Written On Their Skin Like It Is Ours.' Greek-Letter Organizations in the Age of the Multicultural Imperative." *Ethnicities* 13(5):519-43

33. Hughey, Matthew W. and W. Carson Byrd. 2013. "The Souls of White Folk Beyond Formation and Structure: Bound to Identity." *Ethnic and Racial Studies* 36(6):974-81

32. Hughey, Matthew W. and Jessie Daniels. 2013. "Racist Comments at Online News Sites: A Methodological Dilemma for Discourse Analysis." *Media, Culture, and Society* 35(3):332-47

31. Hughey, Matthew W. 2013. "Chasing Shadows: From the Power Elite to a New Paradigm." *Ethnic and Racial Studies* 36(2):237-48*

> * 2013. Altered Reprint. In *Race and Ethnicity in Secret and Exclusive Social Orders: Blood and Shadow*. Taylor and Francis

30. Hughey, Matthew W. and Marcia Hernandez. 2013. "Black, Greek, and Read All Over: Newspaper Coverage of African American Fraternities and Sororities, 1980-2009." *Ethnic and Racial Studies* 36(2):298-319*

> * 2013. Altered Reprint. In *Race and Ethnicity in Secret and Exclusive Social Orders: Blood and Shadow*. Taylor and Francis

29. Hughey, Matthew W. 2012. "Taking Culture (and Race) Beyond Dichotomies: A Reply to Gans." *Identities: Global Studies in Culture and Power* 19(5):639-47

28. Hughey, Matthew W. and Sheena Gardner. 2012. "Film Reviewers and Framing Race: Recuperating a Post-Racial Whiteness." *Darkmatter* 9(2)

27. Hughey, Matthew W. and Gregory S. Parks. 2012. "Black Fraternal Organizations: Systems, Secrecy, and Solace." *Journal of African American Studies* 16(4):595-603

26. Hughey, Matthew W. 2012. "Stigma Allure and White Antiracist Identity Management." *Social Psychology Quarterly* 75(3):219-41*

> * 2012. Abstracted in SPQ Snaps

25. Hughey, Matthew W. 2012. "Color Capital, White Debt, and the Paradox of Strong White Racial Identities." *Du Bois Review: Social Science Research on Race* 9(1):169-200

24. Hughey, Matthew W. 2012. "Show Me Your Papers! Obama's Birth and the Whiteness of Belonging." *Qualitative Sociology* 35(2):163-81

23. Hughey, Matthew W. 2012. "Black Guys and White Guise: The Discursive Construction of White Masculinity." *Journal of Contemporary Ethnography* 41(1):96-125

22. Hughey, Matthew W. 2012. "Racializing Redemption, Reproducing Racism: The Odyssey of Magical Negroes and White Saviors." *Sociology Compass* 6(9):751-67

21. Tindall, Natalie, Marcia Hernandez, and Matthew W. Hughey. 2011. "'Doing a Good Job at a Bad Thing': Prevalence and Perpetuation of Stereotypes Among Members of Historically Black Sororities." *The Oracle: The Research Journal of the Association of Fraternity Advisors* 6(2):36-53

20. Hughey, Matthew W. 2011. "Backstage Discourse and the Reproduction of White Masculinities." *The Sociological Quarterly* 52(1):132-53

19. Hughey, Matthew W. 2011. "Re-membering Black Greeks: Racial Memory and Identity in Stomp the Yard." *Critical Sociology* 37(1):103-23

18. Hughey, Matthew W. 2010. "A Paradox of Participation: Nonwhites in White Sororities and Fraternities." *Social Problems* 57(4):653-79

17. Hughey, Matthew W. 2010. "The (Dis)similarities of White Racial Identities: The Conceptual Framework of 'Hegemonic Whiteness.'" *Ethnic and Racial Studies* 33(8):1289-1309*

    * 2009. James E. Blackwell Distinguished Paper Award, Section on Racial and Ethnic Minorities, American Sociological Association
    * 2015. Abstracted in *Contexts*. "Whiteness in the US."

16. Hughey, Matthew W. 2010. "The White Savior Film and Reviewers' Reception." *Symbolic Interaction* 33(3):475-96

15. Hughey, Matthew W. 2010. "Teaching and Learning Guide for: A Glimpse into the Sociology of White Antiracism and White Nationalism." *Sociology Compass* 4(3):207-14

14. Hughey, Matthew W. 2009.  "Cinethetic Racism: White Redemption and Black Stereotypes in 'Magical Negro' Films." *Social Problems* 56(3):543-77*

    * 2010. Abstracted in *Contexts*. "Playing God." 9(2):13

13. Hughey, Matthew W. 2009. "Black Aesthetics and Panther Rhetoric—A Critical Decoding of Black Masculinity in The Black Panther, 1967-1980." *Critical Sociology*

35(1):29-56

12. Hughey, Matthew W. and Sahara Muradi. 2009. "Laughing Matters: Economies of Hyper-irony and Manic-satire in South Park and Family Guy." *Humanity & Society* 33(3):206-37

11. Hughey, Matthew W. 2009. "The Janus Face of Whiteness: Toward a Cultural Sociology of White Nationalism and White Antiracism." *Sociology Compass* 3(6):920-36

10. Hughey, Matthew W. 2008. "Virtual (Br)others and (Re)sisters: Authentic Black Fraternity and Sorority Identity on the Internet." *Journal of Contemporary Ethnography* 37(5):528-60

9. Hughey, Matthew W. 2008. "Brotherhood or Brothers in the 'Hood? Debunking the 'Educated Gang' Thesis as Black Fraternity and Sorority Slander." *Race, Ethnicity, and Education* 11(4):443-63

8. Hughey, Matthew W. 2007. "Crossing the Sands, Crossing the Color-Line: Non-Black members of Historically Black Greek Organizations." *Journal of African American Studies* 11(1):55-75

7. Hughey, Matthew W. 2007. "The Pedagogy of Huey P. Newton: Critical Reflections on Education in his Writings and Speeches." *Journal of Black Studies* 38(2):209-31

6. Hughey, Matthew W. 2007. "Racism with Antiracists: Color-Conscious Racism and the Unintentional Persistence of Inequality." *Social Thought and Research* 28:67-108

5. Hughey, Matthew W. 2006. "Black, White, Greek...Like Who? Howard University Student Perceptions of a White Fraternity on Campus." *Educational Foundations* 20(1/2):9-35

4. Hughey, Matthew W. 2005. "The Sociology, Pedagogy, and Theology of Huey P. Newton: Toward a Radical Democratic Utopia." *Western Journal of Black Studies* 29(3):639-55

3. Hughey, Matthew W. 2005. "Moving Beyond 'Liberation Theology': New Transcendentalism as Critique of Positivist-binary Cultural Logic." *The Journal of Religious Thought* 57(2), 58(1/2):39-66

2. Hughey, Matthew W. 2003. "Panther, Preacher, Teacher: The Black Panther Party's Model of Spiritualized Pedagogy." *Democracy & Education* 15(2):54-63

1. Hughey, Matthew W. 2003. "Old Glory: The little RED schoolhouse, WHITE folks, and my BLUEs." *Journal of Justice Studies* 1(2)

## Book Chapters

30. Hughey, Matthew W. Forthcoming. "Behind the Veil: The Unsung Contributions of W. E. B. Du Bois to 'Whiteness Studies' and 'Critical Race Theory'." *The Oxford Handbook of*

*W. E. B. Du Bois*, A. Morris, W. Allen, C. Johnson-Odim, D. S. Green, M. Hunter, K. Brown, and M. Schwartz (eds).

29. Hughey, Matthew W. Forthcoming. "Du Boisian Sociology and Intersectionality" *Research Handbook on Intersectionality*. M. Romero (ed.). Edward Elgar Publishing.

28. Hughey, Matthew W. Forthcoming. "White Time: The Relationship of Racial Identity, Contexts, Interactions, and Temporality." *Routledge International Handbook of New Critical Race and Whiteness Studies*. S. A. Tate, C. Lundström, S. Keskinen and R. Andreassen (eds).

27. Hughey, Matthew W. and Michael L. Rosino. 2022. "Make America White Again: The Racial Reasoning of American Nationalism." *Systemic Racism in America: Sociological Theory, Education Inequality, and Social Change*. H. Mahmoudi and R. Ray (eds.). Routledge, 50-69

26. Hughey, Matthew W. 2022. "The Soul of White Nationalism in the American Body Politic: Birtherism, 'Make America Great Again', and Immigration." *White Supremacy and the American Media*. S. Nilsen and S. Turner (eds.). Routledge, 41-60

25. Hughey, Matthew W. and Michael L. Rosino. 2021. "Identity and Racialization." *The Routledge Handbook of Interactionism*. L. T. Reynolds and N. J. Herman-Kinney (eds.). Routledge, 145-155

24. Hughey, Matthew W and Michel L. Rosino. 2020. "Distinctions, Dilemmas, and Dangers: Sociological Approaches to Race and Nationalism." *The Routledge International Handbook of Contemporary Racisms*. J. Solomos (ed.). Routledge, 258-272

23. Hughey, Matthew W. and Emma González-Lesser. 2020. "The 'Labor' of Racialized Media: Stuart Hall and the Circuit of Culture." *Racialized Media: The Design, Delivery, and Decoding of Race and Ethnicity*. M. W. Hughey and E. González-Lesser (eds.) New York University Press, 1-18

22. González-Lesser, Emma and Matthew W. Hughey. 2020. "Conclusion: Next Steps for Media Studies." *Racialized Media: The Design, Delivery, and Decoding of Race and Ethnicity*. M. W. Hughey and E. González-Lesser (eds.) New York University Press, 307-320

21. Sattarzadeh, Sahar and Matthew W. Hughey. 2020. "Racism and the Media Landscape in the United States." *Racism in America: A Reference Handbook*. S. L. Foy (ed.). Contemporary World Issues Series. ABC-CLIO, 173-178

20. Gardner, Sheena K. and Matthew W. Hughey. 2019. "Still the Tragic Mulatto? Manufacturing Multiracialization in Magazine Media, 1961–2011." *The Mechanisms of Racialization Beyond the Black/White Binary*. B. Gonzalez-Sobrino and D. R. Goss (eds.). Taylor and Francis, 141-162

19. Gonzalez-Sobrino, Bianca, Gonzalez-Lesser, and Matthew W. Hughey. 2018. "On-Demand Diversity? The Meanings of Racial Diversity in Netflix Productions."

*Challenging the Status-Quo: Diversity, Democracy, and Equality in the 21st Century.* Brill, 321-324

18. Hughey, Matthew W. 2018. "The Whiteness of Oscar Night." *The Contexts Reader (3rd ed.).* S. Ali and P. N. Cohen (eds.). W. W. Norton & Company, 144-147

17. Hughey, Matthew W. 2018. "Following the Circuits of Culture." *Give Methods a Chance.* K. Green and S. Lageson (eds). W. W. Norton & Company, 115-121

16. Hughey, Matthew W. 2016. "Hegemonic Whiteness: From Structure and Agency to Identity Allegiance." *The Construction of Whiteness: An Interdisciplinary Approach to Race Formation and the Meaning of a White Identity.* S. Middleton, D. Roediger, and D. Shaffer (eds.). University Press of Mississippi, 212-233

15. Gonzalez-Sobrino, Bianca, Devon R. Goss, and Matthew W. Hughey. 2016. "The Rise of the Racial Reviewer, 1990-2004." *Race and Contention in 21st Century U.S. Media,* J. Smith and B. K. Thakore (eds.). Routledge, 165-181

14. Hughey, Matthew W. 2015. "The Sociology of Whiteness: Beyond Good and Evil White People." *Theories in Race and Ethnic Relations: Contemporary Debates and Perspectives.* J. Solomos and K. Murji (eds.). Cambridge University Press, 214-232

13. Hughey, Matthew W. 2014. "'They Should Get Over It!' The End of Discrimination?" *Getting Real About Race: Hoodies, Mascots, Model Minorities, and Other Conversations.* S. McClure and C. A. Harris (eds.). Sage Publications, 25-38

12. Hughey, Matthew W. 2014. "Beyond the Big, Bad Racist: Shared Meanings of White Identity and Supremacy." *Color Lines and Racial Angles, The Society Pages Series, Vol. 3.* D. Hartmann and C. Uggen (eds.). W. W. Norton & Company, 65-80

11. Hughey, Matthew W. and Gregory S. Parks. 2011. "'Am I Not a Man and a Brother': Analyzing the Complexities of Black 'Greek' Masculine Identity." *Masculinity in the Black Imagination*: Politics of Community Race and Manhood. M. C. Hopson & R. L. Jackson (eds.). Peter Lang Publishers, 27-54

10. Hughey, Matthew W. 2011. "Measuring Racial Progress in America: The Tangled Path." *The Obamas and a (Post) Racial America?* G. S. Parks and M. W. Hughey (eds.). Oxford University Press, 1-26

9. Ciccariello-Maher, George and Matthew W. Hughey. 2011. "Obama and Global Change in Perceptions of Group Status." *The Obamas and a (Post) Racial America?* G. S. Parks and M. W. Hughey (eds.). Oxford University Press, 193-214

8. Hughey, Matthew W. and Gregory S. Parks. 2011. "Public-Realism: Propounding a Critical & Empirical Black 'Greek' Scholarship." *Black Greek-Letter Organizations, 2.0.* M. W. Hughey and G. S. Parks (eds.). University Press of Mississippi, 3-22

7. Hughey, Matthew W. 2011. "'You make the letters. The letters don't make you.' The

Construction of Memory and Identity in Stomp the Yard." *Black Greek-Letter Organizations, 2.0.* M. W. Hughey and G. S. Parks (eds.). University Press of Mississippi, 191-209

6.  Hughey, Matthew W. 2009. "Rushing the Wall, Crossing the Sands: Cross-Racial Membership in U.S. College Fraternities & Sororities." *Brothers and Sisters: Diversity in College Fraternities and Sororities.* G. S. Parks and C. Tolberson (eds.). Fairleigh Dickinson University Press, 307-364

5.  Hughey, Matthew W. 2008. "Tripping the White Fantastic: Navigating the Politics of Dislocation and Bicultural Authenticity in Academe." *Research in Race and Ethnic Relations, Vol. 15.* R. M. Dennis & D. S. Green (eds.). Emerald Group Publishing, 131-159

4.  Hughey, Matthew W. 2008. "'I Did It For The Brotherhood': Non-Black Members of Historically Black Greek-Lettered Organizations." *Black Greek Letter Organizations in the Twenty-First Century.* G. S. Parks (ed.). University Press of Kentucky, 313-343

3.  Hughey, Matthew W. 2008. "'Cuz I'm Young and I'm Black and My Hat's Real Low?': A Critique of Black Greeks as 'Educated Gangs.'" *Black Greek Letter Organizations in the Twenty-First Century.* G. S. Parks (ed.). University Press of Kentucky, 385-417

2.  Hughey, Matthew W. 2008. "'Constitutionally Bound': The Founders of Phi Beta Sigma Fraternity, Inc. and Zeta Phi Beta Sorority, Inc." *Black Greek Letter Organizations in the Twenty-First Century.* G. S. Parks (ed.).  University Press of Kentucky, 95-114

1.  Hughey, Matthew W. 2006. "Specters of Whiteness: The (Mis)Educational Reproduction of 'Anti-Racist' Racism." *Ethnographic and Qualitative Research in Education.* P. Brewer and M. Firmin (eds.). Cambridge Scholars Press, 21-43

## Book Forewords

Hughey, Matthew W. 2016. "The Browning of American Media and the Whitewashing of Inequality." *South Asians on the U.S. Screen: Just Like Everyone Else?* by B. Thakore. Lexington Books, vii-xiii

## Opinion Essays

Hughey, Matthew W. 2022.  "What Everyday White Americans and the Buffalo Shooter Have in Common." *Slate*

Hughey, Matthew W. 2021. "The Coming Authoritarianism." *Sociological Forum* 36(2):544-545

Hughey, Matthew W. 2020. "Preface: Foresight in 2020: Race and Gender in the Upcoming Election." *Sociological Forum* 35(SI):875-876

Parks, Gregory S. and Matthew W. Hughey. August 2020. "Kamala Harris and the Political Power of Black Sororities (and Fraternities)." *From the Square: New York University Press Blog*

Hughey, Matthew W. May 2020. "There's Another Pandemic to Fight: Racism." *The Hartford Courant*

Hughey, Matthew W.  May 2020. "Reviewing the Reviewers:  How people made sense of W. E. B. Du Bois's Darkwater: Voices from Within the Veil." *Identities Blog*

> *June 2020. Reprint. Hughey, Matthew W.  Race.Ed (The University of Edinburgh)

Hughey, Matthew W. Nov 2019. "Syracuse suspends fraternities racism, but Greek system's prejudice is a national problem." *NBC News*

Hughey, Matthew W. and Gregory S. Parks.  Oct 2019. "From White Nationalists to Black "Greeks": The varied strategies of racial politics." *From the Square: New York University Press Blog*

Hughey, Matthew W.  Mar 2018. "50 Years since the Kerner Report on Riots and Racism— What have we learned?" *Medium*

Hughey, Matthew W.  Feb 2018. "Can Hollywood Separate Gold from White?" *Contexts*

Hughey, Matthew W.  Aug 2017. "The Souls of White Folk in Charlottesville and Beyond." *Contexts*

Hughey, Matthew W. Aug 2017. "Everyday Forms of White Supremacy." *The Stanford University Press Blog*

Hughey, Matthew W. June 2017. "The Bullying and Terrorism of the White Crisis." *The Huffington Post*

Hughey, Matthew W. May 2017 ."Back to the Future: A Message from 2055." *Humanity and Society*

Hughey, Matthew W., Menaka Kannan, and Rhys Hall. Feb 2017. "Watching Moonlight in the Twilight of Obama." *The Huffington Post*

Hughey, Matthew W. Oct 2016. "#LukeCage and the Problem of 'Double Consciousness 2.0'." *The Huffington Post*

Hughey, Matthew W.  Aug 2016. "You are what you eat: The Sociology of Food." *Humanity and Society* 40(3)

Hughey, Matthew W.  July 2016. "Of Tarzan and Knight: Our Cinematic Addiction to White Saviors." *The Huffington Post*

Hughey, Matthew W.  July 2016. "The Life and (Near Death Experience) of Affirmative Action—but what of its Soul?" *The Huffington Post*

Hughey, Matthew W.  June 2016. "The Greek Mythology of Inclusiveness." *CURRENTS: Council for Advancement and Support of Education*

Hughey, Matthew W.  May 2016 ."Pride, Prejudice, and Power." *Humanity and Society* 40(2)

Hughey, Matthew W.  Feb 2016. "Sociology of the Family: As You Like It?" *Humanity and Society* 40(1)

Hughey, Matthew W.  Nov 2015. "Educational Inequality: Privatization, Charter Schools, and Uncertain Times." *Humanity and Society* 39(4)

Byrd, Carson W. and Matthew W. Hughey.  Sept 2015. "Born that way? 'Scientific' racism is creeping back into our thinking. Here's what to watch out for." *The Washington Post Monkey Cage Blog*

Hughey, Matthew W. and Devon R. Goss.  Sept 2015. "In its focus on genetics and race, global newspaper coverage of athletics is far from 'post-racial.'  *London School of Economics and Politics Blog*

    * Reprinted in *Newsweek*

Hughey, Matthew W. Aug 2015. "The Risks of Turning Races into Genes." *The Huffington Post*

Hughey, Matthew W. Aug 2015. "A Reflection on the Sociological Study of Subcultures." Sociology." *Humanity and Society* 39(3)

Hughey, Matthew W.  May 2015. "On the Importance of Books, Reviews, and Humanist Sociology." *Humanity and Society* 39(2)

Rosino, Michael L., Devon R. Goss, and Matthew W. Hughey.  April 2015. "People or Profits? How Business Media Outlets Make the 'Business Case' for Corporate Diversity Initiatives."  *Work in Progress: Blog of the American Sociological Association's Organizations, Occupations, and Work Section*

Hughey, Matthew W. April 2015. "Greek life: Black, white and unequal all over." *Asbury Park Press*

Hughey, Matthew W. March 2015. "The University of Oklahoma Video and the Problem Fraternities Can't Fix Themselves."  *The New York Times*

Hughey, Matthew W.  Jan 2015. "The Whiteness of Oscar Night." *Contexts*

Hughey, Matthew W. and Gregory S. Parks.  May 2014. "Fox News' divisive race strategy: How O'Reilly, Hannity and Coulter intentionally tore America apart."  *Salon*

Hughey, Matthew W. Feb 2014.  "Dear Mr. Kristof, Get to Know the Facts (and We've Been Here All This Time, Too)." *The Huffington Post*

> \* Reprinted in *SKATology: Newsletter of the American Sociological Association Section on Science, Knowledge, and Technology*

Hughey, Matthew W. and Gregory S. Parks.  Nov 2013. "The New 'Southern Strategy': GOP plays the race card...again." *From the Square: New York University Press Blog*

Hughey, Matthew W. June 2013. "Gutting the Voting Rights Act: Freedom to Discriminate." *The Huffington Post*

Hughey, Matthew W. June 2013. "Whiteness in Fact and Fiction." *The Huffington Post*

Hughey, Matthew W. Dec 2012. "Beyond the Pop-Psychology of White Identity and Racism."  *The Society Pages*

Hughey, Matthew W. Nov 2012. "'Good' and 'Evil' Whites: The Shared Meanings of Race." *The Huffington Post*

Hughey, Matthew W. and Gregory S. Parks. Winter 2012. "'Scholarship' and the Lack of an 'Intellectual' BGLO Community." *Progressive Greek Magazine*

Hughey, Matthew W. and Gregory S. Parks. Nov 2011. "Too Soon for a Black President?" *The Huffington Post*

Hughey, Matthew W. Sum 2011. "'You're a racist!' The Most Offensive Words to Whiteness?"  *Remarks: Newsletter of the Section on Racial and Ethnic Minorities, American Sociological Association*

Hughey, Matthew W. and Gregory S. Parks. Sept 2011. "The Relevance of Black Greek Scholarship II." *Progressive Greek Blog*

Hughey, Matthew W. and Gregory S. Parks. Aug 2011. "The Relevance of Black Greek Scholarship I." *Progressive Greek Blog*

Hughey, Matthew W.  April 2011. "A Multicultural Canon?"  *Sociological Images*

Parks, Gregory S. and Matthew W. Hughey. March 2011. "The Mind Works in Mysterious Ways: Unconscious Race Bias and Obama." *Oxford University Press Blog*

Hughey, Matthew W.  April 2010. "Beyond Good and Evil Whites." *Racism Review*

Hughey, Matthew W. April 2010. "The Common Ground of Reid and Steele: From White Racial Framing to Hegemonic Whiteness." *Racism Review*

Hughey, Matthew W. Win 2009. "ABC's Cavemen: A Savage Identity Politics." *ESSays: Newsletter of the Eastern Sociological Society* 23(2)

Hughey, Matthew W.  Nov 2009. "On Thanksgiving: Why Myths Matter." *Racism Review*

Hughey, Matthew W. Nov 2009. "Von Brunn, Bad Apples, and Hegemonic Whiteness." *Racism Review*

Hughey, Matthew W.  Oct 2009. "The Spectre of Culture." *Remarks: Newsletter of the Section on Racial and Ethnic Minorities, American Sociological Association*

Hughey, Matthew W. May 2009. "Being on the Job Market in Times of Crisis: Helpful Tips from Someone who Survived." *Amalgam: Virginia Interdisciplinary Review* 2(2)

Hughey, Matthew W. Win 2008. "Walking Up-right but not Alright: The Trivialization of Discrimination and Identity Politics in ABC's Cavemen." *Social Problems Forum* 39(1)

Hughey, Matthew W. Oct 2008. (Written under pseudonym). Untitled. *The Chronicle of Higher Education*

Hughey, Matthew W. and Gregory S. Parks. Spring 2008. "The Education of the Black Fraternity and Sorority Advisor, Ten Critiques." *Perspectives*

Hughey, Matthew W. and Gregory S. Parks. Oct 2007. "Measuring Up: Twelve Steps Closer to a Solution on BGLO Hazing." *Essentials: A Publication for the Association of Fraternity Advisors*

Hughey, Matthew W. July 2007. "It's Much More Than Imus! The Industrial, Textual, and Cultural facets of Media Racism." *SSSP Racial and Ethnic Studies Division Newsletter*

Hughey, Matthew W. June 2007. "The 'Raced' Character of the Anna Nicole Smith Saga." *The Griot: The Official Newsletter of the Association of Black Sociologists*

Gregory S. Parks and Matthew W. Hughey. March 2007. "A Bleak Future for Black Greeks." *Black College Wire*

Parks, Gregory S. and Matthew W. Hughey. June 2007. "Broken Bonds: Are Black Greek Organizations Making Themselves Irrelevant?" *Diverse Issues in Higher Education* 24(9)

Hughey, Matthew W. and Gregory S. Parks. Sum 2007. "African American Fraternities and Sororities: A Time For Collaborative Action." *AURORA: The Official Organ of Sigma Gamma Rho Sorority, Inc.*

Hughey, Matthew W. Win 2006.  "Still the Dark Continent? African Images in U.S.

Mainstream Media." *PRIDE* 2(1)

Hughey, Matthew W. Win 2006. "Bennett on Crime and Race: A Different Dance, But the Same Song." *Remarks: Newsletter of the Section on Racial and Ethnic Minorities, American Sociological Association* 12

Hughey, Matthew W. Fall 2005. "The Geo-Politics of Subjectivity and Praxis: The Inheritance of Guevarian Methodology." *CASAzine* No 2

Hughey, Matthew W. April 2003. "In My Own Words: Cultural Studies the Anti-Discipline." *Athenaeum: Ohio's Education Annual*

Hughey, Matthew W. June 2002. "The Educational and Spiritual Legacy of the Black Panther Party." *Black Voices*

Encyclopedia Entries

Gonzalez-Lesser, Emma and Matthew W. Hughey. 2019. "Race and Elite Spaces." *Encyclopedia of Sociology (2nd ed.)* G. Ritzer (ed.). Wiley-Blackwell

Goss, Devon R. and Matthew W. Hughey. 2017. "Racialization." *The Encyclopedia of Social Theory*, B. S. Turner, C. Kyung-Sup, C. F. Epstein, P. Kivisto, J. M. Ryan, and W. Outhwaite (eds.). Wiley-Blackwell

Hughey, Matthew W. and Rhys Hall. 2017. "Commentary: African Americans and the Oscars." *The American Mosaic: The African American Experience.* ABC-CLIO

Gonzalez-Sobrino, Bianca and Matthew W. Hughey. 2016. "Colorism" and "Passing." *People of Color in the United States: Contemporary Issues in Education, Work, Communities, Health, and Immigration.* K Lomotey, P. B. Jackson, M. Adem, P. X. Ruf, V. C. Copeland, A. Huerta, N. Iglesias-Prieto, and D. L. Brown (eds.). Greenwood Press

Goss, Devon R. and Matthew W. Hughey. 2016. "Religion" and "Discrimination." *People of Color in the United States: Contemporary Issues in Education, Work, Communities, Health, and Immigration.* K Lomotey, P. B. Jackson, M. Adem, P. X. Ruf, V. C. Copeland, A. Huerta, N. Iglesias-Prieto, and D. L. Brown (eds.). Greenwood Press

Rosino, Michael and Matthew W. Hughey. 2016. "Media Depictions" and "Hate Crimes." *People of Color in the United States: Contemporary Issues in Education, Work, Communities, Health, and Immigration.* K Lomotey, P. B. Jackson, M. Adem, P. X. Ruf, V. C. Copeland, A. Huerta, N. Iglesias-Prieto, and D. L. Brown (eds.). Greenwood Press

Spencer, Deronta and Matthew W. Hughey. 2016. "Micro-Aggressions" and "Acting White." *People of Color in the United States: Contemporary Issues in Education, Work, Communities, Health, and Immigration.* K Lomotey, P. B. Jackson, M. Adem, P. X. Ruf, V. C. Copeland, A. Huerta, N. Iglesias-Prieto, and D. L. Brown (eds.). Greenwood Press

Gonzalez-Lesser, Emma and Matthew W. Hughey. 2016. "Antiracist and Civil Rights

Movements." *Encyclopedia of Gender and Sexuality Studies*, N. Naples (ed.). Wiley-Blackwell

Hughey, Matthew W.  2016. "Caucasian." *The Wiley-Blackwell Encyclopedia of Race, Ethnicity and Nationalism.* J. Stone, R. Dennis, P. Rizova, A. Smith, and X. Hou (eds.). Hoboken, NJ: Wiley-Blackwell

Gonzalez-Sobrino, Bianca and Matthew W. Hughey. 2014. "Blanquemiento," "Magical Negro Films," "Narrowcasting," and "White Savior Films." *Race and Racism in the United States: An Encyclopedia of the American Mosaic.* C. Lippard and C. Gallagher (eds.). Independence, KY: Gale Publishing

Gardner, Sheena and Matthew W. Hughey. 2014. "Beauty Standards", "Blackface", "Blepharoplasty," Good Hair", and "Skin Lightening in America and around the World." *Race and Racism in the United States: An Encyclopedia of the American Mosaic.* C. Lippard and C. Gallagher (eds.). Independence, KY: Gale Publishing

Hughey, Matthew W. and Sheena Gardner. 2012. "Scholarship: Social Sciences." *International Encyclopedia of Race and Racism, 2nd ed.* P. L. Mason (ed.). Macmillan Reference

Hughey, Matthew W. 2012. "Fraternities, Sororities, and Diversity." *Encyclopedia of Diversity in Education.* J. A. Banks (ed.). Thousand Oaks, CA: Sage Press

Hughey, Matthew W. 2008. "Bootstrap Theory," "Riots," "Sanctuary Movement," "Social Constructionist Theory," "Theory." *The Encyclopedia of Social Problems, Vols. 1 and 2.* V. N. Parrillo (ed.). Thousand Oaks, CA: Sage Press

Hughey, Matthew W. 2008. "Fraternities and Sororities," "Stokely Carmichael," "Huey P. Newton." *Encyclopedia of Race, Ethnicity, and Society, Vols. 1 and 2.* R. Schaefer (ed.). Thousand Oaks, CA: Sage Press

Hughey, Matthew W. 2006. "Alain LeRoy Locke," "The 1992 Los Angeles Riots," "Huey P. Newton." *An Encyclopedia of American Race Riots.* W. Rucker and J. U. Upton (eds.). Westport, CT: Greenwood Press

Hughey, Matthew W. 2005. "Huey P. Newton." *An Encyclopedia of African American Literature.* H. Ostrom & J. Macey Jr. (eds.). Westport, CT: Greenwood Press, 1219-1221

## Grants

Co-PI (w/ Emma Gonzalez-Lesser). 2020. "Racialized Media: The Design, Delivery, and Decoding of Race and Ethnicity." Scholarship Facilitation Fund, University of Connecticut ($1,280) (accepted)

Co-PI (w/ David G. Embrick). 2017. "Physical, Social, and Health Consequences of Racial Microaggressions." Office of Public Engagement Seed Grants for Community-Engaged Health Research, Institute for Collaboration on Health, Intervention, and Policy

(InCHIP), University of Connecticut ($15,000) (unfunded)

Co-PI (w/ David G. Embrick). 2016. "Everyday Racial Microaggressions: Are There Significant Differences between How African Americans and Black Immigrants Understand, React, and/or Cope with Racial Microaggressions in the US?" Research Excellence Program Grant, Office of Vice President for Research (OVPR), University of Connecticut ($49,000) (unfunded)

Co-PI (w/ David G. Embrick). 2016. "Initial Survey and Narrative Interview Data on Comparative African Americans and Black Immigrant Microaggressions." Advancement of the Discipline Grant, American Sociological Association and National Science Foundation ($6,377) (unfunded)

Co-PI (w/ Victor Ray and Louise Seamster). 2014. "No Vacancy: Discrimination in an Online Rental Market." Advancement of the Discipline Grant, American Sociological Association and National Science Foundation ($6,270) (accepted)

PI. 2014. American Sociological Association Travel Award Grant (SES-1345594). National Science Foundation ($1,500) (accepted)

PI. 2014. "Strengthening Qualitative Research through Methodological Innovation and Integration." National Science Foundation Grant ($657,283) (unfunded)

PI. 2013. "The White Savior Film: Content, Critics, and Community." Small Faculty Grant, University of Connecticut ($1,500) (accepted)

Co-PI (w/ Jessie Daniels). 2010. "Discourse Analysis of Racism in Online Comments at Mainstream U.S. News Sites and Political Blogs." Civic Discourse and the Public Sphere Grant, Duke University ($2,450) (accepted)

PI. 2009. Student Forum Travel Grant, American Sociological Association ($500) (accepted)

Co-PI (w/ Christina Berry). 2004. "Driving Patriotism: US flag display post 9/11." Double Hoo Research Grant, University of Virginia ($8,000) (declined)

Film Reviews

Hughey, Matthew W. 2021. "Southern Discomfort: Private Property and Public Defenders: A Review of Old South and Gideon's Army." *Films for the Feminist Classroom* 11(1)

Hughey, Matthew W. 2013. "Slavery, Emancipation, and the Great White Benefactor: A Review of Lincoln and Django Unchained." *Humanity & Society* 37(4): 351-53

Book Reviews

Hughey, Matthew W. Forthcoming. <u>The Religion of White Rage: Religious Fervor, White Workers and the Myth of Black Racial Progress</u> by S. C. Finley, B. M. Gray, and L. L. Martin in *Terrorism & Political Violence*

Hughey, Matthew W. Forthcoming. <u>Race Against Time: A Reporter Reopens the Unsolved Murder Cases of the Civil Rights Era</u>, by J. Mitchell in *Terrorism & Political Violence*

Hughey, Matthew W. Forthcoming. <u>Trash Talk: Anti-Obama Lore and Race in the Twenty-First</u> Century by P. A. Turner in *Ethnic and Racial Studies Review*

Hughey, Matthew W.  Forthcoming. <u>Freedom Now! Forgotten Photographs of the Civil Rights Struggle</u> by M. A. Berger in *Ethnic and Racial Studies Review*

Hughey, Matthew W.  Forthcoming. <u>A Cultural History of Race: Volumes 1-6</u>, by M. Turda in *Ethnic and Racial Studies Review*

Hughey, Matthew W.  2022. "More than Metaphors: Will Sociology Search for the Soul of Du Bois? (A Review of W. E. B. Du Bois's *Prayers for Dark People*)."  *Sociological Forum* 37(2): 647-652

Hughey, Matthew W. 2022. <u>Whiteness Interrupted: White Teachers and Racial Identity in Predominantly Black Schools</u> by Marcus Bell in *Social Forces*

Hughey, Matthew W.  2022. <u>Whitelash: Unmasking White Grievance at the Ballot Box</u> by T. Smith in *Ethnic and Racial Studies Review* 45(3)

Hughey, Matthew W. 2020. <u>Black Cultural Production after Civil Rights</u> by R. J. Patterson in *Ethnic and Racial Studies Review* 43(13):2469-2471

Hughey, Matthew W. 2020. <u>The Class Ceiling: Why It Pays to be Privileged</u> by S. Friedman and D. Laurison in *American Journal of Sociology* 125(5):1416-1418

Hughey, Matthew W. 2020. <u>Myths America Lives By: White Supremacy and the Stories That Give Us Meaning</u> by R. T. Hughes in *Ethnic and Racial Studies Review* 43(8):1517-1519

Hughey, Matthew W. 2020. <u>Bring the War Home The White Power Movement and Paramilitary America</u> by K. Belew in *Politics, Religion & Ideology* 21(1):146-47

Hughey, Matthew W. 2020. <u>The Hollywood Jim Crow: The Racial Politics of the Movie Industry</u> by M. Erigha in *Journal of American Ethnic History* 39(2):112-13

Hughey, Matthew W. 2020. <u>Divine Variations: How Christian Thought became Racial Science</u> by T. Keel in *Ethnic and Racial Studies Review* 43(3):556-568

Hughey, Matthew W. 2019. <u>Lady Liberty's Shadow: The Politics of Race and Immigration in New Jersey</u> by R. M. Rodriguez in *American Journal of Sociology* 124(4):1289-91

Hall, Rhys and Matthew W. Hughey. 2017. <u>Elite White Men Ruling: Who, What, When, Where, and How</u> by J. Feagin and K. Ducey in *Men & Masculinities* 20(5):631-33

Hughey, Matthew W. 2017. <u>House Full: Indian Cinema and the Active Audience</u> by L. Srinivas in *American Journal of Sociology* 123(2):642-44

Gonzalez-Sobrino, Bianca and Matthew W. Hughey.  2017. <u>Beyond Hate: White Power and Popular Culture</u> by C. R. King and D. J. Leonard in *The Journal of Hate Studies* 13(1):187-90

Jackson, Carol Ann and Matthew W. Hughey. 2017. <u>Race and the Origins of American American Neoliberalism</u> by R. Hohle in *Ethnic and Racial Studies Review* 40(3) 548-50

Hughey, Matthew W. 2016. <u>Race on the Move: Brazilian Migrants and the Global Reconstruction of Race</u> by T. Joseph in *Contemporary Sociology* 45(4):464-66

Rosino, Michael and Matthew W. Hughey. 2016. <u>Demonizing a President: The "Foreignization" of Barack Obama</u> by M. A. Parlett in *American Review of Politics* 35(2)

Jackson, Carol Ann and Matthew W. Hughey. 2016. <u>Mythologizing Black Women: Unveiling White Men's Deep Frame on Race and Gender</u> by B. Slatton in *Critical Sociology* 42(6): 923-25

Gonzalez-Lesser, Emma and Matthew W. Hughey.  2016. <u>Black Masculinity in the Obama Era</u> by W. Hoston in *The Social Science Journal* 53(3):382-83

Rosino, Michael and Matthew W. Hughey.  2016. <u>The Struggle for Black Freedom in Miami Civil Rights and Americas Tourist Paradise, 1896-1968</u> by C. N. Rose in *Ethnic and Racial Studies Review* 39(8):1536-38

Hughey, Matthew W. 2016. <u>Beneath the Surface of White Supremacy: Denaturalizing U.S. Racisms Past and Present</u> by M. Jung in *American Journal of Sociology* 121(5):1630-32

Gonzalez-Lesser, Emma and Matthew W. Hughey. 2016. <u>Getting Away with Murder: The Twentieth-Century Struggle for Civil Rights in the U.S. Senate</u> by V. A. Holloway in *Ethnic and Racial Studies Review* 39(3):522-24

Hughey, Matthew W. 2016. <u>The Hip-Hop Generation Fights Back: Youth, Activism, and Post-Civil Rights Politics</u> by A. Clay in *Contemporary Sociology* 45(1):32-33

Hughey, Matthew W.  2015. <u>Beneath the Surface of White Supremacy: Denaturalizing U.S. Racisms Past and Present</u> by M. Jung in *Choice Reviews*

Hughey, Matthew W. 2015. <u>Identity: Sociological Perspectives (2nd ed.)</u> by S. Lawler in *International Sociology Review of Books* 30(5): 510-12

Hughey, Matthew W. 2015. <u>The Silent Sex: Gender, Deliberation, and Institutions</u> by C. F. Karpowitz and T. Mendelberg; <u>Social Inequality and Social Stratification in US</u>

Society by C. B. Doob; Recognizing Race and Ethnicity: Power, Privilege, and Inequality by K. J. Fitzgerald in *Humanity and Society* 39(2):254-60

Goss, Devon R. and Matthew W. Hughey. 2015. All Men Free and Brethren: Essays on the History of African American Freemasonry by P. Hinks and S. Kantrowitz in *Ethnic and Racial Studies Review* 38(3): 495-96

Gonzalez-Sobrino, Bianca and Matthew W. Hughey. 2015. White Race Discourse: Preserving Racial Privilege in a Post-Racial Society by J. Foster in *Ethnic and Racial Studies Review* 38(3): 493-95

Hughey, Matthew W. 2014. Racial Ambivalence in Diverse Communities: Whiteness and the Power of Color-Blind Ideologies by M. A. Burke in *Contemporary Sociology* 43(6): 835-37

Hughey, Matthew W. 2014. Racing for Innocence: Whiteness, Gender, and the Backlash Against Affirmative Action by J. L. Pierce in *Contemporary Sociology* 43(3): 405-07

Hughey, Matthew W. 2014. We Will Shoot Back: Armed Resistance in the Mississippi Freedom Movement by A. K. Umoja in *Ethnic and Racial Studies Review* 37(5): 895-97.

Hughey, Matthew W. 2013. From Jim Crow to Jay-Z: Race, Rap, and the Performance of Masculinity by M. White in *Men and Masculinities* 16(3): 369-71

Hughey, Matthew W. 2013. Whiteness and Social Change: Remnant Colonialisms and White Civility in Australia and Canada by C. Salter in *Ethnic and Racial Studies* 36(6): 1110

Hughey, Matthew W. 2013. At the Defining Moment: Barack Obama's Presidential Candidacy and the New Politics of Race by E. Logan in *Cultural Sociology* 7(1): 101-02

Hughey, Matthew W. 2012. The Price of Progressive Politics: The Welfare Rights Movement in an Era of Colorblind Racism by R. Ernst in *Ethnic and Racial Studies* 35(10): 1834-35

Hughey, Matthew W. 2012.  Reply to Alan Sica's "B.T. Washington and R.E. Park Find The Man Farthest Down." *Contemporary Sociology* 41(6): 713-14

Hughey, Matthew W. 2012. The Warmth of Other Suns: The Epic Story of America's Great Migration by I. Wilkerson in *Contemporary Sociology* 41(3): 380-81

Hughey, Matthew W. 2012. Race for Citizenship: Black Orientalism and Asian Uplift from Pre-Emancipation to Neoliberal America by H.H. Jun in *Ethnic and Racial Studies* 35(3): 547-49

Hughey, Matthew W. 2012. The Myth of Post-Racial America: Searching for Equality in the Age of Materialism by H. Roy Kaplan in *Contemporary Sociology* 41(1): 93-94

Vasquez, Lauren and Matthew W. Hughey. 2011. Latino Spin: Public Image and the

Whitewashing of Race by A. Dávila in *Critical Race and Whiteness Studies* 7

Hughey, Matthew W. 2010. Spectacular Blackness: The Cultural Politics of Black Power Movement and the Search for a Black Aesthetic by A. Ongiri in *Ethnic and Racial Studies* 33(10): 1846-48

Hughey, Matthew W. 2010. Screens Fade to Black: Contemporary African American Cinema by D.J. Leonard in *Souls: A Critical Journal of Black Politics, Culture and Society* 12(3): 309-11

Hughey, Matthew W. 2010. Black Bodies, White Gazes: The Continuing Significance of Race by G. Yancy in *Ethnic and Racial Studies* 33(7): 1281-83

Hughey, Matthew W. 2010. The Music Has Gone Out of the Movement: Civil Rights and the Johnson Administration 1965-1968 by D.C. Carter in *Ethnic and Racial Studies* 33(6): 1132-33

Hughey, Matthew W. 2010. Listen to the Lambs by J. Otis and G. Lipsitz in *Ethnic and Racial Studies* 33(5): 905-07

Hughey, Matthew W. 2009. White Logic, White Methods: Racism and Methodology by E. Bonilla-Silva and T. Zuberi in *Ethnic and Racial Studies* 32(4): 752-53

Hughey, Matthew W. 2009. The White Pacific: U.S. Imperialism and Black Slavery in the South Seas after the Civil War by G. Horne in *Western Journal of Black Studies* 33(4): 297-98

Hughey, Matthew W. 2008. Going Down Jericho Road: The Memphis Strike, King's Last Campaign by M. K. Honey in *Ethnic and Racial Studies* 31(7): 1343-44

Hughey, Matthew W. 2008. Battling the Plantation Mentality: Memphis and the Black Freedom Struggle by L. B. Green in *Ethnic and Racial Studies* 31(6): 1170-72

Hughey, Matthew W. 2008. Many Minds, One Heart: SNCC's Dream for a New America by W. C. Hogan in *Ethnic and Racial Studies* 31(2): 433-34

Hughey, Matthew W. 2007. Critical Race Theory in Education: All God's Children Got a Song by A. D. Dixson and C. K. Rousseau in *Souls: A Critical Journal of Black Politics, Culture and Society* 9(4): 369-72

Hughey, Matthew W. 2007. From Black Power to Hip Hop: Racism, Nationalism, and Feminism by P. Hill Collins in *Souls: A Critical Journal of Black Politics, Culture and Society* 9(2): 187-89

Hughey, Matthew W. 2007. Check It While I Wreck It: Black Womanhood, Hip-Hop Culture, and the Public Sphere by G. D. Pough in *Journal of International Women's Studies* 8(4): 151-53

Hughey, Matthew W. 2007. <u>Not Quite White: White Trash and the Boundaries of Whiteness</u> by M. Wray in *Virginia Quarterly Review* 83(2): 292-303

Hughey, Matthew W. 2007. <u>The Meaning of Whitemen</u> by I. Bashkow in *Virginia Quarterly Review* 83(1): 295-302

Hughey, Matthew W. 2006. <u>The Emperor's New Clothes: Biological Theories of Race at the Millennium</u> by J. L. Graves in *International Research Journal of Arts and Humanities* 34: 144-50

Hughey, Matthew W. 2006. <u>Critical Social Theory in the Interest of Black Folks</u> by L. T. Outlaw, Jr. in *Souls: A Critical Journal of Black Politics, Culture and Society* 8(4): 81-83

Hughey, Matthew W. 2006. <u>Huey: Spirit of the Panther</u> by D. Hilliard in *Souls: A Critical Journal of Black Politics, Culture and Society* 8(3): 207-10

Hughey, Matthew W. 2006. Populorica by M. J. Smith and P. J. Kiger in *Journal of Popular Culture* 39(6): 1098-99

Hughey, Matthew W. 2006. <u>Living for the Revolution: Black Feminist Organizations, 1968-1980</u> by K. Springer in *Canadian Journal of Sociology*

Hughey, Matthew W. 2004. <u>The Emperor's New Clothes: Biological Theories of Race at the Millennium</u> by J. L. Graves in *Education Review*

Hughey, Matthew W. 2003. <u>Huey P. Newton: The Radical Theorist</u> by J. L. Jeffries in *Education Review*

## Invited Book and Film Endorsements

*Hazing* (film) by Bryon Hurt, Public Broadcasting Service, 2022

*Practical Symbolic Interactions in the Shrine of the South: Conversations with a Damn Yankee* by John Cataldi, Rowman & Littlefield, 2022

*An American Legacy: Racism, Xenophobia, and White Supremacy* by David R. Morse, Paramount Market Publishing, 2020

*White Masculinity in Crisis in Hollywood's Fin de Millennium Cinema* by Pete Deakin, Lexington Books, 2020

*African American History: The Untold Stories* by Yvette Long, Platinum Minds Publishing, 2020

*The Intersections of Whiteness* by Evangelia Kindinger and Mark Schmitt, Routledge, 2019

*Pop Culture Freaks: Identity, Mass Media, and Society* by Dustin Kidd, Taylor and Francis, 2018

*Divided We Stand: Racism in America from Jamestown to Trump* by David R. Morse, Paramount Market Publishing, 2017

*Poison in the Ivy: Race Relations and the Reproduction of Inequality on Elite College Campuses* by W. Carson Byrd, Rutgers University Press, 2017

*Algorithms of Oppression: Race, Gender, and Representation in the Age of Digital Information* by Safiya U. Noble, New York University Press, 2017

*Systemic Racism: Making Liberty, Justice, and Democracy Real* edited by Ruth Thompson-Miller and Kimberley Ducey, Routledge, 2017

*Geisha of a Different Kind: Race and Sexuality in Gaysian America* by C. Winter Han, New York University Press, 2015

*Recognizing Race and Ethnicity: Power, Privilege, and Inequality* by Kathleen J. Fitzgerald, Westview Press, 2014

*The White Racial Frame: Centuries of Racial Framing and Counter-Framing (2nd ed)* by Joe R. Feagin, Routledge, 2013

*Yes We Can? White Racial Framing and the 2008 Presidential Campaign (2nd ed.)* by Adia Harvey-Wingfield and Joe R. Feagin, Routledge, 2013

## Invited Talks

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology."  Department of Sociology, University of Surrey, Surrey, England, 2022

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology."  Department of British and American Studies, TU Dortmund, Dortmund, Germany, 2022

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology."  The W. E. B. Du Bois Lecture Series, Humboldt-Universität zu Berlin, Berlin, Germany, 2022

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology." Department of Sociology and RACE.ED, University of Edinburgh, Edinburgh, Scotland, 2022

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology." Department of Sociology, University of Aberdeen, Aberdeen, Scotland, 2022

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology." Department of Sociology, University of Glasgow, Glasgow, Scotland, 2022

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology." Department of Sociology, University of Exeter, Exeter, England, 2022

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology." Department of Sociology, University of York, Heslington, England, 2022

"How Blackness Matters in White Lives: Behind the Veil of New England Progressivism." Center for Learning in Retirement, University of Connecticut, Storrs, CT, 2021

"White Bound: Nationalists, Antiracists, and the Meanings of Race." Department of Anthropology and Sociology, North Central Michigan College, 2021

"What is Race? Five Dimensions of Race-Making." The British Cultural Studies Reading Group,  TU Dortmund, Dortmund, Germany (cancelled, COVID), 2020

"Du Bois's Darkwater: Intellectual Production, Racial Prophecy, and Sociological Periphery."  The W. E. B. Du Bois Lecture Series, Humboldt-Universität zu Berlin, Berlin, Germany (cancelled, COVID), 2020

"The White Atlantic: White identity, homophily, and ideology in the US and UK." Department of Sociology, University of Surrey, Guildford, England (cancelled, COVID), 2020

"White Time: How Racial Imagination, Perception, and Context shape Understandings of Time."  Social Psychology Speakers Series, University of Connecticut, Storrs, CT, 2020

"The Souls of White Folk" (1920-2020): A Century of Peril and Prophecy." The British Cultural Studies Reading Group,  TU Dortmund, Dortmund, Germany, 2020

"White Bound: Nationalists, Antiracists, and the Meanings of Race." Department of British and American Studies, TU Dortmund, Dortmund, Germany, 2019

"The Souls of White Folk" (1920-2020): A Century of Peril and Prophecy." Department of British and American Studies, TU Dortmund, Dortmund, Germany, 2019

 "Black Comedy as Racial Fetish and Critical Sociology" Department of British and American Studies, TU Dortmund, Dortmund, Germany

"Colour-Blindness and Anti-Blackness: Lessons from American Racism," SOAS London.  London, England, 2019

"White Racial Identity, Racist and Anti-Racist Organisations." Department of Sociology, Trinity College-Dublin, Dublin, Ireland, 2018

"Time is of the Essence: Racial Essentialism and White Temporality." University of Warwick, Coventry, England, 2018

 "White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Rights and Justice Research Group, University of Nottingham, Nottingham, England, 2018

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." University of Warwick, Coventry, England, 2018

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." University of Cambridge, Cambridge, England, 2018

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." University of Sheffield, South Yorkshire, England, 2018

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." University of Manchester, Manchester, England, 2018

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Canterbury Christ Church University, Canterbury, England, 2018

The Inaugural Jon H. Rieger Speaker Series. "That Thing Called Race: A Modern Sociological Dilemma." Department of Sociology, University of Louisville, Louisville, KY, 2018

The Annual Steiglitz Lecture. "White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." College of Wooster, Wooster, OH, 2018

Outstanding Sociology Opportunity Invited Talk.   "White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Baylor University, Waco, TX, 2018

"Make America White Again? The Racial Reasoning of American Nationalism." Department of Sociology and Africana Studies.  College of the Holy Cross, Worcester, MA. 2017

"Race and Racism in the Post-Obama Era of Trump."  Department of Sociology, Trinity College, Hartford, CT, 2017

"What Could White Supremacists and Anti-Racists Have in Common? An Ethnographic Study." Department of English, Cornell University, Ithaca, NY, 2017

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, CUNY-Hunter, New York, NY, 2017

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Housatonic Community College, Bridgeport, CT, 2017

"Whither Whiteness? From the Kerner Commission to the Post-Obama Era (1968-2018)." The Russell Sage Foundation, New York, NY, 2017

"Facing Fascism: How did we get here?"  The Woolly Mammoth Theatre, Washington, DC, 2017

"American Sociology, Race Theory, and Where We're (not) Going." The Race and Rights Reading Group, University of Nottingham, Nottingham, England, 2017

"Justice, Academic Freedom, and White Supremacy." The Universalist Church of West Hartford, Hartford, CT, 2017

"Time and Power (Putting the 2016 Election in Perspective)."  St. Stephen and the Incarnation Episcopal Church, Washington, DC, 2017

"Truth & Lies: Race, Media, and Politics." The Critical Race Initiative and the Parren Mitchell Symposium, University of Maryland, College Park, MD, 2017

Invited Panelist. Presidential Panel on Trumpism. Annual Meetings of the Pacific Sociological Association, Portland, OR, 2017.

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Reed College, Portland, OR, 2017

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Working Group on Race, UCLA, Los Angeles, CA, 2017

"White Time." Social Research Institute and RacismLab, University of Michigan, Ann Arbor, MI, 2017

"Make America White Again?  The Racial Reasoning of American Nationalism." Structural Racism and the Root Causes of Prejudice symposium, The Bahá'í Chair for Peace, University of Maryland, College Park, MD, 2017

Keynote Address.  Dr. Martin Luther King, Jr. Prayer Breakfast, Living Faith United Methodist Church, Putnam, CT, 2017

"Racial Realities and Racial Talk: Bridging the Gap."  New York City Bahá'í Center.  New York, NY, 2016

(with Menaka Kannan and Wynton St. Claire).  "Blackness and the Bahá'í Faith."  New York City Bahá'í Center.  New York, NY, 2016

"Time is of the Essence: Racial Essentialism and White Temporality." Columbia University, New York, NY, 2016

"Racializing Redemption: The Content and Characters of White Savior Films." University of Michigan, Ann Arbor, MI, 2016

"Time is of the Essence: Racial Essentialism and White Temporality."  SUNY Stony Brook, Stony Brook, NY, 2016

"Make    America    ~~White~~ Great    Again:    The    National    Logic    of    White Supremacy." Mississippi State University, Starkville, MS, 2016

"Make America ~~White~~ Great Again: The Logic of Race from Ozawa and The Dixiecrats to Fisher and The Donald." The Charles Phelps Taft Memorial Lecture, University of Cincinnati, Cincinnati, OH, 2016

"Part I: The Ethics of Race, Social Science, and the American (and Global) Imagination: Origin and Foundation." University of the Free State, Bloemfontein, South Africa, 2016

"Part II: The Ethics of Race, Social Science, and the American (and Global) Imagination: Contemporary Dilemmas." University of the Free State, Bloemfontein, South Africa, 2016

"Part III: The Ethics of Race, Social Science, and the American (and Global) Imagination: The Return of White Supremacist Science and Culture." University of the Free State, Bloemfontein, South Africa, 2016

"Slurred Lines." NAACP and Phi Beta Sigma Fraternity, Inc, University of Connecticut, Storrs, CT, 2016

"Public Policy and Urban Education Reform: Solutions." The Urban Ethnography Conference, Yale University, New Haven, CT, 2016

"A Complex Superiority? North American and European Narratives of White Male Alienation." Hazel Dick Leonard Interdisciplinary Symposium on Gender, Simmons College, Boston, MA, 2016

"A Level Playing Field?  Zombie Theories of Athletics, Genetics, and Race in Mainstream Global Media."  Department of Sociology, Grinnell College, Grinnell, IA, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." African American Studies Program, University of Iowa, Iowa City, IA, 2015

"White Bound? Nationalists, Antiracists, and Beyond: The Shared Meanings of Race." Western New England University, Springfield, MA, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Ethnography Workshop, University of Texas - Austin, Austin, TX, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Dean's Distinguished Lecture Series, University of Texas - San Antonio, San Antonio, TX, 2015

"Racializing Redemption: The 'White Savior Film' in Contemporary Culture." Department of Sociology, Texas A&M University, College Station, TX, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Sam Houston State University, Huntsville, TX, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Rice University, Houston, TX, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Bellarmine University, Louisville, KY, 2015

"The Wrongs of the Right: Language, Race, and Politics in the Age of Obama." University of Louisville, Louisville, KY, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Kenyon College, Gambier, OH, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Anthropology, and Social Work, Massachusetts College of Liberal Arts, North Adams, MA, 2015

"The White Savior Film: Content, Critics, and Consumption." Department of Sociology, Anthropology, and Social Work, Massachusetts College of Liberal Arts, North Adams, MA, 2015

"The University of Oklahoma Video and the Problem Fraternities Can't Fix Themselves," Southeastern Louisiana University, Hammond, LA, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Northern Illinois University, DeKalb, IL, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, University of Illinois-Chicago, Chicago, IL, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Roosevelt University, Chicago, IL, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Dominican University, Chicago, IL, 2015

"Selma, the Voting Rights Bill, and Failure(s) of the Southern Social Movement." First Unitarian Church of Chicago, Chicago, IL, 2015

Keynote Address. "Tales of sound and fury, signifying nothing, anything, or something? Contemporary Ethnography and the Place of Race and Racism." 17th Annual Chicago Ethnography Conference.  Loyola University-Chicago, Chicago, IL, 2015

"Author Meets Critics: Urban Nightlife: Entertaining Race, Class, and Culture in Public Space by Reuben May." Annual Meetings of the Southern Sociological Association. New Orleans, LA, 2015

"Author Meets Critics: The White Savior Film by Matthew Hughey." Annual Meetings of the Southern Sociological Society.  New Orleans, LA, 2015

"Author Meets Critics: The White Savior Film by Matthew Hughey." Annual Meetings of the Eastern Sociological Society.  New York, NY, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Center for African American Studies; Department of Sociology, Princeton University, Princeton, NY, 2015

"Whiteness Across Contexts: Racists, Antiracists, and Thinking Beyond Binaries." Center for African American Studies, Princeton University, Princeton, NY, 2015

"Race in the 'Post-Racial' United States: From Jim Crow to the New Racism."  CLAS College Experience, University of Connecticut, Storrs, CT, 2014

"White Bound?  Color Capital, White Debt, and the Trap of Racial Essentialism." Department of Social Psychology, University of Connecticut, Storrs, CT, 2014

"Author Meets Critics: The White Savior Film by Matthew Hughey." Annual Meetings of the Association for Humanist Sociology. Cleveland, OH, 2014

Keynote Address. "The Bad, the Worse, and the Ugly Structure: Race, Racial Profiling, and Racial Power." Meeting of the Minds: Ferguson and US, Yale Black Graduate Student Network.  Afro-American Cultural Center, Yale University, New Haven, CT, 2014

"Forum on Race, Racism, and Ferguson, Missouri."  Africana Studies Institute, University of Connecticut, Storrs, CT, 2014

"The White Savior Film: Content, Critics, and Consumption."  University of Connecticut, The UCONN Co-Op Book Store at Storrs Center, Storrs, CT, 2014

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Urban Ethnography Project Workshop, Yale University, New Haven, CT, 2014

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." The Swedish Network of Critical Race and Whiteness Studies, Swedish Research Council for Health, Working Life and Welfare, Stockholm, Sweden, 2014

"Racializing Redemption: The White Savior Film in Contemporary Culture." Department for Studies of Social Change and Culture, Linköpings universitet, Linköping, Sweden, 2014

"The White Savior Film: Content, Critics, and Consumption."  College of Arts and Sciences, Millsaps College, Jackson, MS, 2014

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Trinity College, Hartford, CT, 2014

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Critical Race Theory Series, Dusquesne University, Pittsburgh, PA, 2014

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, University of Pittsburgh, Pittsburgh, PA, 2014

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  College of Liberal Arts and Sciences, Connecticut College, New London, CT, 2014

"Beyond the Pale: Pedagogical Strategies for Addressing Assumptions about Race and Whiteness."  Workshop on Racial Diversity and Inequality. College of Liberal Arts and Sciences, Connecticut College, New London, CT, 2014

"Author Meets Critics: Paying for the Party: How College Maintains Inequality by Elizabeth Armstrong and Laura Hamilton."  Annual Meetings of the Eastern Sociological Association.  Baltimore, MD, 2014

"Author Meets Critics: Body and Soul by Alondra Nelson." Annual Meetings of the Association for Humanist Sociology.  Arlington, VA, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  The Critical Race Initiative, the Culture Lab, and the Social Psychological Brown Bag Series, University of Maryland, College Park, MD, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Workshop on Migration, Ethnicity, Race, and Nation, Stanford University, Palo Alto, CA, 2013

"Racializing Redemption: Narratives of 'Magical Negro' and 'White Savior' Cinema." The Center for Research on Race and Ethnicity in Society, Indiana University, Bloomington, IN, 2013

"The White Savior Film: Content, Critics, and Consumption." Department of Sociology, Simmons College, Boston, MA, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Boston University, Boston, MA, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Virginia Tech, Blacksburg, VA, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Loyola University-N.O., New Orleans, LA, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Department of Sociology, Temple University, Philadelphia, PA, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Emory University, Atlanta, GA, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Phi Beta Sigma Fraternity, Inc.; Department of Sociology; Office of Multicultural Affairs, University of North Carolina at Greensboro, Greensboro, NC, 2013

"White Bound: The Structuring Force of Racial Meanings on White Behavior." Malaprops Bookstore and Cafe, Asheville, NC, 2013

"The Binding Force of Racial Ideals on White Behavior and Beliefs." Firestorm Cafe & Books, Asheville, NC, 2012

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, University of Connecticut, Storrs, CT, 2012

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Tufts University, Medford, MA, 2012

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Loyola University-Chicago, Chicago, IL, 2012

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, University of Mississippi, Oxford, MS, 2012

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Fairfield University, Fairfield, CT, 2012

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Racial and Ethnic Studies Institute and Department of Sociology, Texas A&M University, College Station, TX, 2012

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." RACE Workshop and Department of Sociology, Duke University, Durham, NC, 2012

"Racial Inequalities and Responses: Toward Pragmatic Inspiration." Los Angeles Bahá'í Center, Los Angeles, CA, 2011

"Great Expectations." Summer Transition Program, University of Virginia, Charlottesville, VA, 2010

"Seeing Race: Marked and Unmarked Bodies." Summer Transition Program, University of Virginia, Charlottesville, VA, 2010

"Beyond the White Culture Wars: The Conceptual Framework of 'Hegemonic Whiteness'." Mississippi State University, College of Arts and Sciences Research Showcase, Starkville, MS, 2009

"Racial Identity and Diversity." Division of Student Affairs, Leadership 2009, University of Virginia, Charlottesville, VA, 2009

"Epidermal Capital, White Debt, and the Shared Economy of Racial Meaning." Department of Sociology, University of Toronto, Toronto, ON, 2008

"White Guise: Epidermal Capital, White Debt, and the Shared Economy of Racial Meaning." Department of Sociology, Case Western Reserve University, Cleveland, OH, 2008

"The Politics of Hyper-Incarceration: Capital, Bodies, and Power." Amnesty International, Charlottesville, VA, 2008

"Black Greek-Letter Organizations, Racism, and the Politics of Multiculturalism." Office of Diversity, Alain Leroy Locke Lecture Series, Susquehanna University, Selinsgrove, PA, 2008

"Whiteness, Blackness, and the Prison Industrial Complex." NAACP, University of Virginia, Charlottesville, VA, 2007

"Research and Identity." University Research Network. University of Virginia, Charlottesville, VA, 2007

"Diversity and Justice." North American Family Institute. Baltimore, MD, 2004

Conference Presentations

Invited session: "Taking the Peril out of Publishing: Advice from an Author and Editor." Annual Meeting of the British Society of Criminology, University of Surrey, Surrey, England, 2022

Special Session: "Antiracism in Academia: Ideas and Applications." Annual Meeting of the Society for the Study of Symbolic Interaction, virtual, 2021

"Capitol Under Siege: Community Reflections on the Lawless and Violent Attack on Democracy." Office for Diversity and Inclusion, Human Resources, and Office of the Provost, University of Connecticut, virtual, 2021

"White Space/Time: The Relationship between 'Race', Space, and Time." The City and Complexity – Life, Design and Commerce in the Built Environment, City, University of London, London, England, virtual, 2020

"Mechanisms of Violence: Racial Essentialism in Saviorism and Sorcery." Philosophies of Violence Conference, Dortmund, Germany, 2019

"Constructing Conceptions of Canonical Sociology: How to Conceive, Create, and Circulate a Literature Review." Annual Meetings of the Southern Sociological Society, New Orleans, LA, 2018

(w/ Michael Rosino). "Making Everyday Microaggressions: An Exploratory Experimental Vignette Study on the Presence and Power of Racial Microaggressions." Annual Meeting of the Southern Sociological Society, New Orleans, LA, 2018

"Racial Paradoxes Revisited: A Half-Century in the Wake of the Kerner Commission Report." Annual Meeting of the Southern Sociological Society, New Orleans, LA, 2018

Town Hall: The Discipline is Moribund: Addressing the 2018 ESS Presidential Sessions Controversy. Annual Meeting of the Eastern Sociological Society, Baltimore, MD, 2018

"Dispatches from a White Scholar Behind the (Color)Lines: What's REALLY said about people of color and racism scholarship." Annual Meeting of the Eastern Sociological Society, Baltimore, MD, 2018

"Time is of the Essence: Racial Essentialism and White Temporality" for "Rac(e)ing Time: The Intersection of Temporality, Race, and Inequality." Annual Meeting of the Eastern Sociological Society, Baltimore, MD, 2018

"White Time: How Racialized Perceptions shape White Temporality." Annual Meeting of the Association for Humanist Sociology, Havana, Cuba, 2017

"White Lives Matter? Who (and When) is the White Working Class?" Annual Meeting of the Society for the Study of Symbolic Interactionism, Montreal, Québec. Canada, 2017

(w/ Devon R. Goss). "'With Whom No White Scholar Can Compare': Sociological Interpretations of the Relationship and Influence between W.E.B. Du Bois and Max Weber." 12th Social Theory Forum, University of Massachusetts—Boston, Boston, MA, 2017

Presidential Session: "Addressing the 2016 Presidential Election." Annual Meeting of the Eastern Sociological Society, Philadelphia, PA, 2017

"Author Meets Critics: Black Elephants in the Room by Corey Fields." Annual Meetings of the Eastern Sociological Society, Philadelphia, PA, 2017

(w/ Emma Gonzalez-Lesser). "In the Blood: Jewishness, Biologization, and the Construction of Race and Ethnicity." Annual Meeting of the Eastern Sociological Society, Philadelphia, PA, 2017

(w/ Michael L. Rosino). "The White Pages: A Meta-analysis of Journal Articles on Whiteness." Annual Meeting of the American Sociological Association, Seattle, WA, 2016

"We've Been Framed! A Focus on Identity and Interaction for a Better Vision of Racialized Social Movements." Annual Meeting of the American Sociological Association, Seattle, WA, 2016

"African American Fraternities and Sororities and the Civil Rights Movement." Annual Meetings of the Law and Society Association, New Orleans, LA, 2016

"Anomic and Alienated Fragility: The Generic Processes of White Racial Identity Formation." International Sociological Association, World Forum of Sociology. Vienna, Austria, 2016

"Still the Tragic Mulatto? Manufacturing Multiraciality in Magazine Media, 1961-2011." International Sociological Association, World Forum of Sociology. Vienna, Austria, 2016

"The Common Denominators of White Racial Identity: The Role of Color-Blind Ideology." Summit on New Frontiers in the Study of Colorblind Racism, Bloomington, IL, 2016

(w/ Michael L. Rosino). "The Generic Processes of White Racial Identity Formation: A Sociology of Sociology." Annual Meeting of the Eastern Sociological Society, Boston, MA, 2016

(w/ Devon R. Goss). "Colonizing the Family: International and Transracial Adoption as a Neocolonial Enterprise." Annual Meeting of the Society for the Study of Social Problems, Chicago, IL, 2015

(w/ Bianca Gonzalez-Sobrino) "The Puerto Rican Paradox: The Making of UnAmerican Racial Citizens in the New York Times (1948-1958)." Annual Meeting of the Society for the Study of Social Problems. Chicago, IL, 2015

(w/ Michael L. Rosino and Devon R. Goss). "Profits over People: Media Discourses of Corporate Diversity as 'Good for Business'." Annual Meeting of the Society for the Study of Social Problems. Chicago, IL, 2015

(w/ Devon R. Goss). "A Level Playing Field? Media Constructions of Athletics, Genetics and Race." For "The Practice of Science, Genomics, and Racial and Ethnic Bias," Annual Meetings of the American Sociological Association. Chicago, IL, 2015

(w/ Michael L. Rosino) "Colorblind and Callous Critiques: Racial Discourse and Identity Construction in Mass Mediated Debates on the 'War on Drugs'." Annual Meetings of the American Sociological Association. Chicago, IL, 2015

(w/ Bianca Gonzalez-Sobrino and Emma Gonzalez-Lesser). "On-Demand Diversity? The Meanings of Racial Diversity in Netflix Productions." Annual Meetings of the Eastern Sociological Society. New York, NY, 2015

(w/ Devon R. Goss). "Adoptionalism: Transracial and International Adoption and the Dominance of American Exceptionalism and Neo-Colonialism." Annual Meetings of the Eastern Sociological Society. New York, NY, 2015

(w/ Michael L. Rosino) "Colorblind Critiques: Racial Discourse in Mass Media Debates on the 'War on Drugs'." Annual Meetings of the Eastern Sociological Society. New York,

NY, 2015

"Complex Superiority: A Comparative Analysis of White Alienation in the United Kingdom, United States, and Norway." Annual Meetings of the Association for Humanist Sociology. Cleveland, OH, 2014

(w/ Adam Love). "Racial Discourse on College Football Message Boards." Annual Meetings of the North American Society for the Sociology of Sport. Portland, OR, 2014

(w/ Yasmiyn Irizarry). "Linking White Identity and Racial Attitudes: A Test of 'Hegemonic Whiteness Theory'." Annual Meetings of the American Sociological Association. San Francisco, CA, 2014

"Alienation and the Crisis of White Racial Identity." International Sociological Association - World Congress of Sociology. Yokohama, Japan, 2014

(w/ Reynaldo Anderson and Natalie Tindall). "Sister and Brother Outsiders: The Experience of Lesbian, Gay, and Bisexual Members of Historical Black Fraternities and Sororities." Whose Beloved Community? Black Civil and LGBT Rights Movements: An International Conference. Emory University, Atlanta, GA, 2014

(w/ Gregory S. Parks, Shayne E. Jones, Rashawn Ray, and Jonathan M. Cox). "A Man and a Brother": Intersectionality, Violent Hazing, and the Law." Law as Violence: An Interdisciplinary Conversation Conference. Wake Forest Humanities Institute, Wake Forest Interdisciplinary Performance and the Liberal Arts Center. Wake Forest University, Winston-Salem, NC, 2014

(w/ Bianca González-Sobrino). "Making Criollos: Representations of Puerto Ricans in The New York Times, 1948-1958." Annual Meetings of the Eastern Sociological Association. Baltimore, MD, 2014

"Rave Reviews for Racism: Critics' Evaluation of "White Savior Films."  Annual Meetings of the Eastern Sociological Association. Baltimore, MD, 2014

"Focus on Civil Rights -- A Conversation about the Civil Rights Era Ku Klux Klan." Annual Meetings of the Eastern Sociological Association. Baltimore, MD, 2014

(w/ Adam Love). "Out of Bounds? Racial Discourse on College Basketball Message Boards." Annual Meetings of the North American Society for the Sociology of Sport. Quebec City, Canada, 2013.

"Survival of the Fastest? The Zombie Theory of Racial Essentialism." Annual Meetings of the Association for Humanist Sociology. Washington, DC, 2013.

"Intersectional Interpretations: Class and Gender Inclusion and Exclusion in White Racial Movements." Annual Meetings of the American Sociological Association. New York, NY, 2013.

(w/ Sheena Gardner).   "Still the Tragic Mulatto? Examining Multiraciality in Multiracial-Oriented Media."  Media Sociology Pre-Conference.  New York University. New York, NY, 2013.

(w/ Sheena Gardner).  "Making Meaning of Multiraciality: The Impact of Historical Context and Media Source on the Construction of Multiracial Identities."  Annual Meetings of the Southern Sociological Society.  Atlanta, GA, 2013.

"Author Meets Critics: White Bound by Matthew Hughey."  Annual Meetings of the Southern Sociological Society. Atlanta, GA, 2013.

"Author Meets Critics: White Bound by Matthew Hughey."  Annual Meetings of the Southwestern Social Science Association. New Orleans, LA, 2013.

"The Post-Racial Problématique."  Annual Meetings of the Eastern Sociological Society. Boston, MA, 2013.

"Author Meets Critics: White Bound by Matthew Hughey."  Annual Meetings of the Association for Humanist Sociology.  Nashville, TN
"Measuring the Breadth and Depth of White Racial Identity Formation."  Racial Attitudes and Identities Network.  Harvard University, Cambridge, MA, 2012

"The Continued Whiteness of Belonging: Modern Racialization of Jus Soli and Jus Sanguinis."  Annual Meetings of the American Sociological Association. Denver, CO, 2012

(w/ Jessie Daniels). "Good Ideas and New Dilemmas: Methodological Hurdles for Studying Racism at Online News Sites."  Annual Meetings of the American Sociological Association. Denver, CO, 2012

(w/ Jessie Daniels). "Racist Comments at Online News Sites: A Methodological Dilemma for Discourse Analysis."  Annual Meetings of the Southern Sociological Society. New Orleans, LA, 2012

(w/ Lindsey Peterson). "Secret Racism in the 'Post-Racial' Society."  Annual Meetings of the Alabama-Mississippi Sociological Association.  Starkville, MS, 2012

"Beyond the Pale?  The State of Sociological Theory on Whiteness."  Annual Meetings of the American Sociological Association. Las Vegas, NV, 2011

"Constructing White Nationalist and Antiracist Identity via Black Male Narratives: A Comparative Analysis."  Annual Meetings of the American Sociological Association. Las Vegas, NV, 2011

(w/ Jessie Daniels).  "Post Your (Racist) Comment Here: An Analysis of Racism in Comments at Online News Sites." Online Discourse Project. Duke University, Durham, NC, 2011

(w/ Cherish Forsman).  "Blinded by the White? Mainstream Reviews of White Savior Films."  Annual Meetings of the Southern Sociological Society. Jacksonville, FL, 2011

(w/ Bethany Bryson).  "For Whites Only?  The Logic of Political Polarization and its Methodological Repercussions." Annual Meetings of the American Sociological Association. Atlanta, GA, 2010

"Reviewing Whiteness: The White Savior Film and Online Film Reviewers." Annual Meetings of the American Sociological Association. Atlanta, GA, 2010

(w/ Joanna Hunter).  "Navigating the Multicultural Imperative:  Racial Identity Tactics of Multicultural Greek Letter Organizations."  Annual Meetings of the Society for the Study of Symbolic Interaction.  Atlanta, GA, 2010

"The Gendered and Classed Schemas of Whiteness: Shared Ideals of White Nationalists and White Antiracists." Annual Meetings of the Southern Sociological Society. Atlanta, GA, 2010

"Beyond Good and Bad Whites: Ugly Couplings of Racism and White Identity." Annual Meetings of the Southern Sociological Society. Atlanta, GA, 2010

"Saving White Saviors."  Media, Democracy, and Diversity Conference. University of Virginia, Charlottesville, VA, 2010

"Classed and Gendered Ideals of Whiteness: The Common Intersectional Resources of White Nationalists and White Antiracists." Annual Meetings of the Eastern Sociological Society.  Cambridge, MA, 2010

(w/ Bethany Bryson).   "Double Consciousness and the Whiteness of Political Polarization." Annual Meetings of the American Sociological Association. San Francisco, CA, 2009

"Understanding White (Dis)similarities: The Framework of 'Hegemonic Whiteness.'" Annual Meetings of the American Sociological Association. San Francisco, CA, 2009

"'Magical Negro' Representations: From Hollywood to the White House." Annual Meetings of the Society for the Study of Social Problems. San Francisco, CA, 2009

"'... no one can say I'm racist or boring.': Epidermal Capital, White Debt, and Shared Economies of Racial Meaning." Annual Meetings of the American Sociological Association. Boston, MA, 2008

"Epidermal Capitals: Shared Economies of Racial Meaning in White Nationalism and White Antiracism." Annual Meetings of the Society for the Study of Social Problems. Boston, MA

"Epidermal Capitals: Shared Economies of Racial Meaning in White Nationalism and White Antiracism."   Annual Robert J. Huskey Graduate Research Conference.

Charlottesville, VA, 2008

"White Guise: Navigating the (Dis)similarities of White Identity Formations." Annual Meetings of the Eastern Sociological Society. New York, NY, 2008

"Progress or Hegemony? Postmodern Media Blackness." Black Media Symposium. University of Virginia. University of Virginia, Charlottesville, VA, 2007

"The 'Other' as the Way Out: The Cultural Contradictions of White Self-Marginalization." Annual Meetings of the Cultural Studies Association Meetings. Arlington, VA, 2006

"The Color of Knowledge: The Epistemology of Racism in Collegiate Anti-Racist Organization." Annual Meetings of the Southern Sociological Society. New Orleans, LA, 2006

"The Symbolic Boundary-Making of White (Anti) Racism: Social, Cultural, and Symbolic Capital Exchange." Annual Meetings of the Eastern Sociological Society. Boston, MA, 2006

"Simians, Cyborgs, and Masculinity: A Cultural Approach to the Semiotics of Amputation, Extension, and Violence in the Science Fiction Male Hero." Annual Meetings of the Eastern Sociological Society. Boston, MA, 2006

"Specters of Whiteness: The reproduction of 'anti-racist' racism." Annual Meetings of the Ethnographic and Qualitative Research in Education Association. Cedarville University, Dayton, OH, 2005

"Heritage and Hate, Dissent and Descent: The Question of Whiteness Studies." Annual Meetings of the Eastern Sociological Society. Washington, DC, 2005

"Radical Ethos: Revolutionary or Reactionary?: Transcendental Leadership and Radical Social Change." Annual Meetings of the Eastern Sociological Society Meetings. New York, NY, 2004

(w/ Tristan Bridges)  "Nouveau Nommo: Media and the Abuse of Diversity in a 'Politically Correct' World." Annual Meetings of the Eastern Sociological Society. New York, NY, 2004

"Huey P. Newton: His Spiritual and Educational Legacy." Black Panther Party and the American Historical Perspective Conference. Boston, MA, 2003

"The Foundation of Dr. Huey P. Newton's Leadership and Pedagogy: Garvey's, Du Bois,' and Malcolm X's Philosophy." African Diaspora in the Americas Conference. Ohio University, Athens, OH, 2003

## Teaching

University of Connecticut
    Department of Sociology
        Science, Medicine, and Race (Undergraduate), Spr 2023
        Ethnicity and Race (Undergraduate), Spr 2023
        Science, Medicine, and Race (Undergraduate), Spr 2022
        Ethnicity and Race (Undergraduate Writing Intensive), Spr 2022
        Ethnicity and Race (Undergraduate), Fall 2021
        Ethnicity and Race (Undergraduate Writing Intensive), Fall 2021
        Freshman Honors Seminar – Blackness and Film (Undergraduate), Fall 2021
        Social Theory (Undergraduate Writing Intensive), Spr 2021
        Ethnicity and Race (Undergraduate), Spr 2021
        Doctoral Dissertation Research, Spr 2021
        Social Theory (Undergraduate Writing Intensive), Fall 2020
        Ethnicity and Race (Undergraduate), Fall 2020
        Independent Study – Research on Race and Ethnicity, Fall 2020
        Doctoral Dissertation Research, Fall 2020
        Social Theory (Undergraduate), Spr 2020
        Ethnicity and Race (Undergraduate Writing Intensive), Spr 2020
        Independent Study – Research on Race and Urbanity (Undergraduate), Spr 2020
        Doctoral Dissertation Research, Spr 2020
        Ethnicity and Race (Undergraduate Writing Intensive), Fall 2019
        Ethnicity and Race (Undergraduate), Fall 2019
        Doctoral Dissertation Research, Fall 2019
        Ethnicity and Race (Undergrad Writing Intensive & Service Learning), Spr 2019
        Independent Study –The Souls of White Folk (Undergraduate), Spr 2019
        Doctoral Dissertation Research, Spr 2019
        Core Theory (Graduate), Fall 2018
        Topics in Culture: American Society & Pop Culture (Undergraduate), Fall 2018
        Doctoral Dissertation Research, Fall 2018
        Core Theory (Graduate), Fall 2017
        The Social Theory of W. E. B. Du Bois (Graduate), Fall 2017
        Doctoral Dissertation Research, Fall 2017
        Independent Study –Racializations of Body and Culture (Graduate), Spr 2017
        Doctoral Dissertation Research, Spr 2017
        Core Theory (Graduate), Fall 2016
        Independent Study – Racialization and Jewishness (Graduate), Fall 2016
        Doctoral Dissertation Research, Fall 2016
        Topics in Culture: American Society & Pop Culture (Undergraduate), Spr 2016
        Ethnicity and Race (Undergraduate), Spr 2016
        Doctoral Dissertation Research, Spr 2016
        Master's Thesis Research, Spr 2016
        Core Theory (Graduate), Fall 2015
        Special Topics in Culture: Race and the Media (Graduate), Fall 2015
        Independent Study – Race and Ethnicity (Graduate), Fall 2015
        Doctoral Dissertation Research, Fall 2015
        Master's Thesis Research, Fall 2015
        Racism and Ethnic Relations (Graduate), Spr 2015

          Ethnicity and Race (Undergraduate), Spr 2015
          Doctoral Dissertation Research, Spr 2015
          Master's Thesis Research, Spr 2015
          Senior Thesis in Sociology (Honors-Undergraduate), Spr 2015
          Core Theory (Graduate), Fall 2014
          Ethnicity and Race (Undergraduate), Fall 2014
          Independent Study – Race and Ethnicity (Graduate), Fall 2014
          Senior Thesis in Sociology (Honors-Undergraduate), Fall 2014
          Ethnicity and Race (Undergraduate), Spr 2014
          Independent Study – Race and Ethnicity (Graduate), Spr 2014
          Senior Thesis in Sociology (Honors-Undergraduate), Spr 2014
          Methods of Social Research (Undergraduate), Fall 2013
          Independent Study – Race and Ethnicity (Graduate), Fall 2013

    Young Senior Scholar Summit
          Race, Rights, & Rebellion (Undergraduate), Sum 2019

    UConn Pre-College Summer Experience
          Sherlock Holmes: Expert Sociologist (High School), Sum 2019
          Sherlock Holmes: Expert Sociologist (High School), Sum 2018
          Sherlock Holmes: Expert Sociologist (High School), Sum 2017
          Sherlock Holmes: Expert Sociologist (High School), Sum 2016
          Sherlock Holmes: Expert Sociologist (High School), Sum 2015
          Sherlock Holmes: Expert Sociologist (High School), Sum 2014

Mississippi State University
    Department of Sociology
          Seminar in Race Relations (Graduate), Spr 2013
          Racial and Cultural Minorities (Undergraduate), Fall 2013
          Social Theory I (Graduate), Fall 2012
          Racial and Cultural Minorities (Undergraduate), Fall 2012
          Qualitative Analysis (Graduate), Spr 2012
          Racial and Cultural Minorities (Undergraduate), Spr 2012
          Racial and Cultural Minorities (Undergraduate) (x2), Fall 2011
          Society Theory II (Graduate), Spr 2011
          Race and the Media (Graduate), Spr 2011
          Advanced Studies in Stratification: Independent Study (Graduate), Spr 2011
          Symbolic Interaction (Graduate), Fall 2010
          Symbolic Interaction (Graduate), Spr 2010
          Race and the Media (Graduate), Spr 2010
          Dissertation Research (Graduate), Spr 2010
          Independent Study (Undergraduate), Spr 2010
          Social Theory I (Graduate), Fall 2009

University of Virginia
    Department of Sociology
          Sociological Perspectives on Whiteness (Undergraduate), Spr 2009
          Race and Ethnic Relations (Undergraduate), Sum 2009

Sociological Perspectives on Whiteness (Undergraduate), Fall 2008
American Society and Popular Culture (Undergraduate), Fall 2007
Race and Ethnic Relations (Undergraduate), Sum 2007
American Society and Popular Culture (Undergraduate), Spr 2007
Contemporary Social Problems (Undergraduate), Fall 2006
Introduction to Sociology (Undergraduate), Sum 2006
Internship in Sociology (Undergraduate), Sum 2006
Contemporary Social Problems (Undergraduate), Spr 2006
American Society and Popular Culture (Undergraduate), Fall 2005
Race and Ethnic Relations (Undergraduate), Sum 2005
Gender and Sexuality (Undergraduate), Sum 2004

Department of Media Studies
Race and the Media (Undergraduate), Fall 2006
Race and the Media (Undergraduate), Spr 2005

Program of African American Studies
Critical Perspectives on Whiteness (Undergraduate), Sum 2007

# Service

Journal Service
Editorships
Editor, *Sociology Compass – Race and* Ethnicity, 2017-2022
Book Review Editor, *Humanity & Society*, 2015-2017

Editorial Boards
*Communication and Critical/Cultural Studies*, Board Member, 2020-present
*Ethnic and Racial Studies*, Board Member, 2013-present
Routledge Book Series, "Framing 21st Century Social Issues", 2013-present
*Journal of Contemporary Ethnography*, Associate Editor, 2012-present
*Social Problems*, Advisory Editor, 2012-2018
*Sociology of Race and Ethnicity*, Co-Founding Associate Editor, 2014-2017
*Social Psychology Quarterly*, Board Member, 2015-2016
*Humanity & Society*, Deputy Editor, 2014-2015

Article Reviews
*Acta Academica; American Journal of Cultural Sociology; American Journal of Play; American Journal of Sociology; American Sociological Review; Body & Society; City & Community; Critical Sociology; Du Bois Review; Ethnic and Racial Studies; Ethnicities; European Journal of Life Writing; Gender & Society; Heliyon; Humanity & Society; Identities; International Journal of Press/Politics; Journal of African American Studies; Journal of Bahá'í Studies; Journal of Black Studies; Journal of Contemporary Ethnography; Journal of Illinois History; Journal for the Scientific Study of Religion; Language Sciences; Men and Masculinities; Poetics; Public Culture; Qualitative Sociology; Rural Sociology; Social Currents; Social Forces; Social Media + Society; Social Problems; Social Psychology Quarterly; The Social Science Journal; Social Thought and*

> *Research; Sociological Forum; Sociological Inquiry; Sociological Perspectives; Sociological Spectrum; Sociology Compass; Sociology of Education; Sociology of Race and Ethnicity; Southern Communication Journal; Stanford Law Review; The Communication Review; The Society Pages; The Sociological Quarterly; Theory, Culture and Society; Urban Education; Whiteness and Education*

**Manuscript Reviews**
> Manchester University Press; New York University Press; Routledge; Rowman & Littlefield; Rutgers University Press; Springer; Stanford University Press; Taylor & Francis; Texas A&M University Press; University Press of Kentucky

**Organizational Service**
> Urban Ethnography Project, Yale University, 2013-present
> New England Workshop on Ethnicity and Race (NEWER), 2013-2018
> Humanities Institute Junior Faculty Forum, University of Connecticut, 2013-2014

**American Sociological Association**
> Publications Committee, 2016-2017

**American Sociological Association, Section on Racial and Ethnic Minorities**
> Member, 2007-present
> Mentor (Candace Robinson, University of Pittsburgh; Ariela Schachter, Washington University in St. Louis; Glenn Bracey, Villanova University; Wendy Laybourn, University of Maryland), 2015-2021
> Nominations Committee, 2014-2015
> Executive Council, 2011-2013
> Chair, Founders Award Committee, 2011-2012
> Nominations Committee, 2010-2012
> Chair, Joe Feagin Distinguished Paper Award Committee, 2010-2011
> Member, Joe Feagin Distinguished Paper Award Committee, 2009-2010

**American Sociological Association, Section on History of Sociology and Social Thought**
> Member, 2020-Present

**American Sociological Association, Section on Religion**
> Member, 2020-Present

**Association of Humanist Sociology**
> Member, 2013-2017

**Cultural Studies Association**
> Founder and Chair, Racial & Ethnic Studies Division, 2007-2011
> Member, 2007-2011

**Eastern Sociological Society**
> Member, 2007-present
> Member, Committee on the Status of Ethnicity, Race, and Racism, 2014-2018
> Co-Chair, Mirra Komarovsky Book Award Committee, 2017-2018

Executive Committee, 2015-2018
Member, Nominations Committee, 2016-2017
Chair, Charles Willie Minority Scholarship Committee, 2015-2016
Member, Charles Willie Minority Scholarship Committee, 2013-2014

International Sociological Association
Member, (RC 05) Research Committee on Racism, Nationalism, Indigeneity and Ethnicity, 2019-present
Member, (RC 36) Research Committee on Alienation Theory and Research, 2014-2018
Member, 2014-present

The National Academies of Sciences, Engineering, and Medicine
Panelist, Ford Foundation Fellowship Program, 2017, 2018

Society for the Study of Social Problems
Sustaining Member, 2009-present
Board of Directors, 2018-2021
Mentor (Steven Schmidt, UC-Irvine), 2017-2018
Co-Chair, Division on Racial and Ethnic Minorities, 2015-2017
Member, Racial/Ethnic Minority Graduate Scholarship Committee, 2014-2015
Chair, Kimberle Crenshaw Outstanding Paper Award Committee, 2013-2014
Chair, Elections Committee, 2012-2013
Member, Committee on Committees, 2010-2013
Chair, Committee on Committees, 2011-2012

Society for the Study of Symbolic Interaction
Member, Helena Lopata Mentor Excellence Award Committee, 2021
Annual Meeting Program Committee, 2017-2018
Chair, Charles Horton Cooley Book Award Committee, 2016-2017
Member, 2015-present

Southern Sociological Society
Member, Committee on Racial and Ethnic Minorities, 2011-2014
Member, 2008-2014

Southwestern Social Science Association – Southwestern Sociological Association
Member, 2016-2018

Phi Beta Sigma Fraternity, Inc. (Historically Black Service Fraternity)
Member, 1996-Present
Co-Advisor, Zeta Eta Chapter, 2006-2009
Advisor, Epsilon Omicron Chapter, 2000-2003
President, Rho Beta Chapter, 1998-1999
Vice-President, Rho Beta Chapter, 1997-1998

University Service
University of Connecticut
Member, University Scholar Oversight and Selection Committee, 2021-present

Reviewer, VP for Research, Research Excellence Program, 2019-present
Member, CLAS Academic Advisory Board, 2017-2020
Member, UConn Co-Op Legacy Fellowship Committee, 2017-2019
Graduate Faculty Council, 2016-2019
Advisor, University of Connecticut Bahá'í Club, 2015-2019
Graduate Diversity Task Force, 2016-2018
University Senate, Diversity Committee, 2013-2018
Vice Provost for Diversity Advisory Board, 2013-2014

Mississippi State University
President, College of Arts and Sciences Faculty Senate, 2011-2012
Member, Martin Luther King Jr. Essay Writing Contest Committee, 2011-2012
Vice President, College of Arts and Sciences Faculty Senate, 2010-2011
Senator, College of Arts and Sciences Faculty Senate, 2010
Mentor, Annual Research Symposium, Shackouls Honors College, 2010
Reviewer, John C. Stennis Research Grant, 2010

Departmental Service
University of Connecticut, Department of Sociology
Honors Advisor, 2021-present
Chapter Founder and Advisor, Kappa Chapter of Connecticut of the Alpha
Kappa Delta International Honor Society of Sociology, 2020-present
Search Committee, 2019-2020
Executive Committee, 2019
Undergradute Program Committee, 2018-present
APIR Committee, 2018-2019
Awards Committee, 2018-present
Affirmative Action Committee, 2016-2019
PTR Subcommittee Chair (Dr. Daisy Reyes), 2016-2017
Department Head Search Committee, 2016
Search Committee, 2015-2016
PTR Subcommittee (Dr. Daisy Reyes), 2015-2016
Executive Committee, 2014-2016
Spring Commencement Committee, 2014-2015
Graduate Program Committee, 2013-2016
Ad hoc (Pre-Proposal for Provost Review Committee), 2014
Commencement Committee, 2013-2015

University of Connecticut, Sustainable Global Cities Initiative
Affiliate Faculty, 2019-present

University of Connecticut, Political Science Certificate in Intersectional Indigensity,
Race, Ethnicity, & Politics
Affiliate Faculty, 2018-present

University of Connecticut, Institute for Collaboration on Health, Intervention, & Policy
Affiliate Faculty, 2017-present

University of Connecticut, American Studies Program
Affiliate Faculty, 2014-present

University of Connecticut, Africana Studies Institute
Affiliate Faculty, 2013-present

University of Connecticut, Women's, Gender, and Sexuality Studies Program
Mentor, Internship Program, 2014-2016

Mississippi State University, Department of Sociology
Chair, Speaker Series Committee, 2012-2013
Member, Graduate Admissions and Support Committee, 2011-2013
Member, Graduate Curriculum and Policy Committee, 2009-2012
Member, Graduate Preliminary Exam Committee, 2009-2012
Faculty Advisor, Alpha Kappa Delta Sociology Honor Society, 2010-2012
Member, Faculty Search Committee, 2010-2011

Mississippi State University, Program of African American Studies
Affiliate Faculty, 2009-2013
Faculty Senator, 2009-2011
Coordinator, Faculty-in-Residence Program, 2011-2012

Mississippi State University, Program of Gender Studies
Affiliate Faculty, 2009-2013

Mentorship Service
Doctoral Dissertation Committees
Emma Gonzalez-Lesser (UConn, chair, graduated 2022), 2014-2022
Aisha Upton (University of Minnesota, reader), 2014-2020
Michael Rosino (UConn, chair, graduated May 2020), 2014-2020
Bianca Gonzalez-Sobrino (UConn, chair, graduated May 2019), 2014-2019
Brenna Harvey (UConn, reader), 2014-2018
Devon R. Goss (UConn, chair, graduated May 2018), 2014-2018
Atiya Husain (University of North Carolina at Chapel Hill, graduated Dec 2017), 2014-2017
Chong-suk Han (UConn, reader), 2013-2018
Louise Seamster (Duke University, reader, graduated Aug 2016), 2013-2016
Eric Goulé (University Paris Ouest Nanterre La Défense, reader, graduated 2016), 2011-2016
Sheena Gardner (MSU, co-chair, graduated June 2014), 2010-2014

Doctoral Comprehensive Exam Committees
Emma Gonzalez-Lesser (UConn, chair) (passed Sept 2018), 2017-2018
Bianca Gonzalez-Sobrino (UConn, chair) (passed March 2016), 2015-2016
Michael Rosino (UConn, chair) (passed Jan 2016), 2015-2016
Devon R. Goss (UConn, chair) (passed April 2015), 2014-2015
Brenna Harvey (UConn, reader) (passed Nov 2014), 2014-2015
Chong-suk Han (UConn, reader) (passed Oct 2014), 2013-2014

Masters Committees
>Carol Ann Jackson (UConn, chair, graduated Dec 2017), 2015-2017
>Emma Gonzalez-Lesser (UConn, chair, graduated May 2016), 2014-2016
>Devon R. Goss (UConn, reader, graduated May 2014), 2013-2014
>Bianca Gonzalez-Lesser (MSU, co-chair, graduated May 2014), 2012-2014

Undergraduate Supervision
>Kailey Kerrigan (UConn, Individualized Major advisor), 2023-2025
>Kelly Ruesta (UConn, Individualized Major advisor), 2022-2024
>Tianna Felder (UConn, Individualized Major reader), 2021-2023
>Brendan Hogan (UConn, Honors thesis reader), 2020-2021
>Morgan Allgrove-Hodges (UConn, Independent Research), 2019-2020
>Aryssa Shultz (University of Pittsburgh, Honors thesis reader), 2018-2019
>Sophie Rhodes (University of Birmingham, undergrad reader), 2014-2016
>Varun Khattar (UConn, Individualized Major reader), 2014-2015
>Colleen Schmalberger (UConn, Honors thesis chair), 2013-2015
>Rebecca Barton (UConn, Internship advisor), 2014
>Benjamin Gallati (UConn, Honors research advisor), 2014

Research Assistants
>Aidan Kalisher, University of Connecticut, 2019
>Ashley Eng, University of Connecticut, 2019
>Chineze Osakwe, University of Connecticut, 2018-2019
>Pauline Elmore, University of Connecticut, 2016
>Alison Zarider, Kenyon College, 2015
>Rodderik Benton, MSU, 2012
>Cherish Forsman, MSU, 2009-2011
>Rodney Blount, Ohio State University, 2011
>Chris Burton, Union Presbyterian Seminary, 2010
>Kristen Whitesell, Purdue University, 2010
>Eboni M. Caridine, University of Illinois at Chicago, 2009
>Jason Puryear, University of Virginia, 2009
>Tradara D. Sprowel, Indiana State University, 2009

Teaching Assistants
>Michael Rosino, University of Connecticut, Spring 2020
>Emma Gonzalez-Lesser, University of Connecticut, Fall 2014
>Heidi Obach, University of Connecticut, Spring 2014
>Jason Slappe, University of Connecticut, Fall 2013
>Bianca Gonzalez-Sobrino, MSU, Spring 2013
>Jeannice Louine, MSU, Spring 2012
>Mehmet Soyer, MSU, Fall 2010
>Sherelle Cohen, MSU, Spring 2010
>Will Amacker, MSU, Fall 2009

Grant Advising and Refereeing

New Frontiers in Research Fund (NFRF); Canadian Institutes of Health Research, the Natural Sciences and Engineering Research Council of Canada, and the Social Sciences and Humanities Research Council (Canada), 2020

Warwick Interdisciplinary Research Leadership (WIRL-COFUND); Horizon 2020 and Marie Skłodowska Curie Actions (European Union), 2020, 2019

Opportunities for Promoting Understanding through Synthesis (OPUS) grant. National Science Centre (Poland), 2019

Economic and Social Research Council (United Kingdom), 2018-2019
Ohio University Research Committee (USA), 2018-2019

School of History, Culture, & Communication, Erasmus Universiteit Roterdam (Netherlands), 2013

## Consulting Service
### Organizational

"SISTERS" Directed by Kathryn Pyle (in progress documentary about institutional racism, white complicity, and traditionally white sororities), 2015-present

Putnum Middle School, Putnam, CT a nonprofit, public middle school), 2022-present

Woodstock Middle School, Woodstock, CT (a nonprofit, public middle school), 2020-2021

"A Conversation with Spike Lee." The Connecticut Forum (non-profit organization that engages in community outreach and youth mentoring), 2019

"Good All Over" (TV series about the business of global philanthropy) and "Philanthropology" (podcast about the business of global philanthropy), 2017-2018

"Fraternities and Racism." A journalism research project conducted by CNN (Manhattan, New York City, NY), 2016

"The Whiteness Project." Directed by Whitney Dow (documentary about white racial meaning making), 2015-2016

"Black Greek-Letter Organization Research and Scholarship," Donald Mitchell, Grand Valley State University, Center for the Study of the College Fraternity, 2013

### Legal

Expert Witness – Civil Rights.  "Payne v. City of Sacramento."  United States District Court, Eastern District of California.  Retained by the Law Office of Walkup, Melodia, Kelly & Schoenberger, 2022-present

Expert Witness - Civil Rights. "Feeding our Future v. Minnesota Department of Education." United States Federal District Court,  District of Minnesota. Retained by the Law Office of Martin and Hild, 2021-present

Expert Witness - Civil Rights. "Hollins v. City of West Springfield, et al."  United States Federal District Court, District of Massachusetts. 3:20-CV-10628. Retained by the Law Office of Raipher, P.C., 2021-present

Expert Witness - Civil Rights. "DelVecchia, et al. v. Frontier Airlines, Inc., et al." United States Federal District Court, District of Nevada.  Retained by the Law Office of John D. McKay, 2020-present

Expert Witness - Civil Rights.  "Fludd v. Berry et al."  Connecticut Superior Court, District of New Haven.  3:18-CV-00524.  Retained by the Law Office of Lewis Chimes, LLC, 2020-present

Expert Witness - Civil Rights. "Vereen-DuBois v. Circle K Stores, Inc." United States Federal District Court, Southern District of Florida.  CV-16-00691-BAJ-EWD. Retained by the Law Office of The Florida Legal Advocacy Group, PA, 2017-2018

Expert Witness - Civil Rights. "Thomas v. Stamford, Buzzel, and Degnan." Connecticut Superior Court, Judicial District of Stamford/Norwalk.  Retained by the Law Office of Casper & de Toledo, LLC, 2016-2017

Expert Witness - Civil Rights. "Deborah A. Nicholas v. Jerry S Bulosan et al." Los Angeles Superior Court.  Retained by the Law Office of Kashfian & Kashfian, LLP, 2015-2016

Expert Witness - Civil Rights. "Bakhit and Miles v. Safety Markings, Inc." United States Federal District Court, District of Connecticut.  3:13-CV-1049 (JCH). Retained by the Law Office of Lewis Chimes, LLC, 2014-2016

Conference Service

Organizer, Regular Session: "What's New(s)? Sociological Interrogations of News Media." Annual Meetings of the American Sociological Association, Chicago, August 2021

Participant, "Exploring Justice Through Beauty: Afrofuturism."  Learning Lab Conference, Green Acre Bahá'í School, Eliot, ME, Feb 2019

Organizer and Moderator, Thematic Session: "Rage, Anger, and Dissent for Social Change." Annual Meetings of the American Sociological Association, Philadelphia, PA, August 2018

Co-Organizer (w/ Michael Rosino), "The Everyday Racial Mechanisms of Structural Inequality." Annual Meetings of the Society for the Study of Symbolic Interaction, Philadelphia, PA, August 2018

Organizer, Presidential Panel: "Interpreting Race: Trends, Dilemmas, and New Directions." Annual Meetings of the Society for the Study of Symbolic Interaction, Philadelphia, PA, August 2018

Organizer, Mini Conference on the Fiftieth Anniversary of the Kerner Commission Report (1968-2018), Panel #1: "The Kerner Report at 50, Part I: Poverty, Policy, and Policing." Annual Meetings of the Southern Sociological Society, New Orleans, LA, April 2018

Organizer, Mini Conference on the Fiftieth Anniversary of the Kerner Commission Report (1968-2018), Panel #2: "The Kerner Report at 50, Part II: Politics, Programs, Possibilities, and Paradoxes." Annual Meetings of the Southern Sociological Society, New Orleans, LA, April 2018

Organizer, Panel: "Rac(e)ing Time: The Intersection of Temporality, Race, and Inequality." Annual Meeting of the Eastern Sociological Society, Baltimore, MD, Feb 2018

Moderator, Thematic Panel: "Changing the Cultural Narrative." Annual Meetings of the American Sociological Association. Montréal, Québec, Canada, August 2017

Co-Organizer (w/ David G. Embrick), Thematic Panel: "Between a Rock and a Hard Place: Graduate School and Job Prospects." Annual Meetings of the Society for the Study of Social Problems, Seattle, WA, August 2016

Co-Organizer and moderator (w/ David G. Embrick), Thematic Panel: "The White, Male, Elite Backlash." Annual Meetings of the Society for the Study of Social Problems, Seattle, WA, August 2016

Organizer, Panel: "Alienation and the Intersection of Science and Fiction: Imagining Dis/Utopias." International Sociological Association, World Forum of Sociology. Vienna, Austria, July 2016

Moderator, Panel: "Public Policy and Urban Education Reform: Solutions." Symposium on the Inner City School: Inequality & Urban Education, Yale University, New Haven, CT, April 2016

Co-Organizer (w/ David G. Embrick), Thematic Panel: "Sociology is a Combat Sport? How to Organize Responses to Attacks on Critical Scholars." Annual Meetings of the Eastern Sociological Association. Boston, MA, March 2016

Co-Organizer (w/ David G. Embrick), Thematic Panel: "The Erosion of Academic

Freedom." Annual Meetings of the Eastern Sociological Association.  Boston, MA, March 2016

Co-Organizer (w/ David G. Embrick), Thematic Panel: "Attacks on Critical Scholars and Scholars of Color." Annual Meetings of the Eastern Sociological Association.  Boston, MA, March 2016

Co-Organizer (w/ Emma Gonzalez-Lesser), "Teaching Race and Ethnicity: White Supremacy in our Day Job." Annual Meetings of the Eastern Sociological Association.  Boston, MA, March 2016

Presider, "Civil Rights, Human Rights, and Social Justice." Annual Meetings of the Society for the Study of Social Problems. Chicago, IL, August 2015

Presider, "Papers in the Round: Families and Communities."  Annual Meetings of the Society for the Study of Social Problems. Chicago, IL, August 2015

Presider, "Papers in the Round: Pacts, Structures, and Disjunctures."  Annual Meetings of the Society for the Study of Social Problems. Chicago, IL, August 2015

Organizer and Presider, "Author Meets Critics: The Cosmopolitan Canopy: Race and Civility in Everyday Life by Elijah Anderson. Annual Meetings of the Southern Sociological Society.  New Orleans, LA, March 2015

Roundtable Presider,  Section on Racial and Ethnic Minorities. Annual Meetings of the American Sociological Association.  San Francisco, CA, August 2014

Co-Organizer and Co-Presider (w/ David G. Embrick and Ashley "Woody" Doane), "The Mechanisms of Color-Blind Racism." Annual Meetings of the American Sociological Association.  San Francisco, CA, August 2014

Session Presider, "Trauma & Violence." Annual Meetings of the Eastern Sociological Association.  Baltimore, MD, Feb 2014

Session Presider, "Race and Masculinities." Annual Meetings of the American Sociological Association.  New York, NY, August 2013

Session Organizer and Presider, "Whither Western Whiteness?  Local and Global Racial Inequalities." Annual Meetings of the American Sociological Association.  New York, NY, August 2013

Session Organizer and Presider, Thematic Panel: "Shifting White Racial Identities and Racial Inequality." Annual Meetings of the Southern Sociological Society.  New Orleans, LA, March 2012

Session Organizer, "New Identities in Established Institutions: Shifting Social Contracts in Varying Social Contexts." Annual Meetings of the Southern

Sociological Society.  New Orleans, LA, March 2012

Session Presider, "The Internet: Political Communication, Networks, and Mass Media." Annual Meetings of the Southern Sociological Society.  New Orleans, LA, March 2012

Session Organizer and Presider (w/ Eduardo Bonilla-Silva), Thematic Session: "Constructing Who Belongs: The Intersection of Racial Identity, Racism, and Citizenship." for the Annual Meetings of the American Sociological Association. Las Vegas, NV, August 2011

Session Organizer, American Sociological Association Meetings, Section on Racial and Ethnic Minorities, Las Vegas, NV, August 2011

Session Organizer, "The Mediated Self: Print, Virtual, and Organizational Selves." Annual Meetings of the Southern Sociological Society.  Annual Meetings of the Southern Sociological Society. Jacksonville, FL, April 2011

Session Organizer and Presider, "The Wide and Long View: Space and Time Stratification by Race, Nationality, and Gender." Annual Meetings of the Southern Sociological Society. Jacksonville, FL, April 2011

Paper Reviewer, American Sociological Association Meetings, Student Forum Paper Session, Spring 2010

Session Presider, "Intersecting Inequalities: Race-ethnicity, Class, and Gender." Annual Meetings of the Southern Sociological Society. Atlanta, GA, April 2010 Session Organizer and Presider, "Great Raced and Gendered and Expectations: The Reproduction of Inequality in the Unlikeliest of Places." Annual Meetings of the Southern Sociological Society. Atlanta, GA, April 2010

Session Organizer and Presider, "Space and Stratification, Place and Portability: Healthcare, Language, and Transportation." Annual Meetings of the Southern Sociological Society. Atlanta, GA, April 2010

Session Organizer, "The Social and Cultural Construction of Race in a 'Post-Racial' Era." Annual Meetings of the Cultural Studies Association. Berkeley, CA, March 2010

Session Organizer, "Mediating Race and Ethnicity: Variable Dimensions." Annual Meetings of the Cultural Studies Association.  Berkeley, CA, March 2010

Session Presider,  "ImMEDIAte Danger? Mediated Discourses of Racial Difference in a 'Color-Blind' Era." Annual Meetings of the Cultural Studies Association. Kansas City, MO, April 2009

Session Presider, "Gender, Race, and Class in Late Capitalism." Annual Meetings of the American Sociological Association. Boston, MA, August 2008

Session Presider, "What is Race? Social Categorization vs. Self Identity." Annual Meetings of the Society for the Study of Social Problems. Boston, MA, August 2008

Session Organizer and Presider, "Producing Identity: Negotiating 'Color-blindness' and 'Diversity' in a Global World." Annual Meetings of the Cultural Studies Association. New York, NY, May 2008

Session Organizer and Presider, "Performing in the Margins and Center of a Global Context." Annual Meetings of the Cultural Studies Association. Portland, OR, April 2007

Session Presider, "In Katrina's Wake: Racial Implications of the New Orleans Disaster." Symposium on Race and Society. University of Virginia. Charlottesville, VA, Nov 2006

Session Organizer and Presider, "Performance and Its Politics." Annual Meetings of the Cultural Studies Association. Arlington, VA, April 2006

Session Presider, "Family Matters: What's Love Got To Do With It?" Annual Meetings of the Eastern Sociological Society. Boston, MA, Feb 2006

Media Appearances

Print Interview for WBUR, "Sorority members speak out on the overturn of Roe v. Wade, even when their organizations don't", 17 Aug 2022

Print Interview for NBC News, "Feds need to do more monitoring of white supremacist groups in light of Idaho arrests, experts say", 13 June 2022

Print Interview for The Advocate, "White nationalist graffiti appears at Baton Rouge art space; 'We're in shock'", 9 June 2022

Print Interview for Hartford Courant, "A white supremacist group is making forays into Connecticut with demonstrations and flyers", 18 April 2022

Print Interview for El País, "¿Por qué los blancos siempre tienen que ser los protagonistas de la noticia?", 5 Sept 2021

Audio Interview for "WhiteSkinned-ed," Podcast, Sept 2021

Print Interview for Hartford Courant, "The number of people who identify as multiracial in Connecticut grew 131% in the last decade as white population decline, new census data show", 14 Aug 2021

Print Interview for Connecticut Post, "'Critical Race Theory' becomes hot-button issue in school board races", 8 Aug 2021

TV Interview for Indus News, "Critical Race Theory", July 2021

Print Interview for Washington Post, "For Black workers, age discrimination strikes twice", 14 May 2021

Print Interview for Fortune Magazine, "New hate crimes act won't go far enough.", 19 May 2021

TV Interview for NTN24 Nuestra Tele Noticias, 21 March 2021

TV Interview for CPTV (Connecticut Public Television), "Everyday White Supremacy", 18 Feb 2021

TV Interview for TBS Samantha Bee's Full Frontal, "The Racist Past (and Present) of Greek Life", 11 Feb 2021

Print Interview for Deutsche Welle, "Is colorblind casting the secret to 'Bridgerton's' success?", 6 Jan 2021

Film Interview for What Do You Have to Lose? (74 minutes, Director, Writer, Producer: Trimiko Melancon), 2020

TV Interview for Indus News, "White Supremacist Groups", 4 Dec 2020

TV Interview for NTN24 Nuestra Tele Noticias, "Elecciones EEUU: ¿Cómo avanza el conteo de votos en estados clave?", 4 Nov 2020

TV Interview for CBS This Morning, "Schools take aim at Greek life for potentially contributing to COVID-19 spread", 1 Oct 2020

Print Interview for Dallas Morning News, "Kamala Harris' 'Family' in Dallas: The Divine Nine", 9 Sept 2020

Print Interview for Real Clear Investigations, "The Deeply Pessimistic Intellectual Roots of Black Lives Matter, the '1619 Project' and Much Else in Woke America, 2 Sept 2020

Audio Interview for "All Things Considered," National Public Radio, "Massachusetts Senate Primary Pits Long-Serving Progressive Against A Kennedy", 31 Aug 2020

Print Interview for The New York Times, "Will Coronavirus Join the Rush at Fraternities and Sororities?", 18 Aug 2020

Print Interview for Hartford Courant, "Angry, hostile responses to the resurgent Black Lives Matter movement are exposing the intensity of Connecticut's racial divide", 9 Aug 2020

TV Interview for Al Jazeera, "The campaign for, and significance of, upper-case 'Black'", 1 Aug 2020

TV Interview NTN24 Nuestra Tele Noticias, "Por que en EEUU aun hay una part de su poblacion que todavia apoya le pena de muerte?", 15 July 2020

Print Interview for NBC Telemundo, "Demócratas preparan una exhaustiva reforma contra la brutalidad policial, ¿qué debe incluir para que funcione?", 4 June 2020

Print Interview for NBC Telemundo, "Trump amenaza con militarizar para frenar las protestas, pero una ley federal de 1807 impone límites. ¿Cuáles son?", 2 June 2020

Print Interview for NBC Telemundo, "Las protestas por la brutalidad policial centran la contienda electoral: Trump pide mano dura y Biden promete reformas", 1 June 2020

TV Interview NTN24 Nuestra Tele Noticias, "La comunidad negra debe tener una sana paranoia con la policía en EEUU", 29 May 2020

TV Interview NTN24 Nuestra Tele Noticias, "Cuestión de Poder",28 May 2020

TV Interview for Indus News, "U.S. Far right dodges Facebook rules", 16 May 2020

TV Interview for Indus News, "U.S. Terrorism and Coronavirus", 27 Mar 2020

TV Interview for NTN24 Nuestra Tele Noticias, "Racismo contra chinos por el coronavirus", 19 Feb 2020

Print Interview for Real Clear Investigations, "Disputed NY Times '1619 Project' Already Shaping Schoolkids' Minds on Race", 31 Jan 2020

Audio Interview for Philanthropology Podcast (PBS), "A White Savior Complex", 28 Jan 2020

Audio Interview for "Code Switch," National Public Radio, "Harriet Tubman's 'Visions'", 3 Nov 2019

Print Interview for Burlington Free Press, "Behind the manifesto: What does the Patriot Front actually believe?", 18 Sept 2019

Print Interview for MEA Worldwide, 6 August 2019
Print Interview for Folha de S.Paulo, 9 March 2019

Print Interview for The Eagle: American University Newspaper, "Fraternities respond to yearbook photos 'of concern' published in February", 1 March 2019

Print Interview for Mississippi Today, "Blackface, Confederate reverence a decades old tradition at Mississippi universities and colleges", 8 Feb 2019

Print Interview for NBC News, "Rep. Steve King crossed the line on race by using a bullhorn not a dog whistle", 16 Jan 2019

Print Interview for Ricochet: Public-Interest Journalism, "Meet the Canadian soldiers behind a white supremacist military surplus store", 29 Oct 2018

Print Interview for The Republican American, "Waterbury alderman cautioned over rhetoric", 1 Sept 2018

Print Interview for The Washington Post, "Analysis: For fans, winning trumps pitcher's racist comments", 27 July 2018

Audio Interview for "All Things Considered," National Public Radio, "Fraternity Culture and Racism", 12 May 2018

Print Interview for Inside Higher Ed, "Panels, Not Veneers", 25 Oct 2017

Print Interview for The Cornell Daily Sun, "Prof: White Antiracism shares traits with White Nationalist hate groups", 17 Oct 2017

TV Interview for NTN24 Nuestra Tele Noticias, " 'Que Trump haya puesto a ambas partes en el mismo lugar es moralmente incorrecto': Matthew Hughey, sociólogo y profesor, sobre ataque en Charlottesville", 19 Aug 2017

Print Interview for Hartford Courant, "Despite Lack of Confederate Monuments, Furor Still Resonates in Connecticut", 17 Aug 2017

Print Interview for Swaay, "Charlottesville: Where Were the Women?", 16 Aug 2017

Print Interview for Inside Higher Ed, "Trinity Suspends Targeted Professor", 27 June 2017

Print Interview for Inside Higher Ed, "Old Criticisms, New Threats", 26 June 2017

Audio Interview for Duke University Documentary Series Podcast, "Seeing White", 14 June 2017

Audio Interview for WNPR Connecticut Public Radio, Hartford, CT, "Black Fraternities and Sororities", 14 June 2017

Print Interview for Ozy.com, "How Being a News Junkie Makes you Racist", 1 June 2017

Print Interview for The Times-Picayune, "Principal in Nazi gear is gone, just like the monuments he supported", 26 May 2017

Print Interview for The Associated Press, "Boston sports struggle with perception built on racist past", 3 May 2017

Print Interview for The Root, "Does a Black Face in a White Place Count as Progress at the University of Ala.?", 28 Apr 2017

Print Interview for Chicago Tribune, "'Burning Sands' offers a lesson in hazing violence", 27 Apr 2017

TV Interview for NTN24 Nuestra Tele Noticias, "Donald Trump arremete contra Snoop Dogg tras su polémico video en el que le dispara al mandatario con una pistola de juguete", 19 Mar 2017

Print Interview for Salon.com, "When the Punisher, a brutal comic-book vigilante, comes to your local police department, it can't be good", 11 Mar 2017

Print Interview for Hartford Courant, "Why MLK, Jr.'s Words and Actions are Relevant Today", 25 Jan 2017

TV Interview for Fox News, "Tucker Battles Professor Who Blames Trump Win on Racism, 'White Supremacy'", 24 Jan 2017

Print Interview for The Christian Science Monitor, "Why so much blatant racism is bubbling to the surface", 9 Oct 2016

Print Interview for Newsweek Europe, "How Poverty Changes the Brain", 25 Aug 2016

Print Interview for Stamford Advocate, "Stamford High grad pushes for equality — in literature", 11 Aug 2016

Print Interview for The Christian Science Monitor, "Claims of a new racism, and a new remedy", 3 Aug 2016

Radio Interview for tbs eFM 101.3, "Primetime with Henry Shinn", 21 July 2016

Print Interview for UCONN Today, "The White Savior: Racial Inequality in Film", 12 July 2016

TV Interview for NTN24 Nuestra Tele Noticias, "Sociólogo explica las medidas y los cambios que se deben tomar para erradicar la división racial en EE.UU", 9 July 2016

Print Interview for The Los Angeles Times, "Can you make a non-racist Tarzan movie?", 1 July 2016

Print Interview for USA Today, "Racist incidents raise questions about SAE culture", 11 Nov 2015

TV Interview for WTNH ABC 8, New Haven, CT, "Expert weighs in on accusation of racism at Yale fraternity", 3 Nov 2015

Print Interview for The Daily Beast, "Southern Methodist University Sororities Still Preach Segregation", 30 Oct 2015

Print Interview for The Daily Dot, "Can SAE ever overcome its racist past?", 4 Oct 2015

Print Interview for U.S. News & World Report, "What to Ask Before Joining Greek Life", 17 Sept 2015

Print Interview for The Bay State Banner, "Trump's rise pushes GOP further right", 2 Sept 2015

Print Interview for The Tennessean, "UT wants to grow fraternities despite controversy", 21 Aug 2015

Print Interview for USA Today, "Sorority recruitment videos show lack of diversity", 19 Aug 2015

Print Interview for LiveScience, "Why Atticus Finch's Racist Shift in 'Watchman' Could Be an Anomaly", 19 July 2015

Print Interview for The Los Angeles Times, "The Atticus Finch effect at the movies: Do we still need a white savior?", 15 July 2015

Print Interview for International Business Times, "Confederate Flag on College Campuses: Where Race, White Supremacy And Tradition Collide In The South", 4 July 2015

Print Interview for Par Agence France-Presse, "États-Unis: Je m'identifie comme noire, explique la militante Rachel Dolezal", 17 June 2015

Print Interview for Inside Higher Ed, "Professor Meets World", 14 May 2015

Radio Interview for WAMU 88.5 FM, American University Radio, Washington, DC, "Greek for Life?", 23 Apr 2015

Print Interview for The Century Foundation Blog, "Pledging a Diverse College" 17 Apr 2015

Print Interview for Inside Higher Ed, "Bad Apples or the Barrel?", 15 Apr 2015

Print Interview for Orlando Sentinel, "University Greek houses often segregated", 10 Apr 2015

Print Interview for Vox.com, "Colleges depend on Greek life.  That's why it's so hard to control", 27 Mar 2015

Print Interview for McClatchy DC, "Bad behavior at fraternities has some questioning the system", 20 Mar 2015

Print Interview for O Globo (Brazil - Portuguese Language), 18 Mar 2015

Radio Interview for WRHU 88.7 FM, Long Island, NY, "Morning Wake-Up Call: Race and Fraternities", 18 Mar 2015

Radio Interview for WLUW 88.7 FM, "Racism around the World", 15 Mar 2015

Print Interview for Associated Press, "Oklahoma isn't alone in race-related fraternity incidents", 15 Mar 2015

TV Interview for WDTV 5 News, Bridgeport, WV "Does Racism Exist in Greek Life?", 13 Mar 2015

TV Interview for Al Jazeera America, "Reaction to Ferguson Resignations", 11 Mar 2015

TV Interview for WFLD Fox 32, Chicago, IL, "Good Day Chicago: Racism in the American Fraternity System", 11 Mar 2015

Print Interview for The Huffington Post, "SAE's Racist Chant Was Not an Isolated Incident", 10 Mar 2015

Radio Interview for KCRW 89.9 FM, Santa Monica, CA, "To the Point, with Warren Olney: Racism and Fraternities", 10 Mar 2015

TV Interview for CNN, "Out Front with Erin Burnett: Fraternity Appears to have History of Racism", 10 Mar 2015

Print Interview for CNN.com, "Are frats 'a form of American apartheid'?", 10 Mar 2015

Print Interview for Inside Higher Ed, "Deadliest and Most Racist?", 10 Mar 2015

TV Interview for Al Jazeera America, "Fraternity race scandal rocks University of Oklahoma", 9 Mar 2015

Print Interview for The Christian Science Monitor, "Oklahoma racist frat chant: Glimpse of what goes on behind closed doors", 9 Mar 2015

Print Interview for US News & World Report, "At Sororities, Likenesss Becomes Alikeness", 25 Feb 2015

Radio Interview for WMPG 90.9 + 104.1 FM, Portland, ME, "The Youth Radio Project", 23 Feb 2015

Print Interview for The Village Voice, "At Eric Garner Protests, Some White Activists are Bring Called Out for Their Behavior", 9 Dec 2014

Radio Interview for Blog Talk Radio, "The Root and Roots Show", 28 Nov 2014

Print Interview for Slate.com, "Whites See Blacks as Superhuman", 14 Nov 2014

Print Interview for Takepart.com, "Don't Dismiss Whiteness Project—But Don't Glorify It Either", 17 Oct 2014

TV Interview for Channel 5, Hartford Public Access TV, "On the Square", 16 Oct 2014

Radio Interview for WRHU 88.7 FM, Hempstead, NY, "Hofstra Morning Wake Up Call", 2 Sept 2014

Print Interview for Marie Claire, "Revolution on Sorority Row", 1 Sept 2014

Radio Interview for Blog Talk Radio, "The Root and Roots Show", 30 Aug 2014

Print Interview for Politico.com, "Under Obama, racial hope but no change", 24 Aug 2014

Radio Interview for WURD 900 AM, Philadelphia, PA, "The Mid-Morning Mojo", 23 July 2014

Radio Interview for SiriusXM Progress 127, "The Michelangelo Signorile Show", 16 June 2014

Radio Interview for WAMC 90.3 FM, Albany, NY, "The Roundtable", 13 June 2014

Radio Interview for WTOP 103.5 FM, Washington, DC, "Radio Live from Washington", 20 May 2014

Print Interview for BuzzFeed.com, "University Of Alabama's Sororities Still Resist Integrating", 29 April 2014

Print Interview for The Maroon (Loyola University New Orleans), "Kathleen Fitzgerald should be reappointed", 20 Mar 2014

Print Interview for USA Today, "Some students see little diversity in sorority rush", 24 Jan 2014

Print Interview for The Reflector, "Still Facing Challenges", 16 Oct 2013

Print Interview for USA Today, "End Racial Bias in Fraternities, Sororities: Column", 2 Oct 2013

Print Interview for Diverse Issues in Higher Education, "Negative Qualities Ascribed to Blacks at Root of Discrimination by White Greek-Letter Groups", 1 Oct 2013

Radio Interview for National Public Radio, "All Things Considered: University of Alabama Sororities Accept a Few Students of Color", 25 Sept 2013

Print Interview for Inside Higher Ed, "It's not just Alabama", 19 Sept 2013

Print Interview for USA Today, "College changes sorority rush process amid racism claims", 18 Sept 2013

Radio Interview for Radio Sawa, "Legal amendment in America threatens the right of blacks to vote", 9 Sept 2013

Radio Interview for We Are Respectable Negroes Podcast, "White Bound: Nationalists, Antiracists, and the Shared Meanings of Race", 4 Sept 2013

Radio Interview for New Books in African American Studies Podcast, "White Bound: Nationalists, Antiracists, and the Shared Meanings of Race", 9 Aug 2013

Print Interview for Medill Reports Chicago, "Hate crimes decline in Illinois, but hate groups remain", 14 Feb 2013

Radio Interview for Social Psychology Quarterly Podcast, "Stigma Allure and White Antiracist Identity Management", 12 Feb 2013

Radio Interview for Intersections Radio Podcast, The Matrix Center, University of Colorado, Colorado Springs, "Guest Interview with Dr. Matthew Hughey", 4 Feb 2013

TV Interview for WCBI News (CBS affiliate), "Wedding Ban Draws Response", 31 July 2012

Print Interview for Medill Reports Chicago, "Black families address racism with 'The Talk'", 8 May 2012

Print Interview for USA Today, "'Redneck' swamp TV as viewers seek grittier reality", 16 Mar 2012

Print Interview for The Starkville Daily News, "Harvard Professor Visits MSU Next Week", 3 Mar 2012

Print Interview for The Grio, "How Occupy Can Heed Lessons of Civil Rights Movement", 17 Nov 2011

Print Interview for The New York Times, "Manufacturing Expectations and Belief at Mississippi State", 15 Sept 2011

Radio Interview for WCBQ-AM 1340, WHNC-AM 890, Oxford, NC, "The Dr. Alvin Augustus Jones Show", 24 Jan 2011

Print Interview for Inside Higher Ed, "Brutal Haze", 8 Sept 2010

Print Interview for ABC News.com, "Dangerous Skin Whiteners Thrive from Asia to California Quest for Fairer Skin Can be Risky, Experts Say", 3 Aug 2010

Print Interview for The Afro American Newspaper, Washington, DC, "Whites Have Growing Interest in Black Greek Organizations, Experts Say", 2 Sept 2009

Print Interview for DC Race Relations Examiner, "Plantation-burbs: Can we mix this history with pleasure?", 11 May 2009

TV Interview for African American Fraternities and Sororities: The Legacy and the Vision, directed by G. Aluisy, 18 Mar 2007

Print Interview for The Cavalier Daily 117(69), "Professor Profile: Untraditional", 23 Jan 2007

TV Interview for WVIR News (NBC affiliate), "Racial Tensions at UVA", 23 Sept 2004

**EXHIBIT**

Hughey 2 - 2/20/23

# Matthew W. Hughey

University of Connecticut, Department of Sociology
Unit 1068, 344 Mansfield Road, Storrs, CT 06269, USA
matthew.hughey@uconn.edu | www.matthewhughey.com

## Education

Ph.D. (Doctor of Philosophy), Sociology
University of Virginia

M.Ed. (Master of Education), Cultural Studies
Ohio University

B.A. (Bachelor of Arts), Sociology
University of North Carolina at Greensboro

Graduate Certificate, Religions of the World
Harvard University

Advanced Graduate Certificate, Women's Studies
Ohio University

## Primary Academic Appointments

University of Connecticut
    Full Professor, Department of Sociology, 2020-present
    Associate Professor, Department of Sociology, 2013-2020
    Affiliate Faculty, Sustainable Global Cities Initiative, 2019-present
    Affiliate Faculty, Intersectional Indigeneity, Race, Ethnicity, & Politics, 2018-present
    Affiliate Faculty, Collaboration on Health, Intervention, & Policy, 2017-present
    Affiliate Faculty, American Studies Program, 2014-present
    Affiliate Faculty, Africana Studies Institute, 2013-present

Mississippi State University
    Assistant Professor, Department of Sociology, 2009-2013
    Affiliate Faculty, African American Studies Program, 2009-2013
    Affiliate Faculty, Gender Studies Program, 2009-2013

University of Virginia
    Instructor, Department of Sociology; Department of Media Studies; Program of
    African American Studies, 2005-2009
    Research Fellow, Center for the Study of Local Knowledge, Carter G. Woodson
    Institute for African-American and African Studies, 2004-2005

## Secondary Academic Appointments

Edge Hill University (United Kingdom)
> Member, International Centre on Racism, 2022-present

University of Cambridge (United Kingdom)
> Affiliate Partner, Knowledge, Power, Politics Research Cluster, 2018-present

*Universitat de Barcelona* | University of Barcelona (Spain)
> International Collaborator, Grup de Recerca en Gènere, Identitat i Diversitat
> (Research Group on Gender, Identity, and Diversity), 2018-present

Nelson Mandela University (South Africa)
> Research Associate, Critical Studies in Higher Education Transformation, 2017-present

## Visiting Academic Appointments

London School of Economics
> Visiting Professor, Department of Sociology, May-Dec 2022

University of Kent
> Visiting Scholar, School of Law, May 2019

*Coláiste na Tríonóide, Baile Àtha Cliath* | Trinity College Dublin
> Visiting Professor, Department of Sociology, Sept-Oct 2018

University of Warwick
> Visiting Fellow, Institute of Advanced Study, Spring 2018

Columbia University
> Visiting Scholar, Center for the Study of Ethnicity and Race, 2016-2017

*Universiteit Van Die Vrystaat* | University of the Free State
> Visiting Professor, Postgraduate School, Sept 2016

## Honors

Fellowships
> J. William Fulbright Scholar Fellowship, University of Surrey
> Gambrinus Fellowship, *Institut für Anglistik und Amerikanistik*, TU Dortmund
> Junior Fellow, Urban Ethnography Project, Yale University
> Visiting Scholar Fellowship, School of Law, University of Kent
> International Visiting Fellowship, Institute of Advanced Study, University of Warwick
> Public Discourse Project Fellowship, Humanities Institute, UConn
> Dissertation Completion Fellowship, Society of Fellows, UVA
> Writing Fellowship, UVA
> Honorable Mention, Pre-Doctoral Fellowship, Ford Foundation

      Charles H. and Nancy E. Evans Fellowship, UVA
      Phelps-Stokes Fellowship, UVA
      Teaching Resource Center Fellowship, Seven Society, UVA (received twice)
      Research Fellow, Carter G. Woodson Institute, UVA
      Outstanding Rising Senior Fellowship, Department of Sociology, UNCG
      Outstanding Achievement Fellowship, Department of Sociology, UNCG

Named Lectureships
      W. E. B. Du Bois Lecturer, Humboldt-Universität zu Berlin (2022)
      Inaugural Jon H. Rieger Lecturer, University of Louisville (2017)
      Charles Phelps Taft Memorial Lecturer, University of Cincinnati (2016)

Awards
      Provost Recognition of Teaching Excellence, UConn (received six times)
      Outstanding Article Award, Society for Sociology of Sport (Honorable Mention)
      Excellence in Research Award, College of Liberal Arts & Sciences, UConn
      Helena Z. Lopata Mentoring Award, Society for the Study of Symbolic Interaction
      Publication Award (for *The White Savior Film*), Southwest Sociological Association
      Rollins Prize (for *The White Savior Film*), American Culture Association (Finalist)
      Distinguished Early Career Award, Section on Racial and Ethnic Minorities, ASA
      Eduardo Bonilla-Silva Outstanding Book Award (for *White Bound*), SSSP (Co-Winner)
      C. Wright Mills Book Award (for *White Bound*), SSSP (Finalist)
      Book Award (for *White Bound*), Assoc for Humanist Sociology (Honorable Mention)
      Arts & Sciences Researcher of the Year, Mississippi State University
      Arts & Sciences Faculty of the Month (October 2011), Mississippi State University
      PASS Award, National Council on Crime and Delinquency
      State Pride Faculty Award, Mississippi State University (received two times)
      James E. Blackwell Distinguished Paper Award, American Sociological Association
      Distinguished Faculty Award, Z Society, UVA
      Letter of Recognition, Z Society, UVA
      Letter of Recognition, stiri 11:1, UVA
      Dean's Citation of Merit, Ohio University
      African American Studies Outstanding Senior, UNCG
      Outstanding Senior Award, UNCG
      Senior Class President, UNCG

Honor Societies
      Alpha Kappa Delta International Sociology Honor Society
      Gamma Sigma Alpha National Greek Academic Honor Society
      Golden Chain Honor Society, UNCG
      Minerva Society, UNCG

# Research

Books

9.  Parks, Gregory S. and Matthew W. Hughey.  2020. *A Pledge with Purpose: Black Sororities and Fraternities and the Fight for Equality.*  New York University Press

    * Book Reviews: Choice 58(3) (2021); Inside Higher Ed (2020); Journal of African American History 107 (2) (2022);

8.  Hughey, Matthew W. and Emma Gonzalez-Lesser. 2020. *Racialized Media: The Design, Delivery, and Decoding of Race and Ethnicity.*  New York University Press

    * Book Reviews: The Communication Review (2022)

7.  Hughey, Matthew W. 2014. *The White Savior Film: Content, Critics, and Consumption.* Temple University Press

    *Awards: Winner, Southwest Sociological Association Outstanding Publication Award (2016); Finalist, Northeast Popular/American Culture Association Book Prize (2015)

    *Book Reviews: Social Forces (2015); American Studies 53(2) (2015); Humanity & Society 39(1) (2015); Contemporary Sociology 43(6) (2014); Choice 52(3) (2014); Library Journal 139(4) (2014)

    *Author Meets Critics: Eastern Sociological Society Annual Meetings (2015); Southern Sociological Society Annual Meetings (2015); Association for Humanist Sociology Annual Meetings (2014)

6.  Hughey, Matthew W. and Gregory S. Parks. 2014. *The Wrongs of the Right: Language, Race, and the Republican Party in the Age of Obama.* New York University Press

    * 2016: 2nd paperback edition
    * Book Reviews: American Review of Politics (2016); Kirkus Reviews 82(9) (2014); Library Journal 139(10) (2014); Choice 52(4) (2014)

5.  Hughey, Matthew W. 2013. *Race and Ethnicity in Secret and Exclusive Social Orders: Blood and Shadow.*  Taylor and Francis

4.  Hughey, Matthew W. 2012. *White Bound: Nationalists, Antiracists, and the Shared Meanings of Race.*  Stanford University Press

    *Awards: Co-Winner, SSSP Eduardo Bonilla-Silva Outstanding Book Award (2014); Finalist, SSSP C. Wright Mills Book Award (2013); Honorable Mention, Association for Humanist Sociology Book Award (2013)

    *Book Reviews: Contemporary Sociology 43(4) (2014); Ethnic and Racial Studies Review 37(10) (2014); Nationalities Papers: The Journal of Nationalism and Ethnicity (2014); Sociologie 10(1) (Dutch-language) (2014); American Journal of Sociology 119(3) (2013); Public Integrity 15(3) (2013); Humanity & Society 37(4) (2013); Qualitative Research 13(6) (2013); Social Forces 92(2) (2013); London School

of Economics Review of Books (2013); Canadian Journal of Sociology 37(4) (2012)

*Author Meets Critics: Southern Sociological Society Annual Meetings (2013); Southwestern Social Science Association Annual Meetings (2013); Association for Humanist Sociology Annual Meetings (2012)

3.  Parks, Gregory S. and Matthew W. Hughey. 2011. *The Obamas and a (Post) Racial America?* Oxford University Press (foreword by Charles J. Ogletree)

    * Book Reviews: PsycCRITIQUES 56(38) (2011)

2.  Hughey, Matthew W. and Gregory S. Parks. 2011. *Black Greek-Letter Organizations, 2.0: New Directions in the Study of African American Fraternities and Sororities.* University Press of Mississippi (foreword by Theda Skocpol)

    * Book Reviews: Ethnic and Racial Studies 35(2) (2012); Journal of African American Studies 16(4) (2012); Journal of College Student Development 50(1) (2012); Journal for Research into Freemasonry and Fraternalism 3(1) (2012)

1.  Parks, Gregory S. and Matthew W. Hughey. 2010. *12 Angry Men: True Stories of Being a Black Man in America Today.* The New Press (foreword by Lani Guinier)

    * Awards: Winner, PASS Award, National Council on Crime and Delinquency (2011); Critic's Pick, The New York Times (for theatrical version) (2020)
    * Book Reviews: Booklist 107(11) (2011); Call and Post 95(4) (2011); Jet Magazine 119(9) (2011); Washington Informer 46(69) (2011); Kirkus Reviews 78(20) (2010); Library Journal (2012); Publishers Weekly 257(41) (2010)
    * Converted to Theatrical Performances. 8 Sept 2020; 19-21 Feb 2016; 14-20 Nov 2015; 15-18 Oct 2015, The Billie Holiday Theatre Company, Kumble Theater, Brooklyn, New York City
    * Converted to Theatrical Film. March 2021, Apple, Inc., Steve Jobs Theater, Cupertino, CA.

Peer Reviewed Journal Issues—Guest Editor

6.  Hughey, Matthew W. 2020. "Foresight in 2020: Race and Gender in the Upcoming Election." *Sociological Forum* 35(SI):871-1073

5.  Gonzalez-Lesser, Emma, Rhys Hall, and Matthew W. Hughey. 2020. "Extending Studies of Racialized Media Beyond Racial Representations." *Humanity & Society* 44(1): 3-145

4.  Hughey, Matthew W., David G. Embrick, and Ashley "Woody" Doane. 2015. "The Mechanisms of Color-Blind Racism and the Racialized Social System." *American Behavioral Scientist* 59(11): 1347-1525

3.  Byrd, W. Carson and Matthew W. Hughey. 2015. "Race, Racial Inequality, and Biological Determinism in the Genetic and Genomic Era." *The ANNALS of the American Academy of Political and Social Science* 661(1): 8-258

2.  Hughey, Matthew W. 2013. "Blood and Shadow: Race and Ethnicity in Secret and Exclusive Associations." *Ethnic and Racial Studies* 36(2): 237-383

     \* 2013. Altered Reprint. Hughey, Matthew W.  *Race and Ethnicity in Secret and Exclusive Social Orders: Blood and Shadow.* Taylor and Francis

1.  Hughey, Matthew W. and Gregory S. Parks. 2012. "Black Fraternal Organizations." *Journal of African American Studies* 16(4): 565-729

## Encyclopedias—Editor

Hughey, Matthew W. and Michael L. Rosino. Ongoing. "Movements and Ideas." *Routledge Resources Online – Race and Racism*

## Peer-Reviewed Journal Articles

86. Hughey, Matthew W. Forthcoming. "'Angels which Thou hast created of snow and of fire': Bahá'í Angelology and God's Dialogic Relationship to Humanity." *Harvard Theological Review*

85. Hughey, Matthew W. Forthcoming. "'Black people don't love nature': White Environmentalist Imaginations of Cause, Calling, and Capacity." *Theory & Society*

84. Hughey, Matthew W. and Mark Schmitt. 2022. "The Social Antagonism between Whiteness and Antiracism: How and Why White Antiracists lose their Whiteness." *Zeitschrift für Soziologie* 51(1): 66-82

83. Hughey, Matthew W. 2022. "Superposition Strategies: How and Why White People Say Contradictory Things about Race." *PNAS (Proceedings of the National Academy of Sciences)* 119(9): 1-8

82. Hughey, Matthew W. 2021. "The Who and Why of QAnon's Rapid Rise." *New Labor Forum* 30(3): 76–87

81. Hughey, Matthew W. 2021. "Debating Du Bois's Darkwater: From Hymn of Hate to Pathos and Power." *Identities: Global Studies in Culture and Power* 28(3): 263-285

80. Hughey, Matthew W. 2021. "How Blackness Matters in White Lives." *Symbolic Interaction* 44(2): 412-448

79. Hughey, Matthew W. 2021. "Prometheus as Racial Allegory: The Sociological Poetics of W. E. B. Du Bois." *Journal of African American Studies* 25(1):102-123

78. Hughey, Matthew W. 2020. "Gender and Race in the 2020 Election: From the Pathos of Prediction to the Power of Possibility." *Sociological Forum* 35(SI):877-897

77. Hughey, Matthew W. 2020. "'The Souls of White Folk' (1920-2020): A Century of Peril and Prophecy." *Ethnic and Racial Studies Review* 43(8):1307-1332

76. Gonzalez-Lesser, Emma, Rhys Hall, and Matthew W. Hughey. 2020. "Production, Distribution, and Consumption: Extending Studies of Racialized Media Beyond Racial Representations." *Humanity & Society* 44(1):3-11

75. Gardner, Sheena and Matthew W. Hughey. 2019. "Still the Tragic Mulatto? Manufacturing Multiracialization in Magazine Media, 1961-2011." *Ethnic and Racial Studies* 42(4):645-65*

  * 2019. Altered Reprint. In *The Mechanisms of Racialization Beyond the Black/White Binary*. B. Gonzalez-Sobrino and D. R. Goss. Taylor and Francis

74. Hughey, Matthew W. 2019. "Dispatches from Along the Veil: Stories of Racial Rejection." *Sociological Forum* 34(1):213-35

73. Rosino, Michael and Matthew W. Hughey. 2018. "The War on Drugs, Racial Meanings, and Structural Racism: A Holistic and Reproductive Approach." *American Journal of Economics and Sociology* 77(3-4):849-92

72. Hughey, Matthew W. 2018. "Whither Whiteness? The Racial Logics of the Kerner Report and Modern White Space." *RSF: Russell Sage Foundation Journal of the Social Sciences* 4(6):73-98

71. Hughey, Matthew W. 2018. "Of Riots and Racism: Fifty Years Since the Best Laid Schemes of the Kerner Commission (1968-2018)." *Sociological Forum* 33(3):619-42

70. Hughey, Matthew W. 2018. "Schrödinger's Whiteness." *Contexts* 17(2):17-19

69. Hughey, Matthew W. and Devon R. Goss. 2018. "'With Whom No White Scholar Can Compare': Academic Interpretations of the Relationship between W.E.B. Du Bois and Max Weber." *The American Sociologist* 49(2):181-217

68. Hughey, Matthew W. 2018. "Four Thoughts on Charles Mills' Black Rights/White Wrongs: The Critique of Racial Liberalism." *Ethnic and Racial Studies Review* 41(3):523-31

67. Gonzalez-Sobrino, Bianca and Matthew W. Hughey. 2017. "All the Puertorriqueñidad that's Fit to Print: UnAmerican Racial Citizens in The New York Times (1948-1958)." *Critical Sociology* 43:(7/8):1009-28

66. Laybourn, Wendy M., Devon R. Goss, and Matthew W. Hughey. 2017. "'You're either one of us or you're not': Racial Hierarchy and Non-Black Members of Black Greek-Letter Organizations." *Sociology of Race and Ethnicity* 3(4):552–65

65. Hughey, Matthew W. 2017. "Race and Racism: Perspectives from Bahá'í Theology and Critical Sociology." *Journal of Bahá'í Studies* 27(3):7-56

64. Hughey, Matthew W. and Carol Ann Jackson. 2017. "The Dimensions of Racialization and the Inner City School." *The ANNALS of the American Academy of Political and Social Science* 673(1):312-329

63. Love, Adam, Bianca Gonzalez-Sobrino, and Matthew W. Hughey. 2017. "Excessive Celebration? The Racialization of Recruiting Commitments on College Football Internet Message Boards." *Sociology of Sport Journal* 34(3):235-47*

   * 2018. Outstanding Article Award, North American Society for the Sociology of Sport (Honorable Mention)

62. Hughey, Matthew W. 2017. "White Lives Matter?" *Contexts* 16(2):17-18

61. Goss, Devon R., W. Carson Byrd, and Matthew W. Hughey. 2017. "Racial Authenticity and Familial Acceptance Among Transracial Adoptees: A Bothersome Bargain of Belonging." *Symbolic Interaction* 40(2):147-68

60. Rosino, Michael and Matthew W. Hughey. 2017. "Speaking through Silence: Racial Discourse and Identity Construction in Mass Mediated Debates on the 'War on Drugs'." *Social Currents* 4(3):246-64

59. Hughey, Matthew W., Jordan Rees, Devon R. Goss, Michael Rosino, and Emma Gonzalez-Lesser. 2017. "Making Everyday Microaggressions: An Exploratory Experimental Vignette Study on the Presence and Power of Racial Microaggressions." *Sociological Inquiry* 87(2):303-36

58. Goss, Devon R. and Matthew W. Hughey. 2017. "Du Bois and Weber: A Scholarly Relationship Denied?" *Ethnic and Racial Studies Review* 40(3):496-98

57. Kannan, Menaka, Rhys Hall, and Matthew W. Hughey. 2017. "Watching Moonlight in the Twilight of Obama." *Humanity & Society* 41(3): 287-98

56. Parks, Gregory S. and Matthew W. Hughey. 2016. "A Choice of Weapons: The X-Men and the Metaphor for Approaches to Racial Equality." *Indiana Law Journal* 92(1):1-26

55. Hughey, Matthew W. 2016. "There's something happening here: A Comment on Hirschfeld's 'Lethal Policing'." *Sociological Forum* 31(1):225-29

54. Rosino, Michael and Matthew W. Hughey. 2016. "Who's Invited to the (Political) Party: Race and Party Politics in the United States." *Ethnic and Racial Studies Review* 39(3):325-32

53. Hughey, Matthew W. 2015. "The Five I's of Five-O: Racial Ideologies, Institutions, Interests, Identities, and Interactions of Police Violence." *Critical Sociology* 41(6):857–71

52. Hughey, Matthew W., David G. Embrick, and Ashley "Woody" Doane. 2015. "Paving the Way for Future Race Research: Exploring the Racial Mechanisms within a Color-Blind, Racialized Social System." *American Behavioral Scientist* 59(11): 1347-1357

51. Byrd, W. Carson and Matthew W. Hughey. 2015. "Biological Determinism and Racial Essentialism: The Ideological Double Helix of Racial Inequality." *The ANNALS of the American Academy of Political and Social Science* 661(1):8-23

50. Hughey, Matthew W. and Devon R. Goss. 2015. "A Level Playing Field?  Media Constructions of Athletics, Genetics, and Race."  *The ANNALS of the American Academy of Political and Social Science* 661(1):182-211

49. Hughey, Matthew W. and W. Carson Byrd. 2015. "Beautiful Melodies Telling Me Terrible Things: The Future of Race and Genetics for Scholars and Policymakers." *The ANNALS of the American Academy of Political and Social Science* 661(1):238-58

48. Parks, Gregory S., Shayne E. Jones, and Matthew W. Hughey. 2015. "Hazing as Crime: An Empirical Analysis of Criminological Antecedents." *Law and Psychology Review* 39

47. Hughey, Matthew W. 2015. "Discourse of Decency: White Nationalists, White Antiracists, and the Criminality of Color." *Contemporary Justice Review* 18(2):139-59

46. Parks, Gregory S., Shayne Jones, Matthew W. Hughey, and Jonathan Michael Cox. 2015. "White Boys Drink, Black Girls Yell?: A Racialized and Gendered Analysis of Violent Hazing and the Law."  *The Journal of Gender, Race & Justice* 18(1):93-158

45. Love, Adam and Matthew W. Hughey. 2015. "Out of Bounds? Racial Discourse on College Basketball Message Boards."  *Ethnic and Racial Studies* 38(6):877-93

44. Hughey, Matthew W. 2015. "We've Been Framed! A Focus on Identity and Interaction for a Better Vision of Racialized Social Movements."  *Sociology of Race and Ethnicity* 1(1):137–52

43. Hughey, Matthew W. 2014. "Survival of the Fastest? The Media Spectacle of Black Athleticism and Biological Determinism." *Contexts* 13(1):56-8

42. Parks, Gregory and Matthew W. Hughey. 2014. "Opposing Affirmative Action: The Social-Psychology of Political Ideology and Racial Attitudes." *Howard Law Journal* 57(2):513-43

41. Hughey, Matthew W. 2014. "White Backlash in the 'Post-Racial' United States." *Ethnic and Racial Studies Review* 37(5):721-30

40. Parks, Gregory S., Matthew W. Hughey, and Rodney T. Cohen. 2014. "The Great Divide: Black Fraternal Ideals and Reality." *Sociology Compass* 8(2):129–48

39. Goss, Devon R., Denishia Harris, Deronta Spencer, and Matthew W. Hughey. 2014. "Teaching and Learning Guide for: Black Greek-Letter Organizations." *Sociology Compass* 8(5):571-87

38. Parks, Gregory, Rashawn Ray, Shayne Jones, and Matthew W. Hughey. 2014. "Complicit in their Own Demise?" *Law & Social Inquiry* 39(4):938–72

37. Hughey, Matthew W. 2014. "Identity Isomorphism: Role Schemas and White Masculinity Formation." *Sociological Inquiry* 84(2):264-93

36. Parks, Gregory, Shayne Jones, and Matthew W. Hughey. 2013. "Victimology, Personality, and Hazing: A Study of Black Greek-Letter Organizations." *North Carolina Central Law Review* 36(1):16-40

35. Parks, Gregory S., Shayne Jones, and Matthew W. Hughey. 2013. "Belief, Truth, and Pro-Social Organizational Deviance." *Howard Law Journal* 56(2):399-445

34. Hunter, Joanna and Matthew W. Hughey. 2013. " 'It's Not Written On Their Skin Like It Is Ours.' Greek-Letter Organizations in the Age of the Multicultural Imperative." *Ethnicities* 13(5):519-43

33. Hughey, Matthew W. and W. Carson Byrd. 2013. "The Souls of White Folk Beyond Formation and Structure: Bound to Identity." *Ethnic and Racial Studies* 36(6):974-81

32. Hughey, Matthew W. and Jessie Daniels. 2013. "Racist Comments at Online News Sites: A Methodological Dilemma for Discourse Analysis." *Media, Culture, and Society* 35(3):332-47

31. Hughey, Matthew W. 2013. "Chasing Shadows: From the Power Elite to a New Paradigm." *Ethnic and Racial Studies* 36(2):237-48\*

    \* 2013.  Altered Reprint. In *Race and Ethnicity in Secret and Exclusive Social Orders: Blood and Shadow.*  Taylor and Francis

30. Hughey, Matthew W. and Marcia Hernandez. 2013. "Black, Greek, and Read All Over: Newspaper Coverage of African American Fraternities and Sororities, 1980-2009." *Ethnic and Racial Studies* 36(2):298-319\*

    \* 2013.  Altered Reprint. In *Race and Ethnicity in Secret and Exclusive Social Orders: Blood and Shadow.*  Taylor and Francis

29. Hughey, Matthew W.  2012. "Taking Culture (and Race) Beyond Dichotomies: A Reply to Gans." *Identities: Global Studies in Culture and Power* 19(5):639-47

28. Hughey, Matthew W. and Sheena Gardner. 2012. "Film Reviewers and Framing Race: Recuperating a Post-Racial Whiteness." *Darkmatter* 9(2)

27. Hughey, Matthew W. and Gregory S. Parks. 2012. "Black Fraternal Organizations: Systems, Secrecy, and Solace." *Journal of African American Studies* 16(4):595-603

26. Hughey, Matthew W. 2012. "Stigma Allure and White Antiracist Identity Management." *Social Psychology Quarterly* 75(3):219-41\*

    \* 2012.  Abstracted in SPQ Snaps

25. Hughey, Matthew W. 2012. "Color Capital, White Debt, and the Paradox of Strong White Racial Identities." *Du Bois Review: Social Science Research on Race* 9(1):169-200

24. Hughey, Matthew W. 2012. "Show Me Your Papers! Obama's Birth and the Whiteness of Belonging." *Qualitative Sociology* 35(2):163-81

23. Hughey, Matthew W. 2012. "Black Guys and White Guise: The Discursive Construction of White Masculinity." *Journal of Contemporary Ethnography* 41(1):96-125

22. Hughey, Matthew W. 2012. "Racializing Redemption, Reproducing Racism: The Odyssey of Magical Negroes and White Saviors." *Sociology Compass* 6(9):751-67

21. Tindall, Natalie, Marcia Hernandez, and Matthew W. Hughey. 2011. "'Doing a Good Job at a Bad Thing': Prevalence and Perpetuation of Stereotypes Among Members of Historically Black Sororities." *The Oracle: The Research Journal of the Association of Fraternity Advisors* 6(2):36-53

20. Hughey, Matthew W. 2011. "Backstage Discourse and the Reproduction of White Masculinities." *The Sociological Quarterly* 52(1):132-53

19. Hughey, Matthew W. 2011. "Re-membering Black Greeks: Racial Memory and Identity in Stomp the Yard." *Critical Sociology* 37(1):103-23

18. Hughey, Matthew W. 2010. "A Paradox of Participation: Nonwhites in White Sororities and Fraternities." *Social Problems* 57(4):653-79

17. Hughey, Matthew W. 2010. "The (Dis)similarities of White Racial Identities: The Conceptual Framework of 'Hegemonic Whiteness.'" *Ethnic and Racial Studies* 33(8):1289-1309*

> * 2009. James E. Blackwell Distinguished Paper Award, Section on Racial and Ethnic Minorities, American Sociological Association
> * 2015. Abstracted in *Contexts*. "Whiteness in the US."

16. Hughey, Matthew W. 2010. "The White Savior Film and Reviewers' Reception." *Symbolic Interaction* 33(3):475-96

15. Hughey, Matthew W. 2010. "Teaching and Learning Guide for: A Glimpse into the Sociology of White Antiracism and White Nationalism." *Sociology Compass* 4(3):207-14

14. Hughey, Matthew W. 2009. "Cinethetic Racism: White Redemption and Black Stereotypes in 'Magical Negro' Films." *Social Problems* 56(3):543-77*

> * 2010. Abstracted in *Contexts*. "Playing God." 9(2):13

13. Hughey, Matthew W. 2009. "Black Aesthetics and Panther Rhetoric—A Critical Decoding of Black Masculinity in The Black Panther, 1967-1980." *Critical Sociology*

35(1):29-56

12. Hughey, Matthew W. and Sahara Muradi. 2009. "Laughing Matters: Economies of Hyper-irony and Manic-satire in South Park and Family Guy." *Humanity & Society* 33(3):206-37

11. Hughey, Matthew W. 2009. "The Janus Face of Whiteness: Toward a Cultural Sociology of White Nationalism and White Antiracism." *Sociology Compass* 3(6):920-36

10. Hughey, Matthew W. 2008. "Virtual (Br)others and (Re)sisters: Authentic Black Fraternity and Sorority Identity on the Internet." *Journal of Contemporary Ethnography* 37(5):528-60

9. Hughey, Matthew W. 2008. "Brotherhood or Brothers in the 'Hood? Debunking the 'Educated Gang' Thesis as Black Fraternity and Sorority Slander." *Race, Ethnicity, and Education* 11(4):443-63

8. Hughey, Matthew W. 2007. "Crossing the Sands, Crossing the Color-Line: Non-Black members of Historically Black Greek Organizations." *Journal of African American Studies* 11(1):55-75

7. Hughey, Matthew W. 2007. "The Pedagogy of Huey P. Newton: Critical Reflections on Education in his Writings and Speeches." *Journal of Black Studies* 38(2):209-31

6. Hughey, Matthew W. 2007. "Racism with Antiracists: Color-Conscious Racism and the Unintentional Persistence of Inequality." *Social Thought and Research* 28:67-108

5. Hughey, Matthew W. 2006. "Black, White, Greek...Like Who? Howard University Student Perceptions of a White Fraternity on Campus." *Educational Foundations* 20(1/2):9-35

4. Hughey, Matthew W. 2005. "The Sociology, Pedagogy, and Theology of Huey P. Newton: Toward a Radical Democratic Utopia." *Western Journal of Black Studies* 29(3):639-55

3. Hughey, Matthew W. 2005. "Moving Beyond 'Liberation Theology': New Transcendentalism as Critique of Positivist-binary Cultural Logic." *The Journal of Religious Thought* 57(2), 58(1/2):39-66

2. Hughey, Matthew W. 2003. "Panther, Preacher, Teacher: The Black Panther Party's Model of Spiritualized Pedagogy." *Democracy & Education* 15(2):54-63

1. Hughey, Matthew W. 2003. "Old Glory: The little RED schoolhouse, WHITE folks, and my BLUEs." *Journal of Justice Studies* 1(2)

## Book Chapters

30. Hughey, Matthew W. Forthcoming. "Behind the Veil: The Unsung Contributions of W. E. B. Du Bois to 'Whiteness Studies' and 'Critical Race Theory'." *The Oxford Handbook of*

*W. E. B. Du Bois*, A. Morris, W. Allen, C. Johnson-Odim, D. S. Green, M. Hunter, K. Brown, and M. Schwartz (eds).

29. Hughey, Matthew W. Forthcoming. "Du Boisian Sociology and Intersectionality" *Research Handbook on Intersectionality*. M. Romero (ed.). Edward Elgar Publishing.

28. Hughey, Matthew W. Forthcoming. "White Time: The Relationship of Racial Identity, Contexts, Interactions, and Temporality." *Routledge International Handbook of New Critical Race and Whiteness Studies*. S. A. Tate, C. Lundström, S. Keskinen and R. Andreassen (eds).

27. Hughey, Matthew W. and Michael L. Rosino. 2022. "Make America White Again: The Racial Reasoning of American Nationalism." *Systemic Racism in America: Sociological Theory, Education Inequality, and Social Change*. H. Mahmoudi and R. Ray (eds.). Routledge, 50-69

26. Hughey, Matthew W. 2022. "The Soul of White Nationalism in the American Body Politic: Birtherism, 'Make America Great Again', and Immigration." *White Supremacy and the American Media*. S. Nilsen and S. Turner (eds.). Routledge, 41-60

25. Hughey, Matthew W. and Michael L. Rosino. 2021. "Identity and Racialization." *The Routledge Handbook of Interactionism*. L. T. Reynolds and N. J. Herman-Kinney (eds.). Routledge, 145-155

24. Hughey, Matthew W and Michel L. Rosino. 2020. "Distinctions, Dilemmas, and Dangers: Sociological Approaches to Race and Nationalism." *The Routledge International Handbook of Contemporary Racisms*. J. Solomos (ed.). Routledge, 258-272

23. Hughey, Matthew W. and Emma González-Lesser. 2020. "The 'Labor' of Racialized Media: Stuart Hall and the Circuit of Culture." *Racialized Media: The Design, Delivery, and Decoding of Race and Ethnicity*. M. W. Hughey and E. González-Lesser (eds.) New York University Press, 1-18

22. González-Lesser, Emma and Matthew W. Hughey. 2020. "Conclusion: Next Steps for Media Studies." *Racialized Media: The Design, Delivery, and Decoding of Race and Ethnicity*. M. W. Hughey and E. González-Lesser (eds.) New York University Press, 307-320

21. Sattarzadeh, Sahar and Matthew W. Hughey. 2020. "Racism and the Media Landscape in the United States." *Racism in America: A Reference Handbook*. S. L. Foy (ed.). Contemporary World Issues Series. ABC-CLIO, 173-178

20. Gardner, Sheena K. and Matthew W. Hughey. 2019. "Still the Tragic Mulatto? Manufacturing Multiracialization in Magazine Media, 1961–2011." *The Mechanisms of Racialization Beyond the Black/White Binary*. B. Gonzalez-Sobrino and D. R. Goss (eds.). Taylor and Francis, 141-162

19. Gonzalez-Sobrino, Bianca, Gonzalez-Lesser, and Matthew W. Hughey. 2018. "On-Demand Diversity? The Meanings of Racial Diversity in Netflix Productions."

*Challenging the Status-Quo: Diversity, Democracy, and Equality in the 21ˢᵗ Century*. Brill, 321-324

18. Hughey, Matthew W. 2018. "The Whiteness of Oscar Night." *The Contexts Reader (3ʳᵈ ed.)*. S. Ali and P. N. Cohen (eds.). W. W. Norton & Company, 144-147

17. Hughey, Matthew W. 2018. "Following the Circuits of Culture." *Give Methods a Chance.* K. Green and S. Lageson (eds). W. W. Norton & Company, 115-121

16. Hughey, Matthew W. 2016. "Hegemonic Whiteness: From Structure and Agency to Identity Allegiance." *The Construction of Whiteness: An Interdisciplinary Approach to Race Formation and the Meaning of a White Identity*. S. Middleton, D. Roediger, and D. Shaffer (eds.). University Press of Mississippi, 212-233

15. Gonzalez-Sobrino, Bianca, Devon R. Goss, and Matthew W. Hughey. 2016. "The Rise of the Racial Reviewer, 1990-2004." *Race and Contention in 21st Century U.S. Media,* J. Smith and B. K. Thakore (eds.). Routledge, 165-181

14. Hughey, Matthew W. 2015. "The Sociology of Whiteness: Beyond Good and Evil White People." *Theories in Race and Ethnic Relations: Contemporary Debates and Perspectives.* J. Solomos and K. Murji (eds.). Cambridge University Press, 214-232

13. Hughey, Matthew W. 2014. "'They Should Get Over It!' The End of Discrimination?" *Getting Real About Race: Hoodies, Mascots, Model Minorities, and Other Conversations.* S. McClure and C. A. Harris (eds.). Sage Publications, 25-38

12. Hughey, Matthew W. 2014. "Beyond the Big, Bad Racist:  Shared Meanings of White Identity and Supremacy." *Color Lines and Racial Angles, The Society Pages Series, Vol. 3*. D. Hartmann and C. Uggen (eds.). W. W. Norton & Company, 65-80

11. Hughey, Matthew W. and Gregory S. Parks. 2011. "'Am I Not a Man and a Brother': Analyzing the Complexities of Black 'Greek' Masculine Identity." *Masculinity in the Black Imagination*: Politics of Community Race and Manhood. M. C. Hopson & R. L. Jackson (eds.). Peter Lang Publishers, 27-54

10. Hughey, Matthew W. 2011. "Measuring Racial Progress in America: The Tangled Path." *The Obamas and a (Post) Racial America?*  G. S. Parks and M. W. Hughey (eds.). Oxford University Press, 1-26

9. Ciccariello-Maher, George and Matthew W. Hughey. 2011. "Obama and Global Change in Perceptions of Group Status." *The Obamas and a (Post) Racial America?* G. S. Parks and M. W. Hughey (eds.). Oxford University Press, 193-214

8. Hughey, Matthew W. and Gregory S. Parks. 2011. "Public-Realism: Propounding a Critical & Empirical Black 'Greek' Scholarship." *Black Greek-Letter Organizations, 2.0.* M. W. Hughey and G. S. Parks (eds.). University Press of Mississippi, 3-22

7. Hughey, Matthew W. 2011. "'You make the letters. The letters don't make you.' The

Construction of Memory and Identity in Stomp the Yard." *Black Greek-Letter Organizations, 2.0.* M. W. Hughey and G. S. Parks (eds.). University Press of Mississippi, 191-209

6.  Hughey, Matthew W. 2009. "Rushing the Wall, Crossing the Sands: Cross-Racial Membership in U.S. College Fraternities & Sororities." *Brothers and Sisters: Diversity in College Fraternities and Sororities.* G. S. Parks and C. Tolberson (eds.). Fairleigh Dickinson University Press, 307-364

5.  Hughey, Matthew W. 2008. "Tripping the White Fantastic: Navigating the Politics of Dislocation and Bicultural Authenticity in Academe." *Research in Race and Ethnic Relations, Vol. 15.* R. M. Dennis & D. S. Green (eds.). Emerald Group Publishing, 131-159

4.  Hughey, Matthew W. 2008. "'I Did It For The Brotherhood': Non-Black Members of Historically Black Greek-Lettered Organizations." *Black Greek Letter Organizations in the Twenty-First Century.* G. S. Parks (ed.). University Press of Kentucky, 313-343

3.  Hughey, Matthew W. 2008. "'Cuz I'm Young and I'm Black and My Hat's Real Low?': A Critique of Black Greeks as 'Educated Gangs.'" *Black Greek Letter Organizations in the Twenty-First Century.* G. S. Parks (ed.). University Press of Kentucky, 385-417

2.  Hughey, Matthew W. 2008. "'Constitutionally Bound': The Founders of Phi Beta Sigma Fraternity, Inc. and Zeta Phi Beta Sorority, Inc." *Black Greek Letter Organizations in the Twenty-First Century.* G. S. Parks (ed.).  University Press of Kentucky, 95-114

1.  Hughey, Matthew W. 2006. "Specters of Whiteness: The (Mis)Educational Reproduction of 'Anti-Racist' Racism." *Ethnographic and Qualitative Research in Education.* P. Brewer and M. Firmin (eds.). Cambridge Scholars Press, 21-43

Book Forewords

Hughey, Matthew W. 2016. "The Browning of American Media and the Whitewashing of Inequality."  *South Asians on the U.S. Screen: Just Like Everyone Else?* by B. Thakore. Lexington Books, vii-xiii

Opinion Essays

Hughey, Matthew W. 2022.  "What Everyday White Americans and the Buffalo Shooter Have in Common."  *Slate*

Hughey, Matthew W. 2021. "The Coming Authoritarianism." *Sociological Forum* 36(2):544-545

Hughey, Matthew W. 2020. "Preface: Foresight in 2020: Race and Gender in the Upcoming Election." *Sociological Forum* 35(SI):875-876

Parks, Gregory S. and Matthew W. Hughey. August 2020. "Kamala Harris and the Political Power of Black Sororities (and Fraternities)." *From the Square: New York University Press Blog*

Hughey, Matthew W. May 2020. "There's Another Pandemic to Fight: Racism." *The Hartford Courant*

Hughey, Matthew W. May 2020. "Reviewing the Reviewers: How people made sense of W. E. B. Du Bois's Darkwater: Voices from Within the Veil." *Identities Blog*

> *June 2020. Reprint. Hughey, Matthew W.   Race.Ed (The University of Edinburgh)

Hughey, Matthew W. Nov 2019. "Syracuse suspends fraternities racism, but Greek system's prejudice is a national problem." *NBC News*

Hughey, Matthew W. and Gregory S. Parks. Oct 2019. "From White Nationalists to Black "Greeks": The varied strategies of racial politics." *From the Square: New York University Press Blog*

Hughey, Matthew W.  Mar 2018. "50 Years since the Kerner Report on Riots and Racism— What have we learned?" *Medium*

Hughey, Matthew W.  Feb 2018. "Can Hollywood Separate Gold from White?" *Contexts*

Hughey, Matthew W.  Aug 2017. "The Souls of White Folk in Charlottesville and Beyond." *Contexts*

Hughey, Matthew W. Aug 2017. "Everyday Forms of White Supremacy." *The Stanford University Press Blog*

Hughey, Matthew W. June 2017. "The Bullying and Terrorism of the White Crisis." *The Huffington Post*

Hughey, Matthew W. May 2017 ."Back to the Future: A Message from 2055." *Humanity and Society*

Hughey, Matthew W., Menaka Kannan, and Rhys Hall. Feb 2017. "Watching Moonlight in the Twilight of Obama." *The Huffington Post*

Hughey, Matthew W. Oct 2016. "#LukeCage and the Problem of 'Double Consciousness 2.0'." *The Huffington Post*

Hughey, Matthew W.  Aug 2016. "You are what you eat: The Sociology of Food." *Humanity and Society* 40(3)

Hughey, Matthew W. July 2016. "Of Tarzan and Knight: Our Cinematic Addiction to White Saviors." *The Huffington Post*

Hughey, Matthew W. July 2016. "The Life and (Near Death Experience) of Affirmative Action—but what of its Soul?" *The Huffington Post*

Hughey, Matthew W. June 2016. "The Greek Mythology of Inclusiveness." *CURRENTS: Council for Advancement and Support of Education*

Hughey, Matthew W. May 2016 ."Pride, Prejudice, and Power." *Humanity and Society* 40(2)

Hughey, Matthew W. Feb 2016. "Sociology of the Family: As You Like It?" *Humanity and Society* 40(1)

Hughey, Matthew W. Nov 2015. "Educational Inequality: Privatization, Charter Schools, and Uncertain Times." *Humanity and Society* 39(4)

Byrd, Carson W. and Matthew W. Hughey. Sept 2015. "Born that way? 'Scientific' racism is creeping back into our thinking. Here's what to watch out for." *The Washington Post Monkey Cage Blog*

Hughey, Matthew W. and Devon R. Goss. Sept 2015. "In its focus on genetics and race, global newspaper coverage of athletics is far from 'post-racial.' *London School of Economics and Politics Blog*

        * Reprinted in *Newsweek*

Hughey, Matthew W. Aug 2015. "The Risks of Turning Races into Genes." *The Huffington Post*

Hughey, Matthew W. Aug 2015. "A Reflection on the Sociological Study of Subcultures." Sociology." *Humanity and Society* 39(3)

Hughey, Matthew W. May 2015. "On the Importance of Books, Reviews, and Humanist Sociology." *Humanity and Society* 39(2)

Rosino, Michael L., Devon R. Goss, and Matthew W. Hughey. April 2015. "People or Profits? How Business Media Outlets Make the 'Business Case' for Corporate Diversity Initiatives." *Work in Progress: Blog of the American Sociological Association's Organizations, Occupations, and Work Section*

Hughey, Matthew W. April 2015. "Greek life: Black, white and unequal all over." *Asbury Park Press*

Hughey, Matthew W. March 2015. "The University of Oklahoma Video and the Problem Fraternities Can't Fix Themselves." *The New York Times*

Hughey, Matthew W.  Jan 2015. "The Whiteness of Oscar Night." *Contexts*

Hughey, Matthew W. and Gregory S. Parks.  May 2014. "Fox News' divisive race strategy: How O'Reilly, Hannity and Coulter intentionally tore America apart." *Salon*

Hughey, Matthew W. Feb 2014.  "Dear Mr. Kristof, Get to Know the Facts (and We've Been Here All This Time, Too)." *The Huffington Post*

> \* Reprinted in *SKATology: Newsletter of the American Sociological Association Section on Science, Knowledge, and Technology*

Hughey, Matthew W. and Gregory S. Parks.  Nov 2013. "The New 'Southern Strategy': GOP plays the race card…again." *From the Square: New York University Press Blog*

Hughey, Matthew W. June 2013. "Gutting the Voting Rights Act: Freedom to Discriminate." *The Huffington Post*

Hughey, Matthew W. June 2013. "Whiteness in Fact and Fiction." *The Huffington Post*

Hughey, Matthew W. Dec 2012. "Beyond the Pop-Psychology of White Identity and Racism." *The Society Pages*

Hughey, Matthew W. Nov 2012. "'Good' and 'Evil' Whites: The Shared Meanings of Race." *The Huffington Post*

Hughey, Matthew W. and Gregory S. Parks. Winter 2012. "'Scholarship' and the Lack of an 'Intellectual' BGLO Community." *Progressive Greek Magazine*

Hughey, Matthew W. and Gregory S. Parks. Nov 2011. "Too Soon for a Black President?" *The Huffington Post*

Hughey, Matthew W. Sum 2011. "'You're a racist!' The Most Offensive Words to Whiteness?" *Remarks: Newsletter of the Section on Racial and Ethnic Minorities, American Sociological Association*

Hughey, Matthew W. and Gregory S. Parks. Sept 2011. "The Relevance of Black Greek Scholarship II." *Progressive Greek Blog*

Hughey, Matthew W. and Gregory S. Parks. Aug 2011. "The Relevance of Black Greek Scholarship I." *Progressive Greek Blog*

Hughey, Matthew W.  April 2011. "A Multicultural Canon?" *Sociological Images*

Parks, Gregory S. and Matthew W. Hughey. March 2011. "The Mind Works in Mysterious Ways: Unconscious Race Bias and Obama." *Oxford University Press Blog*

Hughey, Matthew W.  April 2010. "Beyond Good and Evil Whites." *Racism Review*

Hughey, Matthew W. April 2010. "The Common Ground of Reid and Steele: From White Racial Framing to Hegemonic Whiteness." *Racism Review*

Hughey, Matthew W. Win 2009. "ABC's Cavemen: A Savage Identity Politics."  *ESSays: Newsletter of the Eastern Sociological Society* 23(2)

Hughey, Matthew W.  Nov 2009. "On Thanksgiving: Why Myths Matter." *Racism Review*

Hughey, Matthew W. Nov 2009. "Von Brunn, Bad Apples, and Hegemonic Whiteness." *Racism Review*

Hughey, Matthew W.  Oct 2009. "The Spectre of Culture." *Remarks: Newsletter of the Section on Racial and Ethnic Minorities, American Sociological Association*

Hughey, Matthew W. May 2009. "Being on the Job Market in Times of Crisis: Helpful Tips from Someone who Survived."  *Amalgam: Virginia Interdisciplinary Review* 2(2)

Hughey, Matthew W. Win 2008. "Walking Up-right but not Alright: The Trivialization of Discrimination and Identity Politics in ABC's Cavemen."  *Social Problems Forum* 39(1)

Hughey, Matthew W. Oct 2008. (Written under pseudonym). Untitled. *The Chronicle of Higher Education*

Hughey, Matthew W. and Gregory S. Parks. Spring 2008. "The Education of the Black Fraternity and Sorority Advisor, Ten Critiques." *Perspectives*

Hughey, Matthew W. and Gregory S. Parks. Oct 2007. "Measuring Up: Twelve Steps Closer to a Solution on BGLO Hazing." *Essentials: A Publication for the Association of Fraternity Advisors*

Hughey, Matthew W. July 2007. "It's Much More Than Imus! The Industrial, Textual, and Cultural facets of Media Racism."  *SSSP Racial and Ethnic Studies Division Newsletter*

Hughey, Matthew W. June 2007. "The 'Raced' Character of the Anna Nicole Smith Saga."  *The Griot: The Official Newsletter of the Association of Black Sociologists*

Gregory S. Parks and Matthew W. Hughey. March 2007. "A Bleak Future for Black Greeks." *Black College Wire*

Parks, Gregory S. and Matthew W. Hughey. June 2007. "Broken Bonds: Are Black Greek Organizations Making Themselves Irrelevant?" *Diverse Issues in Higher Education* 24(9)

Hughey, Matthew W. and Gregory S. Parks. Sum 2007. "African American Fraternities and Sororities: A Time For Collaborative Action." *AURORA: The Official Organ of Sigma Gamma Rho Sorority, Inc.*

Hughey, Matthew W. Win 2006.  "Still the Dark Continent? African Images in U.S.

Mainstream Media." *PRIDE* 2(1)

Hughey, Matthew W. Win 2006. "Bennett on Crime and Race: A Different Dance, But the Same Song." *Remarks: Newsletter of the Section on Racial and Ethnic Minorities, American Sociological Association* 12

Hughey, Matthew W. Fall 2005. "The Geo-Politics of Subjectivity and Praxis: The Inheritance of Guevarian Methodology." *CASAzine* No 2

Hughey, Matthew W. April 2003. "In My Own Words: Cultural Studies the Anti-Discipline." *Athenaeum: Ohio's Education Annual*

Hughey, Matthew W. June 2002. "The Educational and Spiritual Legacy of the Black Panther Party." *Black Voices*

## Encyclopedia Entries

Gonzalez-Lesser, Emma and Matthew W. Hughey. 2019. "Race and Elite Spaces." *Encyclopedia of Sociology (2nd ed.)* G. Ritzer (ed.). Wiley-Blackwell

Goss, Devon R. and Matthew W. Hughey. 2017. "Racialization." *The Encyclopedia of Social Theory*, B. S. Turner, C. Kyung-Sup, C. F. Epstein, P. Kivisto, J. M. Ryan, and W. Outhwaite (eds.). Wiley-Blackwell

Hughey, Matthew W. and Rhys Hall. 2017. "Commentary: African Americans and the Oscars." *The American Mosaic: The African American Experience.* ABC-CLIO

Gonzalez-Sobrino, Bianca and Matthew W. Hughey. 2016. "Colorism" and "Passing." *People of Color in the United States: Contemporary Issues in Education, Work, Communities, Health, and Immigration.* K Lomotey, P. B. Jackson, M. Adem, P. X. Ruf, V. C. Copeland, A. Huerta, N. Iglesias-Prieto, and D. L. Brown (eds.). Greenwood Press

Goss, Devon R. and Matthew W. Hughey. 2016. "Religion" and "Discrimination." *People of Color in the United States: Contemporary Issues in Education, Work, Communities, Health, and Immigration.* K Lomotey, P. B. Jackson, M. Adem, P. X. Ruf, V. C. Copeland, A. Huerta, N. Iglesias-Prieto, and D. L. Brown (eds.). Greenwood Press

Rosino, Michael and Matthew W. Hughey. 2016. "Media Depictions" and "Hate Crimes." *People of Color in the United States: Contemporary Issues in Education, Work, Communities, Health, and Immigration.* K Lomotey, P. B. Jackson, M. Adem, P. X. Ruf, V. C. Copeland, A. Huerta, N. Iglesias-Prieto, and D. L. Brown (eds.). Greenwood Press

Spencer, Deronta and Matthew W. Hughey. 2016. "Micro-Aggressions" and "Acting White." *People of Color in the United States: Contemporary Issues in Education, Work, Communities, Health, and Immigration.* K Lomotey, P. B. Jackson, M. Adem, P. X. Ruf, V. C. Copeland, A. Huerta, N. Iglesias-Prieto, and D. L. Brown (eds.). Greenwood Press

Gonzalez-Lesser, Emma and Matthew W. Hughey. 2016. "Antiracist and Civil Rights

Movements." *Encyclopedia of Gender and Sexuality Studies*, N. Naples (ed.). Wiley-Blackwell

Hughey, Matthew W.  2016. "Caucasian." *The Wiley-Blackwell Encyclopedia of Race, Ethnicity and Nationalism.* J. Stone, R. Dennis, P. Rizova, A. Smith, and X. Hou (eds.). Hoboken, NJ: Wiley-Blackwell

Gonzalez-Sobrino, Bianca and Matthew W. Hughey. 2014. "Blanquemiento," "Magical Negro Films," "Narrowcasting," and "White Savior Films." *Race and Racism in the United States: An Encyclopedia of the American Mosaic.* C. Lippard and C. Gallagher (eds.). Independence, KY: Gale Publishing

Gardner, Sheena and Matthew W. Hughey. 2014. "Beauty Standards", "Blackface", "Blepharoplasty," Good Hair", and "Skin Lightening in America and around the World." *Race and Racism in the United States: An Encyclopedia of the American Mosaic.* C. Lippard and C. Gallagher (eds.). Independence, KY: Gale Publishing

Hughey, Matthew W. and Sheena Gardner. 2012. "Scholarship: Social Sciences." *International Encyclopedia of Race and Racism, 2nd ed.* P. L. Mason (ed.). Macmillan Reference

Hughey, Matthew W. 2012. "Fraternities, Sororities, and Diversity." *Encyclopedia of Diversity in Education.* J. A. Banks (ed.). Thousand Oaks, CA: Sage Press

Hughey, Matthew W. 2008. "Bootstrap Theory," "Riots," "Sanctuary Movement," "Social Constructionist Theory," "Theory." *The Encyclopedia of Social Problems, Vols. 1 and 2.* V. N. Parrillo (ed.). Thousand Oaks, CA: Sage Press

Hughey, Matthew W. 2008. "Fraternities and Sororities," "Stokely Carmichael," "Huey P. Newton." *Encyclopedia of Race, Ethnicity, and Society, Vols. 1 and 2.* R. Schaefer (ed.). Thousand Oaks, CA: Sage Press

Hughey, Matthew W. 2006. "Alain LeRoy Locke," "The 1992 Los Angeles Riots," "Huey P. Newton." *An Encyclopedia of American Race Riots.* W. Rucker and J. U. Upton (eds.). Westport, CT: Greenwood Press

Hughey, Matthew W. 2005. "Huey P. Newton." *An Encyclopedia of African American Literature.* H. Ostrom & J. Macey Jr. (eds.). Westport, CT: Greenwood Press, 1219-1221

## Grants

Co-PI (w/ Emma Gonzalez-Lesser). 2020. "Racialized Media: The Design, Delivery, and Decoding of Race and Ethnicity." Scholarship Facilitation Fund, University of Connecticut ($1,280) (accepted)

Co-PI (w/ David G. Embrick). 2017. "Physical, Social, and Health Consequences of Racial Microaggressions." Office of Public Engagement Seed Grants for Community-Engaged Health Research, Institute for Collaboration on Health, Intervention, and Policy

(InCHIP), University of Connecticut ($15,000) (unfunded)

Co-PI (w/ David G. Embrick). 2016. "Everyday Racial Microaggressions: Are There Significant Differences between How African Americans and Black Immigrants Understand, React, and/or Cope with Racial Microaggressions in the US?" Research Excellence Program Grant, Office of Vice President for Research (OVPR), University of Connecticut ($49,000) (unfunded)

Co-PI (w/ David G. Embrick). 2016. "Initial Survey and Narrative Interview Data on Comparative African Americans and Black Immigrant Microaggressions." Advancement of the Discipline Grant, American Sociological Association and National Science Foundation ($6,377) (unfunded)

Co-PI (w/ Victor Ray and Louise Seamster). 2014. "No Vacancy: Discrimination in an Online Rental Market." Advancement of the Discipline Grant, American Sociological Association and National Science Foundation ($6,270) (accepted)

PI. 2014. American Sociological Association Travel Award Grant (SES-1345594). National Science Foundation ($1,500) (accepted)

PI. 2014. "Strengthening Qualitative Research through Methodological Innovation and Integration." National Science Foundation Grant ($657,283) (unfunded)

PI. 2013. "The White Savior Film: Content, Critics, and Community." Small Faculty Grant, University of Connecticut ($1,500) (accepted)

Co-PI (w/ Jessie Daniels). 2010. "Discourse Analysis of Racism in Online Comments at Mainstream U.S. News Sites and Political Blogs." Civic Discourse and the Public Sphere Grant, Duke University ($2,450) (accepted)

PI. 2009. Student Forum Travel Grant, American Sociological Association ($500) (accepted)

Co-PI (w/ Christina Berry). 2004. "Driving Patriotism: US flag display post 9/11." Double Hoo Research Grant, University of Virginia ($8,000) (declined)

## Film Reviews

Hughey, Matthew W. 2021. "Southern Discomfort: Private Property and Public Defenders: A Review of Old South and Gideon's Army." *Films for the Feminist Classroom* 11(1)

Hughey, Matthew W. 2013. "Slavery, Emancipation, and the Great White Benefactor: A Review of Lincoln and Django Unchained." *Humanity & Society* 37(4): 351-53

## Book Reviews

Hughey, Matthew W. Forthcoming. <u>The Religion of White Rage: Religious Fervor, White Workers and the Myth of Black Racial Progress</u> by S. C. Finley, B. M. Gray, and L. L. Martin in *Terrorism & Political Violence*

Hughey, Matthew W. Forthcoming. <u>Race Against Time: A Reporter Reopens the Unsolved Murder Cases of the Civil Rights Era</u>, by J. Mitchell in *Terrorism & Political Violence*

Hughey, Matthew W. Forthcoming. <u>Trash Talk: Anti-Obama Lore and Race in the Twenty-First</u> *Century* by P. A. Turner in *Ethnic and Racial Studies Review*

Hughey, Matthew W.  Forthcoming. <u>Freedom Now! Forgotten Photographs of the Civil Rights Struggle</u> by M. A. Berger in *Ethnic and Racial Studies Review*

Hughey, Matthew W.  Forthcoming. <u>A Cultural History of Race: Volumes 1-6</u>, by M. Turda in *Ethnic and Racial Studies Review*

Hughey, Matthew W.  2022. "More than Metaphors: Will Sociology Search for the Soul of Du Bois? (A Review of W. E. B. Du Bois's *Prayers for Dark People*)." *Sociological Forum* 37(2): 647-652

Hughey, Matthew W. 2022. <u>Whiteness Interrupted: White Teachers and Racial Identity in Predominantly Black Schools</u> by Marcus Bell in *Social Forces*

Hughey, Matthew W.  2022. <u>Whitelash: Unmasking White Grievance at the Ballot Box</u> by T. Smith in *Ethnic and Racial Studies Review* 45(3)

Hughey, Matthew W. 2020. <u>Black Cultural Production after Civil Rights</u> by R. J. Patterson in *Ethnic and Racial Studies Review* 43(13):2469-2471

Hughey, Matthew W. 2020. <u>The Class Ceiling: Why It Pays to be Privileged</u> by S. Friedman and D. Laurison in *American Journal of Sociology* 125(5):1416-1418

Hughey, Matthew W. 2020. <u>Myths America Lives By: White Supremacy and the Stories That Give Us Meaning</u> by R. T. Hughes in *Ethnic and Racial Studies Review* 43(8):1517-1519

Hughey, Matthew W. 2020. <u>Bring the War Home The White Power Movement and Paramilitary America</u> by K. Belew in *Politics, Religion & Ideology* 21(1):146-47

Hughey, Matthew W. 2020. <u>The Hollywood Jim Crow: The Racial Politics of the Movie Industry</u> by M. Erigha in *Journal of American Ethnic History* 39(2):112-13

Hughey, Matthew W. 2020. <u>Divine Variations: How Christian Thought became Racial Science</u> by T. Keel in *Ethnic and Racial Studies Review* 43(3):556-568

Hughey, Matthew W. 2019. <u>Lady Liberty's Shadow: The Politics of Race and Immigration in New Jersey</u> by R. M. Rodriguez in *American Journal of Sociology* 124(4):1289-91

Hall, Rhys and Matthew W. Hughey. 2017. Elite White Men Ruling: Who, What, When, Where, and How by J. Feagin and K. Ducey in *Men & Masculinities* 20(5):631-33

Hughey, Matthew W. 2017. House Full: Indian Cinema and the Active Audience by L. Srinivas in *American Journal of Sociology* 123(2):642-44

Gonzalez-Sobrino, Bianca and Matthew W. Hughey.  2017. Beyond Hate: White Power and Popular Culture by C. R. King and D. J. Leonard in *The Journal of Hate Studies* 13(1):187-90

Jackson, Carol Ann and Matthew W. Hughey. 2017. Race and the Origins of American American Neoliberalism by R. Hohle in *Ethnic and Racial Studies Review* 40(3) 548-50

Hughey, Matthew W. 2016. Race on the Move: Brazilian Migrants and the Global Reconstruction of Race by T. Joseph in *Contemporary Sociology* 45(4):464-66

Rosino, Michael and Matthew W. Hughey. 2016. Demonizing a President: The "Foreignization" of Barack Obama by M. A. Parlett in *American Review of Politics* 35(2)

Jackson, Carol Ann and Matthew W. Hughey. 2016. Mythologizing Black Women: Unveiling White Men's Deep Frame on Race and Gender by B. Slatton in *Critical Sociology* 42(6): 923-25

Gonzalez-Lesser, Emma and Matthew W. Hughey.  2016. Black Masculinity in the Obama Era by W. Hoston in *The Social Science Journal* 53(3):382-83

Rosino, Michael and Matthew W. Hughey.  2016. The Struggle for Black Freedom in Miami Civil Rights and Americas Tourist Paradise, 1896-1968 by C. N. Rose in *Ethnic and Racial Studies Review* 39(8):1536-38

Hughey, Matthew W. 2016. Beneath the Surface of White Supremacy: Denaturalizing U.S. Racisms Past and Present by M. Jung in *American Journal of Sociology* 121(5):1630-32

Gonzalez-Lesser, Emma and Matthew W. Hughey. 2016. Getting Away with Murder:  The Twentieth-Century Struggle for Civil Rights in the U.S. Senate by V. A. Holloway in *Ethnic and Racial Studies Review* 39(3):522-24

Hughey, Matthew W.  2016. The Hip-Hop Generation Fights Back: Youth, Activism, and Post-Civil Rights Politics by A. Clay in *Contemporary Sociology* 45(1):32-33

Hughey, Matthew W.  2015. Beneath the Surface of White Supremacy: Denaturalizing U.S. Racisms Past and Present by M. Jung in *Choice Reviews*

Hughey, Matthew W. 2015. Identity: Sociological Perspectives (2nd ed.) by S. Lawler in *International Sociology Review of Books* 30(5): 510-12

Hughey, Matthew W. 2015. The Silent Sex: Gender, Deliberation, and Institutions by C. F. Karpowitz and T. Mendelberg; Social Inequality and Social Stratification in US

Society by C. B. Doob; Recognizing Race and Ethnicity: Power, Privilege, and Inequality by K. J. Fitzgerald in *Humanity and Society* 39(2):254-60

Goss, Devon R. and Matthew W. Hughey. 2015. All Men Free and Brethren: Essays on the History of African American Freemasonry by P. Hinks and S. Kantrowitz in *Ethnic and Racial Studies Review* 38(3): 495-96

Gonzalez-Sobrino, Bianca and Matthew W. Hughey. 2015. White Race Discourse: Preserving Racial Privilege in a Post-Racial Society by J. Foster in *Ethnic and Racial Studies Review* 38(3): 493-95

Hughey, Matthew W. 2014. Racial Ambivalence in Diverse Communities: Whiteness and the Power of Color-Blind Ideologies by M. A. Burke in *Contemporary Sociology* 43(6): 835-37

Hughey, Matthew W. 2014. Racing for Innocence: Whiteness, Gender, and the Backlash Against Affirmative Action by J. L. Pierce in *Contemporary Sociology* 43(3): 405-07

Hughey, Matthew W. 2014. We Will Shoot Back: Armed Resistance in the Mississippi Freedom Movement by A. K. Umoja in *Ethnic and Racial Studies Review* 37(5): 895-97.

Hughey, Matthew W. 2013. From Jim Crow to Jay-Z: Race, Rap, and the Performance of Masculinity by M. White in *Men and Masculinities* 16(3): 369-71

Hughey, Matthew W. 2013. Whiteness and Social Change: Remnant Colonialisms and White Civility in Australia and Canada by C. Salter in *Ethnic and Racial Studies* 36(6): 1110

Hughey, Matthew W. 2013. At the Defining Moment: Barack Obama's Presidential Candidacy and the New Politics of Race by E. Logan in *Cultural Sociology* 7(1): 101-02

Hughey, Matthew W. 2012. The Price of Progressive Politics: The Welfare Rights Movement in an Era of Colorblind Racism by R. Ernst in *Ethnic and Racial Studies* 35(10): 1834-35

Hughey, Matthew W. 2012. Reply to Alan Sica's "B.T. Washington and R.E. Park Find The Man Farthest Down." *Contemporary Sociology* 41(6): 713-14

Hughey, Matthew W. 2012. The Warmth of Other Suns: The Epic Story of America's Great Migration by I. Wilkerson in *Contemporary Sociology* 41(3): 380-81

Hughey, Matthew W. 2012. Race for Citizenship: Black Orientalism and Asian Uplift from Pre-Emancipation to Neoliberal America by H.H. Jun in *Ethnic and Racial Studies* 35(3): 547-49

Hughey, Matthew W. 2012. The Myth of Post-Racial America: Searching for Equality in the Age of Materialism by H. Roy Kaplan in *Contemporary Sociology* 41(1): 93-94

Vasquez, Lauren and Matthew W. Hughey. 2011. Latino Spin: Public Image and the

Whitewashing of Race by A. Dávila in *Critical Race and Whiteness Studies* 7

Hughey, Matthew W. 2010. Spectacular Blackness: The Cultural Politics of Black Power Movement and the Search for a Black Aesthetic by A. Ongiri in *Ethnic and Racial Studies* 33(10): 1846-48

Hughey, Matthew W. 2010. Screens Fade to Black: Contemporary African American Cinema by D.J. Leonard in *Souls: A Critical Journal of Black Politics, Culture and Society* 12(3): 309-11

Hughey, Matthew W. 2010. Black Bodies, White Gazes: The Continuing Significance of Race by G. Yancy in *Ethnic and Racial Studies* 33(7): 1281-83

Hughey, Matthew W. 2010. The Music Has Gone Out of the Movement: Civil Rights and the Johnson Administration 1965-1968 by D.C. Carter in *Ethnic and Racial Studies* 33(6): 1132-33

Hughey, Matthew W. 2010. Listen to the Lambs by J. Otis and G. Lipsitz in *Ethnic and Racial Studies* 33(5): 905-07

Hughey, Matthew W. 2009. White Logic, White Methods: Racism and Methodology by E. Bonilla-Silva and T. Zuberi in *Ethnic and Racial Studies* 32(4): 752-53

Hughey, Matthew W. 2009. The White Pacific: U.S. Imperialism and Black Slavery in the South Seas after the Civil War by G. Horne in *Western Journal of Black Studies* 33(4): 297-98

Hughey, Matthew W. 2008. Going Down Jericho Road: The Memphis Strike, King's Last Campaign by M. K. Honey in *Ethnic and Racial Studies* 31(7): 1343-44

Hughey, Matthew W. 2008. Battling the Plantation Mentality: Memphis and the Black Freedom Struggle by L. B. Green in *Ethnic and Racial Studies* 31(6): 1170-72

Hughey, Matthew W. 2008. Many Minds, One Heart: SNCC's Dream for a New America by W. C. Hogan in *Ethnic and Racial Studies* 31(2): 433-34

Hughey, Matthew W. 2007. Critical Race Theory in Education: All God's Children Got a Song by A. D. Dixson and C. K. Rousseau in *Souls: A Critical Journal of Black Politics, Culture and Society* 9(4): 369-72

Hughey, Matthew W. 2007. From Black Power to Hip Hop: Racism, Nationalism, and Feminism by P. Hill Collins in *Souls: A Critical Journal of Black Politics, Culture and Society* 9(2): 187-89

Hughey, Matthew W. 2007. Check It While I Wreck It: Black Womanhood, Hip-Hop Culture, and the Public Sphere by G. D. Pough in *Journal of International Women's Studies* 8(4): 151-53

Hughey, Matthew W. 2007. <u>Not Quite White: White Trash and the Boundaries of Whiteness</u> by M. Wray in *Virginia Quarterly Review* 83(2): 292-303

Hughey, Matthew W. 2007. <u>The Meaning of Whitemen</u> by I. Bashkow in *Virginia Quarterly Review* 83(1): 295-302

Hughey, Matthew W. 2006. <u>The Emperor's New Clothes: Biological Theories of Race at the Millennium</u> by J. L. Graves in *International Research Journal of Arts and Humanities* 34: 144-50

Hughey, Matthew W. 2006. <u>Critical Social Theory in the Interest of Black Folks</u> by L. T. Outlaw, Jr. in *Souls: A Critical Journal of Black Politics, Culture and Society* 8(4): 81-83

Hughey, Matthew W. 2006. <u>Huey: Spirit of the Panther</u> by D. Hilliard in *Souls: A Critical Journal of Black Politics, Culture and Society* 8(3): 207-10

Hughey, Matthew W. 2006. Populorica by M. J. Smith and P. J. Kiger in *Journal of Popular Culture* 39(6): 1098-99

Hughey, Matthew W. 2006. <u>Living for the Revolution: Black Feminist Organizations, 1968-1980</u> by K. Springer in *Canadian Journal of Sociology*

Hughey, Matthew W. 2004. <u>The Emperor's New Clothes: Biological Theories of Race at the Millennium</u> by J. L. Graves in *Education Review*

Hughey, Matthew W. 2003. <u>Huey P. Newton: The Radical Theorist</u> by J. L. Jeffries in *Education Review*

## Invited Book and Film Endorsements

*Hazing* (film) by Bryon Hurt, Public Broadcasting Service, 2022

*Practical Symbolic Interactions in the Shrine of the South: Conversations with a Damn Yankee* by John Cataldi, Rowman & Littlefield, 2022

*An American Legacy: Racism, Xenophobia, and White Supremacy* by David R. Morse, Paramount Market Publishing, 2020

*White Masculinity in Crisis in Hollywood's Fin de Millennium Cinema* by Pete Deakin, Lexington Books, 2020

*African American History: The Untold Stories* by Yvette Long, Platinum Minds Publishing, 2020

*The Intersections of Whiteness* by Evangelia Kindinger and Mark Schmitt, Routledge, 2019

*Pop Culture Freaks: Identity, Mass Media, and Society* by Dustin Kidd, Taylor and Francis, 2018

*Divided We Stand: Racism in America from Jamestown to Trump* by David R. Morse, Paramount Market Publishing, 2017

*Poison in the Ivy: Race Relations and the Reproduction of Inequality on Elite College Campuses* by W. Carson Byrd, Rutgers University Press, 2017

*Algorithms of Oppression: Race, Gender, and Representation in the Age of Digital Information* by Safiya U. Noble, New York University Press, 2017

*Systemic Racism: Making Liberty, Justice, and Democracy Real* edited by Ruth Thompson-Miller and Kimberley Ducey, Routledge, 2017

*Geisha of a Different Kind: Race and Sexuality in Gaysian America* by C. Winter Han, New York University Press, 2015

*Recognizing Race and Ethnicity: Power, Privilege, and Inequality* by Kathleen J. Fitzgerald, Westview Press, 2014

*The White Racial Frame: Centuries of Racial Framing and Counter-Framing (2nd ed)* by Joe R. Feagin, Routledge, 2013

*Yes We Can? White Racial Framing and the 2008 Presidential Campaign (2nd ed.)* by Adia Harvey-Wingfield and Joe R. Feagin, Routledge, 2013

Invited Talks

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology."  Department of Sociology, University of Surrey, Surrey, England, 2022

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology."  Department of British and American Studies, TU Dortmund, Dortmund, Germany, 2022

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology."  The W. E. B. Du Bois Lecture Series, Humboldt-Universität zu Berlin, Berlin, Germany, 2022

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology." Department of Sociology and RACE.ED, University of Edinburgh, Edinburgh, Scotland, 2022

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology." Department of Sociology, University of Aberdeen, Aberdeen, Scotland, 2022

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology." Department of Sociology, University of Glasgow, Glasgow, Scotland, 2022

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology." Department of Sociology, University of Exeter, Exeter, England, 2022

"W. E. B. Du Bois and his Strange Synthesis of Spirituality and Sociology." Department of Sociology, University of York, Heslington, England, 2022

"How Blackness Matters in White Lives: Behind the Veil of New England Progressivism." Center for Learning in Retirement, University of Connecticut, Storrs, CT, 2021

"White Bound: Nationalists, Antiracists, and the Meanings of Race." Department of Anthropology and Sociology, North Central Michigan College, 2021

"What is Race? Five Dimensions of Race-Making." The British Cultural Studies Reading Group, TU Dortmund, Dortmund, Germany (cancelled, COVID), 2020

"Du Bois's Darkwater: Intellectual Production, Racial Prophecy, and Sociological Periphery." The W. E. B. Du Bois Lecture Series, Humboldt-Universität zu Berlin, Berlin, Germany (cancelled, COVID), 2020

"The White Atlantic: White identity, homophily, and ideology in the US and UK." Department of Sociology, University of Surrey, Guildford, England (cancelled, COVID), 2020

"White Time: How Racial Imagination, Perception, and Context shape Understandings of Time." Social Psychology Speakers Series, University of Connecticut, Storrs, CT, 2020

"The Souls of White Folk" (1920-2020): A Century of Peril and Prophecy." The British Cultural Studies Reading Group, TU Dortmund, Dortmund, Germany, 2020

"White Bound: Nationalists, Antiracists, and the Meanings of Race." Department of British and American Studies, TU Dortmund, Dortmund, Germany, 2019

"The Souls of White Folk" (1920-2020): A Century of Peril and Prophecy." Department of British and American Studies, TU Dortmund, Dortmund, Germany, 2019

"Black Comedy as Racial Fetish and Critical Sociology" Department of British and American Studies, TU Dortmund, Dortmund, Germany

"Colour-Blindness and Anti-Blackness: Lessons from American Racism," SOAS London. London, England, 2019

"White Racial Identity, Racist and Anti-Racist Organisations." Department of Sociology, Trinity College-Dublin, Dublin, Ireland, 2018

"Time is of the Essence: Racial Essentialism and White Temporality." University of Warwick, Coventry, England, 2018

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Rights and Justice Research Group, University of Nottingham, Nottingham, England, 2018

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." University of Warwick, Coventry, England, 2018

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." University of Cambridge, Cambridge, England, 2018

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." University of Sheffield, South Yorkshire, England, 2018

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." University of Manchester, Manchester, England, 2018

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Canterbury Christ Church University, Canterbury, England, 2018

The Inaugural Jon H. Rieger Speaker Series. "That Thing Called Race: A Modern Sociological Dilemma." Department of Sociology, University of Louisville, Louisville, KY, 2018

The Annual Steiglitz Lecture. "White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." College of Wooster, Wooster, OH, 2018

Outstanding Sociology Opportunity Invited Talk.   "White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Baylor University, Waco, TX, 2018

"Make America White Again?  The Racial Reasoning of American Nationalism." Department of Sociology and Africana Studies.  College of the Holy Cross, Worcester, MA. 2017

"Race and Racism in the Post-Obama Era of Trump."  Department of Sociology, Trinity College, Hartford, CT, 2017

"What Could White Supremacists and Anti-Racists Have in Common? An Ethnographic Study." Department of English, Cornell University, Ithaca, NY, 2017

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, CUNY-Hunter, New York, NY, 2017

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Housatonic Community College, Bridgeport, CT, 2017

"Whither Whiteness? From the Kerner Commission to the Post-Obama Era (1968-2018)." The Russell Sage Foundation, New York, NY, 2017

"Facing Fascism: How did we get here?"  The Woolly Mammoth Theatre, Washington, DC, 2017

"American Sociology, Race Theory, and Where We're (not) Going." The Race and Rights Reading Group, University of Nottingham, Nottingham, England, 2017

"Justice, Academic Freedom, and White Supremacy." The Universalist Church of West Hartford, Hartford, CT, 2017

"Time and Power (Putting the 2016 Election in Perspective)." St. Stephen and the Incarnation Episcopal Church, Washington, DC, 2017

"Truth & Lies: Race, Media, and Politics." The Critical Race Initiative and the Parren Mitchell Symposium, University of Maryland, College Park, MD, 2017

Invited Panelist. Presidential Panel on Trumpism. Annual Meetings of the Pacific Sociological Association, Portland, OR, 2017.

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Reed College, Portland, OR, 2017

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Working Group on Race, UCLA, Los Angeles, CA, 2017

"White Time." Social Research Institute and RacismLab, University of Michigan, Ann Arbor, MI, 2017

"Make America White Again?  The Racial Reasoning of American Nationalism." Structural Racism and the Root Causes of Prejudice symposium, The Bahá'í Chair for Peace, University of Maryland, College Park, MD, 2017

Keynote Address.  Dr. Martin Luther King, Jr. Prayer Breakfast, Living Faith United Methodist Church, Putnam, CT, 2017

"Racial Realities and Racial Talk: Bridging the Gap." New York City Baháʼí Center. New York, NY, 2016

(with Menaka Kannan and Wynton St. Claire).  "Blackness and the Baháʼí Faith." New York City Baháʼí Center.  New York, NY, 2016

"Time is of the Essence: Racial Essentialism and White Temporality." Columbia University, New York, NY, 2016

"Racializing Redemption: The Content and Characters of White Savior Films." University of Michigan, Ann Arbor, MI, 2016

"Time is of the Essence: Racial Essentialism and White Temporality."  SUNY Stony Brook, Stony Brook, NY, 2016

"Make   America   ~~White~~ Great   Again:   The   National   Logic   of   White Supremacy." Mississippi State University, Starkville, MS, 2016

"Make America ~~White~~ Great Again: The Logic of Race from Ozawa and The Dixiecrats to Fisher and The Donald." The Charles Phelps Taft Memorial Lecture, University of Cincinnati, Cincinnati, OH, 2016

"Part I: The Ethics of Race, Social Science, and the American (and Global) Imagination: Origin and Foundation." University of the Free State, Bloemfontein, South Africa, 2016

"Part II: The Ethics of Race, Social Science, and the American (and Global) Imagination: Contemporary Dilemmas." University of the Free State, Bloemfontein, South Africa, 2016

"Part III: The Ethics of Race, Social Science, and the American (and Global) Imagination: The Return of White Supremacist Science and Culture." University of the Free State, Bloemfontein, South Africa, 2016

"Slurred Lines."  NAACP and Phi Beta Sigma Fraternity, Inc, University of Connecticut, Storrs, CT, 2016

"Public Policy and Urban Education Reform: Solutions." The Urban Ethnography Conference, Yale University, New Haven, CT, 2016

"A Complex Superiority? North American and European Narratives of White Male Alienation." Hazel Dick Leonard Interdisciplinary Symposium on Gender, Simmons College, Boston, MA, 2016

"A Level Playing Field?  Zombie Theories of Athletics, Genetics, and Race in Mainstream Global Media."  Department of Sociology, Grinnell College, Grinnell, IA, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." African American Studies Program, University of Iowa, Iowa City, IA, 2015

"White Bound?  Nationalists, Antiracists, and Beyond: The Shared Meanings of Race." Western New England University, Springfield, MA, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Ethnography Workshop, University of Texas - Austin, Austin, TX, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Dean's Distinguished Lecture Series, University of Texas - San Antonio, San Antonio, TX, 2015

"Racializing Redemption: The 'White Savior Film' in Contemporary Culture." Department of Sociology, Texas A&M University, College Station, TX, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Sam Houston State University, Huntsville, TX, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Rice University, Houston, TX, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Bellarmine University, Louisville, KY, 2015

"The Wrongs of the Right: Language, Race, and Politics in the Age of Obama." University of Louisville, Louisville, KY, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Kenyon College, Gambier, OH, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Anthropology, and Social Work, Massachusetts College of Liberal Arts, North Adams, MA, 2015

"The White Savior Film: Content, Critics, and Consumption." Department of Sociology, Anthropology, and Social Work, Massachusetts College of Liberal Arts, North Adams, MA, 2015

"The University of Oklahoma Video and the Problem Fraternities Can't Fix Themselves," Southeastern Louisiana University, Hammond, LA, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Northern Illinois University, DeKalb, IL, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, University of Illinois-Chicago, Chicago, IL, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Roosevelt University, Chicago, IL, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Dominican University, Chicago, IL, 2015

"Selma, the Voting Rights Bill, and Failure(s) of the Southern Social Movement." First Unitarian Church of Chicago, Chicago, IL, 2015

Keynote Address. "Tales of sound and fury, signifying nothing, anything, or something? Contemporary Ethnography and the Place of Race and Racism." 17th Annual Chicago Ethnography Conference.  Loyola University-Chicago, Chicago, IL, 2015

"Author Meets Critics: Urban Nightlife: Entertaining Race, Class, and Culture in Public Space by Reuben May." Annual Meetings of the Southern Sociological Association. New Orleans, LA, 2015

"Author Meets Critics: The White Savior Film by Matthew Hughey." Annual Meetings of the Southern Sociological Society.  New Orleans, LA, 2015

"Author Meets Critics: The White Savior Film by Matthew Hughey." Annual Meetings of the Eastern Sociological Society.  New York, NY, 2015

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Center for African American Studies; Department of Sociology, Princeton University, Princeton, NY, 2015

"Whiteness Across Contexts: Racists, Antiracists, and Thinking Beyond Binaries." Center for African American Studies, Princeton University, Princeton, NY, 2015

"Race in the 'Post-Racial' United States: From Jim Crow to the New Racism."  CLAS College Experience, University of Connecticut, Storrs, CT, 2014

"White Bound? Color Capital, White Debt, and the Trap of Racial Essentialism." Department of Social Psychology, University of Connecticut, Storrs, CT, 2014

"Author Meets Critics: The White Savior Film by Matthew Hughey." Annual Meetings of the Association for Humanist Sociology. Cleveland, OH, 2014

Keynote Address. "The Bad, the Worse, and the Ugly Structure: Race, Racial Profiling, and Racial Power." Meeting of the Minds: Ferguson and US, Yale Black Graduate Student Network.  Afro-American Cultural Center, Yale University, New Haven, CT, 2014

"Forum on Race, Racism, and Ferguson, Missouri."  Africana Studies Institute, University of Connecticut, Storrs, CT, 2014

"The White Savior Film: Content, Critics, and Consumption." University of Connecticut, The UCONN Co-Op Book Store at Storrs Center, Storrs, CT, 2014

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Urban Ethnography Project Workshop, Yale University, New Haven, CT, 2014

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." The Swedish Network of Critical Race and Whiteness Studies, Swedish Research Council for Health, Working Life and Welfare, Stockholm, Sweden, 2014

"Racializing Redemption: The White Savior Film in Contemporary Culture." Department for Studies of Social Change and Culture, Linköpings universitet, Linköping, Sweden, 2014

"The White Savior Film: Content, Critics, and Consumption."  College of Arts and Sciences, Millsaps College, Jackson, MS, 2014

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Trinity College, Hartford, CT, 2014

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Critical Race Theory Series, Dusquesne University, Pittsburgh, PA, 2014

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Department of Sociology, University of Pittsburgh, Pittsburgh, PA, 2014

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  College of Liberal Arts and Sciences, Connecticut College, New London, CT, 2014

"Beyond the Pale: Pedagogical Strategies for Addressing Assumptions about Race and Whiteness."  Workshop on Racial Diversity and Inequality. College of Liberal Arts and Sciences, Connecticut College, New London, CT, 2014

"Author Meets Critics: Paying for the Party: How College Maintains Inequality by Elizabeth Armstrong and Laura Hamilton."  Annual Meetings of the Eastern Sociological Association.  Baltimore, MD, 2014

"Author Meets Critics: Body and Soul by Alondra Nelson." Annual Meetings of the Association for Humanist Sociology.  Arlington, VA, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  The Critical Race Initiative, the Culture Lab, and the Social Psychological Brown Bag Series, University of Maryland, College Park, MD, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Workshop on Migration, Ethnicity, Race, and Nation, Stanford University, Palo Alto, CA, 2013

"Racializing Redemption: Narratives of 'Magical Negro' and 'White Savior' Cinema."  The Center for Research on Race and Ethnicity in Society, Indiana University, Bloomington, IN, 2013

"The White Savior Film: Content, Critics, and Consumption."  Department of Sociology, Simmons College, Boston, MA, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Boston University, Boston, MA, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Virginia Tech, Blacksburg, VA, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Loyola University-N.O., New Orleans, LA, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race."  Department of Sociology, Temple University, Philadelphia, PA, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Emory University, Atlanta, GA, 2013

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Phi Beta Sigma Fraternity, Inc.; Department of Sociology; Office of Multicultural Affairs, University of North Carolina at Greensboro, Greensboro, NC, 2013

"White Bound: The Structuring Force of Racial Meanings on White Behavior." Malaprops Bookstore and Cafe, Asheville, NC, 2013

"The Binding Force of Racial Ideals on White Behavior and Beliefs." Firestorm Cafe & Books, Asheville, NC, 2012

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, University of Connecticut, Storrs, CT, 2012

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Tufts University, Medford, MA, 2012

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Loyola University-Chicago, Chicago, IL, 2012

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, University of Mississippi, Oxford, MS, 2012

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Department of Sociology, Fairfield University, Fairfield, CT, 2012

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." Racial and Ethnic Studies Institute and Department of Sociology, Texas A&M University, College Station, TX, 2012

"White Bound: Nationalists, Antiracists, and the Shared Meanings of Race." RACE Workshop and Department of Sociology, Duke University, Durham, NC, 2012

"Racial Inequalities and Responses: Toward Pragmatic Inspiration." Los Angeles Bahá'í Center, Los Angeles, CA, 2011

"Great Expectations." Summer Transition Program, University of Virginia, Charlottesville, VA, 2010

"Seeing Race: Marked and Unmarked Bodies." Summer Transition Program, University of Virginia, Charlottesville, VA, 2010

"Beyond the White Culture Wars: The Conceptual Framework of 'Hegemonic Whiteness'." Mississippi State University, College of Arts and Sciences Research Showcase, Starkville, MS, 2009

"Racial Identity and Diversity." Division of Student Affairs, Leadership 2009, University of Virginia, Charlottesville, VA, 2009

"Epidermal Capital, White Debt, and the Shared Economy of Racial Meaning." Department of Sociology, University of Toronto, Toronto, ON, 2008

"White Guise: Epidermal Capital, White Debt, and the Shared Economy of Racial Meaning." Department of Sociology, Case Western Reserve University, Cleveland, OH, 2008

"The Politics of Hyper-Incarceration: Capital, Bodies, and Power." Amnesty International, Charlottesville, VA, 2008

"Black Greek-Letter Organizations, Racism, and the Politics of Multiculturalism." Office of Diversity, Alain Leroy Locke Lecture Series, Susquehanna University, Selinsgrove, PA, 2008

"Whiteness, Blackness, and the Prison Industrial Complex."  NAACP, University of Virginia, Charlottesville, VA, 2007

"Research and Identity."   University Research Network. University of Virginia, Charlottesville, VA, 2007

"Diversity and Justice." North American Family Institute. Baltimore, MD, 2004

Conference Presentations

Invited session: "Taking the Peril out of Publishing: Advice from an Author and Editor." Annual Meeting of the British Society of Criminology, University of Surrey, Surrey, England, 2022

Special Session: "Antiracism in Academia: Ideas and Applications." Annual Meeting of the Society for the Study of Symbolic Interaction, virtual, 2021

"Capitol Under Siege: Community Reflections on the Lawless and Violent Attack on Democracy."  Office for Diversity and Inclusion, Human Resources, and Office of the Provost, University of Connecticut, virtual, 2021

"White Space/Time: The Relationship between 'Race', Space, and Time." The City and Complexity – Life, Design and Commerce in the Built Environment, City, University of London, London, England, virtual, 2020

"Mechanisms of Violence: Racial Essentialism in Saviorism and Sorcery."  Philosophies of Violence Conference, Dortmund, Germany, 2019

"Constructing Conceptions of Canonical Sociology: How to Conceive, Create, and Circulate a Literature Review." Annual Meetings of the Southern Sociological Society, New Orleans, LA, 2018

(w/ Michael Rosino). "Making Everyday Microaggressions: An Exploratory Experimental Vignette Study on the Presence and Power of Racial Microaggressions." Annual Meeting of the Southern Sociological Society, New Orleans, LA, 2018

"Racial Paradoxes Revisited: A Half-Century in the Wake of the Kerner Commission Report." Annual Meeting of the Southern Sociological Society, New Orleans, LA, 2018

Town Hall: The Discipline is Moribund: Addressing the 2018 ESS Presidential Sessions Controversy. Annual Meeting of the Eastern Sociological Society, Baltimore, MD, 2018

"Dispatches from a White Scholar Behind the (Color)Lines: What's REALLY said about people of color and racism scholarship." Annual Meeting of the Eastern Sociological Society, Baltimore, MD, 2018

"Time is of the Essence: Racial Essentialism and White Temporality" for "Rac(e)ing Time: The Intersection of Temporality, Race, and Inequality." Annual Meeting of the Eastern Sociological Society, Baltimore, MD, 2018

"White Time: How Racialized Perceptions shape White Temporality." Annual Meeting of the Association for Humanist Sociology, Havana, Cuba, 2017

"White Lives Matter? Who (and When) is the White Working Class?" Annual Meeting of the Society for the Study of Symbolic Interactionism, Montreal, Québec. Canada, 2017

(w/ Devon R. Goss). "'With Whom No White Scholar Can Compare': Sociological Interpretations of the Relationship and Influence between W.E.B. Du Bois and Max Weber." 12th Social Theory Forum, University of Massachusetts—Boston, Boston, MA, 2017

Presidential Session: "Addressing the 2016 Presidential Election." Annual Meeting of the Eastern Sociological Society, Philadelphia, PA, 2017

"Author Meets Critics: Black Elephants in the Room by Corey Fields." Annual Meetings of the Eastern Sociological Society, Philadelphia, PA, 2017

(w/ Emma Gonzalez-Lesser). "In the Blood: Jewishness, Biologization, and the Construction of Race and Ethnicity." Annual Meeting of the Eastern Sociological Society, Philadelphia, PA, 2017

(w/ Michael L. Rosino). "The White Pages: A Meta-analysis of Journal Articles on Whiteness." Annual Meeting of the American Sociological Association, Seattle, WA, 2016

"We've Been Framed! A Focus on Identity and Interaction for a Better Vision of Racialized Social Movements." Annual Meeting of the American Sociological Association, Seattle, WA, 2016

"African American Fraternities and Sororities and the Civil Rights Movement." Annual Meetings of the Law and Society Association, New Orleans, LA, 2016

"Anomic and Alienated Fragility: The Generic Processes of White Racial Identity Formation." International Sociological Association, World Forum of Sociology. Vienna, Austria, 2016

"Still the Tragic Mulatto? Manufacturing Multiraciality in Magazine Media, 1961-2011." International Sociological Association, World Forum of Sociology. Vienna, Austria, 2016

"The Common Denominators of White Racial Identity: The Role of Color-Blind Ideology." Summit on New Frontiers in the Study of Colorblind Racism, Bloomington, IL, 2016

(w/ Michael L. Rosino). "The Generic Processes of White Racial Identity Formation: A Sociology of Sociology." Annual Meeting of the Eastern Sociological Society, Boston, MA, 2016

(w/ Devon R. Goss). "Colonizing the Family: International and Transracial Adoption as a Neocolonial Enterprise." Annual Meeting of the Society for the Study of Social Problems, Chicago, IL, 2015

(w/ Bianca Gonzalez-Sobrino) "The Puerto Rican Paradox: The Making of UnAmerican Racial Citizens in the New York Times (1948-1958)." Annual Meeting of the Society for the Study of Social Problems. Chicago, IL, 2015

(w/ Michael L. Rosino and Devon R. Goss). "Profits over People: Media Discourses of Corporate Diversity as 'Good for Business'." Annual Meeting of the Society for the Study of Social Problems. Chicago, IL, 2015

(w/ Devon R. Goss). "A Level Playing Field? Media Constructions of Athletics, Genetics and Race." For "The Practice of Science, Genomics, and Racial and Ethnic Bias," Annual Meetings of the American Sociological Association. Chicago, IL, 2015

(w/ Michael L. Rosino) "Colorblind and Callous Critiques: Racial Discourse and Identity Construction in Mass Mediated Debates on the 'War on Drugs'." Annual Meetings of the American Sociological Association. Chicago, IL, 2015

(w/ Bianca Gonzalez-Sobrino and Emma Gonzalez-Lesser). "On-Demand Diversity? The Meanings of Racial Diversity in Netflix Productions." Annual Meetings of the Eastern Sociological Society. New York, NY, 2015

(w/ Devon R. Goss). "Adoptionalism: Transracial and International Adoption and the Dominance of American Exceptionalism and Neo-Colonialism." Annual Meetings of the Eastern Sociological Society. New York, NY, 2015

(w/ Michael L. Rosino) "Colorblind Critiques: Racial Discourse in Mass Media Debates on the 'War on Drugs'." Annual Meetings of the Eastern Sociological Society. New York,

NY, 2015

"Complex Superiority: A Comparative Analysis of White Alienation in the United Kingdom, United States, and Norway." Annual Meetings of the Association for Humanist Sociology. Cleveland, OH, 2014

(w/ Adam Love). "Racial Discourse on College Football Message Boards." Annual Meetings of the North American Society for the Sociology of Sport. Portland, OR, 2014

(w/ Yasmiyn Irizarry). "Linking White Identity and Racial Attitudes: A Test of 'Hegemonic Whiteness Theory'." Annual Meetings of the American Sociological Association. San Francisco, CA, 2014

"Alienation and the Crisis of White Racial Identity." International Sociological Association - World Congress of Sociology. Yokohama, Japan, 2014

(w/ Reynaldo Anderson and Natalie Tindall). "Sister and Brother Outsiders: The Experience of Lesbian, Gay, and Bisexual Members of Historical Black Fraternities and Sororities." Whose Beloved Community? Black Civil and LGBT Rights Movements: An International Conference. Emory University, Atlanta, GA, 2014

(w/ Gregory S. Parks, Shayne E. Jones, Rashawn Ray, and Jonathan M. Cox). "A Man and a Brother": Intersectionality, Violent Hazing, and the Law." Law as Violence: An Interdisciplinary Conversation Conference. Wake Forest Humanities Institute, Wake Forest Interdisciplinary Performance and the Liberal Arts Center. Wake Forest University, Winston-Salem, NC, 2014

(w/ Bianca González-Sobrino). "Making Criollos: Representations of Puerto Ricans in The New York Times, 1948-1958." Annual Meetings of the Eastern Sociological Association. Baltimore, MD, 2014

"Rave Reviews for Racism: Critics' Evaluation of "White Savior Films." Annual Meetings of the Eastern Sociological Association. Baltimore, MD, 2014

"Focus on Civil Rights -- A Conversation about the Civil Rights Era Ku Klux Klan." Annual Meetings of the Eastern Sociological Association. Baltimore, MD, 2014

(w/ Adam Love). "Out of Bounds? Racial Discourse on College Basketball Message Boards." Annual Meetings of the North American Society for the Sociology of Sport. Quebec City, Canada, 2013.

"Survival of the Fastest? The Zombie Theory of Racial Essentialism." Annual Meetings of the Association for Humanist Sociology. Washington, DC, 2013.

"Intersectional Interpretations: Class and Gender Inclusion and Exclusion in White Racial Movements." Annual Meetings of the American Sociological Association. New York, NY, 2013.

(w/ Sheena Gardner).   "Still the Tragic Mulatto? Examining Multiraciality in Multiracial-Oriented Media."  Media Sociology Pre-Conference.  New York University. New York, NY, 2013.

(w/ Sheena Gardner).  "Making Meaning of Multiraciality: The Impact of Historical Context and Media Source on the Construction of Multiracial Identities." Annual Meetings of the Southern Sociological Society.  Atlanta, GA, 2013.

"Author Meets Critics: White Bound by Matthew Hughey." Annual Meetings of the Southern Sociological Society. Atlanta, GA, 2013.

"Author Meets Critics: White Bound by Matthew Hughey." Annual Meetings of the Southwestern Social Science Association. New Orleans, LA, 2013.

"The Post-Racial Problématique." Annual Meetings of the Eastern Sociological Society. Boston, MA, 2013.

"Author Meets Critics: White Bound by Matthew Hughey." Annual Meetings of the Association for Humanist Sociology.  Nashville, TN
"Measuring the Breadth and Depth of White Racial Identity Formation." Racial Attitudes and Identities Network.  Harvard University, Cambridge, MA, 2012

"The Continued Whiteness of Belonging: Modern Racialization of Jus Soli and Jus Sanguinis." Annual Meetings of the American Sociological Association. Denver, CO, 2012

(w/ Jessie Daniels). "Good Ideas and New Dilemmas: Methodological Hurdles for Studying Racism at Online News Sites." Annual Meetings of the American Sociological Association. Denver, CO, 2012

(w/ Jessie Daniels). "Racist Comments at Online News Sites: A Methodological Dilemma for Discourse Analysis." Annual Meetings of the Southern Sociological Society. New Orleans, LA, 2012

(w/ Lindsey Peterson). "Secret Racism in the 'Post-Racial' Society." Annual Meetings of the Alabama-Mississippi Sociological Association.  Starkville, MS, 2012

"Beyond the Pale?  The State of Sociological Theory on Whiteness." Annual Meetings of the American Sociological Association. Las Vegas, NV, 2011

"Constructing White Nationalist and Antiracist Identity via Black Male Narratives: A Comparative Analysis."  Annual Meetings of the American Sociological Association. Las Vegas, NV, 2011

(w/ Jessie Daniels).  "Post Your (Racist) Comment Here: An Analysis of Racism in Comments at Online News Sites." Online Discourse Project. Duke University, Durham, NC, 2011

(w/ Cherish Forsman).  "Blinded by the White? Mainstream Reviews of White Savior Films."  Annual Meetings of the Southern Sociological Society. Jacksonville, FL, 2011

(w/ Bethany Bryson).  "For Whites Only?  The Logic of Political Polarization and its Methodological Repercussions."  Annual Meetings of the American Sociological Association. Atlanta, GA, 2010

"Reviewing Whiteness: The White Savior Film and Online Film Reviewers."  Annual Meetings of the American Sociological Association. Atlanta, GA, 2010

(w/ Joanna Hunter).  "Navigating the Multicultural Imperative:  Racial Identity Tactics of Multicultural Greek Letter Organizations."  Annual Meetings of the Society for the Study of Symbolic Interaction.  Atlanta, GA, 2010

"The Gendered and Classed Schemas of Whiteness: Shared Ideals of White Nationalists and White Antiracists." Annual Meetings of the Southern Sociological Society. Atlanta, GA, 2010

"Beyond Good and Bad Whites: Ugly Couplings of Racism and White Identity." Annual Meetings of the Southern Sociological Society. Atlanta, GA, 2010

"Saving White Saviors."  Media, Democracy, and Diversity Conference. University of Virginia, Charlottesville, VA, 2010

"Classed and Gendered Ideals of Whiteness: The Common Intersectional Resources of White Nationalists and White Antiracists." Annual Meetings of the Eastern Sociological Society.  Cambridge, MA, 2010

(w/ Bethany Bryson).  "Double Consciousness and the Whiteness of Political Polarization." Annual Meetings of the American Sociological Association. San Francisco, CA, 2009

"Understanding White (Dis)similarities: The Framework of 'Hegemonic Whiteness.'" Annual Meetings of the American Sociological Association. San Francisco, CA, 2009

"'Magical Negro' Representations: From Hollywood to the White House." Annual Meetings of the Society for the Study of Social Problems. San Francisco, CA, 2009

"'... no one can say I'm racist or boring.': Epidermal Capital, White Debt, and Shared Economies of Racial Meaning." Annual Meetings of the American Sociological Association. Boston, MA, 2008

"Epidermal Capitals: Shared Economies of Racial Meaning in White Nationalism and White Antiracism." Annual Meetings of the Society for the Study of Social Problems. Boston, MA

"Epidermal Capitals: Shared Economies of Racial Meaning in White Nationalism and White Antiracism."  Annual Robert J. Huskey Graduate Research Conference.

Charlottesville, VA, 2008

"White Guise: Navigating the (Dis)similarities of White Identity Formations." Annual Meetings of the Eastern Sociological Society. New York, NY, 2008

"Progress or Hegemony? Postmodern Media Blackness." Black Media Symposium. University of Virginia. University of Virginia, Charlottesville, VA, 2007

"The 'Other' as the Way Out: The Cultural Contradictions of White Self-Marginalization." Annual Meetings of the Cultural Studies Association Meetings. Arlington, VA, 2006

"The Color of Knowledge: The Epistemology of Racism in Collegiate Anti-Racist Organization." Annual Meetings of the Southern Sociological Society. New Orleans, LA, 2006

"The Symbolic Boundary-Making of White (Anti) Racism: Social, Cultural, and Symbolic Capital Exchange." Annual Meetings of the Eastern Sociological Society. Boston, MA, 2006

"Simians, Cyborgs, and Masculinity: A Cultural Approach to the Semiotics of Amputation, Extension, and Violence in the Science Fiction Male Hero." Annual Meetings of the Eastern Sociological Society. Boston, MA, 2006

"Specters of Whiteness: The reproduction of 'anti-racist' racism." Annual Meetings of the Ethnographic and Qualitative Research in Education Association. Cedarville University, Dayton, OH, 2005

"Heritage and Hate, Dissent and Descent: The Question of Whiteness Studies." Annual Meetings of the Eastern Sociological Society. Washington, DC, 2005

"Radical Ethos: Revolutionary or Reactionary?: Transcendental Leadership and Radical Social Change." Annual Meetings of the Eastern Sociological Society Meetings. New York, NY, 2004

(w/ Tristan Bridges)  "Nouveau Nommo: Media and the Abuse of Diversity in a 'Politically Correct' World." Annual Meetings of the Eastern Sociological Society. New York, NY, 2004

"Huey P. Newton: His Spiritual and Educational Legacy." Black Panther Party and the American Historical Perspective Conference. Boston, MA, 2003

"The Foundation of Dr. Huey P. Newton's Leadership and Pedagogy: Garvey's, Du Bois,' and Malcolm X's Philosophy." African Diaspora in the Americas Conference. Ohio University, Athens, OH, 2003

# Teaching

University of Connecticut
    Department of Sociology
        Science, Medicine, and Race (Undergraduate), Spr 2023
        Ethnicity and Race (Undergraduate), Spr 2023
        Science, Medicine, and Race (Undergraduate), Spr 2022
        Ethnicity and Race (Undergraduate Writing Intensive), Spr 2022
        Ethnicity and Race (Undergraduate), Fall 2021
        Ethnicity and Race (Undergraduate Writing Intensive), Fall 2021
        Freshman Honors Seminar – Blackness and Film (Undergraduate), Fall 2021
        Social Theory (Undergraduate Writing Intensive), Spr 2021
        Ethnicity and Race (Undergraduate), Spr 2021
        Doctoral Dissertation Research, Spr 2021
        Social Theory (Undergraduate Writing Intensive), Fall 2020
        Ethnicity and Race (Undergraduate), Fall 2020
        Independent Study – Research on Race and Ethnicity, Fall 2020
        Doctoral Dissertation Research, Fall 2020
        Social Theory (Undergraduate), Spr 2020
        Ethnicity and Race (Undergraduate Writing Intensive), Spr 2020
        Independent Study – Research on Race and Urbanity (Undergraduate), Spr 2020
        Doctoral Dissertation Research, Spr 2020
        Ethnicity and Race (Undergraduate Writing Intensive), Fall 2019
        Ethnicity and Race (Undergraduate), Fall 2019
        Doctoral Dissertation Research, Fall 2019
        Ethnicity and Race (Undergrad Writing Intensive & Service Learning), Spr 2019
        Independent Study –The Souls of White Folk (Undergraduate), Spr 2019
        Doctoral Dissertation Research, Spr 2019
        Core Theory (Graduate), Fall 2018
        Topics in Culture: American Society & Pop Culture (Undergraduate), Fall 2018
        Doctoral Dissertation Research, Fall 2018
        Core Theory (Graduate), Fall 2017
        The Social Theory of W. E. B. Du Bois (Graduate), Fall 2017
        Doctoral Dissertation Research, Fall 2017
        Independent Study –Racializations of Body and Culture (Graduate), Spr 2017
        Doctoral Dissertation Research, Spr 2017
        Core Theory (Graduate), Fall 2016
        Independent Study – Racialization and Jewishness (Graduate), Fall 2016
        Doctoral Dissertation Research, Fall 2016
        Topics in Culture: American Society & Pop Culture (Undergraduate), Spr 2016
        Ethnicity and Race (Undergraduate), Spr 2016
        Doctoral Dissertation Research, Spr 2016
        Master's Thesis Research, Spr 2016
        Core Theory (Graduate), Fall 2015
        Special Topics in Culture: Race and the Media (Graduate), Fall 2015
        Independent Study – Race and Ethnicity (Graduate), Fall 2015
        Doctoral Dissertation Research, Fall 2015
        Master's Thesis Research, Fall 2015
        Racism and Ethnic Relations (Graduate), Spr 2015

    Ethnicity and Race (Undergraduate), Spr 2015
    Doctoral Dissertation Research, Spr 2015
    Master's Thesis Research, Spr 2015
    Senior Thesis in Sociology (Honors-Undergraduate), Spr 2015
    Core Theory (Graduate), Fall 2014
    Ethnicity and Race (Undergraduate), Fall 2014
    Independent Study – Race and Ethnicity (Graduate), Fall 2014
    Senior Thesis in Sociology (Honors-Undergraduate), Fall 2014
    Ethnicity and Race (Undergraduate), Spr 2014
    Independent Study – Race and Ethnicity (Graduate), Spr 2014
    Senior Thesis in Sociology (Honors-Undergraduate), Spr 2014
    Methods of Social Research (Undergraduate), Fall 2013
    Independent Study – Race and Ethnicity (Graduate), Fall 2013

  Young Senior Scholar Summit
    Race, Rights, & Rebellion (Undergraduate), Sum 2019

  UConn Pre-College Summer Experience
    Sherlock Holmes: Expert Sociologist (High School), Sum 2019
    Sherlock Holmes: Expert Sociologist (High School), Sum 2018
    Sherlock Holmes: Expert Sociologist (High School), Sum 2017
    Sherlock Holmes: Expert Sociologist (High School), Sum 2016
    Sherlock Holmes: Expert Sociologist (High School), Sum 2015
    Sherlock Holmes: Expert Sociologist (High School), Sum 2014

Mississippi State University
  Department of Sociology
    Seminar in Race Relations (Graduate), Spr 2013
    Racial and Cultural Minorities (Undergraduate), Fall 2013
    Social Theory I (Graduate), Fall 2012
    Racial and Cultural Minorities (Undergraduate), Fall 2012
    Qualitative Analysis (Graduate), Spr 2012
    Racial and Cultural Minorities (Undergraduate), Spr 2012
    Racial and Cultural Minorities (Undergraduate) (x2), Fall 2011
    Society Theory II (Graduate), Spr 2011
    Race and the Media (Graduate), Spr 2011
    Advanced Studies in Stratification: Independent Study (Graduate), Spr 2011
    Symbolic Interaction (Graduate), Fall 2010
    Symbolic Interaction (Graduate), Spr 2010
    Race and the Media (Graduate), Spr 2010
    Dissertation Research (Graduate), Spr 2010
    Independent Study (Undergraduate), Spr 2010
    Social Theory I (Graduate), Fall 2009

University of Virginia
  Department of Sociology
    Sociological Perspectives on Whiteness (Undergraduate), Spr 2009
    Race and Ethnic Relations (Undergraduate), Sum 2009

        Sociological Perspectives on Whiteness (Undergraduate), Fall 2008
        American Society and Popular Culture (Undergraduate), Fall 2007
        Race and Ethnic Relations (Undergraduate), Sum 2007
        American Society and Popular Culture (Undergraduate), Spr 2007
        Contemporary Social Problems (Undergraduate), Fall 2006
        Introduction to Sociology (Undergraduate), Sum 2006
        Internship in Sociology (Undergraduate), Sum 2006
        Contemporary Social Problems (Undergraduate), Spr 2006
        American Society and Popular Culture (Undergraduate), Fall 2005
        Race and Ethnic Relations (Undergraduate), Sum 2005
        Gender and Sexuality (Undergraduate), Sum 2004

Department of Media Studies
        Race and the Media (Undergraduate), Fall 2006
        Race and the Media (Undergraduate), Spr 2005

Program of African American Studies
        Critical Perspectives on Whiteness (Undergraduate), Sum 2007

# Service

Journal Service
    Editorships
        Editor, *Sociology Compass – Race and* Ethnicity, 2017-2022
        Book Review Editor, *Humanity & Society*, 2015-2017

    Editorial Boards
        *Communication and Critical/Cultural Studies*, Board Member, 2020-present
        *Ethnic and Racial Studies*, Board Member, 2013-present
        Routledge Book Series, "Framing 21st Century Social Issues", 2013-present
        *Journal of Contemporary Ethnography*, Associate Editor, 2012-present
        *Social Problems*, Advisory Editor, 2012-2018
        *Sociology of Race and Ethnicity*, Co-Founding Associate Editor, 2014-2017
        *Social Psychology Quarterly*, Board Member, 2015-2016
        *Humanity & Society*, Deputy Editor, 2014-2015

    Article Reviews
        *Acta Academica; American Journal of Cultural Sociology; American Journal of Play; American Journal of Sociology; American Sociological Review; Body & Society; City & Community; Critical Sociology; Du Bois Review; Ethnic and Racial Studies; Ethnicities; European Journal of Life Writing; Gender & Society; Heliyon; Humanity & Society; Identities; International Journal of Press/Politics; Journal of African American Studies; Journal of Baha'i Studies; Journal of Black Studies; Journal of Contemporary Ethnography; Journal of Illinois History; Journal for the Scientific Study of Religion; Language Sciences; Men and Masculinities; Poetics; Public Culture; Qualitative Sociology; Rural Sociology; Social Currents; Social Forces; Social Media + Society; Social Problems; Social Psychology Quarterly; The Social Science Journal; Social Thought and*

*Research; Sociological Forum; Sociological Inquiry; Sociological Perspectives; Sociological Spectrum; Sociology Compass; Sociology of Education; Sociology of Race and Ethnicity; Southern Communication Journal; Stanford Law Review; The Communication Review; The Society Pages; The Sociological Quarterly; Theory, Culture and Society; Urban Education; Whiteness and Education*

Manuscript Reviews

Manchester University Press; New York University Press; Routledge; Rowman & Littlefield; Rutgers University Press; Springer; Stanford University Press; Taylor & Francis; Texas A&M University Press; University Press of Kentucky

Organizational Service

Urban Ethnography Project, Yale University, 2013-present

New England Workshop on Ethnicity and Race (NEWER), 2013-2018

Humanities Institute Junior Faculty Forum, University of Connecticut, 2013-2014

American Sociological Association

Publications Committee, 2016-2017

American Sociological Association, Section on Racial and Ethnic Minorities

Member, 2007-present

Mentor (Candace Robinson, University of Pittsburgh; Ariela Schachter, Washington University in St. Louis; Glenn Bracey, Villanova University; Wendy Laybourn, University of Maryland), 2015-2021

Nominations Committee, 2014-2015

Executive Council, 2011-2013

Chair, Founders Award Committee, 2011-2012

Nominations Committee, 2010-2012

Chair, Joe Feagin Distinguished Paper Award Committee, 2010-2011

Member, Joe Feagin Distinguished Paper Award Committee, 2009-2010

American Sociological Association, Section on History of Sociology and Social Thought

Member, 2020-Present

American Sociological Association, Section on Religion

Member, 2020-Present

Association of Humanist Sociology

Member, 2013-2017

Cultural Studies Association

Founder and Chair, Racial & Ethnic Studies Division, 2007-2011

Member, 2007-2011

Eastern Sociological Society

Member, 2007-present

Member, Committee on the Status of Ethnicity, Race, and Racism, 2014-2018

Co-Chair, Mirra Komarovsky Book Award Committee, 2017-2018

Executive Committee, 2015-2018
Member, Nominations Committee, 2016-2017
Chair, Charles Willie Minority Scholarship Committee, 2015-2016
Member, Charles Willie Minority Scholarship Committee, 2013-2014

International Sociological Association
Member, (RC 05) Research Committee on Racism, Nationalism, Indigeneity and Ethnicity, 2019-present
Member, (RC 36) Research Committee on Alienation Theory and Research, 2014-2018
Member, 2014-present

The National Academies of Sciences, Engineering, and Medicine
Panelist, Ford Foundation Fellowship Program, 2017, 2018

Society for the Study of Social Problems
Sustaining Member, 2009-present
Board of Directors, 2018-2021
Mentor (Steven Schmidt, UC-Irvine), 2017-2018
Co-Chair, Division on Racial and Ethnic Minorities, 2015-2017
Member, Racial/Ethnic Minority Graduate Scholarship Committee, 2014-2015
Chair, Kimberle Crenshaw Outstanding Paper Award Committee, 2013-2014
Chair, Elections Committee, 2012-2013
Member, Committee on Committees, 2010-2013
Chair, Committee on Committees, 2011-2012

Society for the Study of Symbolic Interaction
Member, Helena Lopata Mentor Excellence Award Committee, 2021
Annual Meeting Program Committee, 2017-2018
Chair, Charles Horton Cooley Book Award Committee, 2016-2017
Member, 2015-present

Southern Sociological Society
Member, Committee on Racial and Ethnic Minorities, 2011-2014
Member, 2008-2014

Southwestern Social Science Association – Southwestern Sociological Association
Member, 2016-2018

Phi Beta Sigma Fraternity, Inc. (Historically Black Service Fraternity)
Member, 1996-Present
Co-Advisor, Zeta Eta Chapter, 2006-2009
Advisor, Epsilon Omicron Chapter, 2000-2003
President, Rho Beta Chapter, 1998-1999
Vice-President, Rho Beta Chapter, 1997-1998

University Service
University of Connecticut
Member, University Scholar Oversight and Selection Committee, 2021-present

Reviewer, VP for Research, Research Excellence Program, 2019-present
Member, CLAS Academic Advisory Board, 2017-2020
Member, UConn Co-Op Legacy Fellowship Committee, 2017-2019
Graduate Faculty Council, 2016-2019
Advisor, University of Connecticut Bahá'í Club, 2015-2019
Graduate Diversity Task Force, 2016-2018
University Senate, Diversity Committee, 2013-2018
Vice Provost for Diversity Advisory Board, 2013-2014

Mississippi State University
President, College of Arts and Sciences Faculty Senate, 2011-2012
Member, Martin Luther King Jr. Essay Writing Contest Committee, 2011-2012
Vice President, College of Arts and Sciences Faculty Senate, 2010-2011
Senator, College of Arts and Sciences Faculty Senate, 2010
Mentor, Annual Research Symposium, Shackouls Honors College, 2010
Reviewer, John C. Stennis Research Grant, 2010

Departmental Service
University of Connecticut, Department of Sociology
Honors Advisor, 2021-present
Chapter Founder and Advisor, Kappa Chapter of Connecticut of the Alpha Kappa Delta International Honor Society of Sociology, 2020-present
Search Committee, 2019-2020
Executive Committee, 2019
Undergraduate Program Committee, 2018-present
APIR Committee, 2018-2019
Awards Committee, 2018-present
Affirmative Action Committee, 2016-2019
PTR Subcommittee Chair (Dr. Daisy Reyes), 2016-2017
Department Head Search Committee, 2016
Search Committee, 2015-2016
PTR Subcommittee (Dr. Daisy Reyes), 2015-2016
Executive Committee, 2014-2016
Spring Commencement Committee, 2014-2015
Graduate Program Committee, 2013-2016
Ad hoc (Pre-Proposal for Provost Review Committee), 2014
Commencement Committee, 2013-2015

University of Connecticut, Sustainable Global Cities Initiative
Affiliate Faculty, 2019-present

University of Connecticut, Political Science Certificate in Intersectional Indigensity, Race, Ethnicity, & Politics
Affiliate Faculty, 2018-present

University of Connecticut, Institute for Collaboration on Health, Intervention, & Policy
Affiliate Faculty, 2017-present

University of Connecticut, American Studies Program
    Affiliate Faculty, 2014-present

University of Connecticut, Africana Studies Institute
    Affiliate Faculty, 2013-present

University of Connecticut, Women's, Gender, and Sexuality Studies Program
    Mentor, Internship Program, 2014-2016

Mississippi State University, Department of Sociology
    Chair, Speaker Series Committee, 2012-2013
    Member, Graduate Admissions and Support Committee, 2011-2013
    Member, Graduate Curriculum and Policy Committee, 2009-2012
    Member, Graduate Preliminary Exam Committee, 2009-2012
    Faculty Advisor, Alpha Kappa Delta Sociology Honor Society, 2010-2012
    Member, Faculty Search Committee, 2010-2011

Mississippi State University, Program of African American Studies
    Affiliate Faculty, 2009-2013
    Faculty Senator, 2009-2011
    Coordinator, Faculty-in-Residence Program, 2011-2012

Mississippi State University, Program of Gender Studies
    Affiliate Faculty, 2009-2013

Mentorship Service
    Doctoral Dissertation Committees
        Emma Gonzalez-Lesser (UConn, chair, graduated 2022), 2014-2022
        Aisha Upton (University of Minnesota, reader), 2014-2020
        Michael Rosino (UConn, chair, graduated May 2020), 2014-2020
        Bianca Gonzalez-Sobrino (UConn, chair, graduated May 2019), 2014-2019
        Brenna Harvey (UConn, reader), 2014-2018
        Devon R. Goss (UConn, chair, graduated May 2018), 2014-2018
        Atiya Husain (University of North Carolina at Chapel Hill, graduated Dec 2017), 2014-2017
        Chong-suk Han (UConn, reader), 2013-2018
        Louise Seamster (Duke University, reader, graduated Aug 2016), 2013-2016
        Eric Goulé (University Paris Ouest Nanterre La Défense, reader, graduated 2016), 2011-2016
        Sheena Gardner (MSU, co-chair, graduated June 2014), 2010-2014

    Doctoral Comprehensive Exam Committees
        Emma Gonzalez-Lesser (UConn, chair) (passed Sept 2018), 2017-2018
        Bianca Gonzalez-Sobrino (UConn, chair) (passed March 2016), 2015-2016
        Michael Rosino (UConn, chair) (passed Jan 2016), 2015-2016
        Devon R. Goss (UConn, chair) (passed April 2015), 2014-2015
        Brenna Harvey (UConn, reader) (passed Nov 2014), 2014-2015
        Chong-suk Han (UConn, reader) (passed Oct 2014), 2013-2014

Masters Committees
>   Carol Ann Jackson (UConn, chair, graduated Dec 2017), 2015-2017
>   Emma Gonzalez-Lesser (UConn, chair, graduated May 2016), 2014-2016
>   Devon R. Goss (UConn, reader, graduated May 2014), 2013-2014
>   Bianca Gonzalez-Lesser (MSU, co-chair, graduated May 2014), 2012-2014

Undergraduate Supervision
>   Kailey Kerrigan (UConn, Individualized Major advisor), 2023-2025
>   Kelly Ruesta (UConn, Individualized Major advisor), 2022-2024
>   Tianna Felder (UConn, Individualized Major reader), 2021-2023
>   Brendan Hogan (UConn, Honors thesis reader), 2020-2021
>   Morgan Allgrove-Hodges (UConn, Independent Research), 2019-2020
>   Aryssa Shultz (University of Pittsburgh, Honors thesis reader), 2018-2019
>   Sophie Rhodes (University of Birmingham, undergrad reader), 2014-2016
>   Varun Khattar (UConn, Individualized Major reader), 2014-2015
>   Colleen Schmalberger (UConn, Honors thesis chair), 2013-2015
>   Rebecca Barton (UConn, Internship advisor), 2014
>   Benjamin Gallati (UConn, Honors research advisor), 2014

Research Assistants
>   Aidan Kalisher, University of Connecticut, 2019
>   Ashley Eng, University of Connecticut, 2019
>   Chineze Osakwe, University of Connecticut, 2018-2019
>   Pauline Elmore, University of Connecticut, 2016
>   Alison Zarider, Kenyon College, 2015
>   Rodderik Benton, MSU, 2012
>   Cherish Forsman, MSU, 2009-2011
>   Rodney Blount, Ohio State University, 2011
>   Chris Burton, Union Presbyterian Seminary, 2010
>   Kristen Whitesell, Purdue University, 2010
>   Eboni M. Caridine, University of Illinois at Chicago, 2009
>   Jason Puryear, University of Virginia, 2009
>   Tradara D. Sprowel, Indiana State University, 2009

Teaching Assistants
>   Michael Rosino, University of Connecticut, Spring 2020
>   Emma Gonzalez-Lesser, University of Connecticut, Fall 2014
>   Heidi Obach, University of Connecticut, Spring 2014
>   Jason Slappe, University of Connecticut, Fall 2013
>   Bianca Gonzalez-Sobrino, MSU, Spring 2013
>   Jeannice Louine, MSU, Spring 2012
>   Mehmet Soyer, MSU, Fall 2010
>   Sherelle Cohen, MSU, Spring 2010
>   Will Amacker, MSU, Fall 2009

Grant Advising and Refereeing

New Frontiers in Research Fund (NFRF); Canadian Institutes of Health Research, the Natural Sciences and Engineering Research Council of Canada, and the Social Sciences and Humanities Research Council (Canada), 2020

Warwick Interdisciplinary Research Leadership (WIRL-COFUND); Horizon 2020 and Marie Skłodowska Curie Actions (European Union), 2020, 2019

Opportunities for Promoting Understanding through Synthesis (OPUS) grant. National Science Centre (Poland), 2019

Economic and Social Research Council (United Kingdom), 2018-2019
Ohio University Research Committee (USA), 2018-2019

School of History, Culture, & Communication, Erasmus Universiteit Roterdam (Netherlands), 2013

Consulting Service
    Organizational
        "SISTERS" Directed by Kathryn Pyle (in progress documentary about institutional racism, white complicity, and traditionally white sororities), 2015-present

        Putnum Middle School, Putnam, CT a nonprofit, public middle school), 2022-present

        Woodstock Middle School, Woodstock, CT (a nonprofit, public middle school), 2020-2021

        "A Conversation with Spike Lee." The Connecticut Forum (non-profit organization that engages in community outreach and youth mentoring), 2019

        "Good All Over" (TV series about the business of global philanthropy) and "Philanthropology" (podcast about the business of global philanthropy), 2017-2018

        "Fraternities and Racism." A journalism research project conducted by CNN (Manhattan, New York City, NY), 2016

        "The Whiteness Project." Directed by Whitney Dow (documentary about white racial meaning making), 2015-2016

        "Black Greek-Letter Organization Research and Scholarship," Donald Mitchell, Grand Valley State University, Center for the Study of the College Fraternity, 2013

    Legal

Expert Witness – Civil Rights.  "Payne v. City of Sacramento."  United States District Court, Eastern District of California.  Retained by the Law Office of Walkup, Melodia, Kelly & Schoenberger, 2022-present

Expert Witness - Civil Rights. "Feeding our Future v. Minnesota Department of Education." United States Federal District Court,  District of Minnesota. Retained by the Law Office of Martin and Hild, 2021-present

Expert Witness - Civil Rights. "Hollins v. City of West Springfield, et al." United States Federal District Court, District of Massachusetts. 3:20-CV-10628. Retained by the Law Office of Raipher, P.C., 2021-present

Expert Witness - Civil Rights. "DelVecchia, et al. v. Frontier Airlines, Inc., et al." United States Federal District Court, District of Nevada.  Retained by the Law Office of John D. McKay, 2020-present

Expert Witness - Civil Rights.  "Fludd v. Berry et al."  Connecticut Superior Court, District of New Haven.  3:18-CV-00524.  Retained by the Law Office of Lewis Chimes, LLC, 2020-present

Expert Witness - Civil Rights. "Vereen-DuBois v. Circle K Stores, Inc." United States Federal District Court, Southern District of Florida. CV-16-00691-BAJ-EWD. Retained by the Law Office of The Florida Legal Advocacy Group, PA, 2017-2018

Expert Witness - Civil Rights. "Thomas v. Stamford, Buzzel, and Degnan." Connecticut Superior Court, Judicial District of Stamford/Norwalk.  Retained by the Law Office of Casper & de Toledo, LLC, 2016-2017

Expert Witness - Civil Rights. "Deborah A. Nicholas v. Jerry S Bulosan et al." Los Angeles Superior Court.  Retained by the Law Office of Kashfian & Kashfian, LLP, 2015-2016

Expert Witness - Civil Rights. "Bakhit and Miles v. Safety Markings, Inc." United States Federal District Court, District of Connecticut.  3:13-CV-1049 (JCH). Retained by the Law Office of Lewis Chimes, LLC, 2014-2016

Conference Service

Organizer, Regular Session: "What's New(s)? Sociological Interrogations of News Media." Annual Meetings of the American Sociological Association, Chicago, August 2021

Participant, "Exploring Justice Through Beauty: Afrofuturism."  Learning Lab Conference, Green Acre Bahá'í School, Eliot, ME, Feb 2019

Organizer and Moderator, Thematic Session: "Rage, Anger, and Dissent for Social Change." Annual Meetings of the American Sociological Association, Philadelphia, PA, August 2018

Co-Organizer (w/ Michael Rosino), "The Everyday Racial Mechanisms of Structural Inequality." Annual Meetings of the Society for the Study of Symbolic Interaction, Philadelphia, PA, August 2018

Organizer, Presidential Panel: "Interpreting Race: Trends, Dilemmas, and New Directions." Annual Meetings of the Society for the Study of Symbolic Interaction, Philadelphia, PA, August 2018

Organizer, Mini Conference on the Fiftieth Anniversary of the Kerner Commission Report (1968-2018), Panel #1: "The Kerner Report at 50, Part I: Poverty, Policy, and Policing." Annual Meetings of the Southern Sociological Society, New Orleans, LA, April 2018

Organizer, Mini Conference on the Fiftieth Anniversary of the Kerner Commission Report (1968-2018), Panel #2: "The Kerner Report at 50, Part II: Politics, Programs, Possibilities, and Paradoxes." Annual Meetings of the Southern Sociological Society, New Orleans, LA, April 2018

Organizer, Panel: "Rac(e)ing Time: The Intersection of Temporality, Race, and Inequality." Annual Meeting of the Eastern Sociological Society, Baltimore, MD, Feb 2018

Moderator, Thematic Panel: "Changing the Cultural Narrative." Annual Meetings of the American Sociological Association. Montréal, Québec, Canada, August 2017

Co-Organizer (w/ David G. Embrick), Thematic Panel: "Between a Rock and a Hard Place: Graduate School and Job Prospects." Annual Meetings of the Society for the Study of Social Problems, Seattle, WA, August 2016

Co-Organizer and moderator (w/ David G. Embrick), Thematic Panel: "The White, Male, Elite Backlash." Annual Meetings of the Society for the Study of Social Problems, Seattle, WA, August 2016

Organizer, Panel: "Alienation and the Intersection of Science and Fiction: Imagining Dis/Utopias." International Sociological Association, World Forum of Sociology. Vienna, Austria, July 2016

Moderator, Panel: "Public Policy and Urban Education Reform: Solutions." Symposium on the Inner City School: Inequality & Urban Education, Yale University, New Haven, CT, April 2016

Co-Organizer (w/ David G. Embrick), Thematic Panel: "Sociology is a Combat Sport? How to Organize Responses to Attacks on Critical Scholars." Annual Meetings of the Eastern Sociological Association.  Boston, MA, March 2016

Co-Organizer (w/ David G. Embrick), Thematic Panel: "The Erosion of Academic

Freedom." Annual Meetings of the Eastern Sociological Association.  Boston, MA, March 2016

Co-Organizer (w/ David G. Embrick), Thematic Panel: "Attacks on Critical Scholars and Scholars of Color." Annual Meetings of the Eastern Sociological Association.  Boston, MA, March 2016

Co-Organizer (w/ Emma Gonzalez-Lesser), "Teaching Race and Ethnicity: White Supremacy in our Day Job." Annual Meetings of the Eastern Sociological Association.  Boston, MA, March 2016

Presider, "Civil Rights, Human Rights, and Social Justice." Annual Meetings of the Society for the Study of Social Problems. Chicago, IL, August 2015

Presider, "Papers in the Round: Families and Communities." Annual Meetings of the Society for the Study of Social Problems. Chicago, IL, August 2015

Presider, "Papers in the Round: Pacts, Structures, and Disjunctures." Annual Meetings of the Society for the Study of Social Problems. Chicago, IL, August 2015

Organizer and Presider, "Author Meets Critics: The Cosmopolitan Canopy: Race and Civility in Everyday Life by Elijah Anderson. Annual Meetings of the Southern Sociological Society.  New Orleans, LA, March 2015

Roundtable Presider,  Section on Racial and Ethnic Minorities. Annual Meetings of the American Sociological Association.  San Francisco, CA, August 2014

Co-Organizer and Co-Presider (w/ David G. Embrick and Ashley "Woody" Doane), "The Mechanisms of Color-Blind Racism." Annual Meetings of the American Sociological Association.  San Francisco, CA, August 2014

Session Presider, "Trauma & Violence." Annual Meetings of the Eastern Sociological Association.  Baltimore, MD, Feb 2014

Session Presider, "Race and Masculinities." Annual Meetings of the American Sociological Association.  New York, NY, August 2013

Session Organizer and Presider, "Whither Western Whiteness?  Local and Global Racial Inequalities." Annual Meetings of the American Sociological Association.  New York, NY, August 2013

Session Organizer and Presider, Thematic Panel: "Shifting White Racial Identities and Racial Inequality." Annual Meetings of the Southern Sociological Society.  New Orleans, LA, March 2012

Session Organizer, "New Identities in Established Institutions: Shifting Social Contracts in Varying Social Contexts." Annual Meetings of the Southern

Sociological Society.  New Orleans, LA, March 2012

Session Presider, "The Internet: Political Communication, Networks, and Mass Media." Annual Meetings of the Southern Sociological Society.  New Orleans, LA, March 2012

Session Organizer and Presider (w/ Eduardo Bonilla-Silva), Thematic Session: "Constructing Who Belongs: The Intersection of Racial Identity, Racism, and Citizenship." for the Annual Meetings of the American Sociological Association. Las Vegas, NV, August 2011

Session Organizer, American Sociological Association Meetings, Section on Racial and Ethnic Minorities, Las Vegas, NV, August 2011

Session Organizer, "The Mediated Self: Print, Virtual, and Organizational Selves." Annual Meetings of the Southern Sociological Society.  Annual Meetings of the Southern Sociological Society. Jacksonville, FL, April 2011

Session Organizer and Presider, "The Wide and Long View: Space and Time Stratification by Race, Nationality, and Gender." Annual Meetings of the Southern Sociological Society. Jacksonville, FL, April 2011

Paper Reviewer, American Sociological Association Meetings, Student Forum Paper Session, Spring 2010

Session Presider, "Intersecting Inequalities: Race-ethnicity, Class, and Gender." Annual Meetings of the Southern Sociological Society.  Atlanta, GA, April 2010
Session Organizer and Presider, "Great Raced and Gendered and Expectations: The Reproduction of Inequality in the Unlikeliest of Places." Annual Meetings of the Southern Sociological Society.  Atlanta, GA, April 2010

Session Organizer and Presider, "Space and Stratification, Place and Portability: Healthcare, Language, and Transportation." Annual Meetings of the Southern Sociological Society.  Atlanta, GA, April 2010

Session Organizer, "The Social and Cultural Construction of Race in a 'Post-Racial' Era." Annual Meetings of the Cultural Studies Association. Berkeley, CA, March 2010

Session Organizer, "Mediating Race and Ethnicity: Variable Dimensions." Annual Meetings of the Cultural Studies Association.  Berkeley, CA, March 2010

Session Presider,  "ImMEDIAte Danger? Mediated Discourses of Racial Difference in a 'Color-Blind' Era." Annual Meetings of the Cultural Studies Association. Kansas City, MO, April 2009

Session Presider, "Gender, Race, and Class in Late Capitalism." Annual Meetings of the American Sociological Association. Boston, MA, August 2008

Session Presider, "What is Race? Social Categorization vs. Self Identity." Annual Meetings of the Society for the Study of Social Problems. Boston, MA, August 2008

Session Organizer and Presider, "Producing Identity: Negotiating 'Color-blindness' and 'Diversity' in a Global World." Annual Meetings of the Cultural Studies Association. New York, NY, May 2008

Session Organizer and Presider, "Performing in the Margins and Center of a Global Context." Annual Meetings of the Cultural Studies Association. Portland, OR, April 2007

Session Presider, "In Katrina's Wake: Racial Implications of the New Orleans Disaster." Symposium on Race and Society. University of Virginia. Charlottesville, VA, Nov 2006

Session Organizer and Presider, "Performance and Its Politics." Annual Meetings of the Cultural Studies Association. Arlington, VA, April 2006

Session Presider, "Family Matters: What's Love Got To Do With It?" Annual Meetings of the Eastern Sociological Society. Boston, MA, Feb 2006

Media Appearances

Print Interview for WBUR, "Sorority members speak out on the overturn of Roe v. Wade, even when their organizations don't", 17 Aug 2022

Print Interview for NBC News, "Feds need to do more monitoring of white supremacist groups in light of Idaho arrests, experts say", 13 June 2022

Print Interview for The Advocate, "White nationalist graffiti appears at Baton Rouge art space; 'We're in shock'", 9 June 2022

Print Interview for Hartford Courant, "A white supremacist group is making forays into Connecticut with demonstrations and flyers", 18 April 2022

Print Interview for El País, "¿Por qué los blancos siempre tienen que ser los protagonistas de la noticia?", 5 Sept 2021

Audio Interview for "WhiteSkinned-ed," Podcast, Sept 2021

Print Interview for Hartford Courant, "The number of people who identify as multiracial in Connecticut grew 131% in the last decade as white population decline, new census data show", 14 Aug 2021

Print Interview for Connecticut Post, "'Critical Race Theory' becomes hot-button issue in school board races", 8 Aug 2021

TV Interview for Indus News, "Critical Race Theory", July 2021

Print Interview for Washington Post, "For Black workers, age discrimination strikes twice", 14 May 2021

Print Interview for Fortune Magazine, "New hate crimes act won't go far enough.", 19 May 2021

TV Interview for NTN24 Nuestra Tele Noticias, 21 March 2021

TV Interview for CPTV (Connecticut Public Television), "Everyday White Supremacy", 18 Feb 2021

TV Interview for TBS Samantha Bee's Full Frontal, "The Racist Past (and Present) of Greek Life", 11 Feb 2021

Print Interview for Deutsche Welle, "Is colorblind casting the secret to 'Bridgerton's' success?", 6 Jan 2021

Film Interview for What Do You Have to Lose? (74 minutes, Director, Writer, Producer: Trimiko Melancon), 2020

TV Interview for Indus News, "White Supremacist Groups", 4 Dec 2020

TV Interview for NTN24 Nuestra Tele Noticias, "Elecciones EEUU: ¿Cómo avanza el conteo de votos en estados clave?", 4 Nov 2020

TV Interview for CBS This Morning, "Schools take aim at Greek life for potentially contributing to COVID-19 spread", 1 Oct 2020

Print Interview for Dallas Morning News, "Kamala Harris' 'Family' in Dallas: The Divine Nine", 9 Sept 2020

Print Interview for Real Clear Investigations, "The Deeply Pessimistic Intellectual Roots of Black Lives Matter, the '1619 Project' and Much Else in Woke America, 2 Sept 2020

Audio Interview for "All Things Considered," National Public Radio, "Massachusetts Senate Primary Pits Long-Serving Progressive Against A Kennedy", 31 Aug 2020

Print Interview for The New York Times, "Will Coronavirus Join the Rush at Fraternities and Sororities?", 18 Aug 2020

Print Interview for Hartford Courant, "Angry, hostile responses to the resurgent Black Lives Matter movement are exposing the intensity of Connecticut's racial divide", 9 Aug 2020

TV Interview for Al Jazeera, "The campaign for, and significance of, upper-case 'Black'", 1 Aug 2020

TV Interview NTN24 Nuestra Tele Noticias, "Por que en EEUU aun hay una part de su poblacion que todavia apoya le pena de muerte?", 15 July 2020

Print Interview for NBC Telemundo, "Demócratas preparan una exhaustiva reforma contra la brutalidad policial, ¿qué debe incluir para que funcione?", 4 June 2020

Print Interview for NBC Telemundo, "Trump amenaza con militarizar para frenar las protestas, pero una ley federal de 1807 impone límites. ¿Cuáles son?", 2 June 2020

Print Interview for NBC Telemundo, "Las protestas por la brutalidad policial centran la contienda electoral: Trump pide mano dura y Biden promete reformas", 1 June 2020

TV Interview NTN24 Nuestra Tele Noticias, "La comunidad negra debe tener una sana paranoia con la policía en EEUU", 29 May 2020

TV Interview NTN24 Nuestra Tele Noticias, "Cuestión de Poder",28 May 2020

TV Interview for Indus News, "U.S. Far right dodges Facebook rules", 16 May 2020

TV Interview for Indus News, "U.S. Terrorism and Coronavirus", 27 Mar 2020

TV Interview for NTN24 Nuestra Tele Noticias, "Racismo contra chinos por el coronavirus", 19 Feb 2020

Print Interview for Real Clear Investigations, "Disputed NY Times '1619 Project' Already Shaping Schoolkids' Minds on Race", 31 Jan 2020

Audio Interview for Philanthropology Podcast (PBS), "A White Savior Complex", 28 Jan 2020

Audio Interview for "Code Switch," National Public Radio, "Harriet Tubman's 'Visions'", 3 Nov 2019

Print Interview for Burlington Free Press, "Behind the manifesto: What does the Patriot Front actually believe?", 18 Sept 2019

Print Interview for MEA Worldwide, 6 August 2019
Print Interview for Folha de S.Paulo, 9 March 2019

Print Interview for The Eagle: American University Newspaper, "Fraternities respond to yearbook photos 'of concern' published in February", 1 March 2019

Print Interview for Mississippi Today, "Blackface, Confederate reverence a decades old tradition at Mississippi universities and colleges", 8 Feb 2019

Print Interview for NBC News, "Rep. Steve King crossed the line on race by using a bullhorn not a dog whistle", 16 Jan 2019

Print Interview for Ricochet: Public-Interest Journalism, "Meet the Canadian soldiers behind a white supremacist military surplus store", 29 Oct 2018

Print Interview for The Republican American, "Waterbury alderman cautioned over rhetoric", 1 Sept 2018

Print Interview for The Washington Post, "Analysis: For fans, winning trumps pitcher's racist comments", 27 July 2018

Audio Interview for "All Things Considered," National Public Radio, "Fraternity Culture and Racism", 12 May 2018

Print Interview for Inside Higher Ed, "Panels, Not Veneers", 25 Oct 2017

Print Interview for The Cornell Daily Sun, "Prof: White Antiracism shares traits with White Nationalist hate groups", 17 Oct 2017

TV Interview for NTN24 Nuestra Tele Noticias, " 'Que Trump haya puesto a ambas partes en el mismo lugar es moralmente incorrecto': Matthew Hughey, sociólogo y profesor, sobre ataque en Charlottesville", 19 Aug 2017

Print Interview for Hartford Courant, "Despite Lack of Confederate Monuments, Furor Still Resonates in Connecticut", 17 Aug 2017

Print Interview for Swaay, "Charlottesville: Where Were the Women?", 16 Aug 2017

Print Interview for Inside Higher Ed, "Trinity Suspends Targeted Professor", 27 June 2017

Print Interview for Inside Higher Ed, "Old Criticisms, New Threats", 26 June 2017

Audio Interview for Duke University Documentary Series Podcast, "Seeing White", 14 June 2017

Audio Interview for WNPR Connecticut Public Radio, Hartford, CT, "Black Fraternities and Sororities", 14 June 2017

Print Interview for Ozy.com, "How Being a News Junkie Makes you Racist", 1 June 2017

Print Interview for The Times-Picayune, "Principal in Nazi gear is gone, just like the monuments he supported", 26 May 2017

Print Interview for The Associated Press, "Boston sports struggle with perception built on racist past", 3 May 2017

Print Interview for The Root, "Does a Black Face in a White Place Count as Progress at the University of Ala.?", 28 Apr 2017

Print Interview for Chicago Tribune, "'Burning Sands' offers a lesson in hazing violence", 27 Apr 2017

TV Interview for NTN24 Nuestra Tele Noticias, "Donald Trump arremete contra Snoop Dogg tras su polémico video en el que le dispara al mandatario con una pistola de juguete", 19 Mar 2017

Print Interview for Salon.com, "When the Punisher, a brutal comic-book vigilante, comes to your local police department, it can't be good", 11 Mar 2017

Print Interview for Hartford Courant, "Why MLK, Jr.'s Words and Actions are Relevant Today", 25 Jan 2017

TV Interview for Fox News, "Tucker Battles Professor Who Blames Trump Win on Racism, 'White Supremacy'", 24 Jan 2017

Print Interview for The Christian Science Monitor, "Why so much blatant racism is bubbling to the surface", 9 Oct 2016

Print Interview for Newsweek Europe, "How Poverty Changes the Brain", 25 Aug 2016

Print Interview for Stamford Advocate, "Stamford High grad pushes for equality — in literature", 11 Aug 2016

Print Interview for The Christian Science Monitor, "Claims of a new racism, and a new remedy", 3 Aug 2016

Radio Interview for tbs eFM 101.3, "Primetime with Henry Shinn", 21 July 2016

Print Interview for UCONN Today, "The White Savior: Racial Inequality in Film", 12 July 2016

TV Interview for NTN24 Nuestra Tele Noticias, "Sociólogo explica las medidas y los cambios que se deben tomar para erradicar la división racial en EE.UU", 9 July 2016

Print Interview for The Los Angeles Times, "Can you make a non-racist Tarzan movie?", 1 July 2016

Print Interview for USA Today, "Racist incidents raise questions about SAE culture", 11 Nov 2015
TV Interview for WTNH ABC 8, New Haven, CT, "Expert weighs in on accusation of racism at Yale fraternity", 3 Nov 2015

Print Interview for The Daily Beast, "Southern Methodist University Sororities Still Preach Segregation", 30 Oct 2015

Print Interview for The Daily Dot, "Can SAE ever overcome its racist past?", 4 Oct 2015

Print Interview for U.S. News & World Report, "What to Ask Before Joining Greek Life", 17 Sept 2015

Print Interview for The Bay State Banner, "Trump's rise pushes GOP further right", 2 Sept 2015

Print Interview for The Tennessean, "UT wants to grow fraternities despite controversy", 21 Aug 2015

Print Interview for USA Today, "Sorority recruitment videos show lack of diversity", 19 Aug 2015

Print Interview for LiveScience, "Why Atticus Finch's Racist Shift in 'Watchman' Could Be an Anomaly", 19 July 2015

Print Interview for The Los Angeles Times, "The Atticus Finch effect at the movies: Do we still need a white savior?", 15 July 2015

Print Interview for International Business Times, "Confederate Flag on College Campuses: Where Race, White Supremacy And Tradition Collide In The South", 4 July 2015

Print Interview for Par Agence France-Presse, "États-Unis: Je m'identifie comme noire, explique la militante Rachel Dolezal", 17 June 2015

Print Interview for Inside Higher Ed, "Professor Meets World", 14 May 2015

Radio Interview for WAMU 88.5 FM, American University Radio, Washington, DC, "Greek for Life?", 23 Apr 2015

Print Interview for The Century Foundation Blog, "Pledging a Diverse College" 17 Apr 2015

Print Interview for Inside Higher Ed, "Bad Apples or the Barrel?", 15 Apr 2015

Print Interview for Orlando Sentinel, "University Greek houses often segregated", 10 Apr 2015

Print Interview for Vox.com, "Colleges depend on Greek life. That's why it's so hard to control", 27 Mar 2015

Print Interview for McClatchy DC, "Bad behavior at fraternities has some questioning the system", 20 Mar 2015

Print Interview for O Globo (Brazil - Portuguese Language), 18 Mar 2015

Radio Interview for WRHU 88.7 FM, Long Island, NY, "Morning Wake-Up Call: Race and Fraternities", 18 Mar 2015

Radio Interview for WLUW 88.7 FM, "Racism around the World", 15 Mar 2015

Print Interview for Associated Press, "Oklahoma isn't alone in race-related fraternity incidents", 15 Mar 2015

TV Interview for WDTV 5 News, Bridgeport, WV "Does Racism Exist in Greek Life?", 13 Mar 2015

TV Interview for Al Jazeera America, "Reaction to Ferguson Resignations", 11 Mar 2015

TV Interview for WFLD Fox 32, Chicago, IL, "Good Day Chicago: Racism in the American Fraternity System", 11 Mar 2015

Print Interview for The Huffington Post, "SAE's Racist Chant Was Not an Isolated Incident", 10 Mar 2015

Radio Interview for KCRW 89.9 FM, Santa Monica, CA, "To the Point, with Warren Olney: Racism and Fraternities", 10 Mar 2015

TV Interview for CNN, "Out Front with Erin Burnett: Fraternity Appears to have History of Racism", 10 Mar 2015

Print Interview for CNN.com, "Are frats 'a form of American apartheid'?", 10 Mar 2015

Print Interview for Inside Higher Ed, "Deadliest and Most Racist?", 10 Mar 2015

TV Interview for Al Jazeera America, "Fraternity race scandal rocks University of Oklahoma", 9 Mar 2015

Print Interview for The Christian Science Monitor, "Oklahoma racist frat chant: Glimpse of what goes on behind closed doors", 9 Mar 2015

Print Interview for US News & World Report, "At Sororities, Likenesss Becomes Alikeness", 25 Feb 2015

Radio Interview for WMPG 90.9 + 104.1 FM, Portland, ME, "The Youth Radio Project", 23 Feb 2015

Print Interview for The Village Voice, "At Eric Garner Protests, Some White Activists are Bring Called Out for Their Behavior", 9 Dec 2014

Radio Interview for Blog Talk Radio, "The Root and Roots Show", 28 Nov 2014

Print Interview for Slate.com, "Whites See Blacks as Superhuman", 14 Nov 2014

Print Interview for Takepart.com, "Don't Dismiss Whiteness Project—But Don't Glorify It Either", 17 Oct 2014

TV Interview for Channel 5, Hartford Public Access TV, "On the Square", 16 Oct 2014

Radio Interview for WRHU 88.7 FM, Hempstead, NY, "Hofstra Morning Wake Up Call", 2 Sept 2014

Print Interview for Marie Claire, "Revolution on Sorority Row", 1 Sept 2014

Radio Interview for Blog Talk Radio, "The Root and Roots Show", 30 Aug 2014

Print Interview for Politico.com, "Under Obama, racial hope but no change", 24 Aug 2014

Radio Interview for WURD 900 AM, Philadelphia, PA, "The Mid-Morning Mojo", 23 July 2014

Radio Interview for SiriusXM Progress 127, "The Michelangelo Signorile Show", 16 June 2014

Radio Interview for WAMC 90.3 FM, Albany, NY, "The Roundtable", 13 June 2014

Radio Interview for WTOP 103.5 FM, Washington, DC, "Radio Live from Washington", 20 May 2014

Print Interview for BuzzFeed.com, "University Of Alabama's Sororities Still Resist Integrating", 29 April 2014

Print Interview for The Maroon (Loyola University New Orleans), "Kathleen Fitzgerald should be reappointed", 20 Mar 2014

Print Interview for USA Today, "Some students see little diversity in sorority rush", 24 Jan 2014

Print Interview for The Reflector, "Still Facing Challenges", 16 Oct 2013

Print Interview for USA Today, "End Racial Bias in Fraternities, Sororities: Column", 2 Oct 2013

Print Interview for Diverse Issues in Higher Education, "Negative Qualities Ascribed to Blacks at Root of Discrimination by White Greek-Letter Groups", 1 Oct 2013

Radio Interview for National Public Radio, "All Things Considered: University of Alabama Sororities Accept a Few Students of Color", 25 Sept 2013

Print Interview for Inside Higher Ed, "It's not just Alabama", 19 Sept 2013

Print Interview for USA Today, "College changes sorority rush process amid racism claims", 18 Sept 2013

Radio Interview for Radio Sawa, "Legal amendment in America threatens the right of blacks to vote", 9 Sept 2013

Radio Interview for We Are Respectable Negroes Podcast, "White Bound: Nationalists, Antiracists, and the Shared Meanings of Race", 4 Sept 2013

Radio Interview for New Books in African American Studies Podcast, "White Bound: Nationalists, Antiracists, and the Shared Meanings of Race", 9 Aug 2013

Print Interview for Medill Reports Chicago, "Hate crimes decline in Illinois, but hate groups remain", 14 Feb 2013

Radio Interview for Social Psychology Quarterly Podcast, "Stigma Allure and White Antiracist Identity Management", 12 Feb 2013

Radio Interview for Intersections Radio Podcast, The Matrix Center, University of Colorado, Colorado Springs, "Guest Interview with Dr. Matthew Hughey", 4 Feb 2013

TV Interview for WCBI News (CBS affiliate), "Wedding Ban Draws Response", 31 July 2012

Print Interview for Medill Reports Chicago, "Black families address racism with 'The Talk'", 8 May 2012

Print Interview for USA Today, "'Redneck' swamp TV as viewers seek grittier reality", 16 Mar 2012

Print Interview for The Starkville Daily News, "Harvard Professor Visits MSU Next Week", 3 Mar 2012

Print Interview for The Grio, "How Occupy Can Heed Lessons of Civil Rights Movement", 17 Nov 2011

Print Interview for The New York Times, "Manufacturing Expectations and Belief at Mississippi State", 15 Sept 2011

Radio Interview for WCBQ-AM 1340, WHNC-AM 890, Oxford, NC, "The Dr. Alvin Augustus Jones Show", 24 Jan 2011

Print Interview for Inside Higher Ed, "Brutal Haze", 8 Sept 2010

Print Interview for ABC News.com, "Dangerous Skin Whiteners Thrive from Asia to California Quest for Fairer Skin Can be Risky, Experts Say", 3 Aug 2010

Print Interview for The Afro American Newspaper, Washington, DC, "Whites Have Growing Interest in Black Greek Organizations, Experts Say", 2 Sept 2009

Print Interview for DC Race Relations Examiner, "Plantation-burbs: Can we mix this history with pleasure?", 11 May 2009

TV Interview for African American Fraternities and Sororities: The Legacy and the Vision, directed by G. Aluisy, 18 Mar 2007

Print Interview for The Cavalier Daily 117(69), "Professor Profile: Untraditional", 23 Jan 2007

TV Interview for WVIR News (NBC affiliate), "Racial Tensions at UVA", 23 Sept 2004