MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW GROUP, PLLC**
602 South 10th Street
Las Vegas, NV 89101
Telephone: (702) 728-5300 / Fax: (702) 425-8220
Email: efile@nvlitigation.com

JOHN D. MCKAY, California Bar No. 220202 (*admitted pro hac vice*)
**PARK AVENUE LAW LLC**
201 Spear Street, Suite 1100
San Francisco, CA 94105
Telephone: (434) 531-9569 / Fax: (407) 264-6551
Email: j.mckay@parkavenuelaw.com

*Counsel for Plaintiffs Peter DelVecchia and A.D., a Minor*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, *et al.*, | Case No: 2:19-CV-01322-KJD-DJA |
| Plaintiffs, | |
| vs. | **NOTICE OF CHANGE OF EMAIL ADDRESS** |
| FRONTIER AIRLINES, INC., *et al.*, | |
| Defendants. | |

Please take notice that the email address for Plaintiffs' lead counsel has changed:

FROM: johndmckayatty@gmail.com

TO: j.mckay@parkavenuelaw.com

DATED this 11th day of April, 2024.

1
2
3       /s/ *John D. McKay*
        John D. McKay
4
        **Attorney for Plaintiffs Peter DelVecchia**
5       **and A.D., a Minor**
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28