1 | CHARLES A. MICHALEK (Nevada Bar No. 5721)
ROGERS, MASTRANGELO, CARVALHO & MITCHELL
2 | 700 South Third Street Las Vegas, Nevada 89101
Phone: (702) 383-3400
3 | cmichalek@rmcmlaw.com

4

5 | BRIAN T. MAYE (admitted Pro Hac Vice)
FITZPATRICK, HUNT & PAGANO, LLP
10 South LaSalle Street, Suite 3400
6 | Chicago, IL 60603
(312) 728-4905
7 | brian.maye@fitzhunt.com

8 | *Attorney for Defendant FRONTIER AIRLINES, INC.*

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, ET AL., | Case No.: 2:19-CV-01322-KJD-DJA |
| Plaintiffs, | |
| vs. | |
| FRONTIER AIRLINES, INC., ET AL., | |
| Defendants. | |

### NOTICE OF CHANGE OF FIRM AND ADDRESS

PLEASE TAKE NOTICE, effective immediately, that counsel for Frontier Airlines, Inc. ("Frontier"), Brian T. Maye, has moved from the firm Hinshaw & Culbertson LLP to the firm Fitzpatrick, Hunt & Pagano, LLP. Attorney Maye will continue to represent Frontier in this matter. Undersigned counsel's address is now 10 South LaSalle Street, Suite 3400, Chicago, IL 60603, and his email address is brian.maye@fitzhunt.com. Undersigned counsel's new telephone number is 312-728-4905.

| | | |
|---|---|---|
| 1 | Dated: June 4, 2024 | Respectfully submitted, |
| 2 | | **FITZPATRICK, HUNT & PAGANO, LLP** |
| 3 | | By: /s/ *Brian T. Maye* |
| 4 | | Counsel for Frontier Airlines, Inc. |
| 5 | | Brian T. Maye<br>FITZPATRICK, HUNT & PAGANO, LLP |
| 6 | | 10 South LaSalle Street, Suite 3400<br>Chicago, IL 60603 |
| 7 | | Telephone: 312-728-4905<br>Fax: 312-728-4950 |
| | | brian.maye@fitzhunt.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2024, I caused the foregoing to be electronically filed with the United States District Court for the District of Nevada, using the CM/ECF system, and that a copy of the foregoing was served on the counsel of record via the CM/ECF system.

By: /s/ *Brian T. Maye*