BRIAN T. MAYE (admitted Pro Hac Vice)
FITZPATRICK, HUNT & PAGANO, LLP
10 South LaSalle Street, Suite 3400
Chicago, IL 60603
(312) 728-4905
brian.maye@fitzhunt.com

*Attorney for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| PETER DELVECCHIA, ET AL.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>FRONTIER AIRLINES, INC., ET AL.,<br><br>  Defendants. | Case No.: 2:19-CV-01322-KJD-DJA |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to the U.S. District Court for the District of Nevada Local Rule IA 11-6 (b), attorney Brian T. Maye moves this Court for an order permitting him to withdraw as counsel for Defendants Frontier Airlines, Inc. ("Frontier"), Rex Shupe and Scott Warren ("Defendants"), and in support thereof states as follows:

1. Attorney Brian T. Maye resigned from the law firm Hinshaw & Culbertson and accepted a position at the law firm Fitzpatrick, Hunt & Pagano, LLP. Mr. Maye is no longer engaged in the above-captioned matter.

2. Defendants will continue to be represented by attorney Richard Harris of Hinshaw & Culbertson and Charles Michalek of Rogers, Mastrangelo, Carvalho & Mitchell.

3. Notice of Mr. Maye's withdrawal has been provided to Defendants and opposing counsel.

1  WHEREFORE, attorney Brian T. Maye respectfully requests that this Court grant his motion for Leave to Withdraw as Counsel for Defendants in the above-captioned matter.

Dated: June 14, 2024                        Respectfully submitted,

**FITZPATRICK, HUNT & PAGANO, LLP**

/s/ Brian T. Maye

Brian T. Maye
10 S. LaSalle Street
Suite 3400
Chicago, IL 60603
312-728-4905
brian.maye@fitzhunt.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2024, I caused the foregoing to be electronically filed with the United States District Court for the District of Nevada, using the CM/ECF system, and that a copy of the foregoing was served on the counsel of record via the CM/ECF system.

/s/ Brian T. Maye