**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

PETER DELVECCHIA, individually
and as next friend of A.D., a Minor,

    Plaintiffs,

v.

FRONTIER AIRLINES, INC., et al.,

    Defendants.

Case No.: 2:19-cv-01322-KJD-DJA

**MOTION TO WITHDRAW**

**MOTION TO WITHDRAW**

    NOW COMES Lawrence S. Gosewisch who hereby moves to withdraw as counsel of record for Defendants FRONTIER AIRLINES, INC., REX SHUPE, and SCOTT WARREN. Mr. Gosewisch appeared in this case when Defendants were represented by the law firm of Adler Murphy & McQuillen LLP. The law firm of Adler Murphy & McQuillen LLP has since merged with the law firm of Hinshaw & Culbertson, LLP. Defendants will continue to be represented in this case by Michael G. McQuillen, Eric A. Cunningham, III, and Richard C. Harris of Hinshaw & Culbertson, LLP, and by Charles A. Michalek of Rogers, Mastrangelo, Carvalho and Mitchell. Copies of this Motion have been served on the affected clients and opposing counsel pursuant to Local Rule IA 11-6(b).

DATED this 25th day of June, 2024

Respectfully submitted,

/s/ Lawrence S. Gosewisch
Lawrence S. Gosewisch (admitted *pro hac vice*)

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 6/26/2024

**CERTIFICATE OF SERVICE**

Pursuant to LR IC 4-1, I hereby certify that on the 25th day of June, 2024, the foregoing **MOTION TO WITHDRAW AS COUNSEL** was filed with the United States District Court for the District of Nevada using the CM/ECF System that will send copies to all counsel of record. A copy of this **MOTION TO WITHDRAW AS COUNSEL** was also served upon the corporation and individuals listed below by U.S. Mail to the last known address pursuant to Federal Rule of Civil Procedure 5(b)(2)(C) and LR IC 4-1(c)(6):

Frontier Airlines, Inc.
c/o Howard Diamond
4545 Airport Way
Denver, Colorado
Howard.diamond@flyfrontier.com

Rex Shupe
862 Shannon Road
Kaysville, Utah 84037

Scott Warren
4965 South Nellis Boulevard
Unit 236
Las Vegas, Nevada 89120

*/s/ Lawrence S. Gosewisch*_____
Lawrence S. Gosewisch (admitted *pro hac vice*)