**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| Peter DelVecchia and Abezu DelVecchia,<br>Plaintiffs,<br>v.<br>Frontier Airlines, Inc.; et al.,<br>Defendants. | Case No. 2:19-cv-01322-KJD-DJA<br><br>**Order** |

Before the Court is Plaintiffs' Peter DelVecchia and Abezu DelVecchia's motion for new scheduling order reopening discovery (ECF No. 335) and motion to correct clerical errors (ECF No. 338). Because Plaintiffs have identified certain clerical errors on the docket, the Court grants their motion to correct those. *See* Fed. R. Civ. P. 60(a). The Court sets Plaintiffs' motion for new scheduling order for a virtual hearing.

**IT IS THEREFORE ORDERED** that Plaintiffs' motion to correct clerical errors (ECF No. 338) is **granted.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to do the following: (1) remove the "terminated" notation from Plaintiff Peter DelVecchia's name on the docket because Peter DelVecchia is an active Plaintiff; (2) remove the "as next friend of A.D., a minor" designation from Abezu DelVecchia's name on the docket because Abezu DelVecchia is A.D., not A.D.'s next friend; and (3) remove the "closed" flag from the case.

**IT IS FURTHER ORDERED** that on or before **October 8, 2026**, Defendants must file either: (1) a notice indicating that Tara Shelke, Esq. continues to represent them; or (2) a motion to remove Shelke as counsel of record.

///

///

**IT IS FURTHER ORDERED** that Plaintiffs' motion for new scheduling order (ECF No. 335) is scheduled for a hearing to take place on **October 7, 2026, at 10:00 AM** via **videoconference.** Counsel for the parties will receive an invitation to appear remotely at the email addresses listed on the docket.

DATED: September 24, 2026,

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE